CERTIFIED MAIL

7022 1670 0001 3137 7188

POSTAL SERVICE®

X-RAYED

E ENVELOPE
IGHT

ickup,

1:23-cv-1059

■ INSURED

EP14F July 2022

Retail

U.S. POSTAGE PAID
PM
BATON ROUGE, LA 70816
JUL 26, 2023
$16.20
R2304M115329-37

PRI  RDC 01
MAIL   71301

PRIORITY MAIL

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F."D". Turpin
10544 Cletus Dr.,
Baton Rouge, LA 70815

TO: Esteemed Tony R. Moore
515 Murray St., Suite 105
Alexandria, Louisiana 71301

ATTN: Honorable Chief Justice
Terry A. Doughty
Inclusion in intervention/complaint
3:22-cv-01213            (whistleblowings)

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


