INSD Pro Se Motion 4/19

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

JUL 2 8 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

Jon F. "D." Turpin & POA E.R.G.
_Plaintiff(s)_

Pam Cox & John Doe I
Scott Allen
Amy S. Good & John Doe II
James Dobbs
-v-
Western Wayne School Systems
(Closed with prejudices)
_Defendant_

Case No. 1:07-CV-1205-LJM-JMS

1:23-cv-1059

MOTION FOR **CLOSURE WITH PREJUDICE**

I, **Jon F. "D." Turpin** (**plaintiff**/defendant) **(circle one)** in the above-captioned matter, request:

☐ an extension of time to file a _____

_____.

I request _____ extra days.

☑ other (describe): Closure with prejudice, as the only remaining qualified plaintiff of the entire case, including any potential claims against "John Does", and Richard Roberts, and/or Douglass Young, affirming the Honorable Larry J. McKinney's opinion disallowing false dichotomies, and affirming potentially irresponsible filing by the original disqualifies plaintiffs due to violations of Megan's and Zachary's Laws and failures to report, precluding no rights to privacy nor to file on behalf of Jon F. Turpin. I also affirm the opinions of our other Honorable Judiciaries presiding.

Page 1 of 2

INSD Pro Se Motion 4/19

Date: 7/25/2023

Signed: /s/ Jon 4. "B." J.
Movant (filing party)

Address and Telephone Number:

2421 S. Plum St.

Yorktown, IN 47396

225-259-6270

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion for **closure with prejudice**

has been mailed, postage prepaid, upon (insert names and addresses of other parties in space provided):

Western Wayne School Systems
519 Queen St.
Pershing, IN 47370

Pamela D. Cox
P.O. Box 454
Milton, IN 47357

Scott R. Allen
211 Kingston Ave.,
Louisville, KY 40214

Amy S. Good
P.O. Box 535
Milton, IN 47357

James Alan Dobbs
12 Blue Oak Dr.
Bunlevel, NC 28323

Richard Roberts
127 N Foote St.,
Cambridge City, IN 47327

Douglas W. Young
127 N. Foote St.,
Cambridge City, IN 47327

Date: 7/25/2023

Signed: /s/ Jon 4. "B." J.
Movant (filing party)

NOTE: You must complete this section and mail copies of this document to each party.

[Print]  [Save As...]  [Add Attachment]  [Reset]