PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE**

Retail

**P** US POSTAGE PAID
**$9.65**
Origin: 47396
11/02/23
1797240822-30

PRIORITY MAIL®

0 Lb 15.10 Oz

RDC 03

EXPECTED DELIVERY DAY: 11/06/23

C051

SHIP TO:
201 JACKSON ST
MONROE LA 71201-7472



USPS TRACKING® #

9505 5103 7572 3306 4775 33



PRIORITY MAIL



RECEIVED IN MONROE, LA.
NOV 06 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA



To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PRIORITY MAIL



UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F. "D" Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO: Honorable Tony R. Moore
Clerk of Courts
201 Jackson St., Suite 215
Monroe, LA 71201

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE