UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JON FD TURPIN, et al.

v.     Civil Action No. 1:23-CV-01059-TAD-JPM

JOSEPH R BIDEN, JR, et al.

RECEIVED IN MONROE, LA.
NOV 06 2023
AM
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

11/1/2023

Motion 2

Dear Honorable Terry A. Doughty,

Please review this documentation, and re-review my motions for the first one referencing "Napoleonic Eminent Domain" which is reference to civil forfeiture of an asset under rem due to violations against our civil rights under 42 U.S.C. §1983. Compare the rights, or lack thereof, to disclosure under Rule 26 regarding this, and evidence provided for impeachment, and please use your professional discernment and prudence, to make a determination, regarding potential erroneous disclosure.

Please re-review my prior motion regarding injunctions and writs of mandamus, as the alleged attorney, alleged victim, and alleged petitioner, in my opinion, are attempting to further deny our civil rights, including even the right to compulsory counter-claim, even after causing double jeopardy, collateral estoppel, and the ability for res judicata defense by requirement, while simultaneously ignoring a declaratory decree of no less than 3 courts.

Thank you so much for your time,
consideration, and your public service,
Son J. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396
225-259-6270