PRESS FIRMLY TO SEAL · PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**



**Retail**

P — US POSTAGE PAID
**$9.65**
Origin: 47396
11/02/23
1797240822-30

**PRIORITY MAIL®**

0 Lb 12.50 Oz
RDC 03

EXPECTED DELIVERY DAY: 11/06/23

C051

SHIP TO:
201 JACKSON ST
MONROE LA 71201-7472



USPS TRACKING® #



9505 5103 7572 3306 4775 19





RECEIVED
IN MONROE, LA
NOV 06 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**PRIORITY ★ MAIL ★** UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F.D. Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO: Honorable Tony R. Moore
Clerk of Courts
201 Jackson St., Suite 215
Monroe, LA 71201

Label 228, March 2016 — FOR DOMESTIC AND INTERNATIONAL USE



This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.