UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RECEIVED
IN MONROE, LA.
NOV 0 6 2023
AM
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

JON FD TURPIN, et al.    ) Civil Action No. 1:23-CV-01059-TAD-JPM
                         )
v                        )
                         )
JOSEPH R BIDEN, JR, et al.)

11/1/2023

Motion!

Dear Honorable Terry A. Doughty

Please review FOIA 470-2024-001451 related to EEOC charge 24F-2018-02406, and release a "Filed" marked court complaint (inquiry) on the charge so I may proceed with the "perfected" FOIA request for any other remaining information related to this charge.

Unfortunately, my current filing, regarding my most recent employer and firing, is receiving Right to Sue, but no investigation by the EEOC, despite current events being directly, in my opinion, and persistently, in my opinion, related to the misidentification of Traditional Catholics being improperly labeled as potential extremists by the FBI Richmond memo, and to discrimination against our marriage. In my opinion, that issue is public knowledge.

Once that information is received I'll also submit it to the courts for documentation and your discernment, or if any further FOIA requests are needed and/or require court filings.

I'm submitting what I have especially due to how many attempts have occurred to harm me and/or my wife, which may have been further attempts to delete evidence, or simply prevent our rights and/or cover up events.

Thank you so much for your time,

Jon F. "D". Turpin
2421 S. Plum St.,
Yorktown, IN 47396
225-259-6270