

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Indianapolis District Office**

101 West Ohio St, Ste 1900
Indianapolis, IN 46204
Free: (833) 827-2920
TTY: (844) 234-5122
FAX: (317) 226-5162
Website: www.eeoc.gov

10/30/2023

VIA: jt4590@gmail.com

Jon Frederick Turpin
2421 S Plum St
Yorktown, IN 47396

Re: FOIA No.: 470-2024-001451

    EEOC Charge No. 24F-2018-02406   IDO - A24-01-061[CP]
    Charge filed by: Jon Turpin v. Ascension Information Service

Dear Mr. Turpin:

Your request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, received by the Indianapolis District Office on 10/30/2023, is assigned to the [ ] Simple [ ] Complex [ ] Expedited track with the above FOIA number. Your request will be processed by Records Disclosure Coordinator Donnae Williams who can be reached at .

[ ]   EEOC will make every effort to issue a determination on your request on or before 11/28/2023. FOIA and EEOC regulations provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays. In unusual circumstances, EEOC may extend the 20 working days by 10 additional working days or stop processing your request until you respond to our request for fee or clarifying information. Should EEOC take an extension or stop processing your request, notice will be issued prior to the expiration of the 20 working days.

[ ]   EEOC will make every effort to issue a determination on your request on or before 11/28/2023. FOIA and EEOC regulations, at 29 C.F.R. § 1610.9(d), provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays. As provided in 5 U.S.C. § 552(a)(6)(B) (2016), due to unusual circumstances we hereby provide you with the required written notice that we are extending by ten (10) working days the time in which we shall respond based upon:

    [ ] the need to search for and collect the requested records, if any exist, from field offices or other establishments that are separate from this office;

    [ ] the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or

    [ ] the need for consultation with another agency, or two or more components of this agency, having a substantial interest in the determination of the request.

[✓]   **Your "unperfected" request under the FOIA was received on 10/30/2023.** <u>The request will not be processed until it is perfected by the submission to this office a copy of a "Filed" marked court Complaint on the above charge.</u> 29 C.F.R. § 1610.5(b)(3). Failure to submit a copy of the "Filed" marked Complaint within 10 working days of your receipt of this letter may result in the administrative closure of your request. <u>Upon receipt of the "Filed" marked Complaint your request</u>

470-2024-001451

will be perfected, and processing will begin. At that time, EEOC will issue a letter acknowledging receipt of your perfected FOIA request, providing the name of the person who will be processing your request, and the date by which you may expect to receive a response from me.

[ ]   Your request for expedited processing is not a proper request. If a "compelling need" exists for the records you request, please promptly submit a statement, certified to be true and correct to the best of your knowledge and belief, describing the reasons processing of your request should be expedited. You may also submit your certified statement by mail to our office address in the letterhead above. Upon receipt of your certified statement, EEOC will adjudicate your request and notify you of the decision within ten (10) calendar days.

You may contact the FOIA Requester Service Center for status updates on your FOIA request or for FOIA information via toll free at (833) 827-2920, to our non-toll free number at (202) 921-2542, by e-mail to FOIA@eeoc.gov, by facsimile to (202) 653-6034, or by mail to our office address in the letterhead above. Additionally, if your request was filed online through the EEOC FOIA Web Portal, you may monitor its status at https://eeoc.arkcase.com/foia/portal/login. You may also contact the EEOC FOIA Public Liaison, Michael L. Heise, for assistance.

Sincerely,

*[signature]*

Donna Williams
Records Disclosure Coordinator
Email: donnae.williams@eeoc.gov
(463) 999-1139

For

Michelle Eisele
District Director
INDIFOIA@eeoc.gov

 Jon F Turpin <jt4590@gmail.com>

## Request 470-2024-001451
1 message

eeoc.foia@arkcase.com <eeoc.foia@arkcase.com>  Mon, Oct 30, 2023 at 8:01 PM
To: jt4590@gmail.com



Mr. Turpin,

Please see the attached EEOC FOIA Acknowledgement letter for next steps. There is action necessary on your part!

Note: Your charge was dual filed with the Indiana Civil Rights Commission where the bulk of your documents may be stored.

**INDIANA CIVIL RIGHTS COMMISSION**

Greg Wilson, Executive Director (317) 233-3770

100 North Senate Ave., Room N103 (317) 232-2616 FAX

Indianapolis, Indiana 46204

E-Mail Address: grewilson@gov.in.gov

Web Site: www.in.gov/icrc

Sincerely,

Donna Williams

Records Disclosure Coordinator

Email: donnae.williams@eeoc.gov

(463) 999-1139

Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the

intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at ecso@eeoc.gov and destroy all copies of the original message and attachments.

This is an automated email notification sent from ArkCase.

Acknowledgement_Letter - 2406 - Turpin.Jon - CP.pdf
181K