PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**

| | Retail |
|---|---|
| **P** | **US POSTAGE PAID** |
| | $9.65 |
| | Origin: 47396 |
| | 11/02/23 |
| | 1797240822-30 |

PRIORITY MAIL®

0 LB 2.40 Oz
RDC 03

EXPECTED DELIVERY DAY: 11/06/23    C051

SHIP TO:
201 JACKSON ST
MONROE LA 71201-7472

USPS TRACKING® #

9505 5103 7572 3306 4774 96

PRIORITY MAIL

(restrictions apply).*
and many international destinations.

form is required.

claims exclusions see the

liability and limitations of coverage.

RECEIVED
IN MONROE, LA.
NOV 0 6 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F. "D" Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO: Honorable Tony R. Moore
Clerk of Courts
201 Jackson St., Suite 215
Monroe, LA 71201

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE