U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 9 2023

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JON F.D. TURPIN, et al.  )
                         )  Civil Action No. 1:23-CV-01059-TAD-JPM
     v                   )
                         )
JOSEPH R. BIDEN, JR, et al. )

Dear Honorable Terry A. Doughty,

Please add this documentation to my whistleblow regarding potential malware attacks on public sector and potential ransomware attacks on public sector by bad apples, such as what St. Vincent Ascension Health may have experienced, and what DirectEmployers Association may have experienced. Maybe, in my opinion, Dominion Voting could have experienced one as well, along with our immigration apps, but, that is my opinion. It could be possible. The last 6 pages have reference to two exhibits that are external.

Thank you for your time, Your Honor,

Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396