U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 9 2023

TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JON FD TURPIN, et al.  )
                       ) Civil Action No. 1:23-CV-01059-TAD-JPM
v                      )
                       )
JOSEPH R BIDEN, JR, et al. )

Dear Honorable Terry A. Doughty,

Would you please review, and add this to the documentation and exhibits, and use your prudence and discernment? Some information may be under FBI FOIA (b)(7)(E) & (j)(2), or may not be under it, and/or may or may not exist at all, as is stated. Thank you for your time and consideration, your Honor,
[Please see the last page],

Jon F. "D". Turpin
2421 S. Plum St.,
Yorktown, IN 47396

/s/ J.F.D.T.

11/4/2023