U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 9 2023

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JON FD TURPIN, et al.  )
                       ) Civil Action No. 1:23-CV-01059-TAD-JPM
v                      )
                       )
JOSEPH R BIDEN, JR, et al. )

Dear Honorable Terry A. Doughty,

Please add this documentation to my whistleblow regarding Cryptocurrency scams, and consider my request for a FOIA/Subpoena to our Honorable Secret Service regarding my whistleblows in the timeframe of 2021-2023.

Thank you for your time, your Honor,

Jon F. "D." Turpin
2421 S Plum St.,
Yorktown, IN 47396

[signature]

11/4/2023