**UNITED STATES**
**POSTAL SERVICE®**

P

**PRIORITY MAIL®**

US POSTAGE PAID

$10.40

Origin: 47396
11/06/23
1797240822-09

*Retail*

EXPECTED DELIVERY DAY:  11/10/23

1 Lb 6.20 Oz

RDC 03

C001

SHIP
TO:

RM 105
515 MURRAY ST
ALEXANDRIA LA 71301-8071

USPS TRACKING® #

9505 5103 7572 3310 4782 98

PS00001000016

Padded Flat Rate Envelope
EP14PE July 2022
ID: 9.5 x 12.5



**PRIORITY®**
**MAIL**

PRIORITY MAIL
FLAT RATE PADDED ENVELOPE
POSTAGE REQUIRED

**PRIORITY**
**★ MAIL ★**

**UNITED STATES**
**POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Jon F. "D." Turpin
24121 S. Plum St.,
Yorktown, IN 47396

TO: Honorable Terry R. Moore
Clerk of Courts
515 Murray St., Suite 105
Alexandria, LA 71301

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE