USPS Priority Mail envelope

Shipping label:
- PRIORITY MAIL
- US POSTAGE PAID $10.40
- Origin: 47396, 11/06/23, 1797240822-09
- Retail
- EXPECTED DELIVERY DAY: 11/10/23
- 1 Lb 6.90 Oz, RDC 03, C001
- SHIP TO: RM 105, 515 MURRAY ST, ALEXANDRIA LA 71301-8071
- USPS TRACKING #: 9505 5103 7572 3310 4782 74

Handwritten:
- FROM: Jon F. "D." Turpin, 2421 S. Plum St., Yorktown, IN 47396
- TO: Honorable Tony R. Moore, Clerk of Courts, 515 Murray St., Suite 105, Alexandria, LA 71301

Label 228, March 2016
Padded Flat Rate Envelope EP14PE July 2022
ID: 9.5 x 12.5