Jared R. Junkin
150 N. Pearl St.,
Hagerstown, IN 47346

RECEIVED
IN MONROE, LA.

NOV 16 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

Cinnamon Soraya Murphy
150 N. Pearl St.,
Hagerstown, IN 47346

1:23-CV-1059

Dear Honorable Terry A. Doughty,

Would you please add the following defendants?
In my opinion, they have participated in a potential RICO.

Elaine M. Holwager
6702 S. Winnipeg Cir, Apt. 104,
Aurora, CO 80016

Tanya D. (M.) Erb
1725 N. Jacksonburg Rd.,
Cambridge City, IN 47327

Ronald J. Moore, Esq.
113 S. Third St.,
Richmond, IN 47374

Thank you for your time and consideration, Your Honor,

Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

Dear Honorable Terry A. Doughty,

Would you please update the addresses on the civil action and complaint for the defendants as recorded below, and in the corresponding documentation?

Joseph R. Biden, Jr.
Primary The White House
1600 Pennsylvania Ave, N.W.
Washington, DC 20500
Alternate 32 Far View Rd,
Rehoboth Beach, DE 19971

Jon B. Turpin
Primary 522 W. Maple St.,
Cambridge City, IN 47327
1 Mulberry St.,
Cambridge City, IN 47327

Michael A. M. Holwager
Primary 537 W. Main St.,
Richmond, IN 47374
Secondary 113 E. Delaware St.,
Cambridge City, IN 47327

Richard E. Bell, Jr.
Primary 200 Granby St.,
Norfolk, VA 23510
(U.S. Secret Service)
Alternate 3470 Inman HI SE
Marietta, GA 30067

Linda K. Turpin
522 W. Maple St.,
Cambridge City, IN 47327
1 Mulberry St.,
Cambridge City, IN 47327

Andrea L. Holwager
Primary 537 W. Main St.,
Richmond, IN 47374
Secondary 113 E. Delaware St.,
Cambridge City, IN 47327