**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JON F D TURPIN ET AL** | **CASE NO.  1:23-CV-01059** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## NOTICE OF MANUAL ATTACHMENT

**ATTACHMENTS TO:**      **Amended Complaint**

      **DESCRIPTION:**      **Flash drive**

      **FILED BY:**      **Jon F D Turpin**

      **FILE DATE:**      **November 16, 2023**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**The attached document is an *original* manual attachment provided by counsel.  Please return to the Clerk's Office!**

**This attachment could not be converted to electronic form.  The original will be maintained in the division of the presiding judge, until expiration of appeal delays.**

**Attachment sent to the MONROE DIVISION.**

                        **Prepared by: Angela Miletello**