THE ALLEGED PETITIONER SAYS I HAVE SLEEPING PROBLEMS WHEN IT'S THE ALLEGED VICTIM COMPLAINING ABOUT THEM, AND THE ALLEGED PETITIONER AND VICTIM ATTEMPTING TO FILE A PROTECTIVE ORDER AGAINST THEIR OWN WORDS:



7:30                               

〈      **Andrea Holwager**                    📞   📹   ⋮

   I haven't been able to sleep yet,
        but wanted to let you know I'm
        thinking about you and worried.
        Just know you always have a
        safe place here.

                    Moving tomorrow. Just have to
                    make it through tonight and Josh
                    and I are getting a moving truck
                    tomorrow

   Just know I'm here for you guys,
        and if you need to escape, you're
        always welcome here, and that
        includes Josh. While my house
        may not be the biggest, it has
        more than enough room for
        everybody and their animals.
        We'll make it work.

                    Tuesday, November 23, 2021

                    I want your advice. Do you
                    think Erin and I can even live in
                    Cambridge City after my parents

15

12:23

# Andrea Holwager

The officer informed your parents many disputing families are currently trying to use protective/ restraining orders as a way "attack" another family member when the actual qualifications for a restraining/ protective order have NOT been met.

As a result, improperly requesting a restraining/ protective order sadly clogs up the court systems and prevents those who truly need one from obtaining it quickly. As a result, the judges want the requests for restraining/protective orders to be used when needed (which is there intended purpose), NOT simply for acting vengeance against a family member, such as trying to file a restraining order/protective order against a family member first when  qualifications have not been met.

To sum it up, protective/restraining orders should only be used when absolutely necessary, and having frivolous ones filed is not good since slows it down the process for those who truly need it.

2. The case was filed under seal, by an attorney with a criminal background and record of wrongfully filing cases under seal, in a county which has no jurisdiction, during a time in our country when the president himself, our Honorable Joseph R. Biden, Jr., and even other members of the executive branch are not currently allowed to even have potential pseudonyms on emails under seal. Since the only possible confidential information in this case was my expungement or anything else the alleged victim and alleged petitioner may attempt to access, why is it still under seal? I've attached the letters referencing my character which were supplied for my expungement to show opinions of others, but the alleged victim, alleged petitioner, and their alleged attorney should have no access to this information because witnesses are concerned after the actions of the alleged petitioner and alleged victim along with the original irresponsible plaintiffs in the "School Lawsuit" case, which is outside of this jurisdiction and already being reviewed to be closed in its entirety with prejudice by a superseding court.

**Yorktown Police Property**

Case #: 2023-05451
PE #: 053
Item #: 9
Date: 06/28/2023
Victim: Jon F Turpin
Suspect:
Description: 1) Gray & Black Sentry Safe w/painting, cut gun lock x2, power cord, white stuffed animal, xtreme garage door opener, Brinks cut locks x3, Dell power supply, Scandisk, team group Hard drive, Samsung smart phone & misc. papers (approx. 600-700 pages

📄 **Jon Turpin.pdf**

📄 **Letters 000.pdf**

📄 **Letters 001.jpg**

📄 **Letters 002.jpg**

📄 **Letters 003.jpg**

📄 **Letters 004.jpg**

📄 **Letters 005.jpg**

📄 **Letters 006.jpg**

📄 **Letters 007.jpg**

📄 **Letters 008.jpg**

📄 **Letters 009.jpg**

📄 **Letters 010.jpg**

📄 **Letters 011.jpg**

📄 **Letters 012.jpg**

18

📄 <u>Letters 013.jpg</u>

📄 <u>Letters 014.jpg</u>

📄 <u>Letters 015.jpg</u>

📄 <u>Letters 016.jpg</u>

📄 <u>Letters 018.pdf</u>

# IN RE: Ronald J. MOORE. (2001)

Supreme Court of Indiana.

IN RE: Ronald J. MOORE.

No.  89S00-0105-DI-230.

Decided: October 17, 2001

Ronald E. Elberger,Bose, McKinney & Evans, L.L.P., Indianapolis, IN, for the Respondent. Donald R. Lundberg, Executive Secretary, Laura Iosue, Staff Attorney, Indianapolis, IN, for the Indiana Supreme Court Disciplinary Commission.

DISCIPLINARY ACTION

Attorney Ronald J. Moore retained for personal use nearly $20,000 in legal fees in contravention of an agreement which required him to remit such fees to his law firm.    To conceal his misconduct, he lied about the fees to other attorneys in the firm.    Today we approve a Statement of Circumstances and Conditional Agreement for Discipline between the respondent and the Indiana Supreme Court Disciplinary Commission, which calls for his suspension from the practice of law for this misconduct.    See Ind. Admission and Discipline Rule 23, Section 11.

Having been admitted to the bar of this state in 1997, the respondent is subject to our disciplinary jurisdiction.

The facts are undisputed.    Two months after graduating from law school in 1997, the respondent was hired as an associate lawyer by a Richmond, Indiana, law firm.    The firm and the respondent agreed that the respondent would be paid a salary, that all legal work he performed would be as an agent of the firm, and that all fees he earned would belong to the firm.    The respondent's salary was $600 per week from August 4, 1997, until his bar admission on November 3, 1997;  $800 per week from November 4, 1997, through December 31, 1998;  $900 per week for the 1999 calendar year, with a $4,000 year-end bonus;  and $1,000 per week for the 2000 calendar year.

For about 18 months, the respondent's duties at the firm included handling criminal appeals as an appellate public defender for Wayne County.   During the course of the public defender contract, the respondent received $11,900 from Wayne County in checks made payable to him.   The respondent deposited the checks into his personal bank account and never remitted any of those fees to the firm.   At least twice in 1999, members of the firm confronted the respondent about the absence of fees from his public defender work.   The respondent told them that he had not been paid yet by Wayne County.   By April 2000, members of the firm became so suspicious of the respondent's assertions that they contacted the Wayne County Auditor's Office.   They discovered that the respondent had been receiving payments for the public defender work for approximately 18 months.   On April 13, 2000, members of the firm confronted the respondent with this information. He admitted he had retained the money.   He also disclosed that he had represented clients charged with drunk driving, charged each $750 for the representation, and deposited all of the fees into his personal bank account, instead of turning them over to the firm as he was required.   To avoid detection, the respondent did not enter these cases into the firm's case management system and required the clients pay him directly.   The fees improperly retained by the respondent from the public defender contract and from the ten drunk driving clients totaled $19,400.

We find that, by his theft of funds that pursuant to agreement belonged to the law firm, the respondent violated Ind. Professional Conduct Rule 8.4(b), which provides that an attorney commits professional misconduct when engaging in a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects.   We also find that by lying to his colleagues about those fees, the respondent violated Prof.Cond.R. 8.4(c), which provides that a lawyer commits professional misconduct when engaging in conduct involving dishonesty, fraud, deceit or misrepresentation.

Given our finding of misconduct, we must determine an appropriate discipline.   The parties agree that an 18-month suspension from the practice of law is warranted.   In determining appropriate discipline, we consider the misconduct, the respondent's state of mind underlying the misconduct, the duty of this court to preserve the integrity of the profession, the risk to the public in allowing the respondent to continue in practice, and any mitigating or aggravating factors.   Matter of Mears, 723 N.E.2d 873 (Ind.2000).

In mitigation, the parties agree that the respondent paid the firm $20,000, which included the fees he wrongfully retained plus interest, within one month after his wrongdoing was discovered and before any disciplinary investigation was pending.   The respondent underwent counseling and has satisfied the personal financial obligations which contributed to his decision to commit the misconduct.   Joined by members of his firm, the respondent voluntarily reported his misconduct to the Disciplinary Commission.   He also has met individually with the judges in Wayne County and with members of the Wayne County Bar Association to admit his misconduct.

In aggravation, the parties note the respondent planned his conversion of funds and perpetuated this scheme for at least 18 months by lying about it on two occasions when members of the firm confronted him.   The parties further agree the respondent's actions demonstrate a pattern of misconduct both in terms of the types of funds he converted-both public defender contract checks and funds from ten clients-and in the repetitive nature of his actions.   The parties also note the respondent's actions were motivated by personal financial stress and occurred shortly after he graduated from law school when he was earning from $41,600 to $52,000 annually.

In a similar case, we suspended an attorney who retained fees belonging to the attorney's firm. Matter of Miller, 730 N.E.2d 171 (Ind.2000).   Given the respondent's carefully planned and executed deception in this case, we conclude that the agreed suspension is appropriate.

Accordingly, the respondent, Ronald J. Moore, is hereby suspended from the practice of law for not fewer than eighteen (18) months, beginning November 19, 2001, at the conclusion of which he shall be eligible to petition for reinstatement pursuant to Admis.Disc.R. 23(4).

The Clerk of this Court is directed to provide notice of this order in accordance with Admis.Disc.R. 23(3)(d) and to provide the Clerk of the United States Court of Appeals for the Seventh Circuit, the Clerk of each of the United States District Courts in this state, and the Clerk of each of the United States Bankruptcy Courts in this state with the last known address of the respondent as reflected in the records of the Clerk.

Costs of this proceeding are assessed against the respondent.

PER CURIAM.

**3. This is potentially against the Indiana Bar Code of Ethics with potentially violated sections highlighted below, but in a non-exhaustive way:**

Download Rules in MS Word Format                    Download Rules in Adobe PDF Format

# Indiana Rules of Court
# **Rules of Professional Conduct**

*Including Amendments made through January 1, 2023*

**TABLE OF CONTENTS**

PREAMBLE: A LAWYER'S RESPONSIBILITIES
SCOPE
Rule 1.0. Terminology
**Rule 1.1. Competence**
**Rule 1.2. Scope of Representation and Allocation of Authority Between Client and Lawyer**
**Rule 1.3. Diligence**
**Rule 1.4. Communication**
**Rule 1.5. Fees**
**Rule 1.6. Confidentiality of Information**
**Rule 1.7. Conflict of Interest: Current Clients**
**Rule 1.8. Conflict of Interest: Current Clients: Specific Rules**
Rule 1.9. Duties to Former Clients
Rule 1.10. Imputation of Conflicts of Interest: General Rule
**Rule 1.11. Special Conflicts of Interest for Former and Current Government Officers and Employees**
**Rule 1.12. Former Judge, Arbitrator, Mediator or Other Third-Party Neutral**
Rule 1.13. Organization as Client
**Rule 1.14. Client with Diminished Capacity**
Rule 1.15. Safekeeping Property
**Rule 1.16. Declining or Terminating Representation**
Rule 1.17. Sale of Law Practice
Rule 1.18. Duties to Prospective Client
Rule 2.1. Advisor
Rule 2.2. Intermediary

Rule 2.3. Evaluation for Use by Third Persons
Rule 2.4. Lawyer Serving as Third-Party Neutral
Rule 3.1. Meritorious Claims and Contentions
**Rule 3.2. Expediting Litigation**
Rule 3.3. Candor Toward the Tribunal
**Rule 3.4. Fairness to Opposing Party and Counsel**
Rule 3.5. Impartiality and Decorum of the Tribunal
Rule 3.6. Trial Publicity
Rule 3.7. Lawyer as Witness
Rule 3.8. Special Responsibilities of a Prosecutor
Rule 3.9. Advocate in Nonadjudicative Proceedings
**Rule 4.1. Truthfulness in Statements to Others**
Rule 4.2. Communication with Person Represented by Counsel
Rule 4.3. Dealing with Unrepresented Persons
Rule 4.4. Respect for Rights of Third Persons
Rule 5.1. Responsibilities of a Partner or Supervisory Lawyer
Rule 5.2. Responsibilities of a Subordinate Lawyer
Rule 5.3. Responsibilities Regarding Nonlawyer Assistants
Rule 5.4. Professional Independence of a Lawyer
Rule 5.5. Unauthorized Practice of Law; Multijurisdictional Practice of Law
Rule 5.6. Restrictions on Right to Practice
Rule 5.7 Responsibilities Regarding Law-Related Services
Rule 6.1. Pro Bono Publico Service
Rule 6.2. Accepting Appointments
Rule 6.3. Membership in Legal Service Organization
Rule 6.4. Law Reform Activities Affecting Client Interests
Rule 6.5 Nonprofit and Court-Annexed Limited Legal Services Programs
Rule 6.6. The Coalition For Court Access
Rule 6.7 Requirement for Reporting of Direct Pro Bono Legal Services
Rule 7.1. Communications Concerning a Lawyer's Services
Rule 7.2. Advertising
Rule 7.3. Direct Contact with prospective Clients
Rule 7.4. Communication of Fields of Practice and Specialization
Rule 7.5. Firm Names and Letterheads
**Rule 8.1. Bar Admission and Disciplinary Matters**
Rule 8.2. Judicial and Legal Officials
**Rule 8.3. Reporting Professional Misconduct**
**Rule 8.4. Misconduct**
Rule 8.5. Disciplinary Authority: Choice of Law
USE OF NON-LAWYER ASSISTANTS
    Introduction
    Guideline 9.1. Supervision
    Guideline 9.2. Permissible Delegation
    Guideline 9.3. Prohibited Delegation
    Guideline 9.4. Duty to Inform
    Guideline 9.5. Identification on Letterhead
    Guideline 9.6. Client Confidences
    Guideline 9.7. Charge for Services
    Guideline 9.8. Compensation
    Guideline 9.9. Continuing Legal Education
    Guideline 9.10. Legal Assistant Ethics

3. The case filed by the alleged plaintiffs is currently against  against T.R. 41, with the following potential violations highlighted in **BOLD:**

Rule 41 - Dismissal of actions**(A)** Voluntary dismissal: Effect thereof**(1)**_By plaintiff - By stipulation._ Subject to contrary provisions of these rules or of any statute, an action may be dismissed by the plaintiff without order of court:**(a)** by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs; or**(b)** by filing a stipulation of dismissal signed by all parties who have appeared in the action.

Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim. The provisions of this subdivision shall not apply if the plaintiff in such action could not effectuate service of process, or otherwise procure adjudication on the merits.

**(2)**_**By order of court.**_ **Except as provided in subsection (1) of this subdivision of this rule, an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper. If a counterclaim or cross-claim has been pleaded by a defendant prior to the service upon him of the plaintiff's motion to dismiss, the action shall not be dismissed against the defendant's objection unless the counterclaim or cross-claim can remain pending for independent adjudication by the court. Unless otherwise specified in the order, a dismissal under this subsection is without prejudice.(B) Involuntary dismissal: Effect thereof. After the plaintiff or party with the burden of proof upon an issue, in an action tried by the court without a jury, has completed the presentation of his evidence thereon, the opposing party, without waiving his right to offer evidence in the event the motion is not granted, may move for a dismissal on the ground that upon the weight of the evidence and the law there has been shown no right to relief. The court as trier of the facts may then determine them and render judgment against the plaintiff or may decline to render any judgment until the close of all the evidence. If the court renders judgment on the merits against the plaintiff or party with the burden of proof, the court, when requested at the time of the motion by either party shall make findings if, and as required by Rule 52(A). Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision or subdivision (E) of this rule and any dismissal not provided for in this rule, other than a dismissal for lack of jurisdiction, operates as an adjudication upon the merits.**

**(C)** Dismissal of counterclaim, cross-claim, or third-party claim. The provisions of this rule apply to the dismissal of any counterclaim, cross-claim, or third-party claim. A voluntary dismissal by the claimant alone pursuant to subsection (1) of subdivision (A) of this rule shall be made before a responsive pleading is served or, if there is none, before the introduction of evidence at the trial or hearing.

**(D)** Costs of previously-dismissed action. If a plaintiff who has once dismissed an action in any court commences an action based upon or including the same claim against the same defendant, the court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

**(E) Failure to prosecute civil actions or comply with rules. Whenever there has been a failure to comply with these rules or when no action has been taken in a civil case for a period of sixty [60] days, the court, on motion of a party or on its own motion shall order a hearing for the purpose of dismissing such case. The court shall enter an order of dismissal at plaintiff's costs if the plaintiff shall not show sufficient cause at or before such hearing. Dismissal may be withheld or reinstatement of dismissal may be made subject to the condition that the plaintiff comply with these rules and diligently prosecute the action and upon such terms that the court in its discretion determines to be necessary to assure such diligent prosecution.**

**(F)** Reinstatement following dismissal. For good cause shown and within a reasonable time the court may set aside a dismissal without prejudice. A dismissal with prejudice may be set aside by the court for the grounds and in accordance with the provisions of Rule 60(B).

_Ind. R. Trial. P. 41_


Amended Nov. 3, 1981, effective 1/1/1982; amended Oct. 29, 1993, effective 1/1/1994.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 29 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL

VERSUS

JOSEPH R BIDEN JR ET AL

CASE NO. 3:22-CV-

JUDGE TERRY A. I

MAG. JUDGE KAY

Dear Honorable Judge Doughty and Ho

In my opinion, the proceedings in 8

may have no legal grounds, as the

have been filed in a way which

immunity by the Honorable Judge D

the only potential grounds available

to potentially be filed, which, ev

in full, according to the actions of

Judge Stoner affirmed in action

24

In my opinion, the case was filed in
the only possible conclusion is that it wi
to falsely, fictitiously, and fractiously, viola
civil, religious rights and rites, and an att
our Catholic Marriage and vows under G

In my opinion, none of this fraudulently att
violation, is in the jurisdiction of the Way
Court, and with the accepted postponement,
will already be half past the offered and
causing a situation where even if the
served" would already negate the possib

In my opinion if you request the tra
case, you may review if the alleged peti
against the alleged victim, negating poten
case in our favor at 100%.



**Sincerely,**

**Jon F. D. Turpin, Pro Se, Pro Hac Vice**



# Wayne County Emergency Communications
### Richmond, Indiana

CFS - Command Log

Printed on January 9, 2022

| | |
|---|---|
| **CFS #** | CFS21-082424 |
| **Call Taker** | Nancie Ruhl |
| **Location** | 9 MULBERRY ST, CAMBRIDGE CITY, IN 47327 |
| **Location Details** | |
| **Primary Incident Code** | PEACEOFFICER : Peace Officer Detail |
| **Mod** | |
| **Priority** | 3 |
| **Use Caution** | No |
| **Primary Disposition** | Assignment Completed/Settled by Phone Contact |
| **Beat** | |
| **Zone** | |
| **Call Time** | 12/27/21 16:45:11 |
| **Completed Time** | 12/27/21 17:56:10 |

## Reporters

**TURPIN, JON F (Initial Reporter)**

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | |
| **Report Time** | 12/27/21 16:45:11 |
| **How Reported** | Phone |
| **From Phone** | (317) 378-9314 |
| **Contact Phone** | |
| **Comments** | |

## Other Names

**TURPIN, JON FREDRICK (Complainant)**

| | |
|---|---|
| **Sex** | Male |
| **Address** | 9 MULBERRY ST |
| | CAMBRIDGE CITY, IN 47327 |
| **Cell Phone** | (317) 378-9314 |
| **Comments** | |

## Vehicles

## Responders

| | | |
|---|---|---|
| C2 (Primary) | C2 - Kuhn, Larry | CCPD (Primary) |
| 89-27 (Primary) | 89-027 - Garrett, Brent | WCSD |

## Response Times

| | |
|---|---|
| **Assigned** | 12/27/21 16:47:19 |
| **Enroute** | 12/27/21 16:47:50 |
| **Arrived** | 12/27/21 16:49:30 |
| **Leaving** | 12/27/21 17:03:31 * |
| **Arrived At** | 12/27/21 17:03:31 |

**Completed** 12/27/21 17:56:10

**IR / External Agency Numbers**

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Hidden

12/27/21 16:45:11 | Ruhl, Nancie | New CFS
12/27/21 16:46:25 | Ruhl, Nancie | CP STANDING BY IN THE AREA IN HIS WHI CRV. HE NEEDS TO GET HIS BELONGINGS FROM RES
12/27/21 16:46:55 | Dunaway, Rebecca | NOTES FROM THE PRE CALL TODAY 12/27/21 15:48:45 Kuhn, Larry John F Turpin thinks that his parents has some of his vehicle paperwork and that would prevent him from caring his firearm. I explained to John that the vehicle paperwork has no say about him being abel to carry his firearm as long he is with it and has his CCW permit 12/27/21 15:49:59 Kuhn, Larry He wanted to know if he still had the right to enter the home on Mulberry St since he paid Decembers rent. I advised to to talk to his attorney about those circumstances
12/27/21 16:47:19 | Dunaway, Rebecca | C2 | Dispatch
12/27/21 16:47:50 | Dunaway, Rebecca | 89-27 | Enroute
12/27/21 16:49:30 | Dunaway, Rebecca | C2 | On Scene
12/27/21 16:50:33 | Garrett, Brent | 89-27 | On Scene
12/27/21 17:01:13 | Dunaway, Rebecca | 89-27, C2 | Check Status (Time (minutes): 15) - SIG 54
12/27/21 17:03:15 | Dunaway, Rebecca | C2 OUT AT 526 W MAPLE ST SPEAKING W/ THE PARENTS
12/27/21 17:03:31 | Dunaway, Rebecca | C2 | Arrived At (Location: 526 W MAPLE ST ST, CAMBRIDGE CITY, IN, 47327)
12/27/21 17:04:58 | Dunaway, Rebecca | 89-27, C2 | Radio Comm
12/27/21 17:06:04 | Dunaway, Rebecca | C2 | On Scene
12/27/21 17:06:15 | Dunaway, Rebecca | 89-27, C2 | Check Status (Time (minutes): 15) - R/C
12/27/21 17:20:43 | Dunaway, Rebecca | 89-27, C2 | Check Status (Time (minutes): 15) - sig 54
12/27/21 17:23:04 | Garrett, Brent | 89-27 | Available (Location: In Service)
12/27/21 17:35:01 | Kuhn, Larry | Jon was still requesting paperwork and other belonging from the house and his parents.
12/27/21 17:35:45 | Kuhn, Larry | Jon believes that he paid rent for December and has a cashed check that says he did.
12/27/21 17:35:52 | Kuhn, Larry | C2 | Check Status
12/27/21 17:35:55 | Dunaway, Rebecca | C2 | Clear Alarms
12/27/21 17:36:10 | Kuhn, Larry | Also on the check it read for damages
12/27/21 17:37:33 | Kuhn, Larry | Jon did receive a receipt for that payment that read for damages.
12/27/21 17:38:56 | Kuhn, Larry | Jon's mother stated that she does not have any right to the property and that she would put their belonging in the garage. and schedule a day for him to come pick it up
12/27/21 17:54:33 | Kuhn, Larry | I told Jon that I was not going to tell him yes or no on going into the property but I would suggest that he gets legal advice first.
12/27/21 17:55:06 | Kuhn, Larry | Jon left and agreed to wait for his property to be in the garage and come back to get it all.
12/27/21 17:56:10 | Kuhn, Larry | C2 | Available (Location: In Service)

**CLQ**

**Requested At**
**Sent To**
**Status**
**Received At**
**Location**          ,
**Accuracy**



# Wayne County Emergency Communications
### Richmond, Indiana

CFS - Command Log

Printed on January 9, 2022

| | |
|---|---|
| **CFS #** | CFS22-001528 |
| **Call Taker** | Jalin Christian |
| **Location** | 127 N FOOTE ST, CAMBRIDGE CITY, IN 47327 (Cambridge City Police Dept) |
| **Location Details** | |
| **Primary Incident Code** | SWO : Speak with Officer |
| **Mod** | |
| **Priority** | 4 |
| **Use Caution** | No |
| **Primary Disposition** | Assignment Completed/Settled by Phone Contact |
| **Beat** | |
| **Zone** | |
| **Call Time** | 01/08/22 19:28:05 |
| **Completed Time** | 01/08/22 20:51:20 |

## Reporters

### TURPIN, JOHN (Initial Reporter)

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | |
| **Report Time** | 01/08/22 19:28:05 |
| **How Reported** | |
| **From Phone** | (317) 318-8038 |
| **Contact Phone** | |
| **Comments** | |

## Other Names

## Vehicles

## Responders

C3 (Primary)          C3 - Webb, Corey          CCPD (Primary)

## Response Times

| | |
|---|---|
| **Assigned** | 01/08/22 20:49:37 * |
| **Enroute** | 01/08/22 20:49:37 |
| **Arrived** | 01/08/22 20:51:20 * |
| **Leaving** | |
| **Arrived At** | |
| **Completed** | 01/08/22 20:51:20 |

## IR / External Agency Numbers

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Hidden

01/08/22 19:28:05 | Christian, Jalin | New CFS
01/08/22 19:29:01 | Christian, Jalin | RED BIKE

Page 1 of 2

01/08/22 19:29:36 | Christian, Jalin | 9 MULBERRY ST
01/08/22 19:30:58 | Christian, Jalin | CALLER USED TO LIVE AT THE ADDRESS ABOVE, HAS RECENTLY MOVED
01/08/22 19:31:13 | Christian, Jalin | FROM WHAT I COULD GATHER SOMEONE IS PICKING UP HIS PROPERTY
WHO SHOULD NOT BE
01/08/22 19:31:16 | Christian, Jalin | SIG 6
01/08/22 19:31:31 | Christian, Jalin | CALLER WAS ADVISED OF THE EXTENDED ETA
01/08/22 20:49:37 | Webb, Corey | C3 | Enroute
01/08/22 20:51:14 | Webb, Corey | I TRIED CALLING THE NUMBER BUT IT GOES TO SOME GOOGLE APP.
01/08/22 20:51:20 | Webb, Corey | C3 | Available (Location: In Service)

**CLQ**

**Requested At**
**Sent To**
**Status**
**Received At**
**Location**          ,
**Accuracy**



# Wayne County Emergency Communications
### Richmond, Indiana

Printed on January 9, 2022

CFS - Command Log

| | |
|---|---|
| **CFS #** | CFS22-001528 |
| **Call Taker** | Jalin Christian |
| **Location** | 127 N FOOTE ST, CAMBRIDGE CITY, IN 47327 (Cambridge City Police Dept) |
| **Location Details** | |
| **Primary Incident Code** | SWO : Speak with Officer |
| **Mod** | |
| **Priority** | 4 |
| **Use Caution** | No |
| **Primary Disposition** | Assignment Completed/Settled by Phone Contact |
| **Beat** | |
| **Zone** | |
| **Call Time** | 01/08/22 19:28:05 |
| **Completed Time** | 01/08/22 20:51:20 |

### Reporters

**TURPIN, JOHN (Initial Reporter)**

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | |
| **Report Time** | 01/08/22 19:28:05 |
| **How Reported** | |
| **From Phone** | (317) 318-8038 |
| **Contact Phone** | |
| **Comments** | |

### Other Names

### Vehicles

### Responders

C3 (Primary)          C3 - Webb, Corey          CCPD (Primary)

### Response Times

| | |
|---|---|
| **Assigned** | 01/08/22 20:49:37 * |
| **Enroute** | 01/08/22 20:49:37 |
| **Arrived** | 01/08/22 20:51:20 * |
| **Leaving** | |
| **Arrived At** | |
| **Completed** | 01/08/22 20:51:20 |

### IR / External Agency Numbers

### Command Log Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Hidden

01/08/22 19:28:05 | Christian, Jalin | New CFS
01/08/22 19:29:01 | Christian, Jalin | RED BIKE

Page 1 of 2

01/08/22 19:29:36 | Christian, Jalin | 9 MULBERRY ST
01/08/22 19:30:58 | Christian, Jalin | CALLER USED TO LIVE AT THE ADDRESS ABOVE, HAS RECENTLY MOVED
01/08/22 19:31:13 | Christian, Jalin | FROM WHAT I COULD GATHER SOMEONE IS PICKING UP HIS PROPERTY
WHO SHOULD NOT BE
01/08/22 19:31:16 | Christian, Jalin | SIG 6
01/08/22 19:31:31 | Christian, Jalin | CALLER WAS ADVISED OF THE EXTENDED ETA
01/08/22 20:49:37 | Webb, Corey | C3 | Enroute
01/08/22 20:51:14 | Webb, Corey | I TRIED CALLING THE NUMBER BUT IT GOES TO SOME GOOGLE APP.
01/08/22 20:51:20 | Webb, Corey | C3 | Available (Location: In Service)

| CLQ |
| --- |

**Requested At**
**Sent To**
**Status**
**Received At**
**Location**           ,
**Accuracy**



# Wayne County Emergency Communications
### Richmond, Indiana

CFS - Command Log                                    Printed on December 27, 2021

| | |
|---|---|
| **CFS #** | CFS21-080790 |
| **Call Taker** | Natalie Meyers |
| **Location** | 127 N FOOTE ST, CAMBRIDGE CITY, IN 47327 (Cambridge City Police Dept) |
| **Location Details** | |
| **Primary Incident Code** | SWO : Speak with Officer |
| **Mod** | |
| **Priority** | 4 |
| **Use Caution** | No |
| **Primary Disposition** | Assignment Completed/Settled by Phone Contact |
| **Beat** | |
| **Zone** | |
| **Call Time** | 12/19/21 06:16:46 |
| **Completed Time** | 12/19/21 06:40:09 |

## Reporters

**turpin, john (Initial Reporter)**

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | |
| **Report Time** | 12/19/21 06:16:46 |
| **How Reported** | |
| **From Phone** | (317) 378-9314 |
| **Contact Phone** | |
| **Comments** | |

## Other Names

**TURPIN, JON BRENT (Other)**

| | |
|---|---|
| **Sex** | Male |
| **DOB** | |
| **Address** | 522 W MAPLE ST<br>CAMBRIDGE, IN 47327 |
| **Home Phone** | (765) 478-3258 |
| **Cell Phone** | (765) 541-0777 |
| **Comments** | |

**TURPIN, JON FREDRICK (Other)**

| | |
|---|---|
| **Sex** | Male |
| **DOB** | |
| **Address** | 9 MULBERRY ST<br>CAMBRIDGE CITY, IN 47327 |
| **Cell Phone** | (317) 378-9314 |
| **Comments** | |

## Vehicles

## Responders

| | | |
|---|---|---|
| C2 (Primary) | C2 - Kuhn, Larry | CCPD (Primary) |

## Response Times

| | |
|---|---|
| **Assigned** | 12/19/21 06:19:23 |
| **Enroute** | 12/19/21 06:29:43 * |
| **Arrived** | 12/19/21 06:29:43 |
| **Leaving** | |
| **Arrived At** | |
| **Completed** | 12/19/21 06:40:09 |

## IR / External Agency Numbers

## Command Log   Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

12/19/21 06:16:46 | Meyers, Natalie | New CFS
12/19/21 06:17:27 | Meyers, Natalie | SIG 6 ONLY
12/19/21 06:17:57 | Meyers, Natalie | THE ONGOING ISSUES WITH HIS FAMILY AND HARASSMENT.
12/19/21 06:19:23 | Meyers, Natalie | C2 | Dispatch
12/19/21 06:29:40 | Kuhn, Larry | 1st call no answer
12/19/21 06:29:43 | Kuhn, Larry | C2 | On Scene
12/19/21 06:30:59 | Kuhn, Larry | 2nd call no answer
12/19/21 06:38:44 | Kuhn, Larry | 3rd call now answer
12/19/21 06:38:55 | Kuhn, Larry | no
12/19/21 06:40:09 | Meyers, Natalie | C2 | Complete
12/19/21 06:53:38 | Meyers, Natalie | HE CALLED BACK AND CAN ANSWER HIS TX NOW
12/19/21 06:53:42 | Meyers, Natalie | C2 | Dispatch
12/19/21 07:13:53 | Meyers, Natalie | C2 | Available
12/19/21 07:14:50 | Meyers, Natalie | Complete
12/19/21 08:25:14 | Pierce, Indie | C2 | Dispatch
12/19/21 08:33:04 | Kuhn, Larry | John is worried about a bitcoin machine that he had Hagerstown. He stated that this machine has been used by someone else and thing that inappropriate child images has went through it. John stated that it has been removed and is now in storage and that he thinks his father and Michael Mann is trying to frame him. John told me that he has contacted the cyber tip line and reported this.
12/19/21 08:34:13 | Kuhn, Larry | C2 | Available (Location: In Service)

## CLQ

| | |
|---|---|
| **Requested At** | |
| **Sent To** | |
| **Status** | |
| **Received At** | |
| **Location** | , |
| **Accuracy** | |



# Wayne County Emergency Communications
### Richmond, Indiana

CFS - Command Log

Printed on December 27, 2021

| | |
|---|---|
| **CFS #** | CFS21-075668 |
| **Call Taker** | Nancie Ruhl |
| **Location** | 9 MULBERRY ST, CAMBRIDGE CITY, IN 47327 |
| **Location Details** | |
| **Primary Incident Code** | THEFT : Investigate Theft |
| **Mod** | |
| **Priority** | 3 |
| **Use Caution** | No |
| **Primary Disposition** | Assignment Completed/Settled by Phone Contact |
| **Beat** | |
| **Zone** | |
| **Call Time** | 11/25/21 11:16:05 |
| **Completed Time** | 11/25/21 12:37:17 |

### Reporters

**TURPIN, JON (Initial Reporter)**

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | |
| **Report Time** | 11/25/21 11:16:05 |
| **How Reported** | 911 |
| **From Phone** | (317) 378-9314 |
| **Contact Phone** | |
| **Comments** | |

### Other Names

**TURPIN, JON FREDRICK (Victim)**

| | |
|---|---|
| **Sex** | Male |
| **DOB** | |
| **Address** | 9 MULBERRY ST<br>CAMBRIDGE CITY, IN 47327 |
| **Cell Phone** | (317) 378-9314 |
| **Comments** | |

### Vehicles

### Responders

| | | |
|---|---|---|
| C2 (Primary) | C2 - Kuhn, Larry | CCPD (Primary) |
| 126 | 126 - Santiago, Sergio | RPD |
| 128 (Primary) | 128 - Tudor, Jordan | RPD |

### Response Times

| | |
|---|---|
| **Assigned** | 11/25/21 11:38:20 * |
| **Enroute** | 11/25/21 11:38:20 * |
| **Arrived** | 11/25/21 11:38:20 |
| **Leaving** | |

**Arrived At**

**Completed** 11/25/21 12:37:17

---

**IR / External Agency Numbers**

CC2021-0097                                    PO: C2 - Kuhn, Larry

---

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

11/25/21 11:16:05 | Ruhl, Nancie | New CFS
11/25/21 11:19:46 | Ruhl, Nancie | BLACK GLOCK 9 MIL W/LIGHT GRY MARKING'S W/IN A BLK HOLSTER W/1
EXTRA MAG. SUSPECT IS CHRIS TAGGART WHO WAS @ HIS RES YESTERDAY. CP IS IN THE MIDDLE OF
MOVING. CP IS 76 FROM NEW CASTLE IS A LT BLUE PONTIAC VIBE ETA 20 MINS.
11/25/21 11:20:36 | Ruhl, Nancie | CP ADV CHRIS IS THE ONLY FRIEND OF HIS THAT HELPED HIM MOVE
YESTERDAY THAT HE NORMALLY DOESNT HANG WITH/TRUST.
11/25/21 11:22:26 | Ruhl, Nancie | CP WILL LOOK FOR SERIAL #'S WHEN HE RETURNS TO CAMBRIDGE
11/25/21 11:22:38 | Ruhl, Nancie | ENTRY REVISED - BLACK GLOCK 9 MIL W/LIGHT GRY MARKING W/IN A BLK
HOLSTER W/1 EXTRA MAG. SUSPECT IS CHRIS TAGGART WHO WAS @ HIS RES YESTERDAY. CP IS IN THE
MIDDLE OF MOVING. CP IS 76 FROM NEW CASTLE IS A LT BLUE PONTIAC VIBE ETA 20 MINS.
11/25/21 11:38:20 | Kuhn, Larry | C2 | On Scene
11/25/21 11:59:36 | Meyers, Natalie | 126, 128 | Staged
11/25/21 11:59:56 | Meyers, Natalie | 126, 128 | On Scene
11/25/21 12:00:03 | Meyers, Natalie | 126 | Clear Alarms
11/25/21 12:03:05 | Dunaway, Rebecca | 126, 128 | Available
11/25/21 12:24:15 | Pierce, Indie | C2 | Check Status (Time (minutes): 50)
11/25/21 12:37:17 | Kuhn, Larry | C2 | Available (Location: In Service)

---

**CLQ**

**Requested At**
**Sent To**
**Status**
**Received At**
**Location**          ,
**Accuracy**



# Wayne County Emergency Communications
## Richmond, Indiana

CFS - Command Log

Printed on December 27, 2021

| | |
|---|---|
| **CFS #** | CFS21-074974 |
| **Call Taker** | Valerie Boggs |
| **Location** | 9 MULBERRY ST, CAMBRIDGE CITY, IN 47327 |
| **Location Details** | |
| **Primary Incident Code** | HARRASSMENT : Harassment |
| **Mod** | |
| **Priority** | 3 |
| **Use Caution** | No |
| **Primary Disposition** | Assignment Completed/Settled by Phone Contact |
| **Beat** | |
| **Zone** | |
| **Call Time** | 11/21/21 23:41:30 |
| **Completed Time** | 11/22/21 01:50:10 |

## Reporters

### TURPIN, JON FREDRICK (Initial Reporter)

| | |
|---|---|
| **Sex** | Not Specified |
| **DOB** | |
| **Address** | 9 MULBERRY ST<br>CAMBRIDGE CITY, IN 47327 |
| **Report Time** | 11/21/21 23:41:00 |
| **How Reported** | 911 |
| **From Phone** | (317) 378-9314 |
| **Contact Phone** | |
| **Comments** | |

## Other Names

### TURPIN, JON (Suspect)

| | |
|---|---|
| **Sex** | Male |
| **DOB** | |
| **Address** | 522 W MAPLE ST<br>CAMBRIDGE, IN 47327 |
| **Home Phone** | (765) 478-3258 |
| **Cell Phone** | (765) 541-0777 |
| **Comments** | |

## Vehicles

## Responders

| C3 (Primary) | C3 - Webb, Corey | CCPD |
|---|---|---|
| 89-22 (Primary) | 89-022 - Brown, Thomas | WCSD (Primary) |

## Response Times

| | |
|---|---|
| **Assigned** | 11/21/21 23:48:33 |
| **Enroute** | 11/22/21 00:48:30 * |
| **Arrived** | 11/22/21 00:48:30 |

**Leaving**    11/22/21 01:18:16
**Arrived At**
**Completed** 11/22/21 01:50:10

| IR / External Agency Numbers |
| --- |

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

11/21/21 23:41:30 | Boggs, Valerie | New CFS
11/21/21 23:42:09 | Boggs, Valerie | BEING HARASSED BY HIS PARENTS VIA TX
11/21/21 23:44:41 | Boggs, Valerie | CALLER'S PARENTS ARE HIS LANDLORD.
11/21/21 23:47:17 | Boggs, Valerie | HAS BEEN COMING IN THE HOUSE UNINVITED. FATHER THREATENED TO
SHOOT/KILL THE CALLER LAST SUNDAY.
11/21/21 23:47:28 | Boggs, Valerie | ALL HARASSMENT TODAY IS BY TX
11/21/21 23:48:33 | Brown, Jennifer | 89-22 | Dispatch
11/21/21 23:48:56 | Brown, Jennifer | 89-22 | Available
11/21/21 23:50:03 | Boggs, Valerie | CALLER SIG 80 X3 - HAS APPROVED CCW
11/21/21 23:51:13 | Boggs, Valerie | SUSPECT - JON TURPIN - SIG 80 X3 - APPROVED CCW
11/22/21 00:28:37 | Newton, Rachel | CALLED 911 AGAIN TO SEE WHERE OFFICERS WERE.... ADV HIM THAT
THEY ARE CLEARING FROM OTHER CALLS AND WILL START THAT WAY SHORTLY
11/22/21 00:41:54 | Brown, Jennifer | C3 | Dispatch
11/22/21 00:48:30 | Webb, Corey | C3 | On Scene
11/22/21 01:18:16 | Webb, Corey | C3 | Leaving Scene (Location: 522 W MAPLE ST)
11/22/21 01:44:38 | Webb, Corey | I SPOKE WITH JON F. TURPIN AND HE STATED THAT HIS PARENTS ARE
HARASSING HIM AND HIS FIANCE. THEY OWN THE HOME HE LIVES IN AND THEY COME INTO TO HOUSE
WHEN THEY WANT. HE SAID HE HAS THEM BLOCKED ON EVERYTHING BUT THEY CONTINUE TO TRY TO
CONTACT HIM THROUGH OTHER PEOPLE. I ASKED HIM TO SEE THE TEXT MESSAGES WHERE THEY ARE
HARASSING HIM AND HE SHOWED ME ONES WHERE HIS PARENTS WERE WANTING HIM AND HIS FIANCE
TO COME TO DINNER THAT NIGHT SINCE THEY HAD TO WORK THE NEXT NIGHT. JON SAID HE WOULD
COME THERE ON MONDAY OR TUESDAY, BUT HIS MOM SAID CANT YOU JUST SPARE 30 MINUTES. HE SAID
HE WENT UP THERE WITH HIS FIANCE TO GET THE GARAGE DOOR OPENERS THAT THEY HAD FOR HIM.
HE SAID HE GOT ANGRY WHILE HE WAS AT HIS PARENTS HOUSE AND BROKE THE GARAGE DOOR
OPENER. HE SAID HE JUST WANTS HIS PARENTS TO LEAVE HIM ALONE AND HE WANTS TO GET A
RESTRAINING ORDER AGAINST THEM. I TOLD HIM HE WOULD HAVE TO GO THROUGH THE COURTS TO
HAVE THAT DONE. HE ALSO WANTED ME TO TRESSPASS THEM BUT i TOLD HIM SINCE THEY OWNED THE
HOME, I WAS UNABLE TO DO THAT. HE ALSO STATED THAT WHEN HE WAS AT HIS PARENTS HOUSE THE
OTHER NIGHT HIS DAD THREATENED TO KILL HIM, I ASKED HIM IF HE HAD THIS ON RECORDING OR
THROUGH TEXT MESSAGES AND HE SAID NO IT WAS JUST HIS PARENTS, HIM AND HIS FIANCE THERE. I
ADVISED JON THAT WITHOUT HIS DAD ADMITTING TO THE TREAT THEN I WAS NOT ABLE CHARGE HIM
SINCE THERE WAS NO PROOF THAT IT HAPPENED, BUT I WOULD SPEAK WITH HIS PARENTS FOR HIM AND
ASK THEM TO LEAVE HIM ALONE.
11/22/21 01:49:54 | Webb, Corey | I SPOKE WITH JON AND LINDA TURPIN, JON'S PARENTS. I TOLD THEM THAT
JON WANTS THEM TO LEAVE HIM ALONE AND THEY SAID THAT THEY HAVE FOR OVER A WEEK EVER SINCE
HE CAME TO THE HOUSE FOR DINNER AND STORMED THROUGH THERE DOOR CUSSING AND SCREAMING
AT THEM. THEY SAID WHEN HE CAME UP TO THERE HOUSE HE PUSHED THROUGH THE DOOR AND GOT
INTO HIS MOMS FACE, AND SHE SAID THAT SHE WAS SCARED. HE LEFT THEN HIS FIANCE CAME BACK UP
AND WHEN HIS FIANCE GOT THERE HE AGAIN CAME CRASHING THROUGH THE DOOR AND JON TURPIN
SAID HE TOLD HIM THAT KIND OF BEHAVIOR IS WHAT GETS YOU SHOT OR TAKEN TO JAIL. LINDA
CONFIRMED THAT IS WHAT JON SAID AND HE DID NOT THREATEN THEIR SON. THEY SAID HE HAS BEEN
GETTING WORSE HE LATELY AND POSTED A BUNCH OF STUFF ON FACEBOOK ABOUT THEIR FRIENDS
THAT AREN'T TRUE AND THEY SAID THEY ARE SCARED THAT HE IS GOING TO HURT HIMSELF OR THEM.
JON AND LINDA AGREED TO LEAVE HIM ALONE AND THEY SAID THAT IS WHAT THEY WERE PLANNING ON
DOING ANYWAYS.
11/22/21 01:50:10 | Webb, Corey | C3 | Available (Location: In Service)

| CLQ |
| --- |

**Requested At**
**Sent To**

**Status**
**Received At**
**Location**          '
**Accuracy**



# Wayne County Emergency Communications
### Richmond, Indiana

CFS - Command Log                                    Printed on December 27, 2021

| | |
|---|---|
| **CFS #** | CFS21-081100 |
| **Call Taker** | Jennifer Buckler |
| **Location** | 127 N FOOTE ST, CAMBRIDGE CITY, IN 47327 (Cambridge City Police Dept) |
| **Location Details** | |
| **Primary Incident Code** | SWO : Speak with Officer |
| **Mod** | |
| **Priority** | 4 |
| **Use Caution** | No |
| **Primary Disposition** | Assignment Completed/Settled by Phone Contact |
| **Beat** | |
| **Zone** | |
| **Call Time** | 12/20/21 17:09:07 |
| **Completed Time** | 12/20/21 19:39:43 |

---

### Reporters

**TURPIN,JON (Initial Reporter)**

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | |
| **Report Time** | 12/20/21 17:09:07 |
| **How Reported** | Phone |
| **From Phone** | (317) 378-9314 |
| **Contact Phone** | |
| **Comments** | |

---

### Other Names

---

### Vehicles

---

### Responders

| C4 (Primary) | C4 - Stover, Scott | CCPD (Primary) |
|---|---|---|

---

### Response Times

| | |
|---|---|
| **Assigned** | 12/20/21 19:13:33 * |
| **Enroute** | 12/20/21 19:13:33 |
| **Arrived** | 12/20/21 19:39:43 * |
| **Leaving** | |
| **Arrived At** | |
| **Completed** | 12/20/21 19:39:43 |

---

### IR / External Agency Numbers

---

### Command Log   Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

12/20/21 17:09:07 | Buckler, Jennifer | New CFS
12/20/21 17:10:25 | Buckler, Jennifer | SIG 6 ONLY

12/20/21 17:11:12 | Buckler, Jennifer | HE WANTS TO MAKE SURE THAT THE CALL WAS UPDATED ABOUT HIS GLOCK 19 WAS FOUND
12/20/21 17:11:36 | Buckler, Jennifer | HE SAID IT WAS NOT UPDATED THE FIRST TIME HE CALLED
12/20/21 19:10:34 | Robertson, Jeremy | Pending
12/20/21 19:13:33 | Stover, Scott | C4 | Enroute
12/20/21 19:38:01 | Stover, Scott | Jon wanted CFS numbers for all of the calls he has been involved in and before I got off the phone with him he asked me for if there was a report made in reference to "fictional child pornography", I told him I was unaware of any calls in ref to that.
12/20/21 19:39:25 | Stover, Scott | I also informed Jon that his pistol is not listed as stolen, he asked for a report of it not being stolen and I told him I would not do that.
12/20/21 19:39:43 | Stover, Scott | C4 | Available (Location: In Service)

| CLQ |
|-----|

**Requested At**
**Sent To**
**Status**
**Received At**
**Location**
**Accuracy**

♡ Save          🔔 Monitor          🄿 PDF                          ≣ List          ⋯ More

# Michael Alan Mann

Age 35 years old

Born November 1988

Location Richmond, IN

Aliases Michael Mann, Marion Bolton

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                      ✓

🏠 537 W Main St # 6                                              View 3 more
   Richmond, IN 47374

📞 (765) 541-9643                                                 View 4 more

✉ nylahjane03@gmail.com                                          View 4 more

♥ 6 relatives found                                              View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                         Learn more

❮ No social media found                                          Learn more

📷 No photos found

**Need this report in a printable format?**
Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                     

🖨 **Print PDF**   ✉ **Email PDF**

# Possible Phone Numbers

⬤⬤⬤
Alerts

⊙ Learn more

---

✔ Best phone number match

## (765) 541-9643 (/app/generate/phone? phone=7655419643&referringBvid=N_MTQ1MjMzMTYyNjEz)

Phone type Mobile
Dates seen Dec 2007 - Aug 2023

View phone report (/app/generate/phone?phone=7655419643&referringBvid=N_MTQ1MjMzMTYyNjEz)

Is this accurate?

---

Higher Confidence

## (765) 541-2263 (/app/generate/phone? phone=7655412263&referringBvid=N_MTQ1MjMzMTYyNjEz)

Phone type Mobile
Dates seen Dec 2007 - Aug 2023

View phone report (/app/generate/phone?phone=7655412263&referringBvid=N_MTQ1MjMzMTYyNjEz)

Is this accurate?

---

Higher Confidence

## (765) 969-0628 (/app/generate/phone? phone=7659690628&referringBvid=N_MTQ1MjMzMTYyNjEz)

Phone type Mobile
Dates seen Nov 2016 - Jan 2022

View phone report (/app/generate/phone?phone=7659690628&referringBvid=N_MTQ1MjMzMTYyNjEz)

Is this accurate?

---

Higher Confidence

 Overview

### [(812) 361-8575 (/app/generate/phone?](# )
### [phone=8123618575&referringBvid=N_MTQ1MjMzMTYyNjEz)](# )

Phone type Mobile

View phone report (/app/generate/phone?phone=8123618575&referringBvid=N_MTQ1MjMzMTYyNjEz)

Is this accurate?

Higher Confidence

### [(765) 478-4842 (/app/generate/phone?](# )
### [phone=7654784842&referringBvid=N_MTQ1MjMzMTYyNjEz)](# )

Dates seen Sep 2011

View phone report (/app/generate/phone?phone=7654784842&referringBvid=N_MTQ1MjMzMTYyNjEz)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

✉ **Possible Emails**                                                                                    Alerts

👤 **Personal Emails (5)**

nylahjane03@gmail.com (/app/generate/email?email=nylahjane03%40gmail.com) ✔ **Best email address match**

heavensmom97@gmail.com (/app/generate/email?email=heavensmom97%40gmail.com)    Higher Confidence

badtat109@yahoo.com (/app/generate/email?email=badtat109%40yahoo.com)    Higher Confidence
Last seen: 02/08/2023

marion.bolton@netzero.net (/app/generate/email?email=marion.bolton%40netzero.net)    Higher Confidence

badtat109@gmail.com (/app/generate/email?email=badtat109%40gmail.com)    Higher Confidence
Last seen: 10/04/2023

⬤ Show less

## Possible Address History                                                                              Alerts

◉ Learn more
4 addresses identified

 Overview



✔ Best address match

### 537 W Main St # 6
### Richmond, IN 47374
### (/app/generate/property?
### address=537%20W%20Main%20St.%20%23%206&city=Richmond&parent_id=144178132&sta
### te=IN&zipcode=47374)

Dates seen May 2017 - Oct 2022

Search this property (/app/generate/property?address=537%20W%20Main%20St.%20%23%206&city=Richmond&parent_id=144178132&st...

Is this accurate?

Higher Confidence

### 897 Spring Creek Rd
### Montrose, CO 81403
### (/app/generate/property?
### address=897%20Spring%20Creek%20Rd.&city=Montrose&state=CO&zipcode=81403)

Dates seen Oct 2020 - Oct 2020

Search this property (/app/generate/property?address=897%20Spring%20Creek%20Rd.&city=Montrose&state=CO&zipcode=81403)

Is this accurate?

Higher Confidence

### 5434 Fox Way Apt 6

**Indianapolis, IN 46237**

Dates seen Dec 2017

Is this accurate?

Higher Confidence

## 707 N Cambridge Rd
## Cambridge City, IN 47327
## (/app/generate/property?
## address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327)

Search this property (/app/generate/property?address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

WARNING: Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

# Possible Relatives

Alerts

● Learn more

## Andrea Lynn Holwager (/app/generate/person?
## bvid=N_MTg4MDU5ODMyMTc5&name=ANDREA%20LYNN%20HOLWAGER)

Age 35
Lives in Richmond, IN
May also go by Angrea L Holwager

View person report (/app/generate/person?bvid=N_MTg4MDU5ODMyMTc5&name=ANDREA%20LYNN%20HOLWAGER)

● Show less contact info

| Address | 537 W Main St |
|---|---|
| | Richmond, IN 47374 |
| | (/app/generate/property?address=537%20W%20Main%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Nov 2020 - Aug 2023 |

| Address | 113 E Delaware St |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=113%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Feb 2023 - May 2023 |

| Address | 111 E Delaware St |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=111%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Apr 2023 - Apr 2023 |

| Address Overview | 5434 Fox Way |
|---|---|
| | Indianapolis, IN 46237 |

(/app/generate/property?address=5434%20Fox%20Way.&city=Indianapolis&state=IN&zipcode=46237)

| Dates seen | - |

---

Phone number  (765) 969-0628 (/app/generate/phone?phone=7659690628)

| Dates seen | - |

---

Is this accurate?

---

## David Richard Richard Holwager (/app/generate/person?
## bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER)

Deceased at age ~65 on Sep 2019

Lived in Cambridge City, IN
May also go by David E Holwager, D Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER)

**⌃ Show less contact info**

| Address | 707 N Cambridge Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 1995 - Aug 2023 |

---

| Address | 537 W Main St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=537%20W%20Main%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Oct 2022 - Oct 2022 |

---

Phone number  (765) 478-4842 (/app/generate/phone?phone=7654784842)

| Dates seen | - |

---

**⌃ Show less relatives**

### William Joseph Holwager (/app/generate/person?
### bvid=N_MDAxMTU5NTI4NTA2&name=WILLIAM%20JOSEPH%20HOLWAGER)

Age 68
Lives in Indianapolis, IN
May also go by Willia J Holwager, Bill J Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5NTI4NTA2&name=WILLIAM%20JOSEPH%20HOLWAGER)

**⌃ Show less contact info**

| Address | 5212 Greenheart Pl |
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5212%20Greenheart%20Pl.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Apr 2009 - Aug 2023 |

---

| Address | 27741 Hacienda East Blvd Unit 1 |
| | Bonita Springs, FL 34135 |
| Overview | (/app/generate/property?address=27741%20Hacienda%20East%20Blvd.%20Unit%201&city=Bonita%20Springs&state=FL&zipcode=34135) |

| Dates seen | Jul 2004 - Jul 2023 |
|---|---|

| Address | 2950 E Banta Rd |
|---|---|
| | Indianapolis, IN 46227 |
| | (/app/generate/property?address=2950%20E%20Banta%20Rd.&city=Indianapolis&state=IN&zipcode=46227) |
| Dates seen | Mar 1989 - Mar 2016 |

| Phone number | (813) 784-4655 (/app/generate/phone?phone=8137844655) |
|---|---|
| Dates seen | - |

| Phone number | (239) 948-4977 (/app/generate/phone?phone=2399484977) |
|---|---|
| Dates seen | - |

## Sarah Elizabeth Goode (/app/generate/person? bvid=N_MDAwOTY1ODM1NTk0&name=SARAH%20ELIZABETH%20GOODE)

Age 62
Lives in Indianapolis, IN
May also go by Sarah Elizabeth Elizabeth Holwager, Sara E Goode

View person report (/app/generate/person?bvid=N_MDAwOTY1ODM1NTk0&name=SARAH%20ELIZABETH%20GOODE)

⊗ Show less contact info

| Address | 5212 Greenheart Pl |
|---|---|
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5212%20Greenheart%20Pl.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Jan 2013 - Aug 2023 |

| Address | 2950 E Banta Rd |
|---|---|
| | Indianapolis, IN 46227 |
| | (/app/generate/property?address=2950%20E%20Banta%20Rd.&city=Indianapolis&state=IN&zipcode=46227) |
| Dates seen | Jan 2000 - Jan 2023 |

| Address | 8413 N Armenia Ave Apt 906 |
|---|---|
| | Tampa, FL 33604 |
| | (/app/generate/property?address=8413%20N%20Armenia%20Ave.%20Apt%20906&city=Tampa&state=FL&zipcode=33604) |
| Dates seen | Jun 1983 - Jul 2009 |

| Phone number | (317) 788-0627 (/app/generate/phone?phone=3177880627) |
|---|---|
| Dates seen | - |

## Debra S Holwager (/app/generate/person? bvid=N_MDAxMTU5MDgwNDk1&name=DEBRA%20S%20HOLWAGER)

Deceased at age ~43 on Jan 1999

Lived in Indianapolis, IN
·May also go by Debra S Holwoger, Deborah S Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5MDgwNDk1&name=DEBRA%20S%20HOLWAGER)

○ Show less contact info

| Address | 2950 E Banta Rd |
| | Indianapolis, IN 46227 |
| | (/app/generate/property?address=2950%20E%20Banta%20Rd.&city=Indianapolis&state=IN&zipcode=46227) |
| Dates seen | Jan 1988 - Aug 2023 |

| Phone number | (813) 784-4655 (/app/generate/phone?phone=8137844655) |
| Dates seen | - |

## Suellen Holwager Holwager (/app/generate/person?bvid=N_MjM3Njk1NjgwNTg2&name=SUELLEN%20HOLWAGER%20HOLWAGER)

Age N/A
Lives in Indianapolis, IN
May also go by Suellen M Holwager

View person report (/app/generate/person?bvid=N_MjM3Njk1NjgwNTg2&name=SUELLEN%20HOLWAGER%20HOLWAGER)

○ Show less contact info

| Address | 5212 Greenheart Pl |
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5212%20Greenheart%20Pl.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Sep 2018 - Jun 2023 |

Is this accurate?

## Elaine Marie Holwager (/app/generate/person?bvid=N_MDAxMTU5MDk5Njk1&name=ELAINE%20MARIE%20HOLWAGER)

Age 66
Lives in Aurora, CO
May also go by E Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5MDk5Njk1&name=ELAINE%20MARIE%20HOLWAGER)

○ Show less contact info

| Address | 6702 S Winnipeg Cir Apt 104 |
| | Aurora, CO 80016 |
| | (/app/generate/property?address=6702%20S%20Winnipeg%20Cir.%20Apt%20104&city=Aurora&state=CO&zipcode=80016) |
| Dates seen | Jan 2019 - Aug 2023 |

| Address | 113 E Delaware St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=113%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Mar 1989 - Feb 2023 |

| Phone number | (765) 969-6862 (/app/generate/phone?phone=7659696862) |

≡ Overview

| Dates seen | - |
|---|---|

**Phone number**  (765) 478-4842 (/app/generate/phone?phone=7654784842)

| Dates seen | - |
|---|---|

Is this accurate?

## Glena Jo Burke (/app/generate/person? bvid=N_MDAwMzI2NzE0NzU4&name=GLENA%20JO%20BURKE)

Age 55
Lives in Clinton, OK
May also go by Glena Jo Clark, Glenna J Mann, Glena J Mann **+1 more**

View person report (/app/generate/person?bvid=N_MDAwMzI2NzE0NzU4&name=GLENA%20JO%20BURKE)

⊗ Show less contact info

| Address | 10494 N 2310 Rd |
|---|---|
|  | Clinton, OK 73601 |
|  | (/app/generate/property?address=10494%20N%202310%20Rd.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Jan 2012 - Aug 2023 |

| Address | 500 W Main St |
|---|---|
|  | Cambridge City, IN 47327 |
|  | (/app/generate/property?address=500%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jun 2002 - Jul 2016 |

| Address | 501 S 11th St |
|---|---|
|  | Clinton, OK 73601 |
|  | (/app/generate/property?address=501%20S%2011th%20St.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Feb 2009 - Jan 2011 |

**Phone number**  (765) 577-0104 (/app/generate/phone?phone=7655770104)

| Dates seen | - |
|---|---|

⊗ Show less relatives

## Mike B Burke (/app/generate/person? bvid=N_MDAwMzI2Mjc4Mzc3&name=MIKE%20B%20BURKE)

Age 46
Lives in Clinton, OK
May also go by Michael Wayne Burke, Michale W Burke, Michael W Burk **+2 more**

View person report (/app/generate/person?bvid=N_MDAwMzI2Mjc4Mzc3&name=MIKE%20B%20BURKE)

⊗ Show less contact info

| Address | 10494 N 2310 Rd |
|---|---|
|  | Clinton, OK 73601 |
|  | (/app/generate/property?address=10494%20N%202310%20Rd.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Jan 2012 - Aug 2023 |

Overview

| | |
|---|---|
| Address | 311 Shawnee Ave |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=311%20Shawnee%20Ave.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jan 2003 - May 2011 |

| | |
|---|---|
| Phone number | (580) 323-1409 (/app/generate/phone?phone=5803231409) |
| Dates seen | - |

| | |
|---|---|
| Phone number | (765) 478-5973 (/app/generate/phone?phone=7654785973) |
| Dates seen | - |

## Eric D Burke (/app/generate/person?bvid=N_MDAwMzI1OTM0NjE2&name=ERIC%20D%20BURKE)

Age 52
Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MDAwMzI1OTM0NjE2&name=ERIC%20D%20BURKE)

⊘ Show less contact info

| | |
|---|---|
| Address | 1824 NW A St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=1824%20NW%20A%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Jul 2015 - Jun 2023 |

| | |
|---|---|
| Address | 3501 W Sunshine St |
| | Springfield, MO 65807 |
| | (/app/generate/property?address=3501%20W%20Sunshine%20St.&city=Springfield&state=MO&zipcode=65807) |
| Dates seen | Sep 2018 - Dec 2018 |

| | |
|---|---|
| Address | 722 N 19th St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=722%20N%2019th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Apr 2016 - Mar 2017 |

| | |
|---|---|
| Phone number | (417) 501-1700 (/app/generate/phone?phone=4175011700) |
| Dates seen | - |

## Cheyenne M Walker (/app/generate/person?bvid=N_MjM4MDkxODU0ODk2&name=CHEYENNE%20M%20WALKER)

Age N/A
Lives in Clinton, OK
May also go by Cheyenne M Burke, Cheyenne C Walker

View person report (/app/generate/person?bvid=N_MjM4MDkxODU0ODk2&name=CHEYENNE%20M%20WALKER)

⊘ Show less contact info

| Overview | | |
|---|---|---|
| Address | 10494 N 2310 Rd | |

Clinton, OK 73601

(/app/generate/property?address=10494%20N%202310%20Rd.&city=Clinton&state=OK&zipcode=73601)

| | |
|---|---|
| Dates seen | Nov 2018 - Aug 2023 |

| | |
|---|---|
| Address | 215 S 28th St Apt A8 |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=215%20S%2028th%20St.%20Apt%20A8&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Feb 2020 - Sep 2020 |

## Trenton M Burke (/app/generate/person?
## bvid=N_MTk0NTMzNDA3ODM3&name=TRENTON%20M%20BURKE)

Age 27

Lives in Clinton, OK

View person report (/app/generate/person?bvid=N_MTk0NTMzNDA3ODM3&name=TRENTON%20M%20BURKE)

◉ Show less contact info

| | |
|---|---|
| Address | 515 N 8th St |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=515%20N%208th%20St.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Sep 2021 - Aug 2023 |

| | |
|---|---|
| Address | 10494 N 2310 Rd |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=10494%20N%202310%20Rd.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Jul 2018 - Jun 2021 |

## James Darren Mann (/app/generate/person?
## bvid=N_MDAwNDAxOTY2ODA1&name=JAMES%20DARREN%20MANN)

Age 57

Lives in Greenville, OH

May also go by James D Cates, James B Mann, James D Cates

View person report (/app/generate/person?bvid=N_MDAwNDAxOTY2ODA1&name=JAMES%20DARREN%20MANN)

◉ Show less contact info

| | |
|---|---|
| Address | 5448 US Route 36 |
| | Greenville, OH 45331 |
| | (/app/generate/property?address=5448%20Us%20Route%2036&city=Greenville&state=OH&zipcode=45331) |
| Dates seen | Aug 2010 - Aug 2023 |

| | |
|---|---|
| Address | 1137 S Shawnee Dr WL |
| | Greenville, OH 45331 |
| | (/app/generate/property?address=1137%20S%20Shawnee%20Dr.%20WL&city=Greenville&state=OH&zipcode=45331) |
| Dates seen | May 1990 - Jan 2012 |

Phone number   (937) 547-1368 (/app/generate/phone?phone=9375471368)

Dates seen   -

## Trever D Mann (/app/generate/person?
## bvid=N_MTUxNDExNTA2MTA0&name=TREVER%20D%20MANN)

Age 32
Lives in New Madison, OH
May also go by Trever Darren Mann

View person report (/app/generate/person?bvid=N_MTUxNDExNTA2MTA0&name=TREVER%20D%20MANN)

✪ Show less contact info

| Address | 2586 Hollansburg Sampson Rd |
| | New Madison, OH 45346 |
| | (/app/generate/property?address=2586%20Hollansburg%20Sampson%20Rd.&city=New%20Madison&state=OH&zipcode=45346) |
| Dates seen | May 2019 - Aug 2023 |

| Address | 5448 US Route 36 |
| | Greenville, OH 45331 |
| | (/app/generate/property?address=5448%20Us%20Route%2036&city=Greenville&state=OH&zipcode=45331) |
| Dates seen | Jul 2014 - Feb 2023 |

| Address | 1137 S Shawnee Dr WL |
| | Greenville, OH 45331 |
| | (/app/generate/property?address=1137%20S%20Shawnee%20Dr.%20WL&city=Greenville&state=OH&zipcode=45331) |
| Dates seen | - |

| Phone number | (937) 547-1368 (/app/generate/phone?phone=9375471368) |
| Dates seen | - |

## Richard Darrell Burke (/app/generate/person?
## bvid=N_MDAwMzI1MTAzNjY2&name=RICHARD%20DARRELL%20BURKE)

Deceased at age ~75 on Jul 2013

Lived in Cambridge City, IN
May also go by Richard D Burk, Richard D Durke

View person report (/app/generate/person?bvid=N_MDAwMzI1MTAzNjY2&name=RICHARD%20DARRELL%20BURKE)

✪ Show less contact info

| Address | 230 W Church St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=230%20W%20Church%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Nov 2002 - Aug 2023 |

| Address | 212 N Lee St Apt 1 |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=212%20N%20Lee%20St.%20Apt%201&city=Cambridge%20City&state=IN&zipcode=47327) |

Overview

**Dates seen**   Apr 2015 - Apr 2015

---

**Phone number**   (765) 478-4911 (/app/generate/phone?phone=7654784911)

**Dates seen**   -

---

**Phone number**   (765) 334-8166 (/app/generate/phone?phone=7653348166)

**Dates seen**   -

---

## Julie A Clark (/app/generate/person? bvid=N_MDAwNDU0MzA3OTM3&name=JULIE%20A%20CLARK)

Deceased at age ~41 on Oct 1998

Lived in Richmond, IN

View person report (/app/generate/person?bvid=N_MDAwNDU0MzA3OTM3&name=JULIE%20A%20CLARK)

◉ Show less contact info

**Address**   2318 Grand Blvd
Richmond, IN 47374
(/app/generate/property?address=2318%20Grand%20Blvd.&city=Richmond&state=IN&zipcode=47374)

**Dates seen**   Jun 2013 - Jul 2016

---

**Phone number**   (765) 962-1669 (/app/generate/phone?phone=7659621669)

**Dates seen**   -

---

**Phone number**   (937) 437-6217 (/app/generate/phone?phone=9374376217)

**Dates seen**   -

---

Is this accurate?

## Mary Jean Holwager (/app/generate/person? bvid=N_MTE4Mjg4MDEzNzUy&name=MARY%20JEAN%20HOLWAGER)

Age 36
Lives in Bloomington, IN
May also go by Maryjean Holwager

View person report (/app/generate/person?bvid=N_MTE4Mjg4MDEzNzUy&name=MARY%20JEAN%20HOLWAGER)

◉ Show less contact info

**Address**   3701 N Kinser Pike
Bloomington, IN 47404
(/app/generate/property?address=3701%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404)

**Dates seen**   Jun 2022 - Aug 2023

---

**Address**   3341 N Kinser Pike
Bloomington, IN 47404
(/app/generate/property?address=3341%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404)

≡ Overview

| Dates seen | Aug 2013 - Aug 2023 |
|---|---|
| Address | 3313 E John Hinkle Pl |
| | Bloomington, IN 47408 |
| | (/app/generate/property?address=3313%20E%20John%20Hinkle%20Pl.&city=Bloomington&state=IN&zipcode=47408) |
| Dates seen | Aug 2011 - May 2015 |

| Phone number | (765) 969-0638 (/app/generate/phone?phone=7659690638) |
|---|---|
| Dates seen | - |

◓ Show less relatives

## Alex W Jorck (/app/generate/person?
## bvid=N_MDAzODQ3Nzc0NTA5&name=ALEX%20W%20JORCK)

Age 36

Lives in Bloomington, IN

May also go by Jorck Alexander, Alexander Watt Jorck, Jorck Alexander Watt **+1 more**

View person report (/app/generate/person?bvid=N_MDAzODQ3Nzc0NTA5&name=ALEX%20W%20JORCK)

◓ Show less contact info

| Address | 3701 N Kinser Pike |
|---|---|
| | Bloomington, IN 47404 |
| | (/app/generate/property?address=3701%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404) |
| Dates seen | Jun 2022 - Aug 2023 |

| Address | 3341 N Kinser Pike |
|---|---|
| | Bloomington, IN 47404 |
| | (/app/generate/property?address=3341%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404) |
| Dates seen | Jun 2013 - May 2023 |

| Address | 9182 W Tulip Dr |
|---|---|
| | Columbus, IN 47201 |
| | (/app/generate/property?address=9182%20W%20Tulip%20Dr.&city=Columbus&state=IN&zipcode=47201) |
| Dates seen | Oct 2001 - Jul 2011 |

| Phone number | (812) 371-6197 (/app/generate/phone?phone=8123716197) |
|---|---|
| Dates seen | - |

| Phone number | (812) 342-4011 (/app/generate/phone?phone=8123424011) |
|---|---|
| Dates seen | - |

Is this accurate?

## Nicole Renee Mann (/app/generate/person?
## bvid=N_MTY1Njc5Mjc3Njk5&name=NICOLE%20RENEE%20MANN)

Age 33

Lives in Clinton, OK

Overview
May also go by Nicole Man

View person report (/app/generate/person?bvid=N_MTY1Njc5Mjc3Njk5&name=NICOLE%20RENEE%20MANN)

◉ Show less contact info

| Address | 10494 N 2310 Rd |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=10494%20N%202310%20Rd.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Jun 2013 - Aug 2023 |

| Address | 501 S 11th St |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=501%20S%2011th%20St.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Nov 2008 - Feb 2014 |

Is this accurate?

# Possible Marriage & Divorce Records

⋯

Alerts

No possible marriage & divorce records found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

# Names & Ancestry

⋯

Alerts

◉ Learn more

## Michael

From the Hebrew name מִיכָאֵל (Mikha'el) meaning "who is like God?". This is a rhetorical question, implying no person is like God. Michael is one of the archangels in Hebrew tradition and the only one identified as an archangel in the Bible. In the Book of Daniel in the Old Testament he is named as a protector of Israel. In the Book of Revelation in the New Testament he is portrayed as the leader of heaven's armies in the war against Satan, and is thus considered the patron saint of soldiers in Christianity.

Usage: English, German, Swedish, Norwegian, Danish, Dutch, Czech, Biblical, Biblical Latin, Biblical Greek

## Mann

From a nickname meaning "man". This may have originally been given in order to distinguish the bearer from a younger person with the same name.

Usage: German, English

Info provided by behindthename.com (https://www.behindthename.com/)

Popularity of the name **Michael** over time

**Michael** was the

**1st** most common name of **1988**

Sort name popularity by gender

| Male | Female |
| --- | --- |

Overview

Select a year

1988

# Possible Associates

⋯

Alerts

## Mike B Burke (/app/generate/person?bvid=N_MDAwMzI2Mjc4Mzc3&name=MIKE%20B%20BURKE)

Age 46

Lives in Clinton, OK

May also go by Michael Wayne Burke, Michale W Burke, Michael W Burk **+2 more**

View person report (/app/generate/person?bvid=N_MDAwMzI2Mjc4Mzc3&name=MIKE%20B%20BURKE)

⊙ Show less contact info

| Address | 10494 N 2310 Rd |
| --- | --- |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=10494%20N%202310%20Rd.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Jan 2012 - Aug 2023 |

| Address | 311 Shawnee Ave |
| --- | --- |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=311%20Shawnee%20Ave.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jan 2003 - May 2011 |

| Phone number | (580) 323-1409 (/app/generate/phone?phone=5803231409) |
| --- | --- |
| Dates seen | - |

| Phone number | (765) 478-5973 (/app/generate/phone?phone=7654785973) |
| --- | --- |
| Dates seen | - |

Is this accurate?

## Jesse R Whitton (/app/generate/person?bvid=N_MTUyNTM0NzA3ODE0&name=JESSE%20R%20WHITTON)

Age N/A

Lives in Centerville, IN

May also go by Jesse F Whitton, Jesse M Whitton, Jesse F Whitten **+1 more**

View person report (/app/generate/person?bvid=N_MTUyNTM0NzA3ODE0&name=JESSE%20R%20WHITTON)

⊙ Show less contact info

| Address | 216 W Main St |
| --- | --- |
| | Centerville, IN 47330 |
| | (/app/generate/property?address=216%20W%20Main%20St.&city=Centerville&state=IN&zipcode=47330) |
| Dates seen | Jan 2019 - Aug 2023 |

Overview

| Address | 707 N Cambridge Rd |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Sep 2019 - May 2020 |

| Address | 3341 N Kinser Pike |
|---|---|
| | Bloomington, IN 47404 |
| | (/app/generate/property?address=3341%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404) |
| Dates seen | Jul 2018 - Oct 2019 |

Is this accurate?

# Possible Neighbors

Alerts

## Justin Wayne Green (/app/generate/person?bvid=N_MDAzMzgxMDExNzYy&name=JUSTIN%20WAYNE%20GREEN)

Age 40

Lives in Montrose, CO

View person report (/app/generate/person?bvid=N_MDAzMzgxMDExNzYy&name=JUSTIN%20WAYNE%20GREEN)

Show less contact info

| Address | 822 Spring Creek Rd |
|---|---|
| | Montrose, CO 81403 |
| | (/app/generate/property?address=822%20Spring%20Creek%20Rd.&city=Montrose&state=CO&zipcode=81403) |
| Dates seen | Oct 2011 - Sep 2023 |

Is this accurate?

## Michael Jon Vanderwalker (/app/generate/person?bvid=N_MDAyNTkzNTUxMjcw&name=MICHAEL%20JON%20VANDERWALKER)

Age 44

Lives in Montrose, CO

View person report (/app/generate/person?bvid=N_MDAyNTkzNTUxMjcw&name=MICHAEL%20JON%20VANDERWALKER)

Show less contact info

| Address | 822 Spring Creek Rd |
|---|---|
| | Montrose, CO 81403 |
| | (/app/generate/property?address=822%20Spring%20Creek%20Rd.&city=Montrose&state=CO&zipcode=81403) |
| Dates seen | Oct 2011 - Sep 2023 |

Is this accurate?

 Overview

## Reuben F Stoltzfus (/app/generate/person?bvid=N_MDczNDcyNzcxOTE0&name=REUBEN%20F%20STOLTZFUS)

Age N/A
Lives in Montrose, CO

View person report (/app/generate/person?bvid=N_MDczNDcyNzcxOTE0&name=REUBEN%20F%20STOLTZFUS)

⊗ Show less contact info

| Address | 822 Spring Creek Rd |
|---|---|
| | Montrose, CO 81403 |
| | (/app/generate/property?address=822%20Spring%20Creek%20Rd.&city=Montrose&state=CO&zipcode=81403) |
| Dates seen | Oct 2011 - Sep 2023 |

Is this accurate?

# Possible Criminal or Traffic

Alerts

### Search county jurisdictions for digitized Criminal or Traffic Records

❓ Where do these sources of criminal data come from?

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitaly.

# Possible Bankruptcies

Alerts

### Search for digitized Bankruptcy Records

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your due diligence.

 Overview

## Possible Jobs

Alerts

No other possible jobs associated with Michael Alan Mann found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.



## Try the Contact Pro Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

## Possible Education

Alerts

No other possible education associated with Michael Alan Mann found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Social Media

Alerts

No other possible social media associated with Michael Alan Mann found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Owned Assets

Alerts

No possible owned assets found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

 Overview

BeenVerified

# Access **thousands** in rewards!





See rewards

Savings may be available in BeenVerified Member Perks through gift cards, cash back offers or discounts. Terms and conditions apply.

## Licenses and Permits

BONUS

### UCC filings
Notices filed by lenders to indicate an interest in Michael's personal property or collateral

BONUS

### DEA Licenses
Licensing for health care providers that enables the handling of controlled substances

BONUS

### Weapons Permits
Permits that may be required to carry or possess firearms and other weapons

BONUS

### Business Affiliations
Business filings associated with Michael, which may contain Michael's title and status

BONUS

### Professional Licenses
Licensing to professionally practice in fields such as health care, legal and construction, among others

BONUS

### Sporting Permits
Licensing required to participate in hunting, fishing and trapping activities

BONUS

### Piloting Licenses
FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

 Overview

View FREE BONUS DATA

# Notes

⬤ Learn more

[•••]

| Add a note here... |

Add a note

**Suggestions for You**

## Curious to find out even more about Michael?

Looking into people, addresses and contacts associated with Michael Mann may yield even more insights

---

### Andrea Lynn Holwager

(/app/generate/person?bvid=N_MTg4MDU5ODMyMTc5&name=ANDREA%20LYNN%20HOLWAGER&trackingName=from%20curious)

Immediate Relative

| View person report |

(/app/generate/person?bvid=N_MTg4MDU5ODMyMTc5&name=ANDREA%20LYNN%20HOLWAGER&trackingName=from%20curious)

---

### David Richard Richard Holwager

(/app/generate/person?bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER&trackingName=from%20curious)

Immediate Relative

| View person report |

(/app/generate/person?bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER&trackingName=from%20curious)

---

### 537 W Main St. # 6 Richmond, IN 47374 (/app/generate/property?address=537%20W%20Main%20St.%20%23%206&city=Richmond&state=IN&trackingName=from%20curious&zipcode=47374)

Related Address

| View property report (/app/generate/property?address=537%20W%20Main%20St.%20%23%206&city=Richmond&state=IN&trackingName=from% |

---

 Overview

## How would you rate this report?



Rate out of 5 stars

---

NEW FEATURE

Protect yourself with complimentary $1M Identity Theft Insurance and Restoration services!     Enroll Now

---

(/app/dashboard/id-monitor)

# Search again

PEOPLE     PHONE     PROPERTY     EMAIL     SOCIAL MEDIA     CONTACT PRO     VEHICLE

First name                              M.I.               Last name

City                                    All                            Age

**Search**

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

---

## Contact us
We pride ourselves on offering friendly and helpful support!

💬 **Chat with us live**
Available 24 hours

✉ **support@beenverified.com (mailto:support@beenverified.com)**
Available 24 hours

👤 **Your Member ID is**
886424685

## About Us

▸ About BeenVerified (https://beenverified.com/about/)

☰ Overview

> Member Perks (/app/dashboard/rewards)

> Testimonials (https://www.beenverified.com/about/testimonials)

> Careers (https://www.beenverified.com/careers)

> Press (https://www.beenverified.com/press)

> Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-l3Pqw/viewform)

> Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

# Help

> Customer Care (http://support.beenverified.com)

> Contact Us ()

> Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

> FAQ (https://www.beenverified.com/faq/billing/)

> Do Not Sell or Share My Personal Information (/app/optout/search)

> Affiliates (https://www.beenverified.com/affiliates)

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

© 2023 BeenVerified, LLC (https://www.beenverified.com) . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility

 Overview

<u>May Dad, Michael, and/or Jared be reasons for me to schedule a flight out of state?</u>

Expedia flight purchase confirmation - Baton Rouge,
LA, United States (BTR-Baton Rouge Metropolitan) -
Fri, Dec 10 - (Itinerary # 72212106149057)  Inbox ×

**Indianapolis to Atlanta – DL 1560**
Dec 10, 2021, 5:50 AM–7:34 AM

Take-off
Dec 10, 2021, 5:50 AM

Landing
Dec 10, 2021, 7:34 AM

Flight duration
1 hr, 44 min

Passenger name                           Seat
Jon Turpin (Adult)

Confirmation number
GZ5YRS

View in Travel

**Atlanta to Baton Rouge – DL 5418**
Dec 10, 2021, 8:26 AM–9:09 AM

<u>*May Dad, Michael, and/or Jared have attempted to take advantage of my absence?*</u>

*May Michael blame Jared or others for his potential behaviors?*
*If so, may Michael have a reason to be involved with Jared?*
*May they both need a professional therapist's help?*

10:38  ·                          ⚫

←



**Jared J**                       ···
Dec 11 · 🌐

Thanks to my good friends Michael and Andrea
for kindly giving me this stove. It appears to be
straight from the 70s, and you know what they
say. "They just don't make 'em like they used to."
☺



👍😮❤ Josh King and 14 others       8 Comments

*May Michael attempt to collect or access another's property without permission?*
*May Michael give gifts to others with a hidden or ulterior motive?*
*May Michael have had any affect on Jared's behavior?*
*May Michael have a past with Jared or his family?*

<u>May Jared have done things in the past I find unacceptable?</u>



<u>May this have been in my parents' basement, and may I have promptly kicked Jared out?</u>
<u>[MAY MY OPINION OF JARED HAVE CHANGED AFTER PAST AND PRESENT EVENTS?]</u>

*THIS ISN'T MALICE; DAD/MICHAEL/JARED DEFAMED/BLAMED ME OF THEIR ACTIONS.*

*Deuteronomy 15-21: False Witnesses.*

*One witness alone shall not stand against someone in regard to any crime or any offense that may have been committed; a charge shall stand only on the testimony of two or three witnesses.*

*If a hostile witness rises against someone to accuse that person of wrongdoing, the two parties in the dispute shall appear in the presence of the LORD, in the presence of the priests and judges in office at that time, and the judges must investigate it thoroughly. If the witness is a false witness and has falsely accused the other, you shall do to the false witness just as that false witness planned to do to the other. Thus shall you purge the evil from your midst.*

*The rest shall hear and be afraid, and never again do such an evil thing as this in your midst.*

*Do not show pity. Life for life,⁺ eye for eye, tooth for tooth, hand for hand, and foot for foot!*

*MY DAD, MICHAEL, AND JARED HAVE BORNE FALSE WITNESS AGAINST US. DEUTERONOMY DECLARES WHAT MUST BE DONE WITH FALSE WITNESSES.*

*If the witness is a false witness and has falsely accused the other, you shall do to the false witness just as that false witness planned to do to the other. Thus shall you purge the evil from your midst.*

*DEFAMATION OF ME INSTIGATED BY THEM ALLOWS ME TO DEFEND MY CHARACTER.*

## Sirach 28:13-26
### Vicious Talk

*Gossips and liars deserve to be cursed, because they have been the ruin of many people who were minding their own business. Many have had their lives ruined and have been driven from their homes because of people who meddled in their business. Such unwanted interference has resulted in the destruction of strong cities and the homes of respected people. Meddlers have caused faithful wives to be divorced, robbed of everything they had worked for. Anyone who pays attention to slander can never find peace of mind. A whip can raise a welt, but a vicious tongue can break bones. More people have died as a result of loose talk than were ever killed by swords. Count yourself lucky if you have been spared the experience of having irresponsible talk directed against you—if you have never had that iron yoke around your neck or those heavy chains on your legs. Slander leads to a miserable death; but in fact, you'd be better off dead.*

*Devout people, however, cannot be overcome by slander; they cannot be burned by its flames. Its victims are those who have abandoned the Lord; once the fire of slander has been lit among them, it cannot be put out. Slander will pounce on them like a lion and tear them to pieces like a leopard.*

*Don't you fence in your property? Don't you lock up your money? Well, be just as careful with what you say. Weigh every word, and have a lock ready for your mouth. Someone may be waiting for you to slip, and if you are not careful, you will stumble over your own words and fall down in front of him.*

### Isaiah 29:21-23

*God will destroy those who slander others, those who prevent the punishment of criminals, and those who tell lies to keep honest people from getting justice.*

*So now the Lord, the God of Israel, who rescued Abraham from trouble, says, "My people, you will not be disgraced any longer, and your faces will no longer be pale with shame. When you see the children that I will give you, then you will acknowledge that I am the holy God of Israel. You will honor me and stand in awe of me.*

How do you respond to false accusations in the Bible?

It was found that Jesus primarily responded to false accusation in six ways: by asking questions; by sharing parables, analogies, or maxims; by giving strong words of condemnation or affirmation; by referring to the scriptures; by withdrawing from the accusers; and by keeping silent.

*May I have attempted each method Jesus taught recorded by Mark against their slander?*

### A Brother Who Sins.*

"If your brother* sins [against you], go and tell him his fault between you and him alone. If he listens to you, you have won over your brother. If he does not listen, take one or two others along with you, so that 'every fact may be established on the testimony of two or three witnesses.' If he refuses to listen to them, tell the church.* If he refuses to listen even to the church, then treat him as you would a Gentile or a tax collector.

* [18:15–20] Passing from the duty of Christian disciples toward those who have strayed from their number, the discourse now turns to how they are to deal with one who sins and yet remains within the community. First there is to be private correction (Mt 18:15); if this is unsuccessful, further correction before two or three witnesses (Mt 18:16); if this fails, the matter is to be brought before the assembled community (the church), and if the sinner refuses to attend to the correction of the church, he is to be expelled (Mt 18:17). The church's judgment will be ratified in heaven, i.e., by God (Mt 18:18). This three-step process of correction corresponds, though not exactly, to the procedure of the Qumran community; see 1QS 5:25–6:1; 6:24–7:25; CD 9:2–8. The section ends with a saying about the favorable response of God to prayer, even to that of a very small number, for Jesus is in the midst of any gathering of his disciples, however small (Mt 18:19–20). Whether this prayer has anything to do with the preceding judgment is uncertain.

* [18:15] Your brother: a fellow disciple; see Mt 23:8. The bracketed words, against you, are widely attested but they are not in the important codices Sinaiticus and Vaticanus or in some other textual witnesses. Their omission broadens the type of sin in question. Won over: literally, "gained."

_When I was younger I was also babysat by another family in our town who ran a daycare._
_Michael's family lived next door to the daycare before Michael moved with the Holwagers._



_Why did Michael move in with David and Elaine? There was purportedly violence in his_
_home, and Michael supposedly took a pistol from his parents, and they kicked him out._



_Regardless of the past, in my opinion the proximity of these possible events to a daycare_
_is alarming and concerning. Michael later said he took their pistol without accountability._

<u>May I have known Crystal's and Jared's family for a long time?</u>
<u>This is a picture of me in Jared's/Crystal's place from a long time ago.</u>
<u>*May Crystal be a Mom and one of the most responsible members of her family?*</u>
<u>*May I have contacted Crystal in respect to let her know her brother had gone "off-track?"*</u>
<u>**ONE OF THE LAST THINGS I SAID WAS "I'VE ALWAYS TRIED TO HELP OUT YOUR**</u>
<u>**BROTHER... I REPORTED HIM FOR LOLICON... I THINK IT'S WHAT'S BEST FOR HIM."**</u>



<u>May I have made this face since so many people called me "gay" I gave up fighting it?</u>
<u>May I have caught Jared looking at questionable material then and warned the group?</u>
<u>*MAY MICHAEL HAVE SHOWN IT TO JARED THEN TRIED TO BLAME OTHERS AND ME?*</u>
<u>*MAY JARED HAVE TRIED TO HIDE HIS ISSUES AT THE TIME UNTIL HE WAS CAUGHT?*</u>
<u>*ON A LATER PHONE CALL WITH DAD I SAID "I THINK SOMEONE MOVED MY GUN!"*</u>
<u>*DAD SAID: "MAYBE YOUR FRIENDS THOUGHT IT WAS WHAT WAS BEST FOR YOU!"*</u>

*I NEVER MENTIONED MICHAEL'S NAME IN A PHONE CALL WITH JARED'S SISTER.*
*CRYSTAL KNEW IT WAS ONE OF TWO PEOPLE AND I REFUSED TO ANSWER WHOM.*



5:55

Michael Mann, Erin Rita Golden 💜

(No subject)

Jon, I was informed today you have again used my name in a defamatory manner in conversation. Specifically, you told Crystal that I was taking advantage of Jared.

Please stop attempting to manipulate people with your deceptions as you are hurting yourself by continuing to knowingly lying about persons who disagree with you.

I want to be clear, I have contacted an attorney. They have stated the pursuit of a case against you for defamation is well within reason.

I have repeatedly asked you to stop lying when using my or Andrea's name. This is the last verbal warning you will receive. The next contact on this subject will be from an attorney.

I have attached Erin in this text message in an effort to make your malice STOP.

Stop the character assination of every person who asks you to get treatment. You have crushed Andrea with your lies and manipulation. She has taken an asprin everyday for the chest pain your lies have caused her. For our well being, LEAVE US ALONE!

*MICHAEL MANN THREATENED US DIRECTLY AFTER MY PHONE CALL WITH CRYSTAL.*
*MAY THIS BE FURTHER CONFIRMATION FROM MICHAEL MANN OF HIS INVOLVEMENT?*

## 5. Lack of Empathy

The lack of empathy or ability to feel and express emotions is the major reason why a narcissist's relationships fail. In a healthy relationship, both partners care for each other's well-being. In a narcissistic relationship, the non-narcissistic partner will not feel cared for and will show signs of sadness and loneliness.

### May Josh and Erin have been my main medical contacts?
### *May Michael Mann NOT be my "next of kin?"*



### *May this be an attempt to access my medical records?*
### *May Michael and/or Dad have attempted to institutionalize me?*

## 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

May Michael Mann have been intimate with Jared's sister while she was only 13?

IC 11-8-8-5: Sex or Violent Offender defined

a. A "sex or violent offender" means a person convicted of any of the following offenses:

1. Rape (IC 35-42-4-1).
2. Criminal deviate conduct (IC 35-42-4-2) (before its repeal).
3. Child molesting (IC 35-42-4-3).
4. Child exploitation (IC 35-42-4-4(b) or IC 35-42-4-4(c)).
5. Vicarious sexual gratification, including performing sexual conduct in the presence of a minor (IC 35-42-4-5).
6. Child solicitation (IC 35-42-4-6).
7. Child seduction (IC 35-42-4-7).
8. Sexual misconduct with a minor as a Class A, Class B, or Class C felony (for a crime committed before July 1, 2014) or a Level 1, Level 2, Level 4, or Level 5 felony (for a crime committed after June 30, 2014) (IC 35-42-4-9), unless:
   A. The person is convicted of sexual misconduct with a minor as a Class C felony (for a crime committed before July 1, 2014) or a Level 5 felony (for a crime committed after June 30, 2014); and
   B. The person is not more than:
      (i) four (4) years older than the victim if the offense was committed after June 30, 2007; or
      (ii) five (5) years older than the victim if the offense was committed before July 1, 2007; and
   C. The sentencing court finds that the person should not be required to register as a sex or violent offender.
9. Incest (IC 35-46-1-3).
10. Sexual battery (IC 35-42-4-8).
11. Kidnapping (IC 35-42-3-2), if the victim is less than eighteen (18) years of age, and the person who kidnapped the victim is not the victim's parent or guardian.
12. Criminal confinement (IC 35-42-3-3), if the victim is less than eighteen (18) years of age, and the person who confined or removed the victim is not the victim's parent or guardian.
13. Possession of child pornography (IC 35-42-4-4(d) or IC 35-42-4-4(e)).

A minor may also be required to register if the following apply:

- The minor was 14 years old or older when committing the offense
- The minor has been released from confinement in a state institution or juvenile facility
- The minor is still likely to commit an act that would be considered a sex offense if committed by an adult

*May Michael be older than Jared's sister, Crystal?*

May Dad, Michael, and/or Jared attempt to accuse me of "violation of privacy?"



# ipreme Court upholds Megan's Law

[Disclosure]

of this information outweighs the government's interest in disclosure."

In a second ruling involving a convicted rapist in Cincinnati, the court ruled that the notice requirement for hearings to determine sexual offender status is mandatory.

The Ohio law is modeled after a New Jersey law named for a 7-year-old girl raped and murdered by a convicted sex offender living in her neighborhood.

The decision ends the debate over Megan's law in Ohio, Hamilton County Prosecutor Michael Allen said.

"Citizens have a right to know who is living in their neighborhoods," he said. "A sexual predator's right to privacy is overridden by his neighbor's rights."

_May Megan's Law and the Supreme Court uphold that they have no "right to privacy?"_

## May I have appropriately reported Dad, Michael, and Jared?



**Additional Information**

Hagerstown, IN Facebook Messenger Chat and Voice. After finding this out I contacted his sister Crystal      who confirmed Jared looked at "victimless" things and had a problem. I mentioned someone from his childhood might be taking advantage of him and did not use the man's name, but she mentioned Michael M    another. in my opinion, sexual deviant. Shortly thereafter we're threatened with a defamation suit by this man for "mentioning his name" which I didn't do. He has been threatening to me ever since I let his fiance, who grew up with me know I love her, which I did, because she and I grew up together and she is like my sister. There has never been anything more than platonic in this relationship. Shortly thereafter both myself and my fiance who I have been trying to protect since this incident escalated have moved out of state. When Jared J      mentioned anything about 'lollicon' I asked Andrea H         for therapy resources for him because I figured he needed help, but I have never been involved in any of his activities and don't touch his computer because I thought what he may or may not be doing was gross. I believe my life has been in danger since finding this

Dear Dr. P

Gregory                MD + 1

prevented my rights. My Dad has tried to take my gun rights from me in a multitude of wrongful ways for 17 years, and it's concerning.

Thank you for promptly responding when you did. A picture of the damage to my genitalia is attached.

2 attachments

20220102_082805.jpg

20220102_082822.jpg

Gregory            MD
Dec 2, 7:27 AM

Hi Mr. Turpin,
So far as I can tell from looking back over records, no behavioral health referral was made and no discussion with behavioral health was ever started. Soon after you made the initial request/report, we had a phone visit in which you documented the situation with your parents.
g

10:38

← **Erin Golden**

👍 👍 7 >

it was wonderful Linda Turpin you did an amazing job 🖤🖤🖤

1d    Like    Reply

**Linda Turpin** Thank you

**Jeremy Kean**
Katie at what unicorn restaurant? This experience is a thing of the past

23h    Like    Reply

**Linda Turpin** Primo restaurant in New Castle

**Alan Michael**
Andrea and I had wonderful time Linda Turpin! You planned an awesome party!

19h    Like    Reply

**Linda Rybolt Coddington**



FANTASTIC

12h    Like    Reply

**Linda Rybolt Coddington** I live in NEw Castl...

**Amanda Wise**
I'm friends w Katie, I'll let her know! 🖤

1h    Like    Reply

Write a comment...

More    |||    ◯    <    Edit

**Michael continued to harass and threaten me and my wife even after being informed too.**



**May Michael attempt to make others take medication they haven't requested themselves?**

**We weren't, and aren't afraid of "everyone around us," only people who may hurt us.**

## May Michael, Andrea, Elaine, and the shelter have violated the Indiana Wiretapping Law?

### Indiana Wiretapping Law

Indiana's wiretapping law is a "one-party consent" law. Indiana makes it a crime to record a telephone conversation **unless one party to the conversation consents.** See Ind. Code § 35-31.5-2-176 and Ind. Code § 35-33.5-5-5. Therefore, you may record a telephone conversation if you are a party to the conversation or you get permission from one party to the conversation. That said, if you intend to record conversations involving people located in more than one state, you should play it safe and get the consent of all parties. In-person conversations do not appear to be covered by the law, but it cannot hurt to get consent before recording just in case.

In addition to subjecting you to criminal prosecution, violating the Indiana wiretapping law can expose you to a civil lawsuit for damages by an injured party. Ind. Code § 35-33.5-5-4.

Consult The Reporters Committee for Freedom of the Press's Can We Tape?: Indiana for more on Indiana wiretapping law.

### *May Michael and Andrea not know the shelter WASN'T a party to any conversation?*

## What Makes One-Party Consent Legal?

As long as the person hitting "record" is aware and part of the conversation, recording conversations is legal under Federal law as well as Indiana law.

### Before defamation of me.                    After defamation of me.



### *According to Elaine, neither party to our conversation consented, nor pressed record.*

## <u>Since Andrea didn't record me, may they have broken a Federal Law and State Law?</u>

## Federal Law

Federal law (18 U.S.C. § 2511) requires one-party consent, which means you can record a phone call or conversation so long as you are a party to the conversation. If you are not a party to the conversation, you can record a conversation or phone call only if at least one party consents and has full knowledge that the communication will be recorded. The statute also prohibits recording conversations with criminal or tortious intent.

## State Law

Most states have enacted laws that are similar to the federal statute, meaning that they generally require one-party consent (click each state to see the details below).

### One-Party Consent States

| | | |
|---|---|---|
| Alabama | Kentucky | Ohio |
| Alaska | Louisiana | Oklahoma |
| Arizona | Maine | Rhode Island |
| Arkansas | Minnesota | South Carolina |
| Colorado | Mississippi | South Dakota |
| District of Columbia | Missouri | Tennessee |
| Georgia | Nebraska | Texas |
| Hawaii | New Jersey | Utah |
| Idaho | New Mexico | Virginia |
| Indiana | New York | West Virginia |
| Iowa | North Carolina | Wisconsin |
| Kansas | North Dakota | Wyoming |

## <u>*May someone have committed a felony offense by eavesdropping and/or wiretapping?*</u>

## Indiana

It is illegal to record or intercept any telephone or electronic communication without the consent of at least one party. This offense is a felony punishable by fine and/or imprisonment, and can also carry civil liability. Indiana's wiretapping statute does not appear to address in-person conversations.

IN Code § 35-31.5-2-176 (definition), § 35-33.5-5-5 (penalty), § 35-33.5-5-4 (civil damages)

## <u>*May Michael Mann distribute recordings of others to hurt others relationships?*</u>

## 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

## <u>*May Michael Mann have committed a felony distributing a recording he wasn't a party to?*</u>

## 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

## <u>*May this have been recorded after my life was threatened while I spoke to a friend?*</u>

## 21. Playing the Victim Card

When all else fails, the narcissist resorts to playing the victim card. This is designed to gain sympathy and further control behavior.

## <u>*May Michael attempt to pretend that others broke laws when he may have done so?*</u>

**Michael moves belongings he should have set outside, then threatens Erin unprovoked.**



Left message:

7:39  92%

‹ **Michael Mann**
10:25 PM, Dec 12

As of today, all your stuff has been moved out, and we helped move all the stuff over to Josh's outside barn.

The fact you were NOT here to move YOUR stuff yet all of us did this for you is childish and wrong on so many levels.

Andrea and I refused to touch your guns due to the accusations you placed on your father. Phillip and Josh placed them into Josh's car.

Due to how badly you have hurt my fiance and myself with your lies and gaslighting, such as telling others I was "going to restrain you" (what the hell man?) and the variety of other stories you are now fabricating that never occurred, you have placed us in fear of interacting with you.

Therefore, until you get serious help, you are not welcome to come near either of us. We cannot be around your manipulation and gas lighting anymore. Please get serious help before you hurt someone or yourself.

You have disrespected my house by turning our lives upside down when we bent over backwards to help you.

Right message:

7:33  93%

‹ **Michael Mann, Erin Rita Golden** 🖤
10:22 PM, Dec 21

(No subject)

Jon, I was informed today you have again used my name in a defamatory manner in conversation. Specifically, you told Crystal that I was taking advantage of Jared.

Please stop attempting to manipulate people with your deceptions as you are hurting yourself by continuing to knowingly lying about persons who disagree with you.

I want to be clear, I have contacted an attorney. They have stated the pursuit of a case against you for defamation is well within reason.

I have repeatedly asked you to stop lying when using my or Andrea's name. This is the last verbal warning you will receive. The next contact on this subject will be from an attorney.

I have attached Erin in this text message in an effort to make your malice STOP.

Stop the character assination of every person who asks you to get treatment. You have crushed Andrea with your lies and manipulation. She has taken an aspirin everyday for the chest pain your lies have caused her. For our well being, LEAVE US ALONE!

**May Michael say leave us alone, and make threats, then go to my sister's wedding?**

## 3. Projection

Projection involves dumping their issues onto their victim instead of taking any blame. For instance, a narcissistic abuser may accuse their partner of lying when *they* have lied (this is sometimes referred to as "Deny, attack, reverse victim & offender"). Or they make a partner feel guilty when they've done nothing wrong. This creates confusion.

**May Michael's behavior have caused me to flee and caused Andrea the same stress? Mom said there was a push for me to be institutionalized, may that be a motive?**

**Maybe Michael forced his involvement? Maybe Andrea wasn't too hurt to enjoy a party?**

 **Linda Turpin** Primo restaurant in New Castle

 **Alan Michael**
Andrea and I had wonderful time Linda
Turpin! You planned an awesome party!

19h   Like   Reply

*Maybe Michael wanted to hurt us more? If he did, it worked, and may have hurt family.*

## 3. Triangulation

Narcissistic triangulation occurs when a person tries to bring a third person into a conflict to benefit them. This form of manipulation can be done within a relationship or friendship, or even with narcissistic parents. This is also common in the workplace, when a boss or coworker brings a third party into a conflict to encourage them to take their "side," or to deflect from their own actions.[2]

## 6. Smear Campaign

A smear campaign occurs when a narcissist creates a web of lies or exaggerations in order to discredit and isolate a person. This is typically done publicly, and to anyone who will listen—the victim's friends and family are not exempt. For instance, a person breaks up with their partner, and their ex in turn begins to spread rumors about them within close-knit social circles. Slowly, this person notices that their supports are turning away from them, and reducing contact.

The cruel end result of this is that oftentimes the victim is left with limited support, as their loved ones may believe the lies spread against them. When they try to report the abuse they are experiencing, they are treated as if they are the one causing the problems.[2]

## 7. Revenge Seeking

When someone with NPD feels wronged, they often go into revenge seeking mode. This may be done in the form of a smear campaign, but it can also occur in a number of other ways. A narcissist may seek revenge in the workplace if someone turned them down for a promotion or a raise, or criticized them openly in a meeting. The narcissist may then purposefully turn in projects late or avoid completing important tasks in order to make the other person's job more difficult.

## 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

## MICHAEL WASN'T SUPPOSED TO MOVE NOR PICK UP ANY PROPERTY.

**Response Times**

| | |
|---|---|
| Assigned | 12/19/21 06:19:23 |
| Enroute | 12/19/21 06:29:43 * |
| Arrived | 12/19/21 06:29:43 |
| Leaving | |
| Arrived At | |
| Completed | 12/19/21 06:40:09 |

**IR / External Agency Numbers**

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

12/19/21 06:16:46 | Meyers, Natalie | New CFS
12/19/21 06:17:27 | Meyers, Natalie | SIG 6 ONLY
12/19/21 06:17:57 | Meyers, Natalie | THE ONGOING ISSUES WITH HIS FAMILY AND HARASSMENT.
12/19/21 06:19:23 | Meyers, Natalie | C2 | Dispatch
12/19/21 06:29:40 | Kuhn, Larry | 1st call no answer
12/19/21 06:29:43 | Kuhn, Larry | C2 | On Scene
12/19/21 06:30:59 | Kuhn, Larry | 2nd call no answer
12/19/21 06:38:44 | Kuhn, Larry | 3rd call now answer
12/19/21 06:38:55 | Kuhn, Larry | no
12/19/21 06:40:09 | Meyers, Natalie | C2 | Complete
12/19/21 06:53:38 | Meyers, Natalie | HE CALLED BACK AND CAN ANSWER HIS TX NOW
12/19/21 06:53:42 | Meyers, Natalie | C2 | Dispatch
12/19/21 07:13:53 | Meyers, Natalie | C2 | Available
12/19/21 07:14:50 | Meyers, Natalie | Complete
12/19/21 08:25:14 | Pierce, Indie | C2 | Dispatch
12/19/21 08:33:04 | Kuhn, Larry | John is worried about a bitcoin machine that he had Hagerstown. He stated that this machine has been used by someone else and thing that inappropriate child images has went through it. John stated that it has been removed and is now in storage and that he thinks his father and Michael Mann is trying to frame him. John told me that he has contacted the cyber tip line and reported this.
12/19/21 08:34:13 | Kuhn, Larry | C2 | Available (Location: In Service)

**Responders**

| | | |
|---|---|---|
| C3 (Primary) | C3 - Webb, Corey | CCPD (Primary) |

**Response Times**

| | |
|---|---|
| Assigned | 01/08/22 20:49:37 * |
| Enroute | 01/08/22 20:49:37 |
| Arrived | 01/08/22 20:51:20 * |
| Leaving | |
| Arrived At | |
| Completed | 01/08/22 20:51:20 |

**IR / External Agency Numbers**

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Hidden

01/08/22 19:28:05 | Christian, Jalin | New CFS
01/08/22 19:29:01 | Christian, Jalin | RED BIKE

Page 1 of 2

01/08/22 19:29:36 | Christian, Jalin | 9 MULBERRY ST
01/08/22 19:30:58 | Christian, Jalin | CALLER USED TO LIVE AT THE ADDRESS ABOVE, HAS RECENTLY MOVED.
01/08/22 19:31:13 | Christian, Jalin | FROM WHAT I COULD GATHER SOMEONE IS PICKING UP HIS PROPERTY WHO SHOULD NOT BE
01/08/22 19:31:16 | Christian, Jalin | SIG 6
01/08/22 19:31:31 | Christian, Jalin | CALLER WAS ADVISED OF THE EXTENDED ETA
01/08/22 20:49:37 | Webb, Corey | C3 | Enroute
01/08/22 20:51:14 | Webb, Corey | I TRIED CALLING THE NUMBER BUT IT GOES TO SOME GOOGLE APP.
01/08/22 20:51:20 | Webb, Corey | C3 | Available (Location: In Service)

## MICHAEL KNEW, AND THREATENED US. MAY IT BE TO COVER UP INVOLVEMENT?

## 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

**May Michael have invited himself to move our belongings?**



**Michael Mann**

Saturday, December 11, 2021

I just had anxiety and concern and I'm in a safe place now and taking care of my own needs with my primary care physician and therapist.

Thank you for your help and I'll coordinate having my things picked up.

I appreciate that my parents will leave me alone now. I want true distance.

*__May Michael have attempted to say I asked him to do so even though I said "picked up?"__*

## 4. Twisting

When a narcissist is confronted, they will twist it around to blame their victims for their actions. They will not accept responsibility for their behavior and insist that their victim apologize to them.

**May Michael misunderstand others and not ask for clarification?**



Andrea Holwager
6:14 PM, Nov 24

Hey. Michael just showed me the messages/ screenshots you sent him via your Facebook. It sounds like you and Michael are misunderstanding each other in the messages, which makes sense because it's over messages/ Facebook. I just told Mike that you guys should talk about it over the phone versus messaging because this is where issues/miscommunication occurs.

*May misunderstanding others benefit Michael in some way?*

## 19. Withholding

This may include withholding such things as money, sex, communication, or affection from you.

**Despite this, may Michael have relocated a red Schwinn bike that my Mom gave to me?**





*May I have paid about $400 to have this bike restored at REI Bike shop in Indianapolis?*

**May Michael run away from problems if he may be caught?**
***May I have been friends with Elaine Holwager at the time if I reached out?***
***May I have blocked Elaine if threatened in a similar way as Michael threatened us?***



**May asking about avoiding a property be the opposite of breaking a boundary?**
***May this indicate we wish to avoid Michael Mann in any way we can to be safe?***

**May Andrea Holwager have expressed concerns of Michael cheating to me and my wife?**
***May Andrea have expressed concerns about possible infidelity to us over many years?***



**May Michael Mann have assisted in an attempt to halt our wedding?**
***May Michael Mann be defaming me and/or may he be dishonest about his own behavior?***

## 1. Gaslighting

Gaslighting is the intentional act of making you distrust your views of reality or believe that you're mentally unstable using specific targeted phrases to make you feel this way. Here are a few signs you are being gaslighted:

- You no longer feel like the person you used to be
- You feel like everything you do is wrong
- You always think it's your fault when things go wrong
- You feel more anxious and less confident than you used to be
- You often wonder if you're being too sensitive
- You often question whether your response to your partner is appropriate
- You're apologizing often
- You have a sense that something's wrong, but aren't able to identify what it is
- You make excuses for your partner's behavior

## 2. Emotional Abuse

Emotional abuse could include accusing, belittling, blaming, bullying, criticizing, demanding, ordering, raging, sarcasm, shaming, or threatening.

## 3. Projection

Projection involves dumping their issues onto their victim instead of taking any blame. For instance, a narcissistic abuser may accuse their partner of lying when *they* have lied (this is sometimes referred to as "Deny, attack, reverse victim & offender"). Or they make a partner feel guilty when they've done nothing wrong. This creates confusion.

## 4. Twisting

When a narcissist is confronted, they will twist it around to blame their victims for their actions. They will not accept responsibility for their behavior and insist that their victim apologize to them.

## 5. Lack of Empathy

The lack of empathy or ability to feel and express emotions is the major reason why a narcissist's relationships fail. In a healthy relationship, both partners care for each other's well-being. In a narcissistic relationship, the non-narcissistic partner will not feel cared for and will show signs of sadness and loneliness.

## 7. Silent Treatment

Narcissists punish by ignoring. Then they let their victim "off the hook" by demanding an apology even if they weren't to blame. A narcissist may also have a history of cutting others out of their life permanently over small things.

## 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

## 9. Grandiosity & Overstating Their Own Importance

A narcissist's grandiose sense of self-importance leaves no time or space for their partner or anyone else, leaving their partner feeling alone in the relationship.

## 10. Emotional Blackmail

Emotional blackmail is another form of manipulation to make you feel fear, guilt, or doubt. They may use anger, intimidation, threats, warnings, or punishment to keep you in line.

## 24. Hogging the Conversation

Narcissists love to talk about themselves. They will embellish and flat-out lie to make themselves look better than others or inflate their accomplishments. There is no room to talk about your accomplishments, nor do they care about them in the first place.

**HAD: These are expunged, and have been accessed in violation of my 3rd and 4th, and 5th, and 14th amendment rights.**

**Yes, I do have two misdemeanors *but a judge* specifically retained my gun rights.**
*How many judges may tell Dad "No" before he gets it? Four? May we be at 3?*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| COUNTY OF MARION | ) | CRIMINAL DIVISION ROOM 06 |
| | ) | |
| STATE OF INDIANA | ) | |
| | ) | |
| v. | ) | |
| | ) | CAUSE NO. 49G06-1612-F5-046714 |
| JON TURPIN | ) | |
| DOB: 04/05/1990 | ) | |

## PLEA AGREEMENT

The Defendant, in person and by counsel, and the State of Indiana, hereby enters into this plea agreement made pursuant to negotiations. **The State may withdraw from this agreement if: Defendant is charged in a new criminal matter, Defendant fails to appear in court, the victim and/or law enforcement express disapproval of offer, or discovery of new information (e.g., additional criminal history, victim(s)' injuries, restitution).** The parties agree as follows:

1. This agreement, signed by the Defendant, Defense Counsel, and the Deputy Prosecuting Attorney assigned to the above case, shall be introduced into evidence by stipulation of all the parties at the time of the guilty plea.

2. Defendant enters into this agreement knowing that the Court has the authority to accept or reject the agreement and understands that the Court may take the Defendant's criminal record into consideration in determining whether to accept or reject this plea agreement.

3. The Defendant agrees to plead guilty to:

   ### 49G06-1612-F5-046714

   **COUNT II: CRIMINAL RECKLESSNESS, L6**
   **COUNT III: POINTING A FIREARM, L6**

4. At the time of sentencing, the State will dismiss:

   **ALL REMAINING COUNTS**

5. At the time of the taking of the guilty plea and again at the time of the Defendant's sentencing, the State reserves the right to question witnesses and comment on any evidence presented upon which the Court may rely to determine the sentence to be imposed; to present testimony or statements from the victim(s) or victim representative(s), and the State of Indiana and the Defendant agrees that the Court shall impose the following sentence:

**Why would someone say I've a "history of gun violence" if I may have defended myself?**
*Multiple professionals' opinions have agreed I was defending myself and non-violent.*

**May someone want to take my rights so I can't protect my wife, future kids or myself?**
*Dad has tried to take my guns away for 17 years. If done to you, may you worry?*

**That's not good, why is my background check showing felonies, not misdemeanors?**

11:49 📧 📷 📧 📧 · ·                    ⚙ 📶 📶 81%🔋

← Zillow

**Case details**
Case number: 49G06-1612-F5-046714
State: IN
Category: Criminal
Source: IN Administrator of Courts
Jurisdiction: Marion
Comments: Case status date: 11/21/2017

**Offense details #1**
Type: Felony level five
Description: 35-47-4-3B/Ma: Pointing a firearm
pointing a firearm at another
Offense date: 12/01/2016
Offense code: 35-47-4-3(B)
Charge filing date: 12/06/2016
Disposition: Plea by agreement
Disposition date: 11/21/2017
Court: Superior, Criminal Division 6

**Offense details #2**
Type: Felony level five
Description: 35-42-2-2A/Ma: Criminal recklessness
committed with a deadly weapon.
Offense date: 12/01/2016
Offense code: 35-42-2-2(A)
Charge filing date: 12/06/2016
Disposition: Plea by agreement
Disposition date: 11/21/2017

〈       ◯       ⦀

11:49 📧 📷 📧 📧 · ·                    ⚙ 📶 📶 81%🔋

← Zillow

**Offense details #2**
Type: Felony level five
Description: 35-42-2-2A/Ma: Criminal recklessness
committed with a deadly weapon.
Offense date: 12/01/2016
Offense code: 35-42-2-2(A)
Charge filing date: 12/06/2016
Disposition: Plea by agreement
Disposition date: 11/21/2017
Court: Superior, Criminal Division 6

**Bureau Contact Information**
Contemporary Information Corp.
c/o Consumer Relations Department
42813 Capital Drive, Unit 101
Lancaster, CA 93535
Phone: 1-888-316-4262 Fax: 1-888-797-2254
www.cicreports.com/consumer-assistance

The agency providing this report will provide, when contacted by the consumer
seeking a copy of this report or making a request to review his/her file with the
agency, a written notice in English and Spanish setting forth the terms and
conditions of his/her right to receive disclosures of information such as office
hours, any charges for disclosures, identification required for the release of
information, names of recipients of reports on the consumer, what assistance is
available to the consumer in reviewing/understanding the information and
similar instructions.

End of Eviction & Criminal Report

This report is for rental purposes only. This report is confidential and is not to be

〈       ◯       ⦀

**Maybe Marion County courts just made an honest mistake in filing?**

**In my opinion their filings and certified copies appear to align with my misdemeanors:**

## State of Indiana v. Jon Turpin

| | |
|---|---|
| Case Number | 49G06-1612-F5-046714 |
| Court | Marion Superior Court, Criminal Division 6 |
| Type | F5 - Felony 5 |
| Filed | 12/06/2016 |
| Status | 11/21/2017 , Decided |
| Reference | Prosecutor Case Management Number    49G06-DM1246516 |
| | Police Agency Number    DP160144110 |

## Parties to the Case

⊡ Defendant  Turpin, Jon

⊡ State  State of Indiana
Plaintiff

## Charges

⊡ 01  12/01/2016  35-45-2-1(a)(1)/F5: Intimidation where def. draws or uses a deadly weapon
  Statute    35-45-2-1(a)(1)
  Degree    F5

⊡ 02  12/01/2016  35-42-2-2(a)/MA: Criminal Recklessness committed with a deadly weapon.
  Statute    35-42-2-2(a)
  Degree    MA
  Filed As    F6: 35-42-2-2(a)/F6: Criminal Recklessness committed with a deadly weapon.

⊡ 03  12/01/2016  35-47-4-3(b)/MA: Pointing a Firearm pointing a firearm at another
  Statute    35-47-4-3(b)
  Degree    MA
  Filed As    F6: 35-47-4-3(b)/F6: Pointing a Firearm pointing a firearm at another

⊡ 04  12/01/2016  35-42-2-1(c)(1)/MB: Battery
  Statute    35-42-2-1(c)(1)
  Degree    MB

**_These appear to follow the completed plea deal in my case, how may these errors occur?_**

STATE OF INDIANA                    )        IN THE MARION COUNTY SUPERIOR COURT
                                    )        CRIMINAL DIVISION ROOM #6
COUNTY OF MARION                    )

STATE OF INDIANA                    )
                                    )
           v.                       )
                                    )        CAUSE NO.  49G06-1612-F5-046714
JON TURPIN                          )
           DOB:  04/05/1990         )

**FILED**

NOV 21 2017

*Myla a. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## PLEA AGREEMENT

The Defendant, in person and by counsel, and the State of Indiana, hereby enters into this plea agreement made pursuant to negotiations.  The State may withdraw from this agreement if Defendant is charged in a new criminal matter, Defendant fails to appear in court, the victim and/or law enforcement express disapproval of offer, or discovery of new information (e.g. additional criminal history, victims' injuries, restitution).  The parties agree as follows:

1.    This agreement, signed by the Defendant, Defense Counsel, and the Deputy Prosecuting Attorney assigned to the above case, shall be introduced into evidence by stipulation of all the parties at the time of the guilty plea.

2.    Defendant enters into this agreement knowing that the Court has the authority to accept or reject the agreement and understands that the Court may take the Defendant's criminal record into consideration in determining whether to accept or reject this plea agreement.

3.    The Defendant agrees to plead guilty to:

      49G06-1612-F5-046714

      COUNT II:  CRIMINAL RECKLESSNESS, L6
      COUNT III:  POINTING A FIREARM, L6

4.    At the time of sentencing, the State will dismiss:

      ALL REMAINING COUNTS

5.    At the time of the taking of the guilty plea and again at the time of the Defendant's sentencing, the State reserves the right to question witnesses and comment on any evidence presented upon which the Court may rely to determine the sentence to be imposed; to present testimony or statements from the victim(s) or victim representative(s), and the State of Indiana and the Defendant agrees that the Court shall impose the following sentence:



---

*May my background check have an error for some other reason?*

**It may be noticed that my plea deal is signed and accepted retaining the right to appeal.**
**_May this have been done by me if my Dad forced me not to go to trial in my gun case?_**
**_[MAY RESEARCH HAVE STARTED WHEN I WAS DIRECTED TO WAYNE COUNTY FILES?]_**

**COUNT II:**
A TOTAL SENTENCE OF ONE [1] YEAR WITH ALL TIME NOT ALREADY SERVED SUSPENDED. DEFENDANT SHALL BE ON PROBATION FOR A PERIOD OF ONE [1] YEAR. DEFENDANT SHALL WRITE AN APOLOGY LETTER TO JEREMY LEWIS. THIS COUNT SHALL RUN CONSECUTIVE TO COUNT III. DEFENDANT SHALL HAVE NO CONTACT WITH JEREMY LEWIS. DEFENDANT SHALL RECEIVE AMS UPFRONT. OPEN ARGUMENT AS TO ALL OTHER TERMS.

**COUNT III:**
A TOTAL SENTENCE OF ONE [1] YEAR WITH ALL TIME NOT ALREADY SERVED SUSPENDED. DEFENDANT SHALL BE ON PROBATION FOR A PERIOD OF ONE [1] YEAR. THIS COUNT SHALL RUN CONSECUTIVE TO COUNT II. DEFENDANT SHALL HAVE NO CONTACT WITH JEREMY LEWIS. DEFENDANT SHALL RECEIVE AMS UPFRONT. OPEN ARGUMENT AS TO ALL OTHER TERMS.

6. The Defendant understands and acknowledges that placement into the Marion County Community Corrections program component depends on availability and that the Defendant shall (or may) be held in custody pending availability.

7. Defendant hereby waives the right to appeal any sentence imposed by the Court, including the right to seek appellate review of the sentence pursuant to Indiana Appellate Rule 7(B), so long as the Court sentences the defendant within the terms of this plea agreement (   ).

8. The Defendant acknowledges that the State's recommendation, or agreement to make no recommendation, is based on the Defendant's criminal history known to the Deputy Prosecutor representing the State at the time this agreement is executed and who entered into the agreement. In the event that such information is incomplete, that a further or more accurate criminal history is discovered prior to the entry of judgment or the Defendant is charged with the commission of another offense prior to sentencing, the State reserves the right to unilaterally withdraw from this agreement at any time prior to the entry of judgment herein. It is further agreed that the sentence recommended and/or imposed is the appropriate sentence to be served pursuant to this agreement.

9. The Defendant understands and acknowledges by his/her initials that, if this agreement is accepted by the Court, the Defendant will give up the following rights:

(a) the right to a public and speedy trial by jury;
(b) the right to confront and cross examine the witnesses against him/her;
(c) the right to have compulsory process for obtaining witnesses in his/her favor;
(d) the right to require the State to prove his/her guilt beyond a reasonable doubt;
(e) the right to remain silent and the right not to be compelled to testify against oneself.
(f) the right to present evidence on one's own behalf and to be presumed innocent

JAN 05 2022

**It's my opinion that even if a Dad pays _up front_ for a lawyer the Dad isn't the client.**
**_May this only be pertinent in regards to my recent background check errors?_**
**_[MAY I HAVE NO HOPE ON APPLYING FOR THE FBI DUE TO THESE EVENTS?]_**
**_MAY IT ALSO BE NOTICED I HAVE NO RIGHT TO REMAIN SILENT ABOUT THE CASE?_**
**_THIS IS NOT MALICE: DAD THREATENING ME TO PREVENT MY TRIAL IS CONCERNING._**

*MAY DAD HAVE RETAINED THE LAWYER IN MY CASE PREVENTING ME FROM APPEAL?*
*MAY I HAVE BEEN UNABLE TO GET ANOTHER LAWYER DUE TO THIS RETAINMENT?*
*MAY DAD HAVE BEEN PREVENTING ME FROM GETTING INFORMATION FOR APPEAL?*
*MAY A LACK OF THIS INFORMATION PREVENT ME FROM PROVING MY CHARACTER?*

# Ind. R. App. P. 7

⬇ Download PDF

As amended through September 30, 2022

Rule 7 - Review of Sentences

(A) Availability. A defendant in a Criminal Appeal may
appeal the defendant's sentence. The State may not
initiate an appeal of a sentence, but may cross-appeal
where provided by law.
(B) Scope of Review. The Court may revise a sentence
authorized by statute if, after due consideration of the
trial court's decision, the Court finds that the sentence is
inappropriate in light of the nature of the offense and the
character of the offender.

Ind. R. App. P. 7

*MAY DAD HAVE TRIED TO CONVINCE ME THIS WAS ABOUT MY "REPUTATION?"*
*THIS IS NOT ABOUT REPUTATION. IT IS MY OPINION MY CHARACTER WAS ATTACKED.*
*MAY I HAVE HAD TO WRITE THE INDIANA STATE BAR AND THE LAWYER TO RELEASE?*
*THIS IS NOT MALICE: DAD'S BEHAVIOR PREVENTING MY APPEAL IS CONCERNING.*

**Michael Mann first threatened to "get rid of me" on the bleachers in the red square.**





*__Michael later threatened me in the Holwager's garage after Andrea told me he may have cheated on her with another girl. She talked to me privately, I didn't even approach him.__*

**May the same man try to use you and your wife and/or others to get what he wants?**



**May this have been the "bigger fish" Michael was talking about?**

**May the same man make fun of his cat for cramped quarters, constipation, or fear?**



**_May the same man then accuse others of not caring about their pets?_**

## #2 The litter box is too small.

Sometimes your litter box could be too small for your cat. This usually happens when you buy a litter box when your cat is a kitten, and they outgrow it.

Even if your cat can move around a little bit in the cat box, there may not be enough room for them. Ensure that their box is large enough for them to turn around and maneuver into a comfortable position.

## #5 Constipation

Your cat could be trying to change their position because it cannot poop. Trying out a new position can facilitate movement in their bowels.

> **Interesting READ  Why Do Cats Hide Their Kittens? (4 reasons!)**

If you think they are constipated, look out for these signs and symptoms to make sure:

- Rigid abdomen
- Loss of appetite
- Pain
- Your cat won't allow you to touch its stomach.
- Nausea
- Vomiting

Your cat may also act a little differently than usual. If your pet used to be social and loved cuddles, it may become distant, grumpy, or aggressive.

## #6 Keeping a lookout

This behavior may just be an instinct inherited from your cat's ancestors. Standing up is a way of protecting themselves from predators in the wild.

So, if you see your cat standing up to poop, it may mean that they are trying to keep its head high to keep a lookout on the surrounding.

**May the same young man who watched you get beaten, and saw your Mom's family torn apart try to beat you down and try to tear apart your Dad's family too when he's caught?**



**May a young man who assists in clearing your Uncle's old basement denigrate you?**



**May the same man you helped get a job with your Dad later blame you for their actions?**

**I forgave Dad and Michael long ago. May Dad or Michael not let go of past anger?**



***May this not be an appropriate gift from Michael to me after threatening me in the past?***

**In my opinion it's not ok to vandalize others' property. This was David Holwager's truck.**



*This upset Michael, Andrea, and regardless of past events, Me, and Erin, on their behalf.*

**Because Andrea loves him, I let it go, but may Michael lie about how I view Andrea?**



*In my opinion, above is how an actual friend talks about someone with platonic love.*



*We can see that's my car next to Andrea out front of Dad's "Shop" back in the day.*

**Before involvement of Michael Mann, Phillip wrote me a letter for appeal or expungement:**

Dear Mr. and Mrs. Turpin:

JT means the world to me, not just as a friend, but as an example of a human being I aspire to.

He is the most brilliant and driven person I have ever known. His sheer strength of will is inspiring, and his generosity immeasurable. I have never known a man to care as much as he does, so passionately that he seeks to help those around him to a fault.

I value his time and advice more than most. In fact, the only other person I have a higher opinion of is my own father. Whenever someone needs help, they turn to JT because he is a beacon of light is an uncaring and unforgiving world.

The unconditional love we have for each other has been expressed in our support for each other through good and bad times. We don't seek from each other; we drop everything and do for each other whatever is needed.

I know JT and I have had our disagreements, but we have worked through them like mature individuals and grown together as friends. Simply knowing JT has made me a better person. We have elevated each other and supported each other in many facets of life – careers, relationships, finance, and faith. These are the things you don't see.

I have learned two things about life from JT: success is what you make it, and stand up for what you believe in. He embodies these. In our 16 years of shared friendship, I have never seen him falter despite everything he has been subjected to. It would break a lesser man.

We have survived the death of a close friend together, faced our mortality together, and found common ground from which to weather any storm.

Unity is what bonds us. We are friends closer than brothers. Simply put, I would die for JT. I don't mean that in jest. I'd take a bullet for the man, give him a kidney, whatever it took. Why? Because if anyone deserves love and friendship and the chance in life to pursue it, it is JT.

I have seen through the brash, callous, stubborn, loud exterior of the young boy who latched onto me in 2005 during Spanish class. What I have found a decade and a half later was a true friend. I came to know him. Really KNOW him. I wouldn't trade a mountain of gold for his friendship.

All I ask is that you see him through my eyes.


Sincerely,

*Phillip Jenkins*

Phillip Jenkins

***May I have been defamed to Phillip and/or may he have been threatened with litigation?***

## May others have their own opinion of Michael?



**Josh S**
Active 13m ago

Yeah and he defamed you in the group chat, along with Philip and Jared

Those guys have like a seething hatred of you

Well, they chose to believe Jared despite there being proof from Jared, his ex-girlfriend, his sister, and me.

Right

I couldn't help them past leaving. They didn't want to believe the person who has been honest with them even when it sucks.

I think Philip was salty about you trying to say you helped him with his cancer so he owes you forgiveness. Paraphrased heavily

Yeah, he took that completely wrong. I was saying "why in the f■■k would you hang up on your friend that has been there for you and not even give him 5 minutes?"

He can be mad if that's how he feels, then I understand.

But why hang up on me and not even ask me what the f■■k?

In my opinion that's just sh■■y. He could have yelled at me and said what he felt, I would have listened as long as it was two-way communication.

I mean its this day and age. People don't let the accused tell their side anymore

*May Dad, Michael, and Jared have defamed me and caused others to do so as well?*

**May Dad, Michael, and/or Jared have tried to prevent me from reporting a crime?**



**Josh S**
Active 17m ago

That's odd, because Jared and Michael are the ones that had to be reported.

And then they flamed you in the group chat

So there was this whole anti jt sentiment in the group chat. Glad that's gone, makes it easy to take the side that every one else is perceived to be on

Yeah, I figured that was the case for quite a while. It doesn't take much for someone that has it out for you to do that to others.

In my opinion, Michael is a pro at it.

I'm just glad you had a few people that weren't willing to cut you loose on someone else's word

You replied to you
In my opinion, Michael is a pro at it.

Oh bro he is definitely good at manipulating

But I didn't know him and I knew you so I had to figure out what was going on

Called you narcissistic and I needed to be careful lol

*May they have attempted, without evidence, to incite fear and unlawful actions?*

**J.C. and two other boys abused me in the hallways, after months of abuse, I hit J.C. _once._**

November 16, 2007

Dear whoever it may concern:

My name is Andrea Lynn Holwager. I have known Jon Turpin for 18 years and have watched him go through many hardships throughout his school career. During high school, Jon and I did not have many classes together so I was not able to witness a majority of the problems he dealt with. However, I do recall a few.

The first one I can remember recalling was an incident in our freshman hallway were Josh C    and Jon had a physical fight. I happened to be going towards my locker as the fight began when I witnessed Josh on top of Jon as he was throwing punches at him. A large crowd of students were around doing absolutely nothing to stop the fight. So I got through the crowd and got down at the level where Josh was and yelled at him to get off of Jon. He proceeded to call me a foul name and spit blood on me. Within a minute though, one student got behind Josh and lifted him off of Jon. What astounds me most about the situation is that it happened in front of four classrooms, the special education room, the computer lab, the band room, and the choir room. It took about four minutes for a teacher to get there and stop the fight. For me, it proved some teachers were doing absolutely nothing to stop the situation when Jon was in serious physical danger.

The other situation I can recall happening is when James D    got into a physical fight with Jon in the boys' locker room. I was not there when the fight occurred but Jon had told me a few days before the incident that he and James were not getting along. He told me he told the coaches about how they were not getting along. They did not act upon it. One of the coaches should have been in the locker room with them but they were not. Instead, students got to watch James attack Jon in the locker room, and they did nothing to stop it. Rather they took pictures of the incident and cheered James on. And still, neither of the coaches came even though they would have been likely to hear what was happening in the locker room.

The day afterwards, I heard students talking about how Jon had deserved to be beaten, and how they wish they could have done it. This was said even in some teachers' classrooms and they did nothing to stop the talk from continuing. I will give any other information if needed for the case of Jon.

Sincerely,

_Andrea Lynn Holwager_

Andrea Holwager

**_Thank you for being a real Sis, Andrea, I appreciate that you were there and took action._**

**I forgive J.D., J.C., M.H., J.S., and S.A.: we were middle and high schoolers.**
***We were kids, should we be to blame, or do adults shoulder the responsibility?***
**Josh Dunaway pulled  another boy, J.G., off me in the middle school gym, and looked out**
**for me after that, *J.G. said he'd pull off my head: I didn't let him cheat off me in Algebra 1.***

Friday, December 28, 2007

I Joshua R. Dunaway, upon returning a rented movie back to Hometown Videos in Cambridge City, Indiana, in December, 2007, had a discussion with an employee of the video store, Mr. Scott A       . Scott confirmed to me that he took pictures while James D       assaulted and beat Jon F. Turpin in the locker room of Lincoln High School. MR. A       said to me after I questioned him about the phone and picture/pictures that were supposedly sent to other people for their entertainment pleasures, that he had sent a picture and/or pictures to MR. Joshua J       for further viewing. Thus further that the Lincoln High School Administration made him delete all picture/pictures and/or videos that were made at the time of this brutal, and what I believe to have been a premeditated attempt on the very life of  Jon F. Turpin.

Joshua R. Dunaway

*Joshua R. Dunaway*

***Thanks for being a real bro, Josh, I appreciate that you were there and took action.***

**I forgive J.G.: I was in 6th grade and he was in 8th grade.**
***We were kids, should we be to blame, or do adults shoulder the responsibility?***

**May my Mom have been the parent who needed to rebuke the principal after my beating?**
***When all of this was happening may Dad not have wanted to take my back?***

**May Dad have had something happen that made him take my back?**
***May Dad have said he was "the only one spending money" and that it made him angry?***

♡ Save          🔔 Monitor          📄 PDF          ⊞ List          ••• More

# Andrea L Holwager

Age 35 years old

Born November 1988

Location Richmond, IN

Aliases Andrea Holwager, Andrea Lynn Holwager  View 1 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                                    ✓

---

🏠 537 W Main St                                                         View 5 more
   Richmond, IN 47374

---

📞 (765) 969-0628                                                        View 2 more

---

✉ maholwag@gmail.com                                                    View 1 more

---

❤ 5 relatives found                                                     View relatives
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                                Learn more

---

◀ 1 social network identified                                          View details

---

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                           

[🖨 Print PDF]  [✉ Email PDF]

# Possible Phone Numbers

Alerts

✔ Learn more

---

✔ **Best phone number match**

## (765) 969-0628 (/app/generate/phone?phone=7659690628&referringBvid=N_MTg4MDU5ODMyMTc5)

Phone type Mobile
Dates seen Oct 2007 - Aug 2023

View phone report (/app/generate/phone?phone=7659690628&referringBvid=N_MTg4MDU5ODMyMTc5)

Is this accurate?

---

Higher Confidence

## (765) 541-2263 (/app/generate/phone?phone=7655412263&referringBvid=N_MTg4MDU5ODMyMTc5)

Phone type Mobile

View phone report (/app/generate/phone?phone=7655412263&referringBvid=N_MTg4MDU5ODMyMTc5)

Is this accurate?

---

Higher Confidence

## (765) 478-4842 (/app/generate/phone?phone=7654784842&referringBvid=N_MTg4MDU5ODMyMTc5)

Dates seen Nov 2011 - Aug 2023

View phone report (/app/generate/phone?phone=7654784842&referringBvid=N_MTg4MDU5ODMyMTc5)

Is this accurate?

---

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

 Overview

✉ **Possible Emails**                                                                              Alerts

👤 **Personal Emails (2)**

maholwag@gmail.com (/app/generate/email?email=maholwag%40gmail.com)    ✔ Best email address match

blackrose4842@gmail.com (/app/generate/email?email=blackrose4842%40gmail.com)    Higher Confidence

Last seen: 10/04/2023

## Possible Address History

⊙ Learn more                                                                                       Alerts

6 addresses identified

> ✔ Best address match
>
> ### 537 W Main St
> ### Richmond, IN 47374
> ### (/app/generate/property?
> ### address=537%20W%20Main%20St.&city=Richmond&state=IN&zipcode=47374)
>
> Dates seen Aug 2020 - May 2021
>
> Search this property (/app/generate/property?address=537%20W%20Main%20St.&city=Richmond&state=IN&zipcode=47374)
>
> Is this accurate?

> Higher Confidence
>
> ### 113 E Delaware St
> ### Cambridge City, IN 47327
>
> Dates seen Feb 2023 - May 2023
>
> Is this accurate?

> Higher Confidence
>
> ### 735 Sligo Ave Apt 406
> ### Silver Spring, MD 20910
> ### (/app/generate/property?
> ### address=735%20Sligo%20Ave.%20Apt%20406&city=Silver%20Spring&parent_id=56513105&st
> ### ate=MD&zipcode=20910)
>
> Dates seen Oct 2020 - Oct 2020

 Overview

Search this property (/app/generate/property?address=735%20Sligo%20Ave.%20Apt%20406&city=Silver%20Spring&parent_id=56513105&...

Is this accurate?

Higher Confidence

**5434 Fox Way Apt 6**
**Indianapolis, IN 46237**

Is this accurate?

Higher Confidence

**111 E Delaware St**
**Cambridge City, IN 47327**
**(/app/generate/property?**
**address=111%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327)**

Search this property (/app/generate/property?address=111%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

Higher Confidence

**707 N Cambridge Rd**
**Cambridge City, IN 47327**
**(/app/generate/property?**
**address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327)**

Dates seen Oct 2007

Search this property (/app/generate/property?address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

## Possible Relatives

Alerts

Learn more

**Michael Alan Mann (/app/generate/person?**
**bvid=N_MTQ1MjMzMTYyNjEz&name=MICHAEL%20ALAN%20MANN)**


Overview
Age 35

Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MTQ1MjMzMTYyNjEz&name=MICHAEL%20ALAN%20MANN)

⊘ Show less contact info

| Address | 537 W Main St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=537%20W%20Main%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Oct 2020 - Aug 2023 |

| Address | 707 N Cambridge Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | May 2009 - Dec 2020 |

| Address | 897 Spring Creek Rd |
| | Montrose, CO 81403 |
| | (/app/generate/property?address=897%20Spring%20Creek%20Rd.&city=Montrose&state=CO&zipcode=81403) |
| Dates seen | Oct 2020 - Oct 2020 |

| Phone number | (765) 541-9643 (/app/generate/phone?phone=7655419643) |
| Dates seen | - |

⊘ Show less relatives

## Glena Jo Burke (/app/generate/person?bvid=N_MDAwMzI2NzE0NzU4&name=GLENA%20JO%20BURKE)

Age 55
Lives in Clinton, OK
May also go by Glena Jo Clark, Glenna J Mann, Glena J Mann **+1 more**

View person report (/app/generate/person?bvid=N_MDAwMzI2NzE0NzU4&name=GLENA%20JO%20BURKE)

⊘ Show less contact info

| Address | 10494 N 2310 Rd |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=10494%20N%202310%20Rd.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Jan 2012 - Aug 2023 |

| Address | 500 W Main St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=500%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jun 2002 - Jul 2016 |

| Address | 501 S 11th St |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=501%20S%2011th%20St.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Feb 2009 - Jan 2011 |

| Phone number | (765) 577-0104 (/app/generate/phone?phone=7655770104) |

Overview

Dates seen      -

## Nicole Renee Mann (/app/generate/person?
## bvid=N_MTY1Njc5Mjc3Njk5Njk5&name=NICOLE%20RENEE%20MANN)

Age 33
Lives in Clinton, OK
May also go by Nicole Man

View person report (/app/generate/person?bvid=N_MTY1Njc5Mjc3Njk5Njk5&name=NICOLE%20RENEE%20MANN)

◒ Show less contact info

| | |
|---|---|
| Address | 10494 N 2310 Rd |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=10494%20N%202310%20Rd.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Jun 2013 - Aug 2023 |

| | |
|---|---|
| Address | 501 S 11th St |
| | Clinton, OK 73601 |
| | (/app/generate/property?address=501%20S%2011th%20St.&city=Clinton&state=OK&zipcode=73601) |
| Dates seen | Nov 2008 - Feb 2014 |

Is this accurate?

## David Richard Richard Holwager (/app/generate/person?
## bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER)

Deceased at age ~65 on Sep 2019

Lived in Cambridge City, IN
May also go by David E Holwager, D Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER)

◒ Show less contact info

| | |
|---|---|
| Address | 707 N Cambridge Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 1995 - Aug 2023 |

| | |
|---|---|
| Address | 537 W Main St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=537%20W%20Main%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Oct 2022 - Oct 2022 |

| | |
|---|---|
| Phone number | (765) 478-4842 (/app/generate/phone?phone=7654784842) |
| Dates seen | - |

Is this accurate?

≣ Overview

## Elaine Marie Holwager (/app/generate/person?
## bvid=N_MDAxMTU5MDk5Njk1&name=ELAINE%20MARIE%20HOLWAGER)

Age 66
Lives in Aurora, CO
May also go by E Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5MDk5Njk1&name=ELAINE%20MARIE%20HOLWAGER)

⊘ Show less contact info

| | | |
|---|---|---|
| Address | 6702 S Winnipeg Cir Apt 104 | |
| | Aurora, CO 80016 | |
| | (/app/generate/property?address=6702%205%20Winnipeg%20Cir.%20Apt%20104&city=Aurora&state=CO&zipcode=80016) | |
| Dates seen | Jan 2019 - Aug 2023 | |

| | | |
|---|---|---|
| Address | 113 E Delaware St | |
| | Cambridge City, IN 47327 | |
| | (/app/generate/property?address=113%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) | |
| Dates seen | Mar 1989 - Feb 2023 | |

| | | |
|---|---|---|
| Phone number | (765) 969-6862 (/app/generate/phone?phone=7659696862) | |
| Dates seen | - | |

| | | |
|---|---|---|
| Phone number | (765) 478-4842 (/app/generate/phone?phone=7654784842) | |
| Dates seen | - | |

Is this accurate?

## Mary Jean Holwager (/app/generate/person?
## bvid=N_MTE4Mjg4MDEzNzUy&name=MARY%20JEAN%20HOLWAGER)

Age 36
Lives in Bloomington, IN
May also go by Maryjean Holwager

View person report (/app/generate/person?bvid=N_MTE4Mjg4MDEzNzUy&name=MARY%20JEAN%20HOLWAGER)

⊘ Show less contact info

| | | |
|---|---|---|
| Address | 3701 N Kinser Pike | |
| | Bloomington, IN 47404 | |
| | (/app/generate/property?address=3701%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404) | |
| Dates seen | Jun 2022 - Aug 2023 | |

| | | |
|---|---|---|
| Address | 3341 N Kinser Pike | |
| | Bloomington, IN 47404 | |
| | (/app/generate/property?address=3341%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404) | |
| Dates seen | Aug 2013 - Aug 2023 | |

| | | |
|---|---|---|
| Address | 3313 E John Hinkle Pl | |
| | Bloomington, IN 47408 | |
| | (/app/generate/property?address=3313%20E%20John%20Hinkle%20Pl.&city=Bloomington&state=IN&zipcode=47408) | |

☰ Overview

Dates seen    Aug 2011 - May 2015

Phone number  (765) 969-0638 (/app/generate/phone?phone=7659690638)
Dates seen    -

◉ Show less relatives

## Alex W Jorck (/app/generate/person? bvid=N_MDAzODQ3Nzc0NTA5&name=ALEX%20W%20JORCK)

Age 36
Lives in Bloomington, IN
May also go by Jorck Alexander, Alexander Watt Jorck, Jorck Alexander Watt **+1 more**

View person report (/app/generate/person?bvid=N_MDAzODQ3Nzc0NTA5&name=ALEX%20W%20JORCK)

◉ Show less contact info

| | |
|---|---|
| Address | 3701 N Kinser Pike |
| | Bloomington, IN 47404 |
| | (/app/generate/property?address=3701%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404) |
| Dates seen | Jun 2022 - Aug 2023 |

| | |
|---|---|
| Address | 3341 N Kinser Pike |
| | Bloomington, IN 47404 |
| | (/app/generate/property?address=3341%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404) |
| Dates seen | Jun 2013 - May 2023 |

| | |
|---|---|
| Address | 9182 W Tulip Dr |
| | Columbus, IN 47201 |
| | (/app/generate/property?address=9182%20W%20Tulip%20Dr.&city=Columbus&state=IN&zipcode=47201) |
| Dates seen | Oct 2001 - Jul 2011 |

Phone number  (812) 371-6197 (/app/generate/phone?phone=8123716197)
Dates seen    -

Phone number  (812) 342-4011 (/app/generate/phone?phone=8123424011)
Dates seen    -

Is this accurate?

## William Joseph Holwager (/app/generate/person? bvid=N_MDAxMTU5NTI4NTA2&name=WILLIAM%20JOSEPH%20HOLWAGER)

Age 68
Lives in Indianapolis, IN
May also go by Willia J Holwager, Bill J Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5NTI4NTA2&name=WILLIAM%20JOSEPH%20HOLWAGER)

◉ Show less contact info
☰ Overview

| Address | 5212 Greenheart Pl |
|---|---|
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5212%20Greenheart%20Pl.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Apr 2009 - Aug 2023 |

| Address | 27741 Hacienda East Blvd Unit 1 |
|---|---|
| | Bonita Springs, FL 34135 |
| | (/app/generate/property?address=27741%20Hacienda%20East%20Blvd.%20Unit%201&city=Bonita%20Springs&state=FL&zipcode=34135) |
| Dates seen | Jul 2004 - Jul 2023 |

| Address | 2950 E Banta Rd |
|---|---|
| | Indianapolis, IN 46227 |
| | (/app/generate/property?address=2950%20E%20Banta%20Rd.&city=Indianapolis&state=IN&zipcode=46227) |
| Dates seen | Mar 1989 - Mar 2016 |

| Phone number | (813) 784-4655 (/app/generate/phone?phone=8137844655) |
|---|---|
| Dates seen | - |

| Phone number | (239) 948-4977 (/app/generate/phone?phone=2399484977) |
|---|---|
| Dates seen | - |

◔ Show less relatives

## Sarah Elizabeth Goode (/app/generate/person?bvid=N_MDAwOTY1ODM1NTk0&name=SARAH%20ELIZABETH%20GOODE)

Age 62

Lives in Indianapolis, IN

May also go by Sarah Elizabeth Elizabeth Holwager, Sara E Goode

View person report (/app/generate/person?bvid=N_MDAwOTY1ODM1NTk0&name=SARAH%20ELIZABETH%20GOODE)

◔ Show less contact info

| Address | 5212 Greenheart Pl |
|---|---|
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5212%20Greenheart%20Pl.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Jan 2013 - Aug 2023 |

| Address | 2950 E Banta Rd |
|---|---|
| | Indianapolis, IN 46227 |
| | (/app/generate/property?address=2950%20E%20Banta%20Rd.&city=Indianapolis&state=IN&zipcode=46227) |
| Dates seen | Jan 2000 - Jan 2023 |

| Address | 8413 N Armenia Ave Apt 906 |
|---|---|
| | Tampa, FL 33604 |
| | (/app/generate/property?address=8413%20N%20Armenia%20Ave.%20Apt%20906&city=Tampa&state=FL&zipcode=33604) |
| Dates seen | Jun 1983 - Jul 2009 |

| Phone number | (317) 788-0627 (/app/generate/phone?phone=3177880627) |
|---|---|
| Dates seen | - |

## Suellen Holwager Holwager (/app/generate/person?
## bvid=N_MjM3Njk1NjgwNTg2&name=SUELLEN%20HOLWAGER%20HOLWAGER)

Age N/A
Lives in Indianapolis, IN
May also go by Suellen M Holwager

View person report (/app/generate/person?bvid=N_MjM3Njk1NjgwNTg2&name=SUELLEN%20HOLWAGER%20HOLWAGER)

○ Show less contact info

| Address | 5212 Greenheart Pl |
| --- | --- |
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5212%20Greenheart%20Pl.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Sep 2018 - Jun 2023 |

## Debra S Holwager (/app/generate/person?
## bvid=N_MDAxMTU5MDgwNDk1&name=DEBRA%20S%20HOLWAGER)
### Deceased at age ~43 on Jan 1999

Lived in Indianapolis, IN
May also go by Debra S Holwoger, Deborah S Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5MDgwNDk1&name=DEBRA%20S%20HOLWAGER)

○ Show less contact info

| Address | 2950 E Banta Rd |
| --- | --- |
| | Indianapolis, IN 46227 |
| | (/app/generate/property?address=2950%20E%20Banta%20Rd.&city=Indianapolis&state=IN&zipcode=46227) |
| Dates seen | Jan 1988 - Aug 2023 |

| Phone number | (813) 784-4655 (/app/generate/phone?phone=8137844655) |
| --- | --- |
| Dates seen | - |

## Margaret Jean Holwager (/app/generate/person?
## bvid=N_MDAxMTU5NzA3NzAx&name=MARGARET%20JEAN%20HOLWAGER)
### Deceased at age null on Feb 2017

Lived in Beech Grove, IN
May also go by Jean M Holwager, J E Holwager, M J Holwager **+2 more**

View person report (/app/generate/person?bvid=N_MDAxMTU5NzA3NzAx&name=MARGARET%20JEAN%20HOLWAGER)

○ Show less contact info

| Address | 1818 Main St |
| --- | --- |
| | Beech Grove, IN 46107 |
| | (/app/generate/property?address=1818%20Main%20St.&city=Beech%20Grove&state=IN&zipcode=46107) |
| Overview | |

| | |
|---|---|
| Dates seen | Aug 2015 - Aug 2023 |

| | |
|---|---|
| Address | 4030 Oak Trail Dr |
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=4030%20Oak%20Trail%20Dr.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Jan 2004 - Aug 2023 |

| | |
|---|---|
| Address | 606 Ash St |
| | Beech Grove, IN 46107 |
| | (/app/generate/property?address=606%20Ash%20St.&city=Beech%20Grove&state=IN&zipcode=46107) |
| Dates seen | Jul 1964 - Apr 2005 |

| | |
|---|---|
| Phone number | (317) 784-4292 (/app/generate/phone?phone=3177844292) |
| Dates seen | - |

## Mark Welsg Holwager (/app/generate/person? bvid=N_MDQ2MDQzOTYwNjA1&name=MARK%20WELSG%20HOLWAGER)

Age 37
Lives in Indianapolis, IN
May also go by Mark Welsh Holwager

View person report (/app/generate/person?bvid=N_MDQ2MDQzOTYwNjA1&name=MARK%20WELSG%20HOLWAGER)

◉ Show less contact info

| | |
|---|---|
| Address | 5218 Greenheart Pl |
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5218%20Greenheart%20Pl.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Jan 2018 - Aug 2023 |

| | |
|---|---|
| Address | 1818 Main St |
| | Beech Grove, IN 46107 |
| | (/app/generate/property?address=1818%20Main%20St.&city=Beech%20Grove&state=IN&zipcode=46107) |
| Dates seen | Mar 2017 - Feb 2023 |

| | |
|---|---|
| Address | 5745 Sly Fox Ln |
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5745%20Sly%20Fox%20Ln.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Nov 2015 - Jul 2019 |

## Laralyn Ann Ann Montanez (/app/generate/person? bvid=N_MDAxNDM3OTI5OTc4&name=LARALYN%20ANN%20ANN%20MONTANEZ)

Age 37
Lives in Indianapolis, IN
May also go by Laralyn Ann Kuster, Laralyn Ann Ann Holwager, Laralyn Ann Hubble

View person report (/app/generate/person?bvid=N_MDAxNDM3OTI5OTc4&name=LARALYN%20ANN%20ANN%20MONTANEZ)

◉ Show less contact info

| **Address** | 5218 Greenheart Pl |
|---|---|
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5218%20Greenheart%20Pl.&city=Indianapolis&state=IN&zipcode=46237) |
| **Dates seen** | Jun 2019 - Aug 2023 |

| **Address** | 5745 Sly Fox Ln |
|---|---|
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5745%20Sly%20Fox%20Ln.&city=Indianapolis&state=IN&zipcode=46237) |
| **Dates seen** | Aug 2010 - Sep 2020 |

| **Address** | 3 Dancing Horse Ln |
|---|---|
| | Corrales, NM 87048 |
| | (/app/generate/property?address=3%20Dancing%20Horse%20Ln.&city=Corrales&state=NM&zipcode=87048) |
| **Dates seen** | Apr 2001 - Sep 2019 |

| **Phone number** | (505) 341-9660 (/app/generate/phone?phone=5053419660) |
|---|---|
| **Dates seen** | - |

| **Phone number** | (505) 897-7161 (/app/generate/phone?phone=5058977161) |
|---|---|
| **Dates seen** | - |

## J E Holwager (/app/generate/person?bvid=N_MDAxMTU5MjMwMDk5&name=J%20E%20HOLWAGER)

Deceased at age ~71 on Jul 1987

Lived in Beech Grove, IN

May also go by Joseph Holwager

View person report (/app/generate/person?bvid=N_MDAxMTU5MjMwMDk5&name=J%20E%20HOLWAGER)

◉ Show less contact info

| **Address** | 606 Ash St |
|---|---|
| | Beech Grove, IN 46107 |
| | (/app/generate/property?address=606%20Ash%20St.&city=Beech%20Grove&state=IN&zipcode=46107) |
| **Dates seen** | Feb 1990 - Dec 2006 |

| **Phone number** | (317) 784-4292 (/app/generate/phone?phone=3177844292) |
|---|---|
| **Dates seen** | - |

Is this accurate?

# Possible Marriage & Divorce Records

Alerts

No possible marriage & divorce records found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

 Overview

# Names & Ancestry

Alerts

⊘ Learn more

### Andrea

Italian form of *Andreas* (see **Andrew** ). A notable bearer of this name was Andrea Verrocchio, a Renaissance sculptor who taught Leonardo da Vinci and Perugino.

Usage: Italian

Info provided by behindthename.com (https://www.behindthename.com/)

---

Popularity of the name **Andrea** over time

**Andrea** was the

## 35th most common name of **1988**

Sort name popularity by gender

| Male | Female |
|------|--------|

Select a year

1988

---

# Possible Associates

Alerts

## Jesse R Whitton (/app/generate/person?bvid=N_MTUyNTM0NzA3ODE0&name=JESSE%20R%20WHITTON)

Age N/A

Lives in Centerville, IN

May also go by Jesse F Whitton, Jesse M Whitton, Jesse F Whitten **+1 more**

View person report (/app/generate/person?bvid=N_MTUyNTM0NzA3ODE0&name=JESSE%20R%20WHITTON)

⊘ Show less contact info

| Address | 216 W Main St |
|---------|---------------|
|  | Centerville, IN 47330 |
|  | (/app/generate/property?address=216%20W%20Main%20St.&city=Centerville&state=IN&zipcode=47330) |
| Dates seen | Jan 2019 - Aug 2023 |
| Address | 707 N Cambridge Rd |
|  | Cambridge City, IN 47327 |
| Overview | (/app/generate/property?address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |

| Dates seen | Sep 2019 - May 2020 |
|---|---|
| Address | 3341 N Kinser Pike |
| | Bloomington, IN 47404 |
| | (/app/generate/property?address=3341%20N%20Kinser%20Pike.&city=Bloomington&state=IN&zipcode=47404) |
| Dates seen | Jul 2018 - Oct 2019 |

Is this accurate?

## Possible Neighbors

Alerts

### Anita E Cramer (/app/generate/person? bvid=N_MDAwNTMxOTE1NDE1&name=ANITA%20E%20CRAMER)

Age 64
Lives in Silver Spring, MD

View person report (/app/generate/person?bvid=N_MDAwNTMxOTE1NDE1&name=ANITA%20E%20CRAMER)

◉ Show less contact info

| Address | 735 Sligo Ave Apt 401 |
|---|---|
| | Silver Spring, MD 20910 |
| | (/app/generate/property?address=735%20Sligo%20Ave.%20Apt%20401&city=Silver%20Spring&state=MD&zipcode=20910) |
| Dates seen | Aug 2008 - Jul 2023 |

Is this accurate?

### Reuben F Stoltzfus (/app/generate/person? bvid=N_MDczNDcyNzcxOTE0&name=REUBEN%20F%20STOLTZFUS)

Age N/A
Lives in Silver Spring, MD

View person report (/app/generate/person?bvid=N_MDczNDcyNzcxOTE0&name=REUBEN%20F%20STOLTZFUS)

◉ Show less contact info

| Address | 735 Sligo Ave Apt 401 |
|---|---|
| | Silver Spring, MD 20910 |
| | (/app/generate/property?address=735%20Sligo%20Ave.%20Apt%20401&city=Silver%20Spring&state=MD&zipcode=20910) |
| Dates seen | Aug 2008 - Jul 2023 |

Is this accurate?

### Cortney M Sizemore (/app/generate/person? bvid=N_MDAyMzQ5ODQ0NzU5&name=CORTNEY%20M%20SIZEMORE)

Overview
Age 42

Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAyMzQ5ODQ0NzU5&name=CORTNEY%20M%20SIZEMORE)

✪ Show less contact info

| Address | 109 E Delaware St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=109%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 2023 - Aug 2023 |

| Address | 735 Sligo Ave Apt 401 |
| | Silver Spring, MD 20910 |
| | (/app/generate/property?address=735%20Sligo%20Ave.%20Apt%20401&city=Silver%20Spring&state=MD&zipcode=20910) |
| Dates seen | Aug 2008 - Jul 2023 |

Is this accurate?

## Andrea L Holwager (/app/generate/person?bvid=N_MTg4MDU5ODMyMTc5&name=ANDREA%20L%20HOLWAGER)

Age 35

Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MTg4MDU5ODMyMTc5&name=ANDREA%20L%20HOLWAGER)

✪ Show less contact info

| Address | 113 E Delaware St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=113%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Feb 2023 - May 2023 |

Is this accurate?

## Michael Holwager (/app/generate/person?bvid=N_MjQ0NzIwMTk3MDg3&name=MICHAEL%20HOLWAGER)

Age N/A

Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MjQ0NzIwMTk3MDg3&name=MICHAEL%20HOLWAGER)

✪ Show less contact info

| Address | 113 E Delaware St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=113%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Feb 2023 - May 2023 |

Is this accurate?

≡ Overview

## Cortney M Sizemore (/app/generate/person?bvid=N_MDAyMzQ5ODQ0NzU5&name=CORTNEY%20M%20SIZEMORE)

Age 42

Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAyMzQ5ODQ0NzU5&name=CORTNEY%20M%20SIZEMORE)

◉ Show less contact info

| | |
|---|---|
| **Address** | 109 E Delaware St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=109%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | Aug 2023 - Aug 2023 |

Is this accurate?

# Possible Criminal or Traffic

Alerts

## Search county jurisdictions for digitized Criminal or Traffic Records

❓ Where do these sources of criminal data come from?

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitally.

# Possible Bankruptcies

Alerts

## Search for digitized Bankruptcy Records

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your due diligence.

Overview

## Possible Jobs

Alerts

No other possible jobs associated with Andrea L Holwager found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.



## Try the Contact Pro Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

## Possible Education

Alerts

No other possible education associated with Andrea L Holwager found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Social Media

Alerts

✪ Learn more

Possible usernames for Andrea L Holwager:

**mary-jean-holwager-a6384335 (/app/generate/username?username=mary-jean-holwager-a6384335)**

Search username (/app/generate/username?username=mary-jean-holwager-a6384335)

Higher Confidence

### Other Website

linkedin.com/in/mary-jean-holwager-a6384335 ⬈
(https://linkedin.com/in/mary-jean-holwager-a6384335)

Visit Site ⬈

Is this accurate?

 Overview

## Possible Owned Assets

Alerts

✔ Learn more

Exact match assets only ⓘ                                                    ✔

🚗 1 Vehicle                                                              $9,881

Estimated total value

**$9,881**

---

✔ Exact Match

## 2010 TOYOTA PRIUS

Example not found

Make TOYOTA
Model PRIUS
Year 2010
MSRP -
Est. Value $9,881

◉ Show less about this vehicle

### This vehicle may be registered to

Name ANDREA HOLWAGER (/app/search/person?city=Cambridge%20City&fname=ANDREA&ln=HOLWAGER&state=IN)

Address
707 N Cambridge Rd, Cambridge City, IN 47327 (/app/generate/property?
address=707%20N%20Cambridge%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?


Overview



# Access **thousands** in rewards!

**See rewards**

Savings may be available in BeenVerified Member Perks through gift cards, cash back offers or discounts. Terms and conditions apply.

## Licenses and Permits

BONUS

### UCC filings
Notices filed by lenders to indicate an interest in Andrea's personal property or collateral

BONUS

### DEA Licenses
Licensing for health care providers that enables the handling of controlled substances

BONUS

### Weapons Permits
Permits that may be required to carry or possess firearms and other weapons

BONUS

### Business Affiliations
Business filings associated with Andrea, which may contain Andrea's title and status

BONUS

### Professional Licenses
Licensing to professionally practice in fields such as health care, legal and construction, among others

BONUS

### Sporting Permits
Licensing required to participate in hunting, fishing and trapping activities

BONUS

### Piloting Licenses
FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

 Overview

View FREE BONUS DATA

# Notes

☑ Learn more

Add a note here...

Add a note

**Suggestions for You**

## Curious to find out even more about Andrea?

Looking into people, addresses and contacts associated with Andrea Holwager may yield even more insights

---

Michael Alan Mann

(/app/generate/person?
bvid=N_MTQ1MjMzMTYyNjEz&name=MICHAEL%20ALAN%20MANN&trackingName=from%20
curious)

Immediate Relative

View person report

(/app/generate/person?bvid=N_MTQ1MjMzMTYyNjEz&name=MICHAEL%20ALAN%20MANN&trackingName=from%20curious)

---

David Richard Richard Holwager

(/app/generate/person?
bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER&t
rackingName=from%20curious)

Immediate Relative

View person report

(/app/generate/person?bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER&trackingName=from%20curio

---

537 W Main St. Richmond, IN 47374 (/app/generate/property?
address=537%20W%20Main%20St.&city=Richmond&state=IN&trackingName=from%20curious
&zipcode=47374)

Related Address

View property report (/app/generate/property?address=537%20W%20Main%20St.&city=Richmond&state=IN&trackingName=from%20curious&zip

---

 Overview

# How would you rate this report?



Rate out of 5 stars

NEW FEATURE

Protect yourself with complimentary $1M Identity Theft Insurance and Restoration services!   Enroll Now

(/app/dashboard/id-monitor)

# Search again

PEOPLE   PHONE   PROPERTY   EMAIL   SOCIAL MEDIA   CONTACT PRO   VEHICLE

First name                          M.I.              Last name

City                                All                          Age

**Search**

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

## Contact us
We pride ourselves on offering friendly and helpful support!

💬 **Chat with us live**
Available 24 hours

✉ **support@beenverified.com (mailto:support@beenverified.com)**
Available 24 hours

☻ **Your Member ID is**
**886424685**

# About Us

‣ About BeenVerified (https://beenverified.com/about)

 Overview

- ▸ Member Perks (/app/dashboard/rewards)
  - ▸ Testimonials (https://www.beenverified.com/about/testimonials)
    - ▸ Careers (https://www.beenverified.com/careers)
    - ▸ Press (https://www.beenverified.com/press)
- ▸ Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-l3Pqw/viewform)
- ▸ Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

# Help

- ▸ Customer Care (http://support.beenverified.com)
  - ▸ Contact Us ()
- ▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)
  - ▸ FAQ (https://www.beenverified.com/faq/billing/)
- ▸ Do Not Sell or Share My Personal Information (/app/optout/search)
  - ▸ Affiliates (https://www.beenverified.com/affiliates)

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

© 2023 BeenVerified, LLC (https://www.beenverified.com) . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility

 Overview

Info provided by behindthename.com (https://www.behindthename.com/)

## Possible Associates

Alerts

### Charles Nelson Irvin (/app/generate/person?bvid=N_MDAxMjExMDk1ODE2&name=CHARLES%20NELSON%20IRVIN)

Age ~93
Lives in Rome, GA
May also go by C N Irvin

View person report (/app/generate/person?bvid=N_MDAxMjExMDk1ODE2&name=CHARLES%20NELSON%20IRVIN)

◓ Show less contact info

| | |
|---|---|
| **Address** | 765 Reynolds Bend Rd SE |
| | Rome, GA 30161 |
| | (/app/generate/property?address=765%20Reynolds%20Bend%20Rd.%20SE&city=Rome&state=GA&zipcode=30161) |
| **Dates seen** | Apr 2006 - Aug 2023 |

| | |
|---|---|
| **Address** | 115 E Delaware St CC |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=115%20E%20Delaware%20St.%20CC&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | Feb 1989 - Mar 2011 |

| | |
|---|---|
| **Address** | 111 E Delaware St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=111%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | Mar 1989 |

| | |
|---|---|
| **Phone number** | (706) 232-1618 (/app/generate/phone?phone=7062321618) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (765) 478-3977 (/app/generate/phone?phone=7654783977) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (765) 334-8229 (/app/generate/phone?phone=7653348229) |
| **Dates seen** | - |

Is this accurate?

### Lenora G Irvin (/app/generate/person?bvid=N_MDAxMjExNDU3OTU0&name=LENORA%20G%20IRVIN)

Age ~100
Lives in Rome, GA
May also go by Lenore Irvin

View person report (/app/generate/person?bvid=N_MDAxMjExNDU3OTU0&name=LENORA%20G%20IRVIN)


Names & Ancestry
◓ Show less contact info

| Address | 765 Reynolds Bend Rd SE |
| | Rome, GA 30161 |
| | (/app/generate/property?address=765%20Reynolds%20Bend%20Rd.%20SE&city=Rome&state=GA&zipcode=30161) |
| Dates seen | Jan 2005 - Jan 2016 |

| Address | 115 E Delaware St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=115%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Mar 1988 - Mar 2011 |

| Address | 765B Reynolds Bend Rd SE |
| | Rome, GA 30161 |
| | (/app/generate/property?address=765B%20Reynolds%20Bend%20Rd.%20SE&city=Rome&state=GA&zipcode=30161) |
| Dates seen | Jan 2005 - Jul 2010 |

| Address | 111 E Delaware St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=111%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Mar 1993 - Mar 1993 |

| Phone number | (706) 232-1618 (/app/generate/phone?phone=7062321618) |
| Dates seen | - |

| Phone number | (765) 478-3977 (/app/generate/phone?phone=7654783977) |
| Dates seen | - |

| Phone number | (706) 290-0947 (/app/generate/phone?phone=7062900947) |
| Dates seen | - |

| Phone number | (765) 334-8229 (/app/generate/phone?phone=7653348229) |
| Dates seen | - |

Is this accurate?

# Possible Neighbors

Alerts

## Tracy Lane Brooks (/app/generate/person? bvid=N_MDAwMjg4NTU5Njg4&name=TRACY%20LANE%20BROOKS)

Age 57
Lives in Aurora, CO

View person report (/app/generate/person?bvid=N_MDAwMjg4NTU5Njg4&name=TRACY%20LANE%20BROOKS)

◉ Show less contact info

| Address | 6702 S Winnipeg Cir Apt 106 |
| | Aurora, CO 80016 |
| | (/app/generate/property?address=6702%20S%20Winnipeg%20Cir.%20Apt%20106&city=Aurora&state=CO&zipcode=80016) |


Names & Ancestry

Dates seen      Jun 2018 - May 2023

Is this accurate?

## Megan Christina Nelson (/app/generate/person? bvid=N_MTU1Njk0NzA0MjAy&name=MEGAN%20CHRISTINA%20NELSON)

Age 32
Lives in Aurora, CO

View person report (/app/generate/person?bvid=N_MTU1Njk0NzA0MjAy&name=MEGAN%20CHRISTINA%20NELSON)

⊙ Show less contact info

Address       6702 S Winnipeg Cir Apt 101

              Aurora, CO 80016

              (/app/generate/property?address=6702%20S%20Winnipeg%20Cir.%20Apt%20101&city=Aurora&state=CO&zipcode=80016)

Dates seen    Jan 2014 - May 2023

Is this accurate?

## Cortney M Sizemore (/app/generate/person? bvid=N_MDAyMzQ5ODQ0NzU5&name=CORTNEY%20M%20SIZEMORE)

Age 42
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAyMzQ5ODQ0NzU5&name=CORTNEY%20M%20SIZEMORE)

⊙ Show less contact info

Address       109 E Delaware St

              Cambridge City, IN 47327

              (/app/generate/property?address=109%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Dates seen    Aug 2023 - Aug 2023

Is this accurate?

## Cynthia A Alcorn (/app/generate/person? bvid=N_MDAwMDI3OTI1MDI3&name=CYNTHIA%20A%20ALCORN)

Age 51
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAwMDI3OTI1MDI3&name=CYNTHIA%20A%20ALCORN)

⊙ Show less contact info

Address       109 E Delaware St

              Cambridge City, IN 47327

              (/app/generate/property?address=109%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Names & Ancestry

Dates seen     Aug 2023 - Aug 2023

Is this accurate?

## Reuben F Stoltzfus (/app/generate/person?bvid=N_MDczNDcyNzcxOTE0&name=REUBEN%20F%20STOLTZFUS)

Age N/A
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDczNDcyNzcxOTE0&name=REUBEN%20F%20STOLTZFUS)

◉ Show less contact info

| Address | 109 E Delaware St |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=109%20E%20Delaware%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 2023 - Aug 2023 |

Is this accurate?

## Possible Criminal or Traffic

Alerts

### Search county jurisdictions for digitized Criminal or Traffic Records

❓ Where do these sources of criminal data come from?

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitaly.

## Possible Bankruptcies

Alerts

### Search for digitized Bankruptcy Records

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

Names & Ancestry

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your own due diligence.

## Possible Jobs

Alerts

✅ Learn more

**PSI IOTA XI SORORITY**

**(/app/search/contact?company=PSI%20IOTA%20XI%20SORORITY)**

Search other employees (/app/search/contact?company=PSI%20IOTA%20XI%20SORORITY)

Is this accurate?



## Try the Contact Pro Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

## Possible Education

Alerts

No other possible education associated with Elaine Marie Holwager found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Social Media

Alerts

✅ Learn more

Possible usernames for Elaine Marie Holwager:

**elaineholwager (/app/generate/username?username=elaineholwager)**
First seen Oct 2012


Names & Ancestry

Search username (/app/generate/username?username=elaineholwager)

Higher Confidence

## Facebook

www.facebook.com/people/_/100002867605663 ↗
(http://www.facebook.com/people/_/100002867605663)

Type **Personal profiles**

Visit Facebook ↗

Is this accurate?

Higher Confidence

## Other Website

www.facebook.com/elaine.holwager ↗
(http://www.facebook.com/elaine.holwager)

Type **Personal profiles**

Visit Site ↗

Is this accurate?

Higher Confidence

## Pinterest

pinterest.com/elaineholwager/ ↗
(http://pinterest.com/elaineholwager/)

Type **Personal profiles**

Visit Pinterest ↗

Is this accurate?

## Possible Owned Assets

⋯

Alerts

✪ Learn more

Exact match assets only ⓘ                                              ✓

🏠 1 Property                                                    $281,000

Estimated total value

≡ Names & Ancestry                                          $281,000

✔ Exact Match

## 6702 S Winnipeg Cir Apt 104
## Aurora, CO 80016
## (/app/generate/property?
## address=6702%20S%20Winnipeg%20Cir.%20Apt%20104&city=Aurora&state=CO&zipcode=80
## 016)

Property Type -
Room Count 2 bedrooms & 2 bathrooms
Year Built 2002
Dimensions 1,077 sf building on 1,307 sf lot

⊙ Show less about this property

### Property financials

Estimated Value $281,000
Purchase Price $286,000
Purchase Year 2020-05-29
Annual Taxes $1,913

### Owner details

The following individuals were identified as having ownership of this property.

Name **Elaine M Holwager (/app/search/person?fname=ELAINE&ln=HOLWAGER&mn=M)**

View property report (/app/generate/property?address=6702%20S%20Winnipeg%20Cir.%20Apt%20104&city=Aurora&state=CO&zipcode=...

Is this accurate?



BeenVerified

## Access **thousands**
## in rewards!





See rewards

Savings may be available in BeenVerified Member Perks through gift cards,
cash back offers or discounts. Terms and conditions apply.

## Licenses and Permits

BONUS


## UCC filings


Names & Ancestry

Notices filed by lenders to indicate an interest in Elaine's personal property or collateral

BONUS

## DEA Licenses

Licensing for health care providers that enables the handling of controlled substances

BONUS

## Weapons Permits

Permits that may be required to carry or possess firearms and other weapons

BONUS

## Business Affiliations

Business filings associated with Elaine, which may contain Elaine's title and status

BONUS

## Professional Licenses

Licensing to professionally practice in fields such as health care, legal and construction, among others

BONUS

## Sporting Permits

Licensing required to participate in hunting, fishing and trapping activities

BONUS

## Piloting Licenses

FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

**View FREE BONUS DATA**

## Notes

···

 Learn more

Add a note here...

Add a note

Suggestions for You

# Curious to find out even more about Elaine?

Looking into people, addresses and contacts associated with Elaine Holwager may yield even more insights

Names & Ancestry

<u>David Richard Richard Holwager</u>

<u>(/app/generate/person?
bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER&t
rackingName=from%20curious)</u>

Immediate Relative

| View person report |
| --- |

(/app/generate/person?bvid=N_MDAxMTU5NDA2NDk0&name=DAVID%20RICHARD%20RICHARD%20HOLWAGER&trackingName=from%20curio

---

<u>Andrea Lynn Holwager</u>

<u>(/app/generate/person?
bvid=N_MTg4MDU5ODMyMTc5&name=ANDREA%20LYNN%20HOLWAGER&trackingName=fro
m%20curious)</u>

Immediate Relative

| View person report |
| --- |

(/app/generate/person?bvid=N_MTg4MDU5ODMyMTc5&name=ANDREA%20LYNN%20HOLWAGER&trackingName=from%20curious)

---

<u>6702 S Winnipeg Cir. Apt 104 Aurora, CO 80016 (/app/generate/property?
address=6702%20S%20Winnipeg%20Cir.%20Apt%20104&city=Aurora&state=CO&trackingNam
e=from%20curious&zipcode=80016)</u>

Related Address

| View property report (/app/generate/property?address=6702%20S%20Winnipeg%20Cir.%20Apt%20104&city=Aurora&state=CO&trackingName=fr |
| --- |

## How would you rate this report?



Rate out of 5 stars

NEW FEATURE

Protect yourself with complimentary $1M Identity Theft Insurance and Restoration services!   | Enroll Now |

(/app/dashboard/id-monitor)

 Names & Ancestry

# Search again

PEOPLE   PHONE   PROPERTY   EMAIL   SOCIAL MEDIA   CONTACT PRO   VEHICLE

First name                              M.I.            Last name

City                                    All                         Age

**Search**

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

## Contact us
We pride ourselves on offering friendly and helpful support!

🗨 **Chat with us live**
Available 24 hours

✉ **support@beenverified.com (mailto:support@beenverified.com)**
Available 24 hours

👤 **Your Member ID is**
886424685

## About Us

▸ About BeenVerified (https://beenverified.com/about)

▸ Member Perks (/app/dashboard/rewards)

▸ Testimonials (https://www.beenverified.com/about/testimonials)

▸ Careers (https://www.beenverified.com/careers)

▸ Press (https://www.beenverified.com/press)

▸ Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-l3Pqw/viewform)

▸ Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

 Names & Ancestry                **Help**

▸ Customer Care (http://support.beenverified.com)

▸ Contact Us ()

▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

▸ FAQ (https://www.beenverified.com/faq/billing/)

▸ Do Not Sell or Share My Personal Information (/app/optout/search)

▸ Affiliates (https://www.beenverified.com/affiliates)

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . **You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance.** For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

© 2023 BeenVerified, LLC (https://www.beenverified.com) . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility ♿

≡ Names & Ancestry





Even the alleged Victim knows my prior, in my opinion, wrongful, and now, expunged, convictions, caused decimation of my career, and on the next page, she also considers them to be wrongful, and suggests I contact "The Innocence Project."



7:30

**Andrea Holwa...**
Mobile

9/4/18 12:53 AM

Oh love, I'm so sorry for what you're going through right now. I'm so with you, I hope they don't terminate you because this has nothing to do with anything you've done. You know I will absolutely help you with anything you need. You name it, and I'll be happy to bring over cat food, cat litter, treats, and anything you need too!!!! Sorry if I don't reply quickly, we had no reception in Michigan and I am trying to locate my charger while unpacking since my phone is dying.

9/12/18 8:19 AM

They fired me

Because of the background check

Haven't been able to get past that with any prospect yet.

9/12/18 7:51 PM

https://www.innocenceproject.org

} Recommends I contact
} "The Innocence Project"



This is me checking on her and her family after her dad, David Holwager, suddenly and unexpectedly passed away at a dental conference in California.



Prolonged Grief Disorder may proceed from something this sad, but I didn't cause her grief, despite any attempts to twist the heartbalm doctrine.

7:31

**Andrea Holwa...**
Mobile

and on autopilot for a while before
things hit her...just ugh.

The Death of a Parent, Mother or
Father, Affects Human Minds and
Bodies | Fatherly
https://www.fatherly.com/health
-science/parent-death-psychological
-physical-effects/

10 Things Nobody Tells You About
Losing a Parent | Beyond
https://beyond.life/blog/10-things
-nobody-tells-losing-parent/

10/8/19 1:44 PM

I read them both. Thank you for
sending these. Just wanted you to
know I'm thinking of you and Mary
Jean, and Elaine.

10/8/19 11:22 PM

Thank you so much love. I greatly
appreciate it. I just wanted you to be
aware if I am seem different or if all of
the sudden I have to walk away from
something, I promise it is not you. But
thank you for keeping us all in your



7:31

**Andrea Holwa...**
Mobile

-nobody-tells-losing-parent/

10/8/19 1:44 PM

I read them both. Thank you for sending these. Just wanted you to know I'm thinking of you and Mary Jean, and Elaine.

10/8/19 11:22 PM

Thank you so much love. I greatly appreciate it. I just wanted you to be aware if I am seem different or if all of the sudden I have to walk away from something, I promise it is not you.  But thank you for keeping us all in your thoughts, it means the world to us.

10/8/19 11:33 PM

That's completely understandable

10/9/19 12:10 AM

Thank you love : )

10/14/19 12:12 PM





11:36

**Andrea Holwa...**
Mobile

12/14/20 2:12 PM

Hey. I realize you probably didn't hear this yesterday, so I wanted you to know I'm super proud of how you handled that accident. Meaning you truly handled it well. You stayed in the car, knew not to engage the other car due to them being rude, called the cops, and made sure you got everything done. That is something to be very proud of. I was in my car accident about two years ago, so I know emotions and knowing what to do can be hard to handle in the moment (I sat in my car crying for a few minutes), and you did it very well. And I think you need to be acknowledged on that. I just wanted you to know.

Thank you so much 🖤🖤

You are more than welcome love!

My mom actually acknowledged it after everything was calmer and I got down to 40 for her to pick me up. I told her "I was juggling all this and remained calm for me and everyone

Admits I do well in adverse and tense situations of stress.



11:36

**Andrea Holwa...**
Mobile

You are more than welcome love!

My mom actually acknowledged it after everything was calmer and I got down to 40 for her to pick me up. I told her "I was juggling all this and remained calm for me and everyone else. My priority after handling it was to get to a safe location (my condo) before determining where to be picked up in another 'safe' location." because she didn't understand you can't stand inside businesses right now because of covid.

They wouldn't even let me stand inside of the McDonald's on 40.

The only reason they let me stand inside pizza Hut at 38th and post was because I was the only white man within two city blocks besides the one white cop and they KNOW what can happen in that situation.

And they had just watched my car get completely trashed








11:36

**Andrea Holwa...**
Mobile

And they had just watched my car get completely trashed

And the cop told them to

Sorry. Officer.

Exactly. When Michael, Jesse and I got stranded coming back from Florida, AAA would not even let us get in their car (which was their standard prior to COVID) because of and these new restrictions that are entirely different. Our parents haven't had to work with them. It's very hard with Covid-19 with an accident or getting your car towed. That's why I called so many times as soon as I saw those pictures, because I did not want you in the same position we were in when we came back from Florida. I was terrified you would be on the side of the road. But you did amazing, and I'm so glad your mom acknowledged it. In the moment I know emotions always run high, but it's very important to be acknowledged for how well you handled it. Seriously, you did well.

  Type a message  



11:37

**Andrea Holwa...**
Mobile

Thank you so much. I'm prepared for most accident or crisis situations besides maybe like... A house on fire?

I know how to deal with a gun in my face, having to defend my life, car accidents from minor to major as long as I am conscious, home invasion (that one is the coroner) and quite a few other even if everyone else in the situation entirely loses their minds

Castle doctrine, right to defend oneself and home.

LOL, with a house fire just pray you have your animals and your loved ones out, and just realize everything can be replaced. It will totally suck, but as long as you're out, come to my place, and we'll start calling insurance.

In my accident on 65 North two years ago, everybody was very kind, including the lady that hit me (she apparently had been in nine accidents already, and she was texting and driving, so she didn't see that there was a traffic jam), but I was very fortunate since everyone was so sweet. You had an accent were things were more tense, so you've handled it extremely well.

  Type a message...  

11:37 ●●●●⊠●● •        ●●●●● 96%

← (AH)  **Andrea Holwa...**  📞  ⋮
         Mobile

fortunate since everyone was so sweet. You had an accent were things were more tense, so you've handled it extremely well.

You can handle a lot of situations very well, it's not stuff necessary you should know how to handle at your age, but I'm very proud  you know how to handle it.

With the way my parents are handling things (or are unable to reasonably handle them) I believe I will have to be stepping up like this sooner than people expect. It will be my dad.

I just have a feeling and I refuse to be in denial about it.

I will never be prepared enough. But this is a good start.

If things don't calm down... His heart is calcified. I guess between 5-10 years it will start being an issue but I need to be ready because that's just me being hopeful

➕  📷  |Type a message...        😊  🎤

         ‹        ○        |||



it will start being an issue but I need to be ready because that's just me being hopeful

I need to talk to Alexis next time she is home.

In person.

Mom and dad already have their estate setup and that's not a worry. Just need to have a chat and make sure there's an idea in her mind so she has a few years or so... A little time to prep just in case.

Exactly. And I don't envy this at all. I'm not going to have to go through this like you are, and I'm so sorry you have to. I will go through it in a different way with my mother due to her being mentally ill, but with your dad, it's entirely different. Just always realize if you ever feel like you are going to snap, come here. My father knew how brilliant of a mind you have (just like he knew with Michael). So do me a favor, before ever snap, come here, and we'll just talk it out.

Except it is being used via a Revocable Trust against the 14th amendment for control.

Andrea L. Holwager references to her mom, Elaine Holwager, as being mentally ill.



Yeah, I asked for my dad to be cleared, it wasn't malicious, but genuine concern. Check the report from Wayne County where officer Stover mentions that he wouldn't make a report referencing that

I listed the gun as, specifically "missing" and that Badge #C4, Stover, was kind enough to add it to his report, despite saying he wouldn't do so.

This is a veiled threat from my parents, because they are attempting to avoid law enforcement, have no remorse, and take no accountability for themselves.



7:29

**Andrea Holwa...**
Mobile

Thank you for sending that to me

12/9/21 12:44 AM

When you get in tonight, just come on in the front door. I have the back door locked because I'm getting ready to take a shower and go to bed.

Sounds good

Halfway done

12/9/21 1:10 AM

Awesome!

12/9/21 3:50 AM

Just be safe and remember to lock the front door when you come in.

12/9/21 7:18 AM

Please let me know what my parents said about the judge

12/9/21 9:53 AM





7:28 · · · · · · · · · · · · · · 12%

**Andrea Holwa...**
Mobile

12/9/21 9:53 AM

The officer informed your parents many disputing families are currently trying to use protective/restraining orders as a way "attack" another family member when the actual qualifications for a restraining/ protective order have NOT been met.

As a result, improperly requesting a restraining/protective order sadly clogs up the court systems and prevents those who truly need one from obtaining it quickly. As a result, the judges want the requests for restraining/protective orders to be used when needed (which is there intended purpose), NOT simply for acting vengeance against a family member, such as trying to file a restraining order/protective order against a family member first when qualifications have not been met.

To sum it up, protective/restraining orders should only be used when absolutely necessary, and having frivolous ones filed is not good since slows it down the process for those who truly need it.

The officer kindly let my parents know that their claims were frivolous, and would potentially be vindictive, they did not express this sentiment to us, and recommended we obtain counsel to sue.

IMPORTANTLY:

Michael A. M. Holwager,
Andrea L. Holwager,
Elaine M. Holwager,
Jon B. Turpin,
Linda K. Turpin,
Ronald I. Moore, etc. et al,

had the opportunity to join my parents in this action, but did not, and attempted to deny us our right to sue,



using our marriage to cause a situation where we did not have an opportunity to litigate, negating their right to suit and/or collateral estoppel, but not ours.



(my dad)

He had to start harassing
my wife before I was upset.
He (my dad) brought up the
Revocable Trust as a threat
to her, tried to bribe us
$20,000 to not get married
Catholic, and instead in a way
which he could control, then
threatened to make her destitute,
then later threatened I'd be shot.



7:54

**Andrea Holwa...**
Mobile

11/22/21 1:39 AM

I'm terrified Erin is going to leave because of this.

And it's something I have to do

(getting away from my parents and telling them to stop when they're contacting her and overwhelming her)

I don't think she's going to leave you over this, but I think she's going to be incredibly overwhelmed.

Michael told me what's going on. I'm so sorry!! You're welcome to stay with us. We are getting ready to show the house to see if we can sell it soon, but that doesn't mean you can't stay here. You're welcome to. I'm getting ready to get in the shower and go to bed as I have to be in Indy in the morning. I will text you back in the morning if I don't reply tonight.

11/22/21 2:06 AM

Goodnight Andrea and thank you. My



7:54

**Andrea Holwa...**
Mobile

20%

11/22/21 2:06 AM

Goodnight Andrea and thank you. My current plan is to get a moving truck today and store my things at Josh's.

And maybe crash there. I will contact you if anything changes or if I need to come your way.

For me this is something I've had to deal with all my life that I can't do anymore and let affect her or our future family.

So to me it's just the inevitable.

Please try and get some sleep tonight, and you're welcome!! Please know you are always welcome to come stay at our place! You and your animals have a safe place to stay with us, always and anytime!!

11/22/21 3:17 AM

I haven't been able to sleep yet, but wanted to let you know I'm thinking



7:54

**Andrea Holwa...**
Mobile

11/22/21 3:17 AM

I haven't been able to sleep yet, but wanted to let you know I'm thinking about you and worried. Just know you always have a safe place here.

11/22/21 3:27 AM

Moving tomorrow. Just have to make it through tonight and Josh and I are getting a moving truck tomorrow

Just know I'm here for you guys, and if you need to escape, you're always welcome here, and that includes Josh. While my house may not be the biggest, it has more than enough room for everybody and their animals. We'll make it work.

11/23/21 7:20 AM

I want your advice. Do you think Erin and I can even live in Cambridge City after my parents pushed this far?

I REALLY wanted that home here in town and Erin trusts me and was going to live there with me.



7:54

**Andrea Holwa...**
Mobile

11/23/21 7:20 AM

I want your advice. Do you think Erin and I can even live in Cambridge City after my parents pushed this far?

I REALLY wanted that home here in town and Erin trusts me and was going to live there with me.

It's what I really wanted and she was ok with it, but my parents have pushed too hard and too far that I've deeply questioned if she and I can live even in the state.

But that home is spacious, she was looking forward to living in a small town like here, we were both looking forward to living near you and Michael too, and I was looking forward to being around the friends that are family to me for a little longer before we leave here forever in a few years.

All the friends I trust, and family that is supportive, and my boss, has said we can move to Louisiana.

I messaged Jeremy and let him know



7:54

**Andrea Holwa...**
Mobile

All the friends I trust, and family that is supportive, and my boss, has said we can move to Louisiana.

I messaged Jeremy and let him know that Erin and I need to look elsewhere because even after I had to call the police on my parents they were still trying to come down here, staring in the windows, dad trying to talk to me.

Of course now my parents are offering to let us live at 9 Mulberry for free until after the wedding. That I already gave a HARD NO to via my cousin Megan. (She's a therapist and realized after talking for a few hours that I'm not being dramatic, I'm just damn adamant that this won't go on ANYMORE)

11/23/21 7:50 AM

I think if you move to Louisiana, your anger/resentment towards your parents will only grow because you are giving them the power to push you out of the state. You can easily still live in Cambridge (so long as you are not on their property). The massive difference is if you buy a property in Cambridge that's not theirs and they come an



This is my parents trying to "hoover" us, while still not taking accountability and still denying us ownership of the home which I was first promised, then told I could buy, before selling my condo, then forced to rent, then wrongfully evicted from, after my parents violated the safe housing act, violated all of our boundaries, lied to law enforcement all the way to the secret service, and even tried to force us to avoid law enforcement so they could continue being control freaks, and abusive.



7:54

**Andrea Holwa...**
Mobile

11/23/21 7:50 AM

I think if you move to Louisiana, your anger/resentment towards your parents will only grow because you are giving them the power to push you out of the state. You can easily still live in Cambridge (so long as you are not on their property). The massive difference is if you buy a property in Cambridge that's not theirs and they come on it, they will be trespassed/arrested, no questions asked. If you move to Louisiana because of this, you're giving your parents way too much control of the situation, and you will have so much resentment for years to come.

I want to be clear. I think you and Erin could be happy in Louisiana too, and if that's something you guys want, you guys should do it! But the massive problem is you're basing your decision off living on their property, and for someone who is attached to their friends like you are, many of them will not be able to go to Louisiana due money, and you will struggle with this. I think staying in Cambridge is fine. I truly do.



  Type... 

Refer to Officer Kuhn's report, where I requested to have my dad trespassed after I caught him stalking 9 Mulberry St., after law enforcement told my parents to leave us alone, and they told law enforcement they would do so, but did not.

Officer Larry Kuhn had the right to trespass my dad, because I was a renter, and because I am ▬▬ in a Revocable Trust, and because my parents lied to law enforcement, accusing me of things my dad did.



7:55

**Andrea Holwa...**
Mobile

11/23/21 7:57 AM

By moving off their property, you are solving the issue. By moving out of the state, I think you're giving them way too much power/control over you and the situation. Just know if you have your own property, they will be trespassed/arrested if anything happens. So you guys will be safe.

Don't base your decisions off running away from them, base your decisions off what makes you guys happy.

Every decision I have ever seen people make based off of running away from issues has never gone well. Again, that doesn't mean you guys would be upset in Louisiana, but feeling as if you're forced to go there is entirely different. Also, I know you, this will cause more rage because you will feel someone else made the decision for you (meaning your parents). Base your decision of what you want, not getting away from them.

11/23/21 8:27 AM



I just talked to Michael about what

I wasn't running away, we were being stalked, by my dad, and M.A.H.M afterwards, and sought safety, which was even suggested by Megan Lowman.

7:55 · 20% ⚡

**Andrea Holwa...**
Mobile

11/23/21 8:27 AM

I just talked to Michael about what you said, and due to you being on your parents property before, we each feel it's going to be entirely different when you get your own property. Most importantly, we just want you to base your decision off what makes you both happy, not running away from your parents. While they had control at the other property, they don't own Cambridge, and will have no legal rights on your new property, don't give them that power.

Additionally, with your friends getting older and will most likely want to start their own families in the near future, it's going to be much more difficult for them to travel to see you. Again, that doesn't mean you should base your decisions off their lives, but for someone who's really close their friends, I think that's going to be a big issue for you in the future.

But most importantly, Mike and I just want you to base your decision on what you both want, especially as you will be off your parents property.

Except now, by enabling my parents and failing to report I.R.S. and M.A.H.M., and failing to report my parents, and failing to report Tanya Erb (Moffitt)...

Even this hard earned safety, along with our civil rights and peace of mind, career, and retirement, and ability to have a family of our own are being violated, along with attempts to violate our marriage and our faith, and any friendships, and even family connections.



7:55   •                                    20%

**Andrea Holwa...**
Mobile

someone who's really close their friends, I think that's going to be a big issue for you in the future.

But most importantly, Mike and I just want you to base your decision on what you both want, especially as you will be off your parents property.

11/24/21 9:14 PM

Hey. Michael just showed me the messages/screenshots you sent him via your Facebook. It sounds like you and Michael are misunderstanding each other in the messages, which makes sense because it's over messages/Facebook. I just told Mike that you guys should talk about it over the phone versus messaging because this is where issues/miscommunication occurs.

11/24/21 9:24 PM

I understand, that's why I asked to take a break from the conversation. I'm not upset with him

Sounds good love.

Michael often "misunderstands."
Apparently to the point of perjury.



7:55

**Andrea Holwa...**
Mobile

Sounds good love.

11/25/21 2:11 AM

Hey love. I know it's late, but I wanted to let you know I read those screenshots that you sent to Michael. I am still so sorry for everything you are going through. We are here to support you, but please be very cautious with using my name in a conversation. The reason I say this is if this were to escalate to a court case (which hopefully it does not), my name brought into it can slow me down/prevent me from getting my license (since I do not have it yet). Sadly, the licensure process slows dramatically if your name gets associated with a case (as a lot of background checks are run throughout this process).

My bad

I'll be honest that doesn't feel very supportive. However, I do understand where you're coming from and I wasn't thinking of it that way.

Only cares about their reputation, and failed to report.



7:56 ▢ ▢ ▢ ▢ ▢ ▢ ▢ •                    ⚙ ☒ 📶 🔋 20% ⬇

← **Andrea Holwa...**
  AH   Mobile                              📞   ⋮

licensure process slows dramatically if
your name gets associated with a case
(as a lot of background checks are run
throughout this process).

                                    My bad

I'll be honest that doesn't feel very
supportive. However, I do understand
where you're coming from and I wasn't
thinking of it that way.

I'm sorry

                11/25/21 10:18 PM

We're still talking about the house

I'll try to get the cats over there in a bit.
Won't be able to get the desk tonight
and that's ok

It's okay. If you just want to bring
everything tomorrow, that's fine too.
There's no rush. We're just sitting down
to eat and then we're going to get
cooking done for tomorrow.                 ⌄

                11/26/21 11:50 AM

   Type a message...     



11:47 ◎◎◎◎M◎◎ •          ☍◨◁ 🛜 ⏷ ▮100% ▮

←   (AH)   **Andrea Holwa...**          📞   ⋮
              Mobile

a possibility, and we discussed the criteria together. I have constantly and repeatedly told you I am just your friend and not a therapist.

Once we went over it, you stated you "identified with nearly all criteria", hugged me, cried, and thanked me for having another avenue to discuss with your doctor and therapist.

I again stressed as long as you get professional help, it does not matter the diagnosis (anxiety, ptsd, etc). All that matters is you feel better!

The fact you are telling people I put you in "fear" has made me scared to be around you. You have manipulated my words and actions into something that never occurred, and it is wrong.

I truly care for you as my friend, but you have hurt me more than I could ever describe. For now, please leave me alone as I am beyond terrified, fearful, and hurt by you.

You can text or call Michael, but I ask you no longer text or call me as of now as I am too scared and hurt by you.

➕   📷             😊   🎤

‹          ◯          |||

Andrea L. Holwager says not to contact her, so I don't. She says to contact Michael A. M. Holwager, who stalks us then threatens to sue my wife, uninstigated.

I report each of them to the appropriate authorities, inform ~~M.A.M.H.~~ that we are litigating, and block them, both.

**Why may my parents have initially been replaced with other medical contacts?**
*When this accident occurred my parents may have stressed me more than the accident.*





**Before we proceed, what happened, was I at fault?**
*May Dad have a motive to attempt to convince me not to complete an insurance claim?*

## Here's a diagram of what occurred in the accident:



*In my opinion, Ms. Butler went a long way after totaling my car, but I forgave her.*

**A respected law officer at the scene, Marco Zaragoza, seems to share this opinion also.**
*Mr. Zaragoza was kind enough to take time out of his busy schedule to correct the report.*



**Zaragoza, Marco A.** <Mar...   Thu, Aug 5, 2021, 12:00 PM   ☆   ↩   ⋮
to me ▾

Good afternoon, this Officer Zaragoza B239. I would like to apologize for the inconvenience of not being able to make the communication easier.
Can you explain to me exactly what is it that you need change on the report?
As far as I know you at listed as Unit 2 which means you are the victim of the accident.
For what I remember the other vehicle hit you almost head on and both vehicles were totaled.
What are you having issues with ?

Get Outlook for iOS



**Jon F. Turpin** <jt4590@gmai...   Thu, Aug 5, 2021, 12:12 PM   ☆   ↩   ⋮
to Marco ▾

Hi Officer Zaragoza,
Thank you for reaching out to me.

One of my issues with the report is that the point of impact was the passenger side. It was the front end of the passenger side, but not "head-on" as described.

Another is that my statement that the other driver ran the red light while speeding with one headlight doesn't appear to be included. I'm concerned it may not have made it on the report.

This matters because without these distinctions the report may cause me to be considered at fault during arbitration in an accident I didn't cause.

Sincerely,
Jon

**I was directed to the complaints department but made it clear I only needed to reach him.**
*To this day, I have no complaints regarding Mr. Zaragoza, and still greatly appreciate him.*

**I apologize for any frustration, Mr. Zaragoza, you do an important job and thank you.**
*May Dad have attempted to interdict me without Officer Zaragoza's assistance?*

**What made my parents so difficult to deal with when I had an accident at 38th and Post?**
*For clarity, 38th and Post is not the safest area in Indianapolis, a passerby even said:*
**"LOCK YOUR DOORS, ROLL UP YOUR WINDOWS,**
**DON'T GET OUT OF THE CAR, WAIT ON THE POLICE."**
*[SO I DID AS THE PASSERBY ADVISED]*
**Instead of picking me up from my condo, which I still owned, where I may have been**
**safe, it *was demanded* I take an uber to McDonald's on Highway 40 to *stand outside.***



*While speaking with Officer Zaragoza, and already filing my insurance claim, I received*
*approximately 20 phone calls from my parents, screaming, even though I said I was ok.*

**May Dad have been telling Mom not to allow me to go back to my condo?**
*This was the middle of winter and the height of COVID when you couldn't enter buildings.*

**IT WAS SO BAD I HAD TO HANG UP TO HEAR OFFICER ZARAGOZA'S INSTRUCTIONS.**
*IN FACT ONE OF HIS INSTRUCTIONS WAS: "HANG UP" AND I DID AS HE DIRECTED.*



*Measured temperature at approximately 2 meters above the surface of an open field (black dots) and 6, 12, and 24-hour lows (horizontal blue lines) and highs (red lines), placed above the hourly average temperature (faint purple line), with 25th to 75th and 10th to 90th percentile bands. The thin dotted line is the perceived temperature. Civil twilight and night are indicated by shaded overlays.*



# The Cycle of Narcissistic Abuse

The narcissistic abuse cycle is a pattern of highs and lows in which the narcissist confuses their partner through manipulation and calculated behaviors aimed at making their partner question themselves. Each phase in the cycle works in tandem with the other in order to keep someone entangled in the narcissist's web.

Narcissists tend to deflect all their feelings onto others because of the pain they feel about their own feelings. They too may have had narcissist caregivers or parents, or experienced some kind of abuse or traumatic event which shaped their upbringing. However, this is not an excuse for the emotional and/or physical abuse inflicted on their victims.

# Effects of Narcissistic Abuse

Narcissistic abuse has both short and long term effects no matter how long or short the involvement. This type of control and manipulation is slow, subtle, and deliberate. While narcissistic abuse syndrome is not a diagnosable disorder, the symptoms of the emotional pain can leave you feeling disconnected and confused.

Narcissistic abuse is a form of trauma, and the body internalizes and reacts to stress and trauma in many ways. You may experience body aches, headaches, and digestive problems from feeling on edge. In addition to stress on the body, the brain is affected too.

You may experience a wide range of issues after surviving narcissistic abuse, including:

- Cognitive difficulties including confusion, hypervigilance, or intrusive thoughts
- Behavioral issues including withdrawal, increase in alcohol or substance consumption, or a change in communication
- Emotional problems like fear, guilt, or irritability
- Depression
- Anxiety

# Exiting a Relationship With a Narcissist

You can never please a narcissist. You cannot make them happy because they are not happy with themselves. It is often best to end the relationship for your own mental health.

Exiting a relationship with a narcissist can be challenging. At the end of a relationship, they may beg, make promises to change, lavish you with expensive gifts, or profess their undying love for you. But know that a narcissist never changes—they only get better at their craft. Remind yourself that you deserve better and are worthy of love.

## 1. Gaslighting

Gaslighting is the intentional act of making you distrust your views of reality or believe that you're mentally unstable using specific targeted phrases to make you feel this way. Here are a few signs you are being gaslighted:

- You no longer feel like the person you used to be
- You feel like everything you do is wrong
- You always think it's your fault when things go wrong
- You feel more anxious and less confident than you used to be
- You often wonder if you're being too sensitive
- You often question whether your response to your partner is appropriate
- You're apologizing often
- You have a sense that something's wrong, but aren't able to identify what it is
- You make excuses for your partner's behavior

## 2. Emotional Abuse

Emotional abuse could include accusing, belittling, blaming, bullying, criticizing, demanding, ordering, raging, sarcasm, shaming, or threatening.

## 3. Projection

Projection involves dumping their issues onto their victim instead of taking any blame. For instance, a narcissistic abuser may accuse their partner of lying when *they* have lied (this is sometimes referred to as "Deny, attack, reverse victim & offender"). Or they make a partner feel guilty when they've done nothing wrong. This creates confusion.

## 4. Twisting

When a narcissist is confronted, they will twist it around to blame their victims for their actions. They will not accept responsibility for their behavior and insist that their victim apologize to them.

## 5. Lack of Empathy

The lack of empathy or ability to feel and express emotions is the major reason why a narcissist's relationships fail. In a healthy relationship, both partners care for each other's well-being. In a narcissistic relationship, the non-narcissistic partner will not feel cared for and will show signs of sadness and loneliness.

## MY PARENTS' TREATMENT OF ME AND CALLS WERE BAD: I SET FIRM BOUNDARIES.

**May Dad have a motive to prevent me and Alexis from helping care for him and Mom?**
***Alexis is a registered nurse, she's more than qualified, may she not help Dad either?***

**As stated, I decided to remove them as main contacts and choose other contacts.**
***May this have been necessary for my health? May my parents have placed me in danger?***



**Since Andrea Holwager is like an older sister to me I asked her and Michael Mann.**
***I later updated to have Josh King-Baker as my main medical contact: we lived together.***
***Erin Golden would have been my medical contact if we lived together/were married then.***

**May Dad admit he needs assistance, may we not be removed from a Revocable Trust?**
***May Alexis not be considered qualified, may Dad need persistent mental care?***

## BOUNDARIES MAY DISPLEASE MY PARENTS; MAY THEY HAVE INFILTRATED THEM?

**Let's discuss more details of the gun case. Look at how far J.L. followed us uninvited:**



**How far J.L. followed me while making threats to me and trying to take C.T.:**



**I was carrying C.T., who J.L. tried to take, _in my charge_, who had inexplicably passed out.**



**Left red circle is where my gun was. _NOT ON ME._ I had been at the gun range that day.**
**In my opinion it may take more than a normal tolerance for me to fear for my life.**
**_If I say I'm in danger may I be believed? May Dad threaten my wife, and that I'd be shot?_**

**After being followed to her apartment, C.T. moved in with me at my condominium.**
***During the gun case Alexis was temporarily living with me in my Condo as well.***

**C.T.'s family stayed for a bit and unfortunately didn't make Alexis feel comfortable.**
***However, instead of being informed directly in my home, Mom and Dad were contacted.***

**C.T. wanted to put in a protective order and evidence, and had contact with a witness.**
***May Dad have attempted to separate me from C.T. who was a witness during the case?***

**Instead of focusing on retrieving video evidence or contacting S.C. for testimony:**
***May focus have been to "control" the home I paid for with the pretense I was guilty?***

**May this be similar to how Dad treated me with the school lawsuit filed as if I was gay?**
***May this be similar to how I may have been separated from witnesses recently?***



**In my opinion, it isn't ok not to inform an owner in his own home of potential issues.**
***In my opinion it's not ok for parents to harass, defame, nor control an adult Son & home.***

**It must be said: C.T. was a witness and without her taking action I may not have been ok.**
***Regardless, I'm sorry to my Sister that she was uncomfortable in any way. I Love her.***

***May Dad have left something in this condominium's attic? If so, are residents aware?***

## 5. Lack of Empathy

The lack of empathy or ability to feel and express emotions is the major reason why a narcissist's relationships fail. In a healthy relationship, both partners care for each other's well-being. In a narcissistic relationship, the non-narcissistic partner will not feel cared for and will show signs of sadness and loneliness.

### May Josh and Erin have been my main medical contacts?
### *May Michael Mann NOT be my "next of kin?"*



### *May this be an attempt to access my medical records?*
### *May Michael and/or Dad have attempted to institutionalize me?*

## 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

## 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

**While friends have contributed, no one has paid my rent, nor medical bills, since 2009.**
***May my medical issues be ignored by Dad? May Dad attempt to have Mom pay for them?***

 Henry Community Health

12/13/2021

Patient: Jon Turpin
Service Date: 11/12/2021
Encounter:

An audit on this account shows an overpayment on your claim(s)

We have credited your credit card ending in 1088 in the amount of $60.00 due to an overpayment on your account. If you have any questions, please contact me at 765-

Respectfully,

Jessica

Jessica
Central Business Office
Henry Delivery Services

**May this be an attempt to access my medical records? May that be Mom's credit card?**
***May Dad and/or Michael attempt to use Mom and/or Andrea to claim I'm incompetent?***

## 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

**Below I'm repeatedly expressing a boundary while finishing wedding planning with Erin.**

**Mom may be a professional chef, but Erin had already made us both a delicious dinner.**
***Despite expressing boundaries my presence at their home was unequivocally demanded.***



**After I had a potential heart episode from stress of which both Erin and I informed them.**
***Neither accepted our repeated expression of boundaries and instead tried to "control."***

**May Dad have a motive to harass me or use Mom to do so until I become upset?**
***May Dad have attempted to diagnose me as an "angry boy with no future" at 18-19?***

♡ Save          🔔 Monitor          📄 PDF          ☰ List          ••• More

# Jon B Turpin

Age 67 years old

Born October 1956

Location Cambridge City, IN

Aliases John Turpin, Jon B Turpin <u>View 1 more</u>

👤 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                              ✓

🏠 522 W Maple St                                              <u>View details</u>
Cambridge City, IN 47327

📞 (765) 541-0777                                              <u>View 2 more</u>

✉ turpin522@gmail.com                                              <u>View 1 more</u>

♥ No relatives found                                              <u>Learn more</u>

🏛 Check for Criminal or Traffic records                                              <u>Learn more</u>

◀ 2 social networks identified                                              <u>View details</u>

 No photos found                                              

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

🖶 Print PDF      ✈ Email PDF

# Possible Phone Numbers

⚬⚬⚬

Alerts

⊙ Learn more

---

✔ Best phone number match

## (765) 541-0777 (/app/generate/phone?phone=7655410777&referringBvid=N_MTkyNDI5NTI1MTcy)

Phone type Mobile
Dates seen Jan 2008 - Jan 2021

View phone report (/app/generate/phone?phone=7655410777&referringBvid=N_MTkyNDI5NTI1MTcy)

Is this accurate?

---

Higher Confidence

## (765) 478-3258 (/app/generate/phone?phone=7654783258&referringBvid=N_MTkyNDI5NTI1MTcy)

Phone type Home Phone
Dates seen Apr 2002 - Aug 2023

View phone report (/app/generate/phone?phone=7654783258&referringBvid=N_MTkyNDI5NTI1MTcy)

Is this accurate?

Higher Confidence

## (765) 478-6900 (/app/generate/phone?phone=7654786900&referringBvid=N_MTkyNDI5NTI1MTcy)

View phone report (/app/generate/phone?phone=7654786900&referringBvid=N_MTkyNDI5NTI1MTcy)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

## ✉ **Possible Emails**                                    Alerts

### 👤 **Personal Emails (2)**

turpin522@gmail.com (/app/generate/email?email=turpin522%40gmail.com)   ✔ **Best email address match**

jft452003@yahoo.com (/app/generate/email?email=jft452003%40yahoo.com)    **Higher Confidence**

# Possible Address History                                    ⋯

Alerts

❤ Learn more

1 address identified

✔ **Best address match**

## 522 W Maple St
## Cambridge City, IN 47327

Dates seen Aug 1999

☰ Overview

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.



# Possible Relatives

Alerts

No possible relatives found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.



# Possible Marriage & Divorce Records

Alerts

No possible marriage & divorce records found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.



# Names & Ancestry

Alerts

⊙ Learn more

## Jon

Scandinavian and Basque form of **John** .

Usage: Norwegian, Swedish, Danish, Basque

Info provided by behindthename.com (https://www.behindthename.com/)


Overview

Popularity of the name **Jon** over time

**Jon** was the

# 116th most common name of 1956

Sort name popularity by gender

| Male | Female |
|------|--------|

Select a year

| 1956 |
|------|

# Possible Associates

Alerts

No possible associates found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

# Possible Neighbors

Alerts

## Dylan Robert Bishop (/app/generate/person? bvid=N_MTcyMzg1Nzk0OTE0&name=DYLAN%20ROBERT%20BISHOP)

Age 31
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MTcyMzg1Nzk0OTE0&name=DYLAN%20ROBERT%20...

⌃ Show less contact info

**Address**     535 W Maple St
Cambridge City, IN 47327
(/app/generate/property?
address=535%20W%20Maple%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Overview

**Dates seen**    Dec 2021 - Jun 2023

Is this accurate?

# Possible Criminal or Traffic

Alerts

## Search county jurisdictions for digitized Criminal or Traffic Records

❓ Where do these sources of criminal data come from?

### Search for digitized records

### Things you should know

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitaly.

# Possible Bankruptcies

Alerts

## Search for digitized Bankruptcy Records

### Search for digitized records

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your own due diligence.

▤ Overview

## Possible Jobs

Alerts

No other possible jobs associated with Jon B Turpin found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.



## Try the Contact Pro Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

## Possible Education

Alerts

No other possible education associated with Jon B Turpin found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Social Media

Alerts

◉ Learn more

Possible usernames for Jon B Turpin:

**jon.b.turpin (/app/generate/username?username=jon.b.turpin)**
First seen Nov 2011

 Overview

Search username (/app/generate/username?username=jon.b.turpin)

Higher Confidence

## Facebook

www.facebook.com/people/_/100003182400912 ☒
(http://www.facebook.com/people/_/100003182400912)

Type **Personal profiles**

Visit Facebook ☒

Is this accurate?

Higher Confidence

## Other Website

www.facebook.com/jon.b.turpin ☒
(http://www.facebook.com/jon.b.turpin)

Type **Personal profiles**

Visit Site ☒

Is this accurate?

# Possible Owned Assets

⚫ Learn more

Alerts

Exact match assets only ❶                                    ✓

🚗 2 Vehicles                                            $22,338

Estimated total value
$22,338

 Overview

✔ Exact Match

## 2008 CHEVROLET COBALT

**Example not found**

Make CHEVROLET
Model COBALT
Year 2008
MSRP -
Est. Value $5,354

⌃ Show less about this vehicle

### This vehicle may be registered to

Name **JON B TURPIN (/app/search/person?city=Cambridge%20City&fname=JON&ln=TURPIN&state=IN)**

Address 522 W Maple St. Cambridge City, IN 47327

Is this accurate?

✔ Exact Match

## 2008 CHEVROLET SILVERADO 2500HD

**Example not found**

 Overview

Make CHEVROLET

Model SILVERADO 2500HD

Year 2008

MSRP -

Est. Value $16,983

 Show less about this vehicle

## This vehicle may be registered to

Name **JON TURPIN (/app/search/person?city=Cambridge%20City&fname=JON&ln=TURPIN&state=IN)**

Address 1 Mulberry St. Cambridge City, IN 47327

Is this accurate?

BeenVerified™

## Access **thousands** in rewards!

See rewards





Savings may be available in BeenVerified Member Perks through gift cards, cash back offers or discounts. Terms and conditions apply.

## Licenses and Permits

BONUS

### UCC filings

Notices filed by lenders to indicate an interest in Jon's personal property or collateral

BONUS

### DEA Licenses

Licensing for health care providers that enables the handling of controlled substances

BONUS

### Weapons Permits

 Overview

Permits that may be required to carry or possess firearms and other weapons

BONUS

## Business Affiliations

Business filings associated with Jon, which may contain Jon's title and status

BONUS

## Professional Licenses

Licensing to professionally practice in fields such as health care, legal and construction, among others

BONUS

## Sporting Permits

Licensing required to participate in hunting, fishing and trapping activities

BONUS

## Piloting Licenses

FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

**View FREE BONUS DATA**

# Notes

Learn more

Add a note here...

Add a note

Overview 

# How would you rate this report?

Rate out of 5 stars

NEW FEATURE

Protect yourself with complimentary $1M Identity Theft Insurance and Restoration services!

Enroll Now

(/app/dashboard/id-monitor)

# Search again

PEOPLE    PHONE    PROPERTY    EMAIL    SOCIAL MEDIA    CONTACT PRO    VEHICLE

First name                          M.I.          Last name

City                                All                            Age

Search

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

## Contact us
We pride ourselves on offering friendly and helpful support!

💬 **Chat with us live**
Available 24 hours

✉ support@beenverified.com (mailto:support@beenverified.com)
Overview Available 24 hours

Your Member ID is
**886424685**

# About Us

▸ About BeenVerified (https://beenverified.com/about)

▸ Member Perks (/app/dashboard/rewards)

▸ Testimonials (https://www.beenverified.com/about/testimonials)

▸ Careers (https://www.beenverified.com/careers)

▸ Press (https://www.beenverified.com/press)

▸ Request API Access
(https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-I3Pqw/viewform)

▸ Request Custom Plan
(https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

# Help

▸ Customer Care (http://support.beenverified.com)

▸ Contact Us ()

▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

▸ FAQ (https://www.beenverified.com/faq/billing/)

▸ Do Not Sell or Share My Personal Information (/app/optout/search)

▸ Affiliates (https://www.beenverified.com/affiliates)

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?
utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?
id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

 Overview

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . **You may not use** our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

© 2023 **BeenVerified, LLC (https://www.beenverified.com)** . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility 

Overview

*__May they have been informed orally, via text, and by law enforcement we were moving?__*

# THE
# SAFE HOMES ACT

## *What is The Safe Homes Act?*

A law that gives you or anyone in your household who is a victim of domestic or sexual violence (including dating violence, stalking, child abuse, and elder abuse) the right to:

- End your lease (written or oral) early and leave the home. Tenants who properly use the law will not be responsible for rent due after they leave.
- Change the locks to keep the abuser out

## ENDING YOUR LEASE EARLY

If you or anyone in your household is a victim of domestic or sexual violence, you can end the lease early, even when the abuser is a member of the household, if:

- There is a credible imminent threat of harm on the premises.
- You give the landlord written notice of the threat 3 days before or after you leave the home.

*__May my Dad have made Mom illegally evict us after Dad committed domestic violence?__*

**May Alexis and I be next to a bucket truck in the top-left photo. May this be Canal Days?**



**May Dad like comics? May they not be satirical?**

**Dad reached out to Erin via message after he told law enforcement we'd be left alone.**
*On November 8 Dad was polite, but Erin was already not comfortable with his behavior.*



**May Dad harass my fiance again after threatening her and me telling him no?**
*Erin had informed Dad before she was overwhelmed after being threatened by him.*

**May Dad continue to harass Erin after Erin let Dad know she was overwhelmed?**
***May Dad have made Erin cry from how he treated her? If so, may that not be enough?***



**May others have spoken to me and may they only be afraid of my parents suing them?**
***May I have told Dad I wouldn't initiate any vote to remove anyone from a school board?***

```
Command Log Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown
11/21/21 23:41:30 | Boggs, Valerie | New CFS
11/21/21 23:42:09 | Boggs, Valerie | BEING HARASSED BY HIS PARENTS VIA TX
11/21/21 23:44:41 | Boggs, Valerie | CALLER'S PARENTS ARE HIS LANDLORD.
11/21/21 23:47:17 | Boggs, Valerie | HAS BEEN COMING IN THE HOUSE UNINVITED. FATHER THREATENED TO
SHOOT/KILL THE CALLER LAST SUNDAY.
11/21/21 23:47:28 | Boggs, Valerie | ALL HARASSMENT TODAY IS BY TX
11/21/21 23:48:33 | Brown, Jennifer | 89-22 | Dispatch
11/21/21 23:48:56 | Brown, Jennifer | 89-22 | Available
11/21/21 23:50:03 | Boggs, Valerie | CALLER SIG 80 X3 - HAS APPROVED CCW
11/21/21 23:51:13 | Boggs, Valerie | SUSPECT - JON TURPIN - SIG 80 X3 - APPROVED CCW
11/22/21 00:28:37 | Newton, Rachel | CALLED 911 AGAIN TO SEE WHERE OFFICERS WERE.... ADV HIM THAT
THEY ARE CLEARING FROM OTHER CALLS AND WILL START THAT WAY SHORTLY
11/22/21 00:41:54 | Brown, Jennifer | C3 | Dispatch
11/22/21 00:48:30 | Webb, Corey | C3 | On Scene
11/22/21 01:18:16 | Brown, Jennifer | C3 | Leaving Scene (Location: 522 W MAPLE ST)
11/22/21 01:44:38 | Webb, Corey | I SPOKE WITH JON F. TURPIN AND HE STATED THAT HIS PARENTS ARE
HARASSING HIM AND HIS FIANCE. THEY OWN THE HOME HE LIVES IN AND THEY COME INTO TO HOUSE
WHEN THEY WANT. HE SAID HE HAS THEM BLOCKED ON EVERYTHING BUT THEY CONTINUE TO TRY TO
CONTACT HIM THROUGH OTHER PEOPLE. I ASKED HIM TO SEE THE TEXT MESSAGES WHERE THEY ARE
HARASSING HIM AND HE SHOWED ME ONES WHERE HIS PARENTS WERE WANTING HIM AND HIS FIANCE
TO COME TO DINNER THAT NIGHT SINCE THEY HAD TO WORK THE NEXT NIGHT. JON SAID HE WOULD
COME THERE ON MONDAY OR TUESDAY, BUT HIS MOM SAID CANT YOU JUST SPARE 30 MINUTES. HE SAID
HE WENT UP THERE WITH HIS FIANCE TO GET THE GARAGE DOOR OPENERS THAT THEY HAD FOR HIM.
HE SAID HE GOT ANGRY WHILE HE WAS AT HIS PARENTS HOUSE AND BROKE THE GARAGE DOOR
OPENER. HE SAID HE JUST WANTS HIS PARENTS TO LEAVE HIM ALONE AND HE WANTS TO GET A
RESTRAINING ORDER AGAINST THEM. I TOLD HIM HE WOULD HAVE TO GO THROUGH THE COURTS TO
HAVE THAT DONE. HE ALSO WANTED ME TO TRESSPASS THEM BUT I TOLD HIM SINCE THEY OWNED THE
HOME, I WAS UNABLE TO DO THAT. HE ALSO STATED THAT WHEN HE WAS AT HIS PARENTS HOUSE THE
OTHER NIGHT HIS DAD THREATENED TO KILL HIM. I ASKED HIM IF HE HAD THIS ON RECORDING OR
THROUGH TEXT MESSAGES AND HE SAID NO IT WAS JUST HIS PARENTS, HIM AND HIS FIANCE THERE. I
ADVISED JON THAT WITHOUT HIS DAD ADMITTING TO THE TREAT THEN I WAS NOT ABLE CHARGE HIM
SINCE THERE WAS NO PROOF THAT IT HAPPENED, BUT I WOULD SPEAK WITH HIS PARENTS FOR HIM AND
ASK THEM TO LEAVE HIM ALONE.
11/22/21 01:49:54 | Webb, Corey | I SPOKE WITH JON AND LINDA TURPIN, JON'S PARENTS. I TOLD THEM THAT
JON WANTS THEM TO LEAVE HIM ALONE AND THEY SAID THAT THEY HAVE FOR OVER A WEEK EVER SINCE
HE CAME TO THE HOUSE FOR DINNER AND STORMED THROUGH THERE DOOR CUSSING AND SCREAMING
AT THEM. THEY SAID WHEN HE CAME UP TO THERE HOUSE HE PUSHED THROUGH THE DOOR AND GOT
INTO HIS MOMS FACE, AND SHE SAID THAT SHE WAS SCARED. HE LEFT THEN HIS FIANCE CAME BACK UP
AND WHEN HIS FIANCE GOT THERE HE AGAIN CAME CRASHING THROUGH THE DOOR AND JON TURPIN
SAID HE TOLD HIM THAT KIND OF BEHAVIOR IS WHAT GETS YOU SHOT OR TAKEN TO JAIL. LINDA
CONFIRMED THAT IS WHAT JON SAID AND HE DID NOT THREATEN THEIR SON. THEY SAID HE HAS BEEN
GETTING WORSE HE LATELY AND POSTED A BUNCH OF STUFF ON FACEBOOK ABOUT THEIR FRIENDS
THAT AREN'T TRUE AND THEY SAID THEY ARE SCARED THAT HE IS GOING TO HURT HIMSELF OR THEM.
JON AND LINDA AGREED TO LEAVE HIM ALONE AND THEY SAID THAT IS WHAT THEY WERE PLANNING ON
DOING ANYWAYS.
11/22/21 01:50:10 | Webb, Corey | C3 | Available (Location: In Service)
```

**May Dad be lying? May what I said be above in the "spats" and in letters later?**

## 6. Lying

Persistent deception to avoid responsibility or to achieve the narcissist's own ends.

**If Dad may be willing to lie to law enforcement, may that include a police chief?**
**Dad has threatened me, my wife, future kids, our wedding, and livelihoods.**

## 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

**After telling law enforcement we'd be left alone, may Dad continue an onslaught?**

**May sitting outside someone's residence not be "leaving them alone?"**





*May that not be Dad since he gave his word to a respected law enforcement officer?*

**In my opinion, this is my Dad.**



***May Dad lie to law enforcement and stalk me?***

## 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

**Dad wasn't even the main suspect when a gun went missing, but may try to take guns.**

**In my opinion it's responsible to report a missing firearm immediately.**
**_When it was found everyone was cleared, but I had to contact a respected CC officer._**

**Responders**

| C2 (Primary) | C2 - Kuhn, Larry | CCPD (Primary) |
| 126 | 126 - Santiago, Sergio | RPD |
| 128 (Primary) | 128 - Tudor, Jordan | RPD |

**Response Times**

| Assigned | 11/25/21 11:38:20 |
| Enroute | 11/25/21 11:38:20 |
| Arrived | 11/25/21 11:38:20 |
| Leaving | |

Page 1 of 2

**Arrived At**
**Completed** 11/25/21 12:37:17

**IR / External Agency Numbers**

| CC2021-0097 | PO: C2 - Kuhn, Larry |

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

11/25/21 11:16:05 | Ruhl, Nancie | New CFS
11/25/21 11:19:46 | Ruhl, Nancie | BLACK GLOCK 9 MIL W/LIGHT GRY MARKING'S W/IN A BLK HOLSTER W/1 EXTRA MAG. SUSPECT IS CHRIS TAGGART WHO WAS @ HIS RES YESTERDAY. CP IS IN THE MIDDLE OF MOVING. CP IS 76 FROM NEW CASTLE IS A LT BLUE PONTIAC VIBE ETA 20 MINS.
11/25/21 11:20:36 | Ruhl, Nancie | CP ADV CHRIS IS THE ONLY FRIEND OF HIS THAT HELPED HIM MOVE YESTERDAY THAT HE NORMALLY DOESNT HANG WITH/TRUST.
11/25/21 11:22:26 | Ruhl, Nancie | CP WILL LOOK FOR SERIAL #'S WHEN HE RETURNS TO CAMBRIDGE
11/25/21 11:22:38 | Ruhl, Nancie | ENTRY REVISED - BLACK GLOCK 9 MIL W/LIGHT GRY MARKING W/IN A BLK HOLSTER W/1 EXTRA MAG. SUSPECT IS CHRIS TAGGART WHO WAS @ HIS RES YESTERDAY. CP IS IN THE MIDDLE OF MOVING. CP IS 76 FROM NEW CASTLE IS A LT BLUE PONTIAC VIBE ETA 20 MINS.
11/25/21 11:38:20 | Kuhn, Larry | C2 | On Scene
11/25/21 11:59:16 | Meyers, Natalie | 126, 128 | Staged
11/25/21 11:59:56 | Meyers, Natalie | 126, 128 | On Scene
11/25/21 12:00:03 | Meyers, Natalie | 126 | Clear Alarms
11/25/21 12:03:05 | Dunaway, Rebecca | 126, 128 | Available
11/25/21 12:24:15 | Pierce, Indie | C2 | Check Status (Time (minutes): 50)
11/25/21 12:37:17 | Kuhn, Larry | C2 | Available (Location: In Service)

**Supposedly Dad is still withholding a .410 shotgun that he supposedly bought for me.**
**Supposedly Dad is also withholding a 20 gauge shotgun belonging to Jamie Turpin too.**

**May these guns need to be surrendered to law enforcement or their rightful owners?**
**_I haven't and don't have possession of those guns. May they be surrendered?_**

**May Dad also be withholding my Sturm Ruger and Co. Inc. M77 Hawkeye bought for me?**



9/4/2013          2447          $473.18

**SERIAL NUMBER: INV232558**

## 19. Withholding

This may include withholding such things as money, sex, communication, or affection from you.

*<ins>May this be retrieved and surrendered to law enforcement or its rightful owner?</ins>*
*<ins>MAY DAD HAVE TRIED TO SAY I WANTED PAPAW'S GUNS FROM SCOTT TURPIN?</ins>*
*<ins>I DON'T AND I NEVER ASKED FOR THEM NOR MENTIONED THEM, UNTIL JAMIE ASKED!</ins>*
*<ins>THOSE ARE SCOTT'S RIGHTFUL INHERITED PROPERTY! THAT'S NOT "MY BUSINESS!"</ins>*
*<ins>DAD WITHHOLDING FIREARMS HE MAY LINK TO ME IN ANY WAY IS "MY BUSINESS!"</ins>*

*<ins>DAD ATTEMPTING TO DENY ME WHAT PAPAW LEFT FOR ME WAS "MY BUSINESS!"</ins>*
*<ins>ME CHOOSING TO GIVE TO JAMIE WAS ACTION OVER WORDS AND "MY BUSINESS!"</ins>*
*<ins>DAD TWISTING WORDS OF OTHERS TO MAKE ME LOOK LIKE HIM IS "MY BUSINESS!"</ins>*

*<ins>DAD TWISTING WORDS TO DISRESPECT US, FAMILY AND FRIENDS IS "MY BUSINESS!"</ins>*
*<ins>DAD TWISTING WORDS OF OUR ELDERS TO DISRESPECT PAPAW IS "MY BUSINESS!"</ins>*
*<ins>DAD TWISTING WORDS OF OUR ELDERS TO DISRESPECT MAMAW IS "MY BUSINESS!"</ins>*

*<ins>WHY ARE DAD'S BEHAVIORS FINALLY "ALL THE FAMILIES' BUSINESS?"</ins>*
*<ins>DAD MADE THEM SO BY DEFAMING ME TO PRACTICALLY OUR ENTIRE FAMILY!</ins>*
*<ins>THIS ISN'T MALICE: I'M CONCERNED FOR OUR'S, FRIENDS', AND FAMILIES' SAFETY!</ins>*
*<ins>DAD'S BEHAVIORS ARE CONCERNING AND "ALL THE FAMILIES' BUSINESS!"</ins>*

**When a gun went missing and was later found, I reported in both instances properly.**
**May this be confirmation, in a report, of the gun reported missing, not stolen, and found?**

12/20/21 17:11:12 | Buckler, Jennifer | HE WANTS TO MAKE SURE THAT THE CALL WAS UPDATED ABOUT HIS GLOCK 19 WAS FOUND
12/20/21 17:11:36 | Buckler, Jennifer | HE SAID IT WAS NOT UPDATED THE FIRST TIME HE CALLED
12/20/21 19:10:34 | Robertson, Jeremy | Pending
12/20/21 19:13:33 | Stover, Scott | C4 | Enroute
12/20/21 19:38:01 | Stover, Scott | Jon wanted CFS numbers for all of the calls he has been involved in and before I got off the phone with him he asked me for if there was a report made in reference to "fictional child pornography", I told him I was unaware of any calls in ref to that.
12/20/21 19:39:25 | Stover, Scott | I also informed Jon that his pistol is not listed as stolen, he asked for a report of it not being stolen and I told him I would not do that.
12/20/21 19:39:43 | Stover, Scott | C4 | Available (Location: In Service)

*Thank you sincerely to Officer Scott Stover for assisting and for his public service.*

**Though a gun went missing, *IF it was transported with ME*, I had a valid carry license.**

Completed 12/27/21 17:56:10

IR / External Agency Numbers

Command Log Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Hidden

12/27/21 16:45:11 | Ruhl, Nancie | New CFS
12/27/21 16:46:25 | Ruhl, Nancie | CP STANDING BY IN THE AREA IN HIS WHI CRV. HE NEEDS TO GET HIS BELONGINGS FROM RES.
12/27/21 16:46:55 | Dunaway, Rebecca | NOTES FROM THE PRE CALL TODAY 12/27/21 15:48:45 Kuhn, Larry John F Turpin thinks that his parents has some of his vehicle paperwork and that would prevent him from caring his firearm. I explained to John that the vehicle paperwork has no say about him being able to carry his firearm as long he is with it and has his CCW permit 12/27/21 15:49:59 Kuhn, Larry He wanted to know if he still had the right to enter the home on Mulberry St since he paid Decembers rent. I advised to to talk to his attorney about those circumstances
12/27/21 16:47:19 | Dunaway, Rebecca | C2 | Dispatch
12/27/21 16:47:50 | Dunaway, Rebecca | 89-27 | Enroute
12/27/21 16:49:30 | Dunaway, Rebecca | C2 | On Scene
12/27/21 16:50:33 | Garrett, Brent | 89-27 | On Scene
12/27/21 17:01:13 | Dunaway, Rebecca | 89-27, C2 | Check Status (Time (minutes): 15) - SIG 54
12/27/21 17:03:15 | Dunaway, Rebecca | C2 OUT AT 526 W MAPLE ST SPEAKING W/ THE PARENTS
12/27/21 17:03:31 | Dunaway, Rebecca | C2 | Arrived At (Location: 526 W MAPLE ST ST, CAMBRIDGE CITY, IN, 47327)
12/27/21 17:04:58 | Dunaway, Rebecca | 89-27, C2 | Radio Comm
12/27/21 17:06:04 | Dunaway, Rebecca | C2 | On Scene
12/27/21 17:06:15 | Dunaway, Rebecca | 89-27, C2 | Check Status (Time (minutes): 15) - R/C
12/27/21 17:20:43 | Dunaway, Rebecca | 89-27, C2 | Check Status (Time (minutes): 15) - sig 54
12/27/21 17:23:04 | Garrett, Brent | 89-27 | Available (Location: In Service)
12/27/21 17:35:01 | Kuhn, Larry | Jon was still requesting paperwork and other belonging from the house and his parents.
12/27/21 17:35:45 | Kuhn, Larry | Jon believes that he paid rent for December and has a cashed check that says he did.
12/27/21 17:35:52 | Kuhn, Larry | C2 | Check Status
12/27/21 17:35:55 | Dunaway, Rebecca | C2 | Clear Alarms
12/27/21 17:36:10 | Kuhn, Larry | Also on the check it read for damages.
12/27/21 17:37:33 | Kuhn, Larry | Jon did receive a receipt for that payment that read for damages.
12/27/21 17:38:56 | Kuhn, Larry | Jon's mother stated that he does not have any right to the property and that she would put their belonging in the garage. and schedule a day for him to come pick it up
12/27/21 17:54:33 | Kuhn, Larry | I told Jon that I was not going to tell him yes or no on going into the property but I would suggest that he gets legal advice first.
12/27/21 17:55:06 | Kuhn, Larry | Jon left and agreed to wait for his property to be in the garage and come back to get it all.
12/27/21 17:56:10 | Kuhn, Larry | C2 | Available (Location: In Service)

CLQ

Requested At
Sent To
Status
Received At
Location
Accuracy

**May I have submitted a duplicate request for an updated license and not received it yet?**
*Thank you sincerely to Officer Larry Kuhn for assisting and for his public service.*

### _WERE MY LIFETIME PERMIT AND FBI INFRAGARD RETAINED AFTER MY GUN CASE?_
### _YES, BOTH WERE REVIEWED AND RETAINED._





### _MAY I UNDERSTAND TO FOLLOW GUN LAWS AND RESEARCH IF IN DOUBT?_
### _MAY DAD AND/OR OTHERS HAVE ATTEMPTED TO TAKE MY RIGHTS AWAY?_

**Though a gun went missing, *IF it was transported with ME*, it was in a vehicle I rented.**
**Though a gun went missing, *IF it was transported with ME*, it was in a locked container.**

## U-HAUL® Receipt

In-Town Return (In)
(765) 935-4196

Contract No: 25605377
Friday, November 26, 2021 2:17 PM

U-HAUL MOVING & STORAGE OF RICHMOND
869075

3150 NATIONAL RD W
RICHMOND, IN 47374

Customer Name:
Ion Turpin

Cust Ph - EMail:
@gmail.com

Cambridge city, IN 47327

Rental Date/Time: 11/22/2021 12:24 PM
Return Date/Time: 11/26/2021 1:30 PM
Chargeable Rental Periods: 5

| Equipment | MI Out | MI In | MI Rate | MI Charge | Coverage | Missing/Damage Charge | Rental Rate | Rental Charge | Actual Charges |
|---|---|---|---|---|---|---|---|---|---|
| UC - 15' Moving Van DC79S3W AH68492-AZ | 73319.0 | 73426.0 | $0.79 x 109.00 | $86.11 | Safe Move $70.00 | $0.00 | $29.95 | $149.75 | $305.86 |
| Appliance Dolly: 0000KO 0338M | | | | | | $0.00 | $0.00 | $50.00 | $50.00 |

E ¼ ¼ ⅜ ½ ⅝ ¾ ⅞ F

Card Type:          Account:                    Type:       Ref No.:   Approved:
CREDIT_CARD    XXXX-XXXX-XXXX 2690     PAYMENT                 03391D
Entry Method: CHIP   Application Label:        Merchant ID:      Term ID: 558
                            CREDIT_CARD           80363476642
AID: A0000000031010  TVR: 0008008000  TSI: E800

Environmental Fee:     $5.00
Fuel Charge: 13 GL:   $60.32
Subtotal:   $421.18
Rental Tax:   $29.48
Total Rental Charges:   $450.66

Credit Card Payment:   $450.66
Net Paid Today:   $450.66

• I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.

Daniel Stclair

X _____
Jon Turpin

U-Haul Signature - (Daniel Stclair)

MobileContractClose

**May I have rented a moving truck promptly if I may have been threatened?**
**May Dad have attempted to approach me while I was in the moving truck?**

**The other vehicle involved with moving my belongings was Phillip Jenkins' red truck.**
**Phillip Jenkins had a valid Ohio carry license and was allowed to handle my firearms.**
**Phillip Jenkins has no criminal record, unless you wish to count past traffic infractions, and may be allowed to handle and transport my firearms.**
**Phillip and I went to school together, lived together over multiple years and worked together on multiple occasions.**
**In my opinion this is reasonable considering my past interactions with Phillip Jenkins.**

**Josh King-Baker's blue car was used to transfer only his belongings until I was present.**
**Josh King-Baker has no criminal record, and may be allowed to handle my firearms.**
**Josh King-Baker didn't drive a vehicle at this time moving my packed belongings.**
**Josh King-Baker and I went to school together, had lived together for over a year, and Josh entrusted me with his grandma Linda's pictures after her passing for safekeeping.**
**In my opinion this is reasonable considering my past interactions with Josh King-Baker.**

# DOCUMENTATION OF THE EXISTENCE OF AN ASSET INSTRUMENT & GUARDIANSHIP
## JON B. TURPIN AND LINDA B. TURPIN JOINT *REVOCABLE TRUST*
## *GUARDIANSHIP BATTLE* FOR ALICE Y. BECKER AND HER ESTATE



**In my unqualified opinion *the existence of a Revocable Trust* may be an odd decision. Would a Revocable Trust be in the best interests of the main beneficiaries or inheritors? Would a Joint Revocable Trust give a motive to remove or control a backup beneficiary? I've often been threatened with "Removal from The Trust" and our inheritance altogether. Other threats include felonies, institutionalization, conservatorship, or other "control."**

**Purportedly the "rules" to this trust may allow someone to be "framed" and removed. Since every property is contained in it, *within the will*, if Mom, Me, and Alexis are framed: *Theoretically, Dad can remove us from "The Trust" to divorce Mom and take everything. May ~$10,000,000+ be a motive to hurt a Son or mess up a background check?***

**It doesn't matter how much money or assets are in this. No one should threaten a man's wife with being "destitute with five kids living under a bridge" like Nana said: "Eat sand."**

Jon B. Turpin + Linda K. Turpin

Joint Revocable Trust

( According to Linda K. Turpin)

Purposed RULES Established

| What Dad may have attempted on Me has a check. | [How to be Removed] ✓13. Death |
|---|---|
| | ✓1. Felony          ✓7. Non-Indiana Residency |
| | ✓2. Incompetency    ✓8. Too Few Assets in Wayne County |
| | 3. Guardianship   ✓9. Drug Addictions |
| | ✓4. Conservatorship ✓10. No 'Progeny' |
| | ✓5. Interdiction    ✓11. Sex Offender |
| | ✓6. Institutionalized ✓12. Declaring a Power of A... |

**May Dad have a motive to try these things with a _Joint Revocable Trust_?**

## Single and Joint Revocable Living Trusts

Trusts can be both single and joint. A single living trust involves just one individual, while a joint living trust usually involves a married couple. Joint living trusts are commonly used to transfer assets between spouses upon one spouse's death. However, like a single living trust, other beneficiaries can be designated as well.

In a joint trust, there is only one document that includes instructions for both trusts. Combining the two trusts has certain administrative advantages at the outset because there is no need to create two separate documents.

Joint trusts are particularly useful in community property states, such as Arizona, California, Nevada, Idaho, New Mexico, Louisiana, Texas, Washington, and Wisconsin. Any property in a joint trust will remain community property in these states, and it has certain tax advantages as well. The same tax benefits will likely not be available in non-community property states, however.

# Is Indiana a Community Property State?

This is a commonly asked question by people facing a divorce in Indiana. Divorces in Indiana can be broken down into two categories:

- Divorce with children; and
- Divorce without children.

In fact, Indiana cause numbers (the numbers given to each suit filed in court) distinguish between a divorce with children and a divorce without children (DN vs. DC). This is because in a divorce case with children, the Court has many more issues to address, including custody, visitation (called parenting time in Indiana), and child support. We will address each of these issues in subsequent articles.

However, when a divorce does not include children, the primary issue in a contested divorce is the marital assets/property. Of course, in a divorce with children, there can also be contested issues regarding the division of marital assets/property. This brings us back to the question that got you here: Is Indiana a Community Property State? The answer is no. Indiana is an equitable distribution state. But let's look at what that really means.

> *While this article addresses the specific divorce subtopic of the equitable distribution of marital property, I have written an article outlining the divorce laws in Indiana and the Indiana divorce process in general. That article may answer some of the other questions you may have about divorce in Indiana.*

# Community Property vs. Equitable Distribution

In a community property state, all assets and debts of a marriage are divided equally, or 50/50. Now there are some exceptions to the general rule that differ in different community property states, but overall it is a marital property regime under which most property and debts are split evenly.

The majority of states in the country, including Indiana, follow an equitable distribution regime in dividing marital assets. Now the word "equitable" in equitable distribution sounds like it means "equal," but "equitable" actually means "fair." And just because something is split equally does not necessarily mean that it is being split fairly. For example, if you have $1,000 and split it equally among two groups, that may not necessarily be a fair split. Especially if you learn that first group has 10 people in it and the second group has 50 people in it. The same thing can happen with marriage as an equal split of all marital assets might not be necessarily fair for various reasons.

**May this be a potential motive *for Dad to unjustly divorce Mom*? *Dad threatened to do so.***

# IS A REVOCABLE TRUST MARITAL PROPERTY?

No, generally trusts — revocable or irrevocable — <u>are considered the separate property of the beneficiary spouse.</u> The only exception would be if the funds from the trust were put into a joint account and used for marital assets or expenses; those funds would be considered marital property.

> **In effect, if someone is *Removed From A Revocable Trust* as a beneficiary Assets may become *ONE MAIN BENEFICIARY'S* sole property, not marital.**

December 8, 2021

# Are trust assets marital or separate property in divorce?

Offered by Jewell Law, PLLC



## REVOCABLE TRUSTS

Revocable trusts involve the transfer of property to another individual to "hold" on behalf of a beneficiary, but the grantor is still permitted to revoke the trust and remove the assets.

Revocable trusts are typically used to avoid probate or to keep beneficiaries from squandering trust assets, but they can create unique complications in divorce cases.

In a divorce, the laws of equitable distribution distinguish marital property from separate property. Technically, only marital property, that is, property acquired after the parties' wedding date, will be divided between the parties in a divorce. Separate property, that is, property that is acquired before the parties' wedding date or through inheritance or a gift made directly to a party during the marriage and which remains titled solely in that party's name, is not subject to equitable distribution between the spouses absent specific circumstances.

Generally, trusts are considered the separate property of the beneficiary spouse and the assets in a trust are not subject to equitable distribution unless they contain marital property. Further, any income and principal paid from a separate property trust to a beneficiary spouse remains the separate property of that spouse, provided it is maintained in an account in the name of the beneficiary spouse and not commingled (mixed) with marital funds.

However, if the trust funds are put into a joint account, used to buy a marital asset, or used to pay ordinary marital expenses, those amounts cease to be separate property and become marital property, subject to equitable distribution, with one exception: Separate property contributions that are used as a down payment on or for capital improvements on an asset retain their separate property character provided documents exist to trace said contribution. Any funds remaining in the trust or in a separate account will continue to be the separate property of the beneficiary spouse.

There are legitimate reasons why a spouse would want to set up a trust during marriage, including for tax or Medicaid planning purposes as part of a robust estate plan. However, a spouse who attempts to shield assets that are marital from equitable distribution by placing them into a trust will fail in this goal. Putting marital assets into a trust does not make those assets separate property. In the divorce action, the non-beneficiary spouse may trace the source of the assets in the trust to determine if they are actually marital property and thus subject to equitable distribution.

Consequently, even though assets in a separate property trust are generally considered to retain their separate property character absent the exceptions noted above, there are two circumstances where those assets may be considered marital in nature. These are if the assets are commingled with or transmuted into marital assets or if the assets in the trust started out as marital assets and the beneficiary spouse is trying to shield them from equitable distribution.

**I'm sorry I wasn't available to clean at Mamaw's and Papaw's and I really wanted to help.**



**I was doing as told, but "carrying" Dad is a pain in the neck, and heart/back breaking:**



**So I listened when Jamie said "people with good backs" for my own health and safety.**

**In my opinion I was taught not to complain much, so our family may not be aware.**



***Is it normal for a 30-something to tough it out and work with scoliosis and 4 broken ribs?***

| | | | | | |
|---|---|---|---|---|---|
| Patient: | TURPIN, JON F | | | Admit: | 11/12/2021 |
| DOB/Age/Sex: | 4/5/1990 | 31 years | Male | Disch: | 11/12/2021 |
| MRN: | | | | Admitting: | |
| FIN: | | | | | |

---

*Patient Education Notes*

DOCUMENT NAME:                        Patient Handout
SERVICE DATE/TIME:                     11/12/2021 16:24 EST
RESULT STATUS:                            Auth (Verified)

**Patient Handout**
Patient Education Materials Follows:

# Chest Wall Pain

Chest wall pain is pain in or around the bones and muscles of your chest. Sometimes, an injury causes this pain. Excessive coughing or overuse of arm and chest muscles may also cause chest wall pain. Sometimes, the cause may not be known. This pain may take several weeks or longer to get better.

**May I have been scheduled for a Stress Test and may I have passed it?**

Stress Test                                                        TURPIN, JON F -
* Final Report *

# * Final Report *

**Treadmill**

TREADMILL - TREADMILL STRESS TEST

HISTORY: 31-year-old male undergoing evaluation because of chest and arm pain. Blood pressure was 118/88 with a heart rate of 80. The resting electrocardiogram demonstrated sinus rhythm. It was normal. There were no significant EKG changes with hyperventilation. He complained of left arm pain at rest, graded 2 on a scale of 10.

STRESS STUDY: He was exercised utilizing a standard Bruce protocol for 10 minutes 30 seconds into stage IV achieving a maximum heart rate of 175, which is 92% of predicted and a peak blood pressure of 148/82. Workload was 12.1 METS. His left arm pain actually improved with exercise. The electrocardiogram revealed no ST-segment depression. There were no arrhythmias.

CONCLUSIONS:
1.       Normal exercise electrocardiogram with average exercise tolerance for age and resolution of left arm pain during activity.
2.       Duke treadmill score +10.5, low risk.


CHRISTOPHER J HOLLON, MD

CJH/MODL
DD:  11/09/2021 12:56:00
DT:  11/09/2021 13:27:48
Job #:  4943/937423393

**Signature Line**
[Electronically Signed on: 11/10/2021 07:34 EST]

_____
Hollon, Christopher J MD



[Verified on: 11/10/2021 07:34 EST]

_____
Hollon, Christopher J MD



Printed by:    Waller, Bruce F MD                                    Page 1 of 2
Printed on:    11/12/2021 12:27 EST

**May Dr. Waller have still been concerned and requested a more comprehensive scan?**

## MAY THESE EVENTS AND HAVE PREVENTED MY CARDIOLOGY APPOINTMENTS?



HENRY COUNTY
**Cardiology**
Henry Community Health Medical Group

Jon
11-29
7:00

**PLEASE READ ALL INSTRUCTIONS**

*Instructions for Stress Echo, Regular Stress Test, Nuclear Treadmill Stress Test & Lexiscan*

1. Wear comfortable walking clothes and shoes with socks. No metal should be on the front of your shirt.

2. Nothing to eat or drink (other than water) 4 hours prior to test. This includes decaffeinated and caffeine versions of water/food.

3. Do not drink coffee, tea, soda or have chocolate for 12 hours before your exam.

4. No Viagra, Levitra or Cialis for 24 hours before your exam.

5. *Do not take* the following blood pressure medicines or their generic substitutions for 24 hours before your test: Atenolol, Bisoprolol, Coreg, Metoprolol, Toprol, Nadelol, Propanolol, Timolol, Sectral, Cardizem, Dilitiazem, Tiazac or Calan.

6. *Do take* blood pressure medicines that are **not** listed above in #5.

7. Discontinue all Nitrates 1 hour before your exam.

8. Patients must be off Theophylline, Adenosine, Dipyridamole or Persantine for 72 hours before your exam.

9. Medications with caffeine, such as Excedrine, do **not** take after midnight.

10. *If you are a diabetic and take insulin,* take half of the dose of the long acting insulin at your regular scheduled time, with orange juice and toast.

11. You may drink water before your exam.

12. After the stress test, patients may have anything they want to eat or drink. This includes anything with caffeine in it that you may want. Please resume taking all medications after testing is completed.

13. Please bring **ALL your medications.**

### MAY THIS POTENTIALLY HAVE BEEN DANGEROUS TO MY HEALTH?

**In my opinion the main factor of pain and cholesterol ratio was stress from harassment.**



**May my arm be permanently bent for a reason?**



### May my left knee have been damaged in my car accident?

| Patient: | TURPIN, JON F | | | Admit: | 1/14/2021 |
|---|---|---|---|---|---|
| MRN: | | | | Disch: | 1/14/2021 |
| FIN: | | | | Admitting: | Mathews,Thomas MD |
| DOB/Age/Sex: | 4/5/1990 | 32 years | Male | Copy to: | CAREAWAREOAUTH,HENR_IN |
| Location: | HCMH MOP | | | | |

---

*Magnetic Resonance Imaging*

---

| Accession # | Exam Date/Time | Procedure | Ordering Dr: |
|---|---|---|---|
| | 1/14/2021 21:56 EST | MRI Knee w/o Contrast Left | Mathews,Thomas MD |

**Reason For Exam**
(MRI Knee w/o Contrast Left) r/o occult fracture, internal derangement

**Report**
EXAMINATION: MRI KNEE LT, W/O CONTRAST
Date: 1/14/2021 9:00 PM
History: Male, 30 years old. r/o occult fracture, internal derangement    Technologist Notes:  pt c/o lateral aspect pain lt knee x 1 months s/p mva

### May it be dangerous to harass and threaten someone during medical issues?



### *May kicking them out or making it unsafe to stay cause stress and detriment to them?*

ERIN ISN'T HEAVY, BUT YOU CAN SEE THE STRAIN IN MY SMILE.



*I CARRIED HER ANYWAY, BUT MEN DOING ALL THIS TO YOU HURTS.*

**May Dad give support since I did physical labor in his business since I was 10 years old?**



***May my left arm have been temporarily paralyzed?***
***May I have accepted I was on my own and just went to physical therapy?***

**May Dad not treat his Son right?**
***May I wear my contacts on purpose?***



**May Dad have punched me without reason before?**
***May I have kept my mouth shut? May Dad now threaten I'll be shot?***

## 10. Emotional Blackmail

Emotional blackmail is another form of manipulation to make you feel fear, guilt, or doubt. They may use anger, intimidation, threats, warnings, or punishment to keep you in line.

**May Dad treat me poorly after discovering I may have a disability in early life?**

WESTERN WAYNE SCHOOLS

ALTERNATIVE LEARNING PLAN - ADDENDUM

REASONABLE ACCOMMODATIONS
UNDER SECTION 504
FOR

*J.T. Turpin*

_____ Mark student's correct and acceptable work, not his mistakes.

_____ Examinations and quizzes should be given orally.

_____ Reading assignments should be presented on cassette tapes.

_____ Make arrangements for homework assignments to reach home with clear, concise directions.

_____ Reversals and transpositions of letters and numbers should not be marked wrong. Instead, reversals or transpositions should be pointed out for correction.

_____ Recognize and give credit for student's oral participation in class.

__X__ Provide extra test time.

_____ Student should be allowed to tape classroom lectures or discussions.

_____ Student should be allowed to copy another student's class notes.

__X__ Student should be provided a carbon copy of another student's class notes.

_____ Utilization of peer tutoring.

_____ Utilization of cross-age tutoring.

_____ Avoid placing student under pressure of time or competition.

# IEP's vs. 504 Plans

There are two types of written plans which must be developed and implemented by public schools regarding students with disabilities. First, students with disabilities requiring only reasonable accommodation must have a written plan under Section 504; this is commonly referred to as a 504 plan. Each public school should have a person (usually an assistant principal or a guidance counselor, but not a special educator) who serves as the school's "504 coordinator." This person should coordinate the development, maintenance, and implementation of 504 plans.

504 plans should be developed by a committee, consisting of the student with a disability (if appropriate), the student's parent (s)/guardian(s), the student's teacher(s), the student's counselor, and the 504 coordinator. The student's disability and corresponding need Additionally, special educators often serve as advisors to 504 committees. The student's disability and corresponding need for reasonable accommodation are identified and documented in the plan. Likewise, the plan delineates the specific accommodations, which will be implemented by the school. All school staff involved in the provision of accommodations should be conducted by the 504 coordinator and made aware of their duties and responsibilities. The plan itself should be updated at least annually.

For students with disabilities who require specialized instruction, the IDEA controls the procedural requirements. The IDEA process is more involved than that required under Section 504. Instruction and accommodation under the IDEA are provided in accord with a plan called an Individualized Education Program, known as an IEP. A student's IEP is a legal document which, in part, sets forth the duties and responsibilities of the school district and staff regarding that student. It is the responsibility of special educators, regular education teachers, administrators, counselors, and other professional educators to be thoroughly familiar with the provisions of the IEP for EACH of their students with disabilities.

The remainder of this document sets forth the general procedural information that regular educators should know about the IEP/IDEA process. REMEMBER: Be safe. Seek the advice of special educators. Whether you are a teacher, an administrator, or a counselor, you will save yourself considerable time and trouble -- and you will do a much better job for your students with disabilities -- if you learn to appreciate these specialists as a valuable resource.

---

## WESTERN WAYNE SCHOOLS

### ALTERNATIVE LEARNING PLAN
### AS PER SECTION 504 OF THE REHABILITATION ACT OF 1973

STUDENT: J.T. Turpin SCHOOL: Lincoln High School GRADE: Junior

DATE OF IMPLEMENTATION: August 15, 2005 TERMINATION: June 1, 2006 REVIEW: August 16, 2005

STATEMENT OF STUDENTS PERFORMANCE AS IT RELATES TO THIS "PLAN": Attention deficits consistent academic performances, impairments and problems dealing with distractions posed by classmates during an instructional period. Jon Frederick also has significant deficits in his visual-motor integration skills. These skills were in the average range, but were delayed significantly compared to his cognitive ability.

| INTERVENTION/STRATEGY | IMPLEMENTOR(S) | MONITORING DATE | COMMENTS |
|---|---|---|---|
| Gentle, physical contact | All teachers | Daily | Meet at conclusion of semester |
| Seat J.T. accordingly | All teachers | Daily | Meet at conclusion of semester |
| • to reduce distractions | | | |
| • next to appropriate student models | | | |
| Increase frequency of interactions between student and teacher | All teachers | Daily | Meet at conclusion of semester |
| Cooperative learning groups should be chosen carefully | All teachers | Daily | Meet at conclusion of semester |
| Allow J.T. to read during free time | All teachers | Daily | Meet at conclusion of semester |

cc:  Parents
     Principal
     Teacher
     Section 504 Coordinator
     Educational Record

*__May my 504 plan include "gentle physical contact" in part due to my Dad?__*

## <u>May I have displayed symptoms of mistreatment in early life?</u>
### [INFORMATION PERTAINS TO ME AND I CONSENT TO VIEWING *IN THIS DOCUMENT*]



*May I have been lucky to realize I needed therapy of my own volition?*

REFERRAL SOURCE: Individual self referral

## — Causes and Risk Factors

**Causes and risk factors for oppositional defiant disorder**

While the exact cause for this disorder is unknown, researchers agree that there are a number of causes and risk factors that lead to the development of ODD. The most accepted explanations include:

*Genetic:* Many children who have developed ODD have close family members with a history of mental illness, which is an indicator that a vulnerability to ODD is inherited.

*Physical:* It has been frequently suggested that deficits in the brain or injuries to certain areas of the brain have the ability to lead to serious behavioral problems among children. Additionally, chemical imbalances in the brain, as a result of abnormal functioning of neurotransmitters, are known to bring about symptoms of mental illnesses. More specifically, neurotransmitters help nerve cells in the brain communicate with each other and when they are not working properly nerve messages may not be received properly leading to symptoms of ODD.

*Environmental:* Finally, it is a widely accepted belief that a person's environment has a significant impacts on the development of mental health disorders such as ODD. This may be especially important because the onset of ODD symptoms occurs in childhood, making the environment in which a child is raised extremely influential. Factors such as a chaotic home life, inconsistent discipline by parents, and being exposed to abuse, neglect, or trauma at an early age can all lead to the onset of ODD symptoms.

*Risk Factors:*
- Family history of mental illness
- Witnessing violent or aggressive behaviors
- Exposure to trauma / abuse/ neglect
- Being raised in a chaotic / stressful home
- Inconsistent parenting
- Exposure to substance use or abuse

*May I have realized Dad may not change, but I could, and started therapy at 10 years old?*

CLIENT NAME & I.D.:   Jon "J.T." Turpin
DATE OF INTAKE:        11/28/00

*May my anxiety align with symptoms of "narcissistic abuse?"*

## Effects on Children

If you have children who witnessed narcissistic abuse, they could also be at risk of developing mental health problems such as PTSD, anxiety disorders, or depression.[2] They might become fearful in situations that remind them of their traumatic experiences. They might also feel angry at your spouse or the world, feel disconnected from other people, or have low self-esteem or confidence issues.

T=1 0 Mood cyxthmic, affect guarded. Discussed treatment goals. JT announced that after the next pre-scheduled meeting would be his last. Stated that this can be discussed with his dad (he states that he had discussed this with dad). Asked general questions. JT uses some advanced vocabulary, but asks if he is not sure of a word he hears. Used this to get to dad's health concerns and how this effects JT. He seemed less guarded after the discussion, affect less regimented. Played a round of checkers. He is very good and thinks through all of his moves. He was more spontaneous with conversation when not putting energy into his strategy. Reschedule 1 week

*May Dad's genetics predispose me to ODD in childhood? May Dad have a mental illness?*

**If so, may I have successfully withstood this without being "deviant" or "pathological"?**

Jon Turpin's MMPI --2 profile was consistent with a test taken in a valid and appropriate manner. All validity scales were well within average ranges. There was no information from the validity scales indicating any attempt to appear overly virtuous or to endorse large numbers of pathological items. The Welsh Code for Jon Turpin's MMPI-2 was: 4'9+-325/81670: L/KF;

There were no indications of important psychiatric difficulties and no indications of thought disorder, hallucinations or delusions in the psychological testing. The current protocol was not consistent with significant anxiety or any somatic disorders or depression. Jon presented himself as an individual who valued social interaction and enjoy the company of others.

The most important findings in the current psychological inventory was of an angry, disaffected individual with a great deal of energy and emotional turmoil. Individuals with this type of protocol are usually seen as having important conflicts with authority, including family members. Much of the anger appears to be internalized; usually the result of conflicts which the individual feels powerless to resolve. The emotional energy appears to serve dual purposes. On one hand, he has been able to keep himself very busy and active, while at the same time harboring resentment and bad feelings about instances of perceived mistreatment and injustice, both of himself and of others.

Profiles with similar elevations are not unusual in young individuals. However the degree of upset and conflict, with few other emotional indicators is not nearly as common. Similar protocols were usually seen in individuals who have undergone important conflicts in their lives. Jon Turpin's personality testing on the MCMI-II generated the following Personality Code ( : 5 ** 6 B 4 * 6A + 8A 7 " 8B 1 3 2 ' ' // - ** - * // )

The MCMI-II was taken in a valid and thoughtful manner. The validity scales indicated no attempt to appear overly virtuous nor attempts to present himself in a very negative fashion.

There were no indications of severe personality pathology, although feelings of persecution and of being misunderstood were endorsed. There were no indications of severe thought disorders, major depressions or delusional disorders indicated. This individual did not endorse items indicative of a high level of anxiety, alcohol or drug use or dependence are some out of form disorders.

### *May there be indicators of being a survivor of narcissistic abuse?*

The current personality testing indicated an individual who was very self-focused and tended to his own perceived needs. He presented himself as someone who was reactive emotionally and tended to see issues from his own viewpoint. The protocol presents a reactive, somewhat combative individual who feels alienated from aspects of society. Individuals with this type of protocol frequently have had difficulties with authority figures and tend to discount individuals who attempt to impose rules which they see as unjust or irrelevant. While the current protocol is not perceived as ideal for most individuals, the self-focus and energy can serve to minimize distractions from the individual's goals and intentions, allowing emotional energy to be utilized productively. However the sense of alienation and need to be vigilant against aggression by activity or self-determination is likely to be seen as arrogance or aggressiveness by others.

Individuals with this type of protocol may have little insight into their own emotional qualities. They frequently tend to stay very busy and focused and usually do not take criticism or negative feedback well. They are usually seen as very determined, willful, and usually possessing a high degree of energy. The protocol is also consistent with feelings of being misunderstood and suspicious of the behavior and motives of others. The ability to trust others is relatively limited in this individual.

## 2. Sense of Mistrust

As a coping mechanism, you begin to mistrust others' intentions, especially if you suffered narcissistic abuse from someone close. The abuser convinces you that your feelings and experiences are invalid and you, therefore, tend never to trust others and yourself.

## 3. Self-Isolation

Although abusers tend to isolate their victims, you tend to self-isolate because you feel ashamed for being abused. Victims believe that no one will understand them and self-isolate instead of seeking help to avoid the shame, judgment of their abusers.

When you self-isolate, you have no one to speak to because you think no one will understand you. This makes room for the abuser to lure you back in with kindness, fake apologies or even pretending the abuse never happened.

## 5. Feeling Lonely

When there's no communication with your narcissistic partner because they won't listen to you or give you the silent treatment, it can leave you feeling isolated, causing you to be vulnerable to further emotional manipulation.

Your partner may act kind, apologize or pretend nothing happened to draw you back in, a tactic known as hoovering.

Hoovering is most effective when you have no support and no one to talk to, and you doubt your perceptions of the abuse or justify it. Even worse is when loved ones tell you you're wrong and encourage you to forgive your abusive partner.

**May Dad "hoover?"**

 **Jon B. Turpin**
Nov 5 · 👥

Family
That's a beautiful treasure my parents and grandparents gave me.
No matter the challenge, no matter the hardship, through thick and thin, in the end, we always have family. And my family is always ready to welcome honorary family members who adhere to our principles and we consider them a part of our clan.
You know who you are. And we are happy and lucky to include you.

Though challenges pop up, and disagreements will appear, my family clears the slate, we endure attacks where some try to drive a wedge between us and we continue to stick together "like grassy hog turds!"

👍😍 Linda Turpin and 34 others          10 comments

**May Dad attempt to "hoover" me?**

# Narcissistic Enablers: How to Recognize & Deal With One

Published: November 29, 2022    Updated: November 29, 2022

Narcissists are addicted to the drug of external validation, which makes them completely dependent on others to validate and make them feel good about themselves.[1] That's why narcissists often recruit enablers into their inner circles. Narcissistic enablers are typically put to work as security guards, attack dogs, damage control, cheerleaders, and clean up crews who protect the narcissist and their interests.

## What Is Narcissistic Personality Disorder?

Narcissistic personality disorder (or NPD) is a personality disorder characterized by traits such as arrogance, grandiosity, entitlement, and envy.[2] Everyone possesses some narcissistic traits, but only about five to seven percent of the US population has clinical NPD.[3] While people with NPD often appear arrogant and overconfident, they tend to care a great deal about what others think of them, and are prone to sensitivity and defensiveness.[1]

Some people with NPD also display antisocial traits and behaviors, like a lack of empathy and a tendency to abuse or exploit others for personal gain. The more severe someone's diagnosis is, the harder it is for them to function, make good decisions, and form healthy, close, and lasting relationships with other people.[1, 2, 3]

## What Is a Narcissist Enabler?

Enablers are those who support and protect unhealthy people in ways that make it easier for that person to continue their destructive habits. The term has frequently been used to describe those who help sustain another person's addiction, and is closely linked to codependency and poor boundaries.[4] Narcissistic enablers protect a narcissist from experiencing some of the consequences of their own actions, but they sometimes also attack others who the narcissist feels threatened by.

Unlike other enablers, some narcissistic enablers adopt the narcissist's abusive tactics to defend them including gaslighting, coercion, triangulation and projection.[5] This is why some narcissistic enablers are also referred to as 'flying monkeys,' which is a nod to the flying monkeys used to do the Wicked Witch's bidding in the famous movie *The Wizard of Oz*. Not all enablers are like this but those who are can be almost as toxic as the narcissists they're defending.[1]



*MAY OTHERS NOT ENABLE MY DAD TO CONTINUE TORTURING ME?*

**Josh and our cats were there for me when I had to sleep on the floor due to my ribs.**



**My body was in shock, but I did my best to keep an upbeat demeanor.**



**May this be enough pain to consider filing for short-term disability with it pre-accepted?**

Wed, Jun 17, 2020   Indianapolis, IN



***<u>When picked on and dismissed with "relax" by Dad may I be wary of it despite my pain?</u>***
***<u>Though I do as my doctor prescribes, if there's an honest mistake, Dad may blame me.</u>***



## <u>THIS MEDICINE WAS PRESCRIBED AND COMPLETED BEFORE I MOVED HOME.</u>
## <u>IT HAS AND HAD NO EFFECT ON THE SITUATIONS REPORTED.</u>



## <u>MAY DAD BE LIVING BY A PHILOSOPHY?</u>



***<u>MAY DAD NOT CARE ABOUT HIS KIDS NOR MOM?</u>***

**May Dad be trying to justify his potential behavior?**



**May Dad threaten them, kick 'em out the fam', house, hometown, and inheritance?**
***May it teach a son and his wife not to buy two family businesses to preserve legacy?***

**<u>Leviticus 19:11</u>**
**<u>You shall not steal. You shall not deceive or speak falsely to one another.</u>**

**<u>May Dad misrepresent the use of *Revocable Trusts*?</u>**



**<u>May Dad not be mentioning a *Revocable Trust* or may Dad be intellectually dishonest?</u>**

**May I show respect to Mom's decisions? May I not want to be removed from Mom's will?**
***May Dad have aggressed me about inheritance so often that I may ask for my safety?***



***May it keep your assets from probate? May that only be half the story?***

## A *JOINT IRREVOCABLE TRUST* VS. A *JOINT REVOCABLE TRUST*

### IRREVOCABLE TRUSTS VS. REVOCABLE TRUST

A living trust is one that the grantor, the individual who creates and funds the trust, sets up while alive.

Living trusts come in two forms:

- Irrevocable: A trust that can't be modified, amended or terminated without the permission of the beneficiary. After transferring assets into the trust, the written terms can't be changed.
- Revocable: A trust that can be altered or cancelled at any time by the grantor. Income earned from the assets are distributed to the grantor and the assets won't transfer to beneficiaries until after death.

### May this be advertising, or may it be a slow take over of Becker's Greenhouse?



### May Dad push Mom to inherit from Bruce after Troy's passing? *May Mom not want to?* *May this prevent Becker's Florist and Greenhouse from being added to a Trust?*

**In my opinion, this is an odd choice of words with an understanding of "Trusts."**



**Jon B. Turpin**
Oct 28 · 🌐

Working on controls for another grain operation. I'm thankful for all my loyal farm customers. I hope to keep earning your trust.



👍❤️ You, Jon F. Turpin and 32 others                    6 Comments



♡ Save          ⌂ Monitor          ⤓ PDF          ☰ List          ••• More

# Linda B Turpin

Age 65 years old

Born August 1958

Location Cambridge City, IN

Aliases Linda K Turpin, Linda B Turpin <u>View 2 more</u>

🗂 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                              ✓

---

🏠 522 W Maple St                                          <u>View 7 more</u>
   Cambridge City, IN 47327

---

📞 (765) 478-3258                                          <u>View 1 more</u>

---

✉ jft452003@yahoo.com                                     <u>View details</u>

---

❤ 1 relative found                                        <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                  <u>Learn more</u>

---

◀ No social media found                                   <u>Learn more</u>

---

📷 No photos found

---

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                           ⌃ ⌄

🖨 Print PDF    ✈ Email PDF

## Possible Phone Numbers

⊡ Alerts

❶ Learn more

Higher Confidence

### (765) 478-3258 (/app/generate/phone?phone=7654783258&referringBvid=N_MDAyNTc2MDg0ODE0)

Phone type Work Phone
Dates seen Sep 1984

View phone report (/app/generate/phone?phone=7654783258&referringBvid=N_MDAyNTc2MDg0ODE0)

Is this accurate?

Higher Confidence

### (765) 478-6900 (/app/generate/phone?phone=7654786900&referringBvid=N_MDAyNTc2MDg0ODE0)

Dates seen Nov 2013

View phone report (/app/generate/phone?phone=7654786900&referringBvid=N_MDAyNTc2MDg0ODE0)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

✉ **Possible Emails**

⊡ Alerts

👤 **Personal Emails (1)**

jft452003@yahoo.com (/app/generate/email?email=jft452003%40yahoo.com)   ✔ Best email address match

## Possible Address History

⊡ Alerts

❶ Learn more

8 addresses identified

 Overview

✔ Best address match

**522 W Maple St**
**Cambridge City, IN 47327**

Dates seen Sep 1984 - Jan 2018

Is this accurate?

---

Higher Confidence

**13 Mulberry St**
**Cambridge City, IN 47327**

Address type Old
Dates seen Sep 1984 - Sep 1984

Is this accurate?

---

Higher Confidence

**300 S Center St CC**
**Cambridge City, IN 47327**
**(/app/generate/property?**
**address=300%20S%20Center%20St.%20CC&city=Cambridge%20City&parent_id=183314107&**
**state=IN&zipcode=47327)**

Search this property (/app/generate/property?address=300%20S%20Center%20St.%20CC&city=Cambridge%20City&parent_id=183314107...

Is this accurate?

---

Higher Confidence

**363 S Brick Church Rd**
**Cambridge City, IN 47327**
**(/app/generate/property?**
**address=363%20S%20Brick%20Church%20Rd.&city=Cambridge%20City&state=IN&zipcode=4**
**7327)**

Search this property (/app/generate/property?address=363%20S%20Brick%20Church%20Rd.&city=Cambridge%20City&state=IN&zipcode=...

Is this accurate?

---

Higher Confidence

 Overview

## 13605 W Germantown Rd
## Milton, IN 47357
## (/app/generate/property?
## address=13605%20W%20Germantown%20Rd.&city=Milton&state=IN&zipcode=47357)

Search this property (/app/generate/property?address=13605%20W%20Germantown%20Rd.&city=Milton&state=IN&zipcode=47357)

Is this accurate?

Higher Confidence

## 101 Mulberry St
## Cambridge City, IN 47327
## (/app/generate/property?
## address=101%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Search this property (/app/generate/property?address=101%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

Higher Confidence

## 105 Mulberry St
## Cambridge City, IN 47327
## (/app/generate/property?
## address=105%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Search this property (/app/generate/property?address=105%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

Higher Confidence

## 9 Mulberry St
## Cambridge City, IN 47327
## (/app/generate/property?
## address=9%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Search this property (/app/generate/property?address=9%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

 Overview

WARNING: Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe, or other telemarketing activity contact restrictions and, as a reminder, our Terms [https://www.beenverified.com/faq/terms-conditions/] strictly prohibit use of our data for spam and other marketing activity.

# Possible Relatives

Alerts  ⋯

⌄ Learn more

## Alexis I I Turpin (/app/generate/person? bvid=N_MTg4NzYwMDc0NjEz&name=ALEXIS%20I%20I%20TURPIN)

Age 29
Lives in Tampa, FL
May also go by Alexis Irene Turpin, Alexis Ireneturpin

View person report (/app/generate/person?bvid=N_MTg4NzYwMDc0NjEz&name=ALEXIS%20I%20I%20TURPIN)

⌃ Show less contact info

| Address | 13907 Bittersweet Way |
| | Tampa, FL 33625 |
| | (/app/generate/property?address=13907%20Bittersweet%20Way.&city=Tampa&state=FL&zipcode=33625) |
| Dates seen | Jul 2022 - Aug 2023 |

| Address | 522 W Maple St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=522%20W%20Maple%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jan 2012 - Aug 2022 |

| Address | 2013 Brenton St |
| | Irving, TX 75062 |
| | (/app/generate/property?address=2013%20Brenton%20St.&city=Irving&state=TX&zipcode=75062) |
| Dates seen | Jul 2022 - Jul 2022 |

| Phone number | (765) 541-2140 (/app/generate/phone?phone=7655412140) |
| Dates seen | - |

| Phone number | (469) 426-0422 (/app/generate/phone?phone=4694260422) |
| Dates seen | - |

⌃ Show less relatives

## Juan Pablo Santos (/app/generate/person? bvid=N_MjM5ODE1MTY2OTk0&name=JUAN%20PABLO%20SANTOS)

Age N/A
Lives in Tampa, FL
May also go by Juan Pablo Salazar, Juan Pablo Santos Salazar, Salazar Santos

View person report (/app/generate/person?bvid=N_MjM5ODE1MTY2OTk0&name=JUAN%20PABLO%20SANTOS)

⌃ Show less contact info

| Address | 13907 Bittersweet Way |
| Overview | Tampa, FL 33625 |

(/app/generate/property?address=13907%20Bittersweet%20Way&city=Tampa&state=FL&zipcode=33625)

| Dates seen | Jul 2022 - Jul 2023 |
| --- | --- |

Is this accurate?

## Possible Marriage & Divorce Records

Alerts

No possible marriage & divorce records found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Names & Ancestry

Alerts

⏷ Learn more

### Linda

Originally a medieval short form of Germanic names containing the element *lind* meaning "flexible, soft, mild". It also coincides with the Spanish and Portuguese word *linda* meaning "beautiful". In the English-speaking world this name experienced a spike in popularity beginning in the 1930s, peaking in the late 1940s, and declining shortly after that. It was the most popular name for girls in the United States from 1947 to 1952.

Usage: English, German, Dutch, Italian, Swedish, Norwegian, Danish, Icelandic, French, Latvian, Finnish, Estonian, Hungarian, Czech, Slovak, Ancient Germanic

Info provided by behindthename.com (https://www.behindthename.com/)

Popularity of the name **Linda** over time

**Linda** was the

## 3rd most common name of **1958**

Sort name popularity by gender

| Male | Female |
| --- | --- |

Select a year

| 1958 |
| --- |

## Possible Associates

Alerts

**Shannon A Russell (/app/generate/person?bvid=N_MDAwMTc5ODgyMTgw&name=SHANNON%20A%20RUSSELL)**

≡ Overview
Age 52

Lives in Avon, IN

May also go by Shannon A Belork, Shannon A Warner, Shannon A Burk

View person report (/app/generate/person?bvid=N_MDAwMTc5ODgyMTgw&name=SHANNON%20A%20RUSSELL)

⊗ Show less contact info

| Address | 1884 Devonshire Ave |
|---|---|
| | Avon, IN 46123 |
| | (/app/generate/property?address=1884%20Devonshire%20Ave.&city=Avon&state=IN&zipcode=46123) |
| Dates seen | Jul 2020 – Aug 2023 |

| Address | 105 Mulberry St |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=105%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Sep 2017 - Oct 2020 |

| Address | 1554 Stanford Dr |
|---|---|
| | Avon, IN 46123 |
| | (/app/generate/property?address=1554%20Stanford%20Dr.&city=Avon&state=IN&zipcode=46123) |
| Dates seen | Sep 2019 – Aug 2020 |

| Phone number | (765) 977-0028 (/app/generate/phone?phone=7659770028) |
|---|---|
| Dates seen | - |

Is this accurate?

## Gillian Marianne Lukes (/app/generate/person? bvid=N_MDAxNTYzMTM2MDg4&name=GILLIAN%20MARIANNE%20LUKES)

Age 50

Lives in Leander, TX

May also go by Gillian Marianne Sharp, Gillian Marianne Bunger, Jillian M Sharp **+1 more**

View person report (/app/generate/person?bvid=N_MDAxNTYzMTM2MDg4&name=GILLIAN%20MARIANNE%20LUKES)

⊗ Show less contact info

| Address | 1808 Elaina Loop |
|---|---|
| | Leander, TX 78641 |
| | (/app/generate/property?address=1808%20Elaina%20Loop.&city=Leander&state=TX&zipcode=78641) |
| Dates seen | Oct 2019 - Aug 2023 |

| Address | 2101 Granite Springs Rd |
|---|---|
| | Leander, TX 78641 |
| | (/app/generate/property?address=2101%20Granite%20Springs%20Rd.&city=Leander&state=TX&zipcode=78641) |
| Dates seen | Feb 2019 - Jan 2022 |

| Address | 12600 Avery Ranch Blvd Apt 1121 |
|---|---|
| | Cedar Park, TX 78613 |
| | (/app/generate/property?address=12600%20Avery%20Ranch%20Blvd.%20Apt%201121&city=Cedar%20Park&state=TX&zipcode=78613) |

≡ Overview

| | |
|---|---|
| Dates seen | Apr 2014 - Apr 2021 |

Is this accurate?

## Charles Edward McCord (/app/generate/person?bvid=N_MDAxNjU3MDA2MzIx&name=CHARLES%20EDWARD%20MCCORD)

Age 66

Lives in Cambridge City, IN

May also go by Charles E Mc, Charles E Mc Cord

View person report (/app/generate/person?bvid=N_MDAxNjU3MDA2MzIx&name=CHARLES%20EDWARD%20MCCORD)

🔼 Show less contact info

| | |
|---|---|
| Address | 333 W Front St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=333%20W%20Front%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 1995 - Aug 2023 |

| | |
|---|---|
| Address | 105 Mulberry St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=105%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Sep 1999 - May 2014 |

| | |
|---|---|
| Phone number | (765) 478-3214 (/app/generate/phone?phone=7654783214) |
| Dates seen | - |

Is this accurate?

## Jane Ellen Weilenman (/app/generate/person?bvid=N_MDAyNjcyNDEyNTkx&name=JANE%20ELLEN%20WEILENMAN)

Age 65

Lives in Cambridge City, IN

May also go by Jane E Bertsch, Jane Welenman

View person report (/app/generate/person?bvid=N_MDAyNjcyNDEyNTkx&name=JANE%20ELLEN%20WEILENMAN)

🔼 Show less contact info

| | |
|---|---|
| Address | 240 S Germantown Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=240%20S%20Germantown%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 2004 - Aug 2023 |

| | |
|---|---|
| Address | 100 Chestnut St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=100%20Chestnut%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Dec 2016 - Jan 2022 |

Address Overview     222 S Germantown Rd

Cambridge City, IN 47327

(/app/generate/property?address=222%20S%20Germantown%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327)

**Dates seen**   Jun 2011 - Feb 2016

---

**Phone number**   (765) 478-6119 (/app/generate/phone?phone=7654786119)

**Dates seen**   -

Is this accurate?

---

## Mike G Weilenman (/app/generate/person? bvid=N_MDAyNjc0MjczMzk0&name=MIKE%20G%20WEILENMAN)

Age 69

Lives in Cambridge City, IN

May also go by Mikell Gerald Weilenman, G Weilenman Mikell, Gerald Weilenman Mikell +2 more

View person report (/app/generate/person?bvid=N_MDAyNjc0MjczMzk0&name=MIKE%20G%20WEILENMAN)

⊙ Show less contact info

**Address**   19 Myers Ave

Cambridge City, IN 47327

(/app/generate/property?address=19%20Myers%20Ave.&city=Cambridge%20City&state=IN&zipcode=47327)

**Dates seen**   Apr 2022 - Aug 2023

---

**Address**   212 W Main St

Cambridge City, IN 47327

(/app/generate/property?address=212%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

**Dates seen**   Sep 2008 - Feb 2022

---

**Address**   428 PO Box

Dublin, IN 47335

(/app/generate/property?address=428%20Po%20Box&city=Dublin&state=IN&zipcode=47335)

**Dates seen**   Jul 2018 - Jan 2021

---

**Phone number**   (765) 541-2895 (/app/generate/phone?phone=7655412895)

**Dates seen**   -

Is this accurate?

---

## Ajay Weilenman (/app/generate/person? bvid=N_MDA4MjcyNTY2NTkw&name=AJAY%20WEILENMAN)

Age 39

Lives in Cambridge City, IN

May also go by A J Weilenman, Aj J Weilenman

View person report (/app/generate/person?bvid=N_MDA4MjcyNTY2NTkw&name=AJAY%20WEILENMAN)

⊙ Show less contact info


Overview
Address   100 Chestnut St

| | |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=100%20Chestnut%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jan 2017 - Aug 2023 |

| | |
|---|---|
| Address | 212 W Main St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=212%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jan 2015 - Mar 2017 |

| | |
|---|---|
| Address | 67 PO Box |
| | Straughn, IN 47387 |
| | (/app/generate/property?address=67%20Po%20Box&city=Straughn&state=IN&zipcode=47387) |
| Dates seen | Mar 2016 - Jan 2017 |

| | |
|---|---|
| Phone number | (765) 541-9418 (/app/generate/phone?phone=7655419418) |
| Dates seen | - |

Is this accurate?

## Allison C Belork (/app/generate/person? bvid=N_MTg4NzYxODIwMDAy&name=ALLISON%20C%20BELORK)

Age 29
Lives in Fort Wayne, IN

View person report (/app/generate/person?bvid=N_MTg4NzYxODIwMDAy&name=ALLISON%20C%20BELORK)

⊘ Show less contact info

| | |
|---|---|
| Address | 4507 Wilmette St |
| | Fort Wayne, IN 46806 |
| | (/app/generate/property?address=4507%20Wilmette%20St.&city=Fort%20Wayne&state=IN&zipcode=46806) |
| Dates seen | Jan 2022 - Aug 2023 |

| | |
|---|---|
| Address | 320 N Graham St Apt C |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=320%20N%20Graham%20St.%20Apt%20C&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 2020 - Apr 2022 |

| | |
|---|---|
| Address | 105 Mulberry St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=105%20Mulberry%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jan 2018 - Feb 2021 |

Is this accurate?

## Juan Pablo Santos (/app/generate/person? bvid=N_MjM5ODE1MTY2OTk0&name=JUAN%20PABLO%20SANTOS)

Age N/A
Lives in Tampa, FL
Also known by Juan Pablo Salazar, Juan Pablo Santos Salazar, Salazar Santos

View person report (/app/generate/person?bvid=N_MjM5ODE1MTY2OTk0&name=JUAN%20PABLO%20SANTOS)

Show less contact info

| Address | 13907 Bittersweet Way |
| | Tampa, FL 33625 |
| | (/app/generate/property?address=13907%20Bittersweet%20Way,&city=Tampa&state=FL&zipcode=33625) |
| Dates seen | Jul 2022 - Jul 2023 |

Is this accurate?

# Possible Neighbors

Alerts

## Dylan Robert Bishop (/app/generate/person?bvid=N_MTcyMzg1Nzk0OTE0&name=DYLAN%20ROBERT%20BISHOP)

Age 31
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MTcyMzg1Nzk0OTE0&name=DYLAN%20ROBERT%20BISHOP)

Show less contact info

| Address | 535 W Maple St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=535%20W%20Maple%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Dec 2021 - Jun 2023 |

Is this accurate?

## Carreen E Bogue (/app/generate/person?bvid=N_MDAwMDcwOTU2MzA3&name=CARREEN%20E%20BOGUE)

Age 48
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAwMDcwOTU2MzA3&name=CARREEN%20E%20BOGUE)

Show less contact info

| Address | 535 W Maple St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=535%20W%20Maple%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Dec 2021 - Jun 2023 |

Is this accurate?

 Overview

## Possible Criminal or Traffic

Alerts

### Search county jurisdictions for digitized Criminal or Traffic Records

❓ Where do these sources of criminal data come from?

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitaly.

## Possible Bankruptcies

Alerts

### Search for digitized Bankruptcy Records

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your own due diligence.

## Possible Jobs

⚙️

♥ Learn more

Alerts

### TURPIN ELECTRIC, INC.

**(/app/search/contact?company=TURPIN%20ELECTRIC%2C%20INC.)**

Search other employees (/app/search/contact?company=TURPIN%20ELECTRIC%2C%20INC.)

Is this accurate?

 Overview

## Try the Contact Pro Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

## Possible Education

Alerts

No other possible education associated with Linda B Turpin found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Social Media

Alerts

No other possible social media associated with Linda B Turpin found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Owned Assets

Alerts

⊗ Learn more

Exact match assets only ⓘ                                                     ✓

🚗 1 Vehicle                                                              $6,097

Estimated total value

**$6,097**

✔ Exact Match

### 2008 FORD FOCUS

Example not found

 Overview

Make FORD
Model FOCUS
Year 2008
MSRP -
Est. Value $6,097

◔ Show less about this vehicle

This vehicle may be registered to

Name **LINDA TURPIN (/app/search/person?city=Cambridge%20City&fname=LINDA&ln=TURPIN&state=IN)**

Address 522 W Maple St. Cambridge City, IN 47327

Is this accurate?



BeenVerified

# Access **thousands** in rewards!

See rewards

Savings may be available in BeenVerified Member Perks through gift cards, cash back offers or discounts. Terms and conditions apply.




## Licenses and Permits

BONUS

### UCC filings
Notices filed by lenders to indicate an interest in Linda's personal property or collateral

BONUS

### DEA Licenses
Licensing for health care providers that enables the handling of controlled substances

BONUS

### Weapons Permits
Permits that may be required to carry or possess firearms and other weapons

BONUS

### Business Affiliations
Business filings associated with Linda, which may contain Linda's title and status

BONUS

 Overview   ### Professional Licenses

Licensing to professionally practice in fields such as health care, legal and construction, among others

BONUS

## Sporting Permits

Licensing required to participate in hunting, fishing and trapping activities

BONUS

## Piloting Licenses

FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

**View FREE BONUS DATA**

# Notes

⊘ Learn more

[···]

Add a note here...

Add a note

**Suggestions for You**

# Curious to find out even more about Linda?

Looking into people, addresses and contacts associated with Linda Turpin may yield even more insights

## Alexis I I Turpin

(/app/generate/person?
bvid=N_MTg4NzYwMDc0NjEz&name=ALEXIS%20I%20I%20TURPIN&trackingName=from%20cu
rious)

Immediate Relative

| View person report |
| --- |

(/app/generate/person?bvid=N_MTg4NzYwMDc0NjEz&name=ALEXIS%20I%20I%20TURPIN&trackingName=from%20curious)

## 300 S Center St. CC Cambridge City, IN 47327 (/app/generate/property?
address=300%20S%20Center%20St.%CC&city=Cambridge%20City&state=IN&trackingName=
from%20curious&zipcode=47327)

Related Address

| View property report (/app/generate/property?address=300%20S%20Center%20St.%CC&city=Cambridge%20City&state=IN&trackingName=fror |
| --- |

≡ Overview

363 S Brick Church Rd. Cambridge City, IN 47327 (/app/generate/property?
address=363%20S%20Brick%20Church%20Rd.&city=Cambridge%20City&state=IN&trackingNa
me=from%20curious&zipcode=47327)

Related Address

View property report (/app/generate/property?address=363%20S%20Brick%20Church%20Rd.&city=Cambridge%20City&state=IN&trackingName=

# How would you rate this report?



Rate out of 5 stars

NEW FEATURE

Protect yourself with complimentary $1M Identity Theft Insurance and Restoration services!    Enroll Now

(/app/dashboard/id-monitor)

# Search again

| PEOPLE | PHONE | PROPERTY | EMAIL | SOCIAL MEDIA | CONTACT PRO | VEHICLE |

First name                          M.I.          Last name

City                                All                              Age

**Search**

By clicking search, you agree not to use results to screen/decide upon employment, tenancy, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

Contact us
We pride ourselves on offering friendly and helpful support!

 Overview

**Chat with us live**
Available 24 hours

✉ support@beenverified.com (mailto:support@beenverified.com)
Available 24 hours

☻ Your Member ID is
**886424685**

# About Us

▸ About BeenVerified (https://beenverified.com/about)

▸ Member Perks (/app/dashboard/rewards)

▸ Testimonials (https://www.beenverified.com/about/testimonials)

▸ Careers (https://www.beenverified.com/careers)

▸ Press (https://www.beenverified.com/press)

▸ Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmIWRviTcVewj55RsyhS-l3Pqw/viewform)

▸ Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

# Help

▸ Customer Care (http://support.beenverified.com)

▸ Contact Us ()

▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

▸ FAQ (https://www.beenverified.com/faq/billing/)

▸ Do Not Sell or Share My Personal Information (/app/optout/search)

▸ Affiliates (https://www.beenverified.com/affiliates)

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

© 2023 BeenVerified, LLC (https://www.beenverified.com) . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

 Overview

Accessibility

Overview

*May they have been informed orally, via text, and by law enforcement we were moving?*

# THE
# SAFE HOMES ACT

## *What is The Safe Homes Act?*

A law that gives you or anyone in your household who is a victim of domestic or sexual violence (including dating violence, stalking, child abuse, and elder abuse) the right to:

- End your lease (written or oral) early and leave the home. Tenants who properly use the law will not be responsible for rent due after they leave.
- Change the locks to keep the abuser out

## ENDING YOUR LEASE EARLY

If you or anyone in your household is a victim of domestic or sexual violence, you can end the lease early, even when the abuser is a member of the household, if:

- There is a <u>credible imminent threat</u> of harm <u>on the premises</u>.
- You give the landlord <u>written notice</u> of the threat 3 days before or after you leave the home.

*May my Dad have made Mom illegally evict us after Dad committed domestic violence?*

[I simply won't disown my Mom] Genesis 2:24 [nor my Dad but it was time to go]
*"Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh."*

Prior to the "Opener Spat" my Mom had something I call the "Landlord Spat" around us.

During April of 2021 Mom had been out with Erin and entered the rental uninvited.
*Erin and I had plans that evening. Mom demanded she and Erin go out together.*



Unfortunately, I was in a meeting for work, but still took time to speak with my Mom.
*Erin and I let Mom know again we already had plans together as soon as I was off work.*

Mom may have been upset that she wasn't getting to spend more time with my fiance, and this I may understand, but it was a boundary, not personal. This may not have gone over well, and didn't seem to. But when courting, couples need time to plan together.

When Mom was asked to leave twice, then told to leave, talking turned into an argument.
*May this have been another time I wasn't working, may this have been less of an issue?*

Mom yelled at me, and I yelled "Get out, you need to go!" as I sat down in a kitchen chair.
*It was our wish for Mom to leave at the time, but equally for the argument to de-escalate.*

My Mom works very hard every day, and in my opinion Dad may be heavy to "carry" *so I attempt to show Mom in my body language that even if upset with her actions, she's safe. This did frustrate me, though, and Mom yelled*: "I'll *never* let a renter talk to me *like that*!"

While still upset Mom said she may kick me out of the rental as a landlord too so I asked:
"Did you come in as *my landlord* or *my Mom*?"
*This was just a reminder to Mom of boundaries.*

Mom and I may not need to discuss "spats" again.

**Before this, in February of 2021, 10 months before our wedding. I was sad that my grandma, "Mamaw" Coleen Turpin would purportedly pass away soon. I was also attempting to heal from a broken fibula head from the car accident, and to complete the insurance claim also from the accident. Dad approached me outside the rental.**

**Dad didn't ask how I was doing nor mention Mamaw, he just yelled "quit smoking!"**
*This stresses me and I've let Dad know, but Dad often begins conversations with this.*

**Dad had approached me and walked onto the rental property's cement steps.**
*This was outside the back door pictured in the "Landlord Spat" above and here.*



**Dad asked if I was done with my insurance claim yet, which was still ongoing.**
*I expressed frustration about the ongoing insurance claim, but none at my Dad.*

**Dad became upset and attempted to convince me to give up on the insurance claim.**
*I let Dad know I needed to follow it through to completion and told Dad he should go.*

**Dad responded to me with:**
*"Maybe you shouldn't have sold your condo yet!"*

**This stressed me greatly.**
*The condo sale was already on contract and I'm unsure I could even back out of it.*

**May Dad have wanted to kick me out of the rental while I had a broken fibula head?**
*May Dad have attempted to push Mom to kick me out when this didn't work?*

**Andrea is studying to be a therapist and reviewed "Autism Spectrum Disorder" with me.**
*May I have had to temporarily house my cats with another friend due to these events?*

Andrea's diagnosis of me before Dad.      |      Andrea cleaning Maylynn's food tray.



Before reporting Dad's behavior.      |      Afterward I was accused of hurting cats.
(My parents may have said this.)

**May it be that Andrea's initial diagnosis of me without outside interference was correct?**
*In my opinion, when I see Papaw rub his chair as he would speak, it may be hereditary.*
**Maybe Dad would have a motive to be dishonest about bad behaviors?**

***Supposedly* my parents met with the police chief of Cambridge City.**
***Supposedly* I was accused of making false reports, potentially by my parents.**



**Maybe they did? If so, my parents may have been told they had a frivolous case.**
***Maybe unbeknownst to Andrea, Dad has threatened my expungement repeatedly.***

**May this have been an attempt to convince us it wasn't safe to enter protective orders?**
***May these be veiled threats via Dad to cause me even more stress? If so, it worked.***

**Much of this I hear from Dad consistently. Now it's written by my Mom, Linda K. Turpin:**

Let me start by saying our conversations are over until he, him, someone can either be referred to as Jon or Dad.

I have cleaned and cleaned at 9 Mulberry. Cat puke was left for me to clean. I am still working on the smell in the back entry area. When a house is not maintained property it is not to be sold to that individual (Jon F. Turpin)

Moving out in the middle of the night without giving the 45 days notice as per the contract shows a total lack of following obligations/rules. Without another permanent location to go to, I call this totally irresponsible.

Posting private information, some skewed, some false on Facebook for all to see is unconscionable. Some of this information could get him sued for defamation of character.

Having a local policeman show up at our door at 1:30 A.M. to accuse Jon of taking a gun that belongs to JT and to tell us we were not to attend the wedding shows a total lack of respect that I cannot begin to fathom.

Ranting on and on about a trust fund. There is no trust fund. There is a trust. Read up on a trust. I don't feel like explaining it.

Moving in with Michael and Andrea and again bailing in the middle of the night. Having them move his belongings out of their house.

Somehow most of JT's "friends" are no longer talking to him. How can you alienate so many people in just a few weeks?

I am tired of JT's attitude on how to treat people, investments, get rich quick schemes, + drugs.

Bring a sheriff and local policeman to our property on Dec 27th has pushed me passed the limit on what I can tolerate.

I don't believe you were looking at houses or, at least, not seriously until JT jumped ship, so to speak.

Somewhat your items that were left on our property are in the 9 Mulberry garage. They can stay there until you find a place. No police, no sheriff, etc. when you come to get them. Just text me and I will leave you alone.

are in the 9 Mulberry garage. They can stay there when you find a place. No police, no sheriff, etc. when you come to get them. Just text me and I will leave you alone.

I do have your Christmas and Wedding Presents. I can place them in the 9 Mulberry garage, if I know when you will be arriving to get them (at a reasonable hour). I do not want to be present.

JT told me to leave him alone and give him space. I have no problem doing that.
There is so much more I could say, but this is enough.

Until JT and you are truly sorry about the things that have transpired, and JT seeks professional help, I prefer only to have limited contact by text messages.

I wish you both happiness

**May Dad and/or Michael defame me to Mom to remove me from a Revocable Trust?**
_**May the defamation leveled against me align with potential reasons for removal?**_

November 21, 2021

 Fritz Turpin

After this Thanksgiving & Christmas, I'm ending the cycle of abuse.

While my parents were always there for me in a way that didn't let me die or go hungry, I'll even say I never wanted. There's nothing that replaces love and acceptance from your parents. No amount of money can make up for it or change the heartbreak knowing they need professional help and have allowed their family to splinter because of their denial.

I'll start by saying I was a terror as a child from the time I was born, until 8 years old. I was born autistic, what used to be called Asperger's, because my mother, likely due to overwhelming stress from the death of her father 7 months before I was born, carried me low. Also, when I was born, I nearly suffocated to death when the umbilical cord was cut. This is one of the main correlations with Asperger's syndrome, and as a young child, I didn't know how to cope with MANY things. I was oversensitized, couldn't sleep and screamed every night as a baby, and until I was 4. According to Mom, but did she realize Dad had hurt me?

In the 1990s, before anyone knew how to truly handle autism, and it was often misdiagnosed, I could blow up if pushed, and didn't know how to escape my own head. Parents who have a child with autism can likely relate, and raising us can be so difficult.

My mother, to her credit, did this alone. My father was always working. It's what he truly loved to do, and he felt the duty to provide, but he couldn't handle being at home, besides when he had to be for cancer twice, which nearly killed him. As a kid I went with Dad to chemotherapy.

He buried himself in factory jobs, in his electrical business, he did what he felt was right as a man, and my mother spent days and nights, lonely, with me, trying to make sure I didn't implode then explode.

She did her very best. Alone. When Dad was home he wasn't emotionally.

Things weren't bad even though my mom would hold me down when I screamed and when I couldn't control my disorder. It was hard on her, I hated being held down on the floor and exploded even harder every time. Dad told Mom "get control of your son!" and to me "don't have fits."

It has to be said that I don't blame her, she had no help, no support, besides her mother, her father was dead, and my father wasn't home.

When I was old enough, I wanted to see my father and missed him dearly, so I'd stay up and sneak to the top of the stairs, to wait until he came home from 2nd shift. He would take me to bed and tell me stories of his childhood to put me to sleep, and those were my favorite times. I spent many days at school exhausted just to see my father, and sometimes got scolded for "waiting up" for Dad and his bedtime stories.

But things didn't get better, they got worse. My father was working so hard to build us a new home, one he wanted to live in. Bigger, nicer, newer, better than the smaller house my grandfather had gifted to them for $1    when they married. This was gifted to them just before my grandfather died of a fatal heart attack, but it was a home, truly.

During the construction of the new home my father was away, working. Mom has often handled our family affairs, even while she was a math teacher. Mom was simultaneously a teacher, accountant, and housewife.

The contractor, Merlin, supposedly took advantage of Dad's absence, and according to Dad Merlin was building a home for his son as well. I was told that Merlin was taking advantage of Mom, but Dad still didn't seem to take time the time off work to meet with the contractor.

This was manageable, until Merlin began to scream at my mother, unprompted, repeatedly, when she would ask him to perform his contractual obligations properly. He would never scream at my father that way, because Merlin knew the power dynamic.

One day I got home from school and I was about 10 years old, and Merlin was in the new kitchen, screaming at my mother, and raising his fists. When I say screaming, it's an understatement, this day is burned into my memory.

My mother was screaming, crying, which  Mom rarely did and in FEAR. I was afraid for her, and knew something was WRONG when she backed away from him. So I went to the garage and picked up the only thing I knew I could defend her with: my purple, metal, kids golf club.

I came back in the house to protect my mother and beat that man away from her or die trying. After yelling though, Merlin backed away and left. Keep in mind, I was 10 years old, but this event was traumatic to us both.

After that, after everything my mother had gone through, raising me and my sister alone, only having the support of her mother, she BROKE.

Things were never the same, she couldn't stand to be in the new house my father toiled for, and every day, without fail when I got home from school, my mother would look at me, sometimes crying and say "I HATE THIS HOUSE!" repeatedly.

She told my father, I told my father, he didn't hear her or understand because it seemed irrational, and to leave might have financially ruined us, but her feelings were valid.  According to Dad he was a "millionaire at 30" and we could have afforded to move. That house could NEVER be a home, it was ruined and should have been razed to the ground, and Merlin to me, instigated this event and right after my father should have handled him.   Razed = Torn Down.

But my father wouldn't move, he saw the money, he saw the time and effort, and he didn't want to live in the smaller house down the hill they were gifted. It was out of date, it didn't make sense to him, he didn't HEAR her. To this day Dad has refused to move without "modernizing" it.

About a year later living in the home began to affect my mother in ways I'd never seen from her even though I was incredibly difficult as a child. She would cry randomly but not let me see, she would lose her patience at the drop of a hat, and asking her a question was considered talking back. I don't blame Mom, in my opinion my Dad is, emotionally, a "brick."

One day I asked to go ride bikes with my friends before I did my homework, and I was beaten for asking. Punched 5 times in the back while I cowered near the front door, and then my mother broke down in the living room. Mom didn't physically hurt me, but it was shocking.

She never did it again, but once was too much. I told my father what happened and that we needed out of that house, PLEASE. But he didn't HEAR ME. The stress was too much. I must have been lying, or exaggerating. My mother swore she didn't hit me, because she never meant to and couldn't accept it, but it happened and it's the truth.

My mother slowly lost the ability to truly relate to me living in a house that made her feel physically ill. She lost the ability to be calm and patient, she lost the ability to be my MOM.

A couple years later are when my troubles in school began. I entered middle school alone, besides my little sister, who I tried to protect from the overwhelming depression of my mother, since my father was nearly never home.

The situation stressed him out so badly and was something he was so unprepared to handle, that he was home less. He didn't get to know me, and was only around when things go SO BAD that he was forced to step in. Most of the time my Dad spent with me after 10 years old was as a worker in his business, Turpin Electric, starting at $2/hr. It took him until he was walking down the hallway with me in middle school to realize how bad things had gotten: My father visited me at school and saw me smile and wave to another kid in the hallway.

He said "Who is that?"
Me: "My friend"
Father: "What's his name?"
Me: "I don't know."
Father: "How can he be your friend if you don't know his name?"
Me: "He's not mean to me."

This was a wake up call for him and he began to step in, but it was 2 years too late. My abuse at school had already begun after another boy I thought was my friend hurt me in an intimate way as I stayed the night. After this I never hung out with him, but I was defamed as "gay" at school.

I wasn't close enough to my parents to tell them about this, because all they saw was me floundering, and this made them fear I would fail. It put them in TERROR. Or at least it seemed this way: they didn't hear me.

This terror on top of my mother's grief and trauma, caused so many changes, so many horrible, unrelenting changes in my parents. As they had to constantly defend me against, sometimes nearly DEADLY abuse,

at the school system. They had no patience or energy left to be my mom and dad at home. Instead I was pushed harder to excel or fail.

They had to make sure I wouldn't fail, and the fear was so great, that they were focused on controlling my life to ensure I wouldn't end up dead, or destitute as I grew up. But I was excelling academically.

Unfortunately when my father failed my mother with their new house, it set off dominoes that couldn't be stopped. The environment made Mom ill.

My time at home was controlled, my privacy was removed just like the locks on my room door, my boundaries were violated and disallowed. I used to think that it was normal for parents to bust down your door if you closed it because you walked away because your mother screaming at you was too much to handle. Dad called our emotions "guilt trips."

When I got my first job outside of the family electrical business, which I did so my parents would let me sleep in the morning instead of screaming to wake me up at 7-8am every day. Always "Dad's business."

The money I worked for was controlled and I was budgeted to the point of oppression, I began to steal because if I bought ANYTHING with the money I had earned, my mother would fear for my future and scream at me, seeing it as frivolous. Every time. Mom kept trying to appease my Dad.

Every bit of my independence was a screaming match, every "gift" was leverage and used as control, for things as simple as me wanting to see my friends. If plans changed, as they will do, I wasn't allowed out of the house. So I did schoolwork before classes, slept in Algebra 2 and still got a B, and juggled my responsibilities in a way to escape "home." Things at school were even worse.

Unfortunately the dominoes continued to fall. I skipped 8th grade and started college at 15 to hasten my exit from the school system to get away from the abuse at school.

I began a job away from my father's business to get away from the abuse at home. Working 60 hours a week between two jobs from the time I was barely 16 until I graduated, while also taking college courses.

The remainder of my time not spent going on a date or two with girlfriends I was too damaged to date, I spent with my grandmother, Alice, who I called Nana. My lifeline. (Papaw also listened to me often.)

To me she was patient and sweet, understanding of my problems, and the only person in my life ALWAYS happy to see me.

During Frederick Becker's life, inheritance had been setup for the farm land to go to his only son, Steve Becker. Steve lived across the yard from his Mom, my Nana, and had farmed the land with Frederick most of his life. This also made sense in traditional German custom, especially since Mom was supposedly married to my Dad with a dowry. In fact, Dad said he went to Frederick first and asked "what will you pay me to marry your daughter?" If so, Dad received his and Mom's inheritance "up front" if Dad kept his word. Shortly before being declared incompetent, Nana was taken to change her will to leave 1/3 of the estate to each of her children. This may sound fine, but Dad already received his portion. Dad also told me Steve disowned Nana.

The tragedy of Alice losing her son after she had already lost her husband, Frederick Becker, prematurely from a heart attack... it broke my Nana, and she went into a deep depression. The kind you don't come back from. Nana also developed Shingles from the stress, it got in her eye. According to Mom this may have hurt her brain. She began to slip into demensia in her early 70s, set off by a second, unbearable tragedy in her life. And I began to lose my grandmother. My mother began to lose her only support. Her mother. Dad may not grieve.

As a teenager I believed what my Dad had told me, but Steve never said that he had disowned his Mom. Converse to this, Steve and his family still visited his Mom (my grandmother) in "Friends Fellowship" often. This despite family turmoil and defamation leveled against him by Dad.

Steve: "We both know your mother's insane, you don't have to go along with her." While Steve said this, it was a bad day, and I forgive him in full:

Unfortunately, since Dad rarely approaches anyone with his words except one-on-one, my Mom was pantomiming what Dad had said. When Mom and Steve were at Nana's at the beginning of the custody battle for her (Alice Becker), Steve was understandably upset. What was being done was not only against tradition, but it was against Frederick Becker's dying wishes, and Nana's previous wishes before she began dementia. What Mom was doing likely did seem very "off the wall" but I was too young to realize Dad might be causing this sad "circus show."

Almost every day I went to college starting at 15, I would go across the

highway to that assisted living home before, and after my classes. To have dinner or sit with my grandmother as she slowly forgot everyone she knew and slipped into Alzheimer's from the trauma she had experienced.

One day she forgot me, and I grieved one of the few people I felt knew, loved, and accepted me before my wife-to-be (now wife), Erin.
I had sang at "Friend's Fellowship" with a gospel quartet I performed in with Ken Lewis, and Charley Smith. We made a demo to give to my Nana. Then, one day Alice's body finally gave out, just before I could make it from Indy to be with her when she passed. And I grieved her again, finally faced with both the death of her mind, and the death of her body. Nana loved when I sang for her, and according to Mom, some of her last words were "put on the music" until they put in our demo.
Then I was alone, except for my friends that had become my family. I tried for years to bridge the gap with my parents, always being seen by them as someone on the brink of failure. An "angry boy with no future."

I learned to believe in myself no matter what ANYONE said, beyond the screams and heartbreak, and entered myself into therapy because I wanted help. Even a Ph.D. psychologist recommended individual therapy.

Help to handle the heartbreak, help to handle the pain, help to be allowed to love myself. Help that others in my life so desperately need.

Along the way any misstep was seen as the precipice of failure, and I lived without actual support. Gifts were still leverage, and on the two occasions in my adult life I needed monetary help, it was used as leverage with the threat of taking away everything I had built myself if I even spoke the wrong words or tried to express myself.

After years of pursuing help and making my own way, I came back home, to where I grew up, but still was seen as the damaged and tortured boy who needed to be controlled. Dad's "punishments" of me.

Someone who supposedly succeeded "in spite of myself." At least to Dad.

As a black sheep that changed its wool, being forcibly repainted black by those who didn't take the journey to love themselves.

This is the biggest heartbreak I've ever experienced. I still Love and accept my parents for who they are, in the way they can't accept me. But I love myself enough not to continue to allow the cycle.

I wish I had some magic words of wisdom for anyone who has experienced something similar. But all I can say, is love yourself.

**In my opinion, this post may not have been appropriate for Facebook. I'm sorry.** *When Dad approached me again aggressively and made other threats, (though he told law enforcement he'd leave us alone). I was in fear. Dad "apologized" & I took it down.*



**Nicholas Fletcher**
You've got the strength and knowledge to be better than your parents ever were and the will to do it! Don't forget you've got some damn good friends too if you ever need reminding of that!

Like   Reply   1y

**Neil King**
JT...I am sorry about your past... you're different now... smarter, stronger... You have a bright future... look ahead, to your life with Erin.

Like   Reply   1y

**Brandi Kay Garvin**
I am so proud of you and even through all of this you are wonderful it's sad they have missed out on such a phenomenal person. You are stronger than you knew and we have seen that first hand lately. Just like I said the other day it's time for Jon, it's your turn to live your life. Love you and Erin and always here for you both

Like   Reply   1y

**Jasmine Matherly**
I'm proud of you bud. Like I said before, it's time to really take care of yourself, and your future family. You've got this 100% and your friends stand behind you all the way.

Like   Reply   1y

**Phyllis Savoy**
Awe JT had no idea. Let me tell you how I know JT. He attended our Vocational School here in Connersville. He wanted to be an intern in our technology department, which is the department I worked in. He was not only respectful, but a very smart and exc... **See more**

Like   Reply   1y

**Mike Buckland**
You my friend, have given me a different view of the way I look at the childern that come skating. You really never know how any childs home life is and I hope you find much joy in the future!!!!

Like   Reply   1y

**Natalie Roberts**
You could write a book and many would read it. Title should include something about living with autism. You would definitely be a role model for many that feel they are not good enough. You are doing great

Like   Reply   1y

 **Josh King**
So we are finally going to talk about this stuff publicly good 👍 ···

Like   Reply   1y                                                    👍 3

 **Tanya Garza Erb**
I just want to hug you again. Jon you are a handsome, smart, thoughtful, considerate, loving and above all, my son's best friend.

YOU ARE FAMILY TO US!!!
ALWAYS. I'VE WATCHED YOU GROW FROM AN EIGHT YEAR OLD BOY, TO THE MAN I AM EXTREMELY Proud OF!!!
MOM WOULD LOVE TO HAVE SEEN THE GROWTH, UNDERSTANDING & MATURITY INTO the MAN you've became.

I must say this though, you're getting married, you're own family, moving on and moving out!!
That door behind us (past) is extremely heavy and may take longer time to shut but never open it again.

Math and Life, go hand and hand...                                          ···
First take all negativity out, which you began with all of us, friends whom are you're family,yesterday as we packed that U-Haul.

Physics, push anything and we get resistance...

They pushed you to far. Getting that off you're chest and released is great.

Now you've got this. Look forward, shut that door, tear off the rear view mirrors if you must.
That was then, this is now..

FALLING DOWN DOESN'T MAKE US FAILURES, BUT STAYING DOWN 🍗

DOES

NOT A FAILURE BUT A BLESSING TO ME!
I LOVE YOU BUB!!!

1y   Edited

 **Brian Phillip Jenkins**
You've always been one of our sons since that first day you came to visit us when we moved to Cambridge City. You and our boys were quite a team through high school. Blessings on your upcoming marriage.

Like   Reply   1y                                                          ···

 **Brian Phillip Jenkins**
Genesis 2:24 "Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh." You have begun the "leaving" and now begins the "cleaving." God's speed.

## *May coercion to sign a contract for bail, lawyer, assets, and inheritance be exploitation?*

**ABUSE, NEGLECT AND EXPLOITATION**

## What financial exploitation is

Financial exploitation occurs when someone improperly uses the money, assets or resources of a person with disabilities or an older adult to the abuser's advantage or to the disadvantage of the person with disabilities or older adult.

Examples of financial exploitation include:
- Stealing or misusing the victim's checks, credit cards or money
- Forging the victim's signature
- Forcing or deceiving the victim into signing checks, estate planning documents, contracts or other documents
- Taking the victim's possessions without permission
- Misusing a power of attorney to the exploiter's benefit

If you are concerned that a person with a disability or an older adult (60 or older) is being financially exploited, you may take action by following one or more of the options below.

## Reporting financial exploitation to state agencies

Several state agencies can investigate reports of financial exploitation and protect people with disabilities or older adults from further harm. Which agency investigates the report depends on a few factors, such as whether the exploitation occurred in a domestic setting or as part of a licensed program, and how that program is licensed.

You do not need to know detailed information about a facility's licensure or the victim's living situation or program to make a report. You should call any one of the agencies below if you are concerned that a caregiver or other person is financially exploiting a person with disabilities or an older adult. The person answering your call will help you determine the correct agency to receive the report.

Each agency has a hotline that is available 24 hours a day, seven days a week. The person taking your call will ask you for information, which may include:

- The victim's name, address, telephone number, age, and condition
- The alleged exploiter's name and relationship to the victim
- As much detail as possible about why you believe the victim is being financially exploited
- Whether the victim is in immediate danger
- Names and contact

## Reporting to the Department on Aging

The Illinois Department on Aging's Adult Protective Services unit investigates allegations of abuse, neglect and financial exploitation of people with disabilities and older adults when the victim lives in a domestic living situation or while engaged in activities in his or her community. A domestic living situation is either a community-based unlicensed facility or a home where the person with a disability or older adult lives alone, with family, with a support worker or caregiver, or with others.

## 25. Exploitation

People in their life are viewed as objects to meet the narcissist's needs. They will take advantage of others without guilt or shame. They do not think about how their actions affect others, leaving their victims feeling unloved and uncared for.

**This card references a contract as a "loan" which was only partially accurate.**
**_May I have been forced to take a loan and threatened to have no bail nor lawyer nor life?_**



NAME _Josh Turpin_     DATE _1-5-17_

Married__ Single__ Div__ Sep__ Living w/someone✗ Widowed__ Signif. Rel &

Children (Chelsea - da - 6) "artistic - lost custody -

Presenting problem: Ex - Fiancé - ADHD, OCD - (mild autistic)

## May a "lack of insight" be caused due to living with a narcissistic Dad?
### _May this have been different if I wasn't viewed as "guilty until proven innocent?"_

Anxiety___ inc heart rate___ Restlessness___ Worry Y Racing thoughts Y Irritability Y Sad Y

Anger outbursts N Withdrawn N Fatigue N Dec. Conc. Y Indecisive Y Helplessness Y

Hopelessness N Crying N Sleep___ N Appetite___ N

Suspiciousness___ Delusions___ Hallucinations___ Dec. in ADL___

Suicide N thoughts H Si plan___ intent___ means___

Homicide: thought No plan___ intent___ means___

Violence___ writing

Self-mutilation___ NO

Past history___

Substance Abuse: 2-3x week - 3 beers

Past treatment: PTSD - from High School - People thought he was gay - but Helpful

Legal Issues: Felony charges Pending

Work Issues: missed due to charges - hard to get stuff done

Medical Issues: structure - past -

Education: BA - @ IUPUI

Religion: Not - believe                          Worked full-time since 16

Financial Issues: Not before incident - $4,000 a year - Attorney Fees - pays for Chelsea

Family of Origin: - P's - No emotional Support
→ Made him leave at 19 -
- P's argue like kids - in Cambridge City -
- Had to sign loan for lawyer -
- Never felt loved by P's - low self-esteem - w/ chelsea to feel love - shows her love -
- Feels he's dad to Parent his Parents

## 2. Emotional Abuse

Emotional abuse could include accusing, belittling, blaming, bullying, criticizing, demanding, ordering, raging, sarcasm, shaming, or threatening.

| Support System: | *"Kind of" Parents* |

Hobbies/leisure: *Video games - puts all into work*

**May I not be very "good" at League of Legends, but enjoyed it with friends?**

**Mastery points ranking**

| | Summoner | Mastery Points | Rank |
|---|---|---|---|
| 1. | ExQxr N/A | 5,930,887 | Platinum IV |
| 2 | HAKAZE0157 N/A | 4,172,191 | Iron III |
| 3 | Fuego Sagrado N/A | 3,584,759 | Gold III |
| 4. | Mao Mao Dan Ta N/A | 3,428,732 | Diamond II |
| 5. | LETHAL JARVAN IV N/A | 3,084,425 | Gold IV |
| 6. | knifeplay N/A | 2,988,329 | Platinum IV |
| 7. | Gold Grenade N/A | 2,728,126 | . |
| 8. | Chuy409 N/A | 2,631,508 | Platinum IV |
| 9. | Rank1InMyHead N/A | 2,574,328 | Silver II |
| 10 | james abc111 N/A | 2,489,843 | . |

**May I practice the same "champion" most of the time due to a lack of coordination?**
***May I also simply enjoy how the champion "Jarvan IV" works when playing the game?***
***May this be another sign of a hidden disability?***

*TURPIN ELECTRIC, INC. MAY TECHNICALLY BE AN S CORPORATION DUE TO MY PARENTS BEING MARRIED AND IT STARTING AS AN INDIVIDUAL C CORPORATION.*

## Business Details

| | |
|---|---|
| Business Name: TURPIN ELECTRIC, INC. | Business ID: 2004620160207 |
| Entity Type: Domestic For-Profit Corporation | Business Status: Active |
| Creation Date: 01/28/2004 | Inactive Date: |
| Principal Office Address: 1 MULBERRY ST, Cambridge City, IN, 47327 - 1908, USA | Expiration Date: Perpetual |
| Jurisdiction of Formation: Indiana | Business Entity Report Due Date: 01/31/2024 |
| | Years Due: |

### Incorporators Information

| Title | Name | Address |
|---|---|---|
| Incorporator | ERICA B. TURPIN | 232 W MAPLE ST, CAMBRIDGE CITY, IN 47327 USA |
| Incorporator | JON H. TURPIN | 232 W MAPLE ST, CAMBRIDGE CITY, IN 47327 USA |

Page 1 of 1, record 1 to 2 of 2

### Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | Erica B. Turpin | 1 Mulberry St, Cambridge City IN 47327 USA |
| Vice President | Jon H. Turpin | 1 Mulberry St, Cambridge City IN 47327 USA |
| Vice President | Jon H. Turpin | 1 Mulberry St, Cambridge City IN 47327 USA |

Page 1 of 1, record 1 to 3 of 3

### Registered Agent Information

Type: Individual

Name: JON H. TURPIN

Address: 1 MULBERRY STREET, CAMBRIDGE CITY, IN, 47327, USA

THROUGH THE TAX LOOPHOLES FALSELY USED VIA THE REVOCABLE TRUST, FAMILY MEMBERS WITHIN THE REVOCABLE TRUST WHO AREN'T NON-RESIDENT ALIENS AND SHARE THE FAMILY NAME MAY WRONGFULLY BE CONSIDERED AS BUSINESS ASSETS AND PART OF THE CORPORATION VIA EXTENSION FROM A C OR AN S CORPORATION.

WITH MY MOM AS THE PRESIDENT OF THE COMPANY, AND THE ACCOUNTANT, THEIR CHILDREN MAY WRONGFULLY BE VIEWED AS SIMULTANEOUSLY FAMILY TO MY MOM AND BUSINESS ASSETS TO MY DAD IN A CONSPIRACY SCHEME: "FAMILY BUSINESS."

THIS MAY CREATE A SITUATION WHERE THE CHILDREN ARE VIEWED AS BUSINESS ASSETS BY MY DAD, AND FAMILY BY MY MOM CAUSING THE IMPOSSIBILITY TO EXIT THE REVOCABLE TRUST SAFELY WITHOUT ALSO EXITING THE FAMILY, WHICH ONLY ALLOWS MY DAD TO CLAIM THE CHILDREN DISOWNED MY MOM AND THE FAMILY.

THIS CAUSES A LOGICAL FALLACY AND CREATES AN OPENING FOR NARCISSISTIC ABUSE OF THE MOTHER UNLESS THE CHILDREN REMAIN HALF IN AND OUT OF THE REVOCABLE TRUST. THE ONLY WAYS TO DO THIS ARE TO MARRY AN OUT-OF-STATE RESIDENT, OR NON-RESIDENT ALIEN, AND FOR NO ONE TO CHANGE THEIR NAMES.

HOWEVER, GRANDCHILDREN MUST TAKE THE LAST NAME OF FAMILY NOT IN THE REVOCABLE TRUST TO ESCAPE CONTROL, REMOVING THEM FROM INHERITANCE. *IN MY OPINION, THIS IS A MODERN-DAY FALSE LOOPHOLE EQUIVALENT TO SLAVERY.*

Index current as of 12/21/2021, 7:17 PM CST

Current as of 12/23/2021 4:22 AM ✔

**Details for
2018004250**
Wayne County, IN (Documents validated through:
12/22/2021, 1:30 PM CST)

Preview⬚

## Document Information

| | | | | | |
|---|---|---|---|---|---|
| Document Number: | 2018004250 | County: | Wayne County, IN | Type: | DEED : DEED- WARRANTY |
| Date: | Jun 4, 2018 | Time: | 3:35:17 PM | Execution Date: | May 29, 2018 |
| Amount: | 0.00 | Page Count: | 3 | Return To: | |
| Notes: | | | | | |

## Party Information

| Party Name: | Role: | Address: |
|---|---|---|
| TURPIN, JON B | GRANTOR | |
| TURPIN, LINDA B | GRANTOR | |
| TURPIN, LINDA K | GRANTOR | |
| JON B TURPIN JOINT REVOCABLE TRUST | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| LINDA B TURPIN REVOCABLE TRUST | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN REVOCABLE TRUST, JON B | GRANTEE | 822 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN REVOCABLE TRUST, LINDA B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN, JON B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN, LINDA B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |

## Property Information

| Description: | Address: | Notes: | |
|---|---|---|---|
| 27-16-12 NW 0.56 | IN | | map⬚ |
| 27-16-12 NW 1.948 | IN | | map⬚ |
| 27-16-12 NW 0.44 | IN | | map⬚ |
| 27-15-12 NW 0.15 | IN | | map⬚ |
| 27-16-12 NW 0.60 | IN | | map⬚ |

You may need to download this map viewer to view GIS maps and information (works only in Internet Explorer)

Jon D. Turpin + Linda K. Turpin

Joint Revocable Trust

(According to Linda K. Turpin)

Purported → RULES ← Established

[How to be Removed] √13. Death

√1. Felony          √7. Non-Indiana Residency
√2. Incompetency    √8. Too Few Assets in Wayne County
3. Guardianship  √9. Drug Addictions
√4. Conservatorship  √10. No 'Progeny'
√5. Interdiction   √11. Sex Offender
√6. Institutionalized  √12. Declaring a Power of Attorney

What Dad
may have attempted
on me has a check.