♡ Save          ♤ Monitor          🅿 PDF          ☰ List          ⋯ More

# Tanya Darlene Erb

Age 53 years old

Born September 1970

Location Cambridge City, IN

Aliases Tanya Erb, Tanya Moffitt  View 7 more

🔖 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                          ✓

🏠 1725 N Jacksonburg Rd # 47327                                       View 14 more
   Cambridge City, IN 47327

📞 (765) 541-1497                                                            View 4 more

✉ tanyamoffitt70@gmail.com                                             View 9 more

♥ 18 relatives found                                                         View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                                View details

✐ No social media found                                                   Learn more

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                                      

🖶 Print PDF    ✒ Email PDF

# Possible Phone Numbers

Alerts

⊙ Learn more

✔ Best phone number match

### (765) 541-1497 (/app/generate/phone?
### phone=7655411497&referringBvid=N_MDAwNzUzODE5MTk4)

Phone type Mobile

View phone report (/app/generate/phone?phone=7655411497&referringBvid=N_MDAwNzUzODE5MTk4)

Is this accurate?

Higher Confidence

### (765) 520-0682 (/app/generate/phone?
### phone=7655200682&referringBvid=N_MDAwNzUzODE5MTk4)

Phone type Mobile
Dates seen Aug 1988 - Aug 2023

View phone report (/app/generate/phone?phone=7655200682&referringBvid=N_MDAwNzUzODE5MTk4)

Is this accurate?

Higher Confidence

### (765) 729-5634 (/app/generate/phone?
### phone=7657295634&referringBvid=N_MDAwNzUzODE5MTk4)

Phone type Mobile
Dates seen Aug 1988 - Aug 2023

View phone report (/app/generate/phone?phone=7657295634&referringBvid=N_MDAwNzUzODE5MTk4)

Is this accurate?

Higher Confidence

### (765) 334-8114 (/app/generate/phone?
### phone=7653348114&referringBvid=N_MDAwNzUzODE5MTk4)

View phone report (/app/generate/phone?phone=7653348114&referringBvid=N_MDAwNzUzODE5MTk4)

Is this accurate?

Higher Confidence

## **(812) 746-4032 (/app/generate/phone? phone=8127464032&referringBvid=N_MDAwNzUzODE5MTk4)**

Phone type Possible Mobile

View phone report (/app/generate/phone?phone=8127464032&referringBvid=N_MDAwNzUzODE5MTk4)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

✉ **Possible Emails**                                                    Alerts

⚙ **Professional (1)**                                              **Learn more** ⓘ

terry.frantzen@coldwellbanker.com (/app/generate/email?email=terry.frantzen%40coldwellbanker.com)   Higher Confidence

👤 **Personal Emails (9)**

tanyamoffitt70@gmail.com (/app/generate/email?email=tanyamoffitt70%40gmail.com)   ✔ **Best email address match**

tawni92870@aol.com (/app/generate/email?email=tawni92870%40aol.com)   Higher Confidence
Last seen: 05/20/2020

tanya92870@aol.com (/app/generate/email?email=tanya92870%40aol.com)   Higher Confidence
Last seen: 05/20/2020

● Show more

# Possible Address History

Alerts

✔ Learn more
15 addresses identified

 Overview



✔ Best address match

## 1725 N Jacksonburg Rd # 47327
## Cambridge City, IN 47327
## (/app/generate/property?
## address=1725%20N%20Jacksonburg%20Rd.%20%23%2047327&city=Cambridge%20City&par
## ent_id=144160787&state=IN&zipcode=47327)

Dates seen Feb 2005 - Apr 2018

Search this property (/app/generate/property?address=1725%20N%20Jacksonburg%20Rd.%20%23%2047327&city=Cambridge%20City&pa...

Is this accurate?

---

Higher Confidence

## 11475 Grant St
## Armona, CA 93202

Dates seen Dec 1996 - Dec 2017

Is this accurate?

---

Higher Confidence

## 125 Duggin Switch Rd
## Vine Grove, KY 40175
## (/app/generate/property?
## address=125%20Duggin%20Switch%20Rd.&city=Vine%20Grove&state=KY&zipcode=40175)

Dates seen Dec 1995 - Dec 1995

Search this property (/app/generate/property?address=125%20Duggin%20Switch%20Rd.&city=Vine%20Grove&state=KY&zipcode=40175)

Is this accurate?

Higher Confidence

## 720 S 15th St Apt D3
## New Castle, IN 47362
## (/app/generate/property?
## address=720%20S%2015th%20St.%20Apt%20D3&city=New%20Castle&parent_id=140931809
## &state=IN&zipcode=47362)

Dates seen Oct 1995 - Oct 1995

Search this property (/app/generate/property?address=720%20S%2015th%20St.%20Apt%20D3&city=New%20Castle&parent_id=14093180...

Is this accurate?

Higher Confidence

## 1020 Hale Ave Apt 1
## Corcoran, CA 93212
## (/app/generate/property?
## address=1020%20Hale%20Ave.%20Apt%201&city=Corcoran&parent_id=29530700&state=CA
## &zipcode=93212)

Dates seen Aug 1995 - Aug 1995

Search this property (/app/generate/property?address=1020%20Hale%20Ave.%20Apt%201&city=Corcoran&parent_id=29530700&state=C...

Is this accurate?

Higher Confidence

## 1574 S Wilson Rd Apt 218
## Radcliff, KY 40160
## (/app/generate/property?
## address=1574%20S%20Wilson%20Rd.%20Apt%20218&city=Radcliff&parent_id=158196719&s
## tate=KY&zipcode=40160)

Dates seen Jun 1993 - Jun 1993

Search this property (/app/generate/property?address=1574%20S%20Wilson%20Rd.%20Apt%20218&city=Radcliff&parent_id=158196719...

Is this accurate?

 Overview

Higher Confidence

## 1223 S 18th St
## New Castle, IN 47362
## (/app/generate/property?
## address=1223%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362)

Dates seen Aug 1988 - Aug 1988

Search this property (/app/generate/property?address=1223%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362)

Is this accurate?

---

Higher Confidence

## 315 W Church St # 47327
## Cambridge City, IN 47327
## (/app/generate/property?
## address=315%20W%20Church%20St.%20%23%2047327&city=Cambridge%20City&parent_id=
## 144157523&state=IN&zipcode=47327)

Dates seen Jan 2011

Search this property (/app/generate/property?address=315%20W%20Church%20St.%20%23%2047327&city=Cambridge%20City&parent_id...

Is this accurate?

---

Higher Confidence

## 500 W Main St
## Cambridge City, IN 47327
## (/app/generate/property?
## address=500%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Dates seen Mar 2007

Search this property (/app/generate/property?address=500%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

---

Higher Confidence

## 2105 S 18th St
## New Castle, IN 47362
## (/app/generate/property?
## address=2105%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362)

Dates seen Jul 2015

Search this property (/app/generate/property?address=2105%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362)

Is this accurate?

Higher Confidence

## 1095 S Jacksonburg Rd
## Cambridge City, IN 47327
## (/app/generate/property?
## address=1095%20S%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=473
## 27)

Dates seen Nov 2004

Search this property (/app/generate/property?address=1095%20S%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47...

Is this accurate?

Higher Confidence

## 2109 S 18th St
## New Castle, IN 47362
## (/app/generate/property?
## address=2109%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362)

Dates seen Oct 2018

Search this property (/app/generate/property?address=2109%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362)

Is this accurate?

Higher Confidence

## 310 Shawnee Ave
## Cambridge City, IN 47327
## (/app/generate/property?
## address=310%20Shawnee%20Ave.&city=Cambridge%20City&state=IN&zipcode=47327)

Dates seen Aug 2005

Search this property (/app/generate/property?address=310%20Shawnee%20Ave.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

 Overview

Higher Confidence

## 3206 Beeson Ave
## Connersville, IN 47331
## (/app/generate/property?
## address=3206%20Beeson%20Ave.&city=Connersville&state=IN&zipcode=47331)

Dates seen Jul 2014

Search this property (/app/generate/property?address=3206%20Beeson%20Ave.&city=Connersville&state=IN&zipcode=47331)

Is this accurate?

Higher Confidence

## 364 PO Box
## Dublin, IN 47335

Dates seen Jul 2003

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

# Possible Relatives

Alerts

◇ Learn more

## Joseph Mark Moffitt (/app/generate/person?
## bvid=N_MDAxNzQ5OTE5MzYw&name=JOSEPH%20MARK%20MOFFITT)

Age 51
Lives in Cambridge City, IN
May also go by Joseph M Moffit

View person report (/app/generate/person?bvid=N_MDAxNzQ5OTE5MzYw&name=JOSEPH%20MARK%20MOFFITT)

◇ Show less contact info

| Address | 1725 N Jacksonburg Rd |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1725%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jun 2012 - Aug 2023 |
| Address | 16942 Hoover Rd |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=16942%20Hoover%20Rd.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Sep 2017 - Aug 2023 |
| Address | 126 N 10th St Apt 7 |

New Castle, IN 47362

(/app/generate/property?address=126%20N%2010th%20St.%20Apt%207&city=New%20Castle&state=IN&zipcode=47362)

| | |
|---|---|
| **Dates seen** | Oct 2016 - Feb 2018 |

**Phone number** (765) 334-8226 (/app/generate/phone?phone=7653348226)

**Dates seen** -

Is this accurate?

## Teddy Eugene Erb (/app/generate/person? bvid=N_MDAwNzUzMjUyNjE2&name=TEDDY%20EUGENE%20ERB)

Age 58
Lives in New Castle, IN
May also go by Ted E Erb

View person report (/app/generate/person?bvid=N_MDAwNzUzMjUyNjE2&name=TEDDY%20EUGENE%20ERB)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 1105 McCormack Dr |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1105%20McCormack%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| **Dates seen** | Jul 2004 - Aug 2023 |
| **Address** | 1223 S 18th St |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1223%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362) |
| **Dates seen** | Aug 1988 - Feb 2011 |
| **Address** | 1709 A Ave |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1709%20A%20Ave.&city=New%20Castle&state=IN&zipcode=47362) |
| **Dates seen** | Nov 1997 - Jun 2004 |

**Phone number** (765) 593-0406 (/app/generate/phone?phone=7655930406)

**Dates seen** -

Is this accurate?

## Heather N Moffitt (/app/generate/person? bvid=N_MTkxNjAyNjQwNTU2&name=HEATHER%20N%20MOFFITT)

Age 28
Lives in Cambridge City, IN
May also go by Heather Muffitt, Heather S Moffitt

View person report (/app/generate/person?bvid=N_MTkxNjAyNjQwNTU2&name=HEATHER%20N%20MOFFITT)

⊙ Show less contact info



Overview
Address 21 High St

Cambridge City, IN 47327

(/app/generate/property?address=21%20High%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

| Dates seen | Apr 2015 - Aug 2023 |
|---|---|

| Address | 991 S County Road 375 E |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=991%205%20County%20Road%20375%20E&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Jul 2014 - Jul 2019 |

Is this accurate?

## Erich Maximillian Headrick (/app/generate/person? bvid=N_MDAxMDkwMzIwNTM5&name=ERICH%20MAXIMILLIAN%20HEADRICK)

Age 58

Lives in Coalinga, CA

May also go by E M Headrick, Erich Maxmillian Headrick

View person report (/app/generate/person?bvid=N_MDAxMDkwMzIwNTM5&name=ERICH%20MAXIMILLIAN%20HEADRICK)

⊗ Show less contact info

| Address | 115 Hill View Ln |
|---|---|
| | Coalinga, CA 93210 |
| | (/app/generate/property?address=115%20Hill%20View%20Ln.&city=Coalinga&state=CA&zipcode=93210) |
| Dates seen | Jan 2021 - Aug 2023 |

| Address | 570 Echo Valley Rd |
|---|---|
| | Salinas, CA 93907 |
| | (/app/generate/property?address=570%20Echo%20Valley%20Rd.&city=Salinas&state=CA&zipcode=93907) |
| Dates seen | May 2019 - Aug 2022 |

| Address | 7969 Soquel Dr |
|---|---|
| | Aptos, CA 95003 |
| | (/app/generate/property?address=7969%20Soquel%20Dr.&city=Aptos&state=CA&zipcode=95003) |
| Dates seen | Mar 2022 - Mar 2022 |

| Phone number | (901) 365-2720 (/app/generate/phone?phone=9013652720) |
|---|---|
| Dates seen | - |

Is this accurate?

## Linda Reeder Stewart (/app/generate/person? bvid=N_MDAxMDkwMDYzOTAx&name=LINDA%20REEDER%20STEWART)

Age 56

Lives in Holly Springs, MS

May also go by Linda L Headrick, Linda L Reeder, Lynn Stewart **+1 more**

View person report (/app/generate/person?bvid=N_MDAxMDkwMDYzOTAx&name=LINDA%20REEDER%20STEWART)

⊗ Show less contact info

| Address | 130 W College Ave # B |
|---|---|
| | Holly Springs, MS 38635 |
| | (/app/generate/property?address=130%20W%20College%20Ave.%20%23%20B&city=Holly%20Springs&state=MS&zipcode=38635) |
| Dates seen | Jul 1984 - Nov 2022 |

| Address | 130 E College Ave |
|---|---|
| | Holly Springs, MS 38635 |
| | (/app/generate/property?address=130%20E%20College%20Ave.&city=Holly%20Springs&state=MS&zipcode=38635) |
| Dates seen | Jul 1984 - Nov 2022 |

| Phone number | (662) 252-1832 (/app/generate/phone?phone=6622521832) |
|---|---|
| Dates seen | - |

| Phone number | (662) 252-8089 (/app/generate/phone?phone=6622528089) |
|---|---|
| Dates seen | - |

◉ Show less relatives

## Tom M Stewart (/app/generate/person? bvid=N_MDAyNDM3MzI3NTc2&name=TOM%20M%20STEWART)

Age 58

Lives in Holly Springs, MS

May also go by Thomas M Stewart, Thomas M Stewart Iii, Thomas M Stewart Ii +2 more

View person report (/app/generate/person?bvid=N_MDAyNDM3MzI3NTc2&name=TOM%20M%20STEWART)

◉ Show less contact info

| Address | 130 W College Ave # B |
|---|---|
| | Holly Springs, MS 38635 |
| | (/app/generate/property?address=130%20W%20College%20Ave.%20%23%20B&city=Holly%20Springs&state=MS&zipcode=38635) |
| Dates seen | Apr 1994 - Dec 2022 |

| Address | 130 W College Ave # Bw |
|---|---|
| | Holly Springs, MS 38635 |
| | (/app/generate/property?address=130%20W%20College%20Ave.%20%23%20Bw&city=Holly%20Springs&state=MS&zipcode=38635) |
| Dates seen | Apr 1994 - Dec 2022 |

| Address | 130 E College Ave |
|---|---|
| | Holly Springs, MS 38635 |
| | (/app/generate/property?address=130%20E%20College%20Ave.&city=Holly%20Springs&state=MS&zipcode=38635) |
| Dates seen | Apr 1994 - Dec 2022 |

| Phone number | (662) 274-3105 (/app/generate/phone?phone=6622743105) |
|---|---|
| Dates seen | - |

| Phone number | (662) 274-3104 (/app/generate/phone?phone=6622743104) |
|---|---|
| Dates seen | - |

Is this accurate?

☰ Overview

## Tanene L Smith (/app/generate/person?
## bvid=N_MDUwNDA2MzE0NTYx&name=TANENE%20L%20SMITH)

Age 57
Lives in New Castle, IN
May also go by Tanene A Smith, Tanene L Erb

View person report (/app/generate/person?bvid=N_MDUwNDA2MzE0NTYx&name=TANENE%20L%20SMITH)

⊙ Show less contact info

| | | |
|---|---|---|
| Address | 1105 McCormack Dr | |
| | New Castle, IN 47362 | |
| | (/app/generate/property?address=1105%20McCormack%20Dr.&city=New%20Castle&state=IN&zipcode=47362) | |
| Dates seen | Jun 2004 - Aug 2023 | |

| | | |
|---|---|---|
| Address | 1709 A Ave Apt St | |
| | New Castle, IN 47362 | |
| | (/app/generate/property?address=1709%20A%20Ave.%20Apt%20St&city=New%20Castle&state=IN&zipcode=47362) | |
| Dates seen | Jul 1993 - Apr 1999 | |

| | | |
|---|---|---|
| Address | 126 N 10th St Apt 1 | |
| | New Castle, IN 47362 | |
| | (/app/generate/property?address=126%20N%2010th%20St.%20Apt%201&city=New%20Castle&state=IN&zipcode=47362) | |
| Dates seen | May 1989 - May 1989 | |

| | |
|---|---|
| Phone number | (765) 465-5349 (/app/generate/phone?phone=7654655349) |
| Dates seen | - |

| | |
|---|---|
| Phone number | (765) 529-9415 (/app/generate/phone?phone=7655299415) |
| Dates seen | - |

Is this accurate?

## Bradley L Moffitt (/app/generate/person?
## bvid=N_MTY2MTMzOTMwMDAx&name=BRADLEY%20L%20MOFFITT)

Age 31
Lives in Cambridge City, IN
May also go by Brad Moffitt, Brad Morritt

View person report (/app/generate/person?bvid=N_MTY2MTMzOTMwMDAx&name=BRADLEY%20L%20MOFFITT)

⊙ Show less contact info

| | |
|---|---|
| Address | 318 W Main St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=318%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 2016 - Aug 2023 |

| | |
|---|---|
| Address | 307 W Church St |
| | Cambridge City, IN 47327 |
| Overview | (/app/generate/property?address=307%20W%20Church%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |

| | |
|---|---|
| **Dates seen** | Apr 2010 - Aug 2023 |

| | |
|---|---|
| **Address** | 730 Northside Ct |
| | Connersville, IN 47331 |
| | (/app/generate/property?address=730%20Northside%20Ct.&city=Connersville&state=IN&zipcode=47331) |
| **Dates seen** | Jul 2013 - Aug 2015 |

| | |
|---|---|
| **Phone number** | (765) 312-1063 (/app/generate/phone?phone=7653121063) |
| **Dates seen** | - |

Is this accurate?

## William Wyatt Erb (/app/generate/person?bvid=N_MDAwNzUzMDcwMDQ4&name=WILLIAM%20WYATT%20ERB)

Age 56
Lives in New Castle, IN
May also go by Wyatt Erb, William W Erp

View person report (/app/generate/person?bvid=N_MDAwNzUzMDcwMDQ4&name=WILLIAM%20WYATT%20ERB)

◉ Show less contact info

| | |
|---|---|
| **Address** | 504 N 16th St |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=504%20N%2016th%20St.&city=New%20Castle&state=IN&zipcode=47362) |
| **Dates seen** | Oct 2010 - Dec 2015 |

| | |
|---|---|
| **Address** | 2204 N Ave |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=2204%20N%20Ave.&city=New%20Castle&state=IN&zipcode=47362) |
| **Dates seen** | Apr 2004 - Aug 2012 |

| | |
|---|---|
| **Phone number** | (812) 692-5305 (/app/generate/phone?phone=8126925305) |
| **Dates seen** | - |

Is this accurate?

## Theresa A Agee (/app/generate/person?bvid=N_MDAwMDE3MDIxODA3&name=THERESA%20A%20AGEE)

Age 75
Lives in New Castle, IN
May also go by Theresa A Erb

View person report (/app/generate/person?bvid=N_MDAwMDE3MDIxODA3&name=THERESA%20A%20AGEE)

◉ Show less contact info

| | |
|---|---|
| **Address** | 1223 S 18th St |
| | New Castle, IN 47362 |
| ☰ **Overview** | (/app/generate/property?address=1223%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362) |

| Dates seen | Dec 1982 - Aug 2023 |
|---|---|

| Address | 1219 S 18th St |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1219%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Oct 1984 - Oct 1984 |

| Phone number | (765) 686-2728 (/app/generate/phone?phone=7656862728) |
|---|---|
| Dates seen | - |

| Phone number | (765) 529-3860 (/app/generate/phone?phone=7655293860) |
|---|---|
| Dates seen | - |

Is this accurate?

## Stacey Wyatt Erb (/app/generate/person? bvid=N_MDAwNzUzMTU2MzY1&name=STACEY%20WYATT%20ERB)

Age 56

Lives in New Castle, IN

View person report (/app/generate/person?bvid=N_MDAwNzUzMTU2MzY1&name=STACEY%20WYATT%20ERB)

⊘ Show less contact info

| Address | 504 Parkview Dr |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=504%20Parkview%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Mar 2018 - Aug 2023 |

| Address | 1414 S 17th St |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1414%20S%2017th%20St.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Jan 2015 - May 2018 |

| Address | 1223 S 18th St |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1223%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Jun 1994 - Feb 2018 |

| Phone number | (765) 545-2023 (/app/generate/phone?phone=7655452023) |
|---|---|
| Dates seen | - |

| Phone number | (765) 729-5634 (/app/generate/phone?phone=7657295634) |
|---|---|
| Dates seen | - |

Is this accurate?

## Kim E Erb (/app/generate/person?bvid=N_MDAwNzUzMTY4NDk5&name=KIM%20E%20ERB)

Age 63

Overview
Lives in New Castle, IN

May also go by Kim E Deck

View person report (/app/generate/person?bvid=N_MDAwNzUzMTY4NDk5&name=KIM%20E%20ERB)

**⊗ Show less contact info**

| Address | 3700 S Memorial Dr |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=3700%20S%20Memorial%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Jan 2016 - Aug 2023 |

| Address | 1803 Cottage Ave |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1803%20Cottage%20Ave.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Nov 1996 - Aug 2017 |

| Address | 1605 E Ave |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1605%20E%20Ave.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Jul 2014 - Sep 2015 |

| Phone number | (765) 521-3326 (/app/generate/phone?phone=7655213326) |
|---|---|
| Dates seen | - |

| Phone number | (765) 529-4284 (/app/generate/phone?phone=7655294284) |
|---|---|
| Dates seen | - |

Is this accurate?

## Lorrie Anne Erb (/app/generate/person?
## bvid=N_MDAwNzUyNzI3NzQz&name=LORRIE%20ANNE%20ERB)

Age 56

Lives in New Castle, IN

May also go by Lorrie A Morris, Lorrie A Noble, Lorrie A Pribble **+6 more**

View person report (/app/generate/person?bvid=N_MDAwNzUyNzI3NzQz&name=LORRIE%20ANNE%20ERB)

**⊗ Show less contact info**

| Address | 504 Parkview Dr |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=504%20Parkview%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Dec 1987 - Aug 2023 |

| Address | 3276 N Sulphur Springs Rd |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=3276%20N%20Sulphur%20Springs%20Rd.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Mar 2017 - Feb 2022 |

| Address | 2995 W State Road 38 |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=2995%20W%20State%20Road%2038&city=New%20Castle&state=IN&zipcode=47362) |

Dates seen    Nov 2016 - May 2021

---

**Phone number**   (765) 729-0275 (/app/generate/phone?phone=7657290275)

Dates seen    -

---

**Phone number**   (765) 529-0440 (/app/generate/phone?phone=7655290440)

Dates seen    -

---

⊙ Show less relatives

## Hillary Anne Noble (/app/generate/person?
## bvid=N_MTg3NzQ0MDE2NDcw&name=HILLARY%20ANNE%20NOBLE)

Age 30
Lives in New Castle, IN
May also go by Hilary A Noble

View person report (/app/generate/person?bvid=N_MTg3NzQ0MDE2NDcw&name=HILLARY%20ANNE%20NOBLE)

⊙ Show less contact info

| Address | 504 Parkview Dr |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=504%20Parkview%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Apr 2020 - Jul 2023 |

---

| Address | 6719 Waverly Ct Apt 2A |
|---|---|
| | Indianapolis, IN 46220 |
| | (/app/generate/property?address=6719%20Waverly%20Ct.%20Apt%202A&city=Indianapolis&state=IN&zipcode=46220) |
| Dates seen | Oct 2016 - Oct 2018 |

---

| Address | 5111 Wea Dr |
|---|---|
| | Kokomo, IN 46902 |
| | (/app/generate/property?address=5111%20Wea%20Dr.&city=Kokomo&state=IN&zipcode=46902) |
| Dates seen | Jan 2012 - Nov 2016 |

---

**Phone number**   (765) 729-6475 (/app/generate/phone?phone=7657296475)

Dates seen    -

Is this accurate?

## Jesse James Headrick (/app/generate/person?
## bvid=N_MTkyMDM3MTU0NTQ2&name=JESSE%20JAMES%20HEADRICK)

Age 29
Lives in Aptos, CA
May also go by James Headrick, Jessie Headrick

View person report (/app/generate/person?bvid=N_MTkyMDM3MTU0NTQ2&name=JESSE%20JAMES%20HEADRICK)

⊙ Show less contact info
☰ Overview

| | |
|---|---|
| Address | 1079 Sumner Ave |
| | Aptos, CA 95003 |
| | (/app/generate/property?address=1079%20Sumner%20Ave.&city=Aptos&state=CA&zipcode=95003) |
| Dates seen | Jul 2022 - Aug 2023 |

| | |
|---|---|
| Address | 1710 46th Ave Apt 1 |
| | Capitola, CA 95010 |
| | (/app/generate/property?address=1710%2046th%20Ave.%20Apt%201&city=Capitola&state=CA&zipcode=95010) |
| Dates seen | May 2019 - May 2023 |

| | |
|---|---|
| Address | 129 Sea Terrace Way |
| | Aptos, CA 95003 |
| | (/app/generate/property?address=129%20Sea%20Terrace%20Way.&city=Aptos&state=CA&zipcode=95003) |
| Dates seen | Nov 2016 - Jul 2019 |

| | |
|---|---|
| Phone number | (831) 664-1222 (/app/generate/phone?phone=8316641222) |
| Dates seen | - |

| | |
|---|---|
| Phone number | (831) 477-1234 (/app/generate/phone?phone=8314771234) |
| Dates seen | - |

Is this accurate?

## James M Headrick (/app/generate/person?bvid=N_MTk1NTQ3NTI4NTYz&name=JAMES%20M%20HEADRICK)

Age 26
Lives in Aptos, CA

View person report (/app/generate/person?bvid=N_MTk1NTQ3NTI4NTYz&name=JAMES%20M%20HEADRICK)

⊙ Show less contact info

| | |
|---|---|
| Address | 1079 Sumner Ave |
| | Aptos, CA 95003 |
| | (/app/generate/property?address=1079%20Sumner%20Ave.&city=Aptos&state=CA&zipcode=95003) |
| Dates seen | Sep 2022 - Aug 2023 |

| | |
|---|---|
| Address | 129 Sea Terrace Way |
| | Aptos, CA 95003 |
| | (/app/generate/property?address=129%20Sea%20Terrace%20Way.&city=Aptos&state=CA&zipcode=95003) |
| Dates seen | Dec 2016 - Apr 2023 |

| | |
|---|---|
| Phone number | (831) 477-1234 (/app/generate/phone?phone=8314771234) |
| Dates seen | - |

Is this accurate?

## Donna J Erb (/app/generate/person?bvid=N_MDAwNzUzMTY1NDYw&name=DONNA%20J%20ERB)

Overview

Age 75
Lives in Canvas, WV

View person report (/app/generate/person?bvid=N_MDAwNzUzMTY1NDYw&name=DONNA%20J%20ERB)

⊘ Show less contact info

| Address | 508 Groves Rd |
|---|---|
| | Canvas, WV 26662 |
| | (/app/generate/property?address=508%20Groves%20Rd.&city=Canvas&state=WV&zipcode=26662) |
| Dates seen | Jan 1995 - Nov 2022 |

| Address | 135 PO Box |
|---|---|
| | Canvas, WV 26662 |
| | (/app/generate/property?address=135%20Po%20Box&city=Canvas&state=WV&zipcode=26662) |
| Dates seen | Oct 1999 - Jan 2005 |

| Phone number | (304) 872-2734 (/app/generate/phone?phone=3048722734) |
|---|---|
| Dates seen | - |

Is this accurate?

## Chealee Erb (/app/generate/person?bvid=N_MjM5MDc1MDAwMjk4&name=CHEALEE%20ERB)

Age N/A
Lives in New Castle, IN

View person report (/app/generate/person?bvid=N_MjM5MDc1MDAwMjk4&name=CHEALEE%20ERB)

⊘ Show less contact info

| Address | 1105 McCormack Dr |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=1105%20McCormack%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Oct 2021 - Aug 2023 |

Is this accurate?

## Melvin W Erb (/app/generate/person? bvid=N_MDAwNzUzNDA4MTk0&name=MELVIN%20W%20ERB)

Age 77
Lives in Canvas, WV

View person report (/app/generate/person?bvid=N_MDAwNzUzNDA4MTk0&name=MELVIN%20W%20ERB)

⊘ Show less contact info

| Address | 508 Groves Rd |
|---|---|
| | Canvas, WV 26662 |
| | (/app/generate/property?address=508%20Groves%20Rd.&city=Canvas&state=WV&zipcode=26662) |
| Dates seen | May 1992 - Aug 2023 |

Overview

**Phone number**  (304) 872-2734 (/app/generate/phone?phone=3048722734)

**Dates seen**  -

Is this accurate?

---

## Dennis E Erb (/app/generate/person?
## bvid=N_MDAwNzUzMzY3NDQ0&name=DENNIS%20E%20ERB)

Age 53

Lives in Eldorado, IL

View person report (/app/generate/person?bvid=N_MDAwNzUzMzY3NDQ0&name=DENNIS%20E%20ERB)

⊙ Show less contact info

**Address**  75 Moore Rd
Eldorado, IL 62930
(/app/generate/property?address=75%20Moore%20Rd.&city=Eldorado&state=IL&zipcode=62930)

**Dates seen**  Sep 2008 - Aug 2023

---

**Address**  2115 US Highway 45 N
Harrisburg, IL 62946
(/app/generate/property?address=2115%20Us%20Highway%2045%20N&city=Harrisburg&state=IL&zipcode=62946)

**Dates seen**  Oct 2002 - May 2010

---

**Address**  708 Center St
Washington, IN 47501
(/app/generate/property?address=708%20Center%20St.&city=Washington&state=IN&zipcode=47501)

**Dates seen**  Aug 2002 - Aug 2002

---

**Phone number**  (618) 273-4234 (/app/generate/phone?phone=6182734234)

**Dates seen**  -

---

**Phone number**  (618) 273-6050 (/app/generate/phone?phone=6182736050)

**Dates seen**  -

---

**Phone number**  (812) 692-5473 (/app/generate/phone?phone=8126925473)

**Dates seen**  -

Is this accurate?

---

# Possible Marriage & Divorce Records

Alerts

No possible marriage & divorce records found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.



# Names & Ancestry
Overview

Alerts

⊙ Learn more

## Tanya

Russian diminutive of **Tatiana** . It began to be used in the English-speaking world during the 1930s.

Usage: Russian, English

Info provided by behindthename.com (https://www.behindthename.com/)

---

Popularity of the name **Tanya** over time

**Tanya** was the

# **76th** most common name of **1970**

Sort name popularity by gender

| Male | Female |
|------|--------|

Select a year

| 1970 |
|------|

---

# Possible Associates

⬚⬚⬚

Alerts

## MacK E Agee (/app/generate/person?bvid=N_MDAwMDE3MDIxODg2&name=MACK%20E%20AGEE)

Age ~69

Lives in New Castle, IN

May also go by Mark Agee

View person report (/app/generate/person?bvid=N_MDAwMDE3MDIxODg2&name=MACK%20E%20AGEE)

⊙ Show less contact info

| Address | 1223 S 18th St |
|---------|----------------|
|         | New Castle, IN 47362 |
|         | (/app/generate/property?address=1223%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Dec 1987 - Nov 2010 |

| Address | 116 N Main St |
|---------|----------------|
|         | New Castle, IN 47362 |
|         | (/app/generate/property?address=116%20N%20Main%20St.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | May 2004 - Jun 2005 |

| Address | 2023 Indiana Ave |
|---------|----------------|
|         | New Castle, IN 47362 |
| ☰ Overview | (/app/generate/property?address=2023%20Indiana%20Ave.&city=New%20Castle&state=IN&zipcode=47362) |

Dates seen    May 2002 - May 2005

Phone number   (765) 686-2728 (/app/generate/phone?phone=7656862728)

Dates seen     -

Is this accurate?

## Darrell F Baker (/app/generate/person?
## bvid=N_MDAwMTE1MDU4MTc0&name=DARRELL%20F%20BAKER)

Age ~57

Lives in New Castle, IN

May also go by Duane Barker

View person report (/app/generate/person?bvid=N_MDAwMTE1MDU4MTc0&name=DARRELL%20F%20BAKER)

⊙ Show less contact info

Address      720 S 15th St Apt D3
             New Castle, IN 47362
             (/app/generate/property?address=720%20S%2015th%20St.%20Apt%20D3&city=New%20Castle&state=IN&zipcode=47362)

Dates seen   Feb 1984 - Nov 2016

Address      1507 Pennville Rd
             Cambridge City, IN 47327
             (/app/generate/property?address=1507%20Pennville%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327)

Dates seen   Jul 2005 - Nov 2009

Phone number   (765) 478-3821 (/app/generate/phone?phone=7654783821)

Dates seen     -

Is this accurate?

## Linda D Baker (/app/generate/person?
## bvid=N_MDAwMTE2ODUxNzU5&name=LINDA%20D%20BAKER)

Age ~64

Lives in New Castle, IN

May also go by Linda D Garza, L D Baker, Linda Pays Baker +2 more

View person report (/app/generate/person?bvid=N_MDAwMTE2ODUxNzU5&name=LINDA%20D%20BAKER)

⊙ Show less contact info

Address      101 Woodside Manor Ct
             New Castle, IN 47362
             (/app/generate/property?address=101%20Woodside%20Manor%20Ct.&city=New%20Castle&state=IN&zipcode=47362)

Dates seen   Sep 2012 - Aug 2023

Address      809 Melissa Chase St
             New Castle, IN 47362

Overview     (/app/generate/property?address=809%20Melissa%20Chase%20St.&city=New%20Castle&state=IN&zipcode=47362)

**Dates seen**   Apr 2010 - Aug 2023

---

**Phone number**   (765) 478-3821 (/app/generate/phone?phone=7654783821)

**Dates seen**   -

---

**Phone number**   (765) 575-8172 (/app/generate/phone?phone=7655758172)

**Dates seen**   -

---

**Phone number**   (765) 334-8108 (/app/generate/phone?phone=7653348108)

**Dates seen**   -

---

Is this accurate?

## Kathy D Walker (/app/generate/person? bvid=N_MDAwNDY3MDY0MTk2&name=KATHY%20D%20WALKER)

Age ~65

Lives in Portland, IN

May also go by Kathy D Lee, Kathy D Cosigner, Kathy D Lee **+2 more**

View person report (/app/generate/person?bvid=N_MDAwNDY3MDY0MTk2&name=KATHY%20D%20WALKER)

⌃ Show less contact info

| Address | 6742 W 400 S # S |
|---|---|
| | Portland, IN 47371 |
| | (/app/generate/property?address=6742%20W%20400%20S%20%23%20S&city=Portland&state=IN&zipcode=47371) |
| **Dates seen** | Nov 1996 - Mar 2021 |

| Address | 7236 E County Road 450 N |
|---|---|
| | Mooreland, IN 47360 |
| | (/app/generate/property?address=7236%20E%20County%20Road%20450%20N&city=Mooreland&state=IN&zipcode=47360) |
| **Dates seen** | Mar 2021 - Mar 2021 |

---

**Phone number**   (765) 369-3950 (/app/generate/phone?phone=7653693950)

**Dates seen**   -

---

Is this accurate?

## Robin M Warner (/app/generate/person? bvid=N_MDAwNjU3NjEwODIy&name=ROBIN%20M%20WARNER)

Age 53

Lives in New Castle, IN

May also go by Robin M Kemp

View person report (/app/generate/person?bvid=N_MDAwNjU3NjEwODIy&name=ROBIN%20M%20WARNER)

⌃ Show less contact info

| Address | 2105 S 18th St |
|---|---|
| **Overview** | New Castle, IN 47362 |

(/app/generate/property?address=2105%20S%2018th%20St.&city=New%20Castle&state=IN&zipcode=47362)

| Dates seen | Jul 2014 – Aug 2023 |
|---|---|

| Address | 2417 Greenview Ave |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=2417%20Greenview%20Ave.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Mar 2013 – May 2015 |

| Address | 2710 High St |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=2710%20High%20St.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Aug 1996 – Dec 2014 |

Is this accurate?

## Robin K Moffitt (/app/generate/person?bvid=N_MDAxNDEyNTQxMDY4&name=ROBIN%20K%20MOFFITT)

Age 55

Lives in Cambridge City, IN

May also go by Robin K Knose, R Moffitt

View person report (/app/generate/person?bvid=N_MDAxNDEyNTQxMDY4&name=ROBIN%20K%20MOFFITT)

◈ Show less contact info

| Address | 307 W Church St |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=307%20W%20Church%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 2007 – Aug 2023 |

| Address | 13672 State Road 38 |
|---|---|
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=13672%20State%20Road%2038&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Sep 2004 – May 2010 |

| Phone number | (765) 334-8149 (/app/generate/phone?phone=7653348149) |
|---|---|
| Dates seen | - |

| Phone number | (765) 312-1063 (/app/generate/phone?phone=7653121063) |
|---|---|
| Dates seen | - |

Is this accurate?

## Stacey Yvonne Knose (/app/generate/person?bvid=N_MDAxNDgxNzI5NTA4&name=STACEY%20YVONNE%20KNOSE)

Age 41

Lives in Williamsburg, IN

May also go by Stacey Yvonne Laymon, Stacy Y Layman, Stacy Y Knose +2 more

 Overview

View person report (/app/generate/person?bvid=N_MDAxNDgxNzI5NTA4&name=STACEY%20YVONNE%20KNOSE)

⊗ Show less contact info

| | |
|---|---|
| **Address** | 10039 N Carlos Rd |
| | Williamsburg, IN 47393 |
| | (/app/generate/property?address=10039%20N%20Carlos%20Rd.&city=Williamsburg&state=IN&zipcode=47393) |
| **Dates seen** | Mar 2020 - Aug 2023 |

| | |
|---|---|
| **Address** | 97 S Pearl St |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=97%20S%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| **Dates seen** | Jan 2019 - Dec 2020 |

| | |
|---|---|
| **Address** | 1725 N Jacksonburg Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1725%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | May 2006 - Dec 2020 |

| | |
|---|---|
| **Phone number** | (765) 478-5332 (/app/generate/phone?phone=7654785332) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (765) 977-5806 (/app/generate/phone?phone=7659775806) |
| **Dates seen** | - |

Is this accurate?

## Roy Daniel Moffitt (/app/generate/person?bvid=N_MDAxNzUwMDEwOTkx&name=ROY%20DANIEL%20MOFFITT)

Age ~66
Lives in Milton, IN
May also go by R D Moffitt, Roy J Moffitt

View person report (/app/generate/person?bvid=N_MDAxNzUwMDEwOTkx&name=ROY%20DANIEL%20MOFFITT)

⊗ Show less contact info

| | |
|---|---|
| **Address** | 371 PO Box |
| | Milton, IN 47357 |
| | (/app/generate/property?address=371%20Po%20Box&city=Milton&state=IN&zipcode=47357) |
| **Dates seen** | Feb 1995 - Aug 2023 |

| | |
|---|---|
| **Phone number** | (765) 541-1843 (/app/generate/phone?phone=7655411843) |
| **Dates seen** | - |

Is this accurate?

## Donna C C Moffitt (/app/generate/person?bvid=N_MDAxNzUwMTE3Njcz&name=DONNA%20C%20C%20MOFFITT)

Overview

Age 73

Lives in Cambridge City, IN

May also go by Carolyn C Moffitt, Donna Carolyn Moffitt, Cdonna C Moffitt

View person report (/app/generate/person?bvid=N_MDAxNzUwMTE3Njcz&name=DONNA%20C%20C%20MOFFITT)

**⊙ Show less contact info**

| Address | 1706 N Jacksonburg Rd |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1706%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Mar 1989 - Aug 2023 |

| Address | 300 N Perry St |
|---|---|
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=300%20N%20Perry%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | May 2007 - Jun 2023 |

| Address | 11 W Parkway Dr |
|---|---|
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=11%20W%20Parkway%20Dr.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Sep 2022 - Sep 2022 |

| Phone number | (765) 489-5822 (/app/generate/phone?phone=7654895822) |
|---|---|
| Dates seen | - |

Is this accurate?

## Danny J Moffitt (/app/generate/person?bvid=N_MDAxNzUxMTM4ODE3&name=DANNY%20J%20%20MOFFITT)

Age ~64

Lives in Cambridge City, IN

May also go by D Moffitt

View person report (/app/generate/person?bvid=N_MDAxNzUxMTM4ODE3&name=DANNY%20J%20MOFFITT)

**⊙ Show less contact info**

| Address | 307 W Church St |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=307%20W%20Church%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Apr 2007 - Aug 2023 |

| Address | 1725 N Jacksonburg Rd |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1725%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 1989 - Jan 2017 |

| Phone number | (765) 580-0508 (/app/generate/phone?phone=7655800508) |
|---|---|
| Dates seen | - |

| Phone number | (765) 478-5748 (/app/generate/phone?phone=7654785748) |
|---|---|

Overview

Dates seen          -

Is this accurate?

## Charles D Smith (/app/generate/person?bvid=N_MDAyMzYwNjYyMTA1&name=CHARLES%20D%20SMITH)

Age 56
Lives in New Castle, IN
May also go by Charles David Smith

View person report (/app/generate/person?bvid=N_MDAyMzYwNjYyMTA1&name=CHARLES%20D%20SMITH)

◉ Show less contact info

| | |
|---|---|
| Address | 4731 E County Road 300 N |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=4731%20E%20County%20Road%20300%20N&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Mar 2021 - Mar 2023 |

| | |
|---|---|
| Address | 1224 Maple St |
| | Anderson, IN 46016 |
| | (/app/generate/property?address=1224%20Maple%20St.&city=Anderson&state=IN&zipcode=46016) |
| Dates seen | Apr 2011 - Apr 2021 |

| | |
|---|---|
| Address | 1715 B St |
| | Anderson, IN 46016 |
| | (/app/generate/property?address=1715%20B%20St.&city=Anderson&state=IN&zipcode=46016) |
| Dates seen | Feb 1997 - Jul 2004 |

| | |
|---|---|
| Phone number | (765) 617-3021 (/app/generate/phone?phone=7656173021) |
| Dates seen | - |

Is this accurate?

## Aaron L Walker (/app/generate/person?bvid=N_MDAyNjMyNjM2NTkx&name=AARON%20L%20WALKER)

Age 50
Lives in Castle Rock, CO
May also go by Aaron Lee Walker

View person report (/app/generate/person?bvid=N_MDAyNjMyNjM2NTkx&name=AARON%20L%20WALKER)

◉ Show less contact info

| | |
|---|---|
| Address | 4316 Prairie Rose Cir |
| | Castle Rock, CO 80109 |
| | (/app/generate/property?address=4316%20Prairie%20Rose%20Cir.&city=Castle%20Rock&state=CO&zipcode=80109) |
| Dates seen | Jan 2004 - Aug 2023 |

Address Overview          1101 S 22nd St

New Castle, IN 47362

(/app/generate/property?address=1101%20S%2022nd%20St.&city=New%20Castle&state=IN&zipcode=47362)

| | |
|---|---|
| Dates seen | Jan 1993 - Jun 2006 |

| | |
|---|---|
| Address | 4099 S Nucla Way |
| | Aurora, CO 80013 |
| | (/app/generate/property?address=4099%20S%20Nucla%20Way.&city=Aurora&state=CO&zipcode=80013) |
| Dates seen | Oct 2000 - Oct 2004 |

| | |
|---|---|
| Phone number | (303) 907-4104 (/app/generate/phone?phone=3039074104) |
| Dates seen | - |

Is this accurate?

## Denise I Walker I (/app/generate/person?bvid=N_MDAyNjM0OTY2NzAz&name=DENISE%20I%20WALKER%20I)

Age 69

Lives in New Castle, IN

May also go by Denise I Willey I, Denise I Akers I

View person report (/app/generate/person?bvid=N_MDAyNjM0OTY2NzAz&name=DENISE%20I%20WALKER%20I)

⌃ Show less contact info

| | |
|---|---|
| Address | 113 W Western Rd |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=113%20W%20Western%20Rd.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Aug 2003 - Aug 2023 |

| | |
|---|---|
| Address | 21415 Charlestown Bethlehem Rd |
| | Charlestown, IN 47111 |
| | (/app/generate/property?address=21415%20Charlestown%20Bethlehem%20Rd.&city=Charlestown&state=IN&zipcode=47111) |
| Dates seen | Dec 1983 - May 2012 |

| | |
|---|---|
| Address | 2283 N Sulphur Springs Rd Apt R |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=2283%20N%20Sulphur%20Springs%20Rd.%20Apt%20R&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Nov 1980 - Sep 2009 |

| | |
|---|---|
| Phone number | (765) 529-7525 (/app/generate/phone?phone=7655297525) |
| Dates seen | - |

| | |
|---|---|
| Phone number | (765) 533-4791 (/app/generate/phone?phone=7655334791) |
| Dates seen | - |

Is this accurate?

## Katherine D Walker (/app/generate/person?bvid=N_MDAyNjM3MDQ1MTk5&name=KATHERINE%20D%20WALKER)

Overview

Age ~48

Lives in Carthage, IN
May also go by Katheryn D Walker, K D Walker

View person report (/app/generate/person?bvid=N_MDAyNjM3MDQ1MTk5&name=KATHERINE%20D%20WALKER)

◒ Show less contact info

| | |
|---|---|
| Address | 35 PO Box |
| | Carthage, IN 46115 |
| | (/app/generate/property?address=35%20Po%20Box&city=Carthage&state=IN&zipcode=46115) |
| Dates seen | Jun 2003 - Sep 2015 |

| | |
|---|---|
| Address | 2283 N Sulphur Springs Rd |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=2283%20N%20Sulphur%20Springs%20Rd.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Dec 1991 - Mar 2010 |

| | |
|---|---|
| Phone number | (765) 533-4791 (/app/generate/phone?phone=7655334791) |
| Dates seen | - |

Is this accurate?

## William L Walker (/app/generate/person?bvid=N_MDAyNjM4MDI0NTEw&name=WILLIAM%20L%20WALKER)

Age ~65
Lives in New Castle, IN
May also go by Billy Walker

View person report (/app/generate/person?bvid=N_MDAyNjM4MDI0NTEw&name=WILLIAM%20L%20WALKER)

◒ Show less contact info

| | |
|---|---|
| Address | 2283 N Sulphur Springs Rd Apt R |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=2283%20N%20Sulphur%20Springs%20Rd.%20Apt%20R&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Jan 1992 - Jun 2023 |

| | |
|---|---|
| Phone number | (765) 533-4791 (/app/generate/phone?phone=7655334791) |
| Dates seen | - |

Is this accurate?

## Benjamin David Willey (/app/generate/person?bvid=N_MDAyNzEzNDkyNTQz&name=BENJAMIN%20DAVID%20WILLEY)

Age 46
Lives in Otisco, IN
May also go by Benjamin A Willey, Ben Willey, Benjamin D Wiley

 Overview        View person report (/app/generate/person?bvid=N_MDAyNzEzNDkyNTQz&name=BENJAMIN%20DAVID%20WILLEY)

○ Show less contact info

| Address | 1119 Leon Prall Rd |
| | Otisco, IN 47163 |
| | (/app/generate/property?address=1119%20Leon%20Prall%20Rd.&city=Otisco&state=IN&zipcode=47163) |
| Dates seen | Feb 2023 - Aug 2023 |

| Address | 5907 Bethlehem New Washington Rd |
| | New Washington, IN 47162 |
| | (/app/generate/property?address=5907%20Bethlehem%20New%20Washington%20Rd.&city=New%20Washington&state=IN&zipcode=47162) |
| Dates seen | Aug 2013 - Aug 2023 |

Is this accurate?

## Robert A Willey (/app/generate/person?bvid=N_MDAyNzE1MzUyNzU3&name=ROBERT%20A%20WILLEY)

Age ~66

Lives in Charlestown, IN

View person report (/app/generate/person?bvid=N_MDAyNzE1MzUyNzU3&name=ROBERT%20A%20WILLEY)

○ Show less contact info

| Address | 21415 Charlestown Bethlehem Rd Apt C |
| | Charlestown, IN 47111 |
| | (/app/generate/property?address=21415%20Charlestown%20Bethlehem%20Rd.%20Apt%20C&city=Charlestown&state=IN&zipcode=47111) |
| Dates seen | Dec 1992 - Aug 2023 |

| Address | 5800 Loudens Chapel Rd NW |
| | Depauw, IN 47115 |
| | (/app/generate/property?address=5800%20Loudens%20Chapel%20Rd.%20NW&city=Depauw&state=IN&zipcode=47115) |
| Dates seen | Apr 2010 - Sep 2014 |

| Address | 2283 N Sulphur Springs Rd Apt R |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=2283%20N%20Sulphur%20Springs%20Rd.%20Apt%20R&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | May 1995 - Aug 2004 |

| Phone number | (812) 293-4432 (/app/generate/phone?phone=8122934432) |
| Dates seen | - |

Is this accurate?

## Joshua Ryan King Baker (/app/generate/person?bvid=N_MDkzMDcwMjc1ODM4&name=JOSHUA%20RYAN%20KING-BAKER)

Age 36

Lives in New Castle, IN

May also go by Joshua King Baker, Joshua King, Baker King +4 more

≡ Overview    View person report (/app/generate/person?bvid=N_MDkzMDcwMjc1ODM4&name=JOSHUA%20RYAN%20KING-BAKER)

⊗ Show less contact info

| Address | 549 S Messick Rd |
| --- | --- |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=549%20S%20Messick%20Rd.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Nov 2021 – Aug 2023 |

| Address | 150 N Pearl St |
| --- | --- |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Feb 2015 – Jun 2023 |

| Address | 301B Glenwood Dr |
| --- | --- |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=301B%20Glenwood%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Mar 2017 – Nov 2022 |

Is this accurate?

## Michael Aaron Knose (/app/generate/person?bvid=N_MTAyNTIwNzE1MTQ2&name=MICHAEL%20AARON%20KNOSE)

Age 35

Lives in New Paris, OH

May also go by Micheal A Knose, M Knose, Micheal P Knose **+1 more**

View person report (/app/generate/person?bvid=N_MTAyNTIwNzE1MTQ2&name=MICHAEL%20AARON%20KNOSE)

⊗ Show less contact info

| Address | 9034 Smyrna Rd |
| --- | --- |
| | New Paris, OH 45347 |
| | (/app/generate/property?address=9034%20Smyrna%20Rd.&city=New%20Paris&state=OH&zipcode=45347) |
| Dates seen | Apr 2020 – Aug 2023 |

| Address | 616 N Barron St |
| --- | --- |
| | Eaton, OH 45320 |
| | (/app/generate/property?address=616%20N%20Barron%20St.&city=Eaton&state=OH&zipcode=45320) |
| Dates seen | Jun 2022 – Oct 2022 |

| Address | 307 W Church St |
| --- | --- |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=307%20W%20Church%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | May 2019 – Aug 2021 |

| Phone number | (765) 478-5332 (/app/generate/phone?phone=7654785332) |
| --- | --- |
| Dates seen | - |

Is this accurate?

 Overview

## Amanda Cripe (/app/generate/person?bvid=N_MTkwMzM1Mjk3OTE2&name=AMANDA%20CRIPE)

Age N/A
Lives in Decatur, IN
May also go by Amanda M Baker

View person report (/app/generate/person?bvid=N_MTkwMzM1Mjk3OTE2&name=AMANDA%20CRIPE)

⊙ Show less contact info

| Address | 331 Mercer Ave |
| | Decatur, IN 46733 |
| | (/app/generate/property?address=331%20Mercer%20Ave.&city=Decatur&state=IN&zipcode=46733) |
| Dates seen | Jul 2022 - Aug 2023 |

| Address | 311 Greenbriar Dr |
| | Bluffton, IN 46714 |
| | (/app/generate/property?address=311%20Greenbriar%20Dr.&city=Bluffton&state=IN&zipcode=46714) |
| Dates seen | Apr 2022 - Jul 2022 |

| Phone number | (260) 301-9519 (/app/generate/phone?phone=2603019519) |
| Dates seen | - |

Is this accurate?

# Possible Neighbors

Alerts

## Stephanie Danielle Murray (/app/generate/person?bvid=N_MDAyMjk3MzA3NDIz&name=STEPHANIE%20DANIELLE%20MURRAY)

Age 48
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAyMjk3MzA3NDIz&name=STEPHANIE%20DANIELLE%20MURRAY)

⊙ Show less contact info

| Address | 1775 N Jacksonburg Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1775%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Oct 2001 - May 2023 |

Is this accurate?

## Jessica Estefania Perez (/app/generate/person?bvid=N_MTkzMTA5MTIwOTI0&name=JESSICA%20ESTEFANIA%20PEREZ)

Overview
Age N/A

Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MTkzMTA5MTIwOTI0&name=JESSICA%20ESTEFANIA%20PEREZ)

⊗ Show less contact info

| Address | 1775 N Jacksonburg Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1775%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Oct 2001 - May 2023 |

Is this accurate?

## Caroll Warden Thomas Jr (/app/generate/person?bvid=N_MDAyNTA4MDc0Mjgx&name=CAROLL%20WARDEN%20THOMAS%20JR)

Age 68
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAyNTA4MDc0Mjgx&name=CAROLL%20WARDEN%20THOMAS%20JR)

⊗ Show less contact info

| Address | 1775 N Jacksonburg Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1775%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Oct 2001 - May 2023 |

Is this accurate?

## Judy K Thomas (/app/generate/person?bvid=N_MDAwMTE2NjM4ODU5&name=JUDY%20K%20THOMAS)

Age 64
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAwMTE2NjM4ODU5&name=JUDY%20K%20THOMAS)

⊗ Show less contact info

| Address | 1775 N Jacksonburg Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1775%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Oct 2001 - May 2023 |

Is this accurate?

## Epolita L Delbosque (/app/generate/person?bvid=N_MDAwMjQxNzIwMTQ5&name=EPOLITA%20L%20DELBOSQUE)



Age 62
Lives in Cambridge City, IN

View person report (/app/generate/person?bvid=N_MDAwMjQxNzIwMTQ5&name=EPOLITA%20L%20DELBOSQUE)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 1775 N Jacksonburg Rd |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=1775%20N%20Jacksonburg%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | Oct 2001 - May 2023 |

*Is this accurate?*

## Possible Criminal or Traffic

Alerts

### Search county jurisdictions for digitized Criminal or Traffic Records

❓ Where do these sources of criminal data come from?

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitaly.

## Possible Bankruptcies

Alerts

### Search for digitized Bankruptcy Records

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

PLEASE BE ADVISED: Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your own due diligence.

## Possible Jobs

⊙ Learn more

 Overview

Alerts

## Coldwell Banker

## (/app/search/contact?company=coldwell%20banker)

Search other employees (/app/search/contact?company=coldwell%20banker)

Is this accurate?

## SHELL

## (/app/search/contact?company=SHELL)

Search other employees (/app/search/contact?company=SHELL)

Is this accurate?



## Try the Contact Pro Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

## Possible Education



Alerts

No other possible education associated with Tanya Darlene Erb found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Social Media

Alerts

No other possible social media associated with Tanya Darlene Erb found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

 Overview

# Possible Owned Assets

Alerts

⌄ Learn more

Exact match assets only ⓘ                                                                                                  ✓

Estimated total value
—



BeenVerified.

## Access **thousands** in rewards!

See rewards

Savings may be available in BeenVerified Member Perks through gift cards, cash back offers or discounts. Terms and conditions apply.




## Licenses and Permits

BONUS

### UCC filings
Notices filed by lenders to indicate an interest in Tanya's personal property or collateral

BONUS

### DEA Licenses
Licensing for health care providers that enables the handling of controlled substances

BONUS

### Weapons Permits
Permits that may be required to carry or possess firearms and other weapons

BONUS

### Business Affiliations
Business filings associated with Tanya, which may contain Tanya's title and status

BONUS

### Professional Licenses
Licensing to professionally practice in fields such as health care, legal and construction, among others

BONUS

### Sporting Permits

Licensing required to participate in hunting, fishing and trapping activities

BONUS

### Piloting Licenses

FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

**View FREE BONUS DATA**

# Notes                                                                    ···

◉ Learn more

| Add a note here... |

Add a note

Suggestions for You

# Curious to find out even more about Tanya?

Looking into people, addresses and contacts associated with Tanya Erb may yield even more insights

Joseph Mark Moffitt

(/app/generate/person?
bvid=N_MDAxNzQ5OTE5MzYw&name=JOSEPH%20MARK%20MOFFITT&trackingName=from%
20curious)

Immediate Relative

| View person report |

(/app/generate/person?bvid=N_MDAxNzQ5OTE5MzYw&name=JOSEPH%20MARK%20MOFFITT&trackingName=from%20curious)

Teddy Eugene Erb

(/app/generate/person?
bvid=N_MDAwNzUzMjUyNjE2&name=TEDDY%20EUGENE%20ERB&trackingName=from%20cu
rious)

Immediate Relative

| View person report |

(/app/generate/person?bvid=N_MDAwNzUzMjUyNjE2&name=TEDDY%20EUGENE%20ERB&trackingName=from%20curious)

☰ Overview

1725 N Jacksonburg Rd. # 47327 Cambridge City, IN 47327 (/app/generate/property?
address=1725%20N%20Jacksonburg%20Rd.%20%23%2047327&city=Cambridge%20City&state
=IN&trackingName=from%20curious&zipcode=47327)

Related Address

View property report (/app/generate/property?address=1725%20N%20Jacksonburg%20Rd.%20%23%2047327&city=Cambridge%20City&state=IN...

# How would you rate this report?



Rate out of 5 stars

NEW FEATURE

Protect yourself with complimentary $1M Identity Theft Insurance and Restoration services!    Enroll Now

(/app/dashboard/id-monitor)

# Search again

PEOPLE    PHONE    PROPERTY    EMAIL    SOCIAL MEDIA    CONTACT PRO    VEHICLE

First name                          M.I.              Last name

City                                All                                Age

**Search**

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq.
(https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

## Contact us
We pride ourselves on offering friendly and helpful support!

 Overview

💬 **Chat with us live**
Available 24 hours

✉ **support@beenverified.com (mailto:support@beenverified.com)**
Available 24 hours

👤 **Your Member ID is**
   **886424685**

## About Us

▸ About BeenVerified (https://beenverified.com/about)

▸ Member Perks (/app/dashboard/rewards)

▸ Testimonials (https://www.beenverified.com/about/testimonials)

▸ Careers (https://www.beenverified.com/careers)

▸ Press (https://www.beenverified.com/press)

▸ Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-l3Pqw/viewform)

▸ Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

## Help

▸ Customer Care (http://support.beenverified.com)

▸ Contact Us ()

▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

▸ FAQ (https://www.beenverified.com/faq/billing/)

▸ Do Not Sell or Share My Personal Information (/app/optout/search)

▸ Affiliates (https://www.beenverified.com/affiliates)

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/). You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/).

© 2023 BeenVerified, LLC (https://www.beenverified.com). All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

 Overview

♡ Save          🔔 Monitor          🗎 PDF          ▤ List          ••• More

# Jared R Junkin

Age 36 years old

Born January 1987

Location Hagerstown, IN

Aliases Jared Junkin, Jared Russell Junkin  View 2 more

🖪 **Add to Address Book**

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                      ✓

🏠 150 N Pearl St                                                      **View 3 more**
   Hagerstown, IN 47346

📞 (765) 541-9495                                                      **View 2 more**

✉ KITWITISSUES@AOL.COM                                                **View 1 more**

❤ 8 relatives found                                                   **View relatives**
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                               **Learn more**

◀ 3 social networks identified                                        **View details**

📷 No photos found

**Need this report in a printable format?**

☰ Overview                                                            

Reports are available as a PDF that you can print, email to yourself or download to your computer.

🖶 **Print PDF**      ✈ **Email PDF**

# Possible Phone Numbers

⚫ Learn more

Alerts

---

✔ Best phone number match

## (765) 541-9495 (/app/generate/phone?
## phone=7655419495&referringBvid=N_MDAzMTU1NTc3NDc3)

Phone type Mobile

View phone report (/app/generate/phone?phone=7655419495&referringBvid=N_MDAzMTU1NTc3NDc3)

Is this accurate?

---

Higher Confidence

## (765) 312-1089 (/app/generate/phone?
## phone=7653121089&referringBvid=N_MDAzMTU1NTc3NDc3)

Dates seen Mar 2005 - Aug 2023

View phone report (/app/generate/phone?phone=7653121089&referringBvid=N_MDAzMTU1NTc3NDc3)

Is this accurate?

---

Higher Confidence

## (765) 334-8116 (/app/generate/phone?
## phone=7653348116&referringBvid=N_MDAzMTU1NTc3NDc3)

Dates seen May 2001 - Jun 2011

View phone report (/app/generate/phone?phone=7653348116&referringBvid=N_MDAzMTU1NTc3NDc3)

Is this accurate?

---

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

 Overview

✉ **Possible Emails**                                                    Alerts

👤 **Personal Emails (2)**

kitwitissues@aol.com (/app/generate/email?email=kitwitissues%40aol.com)   ✔ **Best email address match**

Last seen: 10/04/2023

jade_831@live.com (/app/generate/email?email=jade_831%40live.com)   **Higher Confidence**

# Possible Address History

⊘ **Learn more**                                                          Alerts

4 addresses identified

---

✔ Best address match

### 150 N Pearl St
### Hagerstown, IN 47346
### (/app/generate/property?
### address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346)

Dates seen Dec 2008 - Feb 2023

Search this property (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346)

Is this accurate?

---

Higher Confidence

### 500 W Main St
### Cambridge City, IN 47327
### (/app/generate/property?
### address=500%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Dates seen May 2007 - Apr 2010

Search this property (/app/generate/property?address=500%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

---

Higher Confidence

### 617 W Colonial Dr
### New Castle, IN 47362


Address Type Old

Dates seen Nov 2012

Is this accurate?

Higher Confidence

## 438 W Main St
## Cambridge City, IN 47327
## (/app/generate/property?
## address=438%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Address type Old
Dates seen Mar 2005

Search this property (/app/generate/property?address=438%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327)

Is this accurate?

WARNING: Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms
(https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

# Possible Relatives

⊘ Learn more

Alerts

[...]

## Samantha Vance Vance (/app/generate/person?
## bvid=N_MDg2MTUxMDYxOTMz&name=SAMANTHA%20VANCE%20VANCE)

Age 29
Lives in Hagerstown, IN
May also go by Samantha N Baney

View person report (/app/generate/person?bvid=N_MDg2MTUxMDYxOTMz&name=SAMANTHA%20VANCE%20VANCE)

⊘ Show less contact info

| | | |
|---|---|---|
| Address | 150 N Pearl St | |
| | Hagerstown, IN 47346 | |
| | (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) | |
| Dates seen | Dec 2014 - Jun 2023 | |
| Address | 330 Lincoln St Apt 1 | |
| | Sterling, CO 80751 | |
| | (/app/generate/property?address=330%20Lincoln%20St.%20Apt%201&city=Sterling&state=CO&zipcode=80751) | |
| Dates seen | Mar 2019 - Feb 2022 | |
| Address | 1808 W 15th St | |
| | Muncie, IN 47302 | |
| | (/app/generate/property?address=1808%20W%2015th%20St.&city=Muncie&state=IN&zipcode=47302) | |
| Dates seen | Feb 2018 - Feb 2020 | |

⊘ Show less relatives

Overview

## Toni L Copeland (/app/generate/person?
## bvid=N_MDAwNTEwNjUwNjM1&name=TONI%20L%20COPELAND)

Age 53
Lives in Muncie, IN
May also go by Toni L Vance

View person report (/app/generate/person?bvid=N_MDAwNTEwNjUwNjM1&name=TONI%20L%20COPELAND)

⊘ Show less contact info

| | | |
|---|---|---|
| Address | 1611 E 24th St | |
| | Muncie, IN 47302 | |
| | (/app/generate/property?address=1611%20E%2024th%20St.&city=Muncie&state=IN&zipcode=47302) | |
| Dates seen | Mar 1997 - Feb 2019 | |

| | |
|---|---|
| Address | 119 E Jay St |
| | Dunkirk, IN 47336 |
| | (/app/generate/property?address=119%20E%20Jay%20St.&city=Dunkirk&state=IN&zipcode=47336) |
| Dates seen | May 2009 - Apr 2015 |

| | |
|---|---|
| Address | 722 S Hackley St |
| | Muncie, IN 47302 |
| | (/app/generate/property?address=722%20S%20Hackley%20St.&city=Muncie&state=IN&zipcode=47302) |
| Dates seen | Oct 2004 - Jan 2011 |

| | |
|---|---|
| Phone number | (765) 288-0847 (/app/generate/phone?phone=7652880847) |
| Dates seen | - |

| | |
|---|---|
| Phone number | (765) 741-8639 (/app/generate/phone?phone=7657418639) |
| Dates seen | - |

## Barry A Vance (/app/generate/person?
## bvid=N_MDAyNTkwMzk5NzEw&name=BARRY%20A%20VANCE)

Age 54
Lives in Hillsboro, KY
May also go by Alan Vance, B Alan Vance, Berry Vance **+1 more**

View person report (/app/generate/person?bvid=N_MDAyNTkwMzk5NzEw&name=BARRY%20A%20VANCE)

⊘ Show less contact info

| | |
|---|---|
| Address | 180 Maxey Flat Rd Apt 3 |
| | Hillsboro, KY 41049 |
| | (/app/generate/property?address=180%20Maxey%20Flat%20Rd.%20Apt%203&city=Hillsboro&state=KY&zipcode=41049) |
| Dates seen | Jul 2022 - Aug 2023 |

| | |
|---|---|
| Address | 3108 S Chippewa Ln |
| | Muncie, IN 47302 |
| | (/app/generate/property?address=3108%20S%20Chippewa%20Ln.&city=Muncie&state=IN&zipcode=47302) |

≡ Overview

| Dates seen | Jun 2015 - Jun 2023 |
|---|---|
| Address | 2216 N Rosewood Ave |
| | Muncie, IN 47304 |
| | (/app/generate/property?address=2216%20N%20Rosewood%20Ave.&city=Muncie&state=IN&zipcode=47304) |
| Dates seen | Aug 2013 - Aug 2015 |

## Cheryl L Hertle (/app/generate/person?bvid=N_MDAxMTE5NTI0MDUw&name=CHERYL%20L%20HERTLE)

Age 54

Lives in Muncie, IN

May also go by Cheryl L Vance, Sheryl Hamblin

View person report (/app/generate/person?bvid=N_MDAxMTE5NTI0MDUw&name=CHERYL%20L%20HERTLE)

◉ Show less contact info

| Address | 112 S Keystone Cir |
|---|---|
| | Muncie, IN 47303 |
| | (/app/generate/property?address=112%20S%20Keystone%20Cir.&city=Muncie&state=IN&zipcode=47303) |
| Dates seen | Aug 2022 - Aug 2023 |
| Address | 1904 W Jackson St Apt 2 |
| | Muncie, IN 47303 |
| | (/app/generate/property?address=1904%20W%20Jackson%20St.%20Apt%202&city=Muncie&state=IN&zipcode=47303) |
| Dates seen | Aug 2019 - Jun 2023 |
| Address | 3108 S Chippewa Ln |
| | Muncie, IN 47302 |
| | (/app/generate/property?address=3108%20S%20Chippewa%20Ln.&city=Muncie&state=IN&zipcode=47302) |
| Dates seen | Feb 2016 - Mar 2023 |
| Phone number | (765) 288-4748 (/app/generate/phone?phone=7652884748) |
| Dates seen | - |
| Phone number | (765) 215-5378 (/app/generate/phone?phone=7652155378) |
| Dates seen | - |

Is this accurate?

## Kelly Faith Call (/app/generate/person?bvid=N_MDAxMjk0ODQ1OTEz&name=KELLY%20FAITH%20CALL)

Age 56

Lives in Cambridge City, IN

May also go by Kelly F Junkin, Call Kelly

View person report (/app/generate/person?bvid=N_MDAxMjk0ODQ1OTEz&name=KELLY%20FAITH%20CALL)

◉ Show less contact info

| Address | 438 W Main St |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=438%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Jun 2001 - Aug 2023 |

| Address | 363 S Brick Church Rd |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=363%20S%20Brick%20Church%20Rd.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Apr 2017 - Feb 2019 |

| Phone number | (765) 541-9950 (/app/generate/phone?phone=7655419950) |
|---|---|
| Dates seen | - |

| Phone number | (765) 478-6737 (/app/generate/phone?phone=7654786737) |
|---|---|
| Dates seen | - |

⊘ Show less relatives

## Franklin E Call (/app/generate/person?bvid=N_MDAwMzUxMDkwMTA2&name=FRANKLIN%20E%20CALL)

Age 59
Lives in Cambridge City, IN
May also go by Franklin Eli Call, Frank E Call, Franklin E Calljr **+1 more**

View person report (/app/generate/person?bvid=N_MDAwMzUxMDkwMTA2&name=FRANKLIN%20E%20CALL)

⊘ Show less contact info

| Address | 438 W Main St |
|---|---|
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=438%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Nov 1996 - Aug 2023 |

| Address | 5773 E County Road 700 S |
|---|---|
| | Straughn, IN 47387 |
| | (/app/generate/property?address=5773%20E%20County%20Road%20700%20S&city=Straughn&state=IN&zipcode=47387) |
| Dates seen | Jul 2021 - Apr 2022 |

| Address | 404 N 13th St |
|---|---|
| | Richmond, IN 47374 |
| | (/app/generate/property?address=404%20N%2013th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Feb 2018 - Sep 2018 |

| Phone number | (765) 541-9950 (/app/generate/phone?phone=7655419950) |
|---|---|
| Dates seen | - |

## Crystal Elain Call (/app/generate/person?bvid=N_MTQ4NzgyNzM3OTkw&name=CRYSTAL%20ELAIN%20CALL)

Age 34
Overview
Lives in Straughn, IN

May also go by Crystal Elain Moore, Cyrstal Call

View person report (/app/generate/person?bvid=N_MTQ4NzgyNzM3OTkw&name=CRYSTAL%20ELAIN%20CALL)

◈ Show less contact info

| | |
|---|---|
| **Address** | 5773 E County Road 700 S |
| | Straughn, IN 47387 |
| | (/app/generate/property?address=5773%20E%20County%20Road%20700%20S&city=Straughn&state=IN&zipcode=47387) |
| **Dates seen** | Jul 2016 - Aug 2023 |

| | |
|---|---|
| **Address** | 203 W Front St CC |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=203%20W%20Front%20St.%20CC&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | May 2010 - Jan 2019 |

| | |
|---|---|
| **Address** | 438 W Main St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=438%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | Mar 2016 - Jul 2016 |

| | |
|---|---|
| **Phone number** | (765) 541-9439 (/app/generate/phone?phone=7655419439) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (765) 541-9950 (/app/generate/phone?phone=7655419950) |
| **Dates seen** | - |

Is this accurate?

## Michael Jay Junkin (/app/generate/person?bvid=N_MDAxMjk0NzY3MTMx&name=MICHAEL%20JAY%20JUNKIN)

Age 53

Lives in Cambridge City, IN

May also go by Michael J Morgan, Mihcale J Junkim

View person report (/app/generate/person?bvid=N_MDAxMjk0NzY3MTMx&name=MICHAEL%20JAY%20JUNKIN)

◈ Show less contact info

| | |
|---|---|
| **Address** | 611 S 5th St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=611%20S%205th%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | Jan 1999 - Aug 2023 |

| | |
|---|---|
| **Address** | 103 PO Box |
| | Milton, IN 47357 |
| | (/app/generate/property?address=103%20Po%20Box&city=Milton&state=IN&zipcode=47357) |
| **Dates seen** | Apr 2015 - Apr 2015 |

◈ Show less relatives

 Overview

## Marcia L Morgan (/app/generate/person?
## bvid=N_MDAxNzUyMzQ0MTk3&name=MARCIA%20L%20MORGAN)

Age 61

Lives in Milton, IN

May also go by Marcia L Moistner, Marsha L Moistner, Marsha L Morgan **+2 more**

View person report (/app/generate/person?bvid=N_MDAxNzUyMzQ0MTk3&name=MARCIA%20L%20MORGAN)

◒ Show less contact info

| Address | 103 PO Box |
| | Milton, IN 47357 |
| | (/app/generate/property?address=103%20Po%20Box&city=Milton&state=IN&zipcode=47357) |
| Dates seen | Apr 2015 - Aug 2023 |

| Address | 207 N 17th St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=207%20N%2017th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Dec 2020 - May 2023 |

Is this accurate?

## John H Junkin (/app/generate/person?
## bvid=N_MDAxMjk0MDUzOTA1&name=JOHN%20H%20JUNKIN)

Age 62

Lives in Lawrenceburg, KY

May also go by John J Junkin Jr, John Junkins, John N Junkin

View person report (/app/generate/person?bvid=N_MDAxMjk0MDUzOTA1&name=JOHN%20H%20JUNKIN)

◒ Show less contact info

| Address | 222 Gailane St |
| | Lawrenceburg, KY 40342 |
| | (/app/generate/property?address=222%20Gailane%20St.&city=Lawrenceburg&state=KY&zipcode=40342) |
| Dates seen | Jan 2014 - Aug 2023 |

| Address | 601 Montana Ave |
| | Louisville, KY 40208 |
| | (/app/generate/property?address=601%20Montana%20Ave.&city=Louisville&state=KY&zipcode=40208) |
| Dates seen | Mar 2017 - Dec 2019 |

| Phone number | (502) 409-9840 (/app/generate/phone?phone=5024099840) |
| Dates seen | - |

◒ Show less relatives

## Jeana B Harris (/app/generate/person?
## bvid=N_MDAwMTExNzc3NTM1&name=JEANA%20B%20HARRIS)

Age 58

Lives in Louisville, KY

May also go by Jeana Junkin, Jeana C Harris, Jeana C Bailey **+1 more**

View person report (/app/generate/person?bvid=N_MDAwMTExNzc3NTM1&name=JEANA%20B%20HARRIS)

**⊘ Show less contact info**

| Address | 601 Montana Ave |
| --- | --- |
| | Louisville, KY 40208 |
| | (/app/generate/property?address=601%20Montana%20Ave.&city=Louisville&state=KY&zipcode=40208) |
| Dates seen | Sep 2017 - Aug 2023 |

| Address | 222 Gailane St |
| --- | --- |
| | Lawrenceburg, KY 40342 |
| | (/app/generate/property?address=222%20Gailane%20St.&city=Lawrenceburg&state=KY&zipcode=40342) |
| Dates seen | Nov 2019 - Aug 2021 |

| Address | 335 Old Virginia Ave Apt 1 |
| --- | --- |
| | Lexington, KY 40504 |
| | (/app/generate/property?address=335%20Old%20Virginia%20Ave.%20Apt%201&city=Lexington&state=KY&zipcode=40504) |
| Dates seen | Oct 2015 - Oct 2018 |

| Phone number | (859) 368-0008 (/app/generate/phone?phone=8593680008) |
| --- | --- |
| Dates seen | - |

## John J Junkin (/app/generate/person? bvid=N_MDAxMjk0NTMzNTA3&name=JOHN%20J%20JUNKIN)

Deceased at age ~69 on Nov 1998

Lived in Lexington, KY

View person report (/app/generate/person?bvid=N_MDAxMjk0NTMzNTA3&name=JOHN%20J%20JUNKIN)

**⊘ Show less contact info**

| Address | 229 Sherman Ave |
| --- | --- |
| | Lexington, KY 40502 |
| | (/app/generate/property?address=229%20Sherman%20Ave.&city=Lexington&state=KY&zipcode=40502) |
| Dates seen | Sep 1998 - Jun 2023 |

| Address | 802 Sunset Dr |
| --- | --- |
| | Lexington, KY 40502 |
| | (/app/generate/property?address=802%20Sunset%20Dr.&city=Lexington&state=KY&zipcode=40502) |
| Dates seen | Jun 1997 - Mar 2008 |

| Phone number | (859) 266-9861 (/app/generate/phone?phone=8592669861) |
| --- | --- |
| Dates seen | - |

Is this accurate?

**Overview**

## Phillip Blake Junkin (/app/generate/person?
## bvid=N_MTkxNzc4Njc3MTk1&name=PHILLIP%20BLAKE%20JUNKIN)

Age 27
Lives in Lexington, KY

View person report (/app/generate/person?bvid=N_MTkxNzc4Njc3MTk1&name=PHILLIP%20BLAKE%20JUNKIN)

◉ Show less contact info

| Address | 1038 Strader Dr |
| | Lexington, KY 40505 |
| | (/app/generate/property?address=1038%20Strader%20Dr.&city=Lexington&state=KY&zipcode=40505) |
| Dates seen | Aug 2020 - Aug 2023 |

| Address | 500 Kimberly Dr |
| | Winchester, KY 40391 |
| | (/app/generate/property?address=500%20Kimberly%20Dr.&city=Winchester&state=KY&zipcode=40391) |
| Dates seen | Feb 2015 - Jun 2023 |

| Address | 375 Bucoto Ct |
| | Lexington, KY 40504 |
| | (/app/generate/property?address=375%20Bucoto%20Ct.&city=Lexington&state=KY&zipcode=40504) |
| Dates seen | Apr 2019 - Jun 2021 |

◉ Show less relatives

## Rebecca Lee Junkin (/app/generate/person?
## bvid=N_MDAxMjk0NjYzMTQy&name=REBECCA%20LEE%20JUNKIN)

Age 60
Lives in Winchester, KY
May also go by Rebecca L Pike, Rebecca L Gibson, Rebecca L Pikejunkin **+9 more**

View person report (/app/generate/person?bvid=N_MDAxMjk0NjYzMTQy&name=REBECCA%20LEE%20JUNKIN)

◉ Show less contact info

| Address | 500 Kimberly Dr |
| | Winchester, KY 40391 |
| | (/app/generate/property?address=500%20Kimberly%20Dr.&city=Winchester&state=KY&zipcode=40391) |
| Dates seen | Apr 2014 - Aug 2023 |

| Address | 229 Sherman Ave |
| | Lexington, KY 40502 |
| | (/app/generate/property?address=229%20Sherman%20Ave.&city=Lexington&state=KY&zipcode=40502) |
| Dates seen | Sep 1998 - May 2014 |

**Phone number** (859) 644-5035 (/app/generate/phone?phone=8596445035)

Overview

Dates seen    -

Is this accurate?

## Allison E Junkin (/app/generate/person?bvid=N_MTk1NjY0NjE0MDQx&name=ALLISON%20E%20JUNKIN)

Age 25

Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MTk1NjY0NjE0MDQx&name=ALLISON%20E%20JUNKIN)

⊗ Show less contact info

| | |
|---|---|
| Address | 511 N 18th St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=511%20N%2018th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Nov 2022 - Dec 2022 |

| | |
|---|---|
| Address | 103 PO Box |
| | Milton, IN 47357 |
| | (/app/generate/property?address=103%20Po%20Box&city=Milton&state=IN&zipcode=47357) |
| Dates seen | Oct 2017 - Nov 2022 |

| | |
|---|---|
| Address | 1026 S 23rd St Apt 127 |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=1026%20S%2023rd%20St.%20Apt%20127&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Aug 2020 - May 2021 |

Is this accurate?

## Charissa E Junkin (/app/generate/person?bvid=N_MDAwMDgyNzQwMTgy&name=CHARISSA%20E%20JUNKIN)

Age 59

Lives in Lexington, KY

May also go by Charissa Elise Arnold, Arnold Charissa Junkin, Charissa E Carnes **+2 more**

View person report (/app/generate/person?bvid=N_MDAwMDgyNzQwMTgy&name=CHARISSA%20E%20JUNKIN)

⊗ Show less contact info

| | |
|---|---|
| Address | 2914 Clays Mill Rd |
| | Lexington, KY 40503 |
| | (/app/generate/property?address=2914%20Clays%20Mill%20Rd.&city=Lexington&state=KY&zipcode=40503) |
| Dates seen | Jun 1987 - Aug 2023 |

| | |
|---|---|
| Address | 629 N Broadway |
| | Lexington, KY 40508 |
| | (/app/generate/property?address=629%20N%20Broadway&city=Lexington&state=KY&zipcode=40508) |
| Dates seen | Jan 2005 - Jan 2005 |

Overview

| | |
|---|---|
| Address | 200 Little Stoner Rd |
| | Winchester, KY 40391 |
| | (/app/generate/property?address=200%20Little%20Stoner%20Rd.&city=Winchester&state=KY&zipcode=40391) |
| Dates seen | Jun 2001 - Dec 2003 |

Phone number  (859) 276-3019 (/app/generate/phone?phone=8592763019)

Dates seen  -

**✪ Show less relatives**

## Paul M Young (/app/generate/person? bvid=N_MDAyNzg4NjcxNzkx&name=PAUL%20M%20YOUNG)

Age 61

Lives in Lexington, KY

View person report (/app/generate/person?bvid=N_MDAyNzg4NjcxNzkx&name=PAUL%20M%20YOUNG)

**✪ Show less contact info**

| | |
|---|---|
| Address | 2914 Clays Mill Rd |
| | Lexington, KY 40503 |
| | (/app/generate/property?address=2914%20Clays%20Mill%20Rd.&city=Lexington&state=KY&zipcode=40503) |
| Dates seen | Nov 2005 - Aug 2023 |
| Address | 6014 Lauren Ln |
| | Richmond, KY 40475 |
| | (/app/generate/property?address=6014%20Lauren%20Ln.&city=Richmond&state=KY&zipcode=40475) |
| Dates seen | Jul 2022 - Jul 2022 |
| Address | 571 W Short St Apt 6 |
| | Lexington, KY 40507 |
| | (/app/generate/property?address=571%20W%20Short%20St.%20Apt%206&city=Lexington&state=KY&zipcode=40507) |
| Dates seen | Sep 2000 - Jul 2018 |

Phone number  (859) 276-3019 (/app/generate/phone?phone=8592763019)

Dates seen  -

## Amber N Howard (/app/generate/person? bvid=N_MTU4MzQwNDE2MDc3&name=AMBER%20N%20HOWARD)

Age 38

Lives in Lexington, KY

May also go by Amber N Junkin

View person report (/app/generate/person?bvid=N_MTU4MzQwNDE2MDc3&name=AMBER%20N%20HOWARD)

**✪ Show less contact info**

| | |
|---|---|
| Address | 2914 Clays Mill Rd |
| | Lexington, KY 40503 |
| **Overview** | (/app/generate/property?address=2914%20Clays%20Mill%20Rd.&city=Lexington&state=KY&zipcode=40503) |

| | |
|---|---|
| Dates seen | Aug 2011 - Aug 2023 |

| | |
|---|---|
| Address | 320 N Lewis St |
| | Dawson, IL 62520 |
| | (/app/generate/property?address=320%20N%20Lewis%20St.&city=Dawson&state=IL&zipcode=62520) |
| Dates seen | Mar 2010 - Dec 2015 |

| | |
|---|---|
| Address | 161 PO Box |
| | Dawson, IL 62520 |
| | (/app/generate/property?address=161%20Po%20Box&city=Dawson&state=IL&zipcode=62520) |
| Dates seen | Jul 2004 - Jul 2004 |

| | |
|---|---|
| Phone number | (859) 276-3019 (/app/generate/phone?phone=8592763019) |
| Dates seen | - |

| | |
|---|---|
| Phone number | (217) 364-4842 (/app/generate/phone?phone=2173644842) |
| Dates seen | - |

## Michael John Junkin (/app/generate/person? bvid=N_MTU0OTc5ODExMDI3&name=MICHAEL%20JOHN%20JUNKIN)

Age 35

Lives in Lexington, KY

May also go by Mike Junkin

View person report (/app/generate/person?bvid=N_MTU0OTc5ODExMDI3&name=MICHAEL%20JOHN%20JUNKIN)

⊙ Show less contact info

| | |
|---|---|
| Address | 2914 Clays Mill Rd |
| | Lexington, KY 40503 |
| | (/app/generate/property?address=2914%20Clays%20Mill%20Rd.&city=Lexington&state=KY&zipcode=40503) |
| Dates seen | May 2008 - Aug 2023 |

| | |
|---|---|
| Phone number | (859) 276-3019 (/app/generate/phone?phone=8592763019) |
| Dates seen | - |

Is this accurate?

## Rebecca Junkin (/app/generate/person? bvid=N_MDAzMjI2MDc3NjM1&name=REBECCA%20JUNKIN)

Age N/A

Lives in Lexington, KY

View person report (/app/generate/person?bvid=N_MDAzMjI2MDc3NjM1&name=REBECCA%20JUNKIN)

⊙ Show less contact info

| | |
|---|---|
| Address Overview | 229 Sherman Ave |
| | Lexington, KY 40502 |

(/app/generate/property?address=229%20Sherman%20Ave.&city=Lexington&state=KY&zipcode=40502)

| | |
|---|---|
| **Dates seen** | Jul 2001 – Dec 2021 |

Is this accurate?

## Possible Marriage & Divorce Records

Alerts

No possible marriage & divorce records found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Names & Ancestry

Alerts

⬤ Learn more

### Jared

From the Hebrew name יָרֶד (Yared) or יֶרֶד (Yered) meaning "descent". This is the name of a close descendant of Adam in the Old Testament. It has been used as an English name since the Protestant Reformation, and it was popularized in the 1960s by the character Jarrod Barkley on the television series The Big Valley.

Usage: English, Biblical

Info provided by behindthename.com (https://www.behindthename.com/)

Popularity of the name **Jared** over time

**Jared** was the

## 58th most common name of 1987

Sort name popularity by gender

| Male | Female |
|---|---|

Select a year

| 1987 |
|---|

## Possible Associates

Alerts

### Franklin E Call (/app/generate/person? bvid=N_MDAwMzUxMDkwMTA2&name=FRANKLIN%20E%20CALL)

Age 59

Lives in Cambridge City, IN

May also go by Franklin Eli Call, Frank E Call, Franklin E Call Jr +1 more

View person report (/app/generate/person?bvid=N_MDAwMzUxMDkwMTA2&name=FRANKLIN%20E%20CALL)

⊗ Show less contact info

| | |
|---|---|
| **Address** | 438 W Main St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=438%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| **Dates seen** | Nov 1996 - Aug 2023 |

| | |
|---|---|
| **Address** | 5773 E County Road 700 S |
| | Straughn, IN 47387 |
| | (/app/generate/property?address=5773%20E%20County%20Road%20700%20S&city=Straughn&state=IN&zipcode=47387) |
| **Dates seen** | Jul 2021 - Apr 2022 |

| | |
|---|---|
| **Address** | 404 N 13th St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=404%20N%2013th%20St.&city=Richmond&state=IN&zipcode=47374) |
| **Dates seen** | Feb 2018 - Sep 2018 |

| | |
|---|---|
| **Phone number** | (765) 541-9950 (/app/generate/phone?phone=7655419950) |
| **Dates seen** | - |

Is this accurate?

## Diana Lee Prebenda (/app/generate/person?bvid=N_MDAxMzY3MTI3MTYy&name=DIANA%20LEE%20PREBENDA)

Age 65
Lives in Huntington, IN
May also go by Diana L Keller, Diana K Prebenda, Lee Prebenda Diana **+2 more**

View person report (/app/generate/person?bvid=N_MDAxMzY3MTI3MTYy&name=DIANA%20LEE%20PREBENDA)

⊗ Show less contact info

| | |
|---|---|
| **Address** | 1405 Garfield St Apt 26 |
| | Huntington, IN 46750 |
| | (/app/generate/property?address=1405%20Garfield%20St.%20Apt%2026&city=Huntington&state=IN&zipcode=46750) |
| **Dates seen** | Oct 2022 - Aug 2023 |

| | |
|---|---|
| **Address** | 6010 Saint Joe Rd Apt 17 |
| | Fort Wayne, IN 46835 |
| | (/app/generate/property?address=6010%20Saint%20Joe%20Rd.%20Apt%2017&city=Fort%20Wayne&state=IN&zipcode=46835) |
| **Dates seen** | Aug 2019 - Aug 2019 |

| | |
|---|---|
| **Address** | 815 E Tipton St |
| | Huntington, IN 46750 |
| | (/app/generate/property?address=815%20E%20Tipton%20St.&city=Huntington&state=IN&zipcode=46750) |
| **Dates seen** | Feb 2019 - Feb 2019 |

| | |
|---|---|
| **Phone number** | (765) 994-5347 (/app/generate/phone?phone=7659945347) |

Overview

Dates seen   -

Is this accurate?

## Marcia L Morgan (/app/generate/person?bvid=N_MDAxNzUyMzQ0MTk3&name=MARCIA%20L%20MORGAN)

Age 61

Lives in Milton, IN

May also go by Marcia L Moistner, Marsha L Moistner, Marsha L Morgan +2 more

View person report (/app/generate/person?bvid=N_MDAxNzUyMzQ0MTk3&name=MARCIA%20L%20MORGAN)

⊙ Show less contact info

| Address | 103 PO Box |
| | Milton, IN 47357 |
| | (/app/generate/property?address=103%20Po%20Box&city=Milton&state=IN&zipcode=47357) |
| Dates seen | Apr 2015 - Aug 2023 |

| Address | 207 N 17th St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=207%20N%2017th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Dec 2020 - May 2023 |

Is this accurate?

## Debbie S Moistner (/app/generate/person?bvid=N_MDAxNzUyOTk4MjA0&name=DEBBIE%20S%20MOISTNER)

Age ~55

Lives in Cambridge City, IN

May also go by Debra S Moistner

View person report (/app/generate/person?bvid=N_MDAxNzUyOTk4MjA0&name=DEBBIE%20S%20MOISTNER)

⊙ Show less contact info

| Address | 313 E Main St |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=313%20E%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Nov 2010 - Jun 2016 |

| Phone number | (765) 478-5080 (/app/generate/phone?phone=7654785080) |
| Dates seen | - |

Is this accurate?

## Joshua Ryan King Baker (/app/generate/person?bvid=N_MDkzMDcwMjc1ODM4&name=JOSHUA%20RYAN%20KING-BAKER)

Age 36
Lives in New Castle, IN
May also go by Joshua King Baker, Joshua King, Baker King **+4 more**

View person report (/app/generate/person?bvid=N_MDkzMDcwMjc1ODM4&name=JOSHUA%20RYAN%20KING-BAKER)

⊗ Show less contact info

| Address | 549 S Messick Rd |
| --- | --- |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=549%20S%20Messick%20Rd.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Nov 2021 - Aug 2023 |

| Address | 150 N Pearl St |
| --- | --- |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Feb 2015 - Jun 2023 |

| Address | 301B Glenwood Dr |
| --- | --- |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=301B%20Glenwood%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Mar 2017 - Nov 2022 |

Is this accurate?

## Cinnamon Soraya Murphy (/app/generate/person?bvid=N_MTQ4ODAwOTI2NzA4&name=CINNAMON%20SORAYA%20MURPHY)

Age 31
Lives in Hagerstown, IN
May also go by Cinnamon S Hendricks

View person report (/app/generate/person?bvid=N_MTQ4ODAwOTI2NzA4&name=CINNAMON%20SORAYA%20MURPHY)

⊗ Show less contact info

| Address | 150 N Pearl St |
| --- | --- |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Aug 2018 - Jun 2023 |

| Address | 2726 E Massengale Rd |
| --- | --- |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Jan 2011 - Apr 2018 |

| Address | 406 Sycamore Ct |
| --- | --- |
| | Saint Paul, IN 47272 |
| | (/app/generate/property?address=406%20Sycamore%20Ct.&city=Saint%20Paul&state=IN&zipcode=47272) |
| Dates seen | May 2013 - May 2015 |

| Phone number | (765) 525-6038 (/app/generate/phone?phone=7655256038) |
| --- | --- |

 Overview

Dates seen    -

Is this accurate?

# Possible Neighbors

•••

Alerts

## Paige M Strothman (/app/generate/person? bvid=N_MjQxMTQxNjYyMzgz&name=PAIGE%20M%20STROTHMAN)

Age N/A

Lives in Hagerstown, IN

View person report (/app/generate/person?bvid=N_MjQxMTQxNjYyMzgz&name=PAIGE%20M%20STROTHMAN)

◉ Show less contact info

| Address | 208 N Pearl St |
|---|---|
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=208%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Mar 2022 - Jun 2023 |

Is this accurate?

## Michael Jimett Davis (/app/generate/person? bvid=N_MDAwNTg0ODUzMTc2&name=MICHAEL%20JIMETT%20DAVIS)

Age 43

Lives in Hagerstown, IN

View person report (/app/generate/person?bvid=N_MDAwNTg0ODUzMTc2&name=MICHAEL%20JIMETT%20DAVIS)

◉ Show less contact info

| Address | 208 N Pearl St |
|---|---|
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=208%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Mar 2022 - Jun 2023 |

Is this accurate?

## Stephanie M Neal (/app/generate/person? bvid=N_MTk0MzkxMTg1Njkz&name=STEPHANIE%20M%20NEAL)

Age N/A

Lives in Hagerstown, IN

View person report (/app/generate/person?bvid=N_MTk0MzkxMTg1Njkz&name=STEPHANIE%20M%20NEAL)

◉ Show less contact info

| Address | 208 N Pearl St |
|---|---|
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=208%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Mar 2022 - Jun 2023 |

Is this accurate?

## Alyssa Hope Martin (/app/generate/person?bvid=N_MjM4MTY2MDM0NzMy&name=ALYSSA%20HOPE%20MARTIN)

Age 22

Lives in New Castle, IN

View person report (/app/generate/person?bvid=N_MjM4MTY2MDM0NzMy&name=ALYSSA%20HOPE%20MARTIN)

◉ Show less contact info

| Address | 612 W Colonial Dr |
|---|---|
| | New Castle, IN 47362 |
| | (/app/generate/property?address=612%20W%20Colonial%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Oct 2022 - May 2023 |

Is this accurate?

## Possible Criminal or Traffic                                                                    Alerts

### Search county jurisdictions for digitized Criminal or Traffic Records

❼ Where do these sources of criminal data come from?

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitally.

## Possible Bankruptcies                                                                    Alerts

 Overview

**Search for digitized Bankruptcy Records**

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your own due diligence.

# Possible Jobs

Alerts

● Learn more

---

### KVK US Technologies

### (/app/search/contact?company=KVK%20US%20Technologies)

Title Operator
Dates seen Jan 2016

Search other employees (/app/search/contact?company=KVK%20US%20Technologies)

Is this accurate?

---

### TSTech Indiana

### (/app/search/contact?company=TSTech%20Indiana)

Title Associate
Dates seen May 2012 - Nov 2015

Search other employees (/app/search/contact?company=TSTech%20Indiana)

Is this accurate?

---

### RCF Kitchens

### (/app/search/contact?company=RCF%20Kitchens)

Title General Laborer
Dates seen Sep 2008 - Jun 2010

Search other employees (/app/search/contact?company=RCF%20Kitchens)

Is this accurate?

---

 Overview

## Kmart Corporation

### (/app/search/contact?company=Kmart%20Corporation)

Title Store Associate
Dates seen Apr 2008 - Sep 2008

Search other employees (/app/search/contact?company=Kmart%20Corporation)

Is this accurate?

## MEG

### (/app/search/contact?company=MEG)

Title Temporary Associate
Dates seen Oct 2007 - Oct 2007

Search other employees (/app/search/contact?company=MEG)

Is this accurate?

## Hoffco/commet

### (/app/search/contact?company=Hoffco%2Fcommet)

Title Temporary Associate
Dates seen Jun 2007 - Aug 2007

Search other employees (/app/search/contact?company=Hoffco%2Fcommet)

Is this accurate?



## Try the Contact Pro Search!

Search for individuals based on employment history, job title, experience level and more to see known and derived contact information

**Begin Searching**

(/app/search/contact)

 Overview

# Possible Education

⊘ Learn more

### Lincoln High School

Degree General Diploma
Dates attended Jan 2002 - Dec 2006

Is this accurate?

Alerts

# Possible Social Media

⊘ Learn more

Possible usernames for Jared R Junkin:

### jared-junkin-162943125 (/app/generate/username?username=jared-junkin-162943125)

First seen Oct 2016 - Last seen Apr 2023

Search username (/app/generate/username?username=jared-junkin-162943125)

### kitwitissues (/app/generate/username?username=kitwitissues)

First seen Dec 2009

Search username (/app/generate/username?username=kitwitissues)

Higher Confidence

### LinkedIn

www.linkedin.com/in/jared-junkin-162943125 ☑
(https://www.linkedin.com/in/jared-junkin-162943125)

Type **Professional and business**

Visit LinkedIn ☑

Is this accurate?

Higher Confidence

### Myspace

myspace.com/KitWitIssues ☑
(https://myspace.com/KitWitIssues)

Type **Personal profiles**

 Overview

Visit Myspace ↗

Is this accurate?

Higher Confidence

## Inuyashakarma.moon-blurred.net

inuyashakarma.moon-blurred.net/contentpg13.html ↗
(http://inuyashakarma.moon-blurred.net/contentpg13.html)

Type **Web pages**

Visit Site ↗

Is this accurate?

# Possible Owned Assets

⊡ Alerts

◉ Learn more

Exact match assets only ❶                                          ✓

🏠 1 Property                                                $110,300

🚗 1 Vehicle                                                  $5,568

Estimated total value
$115,868

---

✔ Exact Match

## 150 N Pearl St
## Hagerstown, IN 47346
## (/app/generate/property?
## address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346)

Property Type –
Room Count 2 bedrooms & 3 bathrooms
Year Built 1938
Dimensions 1,956 sf building on 6,011 sf lot

◉ Show less about this property

### Property financials

Estimated Value $110,300
Annual Taxes $1,002

▤ Owner details
Overview

The following individuals were identified as having ownership of this property.

Name **Jared R Junkin** (/app/search/person?fname=JARED&ln=JUNKIN&mn=R)

View property report (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346)

Is this accurate?

✔ Exact Match

## 2007 HYUNDAI SONATA

Example not found

Make HYUNDAI
Model SONATA
Year 2007
MSRP -
Est. Value $5,568

⊗ Show less about this vehicle

### This vehicle may be registered to

Name **JARED JUNKIN** (/app/search/person?city=Hagerstown&fname=JARED&ln=JUNKIN&state=IN)

Address
**150 N Pearl St, Hagerstown, IN 47346** (/app/generate/property?
address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346)

Is this accurate?

BeenVerified

## Access **thousands**
## in rewards!





See rewards

Savings may be available in BeenVerified Member Perks through gift cards,
cash back offers or discounts. Terms and conditions apply.

 Overview

## Licenses and Permits

BONUS

### UCC filings
Notices filed by lenders to indicate an interest in Jared's personal property or collateral

BONUS

### DEA Licenses
Licensing for health care providers that enables the handling of controlled substances

BONUS

### Weapons Permits
Permits that may be required to carry or possess firearms and other weapons

BONUS

### Business Affiliations
Business filings associated with Jared, which may contain Jared's title and status

BONUS

### Professional Licenses
Licensing to professionally practice in fields such as health care, legal and construction, among others

BONUS

### Sporting Permits
Licensing required to participate in hunting, fishing and trapping activities

BONUS

### Piloting Licenses
FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

**View FREE BONUS DATA**

# Notes

⊙ Learn more

Add a note here...

Add a note

 Overview

Suggestions for You

# Curious to find out even more about Jared?

Looking into people, addresses and contacts associated with Jared Junkin may yield even more insights

---

Samantha Vance Vance

(/app/generate/person?
bvid=N_MDg2MTUxMDYxOTMz&name=SAMANTHA%20VANCE%20VANCE&trackingName=from%20curious)

Immediate Relative

| View person report |
| --- |

(/app/generate/person?bvid=N_MDg2MTUxMDYxOTMz&name=SAMANTHA%20VANCE%20VANCE&trackingName=from%20curious)

---

Kelly Faith Call

(/app/generate/person?
bvid=N_MDAxMjk0ODQ1OTEz&name=KELLY%20FAITH%20CALL&trackingName=from%20curious)

Immediate Relative

| View person report |
| --- |

(/app/generate/person?bvid=N_MDAxMjk0ODQ1OTEz&name=KELLY%20FAITH%20CALL&trackingName=from%20curious)

---

150 N Pearl St. Hagerstown, IN 47346 (/app/generate/property?
address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&trackingName=from%20curiou
s&zipcode=47346)

Related Address

| View property report (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&trackingName=from%20curious&z |
| --- |

---

## How would you rate this report?

☆ ☆ ☆ ☆ ☆

Rate out of 5 stars

---

NEW FEATURE

Protect yourself with complimentary $1M Identity Theft Insurance and Restoration services!   | Enroll Now |

 Overview

(/app/dashboard/id-monitor)

# Search again

PEOPLE   PHONE   PROPERTY   EMAIL   SOCIAL MEDIA   CONTACT PRO   VEHICLE

First name                          M.I.              Last name

City                                All                              Age

**Search**

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

## Contact us
We pride ourselves on offering friendly and helpful support!

💬 **Chat with us live**
Available 24 hours

✉ **support@beenverified.com (mailto:support@beenverified.com)**
Available 24 hours

👤 **Your Member ID is**
**886424685**

# About Us

▸ About BeenVerified (https://beenverified.com/about)

▸ Member Perks (/app/dashboard/rewards)

▸ Testimonials (https://www.beenverified.com/about/testimonials)

▸ Careers (https://www.beenverified.com/careers)

▸ Press (https://www.beenverified.com/press)

▸ Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-I3Pqw/viewform)

▸ Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

 Overview

# Help

▸ Customer Care (http://support.beenverified.com)

▸ Contact Us ()

▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

▸ FAQ (https://www.beenverified.com/faq/billing/)

▸ Do Not Sell or Share My Personal Information (/app/optout/search)

▸ Affiliates (https://www.beenverified.com/affiliates)

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

© 2023 BeenVerified, LLC (https://www.beenverified.com) . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility ♿

≣ Overview

1:57  91%

### Jared

It would be healthier for you right now. Just come by and plop on the couch and watch something

I appreciate that. But I feel at this time, it's not the answer I seek. To be honest I don't know what it is that I seek. 🗿

For the pain and lost time not to be ever present.

But for now that's where it's at. It gets better from here bro it just takes a bit.



For me with Sarah it hurt a ton but was still way easier than others because it was bad before we split.

Your situation seems similar except you're more mature.

Cinnamon sent me this about 20 minutes ago from her spot in the living room where she's still at work

Jared, there's a whole lot to say that I haven't said because I cant exactly type it al'    r messenger... I've wanted to be    e and leave

Referencing his ex girlfriend, Soraya "Cinnamon" Murphy.

1:58

 Jared

Jared, there's a whole lot to say that I haven't said because I cant exactly type it all over messenger... I've wanted to be free and leave several times, you just didn't hear me. When I tell you about things that are making me stressed in my own home, you buckle down with your ignorant attitude like it's something to be proud of, that you have these hard headed views... instead of listening to me and where I'm coming from. For instance, with the house and always having to pick up after everyone... your immediate response is, "well I just don't care, it's not deep, get over it" instead of shutting the fuck up and understanding things from my point of view. So then you're just left there looking like an asshole, but feeling like you won, when in reality you were just an emotionless asshole who only cared about himself. There are TONS of times conversations similar to that have taken place between us regarding different topics, and instead of acknowledging my concerns you blow them off and act like a dick and ignore me. And all the times

1:58

 **Jared**

acknowledging my concerns you blow them off and act like a dick and ignore me. And all the times when I was depressed and hurting and you gave zero fucks and was looking at hard-core lollicon on fucking Valentine's Day... then not to mention all the times you had zero idea how to treat a lady because you just figured you didn't "have to" with me... when the issue is that it didn't even cross your mind. When you love and care about someone other than yourself, you think about things from their perspective and take their feelings into account. You WANT to do romantic things for them to show your love. You grow some balls and stand up for them when your friends and family attack them. You listen to them to understand them when they're having problems, not just listen to reply. I care about you, and I love you, and I always will, but you don't know how to love someone properly and it's going to kill my spirit completely if I stay. I'm tired of being depressed and feeling alone even though I'm in a house with other people.

Some of this is projection. Some

← Apparently, the "lollicon" referenced here is a type of virtual child pornography.

I reported J.R.J. to the appropriate authorities, and despite being aware of his potential activities, M.A.M.H. & A.L.H brought him a stove, attempted to scapegoat and/or frame me, and may have failed to report J.R.J, despite awareness.

♡ Save          🔔 Monitor          📄 PDF                    List                    ··· More

# Cinnamon Soraya Murphy

Age 31 years old

Born April 1992

Location Hagerstown, IN

Aliases Cinnamon Hendricks, Cinnamon Murphy <u>View 5 more</u>

🖪 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                    ✓

🏠 150 N Pearl St                                                    <u>View 9 more</u>
   Hagerstown, IN 47346

📞 (317) 364-1995                                                    <u>View 6 more</u>

✉ CINNAMON.HENDRICKS@GMAIL.COM                                       <u>View 4 more</u>

♥ 4 relatives found                                                 <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                             <u>Learn more</u>

📢 5 social networks identified                                      <u>View details</u>

📷 No photos found

**Need this report in a printable format?**

☰ Overview                                                          

Reports are available as a PDF that you can print, email to yourself or download to your computer.

[🖨 Print PDF]   [✈ Email PDF]

# Possible Phone Numbers

Alerts

❖ Learn more

---

✔ Best phone number match

## (317) 364-1995 (/app/generate/phone?phone=3173641995&referringBvid=N_MTQ4ODAwOTI2NzA4)

Phone type Mobile

View phone report (/app/generate/phone?phone=3173641995&referringBvid=N_MTQ4ODAwOTI2NzA4)

Is this accurate?

---

Higher Confidence

## (760) 920-1861 (/app/generate/phone?phone=7609201861&referringBvid=N_MTQ4ODAwOTI2NzA4)

Phone type Mobile

View phone report (/app/generate/phone?phone=7609201861&referringBvid=N_MTQ4ODAwOTI2NzA4)

Is this accurate?

---

Higher Confidence

## (317) 245-7320 (/app/generate/phone?phone=3172457320&referringBvid=N_MTQ4ODAwOTI2NzA4)

Dates seen Dec 2009 - Dec 2009

View phone report (/app/generate/phone?phone=3172457320&referringBvid=N_MTQ4ODAwOTI2NzA4)

Is this accurate?

---

Higher Confidence

## (765) 312-1234 (/app/generate/phone?phone=7653121234&referringBvid=N_MTQ4ODAwOTI2NzA4)

Overview

Dates seen Mar 1996 - Jan 2001

View phone report (/app/generate/phone?phone=7653121234&referringBvid=N_MTQ4ODAwOTI2NzA4)

Is this accurate?

Higher Confidence

## (765) 334-8060 (/app/generate/phone?phone=7653348060&referringBvid=N_MTQ4ODAwOTI2NzA4)

Dates seen Mar 1996 - Jan 2001

View phone report (/app/generate/phone?phone=7653348060&referringBvid=N_MTQ4ODAwOTI2NzA4)

Is this accurate?

Higher Confidence

## (765) 855-2244 (/app/generate/phone?phone=7658552244&referringBvid=N_MTQ4ODAwOTI2NzA4)

Dates seen Jan 2001 - Jan 2001

View phone report (/app/generate/phone?phone=7658552244&referringBvid=N_MTQ4ODAwOTI2NzA4)

Is this accurate?

Higher Confidence

## (801) 943-5944 (/app/generate/phone?phone=8019435944&referringBvid=N_MTQ4ODAwOTI2NzA4)

Dates seen Aug 2015

View phone report (/app/generate/phone?phone=8019435944&referringBvid=N_MTQ4ODAwOTI2NzA4)

Is this accurate?

WARNING: Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

✉ **Possible Emails**

Alerts

⚙ **Professional (1)**

Learn more ❶

juggalettecinnamon@myspace.com (/app/generate/email?email=juggalettecinnamon%40myspace.com)      Higher Confidence

☰ Overview

**👤 Personal Emails (4)**

cinnamon.hendricks@gmail.com (/app/generate/email?email=cinnamon.hendricks%40gmail.com)    ✔ **Best email address match**

Last seen: 12/20/2021

cinnamonsorayamurphy@yahoo.com (/app/generate/email?email=cinnamonsorayamurphy%40yahoo.com)    **Higher Confidence**

Last seen: 08/15/2021

sorayanightshade@gmail.com (/app/generate/email?email=sorayanightshade%40gmail.com)    **Higher Confidence**

Last seen: 01/01/2023

● Show more

# Possible Address History



☐ Alerts

◆ Learn more

10 addresses identified

✔ **Best address match**

## 150 N Pearl St
## Hagerstown, IN 47346
## (/app/generate/property?
## address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346)

Dates seen Aug 2019 - Aug 2019

Search this property (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346)

Is this accurate?

 Overview

Higher Confidence

**406 Sycamore Ct**
**Saint Paul, IN 47272**

Dates seen Jun 2014 - Jun 2014

Is this accurate?

---

Higher Confidence

**8108 Wildwood Farms Dr**
**Indianapolis, IN 46239**
**(/app/generate/property?**
**address=8108%20Wildwood%20Farms%20Dr.&city=Indianapolis&state=IN&zipcode=46239)**

Dates seen Dec 2009 - Dec 2009

Search this property (/app/generate/property?address=8108%20Wildwood%20Farms%20Dr.&city=Indianapolis&state=IN&zipcode=46239)

Is this accurate?

---

Higher Confidence

**100 SW 15th St**
**Richmond, IN 47374**
**(/app/generate/property?**
**address=100%20SW%2015th%20St.&city=Richmond&state=IN&zipcode=47374)**

Dates seen Jan 2001 - Jan 2001

Search this property (/app/generate/property?address=100%20SW%2015th%20St.&city=Richmond&state=IN&zipcode=47374)

Is this accurate?

---

Higher Confidence

**18 Debolt Ln**
**Richmond, IN 47374**
**(/app/generate/property?**
**address=18%20Debolt%20Ln.&city=Richmond&state=IN&zipcode=47374)**

Dates seen Apr 2000 - Apr 2000

Search this property (/app/generate/property?address=18%20Debolt%20Ln.&city=Richmond&state=IN&zipcode=47374)

Is this accurate?

 Overview

Higher Confidence

## 2726 E Massengale Rd
## Shelbyville, IN 46176
## (/app/generate/property?
## address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176)

Dates seen Mar 2019

Search this property (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176)

Is this accurate?

---

Higher Confidence

## 305 Creekside Park
## Fairland, IN 46126

Dates seen Aug 2017

Is this accurate?

---

Higher Confidence

## 3211 Neff St
## Elkhart, IN 46514
## (/app/generate/property?
## address=3211%20Neff%20St.&city=Elkhart&state=IN&zipcode=46514)

Search this property (/app/generate/property?address=3211%20Neff%20St.&city=Elkhart&state=IN&zipcode=46514)

Is this accurate?

---

Higher Confidence

## 1214 Parkway Dr
## El Sobrante, CA 94803
## (/app/generate/property?
## address=1214%20Parkway%20Dr.&city=El%20Sobrante&state=CA&zipcode=94803)

Dates seen Jan 2020

Search this property (/app/generate/property?address=1214%20Parkway%20Dr.&city=El%20Sobrante&state=CA&zipcode=94803)

Is this accurate?

 Overview

Higher Confidence

## 803 Indiana Ave
## New Castle, IN 47362
## (/app/generate/property?
## address=803%20Indiana%20Ave.&city=New%20Castle&state=IN&zipcode=47362)

Dates seen Jun 2016

Search this property (/app/generate/property?address=803%20Indiana%20Ave.&city=New%20Castle&state=IN&zipcode=47362)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

# Possible Relatives

Alerts

◉ Learn more

## Andrew Reed Hendricks (/app/generate/person?
## bvid=N_MTQwOTU0NTI4MDIy&name=ANDREW%20REED%20HENDRICKS)

Age 34
Lives in Morristown, IN
May also go by Andre R Hendricks

View person report (/app/generate/person?bvid=N_MTQwOTU0NTI4MDIy&name=ANDREW%20REED%20HENDRICKS)

◉ Show less contact info

| | |
|---|---|
| Address | 527 S Washington St Lot 15 |
| | Morristown, IN 46161 |
| | (/app/generate/property?address=527%20S%20Washington%20St.%20Lot%2015&city=Morristown&state=IN&zipcode=46161) |
| Dates seen | Feb 2022 - Aug 2023 |

| | |
|---|---|
| Address | 2726 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | May 2007 - Aug 2023 |

| | |
|---|---|
| Address | 803 Indiana Ave |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=803%20Indiana%20Ave.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Jul 2015 - Jun 2023 |

| | |
|---|---|
| Phone number | (317) 392-1865 (/app/generate/phone?phone=3173921865) |
| Dates seen | - |

◉ Show less relatives

 Overview

## Dallas Hugh Hendricks (/app/generate/person? bvid=N_MDAwNTY0NDI0OTEw&name=DALLAS%20HUGH%20HENDRICKS)

Age 53

Lives in Martinsville, IN

May also go by Dallas H Hendrick, Dallas Sewell, Dallas Simpson **+2 more**

View person report (/app/generate/person?bvid=N_MDAwNTY0NDI0OTEw&name=DALLAS%20HUGH%20HENDRICKS)

**◉** Show less contact info

| | |
|---|---|
| **Address** | 410 Country View Ct Apt 3 |
| | Martinsville, IN 46151 |
| | (/app/generate/property?address=410%20Country%20View%20Ct.%20Apt%203&city=Martinsville&state=IN&zipcode=46151) |
| **Dates seen** | Nov 2021 - Aug 2023 |

| | |
|---|---|
| **Address** | 2855 Jonesville Rd |
| | Columbus, IN 47201 |
| | (/app/generate/property?address=2855%20Jonesville%20Rd.&city=Columbus&state=IN&zipcode=47201) |
| **Dates seen** | Apr 2023 - Apr 2023 |

| | |
|---|---|
| **Address** | 1291 Thicket Ct |
| | Columbus, IN 47201 |
| | (/app/generate/property?address=1291%20Thicket%20Ct.&city=Columbus&state=IN&zipcode=47201) |
| **Dates seen** | Sep 2019 - Apr 2023 |

| | |
|---|---|
| **Phone number** | (317) 617-5215 (/app/generate/phone?phone=3176175215) |
| **Dates seen** | - |

Is this accurate?

## Deena Lynn Warner (/app/generate/person? bvid=N_MDAxMTA0MDc0ODE3&name=DEENA%20LYNN%20WARNER)

Age 60

Lives in Shelbyville, IN

May also go by Deena Lynn Hendricks, Deena L McVey, L Warner Deena **+3 more**

View person report (/app/generate/person?bvid=N_MDAxMTA0MDc0ODE3&name=DEENA%20LYNN%20WARNER)

**◉** Show less contact info

| | |
|---|---|
| **Address** | 2726 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| **Dates seen** | Jul 2001 - Aug 2023 |

| | |
|---|---|
| **Address** | 911 Hale Rd Lot 190 |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=911%20Hale%20Rd.%20Lot%20190&city=Shelbyville&state=IN&zipcode=46176) |
| **Dates seen** | Mar 1995 - Aug 2003 |

Overview

| | |
|---|---|
| Address | 36 PO Box |
| | Morristown, IN 46161 |
| | (/app/generate/property?address=36%20Po%20Box&city=Morristown&state=IN&zipcode=46161) |
| Dates seen | Mar 1992 - Nov 1995 |

| | |
|---|---|
| Phone number | (812) 398-3290 (/app/generate/phone?phone=8123983290) |
| Dates seen | - |

◔ Show less relatives

## Steve S Warner (/app/generate/person?bvid=N_MDAyNjUyNTgyMTg0&name=STEVE%20S%20WARNER)

Age 68
Lives in Shelbyville, IN
May also go by Rubert Steven Warner, R S Warner, Robert Steven Warner **+2 more**

View person report (/app/generate/person?bvid=N_MDAyNjUyNTgyMTg0&name=STEVE%20S%20WARNER)

◔ Show less contact info

| | |
|---|---|
| Address | 2726 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Jul 2001 - Aug 2023 |

| | |
|---|---|
| Address | 2682 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2682%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Jun 2001 - Sep 2001 |

| | |
|---|---|
| Address | 911 Hale Rd Lot 190 |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=911%20Hale%20Rd.%20Lot%20190&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Apr 1995 - Jun 2001 |

| | |
|---|---|
| Phone number | (812) 398-3374 (/app/generate/phone?phone=8123983374) |
| Dates seen | - |

## Shawna M McVey (/app/generate/person?bvid=N_MDAxNjkxNzA3Mjg1&name=SHAWNA%20M%20MCVEY)

Age 41
Lives in Morristown, IN
May also go by Shawna M Bowers, Shawna Mc Vey, Shawna Mc **+1 more**

View person report (/app/generate/person?bvid=N_MDAxNjkxNzA3Mjg1&name=SHAWNA%20M%20MCVEY)

◔ Show less contact info

| | |
|---|---|
| Address Overview | 8825 N 300 E |
| | Morristown, IN 46161 |

(/app/generate/property?address=8825%20N%20300%20E&city=Morristown&state=IN&zipcode=46161)

| | |
|---|---|
| Dates seen | Jul 2020 - Aug 2023 |

| | |
|---|---|
| Address | 1835 E Michigan Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=1835%20E%20Michigan%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Mar 2014 - Aug 2021 |

| | |
|---|---|
| Address | 2726 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Mar 2002 - Jan 2019 |

| | |
|---|---|
| Phone number | (317) 398-7517 (/app/generate/phone?phone=3173987517) |
| Dates seen | - |

## Pamela S Warner (/app/generate/person?bvid=N_MDAyNjMwMDg1MzQ4&name=PAMELA%20S%20WARNER)

Age 64

Lives in Shelbyville, IN

May also go by Pamela S Wager, Pam S Warner, Pamila S Warner

View person report (/app/generate/person?bvid=N_MDAyNjMwMDg1MzQ4&name=PAMELA%20S%20WARNER)

⊙ Show less contact info

| | |
|---|---|
| Address | 2569 E Old Rushville Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2569%20E%20Old%20Rushville%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Dec 1999 - Aug 2023 |

| | |
|---|---|
| Address | 2726 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Aug 2001 - Jul 2016 |

| | |
|---|---|
| Address | 2682 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2682%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Jul 1992 - Nov 2002 |

| | |
|---|---|
| Phone number | (812) 392-4854 (/app/generate/phone?phone=8123924854) |
| Dates seen | - |

## Douglas J Warner (/app/generate/person?bvid=N_MDAyNjU0MTE0MTk5&name=DOUGLAS%20J%20WARNER)

Age 67

Lives in Shelbyville, IN

Overview

View person report (/app/generate/person?bvid=N_MDAyNjU0MTE0MTk5&name=DOUGLAS%20J%20WARNER)

❖ Show less contact info

| | | |
|---|---|---|
| **Address** | 2569 E Old Rushville Rd | |
| | Shelbyville, IN 46176 | |
| | (/app/generate/property?address=2569%20E%20Old%20Rushville%20Rd.&city=Shelbyville&state=IN&zipcode=46176) | |
| **Dates seen** | Nov 1999 - Aug 2023 | |

| | |
|---|---|
| **Address** | 2819 Druid Dr |
| | Nashville, TN 37210 |
| | (/app/generate/property?address=2819%20Druid%20Dr.&city=Nashville&state=TN&zipcode=37210) |
| **Dates seen** | Jan 2013 - Apr 2020 |

| | |
|---|---|
| **Address** | 2682 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2682%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| **Dates seen** | Jul 1992 - Jun 2001 |

| | |
|---|---|
| **Phone number** | (812) 392-4854 (/app/generate/phone?phone=8123924854) |
| **Dates seen** | - |

## Dawn Anne Adkins (/app/generate/person?bvid=N_MDAwMDE1MDgyODA2&name=DAWN%20ANNE%20ADKINS)

Age 48

Lives in Shelbyville, IN

May also go by Dawn Warner, Dawn Anne Anne, Dawb Adkins **+2 more**

View person report (/app/generate/person?bvid=N_MDAwMDE1MDgyODA2&name=DAWN%20ANNE%20ADKINS)

❖ Show less contact info

| | |
|---|---|
| **Address** | 1654 Shelton Dr |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=1654%20Shelton%20Dr.&city=Shelbyville&state=IN&zipcode=46176) |
| **Dates seen** | Apr 2023 - Aug 2023 |

| | |
|---|---|
| **Address** | 1712 Cimarron Place Dr Apt D |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=1712%20Cimarron%20Place%20Dr.%20Apt%20D&city=Shelbyville&state=IN&zipcode=46176) |
| **Dates seen** | Jan 2019 - Jul 2023 |

| | |
|---|---|
| **Address** | 401 N Walnut St |
| | Milroy, IN 46156 |
| | (/app/generate/property?address=401%20N%20Walnut%20St.&city=Milroy&state=IN&zipcode=46156) |
| **Dates seen** | Mar 2007 - Jun 2023 |

| | |
|---|---|
| **Phone number** | (317) 604-5230 (/app/generate/phone?phone=3176045230) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (765) 629-2098 (/app/generate/phone?phone=7656292098) |

Overview

Dates seen        -

## Pamela S Warner (/app/generate/person?bvid=N_MDUzNDMxMTI5MjE3&name=PAMELA%20S%20WARNER)

Age 65
Lives in Shelbyville, IN
May also go by Paula S Warner

View person report (/app/generate/person?bvid=N_MDUzNDMxMTI5MjE3&name=PAMELA%20S%20WARNER)

⊗ Show less contact info

| | |
|---|---|
| Address | 2569 E Old Rushville Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2569%20E%20Old%20Rushville%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Dec 1999 - Jun 2023 |

## Hayley Ann Warner (/app/generate/person?bvid=N_MTUzMjc5NzAxNDc0&name=HAYLEY%20ANN%20WARNER)

Age 33
Lives in Nashville, TN
May also go by Hayley A Riddle

View person report (/app/generate/person?bvid=N_MTUzMjc5NzAxNDc0&name=HAYLEY%20ANN%20WARNER)

⊗ Show less contact info

| | |
|---|---|
| Address | 2819 Druid Dr |
| | Nashville, TN 37210 |
| | (/app/generate/property?address=2819%20Druid%20Dr.&city=Nashville&state=TN&zipcode=37210) |
| Dates seen | Jan 2013 - Aug 2023 |
| Address | 6001 Old Hickory Blvd Apt 393 |
| | Hermitage, TN 37076 |
| | (/app/generate/property?address=6001%20Old%20Hickory%20Blvd.%20Apt%20393&city=Hermitage&state=TN&zipcode=37076) |
| Dates seen | Jun 2012 - Oct 2013 |
| Address | 2569 E Old Rushville Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2569%20E%20Old%20Rushville%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Jul 2008 - May 2013 |

| | |
|---|---|
| Phone number | (317) 495-6013 (/app/generate/phone?phone=3174956013) |
| Dates seen | - |

☰ Overview

## Audrey J Warner (/app/generate/person? bvid=N_MTg3ODU1MjU1MjY3&name=AUDREY%20J%20WARNER)

Age 30
Lives in Milroy, IN
May also go by Audrey Warner

View person report (/app/generate/person?bvid=N_MTg3ODU1MjU1MjY3&name=AUDREY%20J%20WARNER)

⊘ Show less contact info

| Address | 9831 S Prill Rd |
| | Milroy, IN 46156 |
| | (/app/generate/property?address=9831%20S%20Prill%20Rd.&city=Milroy&state=IN&zipcode=46156) |
| Dates seen | Oct 2017 - Aug 2023 |

| Address | 2569 E Old Rushville Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2569%20E%20Old%20Rushville%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Aug 2011 - Jun 2023 |

| Phone number | (765) 525-4310 (/app/generate/phone?phone=7655254310) |
| Dates seen | - |

| Phone number | (765) 525-7190 (/app/generate/phone?phone=7655257190) |
| Dates seen | - |

| Phone number | (317) 398-0685 (/app/generate/phone?phone=3173980685) |
| Dates seen | - |

Is this accurate?

## Dana Reed Hendricks (/app/generate/person? bvid=N_MDAxMTAzNjgzMDQz&name=DANA%20REED%20HENDRICKS)

Age 62
Lives in Shelbyville, IN
May also go by D R Hendricks, R Hendricks Dana

View person report (/app/generate/person?bvid=N_MDAxMTAzNjgzMDQz&name=DANA%20REED%20HENDRICKS)

⊘ Show less contact info

| Address | 1722 Cimarron Place Dr Apt C |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=1722%20Cimarron%20Place%20Dr.%20Apt%20C&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Apr 2000 - Aug 2023 |

| Address | 1722 Cimarron Place Dr Apt B |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=1722%20Cimarron%20Place%20Dr.%20Apt%20B&city=Shelbyville&state=IN&zipcode=46176) |

≡ Overview

| | |
|---|---|
| Dates seen | Apr 2000 - Aug 2023 |

| | |
|---|---|
| Address | 7038 E 10th St Apt D1 |
| | Indianapolis, IN 46219 |
| | (/app/generate/property?address=7038%20E%2010th%20St.%20Apt%20D1&city=Indianapolis&state=IN&zipcode=46219) |
| Dates seen | Jan 2007 - Sep 2010 |

**Phone number** (317) 398-4079 (/app/generate/phone?phone=3173984079)

| | |
|---|---|
| Dates seen | - |

◉ Show less relatives

## Marjorie K Hendricks (/app/generate/person? bvid=N_MDAxMTAzNTg2MjI4&name=MARJORIE%20K%20HENDRICKS)

Deceased at age ~78 on Apr 2000

Lived in Indianapolis, IN
May also go by Marjori Hendricks, Marjorie Snyder Hendricks

View person report (/app/generate/person?bvid=N_MDAxMTAzNTg2MjI4&name=MARJORIE%20K%20HENDRICKS)

◉ Show less contact info

| | |
|---|---|
| Address | 6149 Windsor Dr |
| | Indianapolis, IN 46219 |
| | (/app/generate/property?address=6149%20Windsor%20Dr.&city=Indianapolis&state=IN&zipcode=46219) |
| Dates seen | Jan 1988 - Sep 2001 |

| | |
|---|---|
| Address | 846 E Mills Ave |
| | Indianapolis, IN 46227 |
| | (/app/generate/property?address=846%20E%20Mills%20Ave.&city=Indianapolis&state=IN&zipcode=46227) |
| Dates seen | Dec 1991 - Feb 1992 |

Is this accurate?

## Ginger E Lay (/app/generate/person? bvid=N_MDAwMzc2NjIyNzg3&name=GINGER%20E%20LAY)

Age 52
Lives in Indianapolis, IN
May also go by Ginger Ellen Murphy, Ginger E Carlin, Ginger E Brady **+2 more**

View person report (/app/generate/person?bvid=N_MDAwMzc2NjIyNzg3&name=GINGER%20E%20LAY)

◉ Show less contact info

| | |
|---|---|
| Address | 1845 E Minnesota St |
| | Indianapolis, IN 46203 |
| | (/app/generate/property?address=1845%20E%20Minnesota%20St.&city=Indianapolis&state=IN&zipcode=46203) |
| Dates seen | Sep 2016 - Aug 2023 |

| | |
|---|---|
| Address Overview | 8108 Wildwood Farms Dr |

Indianapolis, IN 46239

(/app/generate/property?address=8108%20Wildwood%20Farms%20Dr.&city=Indianapolis&state=IN&zipcode=46239)

| | |
|---|---|
| Dates seen | Mar 2006 - Aug 2011 |

| | |
|---|---|
| Address | 2245 N Kenyon St |
| | Indianapolis, IN 46219 |
| | (/app/generate/property?address=2245%20N%20Kenyon%20St.&city=Indianapolis&state=IN&zipcode=46219) |
| Dates seen | Mar 2010 - Jun 2011 |

⌃ Show less relatives

## Ryan L Brady (/app/generate/person?bvid=N_MDAwMjU5MTMzMTkx&name=RYAN%20L%20BRADY)

Age 50

Lives in Tipp City, OH

May also go by Ryan Leonard Brady

View person report (/app/generate/person?bvid=N_MDAwMjU5MTMzMTkx&name=RYAN%20L%20BRADY)

⌃ Show less contact info

| | |
|---|---|
| Address | 18 S 7th St |
| | Tipp City, OH 45371 |
| | (/app/generate/property?address=18%20S%207th%20St.&city=Tipp%20City&state=OH&zipcode=45371) |
| Dates seen | Nov 2016 - Aug 2023 |

| | |
|---|---|
| Address | 2590 Renwick Way |
| | Troy, OH 45373 |
| | (/app/generate/property?address=2590%20Renwick%20Way.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Jun 2023 - Aug 2023 |

| | |
|---|---|
| Address | 602 S Market St |
| | Troy, OH 45373 |
| | (/app/generate/property?address=602%20S%20Market%20St.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Jun 2016 - Jul 2018 |

## Dustin D Carlin (/app/generate/person?bvid=N_MDAwMzc2NzYyNzAy&name=DUSTIN%20D%20CARLIN)

Age N/A

Lives in Richmond, IN

May also go by D Carlin

View person report (/app/generate/person?bvid=N_MDAwMzc2NzYyNzAy&name=DUSTIN%20D%20CARLIN)

⌃ Show less contact info

| | |
|---|---|
| Address | 309 S 14th St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=309%20S%2014th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Apr 1996 - Aug 2021 |

Overview

| Address | 5186 Emerson Village Dr |
|---|---|
| | Indianapolis, IN 46237 |
| | (/app/generate/property?address=5186%20Emerson%20Village%20Dr.&city=Indianapolis&state=IN&zipcode=46237) |
| Dates seen | Jun 2009 - Jun 2009 |

| Phone number | (317) 405-9996 (/app/generate/phone?phone=3174059996) |
|---|---|
| Dates seen | - |

## John Wesley Brady (/app/generate/person?bvid=N_MDAwMjU4ODQxMjM3&name=JOHN%20WESLEY%20BRADY)

Age 79
Lives in Troy, OH

View person report (/app/generate/person?bvid=N_MDAwMjU4ODQxMjM3&name=JOHN%20WESLEY%20BRADY)

◉ Show less contact info

| Address | 2591 Renwick Way |
|---|---|
| | Troy, OH 45373 |
| | (/app/generate/property?address=2591%20Renwick%20Way.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Oct 1993 - Aug 2023 |

| Address | 1805 Creekwood Dr # 25A |
|---|---|
| | Troy, OH 45373 |
| | (/app/generate/property?address=1805%20Creekwood%20Dr.%20%23%2025A&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Oct 1969 - Jun 2004 |

| Address | 1550 Lexington Ave |
|---|---|
| | Troy, OH 45373 |
| | (/app/generate/property?address=1550%20Lexington%20Ave.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Oct 1994 - Oct 1994 |

| Phone number | (937) 339-3101 (/app/generate/phone?phone=9373393101) |
|---|---|
| Dates seen | - |

| Phone number | (937) 552-9020 (/app/generate/phone?phone=9375529020) |
|---|---|
| Dates seen | - |

## Sheri Rae Brady (/app/generate/person?bvid=N_MDAwMjU5MTIxNDQ3&name=SHERI%20RAE%20BRADY)

Age 76
Lives in Troy, OH
May also go by Sherri R Brady

View person report (/app/generate/person?bvid=N_MDAwMjU5MTIxNDQ3&name=SHERI%20RAE%20BRADY)

◉ Show less contact info

| Overview<br>Address | 2591 Renwick Way |
|---|---|

| | |
|---|---|
| | Troy, OH 45373 |
| | (/app/generate/property?address=2591%20Renwick%20Way.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Mar 2000 - Aug 2023 |

| | |
|---|---|
| Address | 167 Lazy River Rd |
| | North Port, FL 34287 |
| | (/app/generate/property?address=167%20Lazy%20River%20Rd.&city=North%20Port&state=FL&zipcode=34287) |
| Dates seen | Jun 1997 - Jan 2015 |

| | |
|---|---|
| Address | 1550 Lexington Ave |
| | Troy, OH 45373 |
| | (/app/generate/property?address=1550%20Lexington%20Ave.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Oct 1994 - Sep 2001 |

| | |
|---|---|
| Phone number | (937) 339-3101 (/app/generate/phone?phone=9373393101) |
| Dates seen | - |

| | |
|---|---|
| Phone number | (937) 552-9020 (/app/generate/phone?phone=9375529020) |
| Dates seen | - |

## Sean Alan Brady (/app/generate/person?bvid=N_MDAwMjU5MTU1MzQz&name=SEAN%20ALAN%20BRADY)

Age 53
Lives in Troy, OH
May also go by Sean A Brady, Sean Brady

View person report (/app/generate/person?bvid=N_MDAwMjU5MTU1MzQz&name=SEAN%20ALAN%20BRADY)

⊘ Show less contact info

| | |
|---|---|
| Address | 225 Westhaven Dr |
| | Troy, OH 45373 |
| | (/app/generate/property?address=225%20Westhaven%20Dr.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Jan 2016 - Aug 2023 |

| | |
|---|---|
| Address | 215 Westhaven Dr |
| | Troy, OH 45373 |
| | (/app/generate/property?address=215%20Westhaven%20Dr.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Nov 2004 - Nov 2022 |

| | |
|---|---|
| Address | 2321 Neff Ln |
| | Troy, OH 45373 |
| | (/app/generate/property?address=2321%20Neff%20Ln.&city=Troy&state=OH&zipcode=45373) |
| Dates seen | Jan 2002 - Dec 2006 |

## Mary Ellen Lay (/app/generate/person?bvid=N_MDAxMjExNTA3MDY3&name=MARY%20ELLEN%20LAY)

Deceased at age ~74 on May 2015
Lived in Richmond, IN

Overview

May also go by Mary E Isaacs

View person report (/app/generate/person?bvid=N_MDAxMJExNTA3MDY3&name=MARY%20ELLEN%20LAY)

⊗ Show less contact info

| | |
|---|---|
| **Address** | 4100 S A St Apt 319 |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=4100%20S%20A%20St.%20Apt%20319&city=Richmond&state=IN&zipcode=47374) |
| **Dates seen** | Aug 2009 - Aug 2023 |

| | |
|---|---|
| **Address** | 6884 N US Highway 35 |
| | Williamsburg, IN 47393 |
| | (/app/generate/property?address=6884%20N%20Us%20Highway%2035&city=Williamsburg&state=IN&zipcode=47393) |
| **Dates seen** | Jun 2015 - Jun 2015 |

| | |
|---|---|
| **Address** | 3800 S A St Apt 211B |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=3800%20S%20A%20St.%20Apt%20211B&city=Richmond&state=IN&zipcode=47374) |
| **Dates seen** | Dec 2003 - Sep 2011 |

| | |
|---|---|
| **Phone number** | (765) 962-8769 (/app/generate/phone?phone=7659628769) |
| **Dates seen** | - |

Is this accurate?

## Possible Marriage & Divorce Records

Alerts

No possible marriage & divorce records found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Names & Ancestry

Alerts

⊗ Learn more

### Murphy

Anglicized form of Irish *Ó Murchadha* meaning "descendant of Murchadh ".

Usage: Irish

Info provided by behindthename.com (https://www.behindthename.com/)

## Possible Associates

Alerts

 Overview

## Dawn Anne Adkins (/app/generate/person?
## bvid=N_MDAwMDE1MDgyODA2&name=DAWN%20ANNE%20ADKINS)

Age 48

Lives in Shelbyville, IN

May also go by Dawn Warner, Dawn Anne Anne, Dawb Adkins **+2 more**

View person report (/app/generate/person?bvid=N_MDAwMDE1MDgyODA2&name=DAWN%20ANNE%20ADKINS)

⊙ Show less contact info

| | | |
|---|---|---|
| **Address** | 1654 Shelton Dr | |
| | Shelbyville, IN 46176 | |
| | (/app/generate/property?address=1654%20Shelton%20Dr.&city=Shelbyville&state=IN&zipcode=46176) | |
| **Dates seen** | Apr 2023 - Aug 2023 | |
| **Address** | 1712 Cimarron Place Dr Apt D | |
| | Shelbyville, IN 46176 | |
| | (/app/generate/property?address=1712%20Cimarron%20Place%20Dr.%20Apt%20D&city=Shelbyville&state=IN&zipcode=46176) | |
| **Dates seen** | Jan 2019 - Jul 2023 | |
| **Address** | 401 N Walnut St | |
| | Milroy, IN 46156 | |
| | (/app/generate/property?address=401%20N%20Walnut%20St.&city=Milroy&state=IN&zipcode=46156) | |
| **Dates seen** | Mar 2007 - Jun 2023 | |

**Phone number**  (317) 604-5230 (/app/generate/phone?phone=3176045230)

**Dates seen**  -

**Phone number**  (765) 629-2098 (/app/generate/phone?phone=7656292098)

**Dates seen**  -

Is this accurate?

## Shawna M McVey (/app/generate/person?
## bvid=N_MDAxNjkxNzA3Mjg1&name=SHAWNA%20M%20MCVEY)

Age 41

Lives in Morristown, IN

May also go by Shawna M Bowers, Shawna Mc Vey, Shawna Mc **+1 more**

View person report (/app/generate/person?bvid=N_MDAxNjkxNzA3Mjg1&name=SHAWNA%20M%20MCVEY)

⊙ Show less contact info

| | | |
|---|---|---|
| **Address** | 8825 N 300 E | |
| | Morristown, IN 46161 | |
| | (/app/generate/property?address=8825%20N%20300%20E&city=Morristown&state=IN&zipcode=46161) | |
| **Dates seen** | Jul 2020 - Aug 2023 | |
| **Address** | 1835 E Michigan Rd | |
| | Shelbyville, IN 46176 | |

▤ **Overview**  (/app/generate/property?address=1835%20E%20Michigan%20Rd.&city=Shelbyville&state=IN&zipcode=46176)

| | |
|---|---|
| Dates seen | Mar 2014 - Aug 2021 |

| | |
|---|---|
| Address | 2726 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Mar 2002 - Jan 2019 |

| | |
|---|---|
| Phone number | (317) 398-7517 (/app/generate/phone?phone=3173987517) |
| Dates seen | - |

Is this accurate?

## Steve S Warner (/app/generate/person? bvid=N_MDAyNjUyNTgyMTg0&name=STEVE%20S%20WARNER)

Age 68

Lives in Shelbyville, IN

May also go by Rubert Steven Warner, R S Warner, Robert Steven Warner +2 more

View person report (/app/generate/person?bvid=N_MDAyNjUyNTgyMTg0&name=STEVE%20S%20WARNER)

◉ Show less contact info

| | |
|---|---|
| Address | 2726 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2726%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Jul 2001 - Aug 2023 |

| | |
|---|---|
| Address | 2682 E Massengale Rd |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=2682%20E%20Massengale%20Rd.&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Jun 2001 - Sep 2001 |

| | |
|---|---|
| Address | 911 Hale Rd Lot 190 |
| | Shelbyville, IN 46176 |
| | (/app/generate/property?address=911%20Hale%20Rd.%20Lot%20190&city=Shelbyville&state=IN&zipcode=46176) |
| Dates seen | Apr 1995 - Jun 2001 |

| | |
|---|---|
| Phone number | (812) 398-3374 (/app/generate/phone?phone=8123983374) |
| Dates seen | - |

Is this accurate?

## Jared R Junkin (/app/generate/person? bvid=N_MDAzMTU1NTc3NDc3&name=JARED%20R%20JUNKIN)

Age 36

Lives in Hagerstown, IN

View person report (/app/generate/person?bvid=N_MDAzMTU1NTc3NDc3&name=JARED%20R%20JUNKIN)

≡ Overview

✪ Show less contact info

| Address | 150 N Pearl St |
| --- | --- |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Jan 2013 - Aug 2023 |

| Address | 617 W Colonial Dr |
| --- | --- |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=617%20W%20Colonial%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Jan 2013 - May 2015 |

| Address | 438 W Main St |
| --- | --- |
| | Cambridge City, IN 47327 |
| | (/app/generate/property?address=438%20W%20Main%20St.&city=Cambridge%20City&state=IN&zipcode=47327) |
| Dates seen | Aug 2007 - Jan 2014 |

| Phone number | (765) 312-1089 (/app/generate/phone?phone=7653121089) |
| --- | --- |
| Dates seen | - |

Is this accurate?

## Joshua Ryan King Baker (/app/generate/person? bvid=N_MDkzMDcwMjc1ODM4&name=JOSHUA%20RYAN%20KING-BAKER)

Age 36

Lives in New Castle, IN

May also go by Joshua King Baker, Joshua King, Baker King **+4 more**

View person report (/app/generate/person?bvid=N_MDkzMDcwMjc1ODM4&name=JOSHUA%20RYAN%20KING-BAKER)

✪ Show less contact info

| Address | 549 S Messick Rd |
| --- | --- |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=549%20S%20Messick%20Rd.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Nov 2021 - Aug 2023 |

| Address | 150 N Pearl St |
| --- | --- |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Feb 2015 - Jun 2023 |

| Address | 301B Glenwood Dr |
| --- | --- |
| | New Castle, IN 47362 |
| | (/app/generate/property?address=301B%20Glenwood%20Dr.&city=New%20Castle&state=IN&zipcode=47362) |
| Dates seen | Mar 2017 - Nov 2022 |

Is this accurate?

 Overview

## Gary Jewell Williams (/app/generate/person?bvid=N_MTUzMjc2NTExNzk0&name=GARY%20JEWELL%20WILLIAMS)

Age 34

Lives in Indianapolis, IN

View person report (/app/generate/person?bvid=N_MTUzMjc2NTExNzk0&name=GARY%20JEWELL%20WILLIAMS)

⊗ Show less contact info

| Address | 5345 E Washington St Apt 33 |
|---|---|
| | Indianapolis, IN 46219 |
| | (/app/generate/property?address=5345%20E%20Washington%20St.%20Apt%2033&city=Indianapolis&state=IN&zipcode=46219) |
| Dates seen | Apr 2012 - Mar 2023 |

| Address | 5345 E Washington St Apt 29 |
|---|---|
| | Indianapolis, IN 46219 |
| | (/app/generate/property?address=5345%20E%20Washington%20St.%20Apt%2029&city=Indianapolis&state=IN&zipcode=46219) |
| Dates seen | Apr 2012 - Mar 2023 |

| Address | 5348 E 32nd St |
|---|---|
| | Indianapolis, IN 46218 |
| | (/app/generate/property?address=5348%20E%2032nd%20St.&city=Indianapolis&state=IN&zipcode=46218) |
| Dates seen | Jun 2022 - Feb 2023 |

| Phone number | (317) 359-1266 (/app/generate/phone?phone=3173591266) |
|---|---|
| Dates seen | - |

Is this accurate?

## Casey S Stout (/app/generate/person?bvid=N_MjM4NDI3NDg5NjU4&name=CASEY%20S%20STOUT)

Age 26

Lives in Indianapolis, IN

View person report (/app/generate/person?bvid=N_MjM4NDI3NDg5NjU4&name=CASEY%20S%20STOUT)

⊗ Show less contact info

| Address | 1845 E Minnesota St |
|---|---|
| | Indianapolis, IN 46203 |
| | (/app/generate/property?address=1845%20E%20Minnesota%20St.&city=Indianapolis&state=IN&zipcode=46203) |
| Dates seen | Apr 2019 - Jun 2023 |

Is this accurate?

**Possible Neighbors**

 Overview

Alerts

## Paige M Strothman (/app/generate/person?bvid=N_MjQxMTQxNjYyMzgz&name=PAIGE%20M%20STROTHMAN)

Age N/A
Lives in Hagerstown, IN

View person report (/app/generate/person?bvid=N_MjQxMTQxNjYyMzgz&name=PAIGE%20M%20STROTHMAN)

Show less contact info

| | |
|---|---|
| Address | 208 N Pearl St |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=208%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Mar 2022 - Jun 2023 |

Is this accurate?

## Carolyn Kay Rudy (/app/generate/person?bvid=N_MDAyMjE0MTk0MzUy&name=CAROLYN%20KAY%20RUDY)

Age 32
Lives in Hagerstown, IN

View person report (/app/generate/person?bvid=N_MDAyMjE0MTk0MzUy&name=CAROLYN%20KAY%20RUDY)

Show less contact info

| | |
|---|---|
| Address | 208 N Pearl St |
| | Hagerstown, IN 47346 |
| | (/app/generate/property?address=208%20N%20Pearl%20St.&city=Hagerstown&state=IN&zipcode=47346) |
| Dates seen | Mar 2022 - Jun 2023 |

Is this accurate?

## Jesus A Suasnabar (/app/generate/person?bvid=N_MTA5NjE2MjI3MDgz&name=JESUS%20A%20SUASNABAR)

Age N/A
Lives in Indianapolis, IN

View person report (/app/generate/person?bvid=N_MTA5NjE2MjI3MDgz&name=JESUS%20A%20SUASNABAR)

Show less contact info

| | |
|---|---|
| Address | 8120 Wildwood Farms Dr |
| | Indianapolis, IN 46239 |
| | (/app/generate/property?address=8120%20Wildwood%20Farms%20Dr.&city=Indianapolis&state=IN&zipcode=46239) |
| Dates seen | Sep 2018 - Jun 2023 |

Is this accurate?

Overview

## Alexis M Kirby (/app/generate/person?
## bvid=N_MDAxMzk5MjcxMzEz&name=ALEXIS%20M%20KIRBY)

Age 41
Lives in Indianapolis, IN

View person report (/app/generate/person?bvid=N_MDAxMzk5MjcxMzEz&name=ALEXIS%20M%20KIRBY)

⊘ Show less contact info

| | |
|---|---|
| Address | 8121 Wildwood Farms Dr |
| | Indianapolis, IN 46239 |
| | (/app/generate/property?address=8121%20Wildwood%20Farms%20Dr.&city=Indianapolis&state=IN&zipcode=46239) |
| Dates seen | Jan 2015 - May 2023 |

Is this accurate?

## Lacie D Hamilton (/app/generate/person?
## bvid=N_MTY4MTk1ODAwMjk5&name=LACIE%20D%20HAMILTON)

Age 31
Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MTY4MTk1ODAwMjk5&name=LACIE%20D%20HAMILTON)

⊘ Show less contact info

| | |
|---|---|
| Address | 104 SW 15th St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=104%20SW%2015th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Jun 2023 - Jun 2023 |

Is this accurate?

## Taylor Danielle McCracken (/app/generate/person?
## bvid=N_MTkyMjM5MTY2NDQ5&name=TAYLOR%20DANIELLE%20MCCRACKEN)

Age 28
Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MTkyMjM5MTY2NDQ5&name=TAYLOR%20DANIELLE%20MCCRACKEN)

⊘ Show less contact info

| | |
|---|---|
| Address | 104 SW 15th St |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=104%20SW%2015th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Jun 2023 - Jun 2023 |

Is this accurate?

 Overview

### Madison Nicole Phenis (/app/generate/person?
### bvid=N_MTkzNjU4MDEwOTg1&name=MADISON%20NICOLE%20PHENIS)

Age N/A

Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MTkzNjU4MDEwOTg1&name=MADISON%20NICOLE%20PHENIS)

◒ Show less contact info

| Address | 105 SW 15th St |
|---|---|
| | Richmond, IN 47374 |
| | (/app/generate/property?address=105%20SW%2015th%20St.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Jan 2020 - May 2023 |

Is this accurate?

### Constance Jo Henry (/app/generate/person?
### bvid=N_MDAxMjExOTQyMzQ4&name=CONSTANCE%20JO%20HENRY)

Age 48

Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MDAxMjExOTQyMzQ4&name=CONSTANCE%20JO%20HENRY)

◒ Show less contact info

| Address | 25 Debolt Ln |
|---|---|
| | Richmond, IN 47374 |
| | (/app/generate/property?address=25%20Debolt%20Ln.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Oct 2015 - May 2023 |

Is this accurate?

### Carol Ann Edwards (/app/generate/person?
### bvid=N_MDAwNzMwMTMxNjAy&name=CAROL%20ANN%20EDWARDS)

Age N/A

Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MDAwNzMwMTMxNjAy&name=CAROL%20ANN%20EDWARDS)

◒ Show less contact info

| Address | 10 Debolt Ln |
|---|---|
| | Richmond, IN 47374 |
| | (/app/generate/property?address=10%20Debolt%20Ln.&city=Richmond&state=IN&zipcode=47374) |
| Dates seen | Dec 1999 - May 2023 |

Is this accurate?

≡ Overview

## Teddy A Witt (/app/generate/person?
## bvid=N_MDAyNzUyMTA1MTkw&name=TEDDY%20A%20WITT)

Age 92
Lives in Richmond, IN

View person report (/app/generate/person?bvid=N_MDAyNzUyMTA1MTkw&name=TEDDY%20A%20WITT)

**◉ Show less contact info**

| | |
|---|---|
| **Address** | 26 Debolt Ln |
| | Richmond, IN 47374 |
| | (/app/generate/property?address=26%20Debolt%20Ln.&city=Richmond&state=IN&zipcode=47374) |
| **Dates seen** | Dec 1992 - Jul 2023 |

Is this accurate?

# Possible Criminal or Traffic

Alerts

## Search county jurisdictions for digitized Criminal or Traffic Records

**❓ Where do these sources of criminal data come from?**

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitaly.

# Possible Bankruptcies

Alerts

## Search for digitized Bankruptcy Records

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your due diligence.

Overview

## Possible Jobs

Alerts

Learn more

### Myspace

**(/app/search/contact?company=myspace)**

Title Sexxii Slaughteress

Search other employees (/app/search/contact?company=myspace)

Is this accurate?



## Try the Contact Pro Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

## Possible Education

Alerts

No other possible education associated with Cinnamon Soraya Murphy found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

## Possible Social Media

Alerts

Learn more

Possible usernames for Cinnamon Soraya Murphy:

**juggalettecinnamon (/app/generate/username?username=juggalettecinnamon)**
First seen Dec 2009

Search username (/app/generate/username?username=juggalettecinnamon)



Overview
**juggalette4hire (/app/generate/username?username=juggalette4hire)**

First seen Aug 2011

Search username (/app/generate/username?username=juggalette4hire)

## slaughteress (/app/generate/username?username=slaughteress)

First seen Jul 2011

Search username (/app/generate/username?username=slaughteress)

## sorayanightshade (/app/generate/username?username=sorayanightshade)

First seen Sep 2020

Search username (/app/generate/username?username=sorayanightshade)

Higher Confidence

## Twitter

@72370472

View on Twitter ☐

Type: **Personal profiles**

Is this accurate?

Higher Confidence

## Twitter

@http://www.twitter.com/slaughteress

View on Twitter ☐

Type: **Personal profiles**

Is this accurate?

Higher Confidence

## Instagram.com

www.instagram.com/sorayanightshade/ ☐
(https://www.instagram.com/sorayanightshade/)

Type **Personal profiles**

Visit Site ☐

Is this accurate?

☰ Overview

Higher Confidence

## Myspace

myspace.com/juggalettecinnamon 🔗
(https://myspace.com/juggalettecinnamon)

Type **Personal profiles**

Visit Myspace 🔗

Is this accurate?

---

Higher Confidence

## Meetme

www.meetme.com/juggalette4hire 🔗
(http://www.meetme.com/juggalette4hire)

Type **Personal profiles**

Visit Meetme 🔗

Is this accurate?

---

Higher Confidence

## Other Website

myspce.com/juggalettecinnamon 🔗
(http://myspce.com/juggalettecinnamon)

Type **Personal profiles**

Visit Site 🔗

Is this accurate?

---

# Possible Owned Assets



Alerts

No possible owned assets found. Please note that the absence of any information or results within our reports may not necessarily be 100% accurate, complete or up to date, so please do not use it in lieu of your own due diligence.

 Overview



# Access **thousands** in rewards!

**See rewards**





Savings may be available in BeenVerified Member Perks through gift cards, cash back offers or discounts. Terms and conditions apply.

## Licenses and Permits

BONUS

### UCC filings
Notices filed by lenders to indicate an interest in Cinnamon's personal property or collateral

BONUS

### DEA Licenses
Licensing for health care providers that enables the handling of controlled substances

BONUS

### Weapons Permits
Permits that may be required to carry or possess firearms and other weapons

BONUS

### Business Affiliations
Business filings associated with Cinnamon, which may contain Cinnamon's title and status

BONUS

### Professional Licenses
Licensing to professionally practice in fields such as health care, legal and construction, among others

BONUS

### Sporting Permits
Licensing required to participate in hunting, fishing and trapping activities

BONUS

### Piloting Licenses
FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

 Overview

View FREE BONUS DATA

# Notes

⊘ Learn more                                                                    [···]

Add a note here...

Add a note

Suggestions for You

## Curious to find out even more about Cinnamon?

Looking into people, addresses and contacts associated with Cinnamon Murphy may yield even more insights

### Andrew Reed Hendricks

(/app/generate/person?bvid=N_MTQwOTU0NTI4MDIy&name=ANDREW%20REED%20HENDRICKS&trackingName=from%20curious)

**Immediate Relative**

| View person report |
|---|

(/app/generate/person?bvid=N_MTQwOTU0NTI4MDIy&name=ANDREW%20REED%20HENDRICKS&trackingName=from%20curious)

### Deena Lynn Warner

(/app/generate/person?bvid=N_MDAxMTA0MDc0ODE3&name=DEENA%20LYNN%20WARNER&trackingName=from%20curious)

**Immediate Relative**

| View person report |
|---|

(/app/generate/person?bvid=N_MDAxMTA0MDc0ODE3&name=DEENA%20LYNN%20WARNER&trackingName=from%20curious)

### 150 N Pearl St. Hagerstown, IN 47346 (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&trackingName=from%20curious&zipcode=47346)

**Related Address**

| View property report (/app/generate/property?address=150%20N%20Pearl%20St.&city=Hagerstown&state=IN&trackingName=from%20curious&z... |
|---|

 Overview

## How would you rate this report?



Rate out of 5 stars

---

NEW FEATURE

Protect yourself with complimentary $1M Identity Theft Insurance and Restoration services! | Enroll Now

(/app/dashboard/id-monitor)

# Search again

PEOPLE   PHONE   PROPERTY   EMAIL   SOCIAL MEDIA   CONTACT PRO   VEHICLE

First name                          M.I.              Last name

City                                All                                Age

**Search**

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

---

## Contact us

We pride ourselves on offering friendly and helpful support!

💬 **Chat with us live**
Available 24 hours

✉ **support@beenverified.com (mailto:support@beenverified.com)**
Available 24 hours

👤 Your Member ID is
**886424685**

---

## About Us

▸ About BeenVerified (https://beenverified.com/about)

 Overview

- Member Perks (/app/dashboard/rewards)
- Testimonials (https://www.beenverified.com/about/testimonials)
  - Careers (https://www.beenverified.com/careers)
  - Press (https://www.beenverified.com/press)
- Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmIWRviTcVewj55RsyhS-l3Pqw/viewform)
- Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

# Help

- Customer Care (http://support.beenverified.com)
  - Contact Us ()
- Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)
  - FAQ (https://www.beenverified.com/faq/billing/)
- Do Not Sell or Share My Personal Information (/app/optout/search)
  - Affiliates (https://www.beenverified.com/affiliates)

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

© 2023 BeenVerified, LLC (https://www.beenverified.com) . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility



Overview

MAY JARED HAVE SAID MANY THINGS THAT ARE "OFF THE WALL" OR "ECCENTRIC?"
*MAY I HAVE DOUBTED JARED BUT FEEL I HAD TO REPORT WHAT HE SAID ANYWAY?*
MAY JARED HAVE SAID MORE TO ME AND MY WIFE INVOLVING HIM AND MICHAEL?



May I have been targeted for trying to get Jared therapy as a former friend?
*May Jared be trying to recover from a broken home and gone "over the edge?"*
May Dad, Mom, Michael, and/or Andrea have a reason not to report? *DID THEY REPORT?*

IF NOT, MAY NOT REPORTING ONLY BE IN THEIR BEST INTERESTS?
MAY WE HAVE FACED RETALIATION ON A DEVASTATING LEVEL FOR REPORTING?
*MAY PROTECTING KIDS AND SAFETY BE MORE IMPORTANT THAN A LICENSE?*



*IN MY OPINION BOTH KIDS AND SAFETY ARE MORE IMPORTANT THAN A LICENSE.*
MAY I HAVE A PRACTICAL EXAMPLE OF THIS IN ACTION AFFECTING MY LIFE?
*MAY MY LIFETIME CARRY LICENSE APPROVED BY THE DOD BE SUSPENDED NOW?*

<u>May there be other reasons I may think Jared needs therapy?</u>



**Cinnamon M**

I'm sad that he was never appreciated before, and after being with someone so awful for 8 years, I really really, really appreciate all the little things that I might have otherwise taken for granted

I appreciate you agreeing to buy those from Jared last night, although I feel the need to be honest with you. Jared didn't really care about the money at first, and I'm sure the fact he could get money from selling them was an afterthought. And don't get me wrong, he absolutely needs the money. But he doesn't feel comfortable having them here because I suffer from severe manic depression and suicidal thoughts. I don't think I would ever hurt myself, I don't have the balls to do that and I have people that need me... but crazy people aren't always in control of their emotions, especially when they're manic and having an episode. So, I guess, thank you. I know Jared was keeping the truth about it from you for my sake, and going with the whole "Christmas" thing, (which as I said, isn't exactly a lie, because we need money and we have kids), but it was deeper than that and I thank you for that, I guess. *hugs

I understand and you're welcome. Thanks for opening up 🤗

Will you or Josh or someone come and pick up Jared for a bit? He's destroying things around the house and threatening to burn the house down... and I've just been at work all day and he really needs someone there for him please. I know this isn't your problem or your fault, but you're his best friend.

Well f██k. We'll come get him.

On my way in just a bit.

<u>**May there have been two people in the same house with kids who shouldn't have guns?**</u>

Why did I buy Jared's guns and why did we try to get him therapy?

 **Jared J**
Jul 29, 2021 · 🌐                                    •••

I'm not sure how apparent it is, but my hand is
quite swollen. The guy in the mirror was passing
me off. It occured to me that he is the cause of all
my problems, so I took a swing at him. I put
everything I had into that swing and magically
didn't break the mirror. So now here I am at work
with a bum hand, still mad at the guy in the mirror.



👍😮 4                                    11 comments



<u>Why was Jared uninvited from our wedding?</u>
*<u>Why was getting therapy resources the last thing I'd do for him?</u>*



<u>May Jared have mentioned an addiction to cartoon pornography?</u>
*<u>May this have made me question if Jared told me the full truth?</u>*

*<u>BECAUSE JARED HAD ASKED ME TO HELP HIM FIND THERAPY, AND SORAYA CONTACTED ME, I APPROACHED JARED. HE WAS ADAMANT HE WAS ADDICTED TO CARTOONS. I STILL FELT JARED WOULD GET IN TROUBLE FOR OUTBURSTS AND THREATENING TO BURN HIS HOUSE. WE WERE UNEASY AND HE WAS UNINVITED.</u>*

_ME AND MY FRIENDS AND EX-FRIENDS AREN'T WEALTHY PEOPLE WITH RESOURCES. JARED HAD CALMED DOWN AFTER HAVING THE POSSIBILITY OF GETTING THERAPY. THE GROUP WAS CONCERNED AND TRYING TO HELP JARED CORRECT COURSE._



_LAST TIME DAD ACTED THIS BADLY WHEN I WAS 15, HE SMASHED MY COMPUTERS WITH A HAMMER AND LATER BEAT ME. WHEN DAD THREATENED ME AND MY WIFE AND BEGAN HIS ONSLAUGHT, I HAD NOWHERE FOR MY BUSINESS TEMPORARILY, NOR A RESIDENCE TO SUPPORT IT. MICHAEL'S AND ANDREA'S HAD POWER ISSUES._

*I COULDN'T FINISH PREPARING FOR OUR MARRIAGE FINANCIALLY NOR HELP JARED GET THERAPY WITH A THIRD OF OUR INCOME BEING EVEN LESS SAFE NEAR DAD. MAY I HAVE NOT KNOWN WHAT JARED SAID MAY BE ILLEGAL & FOUND IT IMMORAL?*



*[MAY I HAVE FELT JARED HAS A NEED FOR A PROFESSIONAL THERAPIST'S HELP?]*
*May it be responsible to "Red Flag" Jared before he hurts himself, me, my wife, or others? May it be responsible to repair defamation of my character for my wife and future family?*
*MAY THREATS OF BEING SHOT, DESTITUTE, AND OUR WEDDING RUINED BE WORSE? RESIDENCES WE WENT TO BUY WERE SABOTAGED IN ATTEMPTS TO MAKE US RENT. MAY THIS PREVENT US FROM TRESPASSING DAD IF HE CONTINUED HIS BEHAVIOR?*

*MAY I ONLY CARE TO RESEARCH THINGS I HAVE AN INTEREST IN?*

B. Restricted repetitive and stereotyped patterns of behavior, interests, and activities, as manifested by at least one of the following:

    (1)  encompassing preoccupation with one or more stereotyped and restricted patterns of interest that is abnormal either in intensity or focus

*[I HAVE NO INTEREST IN ANYTHING THAT EXPLOITS OR MAY EXPLOIT KIDS.]*



*MAY JARED HAVE DESCRIBED HIS POTENTIAL ISSUE AS A TYPE OF CARTOON?*
*[BOTH MY WIFE AND I VIEW WHAT JARED SAID AS IMMORAL AND HAVEN'T SEEN IT.]*

*MAY I HAVE DONE THE RIGHT THING BY REPORTING THIS?*
*[I REPORTED DIRECTLY AFTER MY WIFE AND I RESEARCHED THE DEFINITION.]*
*MAY I STILL NOT HAVE HATE FOR JARED, AND HAVE DISASSOCIATED RESPONSIBLY?*

**May I have mentioned witness protection?**

presence and neither admits to doing so. Which was found and attempted to be reported as found on three separate occasions to the Wayne County Police Department. I spoke to Officer Stover Badge C4 to get the police report numbers from Wayne County Sherrif's office. I spoke to Larry Kuhn of the Cambridge City police department to file my main reports and to file the last report about what has been occurring and I was told he was contacting the state taskforce. When I contacted a prior defense lawyer who would not give me depositions for 4 years that show I was not the aggressor in my gun case his assistant tried to refer me back to a lawyer in Wayne County, IN and said she was told to do so by her boss, Tom Hirschauer. Though any lawyer in Indiana should be able to assist and another lawyer offered to do so right away. This man, Tom Hirschauer, was hired by my father and when I couldn't be convinced not to go to trial by my father without my plea deal being only misdemeanors, I was then offered a plea deal with two misdemeanors after he spoke with the lawyer. After seeing other incidents of self defense I feel I was convinced on purpose not to go to trial, and my father calls me a criminal and tells me I shouldn't own guns often. I have had to flee the state with my files and knowledge. My sister, Alexis Turpin, is also getting married immediately and leaving the state which was, to my knowledge, unplanned. I believe after reporting this man and speaking about my father's true nature that my fiance and I need witness protection. These people have been involved in the incident but were also unaware of Jared Junkin's issues: Joshua Ryan King-Baker, Phillip Jenkins. Jesse Matherly, Jasmine Matherly. I believe these people knew of Jared Junkin's issue but we're convinced to act against my best interests and attempt to put me in a conservatorship or force me into an unneeded and illegal diagnosis when I was in true fear for my life from my father out of "concern." Andrea Holwager, Linda Turpin I believe these men knew of Jared Junkin's issues and may not have reported with the guise of attempting to "protect" me while intimidating me and my fiance to not live in the state of Indiana: Michael Mann & Jon Brent Turpin I think the police chief, Richard Roberts, may have been lied to about this situation as he also seemed to think my parents were only "concerned" while attempting to push other people to take my rights away and force me to recant truthful reports made to the Wayne County police department to "save my father's reputation." I am in fear for our lives and I believe there's a trust fund named the Jon B Turpin and Linda B Turpin revocable trust which, until looking up information online about living trusts and finally searching for it on Wayne County Courts site recently, I knew nothing about except what my father yells at me in attempts to control my life. I still don't know the value of this trust fund and only suspect it is extremely valuable as it has been part of my

_May I have mentioned this out of true concern?_

**<u>After saying they'd "leave us alone" our Priest Father Brent was called:</u>**
**<u>*May Dad have tried to stop our wedding saying we were "incompetent?"*</u>**

## Rev. P. Brent



**Pastor | St. Agnes, Baton Rouge**

b      @diobr.org

**<u>The same kind Priest who helped us with marriage counseling and preparation.</u>**

### Marriage Prep Meeting - Zoom info

 **Fr. Brent**  <padre  @gmail.com>  Thu, Jul 15, 2021, 9:38 AM

to Erin, me

We haven't had to use Zoom much here at St. Agnes, so we don't have the upgraded account to have longer sessions with 3+ people, so I set up two meetings in case we need to back out and start over. Links below. See y'all virtually at 2!

Topic: Marriage Prep Meeting
Time: Jul 15, 2021 02:00 PM Central Time (US and Canada)

Join Zoom Meeting
https://us04web.zoom.us/j/76673142389?

Meeting ID: 766 7314
Passcode:

SECOND MEETING, if needed.
Join Zoom Meeting
https://us04web.zoom.us/j/78154813078?

Meeting ID: 781 5481
Passcode:

**<u>May Dad have lied to a Priest to follow through on his threats with God watching?</u>**
**<u>*If Dad may lie to Law Enforcement, a Priest, and God, may Dad be dishonest with You?*</u>**





**Father Brent even helped us with marriage preparation.**

"Called to Love" Retreat

Diocese of Baton Rouge
Marriage and Family Life Ministry

This is to certify that

## Erin Golden & Jon Turpin

Completed the Virtual Weekend of Premarital Spiritual Preparation for Marriage

## September 18-19, 2021

"It would be good for the engaged couple to arrive at the wedding having prayed together, one for the other, to seek God's help in remaining faithful and generous, to ask the Lord together what he wants of them."

*Familiaris Consortio #116  John Paul II*

_____                                    _____
Director of Marriage and Family Life                         Bishop of Baton Rouge

**This was a wonderful, spiritual stepping stone on a lifelong journey of marriage.**

**May we have been forced to start our marriage with practically no means to live?**



**May we have started off our marriage destitute and living on a futon for safety?**
***May Dad have tried to make us "destitute with five kids living under a bridge?"***



***That's the vehicle where we slept and celebrated being "JUST MARRIED!"***

**May Dad's threat to Erin after Mamaw's be true? May we have lived like this for months?**



**May Dad have had Mom kick me out over "his business" before when I was 19 years old?**
*May this not be a good wedding gift for an event Dad threatened not to come to?*

# Yorktown Police Department
## Compact

| | | |
|---|---|---|
| **Print Date/Time:** | 09/20/2023 10:05 | **ORI Number:** |
| **Login ID:** | kwalthour96 | Yorktown Police Department |
| **Case Number:** | 2023-00007683 | IN0180400 |

### Case Details:

| | | | |
|---|---|---|---|
| **Case Number:** | 2023-00007683 | **Incident Type:** | Criminal Mischief |
| **Location:** | 9312 W SMITH ST | **Occured From:** | 12/10/2021 09:45 |
| | Yorktown,IN | **Occured Thru:** | 12/10/2021 09:45 |
| | | **Reported Date:** | 09/20/2023 09:42 Wednesday |
| **Status:** | Unfounded | **Status Date:** | 09/20/2023 |

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| Associated Cases | Status | Assisting ORIs | Role | |
| Modus Operandi | | Solvability Factors | Weight | |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Suspect | 1 | Moffitt, Tonya | | | | | |
| Suspect | 2 | Holwager, Michael | | | | | |
| Suspect | 3 | Junkin, Jared | | | | | |
| ~~Witness~~ [Suspect] | 4 | Baker, Josh King- | | (765)238-7738 | | | |
| Victim | 1 | TURPIN, JOHN | 2421 S PLUM ST Yorktown,IN 47396 | (225)259-6270 | White | Male | 04/05/1990 33 |
| Witness | 1 | Sexton, Alan | | (765)313-6651 | | | |

*(handwritten annotations)*

He may also be considered a suspect by law enforcement, but, he, being Josh King-Baker, is a witness, and this may be an honest mistake... regardless, his testimony is included for review on the flash drive, and Michael A.M. Holwager, in my opinion, after perjuring himself on the stand, is aware of this, and attempted to falsely allege that Josh King-Baker had evidence via hearsay against us because M.A.M.H. is colluding with my biological parents, who are attempting, also, to avoid all necessary accountability.

Page: 1 of 5

# Yorktown Police Department
## Compact

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/20/2023 10:05 | **ORI Number:** | Yorktown Police Department |
| **Login ID:** | kwalthour96 | | IN0180400 |
| **Case Number:** | 2023-00007683 | | |

**Subject #**  **1-Suspect**

**Primary:** No
**Name:** Moffitt, Tonya

**Domestic Violence Referrals:**

**Subject #**  **2-Suspect**

**Primary:** No
**Name:** Holwager, Michael

**Domestic Violence Referrals:**

**Subject #**  **3-Suspect**

**Primary:** No
**Name:** Junkin, Jared

**Domestic Violence Referrals:**

**Subject #**  **4-Suspect**

**Primary:** No
**Name:** Baker, Josh King-

**Primary Phone:**   (765)238-7738

**Domestic Violence Referrals:**

**Subject #**  **1-Victim**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | | |
| **Name:** | TURPIN, JOHN | **Race:** | White | **Sex:** | Male | **DOB:** | 04/05/1990 |
| **Address:** | 2421 S PLUM ST | **Height:** | 5ft 8 in | **Weight:** | 170.0 lbs. | | |
| | Yorktown IN 47396 | **Eyes:** | GRN | **Hair:** | BRO | **Age:** | 33 |
| **Primary Phone:** | (225)259-6270 | **DVL #:** | 0210-07-5538 | **State:** | | IN | |

**Domestic Violence Referrals:**

**Subject #**  **1-Witness**

**Primary:** No
**Name:** Sexton, Alan

**Primary Phone:**   (765)313-6651

**Domestic Violence Referrals:**

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

Page: 2 of 5

# Yorktown Police Department
## Compact

**Print Date/Time:** 09/20/2023 10:05
**Login ID:** kwalthour96
**Case Number:** 2023-00007683

**ORI Number:**

Yorktown Police Department
IN0180400

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|------|------|------|------|-------|-------------|---------|----------|

### Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|-----|------|--------------|------|------|-------|-------|---------------|-------|

**2023 7683**

**2023-07683 Yorktown Police Department**

On 9-19-2023 Mr. John Turpin came in to the Yorktown Police Office and requested a report for a possible criminal mischief that occurred in New Castle, Indiana between 12-10-2021 and 12-27-2021. Due to the time frame, I have attached the letter Mr. Turpin gave me. I have attempted to contact both of the witnesses. I was unable to get ahold of either witness.

/s/ Kurt Walthour
Kurt Walthour, Chief
Yorktown Police Department

Case Number: 2023-00007683. ORI: IN0180400.

Page: 5 of 5

**2013-7683**

2023-07683

549 S. Messick Rd.

New Castle, IN 47362

Date Range: 12/10/21 - 12/23/21

Suspects: Tanya Moffitt

Michael A. M. Holwager   Jared R. Sunkin

Witnesses: Alan Sexton

765-313-6651

Josh King-Baker

765-238-7738

Alan Sexton let me know on 9/13/23 that Tanya Moffitt admitted to deflating the tires on my 1985 mustang and was "bragging" about doing so just before our marriage, admitting she had vandalized my car before a cross-country trip just after Michael A. M. Holwager's involvement

I may appear there may be an attempt to invalidate Josh King-Baker as a witness. Please listen to the recording included from him on the flash drive included with this packet for his account of my parents.

https://drive.google.com/file/d/1ak--YOi7kKNiSaQpBtUgGc16j40nqau7/view?usp=share_link



**May I get defensive after saying "No" if my Dad may defame me to Mom to "push" her?**
*May I be required to express our boundaries more rigorously than normal to survive?*

## 2. Emotional Abuse

Emotional abuse could include accusing, belittling, blaming, bullying, criticizing, demanding, ordering, raging, sarcasm, shaming, or threatening.

## 13. Financial Abuse

Financial abuse might include controlling you through economic domination or draining your finances through extortion, theft, manipulation, or gambling, or by accruing debt in your name or selling your personal property.

## 24. Hogging the Conversation

Narcissists love to talk about themselves. They will embellish and flat-out lie to make themselves look better than others or inflate their accomplishments. There is no room to talk about your accomplishments, nor do they care about them in the first place.

**I'm sorry to Mom, but Dad told law enforcement we'd be left alone.**
***May Dad have approached the house previously and I pointed for him to go?***



**May Mom not even believe her Son with photo evidence?**
***May Dad be sitting outside my rental house, not their brick house, on camera?***

## 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

***MAY MOM UNINTENTIONALLY BE A "FLYING MONKEY?"***

**May I have paid December's rent and may intentions for the money be written via text?**
***May I have cleaned away from Dad? May the receipt have been changed to "damages?"***



**May this be an attempt to claim me as a "dependent" during December of 2021?**
***If so, may I need to report domestic violence perpetrated against me as a minor?***

**<u>AFTER ANDREA MET WITH MY PARENTS I WAS TOLD:</u>**
**<u>"To have peace with your parents, you have to get a diagnosis of bipolar and leave the state!"</u>**

**<u>Supposedly I was accused of being "bipolar" or "manic" after reporting these events.</u>**
***<u>May this be an attempt by my Dad and/or Michael to remove second amendment rights?</u>***

**<u>Before meeting with my parents.</u>** | **<u>After meeting with my parents.</u>**



**<u>Taken seriously and called a pet name.</u>** | **<u>Accused of being bipolar and manic.</u>**
**<u>[Refer to "bipolar" within the DSM IV/V criteria for #1 Andrea refers to]</u>**

**<u>May Dad and/or Michael have a motive to "invalidate my memory" with a false diagnosis?</u>**
***<u>May this have trapped me in Indiana and prevented our wedding allowing guardianship?</u>***
**<u>MAY IT BE POSSIBLE THAT THIS WOULD SEPARATE ME FROM A WITNESS?</u>**

**_IN MY OPINION I HAD TO "PLAY ALONG" TO STAY SAFE AND GET AWAY FROM THEM._**

**My support of Andrea and Michael.** | **Me trying to get away from danger.**



**My support of Erin, as well.** | **After seeing Dad; they'll "leave you alone."**

**After Dad let a respected law officer know he'd leave us alone, Andrea said she met with my Dad and I was told that _Dad said: "How can we help our son!?" with 'teary eyes'._**

**May Dad try to control me if I asked for help before, even during dire need?**
**_May Dad's teary eyes be inconsistent with what Dad told law enforcement?_**

**Even a different, fully qualified therapist said it may be time to leave, so I did with haste.**
**_May I not have been manic at all? May I have been in fear for my life?_**

**Each of the guns below was purchased from Jared before these events.**
**_Jared said he felt "suicidal" after his girlfriend Soraya left him and asked me to buy his guns. So I did because this seemed to be the responsible and safe thing to do._**

**Jared previously owned the .25 caliber pistol.**
**_So I officially abandoned that .25 pistol with law enforcement._**
**Serial #: 838581 | .25 caliber MP-25 Pistol**



**_Jamie Turpin also confirmed that my Dad purchased the revolver._**
**Serial #: 576-45174 | .357 Magnum Revolver**

**Dad first said I may be "suicidal" after buying an unregistered .357 from me in July 2021.**
**This was 5 months before our wedding. _May an accusation by Dad of me being "suicidal" after selling a pistol to him cause me to have fear of my Dad?_**

**_PLEASE ADD THE M77 HAWKEYE TO THIS REQUEST._**
**_THESE MAY BE SURRENDERED TO LAW ENFORCEMENT OR THEIR RIGHTFUL OWNER._**



**_IF DAD IS THE RIGHTFUL OWNER THEN I WISH TO HAVE EVIDENCE I'M NOT_**
**_CONNECTED TO ANY FIREARM DAD OWNS AND/OR HAS IN HIS POSSESSION._**

**Below is what is known as "abandoning a firearm" in a legal manner to law enforcement.**



**CALLOWAY COUNTY SHERIFF'S OFFICE**
701 Olive St.  Murray, KY 42071

Abandonment of Property Form

I, *Jon F. Turpin*, voluntarily relinquish the following property to the Calloway County Sheriff's Office for destruction.

IN OLN-0210-07-6538

| Type of Evidence | Serial Number (if applicable) | Chain of Custody (yes/no) |
|---|---|---|
| Raven Arms .25 Auto | 838561 | No |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____ Signature          12-28-21  Date

_____ my commission expires     9-19-2022
Notary Public                                (mm/dd/yyyy)

*When speaking with Jamie Turpin, I may have been misunderstood regarding this.*

♡ Save          🔔 Monitor          🖹 PDF          ☰ List          ••• More

# Richard E Bell Jr

Age 50 years old

Born July 1973

Location Marietta, GA

Aliases Richard Bell, Richard E Bell <u>View 7 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                                                                    ✓

---

🏠 3470 Inman HI SE                                                                                   <u>View 11 more</u>
   Marietta, GA 30067

---

📞 (404) 729-4169                                                                                     <u>View 7 more</u>

---

✉ MARIA.BELL77@GMAIL.COM                                                                              <u>View 3 more</u>

---

♥ 6 relatives found                                                                                  <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                                                              <u>Learn more</u>

---

❮ 5 social networks identified                                                                        <u>View details</u>

---

📷 No photos found

**Need this report in a printable format?**

 Overview



norfolk virginia secret service

Q All   📷 Images   ▷ Videos   📰 News   📍 Maps   🛍 Shopping          ⚙ Settings

All regions ▼   Safe search: moderate ▼   Any time ▼

★ https://www.secretservice.gov › contact › field-offices
**Field Offices - United States Secret Service**
Report financial crime by contacting a U.S. **Secret Service** Field Office.

Leadership
Kimberly A. Cheatle is the 27th Director of the U.S. Secret Service. View...

Overview
About Us. We have an integrated mission of protection and financial...

◉ https://www.mapquest.com › us › virginia › u-s-secret-service-358154774
**U.S. Secret Service, 200 Granby St, Suite 640, Norfolk, VA, Federal ...**
U.S. **Secret Service**. 200 Granby St in **Norfolk** VA 23510. (757) 441-3200. Claim this business. (757) 441-3200. Website.

◉ https://www.chamberofcommerce.com › united-states › virginia › norfolk › federal-government-o...
**US Secret Services in Norfolk, VA 23510 - 757-441...**
US **Secret Services** is located at 200 Granby St in **Norfolk**, **Virginia** 23510. US **Secret Services** can be contacted via phone at 757-441-3200 for pricing, hours and directions. Contact Info

★ https://www.secretservice.gov
**Home | United States Secret Service**
Careers at U.S. **Secret Service**. If you have a commitment to excellence and are looking for a unique and fulfilling career, we want to hear from you. Come join a diverse team with one of the most elite law enforcement agencies in the world.

◉ https://www.localgovs.com › government-28041392-us-secret-service-norfolk-federal-governm...
**US Secret Service in Norfolk Virginia - 200 Granby St**
US **Secret Service** is listed under the Federal Government Police locations category which falls under the larger Police Protection category of government offices, partners, and **services** on LocalGovs.com's directory. Their address is 200 Granby St in **Norfolk**, **Virginia** (23510). Directions, both mobile and...

### US Secret Service
Government Department in Alantic City

Closed

Website   Directions   Call   Map

📍 200 Granby St, Norfolk, VA 23510, United States

📞 +1 757 441 3200

🕐 Sat   Closed
Sun   Closed
Mon   8:30 AM–5 PM
Tue   8:30 AM–5 PM
Wed   8:30 AM–5 PM
Thu   8:30 AM–5 PM
Fri   8:30 AM–5 PM

🍎 More at Apple Maps

⌄
Show More

Share Feedback

📷 **Images for norfolk virginia secret service**



More Images →

◉ https://www.federallawenforcement.org › secret-service › virginia-secret-service

Share Feedback

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **RICHARD E. BELL, JR., KAREN K. BELL, BRANDEN R. BELL, and BRIAN E. BELL,** | |
| Plaintiffs, | |
| v. | Civil Action No. 7:16-CV-16 (HL) |
| **JOHNSON PUBLISHING COMPANY, LLC, a/k/a JOHNSON PUBLISHING COMPANY, INC.,** | |
| Defendant. | |

**ORDER**

Before the Court is Defendant Johnson Publishing Company, LLC's Motion for Partial Judgment on the Pleadings (Doc. 34). Defendant moves the Court to dismiss the defamation claims of Plaintiffs Richard E. Bell, Jr. and Karen K. Bell (the "Bell Parents"). Defendant additionally moves to dismiss Plaintiffs' collective claim for punitive damages, alleging that Plaintiffs failed to follow the statutory requirements set forth in Georgia's retraction statute and thus are not entitled to the recovery of punitive damages. Upon review of the pleadings, and with the benefit of oral argument, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's motion. Also before the Court is Plaintiffs' Motion for Leave to

1



Amend Amended Complaint (Doc. 43). For the following reasons, Plaintiffs' motion is **DENIED**.

## I.    BACKGROUND

Around 1:30 p.m. on January 10, 2013, the body of Kendrick Johnson ("KJ"), a Sophomore at Lowndes County High School ("LCHS") in Valdosta, Georgia, was discovered in a standing gym mat in the school's old gym. Speculation abounded about how KJ came to be in the rolled-up mat, and media outlets began probing the developing story. Between August 12, 2013 and April 9, 2014, Defendant Johnson Publishing Company, LLC ("Johnson Publishing"), published a series of fifteen articles on their website Ebony.com pertaining to KJ's death and the ensuing investigation (the "KJ Articles" or "Articles"). Frederick A. Rosen ("Rosen"),[1] a writer known for his "true crime" publications, authored the majority of the articles. The initial five articles, published between August 12, 2013 and September 23, 2013, were entitled "Who Killed Kendrick Johnson." In these first articles, Rosen questions the integrity of the investigation into the cause of KJ's death, suggesting that KJ was murdered under suspicious circumstances and not the victim of an unfortunate accident as claimed by local law enforcement.

---

[1] Rosen was dismissed as a party to this lawsuit on March 8, 2017.

2

On September 4, 2013, Rosen first reports about a student by the name of "Sean Marshal," who allegedly was involved in an altercation with KJ on a school bus traveling to an away football game several months prior to KJ's death. (Doc. 31-1, p. 23). Sean Marshal is a pseudonym that Rosen later changed to "Clark Martin" in his October 25, 2013 article "Did a Fight Lead to Kendrick Johnson's Murder?" (Id. at p. 36). The article describes Clark Martin as a white male who was a Senior at LCHS. (Id. at p. 36). According to the article, detectives following up on the story about the altercation between KJ and Clark Martin contacted "Sam Martin," Clark's father, and requested an interview:

> When Adams did, the father, Sam Martin, referred him to his attorney, who would not permit any interviews at that time. However, two weeks later on January 31, Det. John Marion followed up and contacted one of Martin's parents and was able to go to their house and speak to the teen.

(Id.). Clark reportedly told the investigators during this meeting that he did not know KJ and that on the day of KJ's death he was in the weight room and not in the old gym. (Id. at p. 37). The Martins' younger son Chris, a Sophomore at LCHS, was present during the interview of Clark. (Id.). The detectives sought and obtained permission from the parents, Sam and Susan Martin, to speak with Chris as well. (Id.). Chris told the detectives that he had observed both KJ and other students throwing their shoes over the gym mats, which they would retrieve the next day to play basketball. (Id.). On March 21, 2013, the Lowndes County Sheriff's Department ("LCSO") contacted the Martin's attorney about Clark and

3

Chris Martin providing a formal statement to police. (Id.). The attorney, after consulting with Sam Martin, informed the LCSO that the two young men would not be meeting with investigators. (Id.).

In this same article, Rosen reports that in April 2013, investigators interviewed another student who stated that it was Chris and not Clark Martin who got into a fight with KJ on the school bus. (Id. at p. 38). Chevene King, an attorney of KJ's parents, also purportedly stated during a radio interview that following the altercation Sam Martin invited KJ to his home for a rematch. (Id.).

While the alleged fight between KJ and Chris Martin remained as a central feature in Rosen's investigation into what led to KJ's death, any further mention of the Martin parents in the remaining articles is sparse. Rosen recaps the majority of the events described in his October 25 article in his November 19, 2013 article "Tweets from Possible Suspects Raise Eyebrows" (the "Tweets" article). (Id. at p. 40-44). However, in this article Rosen also notes that Beau Webster, a private investigator hired by KJ's family, specifically identified Clark and Chris Martin as possible suspects for the murder of KJ. (Id. at p. 41). According to the article, Webster additionally identified other alleged suspects and stated that they were under investigation by the Federal Bureau of Investigation. (Id.). Webster apparently also discovered that Chris Martin and KJ fought a second time. (Id.). This discovery is what led investigators to approach Sam Martin for permission to interview Chris. (Id.). Rosen then states, "We have

4

been able to confirm that the elder Martin is an FBI agent. He refused to have his son interviewed by the sheriff's detectives, instead referring them to his attorney." (Id. at 41-42). The "Tweets" article goes into more detail about what transpired during the investigator's January 31, 2013 meeting with the Martin family, again stating that the detectives obtained permission from either Sam or Susan Martin to speak with the boys. (Id. p. 42). However, neither the "Tweets" article nor any of Rosen's subsequent submissions to Ebony.com describe any further involvement of Sam or Susan Martin.

On April 18, 2014, Plaintiffs' counsel sent Johnson Publishing a letter entitled "Demand for Retraction and Payment of Unliquidated Damages." (Doc. 31-2). The letter demands the following pursuant to O.C.G.A. § 51-5-11:

> within fourteen (14) days of the receipt of this letter, [Johnson Publishing] issue a written retraction to the national media of the statements you have made that the sons of the FBI agent identified in your articles were involved at all in the death of KJ or any possible cover-up of the death. You must retract any claim that their father, or any member of the Bell family, was part of the alleged cover-up of KJ's murder. If you agree to make a retraction, we will furnish you with a specific retraction statement acceptable to the Bells.

(Doc. 31-2, p. 11-12). Plaintiffs further demand that Johnson Publishing pay $1.5 million in compensatory damages within thirty (30) days of receiving the letter. (Id. at p. 12).

Plaintiffs' counsel sent a second letter to Johnson Publishing dated May 19, 2014, entitled "For Settlement and Retraction Purposes Only." (Doc. 31-3).

This letter sets forth the retraction notice Plaintiffs required Johnson Publishing issue, to "be released to all U.S. print and broadcast media, as well as web media or others linked to any Johnson web site." (Id. at p. 1). The letter further specifies Plaintiffs' requirement that the retraction notice "be written in Ebony Magazine and posted on the Ebony website for a period of one year so that any person attempting to access any Ebony articles about KJ . . . will see this retraction." (Id. at p. 2). The letter set a deadline of May 21, 2014 for Johnson Publishing to issue the retraction. (Id. at p. 4).

Johnson Publishing removed the majority of the KJ articles from Ebony.com on May 5, 2014. (Doc. 31, ¶ 26). However, Johnson Publishing refused to publish the written retraction demanded by the Bell Parents. (Id.).

## II.    LEGAL STANDARD

A motion for judgment on the pleadings is properly filed "[a]fter the pleadings are closed[,] but early enough not to delay trial." Fed. R. Civ. P. 12(c). "Judgment on the pleadings is appropriate when there are no material facts in dispute, and judgment may be rendered by considering the substance of the pleadings and any judicially noticed facts." Hawthorne v. Mac Adjustment, Inc., 140 F.3d 1367, 1370 (11th Cir. 1998) (internal citations omitted); Cunningham v. Dist. Att'y's Office for Escambia Cty., 592 F.3d 1237, 1255 (11th Cir. 2010). In deciding a motion for judgment on the pleadings, the facts in the complaint are accepted as true and viewed in the light most favorable to the nonmoving party.

Id. The court may consider documents attached to the pleadings. Horsely v. Feldt, 304 F.3d 1125, 1134 (11th Cir. 2002).

A Rule 12(c) motion for judgment on the pleadings is governed by the same standards as a Rule 12(b)(6) motion to dismiss. Strategic Income Fund, LLC v. Spear, Leeds & Kellog Corp., 305 F.3d 1293, 1295 n.8 (11th Cir. 2002) (explaining that the standard for either a Rule 12(b)(6) or Rule 12(c) motion is "whether the count state[s] a claim for relief"). The complaint must contain sufficient factual information to state a claim for relief that is "plausible on its face." Wooten v. Quicken Loans, Inc., 626 F.3d 1187, 1196 (11th Cir. 2010). When the plaintiff provides enough "factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged," the complaint is "plausible on its face." Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009). "Labels and conclusions" and a "formulaic recitation of the elements of a cause of action" are insufficient to raise a right to belief above the "speculative level." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).

## III.  DISCUSSION

Defendant argues that it is entitled to judgment on the pleadings because none of the statements contained within any of the KJ Articles that potentially reference the Bell Parents is libelous as a matter of law. Georgia law defines libel as "a false and malicious defamation of another, expressed in print, writing, pictures, or signs, tending to injure the reputation of the person and exposing him

Case 1:23-cv-01059-JE-JPM   Document 8-4   Filed 11/16/23   Page 139 of 206 PageID #:
1314
Case 7:16-cv-00016-HL   Document 64   Filed 01/10/18   Page 8 of 21

to public hatred, contempt, or ridicule." O.C.G.A. § 51-5-1(a). "To succeed in a libel action, a plaintiff must prove that the defendant published a defamatory statement about the plaintiff, the defamatory statement was false, the defendant was at fault in publishing it, and the plaintiff suffered actual injury from the statement." Bryant v. Cox Enterprises, Inc., 311 Ga. App. 230, 234 (2011) (quoting Mathis v. Cannon, 276 Ga. 16, 21(2) (2002)) (internal quotation marks omitted).

### A.   Libel Claims

#### 1.   "Of and Concerning"

To sustain an action for libel, there is no requirement that the defamatory statement refer directly to the plaintiff; however,

> the allegedly defamatory words must refer to some ascertained or ascertainable person, and that person must be plaintiff. If the words used really contain no reflection on any particular individual, no averment or innuendo can make them defamatory. An innuendo cannot make the person certain which was uncertain before.

Armscorp of Am. v. Daugherty, 191 Ga. App. 19 (1989) (internal quotation marks and citation omitted) (alterations adopted). The plaintiff bears the burden of showing that "the publication was about the plaintiff, that is, whether it was of and concerning her as a matter of identity." Smith v. Stewart, 291 Ga. App. 86, 92 (2008) (quotation marks and citation omitted). "The test is whether persons who knew or knew of the plaintiff could reasonably have understood that" the allegedly defamatory statement refers to the plaintiff. Id. "It is not necessary that

8

all the world should understand the libel; it is sufficient if those who knew the plaintiff can make out that she is the person meant." Id. (alterations adopted).

The Court concludes that the KJ Articles contain sufficient identifying information about the Bell Parents for persons who knew or knew of them to conclude that the individuals identified as "Sam" and "Susan Martin" are actually Richard and Karen Bell. Defendants have not argued to the contrary. Accordingly, the Court finds that Plaintiffs have met their initial burden of establishing that the Articles are, in part, about them.

### 2.   Libel Per Se

A written defamatory statement may be actionable either as libel per se or libel per quod. Zarach v. Atlanta Claims Ass'n, 231 Ga. App. 685, 688 (1998) (citing Macon Telegraph Pub. Co. v. Elliott, 165 Ga. App. 719, 723(5) (1983)).

> Libel per se consists of a charge that one is guilty of a crime, dishonesty or immorality. Statements that tend to injure one in his trade or business also are libelous per se. When determining whether words are defamatory as a matter of law, courts may not hunt for strained constructions and must rely upon the words themselves in considering whether a statement was defamatory per se. Defamatory words which are actionable per se are those which are recognized as injurious on their face – without the aid of extrinsic proof.

Id. (internal quotation marks and citations omitted).

"The law is abundantly clear in Georgia – words that are libelous per se do not need innuendo." Id.; see also Cottrell v. Smith, 299 Ga. 517, 523(II)(A), (2016) (words that require extrinsic proof to show their defamatory nature are not

9

libel per se). "A publication that is claimed to be defamatory must be read and construed in the sense in which the readers to whom it is addressed would ordinarily understand it." Collins v. Creative Loafing Savannah, Inc., 264 Ga. App. 675, 679 (2003). Thus, "the whole item should be read and construed together, and . . . if its meaning is so unambiguous as to reasonably bear but one interpretation, it is for the judge to say whether that signification is defamatory or not." Fiske v. Stockton, 171 Ga. App. 601, 602(1) (1984). "Where a statement is defamatory per se, the element of damages is inferred. Smith v. DiFrancesco, 341 Ga. App. 786, 789 (2017) (citing Strange v. Henderson, 223 Ga. App. 218, 219 (1996)).

The Bell Parents allege that the KJ Articles falsely accuse them of conspiracy to cover up the murder of Kendrick Johnson. Under O.C.G.A. § 16-10-50, a person commits the crime of "hindering the apprehension of a criminal when, with intention to hinder the apprehension or punishment of a person whom he knows or has reasonable grounds to believe has committed a felony or to be an escaped prisoner, he: (1) [h]arbors or conceals such a person; or (2) [c]onceals or destroys evidence of the crime." The plain language of the Articles makes no such claim against the Bell Parents.

The Articles themselves say very little about the Bell Parents and certainly never specifically state that they were involved in any type of purported criminal conspiracy. Defendant published Rosen's first article in the series on August 12,

10

2013. (Doc. 31-1, p. 2-6). There is no reference to the Bell Parents until the sixth article, "Did a Fight Lead to Kendrick Johnson's Murder?", which appeared on October 25, 2013. (Id. at p. 35-39). In that article, it was reported that when investigators first contacted the father of a young man believed to have been involved in an altercation with KJ several months prior to KJ's death, the father initially declined permission for law enforcement to meet with his son, instead referring the investigators to the family's attorney. (Id. at p. 36). Two weeks later on January 31, 2013, when the detective contacted the parents again, the detective was invited to the home to speak with the young man. (Id.). During the interview with the one teenage boy, the investigator sought and obtained permission to speak with the younger son as well. (Id. at p. 37). According to this same article, on March 21, 2013, law enforcement, interested in obtaining a formal statement from the two boys, spoke with the family attorney, who advised that there would be no further meetings with investigators. (Id.).

The "Tweets" article, which appeared on Ebony.com on November 19, 2013, again describes investigators' meeting with Sam and Susan Martin and their two sons, Clark and Chris, reiterating that the parents initially referred law enforcement agents to their family attorney but later consented to meet with investigators in their home. (Id. at p. 41-42). This article also identifies Sam Martin as an FBI agent. (Id. at p. 41). Neither the Court nor the parties have

11

identified any additional statements that reference the Martin parents, a pseudonym for the Bell Parents.[2]

The Articles describe no criminal conduct by the Bell Parents. As the parents of Branden and Brian, who were both minors at the time, the Bell Parents were well within their rights either to grant or to decline interviews with their children. Their decision to limit their sons' contact with law enforcement was not criminal, nor does it constitute either harboring or concealing a criminal or concealing or destroying evidence of a crime as required under O.C.G.A. § 16-10-50. In order for the Court to accept Plaintiffs' argument that the Bell Parents by declining further interviews somehow knew that KJ had been murdered and engaged in an overall conspiracy to prevent the apprehension of Kendrick Johnson's suspected murderer, the Court would have to read a great deal into the plain statements of the Articles and would require the imputation of innuendo, which the court may not consider when determining whether a writing is defamatory as a matter of law. Zarach, 231 Ga. App. at 689 (citing Willis v. United Family Life Ins., 226 Ga. App. 661, 662 (1997)).[3] Relying on the

---

[2] At the hearing held on October 11, 2017, the Court went through each of the statements identified by Defendant as referring to the Bell Parents. The Court then asked Plaintiffs' counsel to explain how each statement was libelous per se and to identify any additional statements Plaintiffs claim libeled the Bell Parents. Plaintiffs' counsel pointed to no additional statements within the Articles.

[3] Plaintiffs misstate the law regarding the consideration of rumor and innuendo when determining whether a statement is libelous per se. Citing to Southern Co. v. Hamburg, 220 Ga. App. 834, 838-39 (1996), Plaintiffs suggest that the use of

unambiguous language in the Articles, the Court finds that the statements contained in the KJ Articles pertaining to the Bell Parents are not libel per se as a matter of law.

Plaintiff Rick Bell additionally argues that he was libeled per se because the Articles injured him in his business as an FBI agent. The November 19, 2013 "Tweets" article does identify "Sam Martin" as an FBI agent. However, neither the "Tweets" article nor any of the other KJ articles ever states that Martin's position as an FBI agent had any bearing on his parental decision to limit his sons' contact with law enforcement. Any allegation that Rick Bell abused his authority as an FBI agent, again, would require the impermissible reliance on implication or innuendo.

### 3.   Libel Per Quod

"[I]f the defamatory character of the words does not appear on their face but only become defamatory by the aid of extrinsic facts, they are not defamatory per se, but per quod, and are said to require innuendo." Zarach, 231 Ga. App. at 688 (citation and punctuation omitted). "An essential element of an action for libel per quod is that the plaintiff be able to show special damages." Zarach, 231 Ga.

---

innuendo is not prohibited under Georgia law. A closer reading of the passage relied upon by Plaintiff, however, reemphasizes that when a publication's "meaning is so unambiguous as to reasonably bear but one interpretation, it is for the judge to say whether that signification is defamatory or not." Id. It is only where the statement is subject to multiple interpretations that a jury then may take into consideration "all the circumstances surrounding its publication, including extraneous facts admissible in evidence." Id.

13

Case 1:23-cv-01059-JE-JPM Document 8-4 Filed 11/16/23 Page 145 of 206 PageID #:
12164
Case 7:16-cv-00016-HL Document 54 Filed 01/10/18 Page 14 of 21

App. at 698 (citing <u>Jamison v. First Ga. Bank</u>, 193 Ga. App. 219, 222(3) (1989)).

These special damages "must be the loss of money, or of some other material

temporal advantage capable of being assessed in monetary value." <u>Id.</u> (internal

quotation marks omitted). A heightened pleading standard applies to special

damages, which must be specifically stated. Fed. R. Civ. P. 9(g); <u>see</u> <u>Ballemead,</u>

<u>LLC v. Stoker</u>, 280 Ga. 635, 639 (2006).

The Bell Parents' claim of libel per quod fails as a matter of law because

they did not plead special damages with specificity in their Amended Complaint.

In their response to Defendant's motion, Plaintiffs do not address the absence of

a claim for special damages: "Since Defendant's statements constitute libel per

se, it is unnecessary to address Defendant's argument that Plaintiffs failed to

plead special damages." (Doc. 37, p. 12). Johnson Publishing accordingly is

entitled to judgment on the pleadings with respect to the Bell Parents libel per

quod claims.

**B.    Punitive Damages**

Defendant moves the Court to dismiss Plaintiffs' claim for punitive

damages, arguing that Plaintiffs' retraction request did not comply with Georgia's

retraction statute. Under O.C.G.A. § 51-5-11,

> [i]n any civil action for libel which charges the publication of an
> erroneous statement alleged to be libelous, it shall be relevant
> and competent evidence for either party to prove that the
> plaintiff requested retraction in writing at least seven days prior

to the filing of the action or omitted to request retraction in this
manner.

O.C.G.A. § 51-5-11(a). The statute further provides that a plaintiff shall not be

entitled to punitive damages, and the defendant shall only be liable to pay actual

damages where: (1) the allegedly libelous statement was published without

malice; the defendant within seven days of receiving the demand for retraction

publishes a correction or retraction in a conspicuous manner; and, if requested

by the plaintiff, the defendant additionally publishes an editorial repudiating the

allegedly libelous statement; or (2) the plaintiff does not make a written request

for correction and retraction. O.C.G.A. § 51-1-11(b) and (c).

It is undisputed that Plaintiffs sent Defendant a written retraction demand.

Plaintiffs' April 18, 2014 letter to Defendant made the following demand:

> We demand that, pursuant to O.C.G.A. § 51-1-11, within fourteen
> (14) days of receipt of this letter, you issue a written retraction to the
> national media of the statement you have made that the sons of the
> FBI agent identified in your articles were involved at all in the death
> of KJ or any possible cover-up of the death. You must retract any
> claim that their father, or any member of the Bell family, was part of
> the alleged cover-up of KJ's murder. If you agree to make a
> retraction, we will furnish you with a specific retraction statement
> acceptable to the Bells.

(Doc. 31-2, p. 11-12). Plaintiffs additionally demanded compensatory damages in

the amount of $1.5 million.

Then, on May 19, 2014, Plaintiffs provided Defendant with the specific

statement Plaintiffs wished for Defendants to publish, which included a statement

15

Case 1:23-cv-01059-JE-JPM   Document 8-4   Filed 11/16/23   Page 147 of 206 PageID #:
12164
Case 7:16-cv-00016-HL   Document 84   Filed 01/10/18   Page 16 of 21

of admitted liability and required that the retraction "be released to all U.S. print and broadcast media, as well as web media or others linked to any Johnson web site." (Doc. 31-3, p. 1). The letter further demanded that the "[r]etraction be written in Ebony Magazine and posted on the Ebony website for a period of one year so that any person attempting to access any Ebony articles about KJ, or making a web or other inquiry about KJ or the Ebony/Rosen articles (which shall not be re-published by Johnson or elsewhere with Johnson's permission), on the Ebony website or its Twitter, Facebook and e-mail accounts, will see this retraction." (Id. at p. 9).

Defendant argues that Plaintiffs are not entitled to recover punitive damages because the content of their retraction demand exceeds the basic provisions of the statute and includes burdensome conditions. The plain language of the retraction statute provides that as a precondition to the recovery of punitive damages a libel plaintiff first must "request a correction or retraction before filing their civil action against any person for publishing a false, defamatory statement." Mathis v. Cannon, 276 Fa. 16, 28 (2002) (finding that the plaintiff was not entitled to recover punitive damages where he asked an Internet provider to delete several posts made by the defendant but did not request in writing before filing his complaint that the defendant correct or retract any of his statements). However, other that setting forth the timeline for when the retraction notice must be provided, the statute does not place any limitations on the

contents of the notice. The statute also does not require that the defendant meet any particularized demand made by the plaintiff to avoid payment of punitive damages, explaining that a plaintiff shall not be entitled to pay punitive damages where the defendant provides proof:

> (A)     That the matter alleged to have been published and to be libelous was published without malice;
>
> (B)     That the defendant, in a regular issue of the newspaper or other publication in question, within seven days after receiving written demand, or in the next regular issue of the newspaper or other publication following receipt of the demand if that next regular issue was not published within seven days after receiving the demand, corrected and retracted the allegedly libelous statement in as conspicuous and public a manner as that which the alleged libelous statement was published; and
>
> (C)     That, if the plaintiff so requested, the retraction and correction were accompanied, in the same issue, by an editorial in which the allegedly libelous statement was specifically repudiated.

O.C.G.A. § 51-5-11(b)(1).

Finding that Plaintiffs' satisfied the statutory precondition that they first issue a demand for retraction prior to pursuing punitive damages, the Court denies Defendant's motion to dismiss Plaintiffs' claim for punitive damages. Whether or not Plaintiffs shall be entitled to recover punitive damages shall be a matter for the jury to determine.

### C.     Plaintiffs' Motion to Amend Amended Complaint

On August 27, 2014, Plaintiffs filed their initial complaint for libel and slander against Defendant in the Southern District of Georgia's Brunswick

17

Case 1:23-cv-01059-JE-JPM   Document 8-4   Filed 11/16/23   Page 149 of 206 PageID #:
1220
Case 7:16-cv-00016-HL   Document 54   Filed 01/10/18   Page 18 of 21

Division. Defendant filed a pre-answer motion to dismiss or, in the alternative, motion for more definite statement on October 27, 2014. Defendant's motion specifically challenged the sufficiency of Plaintiffs' libel per se claims and argued that any potential claim by the Bell Parents for libel per quod failed as a matter of law because those Plaintiffs failed to plead special damages. Plaintiffs filed an amended complaint on November 13, 2014, which Defendant again moved to dismiss, in part based on the allegation that the Bell Parents had not pled special damages and, therefore, could not pursue a libel per quod claim. The case was transferred to this Court on September 22, 2015. Plaintiffs filed their notice of voluntary dismissal on September 23, 2015.

Plaintiffs refiled their claims against Defendant in this Court on February 16, 2016. Again, Plaintiffs neglected to include allegations of special damages, stating only the following:

> All Plaintiffs have been permanently damaged by Defendants' libel in both their personal reputations, and RICK BELL has been injured in his professional reputation as an FBI agent. Apart from special damages that may be proven at trial, they are entitled to recover the sum of at least $1,000,000.00 in compensatory damages, or such additional sum as is determined appropriate by the jury in this case.

(Doc. 1, ¶ 45). On March 28, 2017, after agreeing to dismiss Frederick Rosen as a defendant for jurisdiction reasons, Plaintiffs filed their fourth complaint. (Doc. 31). Plaintiffs' Amended Complaint included no additional allegations of special

damages. Defendant raised the failure to plead special damages as a defense in its Answer (Doc. 33, p. 33) and, on May 12, 2017, moved for judgment on the pleadings, arguing again that the Bell Parents' libel per quod claims fail as a matter of law because they failed to plead special damages. (Doc. 34).

Two months later, on July 13, 2017, Plaintiffs filed the present motion to amend their amended complaint. (Doc. 43). Plaintiffs seek permission to file what would be their fifth complaint to finally include allegations of purported special damages. Plaintiffs' request comes far too late.

Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed.R.Civ.P. 15(a)(2). However, leave to amend shall be freely given "when justice so requires." Id. "[U]nless a substantial reason exists to deny leave to amend, the discretion of the District Court is not broad enough to permit denial." Shipner v. Eastern Air Lines, Inc., 868 F.2d 401, 407 (11th Cir. 1989). Certain factors justify the denial of a motion to amend, including undue prejudice to the opposing party, undue delay, bad faith, repeated failure to cure deficiencies by previous amendments, or futility of the amendment. Foman v. Davis, 371 U.S. 178, 182 (1962); Laurie v. Ala. Ct. of Crim. App., 256 F.3d 1266, 1274 (11th Cir. 2001).

Discovery in this case has been stayed since March 2017 as a result of the inordinate amount of time required by the Department of Justice and the FBI to

19

produce documents relevant to the resolution of this case. (Doc. 26). The Court and the parties have remained in regular contact about the production of these documents, and the Court has intervened as it is able to help push the process along. Nevertheless, it is apparent that this case is far from conclusion, and additional discovery will need to be conducted once the Government finally produces the documents requested by the parties. But the fact that there is still time to engage in discovery does not, in the Court's opinion, absolve Plaintiffs of their repeated failure to cure the deficiency in their pleadings.

Plaintiffs have been on notice of the pleading deficiency since October 2014. They have now filed four complaints and still have not included allegations of special damages. Nor have Plaintiffs offered any explanation for their repeated failure to cure the shortcomings of their pleadings. In fact, Plaintiffs in their response to Defendant's motion for judgment on the pleading outright refused to address the absence of special damages, stating that "it is unnecessary to address Defendant's argument that Plaintiff's failed to plead special damages." (Doc. 37, p. 12 n.5).

While the passage of time certainly factors into the Court's consideration of Plaintiffs' motion to amend, ultimately, the Court denies Plaintiffs' motion based on Plaintiffs repeated failure to cure a known deficiency. Plaintiffs have been on notice for some time that their complaint was noticeably devoid of claims for special damages. And, despite having ample opportunity to plead special

damages with sufficient particularly, Plaintiffs still did not. Plaintiffs' Motion for Leave to Amend Amended Complaint (Doc. 43) is, therefore, **DENIED**.

## IV.   CONCLUSION

For the foregoing reasons, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's Motion for Partial Judgment on the Pleadings (Doc. 34). The Court grants Defendant's motion to dismiss Plaintiffs Richard E. Bell, Jr. and Karen K. Bell as parties to this lawsuit. However, the Court denies Defendant's motion to dismiss the remaining Plaintiffs' claim for punitive damages. The Court **DENIES** Plaintiffs' Motion for Leave to Amend Amended Complaint (Doc. 43).

**SO ORDERED** this 10th day of January, 2018.

_s/ Hugh Lawson_
**HUGH LAWSON, SENIOR JUDGE**

aks

21

♡ Save          🔔 Monitor          🖷 PDF          ☰ List          ⋯ More

# Joseph R Biden Jr

Location Rehoboth Beach, DE

Aliases Joseph R Biden

🔖 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                    ✓

🏠 32 Far View Rd                                               View details
  Rehoboth Beach, DE 19971

📞 No phone numbers found                                       Learn more

✉ No email addresses found                                     Learn more

❤ 1 relative found                                             View relatives
  NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                        Learn more

🔗 No social media found                                       Learn more

📷 No photos found

 Overview                                  

# How You Can Write or Call the White House

## Call the White House

**PHONE NUMBERS**

Comments: 202-456-1111
Switchboard: 202-456-1414

**TTY/TTD**

Comments: 202-456-6213

## Send a letter to the White House

Here are a few simple things you can do to make sure your correspondence gets to the White House as quickly as possible.

- If possible, email us! This is the fastest way to reach the White House.

- If you write a letter, please consider typing it on an 8 1/2 by 11 inch sheet of paper.

- If you hand-write your letter, please write as neatly as possible with an ink pen.

- Include your return address on your letter as well as on your envelope. If you have an email address, please share it with us too.

- And finally, please be sure to write on the outside of your mailing envelope the complete address for the White House to make sure your letter gets to us as quickly and directly as possible:

The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

## Sending Gifts

The President and the First Lady strongly encourage all Americans to consider making contributions to their favorite charities in lieu of gifts to the First Family. And, please note, the White House is unable to accept cash, checks, bonds, gift certificates, foreign currency, or other monetary equivalents.

For security reasons, please do not send perishable gifts — such as food, liquids, or flowers — to the White House. Additionally, the delivery of items sent to the White House is often significantly delayed, and enclosed items may be damaged during the security screening process. Because of this, items of personal importance, such as family photographs, should not be sent and cannot be returned.

We look forward to hearing from you!

---

**1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
                             )
      v.                     ) CRIMINAL ACTION
                             ) NO. 23-mj-274(MN)
ROBERT HUNTER BIDEN,         )
                             ) CRIMINAL ACTION
      Defendant.             ) NO. 23-61(MN)
                             )

Wednesday, July 26, 2023
10:00 a.m.
Initial Appearance
Plea Hearing

844 King Street
Wilmington, Delaware

BEFORE:  THE HONORABLE MARYELLEN NOREIKA
         United States District Court Judge

APPEARANCES:

         UNITED STATES ATTORNEY'S OFFICE
         DISTRICT OF DELAWARE
         BY:  BENJAMIN L. WALLACE, ESQ.
         BY:  DEREK E. HINES, ESQ.
         BY:  LEO J. WISE, ESQ.

               Counsel for the United States

---

**2**

APPEARANCES CONTINUED:

      CLARK SMITH VILLAZOR LLP
      BY:  CHRISTOPHER J. CLARK, ESQ.

      -and-

      BERGER HARRIS, LLP
      BY:  RICHARD I.G. JONES, JR., ESQ.

               Counsel for the Defendant

      - - - - - - - - - -

      THE COURT:  All right.  Good morning, everyone.
Please be seated.  All right.  Hold on.  Let me just start
by reminding everyone that there is no recording of these
proceedings that is permitted.  For those of you in the
back, you are certainly permitted to watch, but we will not
have any disruptions.  Any disruption or attempt to disrupt
will result in the Court's security personnel or the U.S.
Marshals escorting you out.
      All right.  With that.
      MR. WISE:  Good morning, Your Honor.  Leo Wise,
Derek Hines, and Benjamin Wallace on behalf of the United
States.  Now is the time the Court has set for an initial
appearance on the criminal information filed in the United
States versus Robert Hunter Biden, 23-cr-61-MN charging the

---

**3**

Defendant with a firearm offense, and for the entry of a
guilty plea to the criminal information filed in the
separate matter, United States versus Robert Hunter Biden,
23-mj-274-MN, charging the Defendant with two counts of
failure to pay taxes.  The parties are ready to proceed.  I
ask permission to pass up an executed version of the plea
agreement in the tax case at this time.
      THE COURT:  You may.  Thank you.
      MR. WISE:  And my understanding, Your Honor, is
that we're going -- Your Honor first will conduct the
initial appearance on the firearm charge and then turn to
the plea hearing on the tax charge.
      THE COURT:  No.  Hold on.  Let me just take a
look.  All right.
      Good morning, Mr. Clark, Mr. Biden.
      MR. CLARK:  Good morning, Your Honor.
      THE COURT:  Just so that we don't have you
feeling that you need to pop up and down, I am fine if you
want to when I'm asking questions stay seated so you don't
have to just keep popping up.
      MR. CLARK:  We won't do it any other time.
      THE COURT:  All right.  Thank you.  Okay.  So we
do have two cases here, one is a criminal action based on a
felony information related to a gun charge, and the other is
Criminal Action 23-274 based on the misdemeanor involving

---

**4**

the tax charges.  This is the Defendant's first appearance.
I had planned to conduct the initial appearance on the two
cases at the same time.  Is there any objection to that?
      MR. WISE:  None, Your Honor.  Thank you.
      MR. CLARK:  None, Your Honor.
      THE COURT:  I thought it might be more efficient
and save some time.
      THE COURT:  Mr. Biden, in Criminal Action 23-61,
the United States Attorney for the District of Delaware has
filed a felony information which charges you with possession
of a firearm by a person who is an unlawful user of or
addicted to a controlled substance in violation of 18 United
States Code Sections 922(g)(3) and 924(a)(2).
      And in Criminal Action 23-274, the United States
Attorney for the District of Delaware has filed a
misdemeanor information which charges you with two counts of
willful failure to pay tax in violation of 26 United States
Code Section 7203.  Do you understand that those are the
charges that are pending here?
      THE DEFENDANT:  Yes, Your Honor.
      THE COURT:  Do you understand that the maximum
penalties for the gun charge are ten years of imprisonment,
a fine of $250,000, three years of supervised release, and a
special assessment of $100?
      THE DEFENDANT:  Yes, Your Honor.

---

5

1   THE COURT:  And do you understand that the
2   maximum penalties for each of Counts I and II of the tax
3   case are twelve months of imprisonment, a $100,000 fine or
4   twice the gross gain or loss from the offense, whichever is
5   greater, one year of supervised release, restitution and a
6   $25 special assessment as well as costs of prosecution?
7   THE DEFENDANT:  Yes, Your Honor.
8   THE COURT:  All right.  Now, Mr. Biden, you have
9   the right to be represented by an attorney in these matters,
10  that means if you can afford to, you can hire an attorney of
11  your own choice.  If you can't afford to, you may ask the
12  court to appointment an attorney to represent you.  Do you
13  understand that?
14  THE DEFENDANT:  Yes, Your Honor.
15  THE COURT:  All right.  You are presently
16  represented by Mr. Clark.  Do you wish to continue that
17  representation?
18  THE DEFENDANT:  Yes, Your Honor.
19  THE COURT:  All right.  Now, Mr. Biden, you have
20  the right to a preliminary hearing in these cases.  At that
21  hearing, the government would have to produce sufficient
22  evidence to show that it has probable cause to believe that
23  you committed the crimes with which you are being charged.
24  At that hearing you would have the right to introduce
25  evidence and to cross-examine any adverse witnesses who

6

1   would be testifying against you.  Do you understand that?
2   THE DEFENDANT:  Yes, Your Honor.
3   THE COURT:  All right.  Now, I understand that
4   you intend to plead guilty to the tax charges.  Do I have
5   that right?
6   THE DEFENDANT:  Yes, Your Honor.
7   THE COURT:  All right.  Do you understand that
8   if you plead guilty to those charges, you will be waiving
9   your right to a preliminary hearing?
10  THE DEFENDANT:  Yes, Your Honor.
11  THE COURT:  I also understand that the plan for
12  the gun charge is a Diversion Agreement.  Counsel, do we
13  need to do anything regarding a preliminary hearing at this
14  point in light of the planned Diversion Agreement?
15  MR. WISE:  No, Your Honor.
16  MR. CLARK:  We're in agreement with that, Your
17  Honor.
18  THE COURT:  All right.  Mr. Biden, you are not
19  required to make any statements to the authorities.  If you
20  had already made statements to the authorities, you may stop
21  and not make any more.  If you start to make a statement and
22  you change your mind, you may stop at any time.  And any
23  statement that you do make may be used against you.  Do you
24  understand all of that?
25  THE DEFENDANT:  Yes, Your Honor.

7

1   THE COURT:  All right.  Now, pursuant to the Due
2   Process Act, I confirm that the government has a continuing
3   obligation pursuant to Brady v. Maryland and its progeny to
4   produce all exculpatory evidence and I order that it do so
5   at the appropriate time.  The consequences for violating a
6   Brady obligation and/or my order could include, but are not
7   limited to, contempt proceedings, sanctions, referral to
8   disciplinary counsel, adverse jury instructions, exclusion
9   of evidence and dismissal of the charges.  Does the
10  government understand that?
11  MR. WISE:  Yes, Your Honor.
12  THE COURT:  Has all Brady material been
13  produced?
14  MR. WISE:  Yes, Your Honor.
15  THE COURT:  Mr. Clark, any concerns about that?
16  MR. CLARK:  None whatsoever, Your Honor.
17  THE COURT:  Thank you.
18  Pretrial release, what is the government's
19  position?
20  MR. WISE:  The conditions that have been
21  recommended we agree with.
22  THE COURT:  Any concerns about that, Mr. Clark?
23  MR. CLARK:  No, Your Honor, we're in accordance.
24  THE COURT:  You can't help yourself, you're just
25  going to keep jumping up.

8

1   MR. CLARK:  I was taught at a hard school.
2   THE COURT:  I know.  I couldn't even think if I
3   wasn't standing.
4   I understand that pretrial release -- I agree
5   that pretrial release is appropriate subject to the
6   following conditions which I will read into the record.  The
7   Defendant must not violate federal, state, or local law
8   while on release.
9   The Defendant must cooperate in the collection
10  of a DNA sample if it is authorized by 34 United States Code
11  Section 40702.
12  The Defendant must advise the court or the
13  pretrial services officer or some supervising officer in
14  writing before making any change in residence or telephone
15  number.
16  The Defendant must appear in court as required
17  and if convicted must surrender as directed to serve a
18  sentence that the Court may impose.
19  I also impose the following additional
20  conditions.
21  Sir, you must submit to supervision by and
22  report to supervision to the probation office in the
23  district in which you are residing.  You must continue or
24  actively seek employment.  You must communicate in writing
25  all international travel plans and provide supporting

9

1  documentation if requested to both the District of Delaware
2  and the district in which you are residing.  You must not
3  possess a firearm, destructive device or other weapon.  You
4  must not use alcohol.  You must not use or unlawfully
5  possess a narcotic drug or other controlled substance
6  defined in 21 United States Code, Section 802, unless
7  prescribed by a licensed medical practitioner.  I will
8  clarify, however, that marijuana is not legal under federal
9  law and you are prohibited from using marijuana regardless
10 of whether it is legal or not in the state in which you are
11 or it is prescribed by a medical practitioner.
12           You must submit to testing for a prohibited
13 substance if required by the pretrial services officer or
14 supervising officer.  Testing may be done with random
15 frequency and may include urine testing, the wearing of a
16 sweat patch, remote alcohol testing system and/or any form
17 of prohibited substance screening or testing.  You must not
18 obstruct, attempt to obstruct or tamper with the efficiency
19 or accuracy of prohibited substance screening or testing.
20           Just give me a minute here.
21           And you must participate in a program of
22 inpatient or outpatient substance abuse, therapy, or
23 counseling if directed by the pretrial services officer or
24 the supervising officer.  Do you understand those
25 conditions, sir?

10

1            THE DEFENDANT:  Yes, Your Honor.
2            THE COURT:  All right.  Any objection or
3  comments on the conditions imposed?
4            MR. CLARK:  None from the defense, Your Honor.
5            MR. WISE:  Nor from the United States, Your
6  Honor.
7            THE COURT:  All right.  Mr. Biden, violating any
8  of the conditions of release may result in the immediate
9  issuance of a warrant for your arrest, revocation of your
10 release, an order for detention, forfeiture of any bond or
11 prosecution for contempt of court, and it could result in
12 imprisonment, a fine, or both.  Do you understand that?
13           THE DEFENDANT:  Yes, Your Honor.
14           THE COURT:  Anything I left out or anything I
15 need to address with respect to the initial appearances?
16           MR. WISE:  Not from the United States, Your
17 Honor.
18           MR. CLARK:  No, Your Honor.
19           THE COURT:  Now, we have two cases and two
20 agreements and I understand that the Diversion Agreement is
21 not something that is typically before the Court, but you
22 all did send it to me so I do want to talk about that a
23 little bit.  There are some provisions in those agreements
24 that are not standard and are different from what I normally
25 see, so I think we need to walk through these documents and

11

1  get some understanding of what is being proposed so that I
2  can give due consideration to the determination that you all
3  are asking me to make.  So I want to start with Criminal
4  Action 23-274 involving the tax charges.
5            All right.  Now, Mr. Biden, you told me that you
6  intend to enter a plea of guilty in those cases, correct?
7            THE DEFENDANT:  Yes, Your Honor.
8            THE COURT:  So it is my responsibility to make
9  sure that that plea is a voluntary and knowing plea.  And in
10 order to do that, I first need to ask you a series of
11 questions.  Before I ask you those questions, I am going to
12 have you placed under oath to answer those questions
13 truthfully.  And it's important that you do answer those
14 questions truthfully because if you don't, any false answers
15 may be used against you in a separate prosecution for
16 perjury.  Do you understand that?
17           THE DEFENDANT:  Yes, Your Honor.
18           THE COURT:  All right.  Mr. Buckson, will you
19 please swear in the Defendant.
20           COURT CLERK:  Will you please rise and raise
21 your right hand.  Please state and spell your full name for
22 the record.
23           THE DEFENDANT:  Robert Hunter Biden.
24 R-O-B-E-R-T, H-U-N-T-E-R, B-I-D-E-N.
25           ROBERT HUNTER BIDEN, was duly sworn under oath.

12

1            THE COURT:  Thank you, sir.  You may be seated.
2  All right.  Now, sir, if at any time you want to confer with
3  your counsel when I'm asking you questions, you may, just
4  let me know.  All right?
5            THE DEFENDANT:  Thank you, Your Honor.
6            THE COURT:  How old are you?
7            THE DEFENDANT:  Fifty-three years old, Your
8  Honor.
9            THE COURT:  How far did you go in school?
10           THE DEFENDANT:  Law school, Your Honor.
11           THE COURT:  When did you graduate from law
12 school?
13           THE DEFENDANT:  1996.
14           THE COURT:  You're member of the bar?
15           THE DEFENDANT:  Yes, Your Honor.
16           THE COURT:  Any particular?
17           THE DEFENDANT:  District of Columbia and
18 Connecticut, Your Honor.
19           THE COURT:  Thank you.  And you speak and
20 understand English?
21           THE DEFENDANT:  Yes, Your Honor.
22           THE COURT:  Are you currently or have you
23 recently been under the care of a physician or psychiatrist?
24           THE DEFENDANT:  No, Your Honor.
25           THE COURT:  Have you ever been hospitalized or

13

1    treated for any mental illness or addiction to narcotic
2    drugs of any kind?
3           THE DEFENDANT:  I have attended treatment
4    facilities for addiction, Your Honor.
5           THE COURT:  Okay.  So that was included in my
6    question which is treatment for addiction to drugs.
7           THE DEFENDANT:  Yes, Your Honor.
8           THE COURT:  So I need you to tell me about that.
9    How many times have you, to the best of your recollection,
10   been treated whether inpatient or outpatient?
11          THE DEFENDANT:  Beginning in 2003 with the
12   inpatient, Your Honor, I have been to I believe close to six
13   inpatient over the course of twenty years.
14          THE COURT:  All right.
15          THE DEFENDANT:  And I have also been in
16   outpatient programs also during that time.
17          MR. CLARK:  Just to be clear, it's numerous,
18   Your Honor.
19          THE COURT:  I'm not going to walk through every
20   single one, but I just want to make sure I have some
21   understanding.
22          All right.  Now, sir, each time that you were
23   treated in an inpatient facility, what was it for?
24          THE DEFENDANT:  For addiction to alcohol
25   primarily originally, Your Honor.

14

1           THE COURT:  Okay.  And have you ever been in an
2    inpatient treatment program where you were treated for
3    something else other than alcoholism?
4           THE DEFENDANT:  Drugs, also, Your Honor.
5           THE COURT:  Okay.  And I'm just not sure how
6    these programs work.  I'm sorry.  Is it for any particular
7    drug that you're treated or is it just sort of --
8           THE DEFENDANT:  No.
9           THE COURT:  Everything.
10          THE DEFENDANT:  Everything, Your Honor.
11          THE COURT:  Okay.  And when was the most recent
12   time that you were in treatment?  Well, are you currently in
13   treatment for your alcohol or drug issues?
14          THE DEFENDANT:  No, I'm not, Your Honor.
15          THE COURT:  When was the last time that you were
16   in treatment?
17          THE DEFENDANT:  I believe the fall of 2018.
18          MR. CLARK:  I think that's right, Your Honor.
19          THE COURT:  Okay.
20          THE DEFENDANT:  Your Honor, sorry.
21          THE COURT:  That's okay.  So the fall of 2018,
22   and was that inpatient or outpatient?
23          THE DEFENDANT:  Inpatient, and then also
24   outpatient.
25          THE COURT:  Okay.  And when you -- did you

15

1    complete that program or did you leave that program prior to
2    completion?
3           THE DEFENDANT:  I completed that program, the
4    inpatient portion of it, Your Honor.
5           THE COURT:  Okay.  And after you completed that
6    program, did you then continue to use drugs for some period
7    of time?
8           THE DEFENDANT:  I did, Your Honor.
9           THE COURT:  All right.  So when was the last
10   time -- so the fall of 2018 was the last time that you
11   received any treatment, right?
12          THE DEFENDANT:  Yes, Your Honor.
13          THE COURT:  Okay.  When was the last time that
14   you used, ingested, or were under the influence of any drug,
15   legal or illegal medication or alcoholic beverage of any
16   kind?
17          THE DEFENDANT:  June of 2019, Your Honor.
18          THE COURT:  All right.  And so just to be clear,
19   you are not presently under the influence of any drug, legal
20   or illegal, medication or alcoholic beverage of any kind, is
21   that correct?
22          THE DEFENDANT:  No, Your Honor.
23          THE COURT:  Well, let's just be clear because,
24   you know, people might look at this transcript.  I said is
25   that correct and you said no.

16

1           THE DEFENDANT:  I'm sorry, yes, Your Honor,
2    excuse me.
3           THE COURT:  And sir, do you understand what's
4    going on and why we're here today?
5           THE DEFENDANT:  Yes, I do understand.
6           THE COURT:  Counsel, do you have any doubt as to
7    your client's competence?
8           MR. CLARK:  None whatsoever.
9           THE COURT:  Any concerns from the government?
10          MR. WISE:  No, Your Honor.
11          THE COURT:  Based on the information that I
12   received, Mr. Biden, I find that you are competent and
13   capable of proceeding here today.
14          So now I want to talk about the misdemeanor
15   information which contains the tax charges that you are
16   pleading guilty to.  Have you received a copy of the
17   information pending against you?
18          THE DEFENDANT:  Yes, Your Honor.
19          THE COURT:  Have you fully discussed those
20   charges and the case in general with Mr. Clark?
21          THE DEFENDANT:  Yes, Your Honor.
22          THE COURT:  Are you fully satisfied with the
23   counsel, representation, and advice you received from him in
24   this case?
25          THE DEFENDANT:  Yes, Your Honor.

17

1      THE COURT: You have the right to have the
2  information read out loud at this hearing, but you can also
3  waive that reading.  Would you like me to ask the government
4  to read it or do you waive that?
5      THE DEFENDANT: I waive that, Your Honor.
6      THE COURT: Okay.  Next, the Memorandum of Plea
7  Agreement which was handed up to me.  First, let me ask
8  counsel, what provision of the rules is this plea agreement
9  being presented under?
10     MR. WISE: It's presented under Rule
11  11(c)(1)(B), Your Honor, of the Federal Rules of Criminal
12  Procedure.
13     THE COURT: All right.  And so just so we're
14  clear, and Mr. Clark, you agree with that?
15     MR. CLARK: I do, Your Honor.
16     THE COURT: All right.  Just so we're clear,
17  this is not a plea under Rule 11(c)(1)(C), what is often
18  called a C plea which binds me to impose a specific sentence
19  if I accept the plea, is that correct?
20     MR. WISE: It is, Your Honor.
21     MR. CLARK: We agree, Your Honor.
22     THE COURT: So in your view, what is my role
23  here under Rule 11(c)(1)(B)?
24     MR. WISE: Your Honor has two roles as Your
25  Honor has already begun to determine that the plea is

18

1  knowing and voluntary under Rule 11(B), and to apprise the
2  Defendant that you are not bound by the recommendation of
3  the United States in this case pursuant to Rule 11(c)(3)(B).
4      THE COURT: That's it?
5      MR. WISE: That's it.
6      THE COURT: All right.  Now, is it my role to
7  accept or reject this plea?
8      MR. WISE: It is not, Your Honor.
9      THE COURT: Now, let me just ask you this.
10  Would my role be different if this were a plea under Rule
11  11(c)(1)(A)?
12     MR. WISE: Yes, Your Honor, it would.
13     THE COURT: How would you say it's different?
14     MR. WISE: Both Rule 11(c)(1)(A) pleas and
15  11(c)(1)(C) pleas require the Court to either accept, reject
16  or defer on the plea agreement itself, not on the plea which
17  is governed by like I said a separate provision of the rule
18  which is 11(B), but in terms of the Court's role vis-a-vis
19  the agreement is to accept, reject or defer.
20     THE COURT: All right.  And I do want to talk
21  about that a little bit further, but when we talk about the
22  plea, but you can sit down for now.
23     Now, wait, let me ask you this.  If it's a
24  11(c)(1)(A) plea, what is your understanding of the factors
25  that I need to look at?

19

1      MR. WISE: So the rule itself is silent on the
2  factors, but the case law suggest that the factors -- that
3  the rejecting or accepting the plea would relate to the
4  Court's traditional role at sentencing, so if, for instance,
5  the Court thought that the charge bargain which is what
6  11(c)(1)(A) does, if the Court thought the charge bargain
7  did not adequately reflect the seriousness of the offense
8  which would affect the Court's ability to sentence, then
9  there is case law that says under those circumstances the
10  Court could reject the charge bargain that was contained in
11  the (c)(1)(A) plea.
12     THE COURT: When you say the charge bargain, you
13  mean the bargain by which the Defendant pleads guilty and
14  the government agrees not to bring other charges or to drop
15  charges that have already been brought?
16     MR. WISE: Exactly, Your Honor.
17     THE COURT: All right.  And in looking at an
18  11(c)(1)(A) plea, would I need to consider or are those
19  factors that you just sort of talked about, is that usually
20  referred to as in the interest of justice?
21     MR. WISE: They are, Your Honor.
22     THE COURT: All right.  You can be seated.
23     So yesterday I received from third parties a
24  letter with almost 900 pages of attachments in one case, and
25  a memorandum of law with hundreds of more pages of exhibits

20

1  in the other.  I have not had time to review those
2  submissions.  I understand that there is some objection to
3  them and I will give the Defendant and the government if it
4  wishes an opportunity to respond to those if they choose.
5  But even though I have not been able to review the
6  third-party submissions, I do understand that they request
7  that I reject the plea agreement based on information that
8  the filers submit cast doubt on the investigation performed
9  or the charges brought or both.
10     So let me ask you this.  If I were to think that
11  the facts presented in those submissions or even the facts
12  that have been presented to me in this case and the attached
13  agreements suggest that the investigation was lacking or
14  that more serious charges should have been brought, is it
15  within my power to ask or direct the United States Attorney
16  or the Attorney General of the United States to redo the
17  investigation or bring different or more serious charges?
18     MR. WISE: I don't believe so, Your Honor, no.
19     MR. CLARK: We agree, Your Honor, it would raise
20  obviously massive separation of powers questions if that was
21  to be taken.
22     THE COURT: Okay.  And isn't that decision about
23  what charges to bring for the prosecutor as part of the
24  Executive Branch?
25     MR. WISE: It is, Your Honor.

21

1        MR. CLARK:  We concur, Your Honor.
2        THE COURT:  All right.  So if there were a
3    failure in the investigation or the charges brought were
4    inappropriate, how would that get addressed in our form of
5    government?
6        MR. WISE:  Through the political process, Your
7    Honor.
8        MR. CLARK:  In particular, Your Honor, the
9    Executive Branch is charged fully with investigating, making
10   prosecutorial discretion decisions, and indeed that's where
11   the term prosecutorial discretion comes from, it is vested
12   in the Executive Branch.
13       THE COURT:  All right.  Okay.  Let's walk
14   through some of the provisions of the plea, Memorandum of
15   Plea Agreement.  Do you have it in front of you, sir?
16       THE DEFENDANT:  Yes, Your Honor.
17       THE COURT:  It's six pages long and has an
18   attached Exhibit 1 which is four pages long as well as a
19   sealed attachment referenced as Attachment A.  Attachment A
20   is a document that is not public, but it is a standard
21   document that is filed in all cases in this district and is
22   not filed only in connection with this case.  The Memorandum
23   of Plea Agreement has three signatures on the final page.
24   Is one of those signatures yours?
25       THE DEFENDANT:  Yes, Your Honor.

22

1        THE COURT:  Okay.  And when did you sign it?
2        THE DEFENDANT:  This morning, Your Honor.
3        THE COURT:  And before you signed it, did you
4    have an opportunity to read it and discuss it with your
5    attorney?
6        THE DEFENDANT:  I did, Your Honor.
7        THE COURT:  Are you satisfied with the advice
8    and counsel you received regarding the plea agreement.
9        THE DEFENDANT:  I am, Your Honor.
10       THE COURT:  All right.  Let's have a side-bar up
11   here.
12           (Sealed Attachment A side-bar discussion under
13   separate cover.)
14           (End of sealed Attachment A discussion.)
15       THE COURT:  All right.  Let's go back on the
16   unsealed portion of the record.
17       So I'm now going to ask the prosecutor to read
18   the essential terms of the plea agreement.  Sir, I'll ask
19   you to listen carefully to what he says because when he's
20   finished, I'm going to ask you if the agreement as recited
21   by him reflects the deal that you believe you reached with
22   the government.
23       Mr. Wise.
24       MR. WISE:  Thank you, Your Honor.
25       Paragraph 1 provides that the Defendant waives

23

1    any challenge to the information based on venue and agrees
2    to plead guilty in the United States District Court for the
3    District of Delaware to Counts I and II of the information
4    which charge him with willful failure to pay tax in
5    violation of Title 26 United States Code Section 7203.
6        Paragraph 2 describes how the Defendant
7    understands that the maximum penalties for each of Counts I
8    and II are as Your Honor previously indicated, twelve months
9    of imprisonment, a $100,000 fine or twice the gross gain or
10   loss from the offense, whichever is greater, one year of
11   supervised release, restitution and a $25 special assessment
12   per count and the cost of prosecution which the parties
13   stipulate is zero.
14       Paragraph 3 describes the essential elements
15   that the government would have to prove if the case went to
16   trial and those are one, that the Defendant had a duty to
17   pay tax.  Two, that the tax was not paid at the time
18   required by law.  And three, that the failure to pay was
19   willful.  The Defendant knowingly and voluntarily and
20   intelligently admits his guilt to each of these elements and
21   further admits to the information contained in the statement
22   of facts which is attached to the memorandum as Exhibit 1.
23       Paragraph 4 provides that the Defendant is
24   pleading guilty to Counts I and II because he is in fact
25   guilty.

24

1        Paragraph 5 contains certain stipulations under
2    the sentencing guidelines.  Paragraph 5A provides that the
3    amount of loss as to Counts I and II, so a combined loss is
4    no less than $1,199,524 and no greater than $1,593,329.
5        Subparagraph B provides that the conduct set
6    forth in the statement of facts which is Attachment A to the
7    Diversion Agreement filed, which will be filed today does
8    not constitute relevant conduct pursuant to United States
9    Sentencing Guideline 1(b)(1.3).  Paragraph C provides that
10   provided that the United States does not subsequently learn
11   of conduct by the Defendant inconsistent with the acceptance
12   of responsibility, that it will not oppose a two level
13   decrease pursuant to U.S. Sentencing Guideline 3(e)(1.1)(a)
14   for acceptance.  And further, that should it be determined
15   that the Defendant's offense level is 16 or greater prior to
16   the application of the two level reduction for acceptance
17   that the United States will move to reduce the sentence, the
18   guideline by one additional level pursuant to U.S.
19   Sentencing Guideline 3(e)(1.1)(b) for a total reconduction
20   of three levels.
21       It is understood and agreed by the parties that
22   these stipulations are not binding upon either the probation
23   office or the Court.
24       Second, that the Court may make factual and
25   legal determinations that differ from these stipulations

25

1 that may result in an increase or decrease in the sentencing
2 guideline range and the sentence that may be imposed.
3           Paragraph 6 provides that for reasons to be
4 articulated at or near the time of sentencing, the United
5 States will recommend a sentence of probation.
6           Paragraph 7 provides that the United States
7 retains the right to defend the rulings of the District
8 Court in any subsequent proceeding.
9           Paragraph 8 outlines at length the sentencing
10 procedure which I believe the Court will review with the
11 Defendant in more detail.
12           Paragraph 9 contains a broad appellant waiver
13 which I also understand the Court will review with the
14 Defendant in greater detail.
15           Paragraph 10 provides that the Defendant agrees
16 to pay a $50 special assessment at the day of sentencing.
17           Paragraph 11 provides that the memorandum
18 expressly incorporates Attachment A which is attached and
19 filed under seal and that the government as Your Honor has
20 said routinely files such an attachment even though it may
21 or may not continue additional terms. To the extent it
22 does, however, the parties acknowledge and agree to be bound
23 by it.
24           Paragraph 12 addresses restitution under the
25 Mandatory Victim Restitution Act. And the Defendant agrees

26

1 to the entry of the restitution order for the full amount of
2 the victims loses attributable to his activities as ordered
3 by the Court which is expected to be zero because the self
4 assessed tax due at the time of filing and associated
5 interest and penalties have been paid to the Internal
6 Revenue Service by a third party on behalf of the Defendant.
7 However, the Defendant understands that an unanticipated
8 amount of a restitution order will not serve as grounds to
9 withdraw his guilty plea. The parties further understand
10 that should the Internal Revenue Service determine there are
11 additional taxes and owing for the tax years 2014
12 through 2019, they are not subject to the terms of this
13 agreement and for the purposes of this memorandum the sole
14 victim of Counts I and II is the United States Treasury.
15           And finally paragraph 13 provides that it is
16 further agreed by the parties that the memorandum and
17 Exhibit A together with the sealed attachment supersedes all
18 prior promises, representations and statements of the
19 parties, that the memorandum may be modified only in writing
20 signed by all the parties and that any and all promises,
21 representations, and statements made prior to or after this
22 memorandum are null and void and have no affect whatsoever
23 unless they comport with the subsequent written
24 modifications and provisions of this paragraph.
25           THE COURT: Thank you. I did have a couple of

27

1 initial questions.
2           Paragraph 5A says that the amount of losses no
3 less than 1,100 -- well, actually before we ask that,
4 because I'm going to ask how it relates to the facts, why
5 don't you go through Exhibit 1 you referenced, why don't you
6 put Exhibit 1 on the record.
7           MR. WISE: Yes, Your Honor.
8           At all times relevant to the instant
9 Information, the Defendant, Robert Hunter Biden, hereafter
10 Biden, was an attorney and businessman with lucrative
11 domestic and international business interests. From 2017 to
12 2019, he served on the board of a Ukrainian energy company
13 and a Chinese private equity fund. He further negotiated
14 and executed contracts for business and legal services that
15 paid millions of dollars of compensation to him and/or his
16 domestic corporations, Owasco, PC and Owasco, LLC. Through
17 at least early 2017, he also was employed by a prestigious
18 multi-national law firm in an "of counsel" capacity. For
19 this work, he earned substantial income, totaling more than
20 $2.3 million in 2017 and $2.1 million in 2018.
21           Biden also has a well-documented and
22 long-standing struggle with substance abuse. Following the
23 death of his brother in 2015, Biden relapsed and over time
24 progressed from alcohol to abusing illegal drugs, including
25 crack cocaine in 2016. This contributed to the collapse of

28

1 his marriage, with his divorce finalized in March 2017, as
2 well as the collapse of his most significant professional
3 relationship in Fall 2017. Nonetheless, in 2017, despite
4 his addiction, Biden successfully entered into business
5 ventures and landed legal clients, earning millions of
6 dollars. By his own telling in a memoir published in 2021,
7 Biden's substance abuse worsened in 2018, a year that
8 included a move to Los Angeles and what he has described as
9 a "spring and summer of nonstop debauchery." Even during
10 this period, however, Biden continued to earn money and
11 exercise control over his personal and corporate finances.
12           Federal income tax returns and payments are due
13 on or about April 15th of each year for the prior calendar
14 year. Biden, like many other taxpayers, routinely requested
15 an automatic extension to file his returns, pushing the due
16 date for a tax return to on or about October 15th. An
17 extension of time to file a return, however, does not extend
18 the deadline for payment of taxes, which remain due on the
19 April filing date.
20           During calendar year 2017, Biden earned
21 substantial income, including: just under $1 million from a
22 company he formed with the CEO of a Chinese business
23 conglomerate; $666,666 from his domestic business interests;
24 approximately $664,000 from a Chinese infrastructure
25 investment company; $500,000 in director's fees from a

29

1 Ukrainian energy company; $70,000 relating to a Romanian
2 business; and $48,000 from the multi-national law firm.
3          Throughout tax year 2017, Biden worked with a DC
4 and Maryland based accountant to prepare his individual and
5 corporate tax returns.  In 2018, this accountant (who died
6 in 2019) prepared Biden's 2017 corporate and individual
7 income tax returns and throughout the fall repeatedly
8 attempted to provide them to Biden for review and signature.
9 These efforts included directly contacting Biden, reaching
10 out to his administrative assistant, and sending copies to
11 his former business partner.  The former business partner
12 reviewed the returns and sent several emails to Biden in
13 which he commented on their substance and reminded Biden of
14 his filing obligations.  The former business partner left
15 the final returns for Biden at Biden's office.  Despite
16 these actions, Biden neither signed nor submitted the
17 individual or corporate income tax returns to the Internal
18 Revenue Service.
19          Not only did the accountant timely prepare
20 Biden's individual and corporate tax returns, the accountant
21 repeatedly encouraged Biden to timely pay the taxes
22 associated with the 2017 tax returns.  Beginning in
23 April 2018 and continuing into October 2018, the accountant
24 advised Biden to make his tax payments, noting approximately
25 $600,000 owed by Biden personally and an additional $204,000

30

1 owed by Owasco, PC.  Biden told the accountant he could pay
2 $25,000 in April 2018 towards his taxes, but no such payment
3 was made to the Internal Revenue Service.  His large tax
4 liability stemmed in part from the fact that over the course
5 of 2017, Biden began withdrawing substantial funds outside
6 of Owasco, PC's established payroll system, which had been
7 created, in part, to ensure that Biden had sufficient
8 withholdings to timely pay any outstanding tax liability.
9 The end of year liability should not have come as a
10 surprise.  At the time of those withdrawals, Biden's
11 business partner advised him that these transfers, made
12 without withholding, would result in a significant tax
13 liability at year end.
14          Despite his large outstanding tax liability and
15 profligate spending, on or about April 17, 2018, the due
16 date for 2017 tax payments, Biden did, in fact, have the
17 funds available to pay his outstanding 2017 tax liability
18 for both his personal and corporate returns.  On or about
19 March 22, 2018, Biden received a $1 million payment into his
20 Owasco, LLC bank account as payment for legal fees for
21 Patrick Ho, and $939,000 remained available as of tax day.
22 Over the next six months Biden would spend almost the
23 entirety of this balance on personal expenses, including
24 large cash withdrawals, transfers to his personal account,
25 travel, and entertainment.

31

1          Biden continued to earn handsomely and spend
2 wildly in 2018.  He received a little over $2.6 million in
3 business and consulting fees from the company he formed with
4 the CEO of a Chinese business conglomerate and the Ukrainian
5 energy company.  However, without the structure of a stable
6 business partner and still in the throes of addiction, Biden
7 essentially ignored his tax obligations, withholding only
8 approximately $38,465, less than six percent of the taxes
9 owed.  Tax returns and filings for tax year 2018 were due on
10 April 15th, 2019.  On that date, Biden traded emails with
11 his DC accountant and his attorney about seeking an
12 extension.  The accountant advised Biden of his obligation
13 to make a tax payment on that date, irrespective of the
14 extension to file a return.  Ultimately, the extension was
15 filed, making the return due on October 15, 2019.  Biden,
16 however, paid nothing.  As with tax year 2017, at the time
17 his 2018 tax payment was due, Biden continued to have
18 substantial income and the ability to pay his tax liability,
19 having received payments totaling approximately $758,000
20 during March and April 2019.  By late May, Biden had spent
21 almost the entire sum on personal expenses, including large
22 cash withdrawals, payments to or on behalf of his children,
23 credit card balances, and car payments for his Porsche.
24          After numerous programs and trips to rehab,
25 Biden got sober in May 2019, the same month he married his

32

1 current wife.  He has remained sober since.  Biden remained
2 in California and spent much of 2019 painting and developing
3 plans for his memoir, which he began working on through the
4 fall and into the winter.  During summer 2019, he was sued
5 in two different domestic-relations lawsuits, both seeking
6 payment of support obligations.  He still did not, however,
7 make preparations to file or actually file either his 2018
8 individual or corporate income tax returns on or about
9 October 15, 2019, the extension due date.
10          In or around November 2019, Biden engaged a
11 California accountant to prepare his individual and
12 corporate income tax returns for 2017 and 2018.  The
13 California accountant began gathering materials and started
14 preparing Biden's 2017 and 2018 returns in early 2020.  By
15 that time, the domestic relations lawsuits had progressed,
16 and having failed to do so previously, Biden was under court
17 order to provide his tax returns or face potential sanctions
18 including imprisonment.  On or about January 27, 2020, Biden
19 signed a representation letter for the California
20 accountants, averring that he was providing the accountants
21 with truthful and accurate information and acknowledging his
22 responsibility for the accuracy of those tax returns.  Over
23 the days that followed, Biden participated in a series of
24 meetings with the California accountants and identified
25 business and personal expenses in connection with his tax

33

1   returns.  During this process, Biden miscategorized certain
2   personal expenses as legitimate business expenses, resulting
3   in a reduction in his tax liability.  At the same time, the
4   California accountants overreported Biden's income, which
5   partially offset this reduction.
6           Or on about February 18th, 2020, Biden filed his
7   individual and corporate income tax returns with the
8   Internal Revenue Service for tax years 2017 and 2018.  On
9   his 2017 Form 1040, Biden reported $2,376,436 in total
10  income and a self-assessed tax due of $710,598, of which
11  $125,909 was timely paid, leaving a balance due and owing of
12  $581,713.  On his 2017 Form 1120 for Owasco, PC, Biden
13  reported gross receipts of $2,698,041 and a self-assessed
14  tax due and owing of $13,630.  On his 2018 Form 1040, Biden
15  reported $2,187,286 in total income and a self-assessed tax
16  of $659,366, of which $38,465 was timely paid, leaving a
17  balance due and owing of $620,901.  No additional payments
18  were included at the time of filing.  On his 2018 Form 1120
19  for Owasco, PC, Biden reported gross receipts of $2,659,014
20  and a self-assessed tax due and owing of $4,247.
21          Approximately a year-and-a-half later, on or
22  about October 18th, 2021, a third party paid the Internal
23  Revenue Service $955,800 to cover Biden's self-assessed
24  individual tax liability with interest and penalties for tax
25  year 2017 and $956,632 to cover Biden's self-assessed

34

1   individual tax liability with interest and penalties for tax
2   year 2018.
3           In addition, in or around February of 2020,
4   Biden's California accountants discovered that Biden's 2016
5   Form 1040 had not been filed.  The return was originally
6   prepared in or around October 2017 and showed $15,520 in
7   taxes due and owing.  Though it was delivered to Biden at
8   Biden's office, this return was not filed with the Internal
9   Revenue Service.  After learning in 2020 that the Form 1040
10  for 2016 remained unfiled, Biden filed a Form 1040 on
11  June 12, 2020.  For tax year 2016, Biden reported $1,580,283
12  in total income and self-assessed tax due of $492,895, of
13  which $447,234 was timely paid, leaving a balance due and
14  owing of $45,661.  Biden did not include a payment with this
15  return.  On or about October 18, 2021, this liability, plus
16  accrued interest and penalties, was also fully paid by a
17  third party.
18          Finally, after seeking an extension, Biden
19  timely filed his 2019 Form 1040 on or about October 15th,
20  2020.  He did not, however, pay his estimated tax due when
21  filing for an extension as required by law.  For tax year
22  2019, Biden reported $1,045,850 in total income and a
23  self-assessed tax due and owing of $197,372.  On October 18,
24  2021, this liability, plus accrued interest and penalties,
25  was also fully paid by the same third party.

35

1           THE COURT:  All right.  Thank you.  Now I did
2   have a few questions.
3           Paragraph 5A says that the amount of loss as to
4   Counts I and II including the relevant conduct as defined in
5   sentencing guideline is no less than $1,199,524, and no
6   greater than $1,593,329.  Is that the combined loss or the
7   loss for each count?
8           MR. WISE:  Combined loss, Your Honor.
9           THE COURT:  All right.  In Exhibit 1, there are
10  references to taxes paid by a third party on Mr. Biden's
11  behalf of $955,800, and $956,632, as well as $492,000 in
12  2016 and $197,000 for 2019.  Just looking at 2017 and 2018
13  which are the subject of this case, those numbers add up to
14  more than $1.9 million.  Can you help me square that with
15  the relevant conduct.
16          MR. WISE:  So the amount that was paid by the
17  third party includes significant penalties and interests
18  which we have not included in the loss stipulation that's in
19  paragraph 5A.  The paragraph 5A is the taxes and there is a
20  dispute as to what the taxes were based on the business
21  deductions and that's something that the parties will
22  address in their sentencing memorandum, but this number is
23  loss without inclusion of the penalties and interest.
24          THE COURT:  Is that standard?
25          MR. WISE:  Yes, Your Honor.

36

1           THE COURT:  Did you want to say something?
2           MR. CLARK:  I was going to say it's a relevant
3   guideline, Your Honor, for a failure to pay case omits
4   penalties and interests from the calculation of the tax
5   table loss.  And there is a dispute about where in the range
6   it goes, but the explanation, penalties and interest are not
7   properly included under this guideline for this offense.
8           THE COURT:  And if it were tax evasion, would
9   those be included?
10          MR. CLARK:  It's my understanding that they
11  would be, Your Honor.
12          MR. WISE:  Yes, Your Honor.
13          THE COURT:  Okay.  Paragraph 5b refers to the
14  Diversion Agreement.  That's the Diversion Agreement
15  contemplated in the Criminal Action 23-61, the felony gun
16  charge?
17          MR. WISE:  Yes, Your Honor.
18          THE COURT:  All right.  Paragraph 12 refers to
19  restitution, and says the self-assessed tax due at the time
20  of filing and the associated interest and patents have been
21  paid to the Internal Revenue Service by a third party on
22  behalf of the Defendant.  What does self-assessed mean?
23          MR. WISE:  It means the amount when the returns
24  were prepared that, the return prepared determine what was
25  owed based on the income that was reported and deductions

37

1   and credit.

2        MR. CLARK:  I think, Your Honor, based on that

3   and all this process, these numbers are based on payout

4   numbers that were obtained from the IRS.  Self assessment is

5   a process by which a return filer writes a return, says this

6   is how much tax I owe.  There was a lot of process here

7   between the IRS and these returns and at the end of the day

8   a payout number was obtained by the IRS and that number was

9   paid.

10       THE COURT:  So this isn't -- that's what I'm

11   trying to figure out, is there someone still looking into

12   that to see if the self-assessed number is accurate, or do

13   you know that it's zero?

14       MR. WISE:  So the self-assessed number again is

15   the amount on the return plus the interest and penalties

16   that were derived through the payoff.  As the statement of

17   facts addresses, there is a dispute as to what was

18   self-assessed or what the self-assessed number would be for

19   tax year 2018 and that will be addressed in the sentencing

20   memoranda.

21       MR. CLARK:  To be clear, the dispute is we think

22   it's lower.  As the statement of facts recites, there was

23   actually an overstatement of Mr. Biden's income that year.

24   I mean, my understanding is all of the monies that the IRS

25   takes a position Mr. Biden owes as a result of every tax

38

1   year being discussed have been paid based on their

2   calculation, if that answers Your Honor's question.

3        MR. WISE:  So our position, Your Honor, is there

4   are additional -- there are deductions that were taken that

5   were improper and so that's why for the loss purposes,

6   putting aside what the payoff number was in our sentencing

7   memorandum, we will address those.  The IRS in arriving at

8   the payoff number didn't --

9        THE COURT:  Well, I'm just asking because you

10   said it's expected to be zero, why is it expected to be zero

11   if you're telling me that the numbers might be wrong?

12       MR. WISE:  Because that is the payoff amount

13   that the IRS gave to the Defendant which is sort of a

14   process that produces that that is separate from the

15   criminal investigation and essentially divorced from it.

16   That's why the agreement doesn't bind the IRS if they then

17   make a decision essentially for additional restitution that

18   could occur.

19       THE COURT:  Why do you say it's expected to be

20   zero?

21       MR. WISE:  Because as of the payoff number that

22   was given, there is no at this moment restitution owed to

23   the IRS.

24       THE COURT:  All right.  So those are my initial

25   questions.  I may have some more as we go through this, but

39

1   that's what I had at this moment.

2        Mr. Biden, does the written agreement as

3   summarized by Mr. Wise accurately reflect the agreement you

4   have reached with the government?

5        THE DEFENDANT:  Yes, Your Honor.

6        THE COURT:  Has anyone threatened you or forced

7   you into entering this written agreement?

8        THE DEFENDANT:  No, Your Honor.

9        THE COURT:  Has anyone made you any promises

10   that are not contained in the written agreement?

11       MR. CLARK:  Your Honor, with the exception of

12   the Diversion Agreement --

13       THE COURT:  We're not making an exception.  I

14   want to know, has anyone made you any promises that are not

15   contained in the written Memorandum of Plea Agreement?

16       MR. CLARK:  Yes, there are promises from the

17   government in the Diversion Agreement, Your Honor.

18       THE COURT:  And sir, are you relying on the

19   promises made in the Diversion Agreement in connection with

20   your agreement to plead guilty?

21       THE DEFENDANT:  Yes, Your Honor.

22       THE COURT:  And if the Diversion Agreement were

23   not valid or unenforceable for any reason, would you enter

24   into the Memorandum of Plea Agreement?

25       THE DEFENDANT:  No, Your Honor.

40

1        THE COURT:  All right.  So we're going to

2   discuss that agreement in a bit, but for now let me say --

3   by the way, I didn't get a copy of paragraph 15 of the

4   agreement, but the parties provided me with a copy of that

5   agreement prior to this hearing, so that's what I'm going to

6   quote from at the moment.

7        Paragraph 15 of the Diversion Agreement states

8   the United States agrees not to criminally prosecute Biden

9   outside of the terms of this agreement for any federal

10   crimes encompassed by the attached statement of facts,

11   Attachment A to the Diversion Agreement, and the statement

12   of facts attached as Exhibit 1 to the Memorandum of Plea

13   Agreement filed this same day.  This agreement does not

14   provide any protection against prosecution for any future

15   conduct by Biden or by any of his affiliated businesses.

16       And just so we're clear, I think you already

17   answered this, sir, but are you relying on that promise in

18   connection with your agreement to accept the Memorandum of

19   Plea Agreement and plead guilty?

20       THE DEFENDANT:  Yes, Your Honor.

21       THE COURT:  If that provision were not valid or

22   not enforceable, would you accept the Memorandum of Plea

23   Agreement?

24       THE DEFENDANT:  No, Your Honor.

25       THE COURT:  If you had no immunity from the

41

1  government, perhaps even a different prosecutor and the
2  government could bring a felony tax evasion charge or drug
3  charges against you, would you still enter the plea
4  agreement and plead guilty to these tax charges?
5      THE DEFENDANT:  No, Your Honor.
6      THE COURT:  All right.  So I need some help here
7  because you all told me this was a plea under Rule
8  11(c)(1)(B) and not (c)(1)(A), but yet I have this provision
9  that I would think is normally in a plea agreement.  So tell
10 me, how do these agreements relate?  Are they part of a
11 package deal?
12     MR. WISE:  So, Your Honor, the United State's
13 position is that the agreements stand alone by their own
14 terms and both agreements include their last paragraph that
15 says that with this one caveat --
16     THE COURT:  This is a big caveat, though, if
17 you're telling me Rule 11(c)(1)(B) doesn't give me any
18 authority to look at this, (c)(1)(A) refers to, you know,
19 having an agreement not to prosecute.  That's why I'm
20 looking at this.  I'm not saying that you're wrong, but I
21 need to understand this.
22     MR. WISE:  Sure.  So Your Honor, again, our view
23 is the plea agreement stands alone.  There is no charge
24 bargaining in the plea agreement, period.  And that's what
25 they have agreed to.  The Diversion Agreement --

42

1      THE COURT:  But he would not agree, just so I
2  understand, sir, you would not agree to that plea agreement
3  if you didn't get some immunity from other charges, is that
4  right?
5      MR. CLARK:  Speaking for my client, that's
6  correct, Your Honor.
7      THE COURT:  I didn't mean that to be a
8  rhetorical question.  So you're trying to tell me that
9  that's separate, but I think -- and I understand why he's
10 saying no, I wouldn't -- that isn't separate to me, I need
11 them both.
12     MR. WISE:  That's the intention with the
13 agreement he signed.
14     THE COURT:  So the intention of the agreement he
15 signed was that it would be completely separate and if that
16 Diversion Agreement were not valid or unenforceable and he
17 were on the hook for other charges that he would still be
18 pleading guilty?
19     MR. WISE:  That's right, because that's what the
20 final paragraph of the plea agreement says he's agreeing to,
21 that the plea agreement stands on its own without any
22 additional promises outside the four corners of that
23 agreement.
24     THE COURT:  Do you guys need to talk about this
25 for a few minutes?

43

1      MR. CLARK:  Yes.
2      THE COURT:  How about I give you guys an
3  opportunity so we can make sure we're on the same page
4  because part of my charge here is to make sure that the
5  Defendant knows what he's pleading to.
6      MR. CLARK:  We appreciate it, Your Honor.
7      COURT CLERK:  All rise.
8      (A brief recess was taken.)
9      THE COURT:  All right.  Please be seated.  Where
10 are we?
11     MR. CLARK:  Your Honor, I want to apologize for
12 maybe my unartful phrasing for some of the issues that came
13 up a minute ago.  Perhaps I can explain the Defendant's
14 position and that may clarify things.  There are two
15 agreements in this case.  They are both very important to
16 the Defendant.  One is a plea agreement that the Court has
17 before it and my client is ready to enter a plea to that
18 plea agreement without contingency, without reservation, and
19 without connection.  There is another agreement which is a
20 Diversion Agreement which --
21     THE COURT:  Right.  So let me just ask you, if
22 that Diversion Agreement were not valid or were
23 unenforceable for some reason, would he enter this plea?
24     MR. CLARK:  He is ready to live by the terms of
25 that agreement --

44

1      THE COURT:  If that Diversion Agreement did not
2  exist, he would be willing to live by the terms of the plea
3  and plead guilty?  I have concerns about that Diversion
4  Agreement so I'm asking you, if it were not valid, if it
5  were unenforceable, would he plead to the memorandum of
6  plea?
7      MR. CLARK:  Based on our understanding of the
8  Diversion Agreement, which is a bilateral agreement between
9  the Defendant and the government which the government has
10 reaffirmed to me it will stand by, then yeah, he would enter
11 the plea.
12     THE COURT:  So you're not answering my question.
13 You're saying well, we think it's valid and enforceable.
14 I'm asking you, if it were not, go with me here, if that
15 agreement were not valid and enforceable, if that agreement
16 did not exist and he could not rely on it, would he enter
17 the memoranda of plea?
18     MR. CLARK:  You're asking for a hypothetical
19 from me, Your Honor.
20     THE COURT:  Yes, I'm asking that because --
21     MR. CLARK:  Yes, my client would resolve this
22 case on these terms in the hypothetical situation that exist
23 without that Diversion Agreement.  I want to be clear that
24 it is the parties' position that there is a Diversion
25 Agreement between the parties which is binding.  But take

45

1  that out of today's proceeding and my client is ready to
2  enter a plea under the plea agreement.
3          THE COURT:  All right.  Let me ask you those
4  questions again, Mr. Biden.  If the Diversion Agreement were
5  not valid and enforceable for any reason, would you enter
6  the Memorandum of Plea Agreement?
7          THE DEFENDANT:  Yes, Your Honor.
8          THE COURT:  And are you relying on the promise
9  in the Diversion Agreement not to prosecute you in
10 connection with your agreement to accept the Memorandum of
11 Plea Agreement and plead guilty?
12         THE DEFENDANT:  No, Your Honor.
13         THE COURT:  And so if you had no immunity from
14 the government through that Diversion Agreement and the
15 government could bring felony tax evasion charges or drug
16 charges against you, would you still enter the plea
17 agreement and plead guilty to these tax charges?
18         THE DEFENDANT:  Yes, Your Honor.
19         THE COURT:  All right.  Now, I want to talk a
20 little bit about this agreement not to prosecute.  The
21 agreement not to prosecute includes -- is in the gun case,
22 but it also includes crimes related to the tax case.  So we
23 looked through a bunch of diversion agreements that we have
24 access to and we couldn't find anything that had anything
25 similar to that.

46

1          So let me first ask, do you have any precedent
2  for agreeing not to prosecute crimes that have nothing to do
3  with the case or the charges being diverted?
4          MR. WISE:  I'm not aware of any, Your Honor.
5          THE COURT:  Do you have any authority that says
6  that that's appropriate and that the probation officer
7  should agree to that as terms, or the chief of probation
8  should agree to that as terms of a Diversion Agreement?
9          MR. WISE:  Your Honor, I believe that this is a
10 bilateral agreement between the parties that the parties
11 view in their best interest.  I don't believe that the role
12 of probation would include weighing whether the benefit of
13 the bargain is valid or not from the perspective of the
14 United States or the Defendant.
15         THE COURT:  So have you ever seen -- I think I
16 just asked you this, but have you ever seen a Diversion
17 Agreement where the agreement not to prosecute is so broad
18 that it encompasses crimes in a different case?
19         MR. WISE:  No.  And I would say, Your Honor, I
20 don't think it is broad in the sense that --
21         THE COURT:  We're going to talk about that.  You
22 can sit down.
23         All right.  Now, is an agreement not to bring
24 charges or an agreement to drop charges typically something
25 that is included in a Memorandum of Plea Agreement?

47

1          MR. WISE:  It can be.
2          THE COURT:  And if it were included in the
3  Memorandum of Plea Agreement, would that make this plea
4  agreement one pursuant to Rule 11(c)(1)(A)?
5          MR. WALLACE:  It would.
6          THE COURT:  In your view, that would change the
7  analysis of what I needed to do in evaluating whether to
8  accept this plea or not, right?
9          MR. WISE:  It would.
10         THE COURT:  And so let's just understand this.
11 If it were that, then my role would be to accept or reject
12 the plea, right?
13         MR. WISE:  It would.
14         THE COURT:  What happens if I accept the plea,
15 we go forward to sentencing?
16         MR. WISE:  Yes.
17         THE COURT:  And what happens if I reject the
18 plea?
19         MR. WISE:  Then we -- this is one of the issues
20 with charge bargaining.
21         THE COURT:  Because there is a waiver of venue.
22         MR. WISE:  Well, there is a waiver of venue, but
23 also, and this has been addressed by some courts outside of
24 this circuit, because of the separation of powers, if the
25 Court were to reject a (c)(1)(A) on its view that the

48

1  charges should be different --
2          THE COURT:  Well, what if I were to reject the
3  (c)(1)(A) plea on the grounds that it includes an agreement
4  not to prosecute, that as we're going to talk about in a few
5  minutes, I don't really understand the scope of.
6          MR. WISE:  So --
7          THE COURT:  I mean, forget all the
8  investigation, what charges were brought, I think that the
9  parties have made clear that we live in a system of
10 separation of powers, those powers are given to the
11 Executive Branch.  Right?
12         MR. WISE:  Right.
13         THE COURT:  So I don't mean to violate the
14 separation of powers or do anything unconstitutional.  I'm
15 trying to figure out what my role is and what the
16 appropriate rule is that applies to this.
17         MR. WISE:  Right.
18         THE COURT:  Okay.  And so I am trying to
19 understand if I were to reject the plea, I'm not saying I am
20 going to, I have not -- for anyone in the back, I have not
21 made that determination, but if I were to reject the plea,
22 just tell me what happens.
23         MR. WISE:  So then we have two charges against
24 the Defendant and they're misdemeanors, so he doesn't need
25 to be indicted and we go forward and there is a trial on

49

1  those charges, and there is a possibility that there could
2  be additional charges brought.
3          THE COURT:  Related to the tax issues?
4          MR. WISE:  Yes.
5          THE COURT:  Do you agree with that, Mr. Clark,
6  what would happen?  Again, I want to make sure I'm not
7  saying that's my decision.
8          MR. CLARK:  I understand, Your Honor.  I don't
9  necessarily disagree.  I'm not aware of any additional
10  charges that could validly be brought with regard to the tax
11  charges.  Again, without getting into the whole
12  investigation, but I do think there is some context that's
13  important here.  The U.S. Attorney's Office and me spent
14  five years in meeting after meeting, hours, ten hour long
15  meetings going through my client's taxes on a line-by-line
16  basis, and this is the disposition the parties came to after
17  a five-year investigation that was pursued with unbelievable
18  diligence and doggedness.  And so first of all, I don't
19  think there are any other charges to be brought.  I think,
20  you know, we thought that just like in any compromise
21  situation, we had valid arguments with regard to these
22  charges, but my client undertook to plead guilty to them
23  because it was the right disposition for all the parties
24  after extensive negotiation, and so yeah, I think we would
25  have two filed informations and the Court and the parties

50

1  would figure out how to proceed on those informations and
2  that would be the rest of the process.
3          THE COURT:  All right.  So you said there might
4  be additional charges.  Are you at liberty to tell us what
5  you're thinking those might be or is that just a
6  hypothetical that there might be?
7          MR. WISE:  It was a hypothetical response to
8  your question.
9          THE COURT:  Is there an ongoing investigation
10  here?
11          MR. WISE:  There is.
12          THE COURT:  May I ask then why if there is we're
13  doing this piecemeal?
14          MR. WISE:  Your Honor may ask, but I'm not in a
15  position where I can say.
16          THE COURT:  Okay.  So you can sit down.
17          I think what I'm concerned about here is that
18  you seem to be asking for the inclusion of the Court in this
19  agreement, yet you're telling me that I don't have any role
20  in it, and you're leaving provisions of the plea agreement
21  out and putting them into an agreement that you are not
22  asking me to sign off on.  So I need you to help me
23  understand why this isn't in the written plea agreement.
24          MR. CLARK:  If I may, Your Honor.  I mean, the
25  original conception here was something like a deferred

51

1  prosecution, non-prosecution agreement, which generally the
2  Court doesn't necessarily weigh in on.  I don't think it was
3  the -- we are not asking the Court to rule in any way on the
4  Diversion Agreement.  The diversion as far as I understand
5  it has been approved by probation, there is a -- you've
6  arraigned the Defendant on the instrument and I believe that
7  process will go forward.
8          THE COURT:  We have to talk about the Diversion
9  Agreement because you have included me into the Diversion
10  Agreement, so we are going to talk about that.  But I am
11  just still, you know, normally -- so we have two agreements,
12  we have a plea agreement where you're saying Judge, we're
13  all here in front of you for him to plead.  You're saying I
14  don't even get to accept it, I guess I'm supposed to rubber
15  stamp it under Rule (c)(1)(B).  But then it would be a plea
16  under Rule (c)(1)(A) if the provision that you have put in
17  the Diversion Agreement which you do not have anyplace for
18  me to sign and it is not in my purview under the statute to
19  sign, you put that provision over there.  So I am concerned
20  that you're taking provisions out of the agreement, of a
21  plea agreement that would normally be in there.  So can you
22  -- I don't really understand why that is.
23          MR. WISE:  So the bargain that was reached by
24  the parties was the Plea Agreement that is in front of Your
25  Honor, which is a (c)(1)(B) as I mentioned, where there is

52

1  only a recommended sentence, that is -- that is the Plea
2  Agreement --
3          THE COURT:  Well, it's not, because you do
4  reference -- you reference the Diversion Agreement in the
5  Plea Agreement.
6          MR. WISE:  Not in the Plea Agreement.
7          THE COURT:  You do.  I asked you if paragraph 5B
8  referred to the Diversion Agreement and you said yes.
9          MR. WISE:  Only insofar as it's not relevant
10  conduct.
11          THE COURT:  You reference it in the Plea
12  Agreement, right?
13          MR. WISE:  But it doesn't incorporate it.
14          THE COURT:  And in the Diversion Agreement, you
15  reference the Memorandum of Plea Agreement, right?
16          MR. WISE:  Only part of it.
17          THE COURT:  And you say that the -- in the
18  Diversion Agreement when you say there is not going to be
19  any prosecution, you say that's not just prosecution on the
20  gun charge which is the subject of the Diversion Agreement,
21  you say also no prosecution with respect to anything in the
22  statement of facts attached to the memorandum of plea,
23  right.
24          MR. WISE:  Yes.
25          THE COURT:  All right.  Okay.  So I don't really

53

1  understand, though, why that's not part of the Plea
2  Agreement.
3          MR. WISE:  Because by the terms of the Plea
4  Agreement, the only function, the Diversion Agreement --
5  well, it has no function but the parties negotiated that
6  their view, and it's their view, probation can take a
7  different view, Your Honor can take a different view, their
8  view is the firearms offense should not be considered
9  relevant conduct for calculating the guidelines related to
10 the tax offense, that is all that 5(b) says.  It does not
11 incorporate the paragraph 15 or any part of the Diversion
12 Agreement, it simply says our view is the Diversion
13 Agreement, the firearm offense should not be considered
14 relevant conduct in calculating the guidelines.
15         I think practically how this would work, Your
16 Honor, is if Your Honor takes the plea and signs the
17 Diversion Agreement which is what puts it into force as of
18 today, and at some point in the future we were to bring
19 charges that the Defendant thought were encompassed by the
20 factual statement in the Diversion Agreement or the factual
21 statement in the Plea Agreement, they could move to dismiss
22 those charges on the grounds that we had contractually
23 agreed not to bring charges encompassed within the factual
24 statement of the Diversion Agreement or the factual
25 statement of the tax charges.

54

1          MR. CLARK:  That's my understanding, Your Honor,
2  we would be enforcing a contract with the Department of
3  Justice.
4          THE COURT:  I don't understand how you have an
5  agreement not to pursue other charges in the case, the
6  misdemeanor case, and you say that is not part of his Plea
7  Agreement.
8          MR. WISE:  Because the Plea Agreement does not
9  include that.
10         THE COURT:  All right.  So let's talk a little
11 bit more about this.  To the extent that the agreement --
12 you can sit down.
13         To the extent that the agreement not to
14 prosecute is promised, do the parties have some
15 understanding what the scope of that agreement is?
16         MR. WISE:  Yes, Your Honor.
17         THE COURT:  No, tell me, like specifically what
18 does it include.  You said that there is an investigation, I
19 don't know what that is, but you must know that if there are
20 particular charges that could be brought based on the facts
21 that are there.
22         MR. WISE:  So I can tell you what I think we
23 can't charge.  I can't tell you what the ongoing
24 investigation is.  So, for instance, I think based on the
25 terms of the agreement, we cannot bring tax evasion charges

55

1  for the years described in the factual statement to the Plea
2  Agreement.  And I think we cannot bring for the firearms
3  charges based on the firearm identified in the factual
4  statement to the Diversion Agreement.
5          THE COURT:  All right.  So there are references
6  to foreign companies, for example, in the facts section.
7  Could the government bring a charge under the Foreign Agents
8  Registration Act?
9          MR. WISE:  Yes.
10         THE COURT:  I'm trying to figure out if there is
11 a meeting of the minds here and I'm not sure that this
12 provision isn't part of the Plea Agreement and so that's why
13 I'm asking.
14         MR. CLARK:  Your Honor, the Plea Agreement --
15         THE COURT:  I need you to answer my question if
16 you can.  Is there a meeting of the minds on that one?
17         MR. CLARK:  As stated by the government just
18 now, I don't agree with what the government said.
19         THE COURT:  So I mean, these are contracts.  To
20 be enforceable, there has to be a meeting of the minds.  So
21 what do we do now?
22         MR. WISE:  Then there is no deal.
23         THE COURT:  All right.  I guess then the
24 question is where does that leave us?  So what do we need to
25 do?  Do you guys need some time to talk?  Do you need me to

56

1  set a date -- do we need to talk about a preliminary hearing
2  since we didn't really need to do one with the agreement?
3          MR. CLARK:  We'll waive the preliminary hearing.
4  As far as I'm concerned, the Plea Agreement is null and
5  void.  You know, we'll have -- we are going to have to
6  discuss things with the government.
7          THE COURT:  All right.  So I think we're on the
8  clock now.  So what should we do?  Do you want me to set a
9  date for pretrial motions?  Do you want to exclude a little
10 bit of time so that you have some time to talk?  What do you
11 want to do?
12         MR. CLARK:  I think we would need thirty days
13 after the trial clock to figure out what's going on.
14         THE COURT:  All right.  I agree.  I know that
15 this has come as a little bit of a curve ball, but I think
16 that having you guys talk some more makes sense, and we will
17 exclude the time up through -- so the thirty days takes us
18 to the Friday before Labor Day.  Do you want that or do you
19 want the following week?
20         MR. CLARK:  I think that's fine, Your Honor.
21         THE COURT:  So we'll exclude up through
22 September 1st, you guys can get me a status report then.  I
23 think it does make sense in the interest of justice to do
24 so.  We'll get a status report and then we'll figure out
25 where we are.

57

1       MR. CLARK:  Your Honor, can we ask you to take
2  ten minutes and see whether we can somehow make any headway
3  on this?
4       THE COURT:  Okay.
5       MR. CLARK:  Thank you, Your Honor.
6       COURT CLERK:  All rise.
7       (A brief recess was taken.)
8       THE COURT:  All right.  Please be seated.  Where
9  are we?
10      MR. CLARK:  Your Honor, we have had some
11  discussion between the parties to try to clarify the
12  understanding and I just want to kind of summarize where we
13  are and if the government's counsel wants to correct me.
14  The parties have taken the position that the Diversion
15  Agreement is a separate agreement from the Plea Agreement.
16  The Diversion Agreement is a bilateral contract between the
17  parties.  Your Honor has asked the parties what their
18  understanding of the paragraph 15 of the Diversion Agreement
19  is.  I think there was some space between us and at this
20  point, we are prepared to agree with the government that the
21  scope of paragraph 15 relates to the specific areas of
22  federal crimes that are discussed in the statement of facts
23  which in general and broadly relate to gun possession, tax
24  issues, and drug use.
25      THE COURT:  So are you going to rewrite that?

58

1       MR. CLARK:  The government says that's what it
2  means and Your Honor asked for what the parties agree.
3       THE COURT:  I'm just looking at the language of
4  that.  So you're comfortable with that's what it means even
5  though the language of that seems substantially broader?
6       MR. CLARK:  Your Honor, I just put on the record
7  what I have --
8       THE COURT:  You didn't just answer yes so that
9  also -- so yes, you are comfortable that that provision
10  means that it only relate and for what period of time?
11      MR. WISE:  It would be the period of time in the
12  statement of fact, both statement of facts.
13      THE COURT:  Help me out with that.
14      MR. WISE:  '14 to '19 for the tax offenses and
15  the drug -- and the admission of drug use in that period and
16  then the firearms is obviously specifically identified in
17  the time period in which that was possessed.
18      THE COURT:  All right.  So the defense agrees
19  that the agreement not to prosecute only includes the time
20  period from 2014 to 2019, it only includes tax charges in
21  that time period, drug charges in that time period, and the
22  particular -- the firearms charges that relate to this
23  particular firearm?
24      MR. CLARK:  Yes, Your Honor.
25      THE COURT:  All right.  So you can be seated.

59

1  Let me just take a look here.  I mean, part of the issue
2  that I'm having is understanding, you know, regardless of
3  whether this is a plea under subsection B or subsection A,
4  it has to be a knowing plea and I'm already faced with the
5  Defendant under oath saying both that he would not enter the
6  Memorandum of Plea Agreement if the Diversion Agreement were
7  not valid, and that he would.  And so I'm a little bit
8  confused about that.  So I think we can work through that.
9  But let's take a look at some of the rest of this.
10      All right.  Sir, other than what we have just
11  discussed, are there any other promises that have been made
12  to you to entice you to enter the Memorandum of Plea
13  Agreement?
14      THE DEFENDANT:  No, Your Honor.
15      THE COURT:  Do you understand that this is the
16  time to tell me of any promises not in the record or of any
17  threats that have been made because after today you won't be
18  able to withdraw your plea based on information that you
19  could have shared with me here?
20      THE DEFENDANT:  Yes, Your Honor.
21      THE COURT:  Do you understand that the plea --
22  terms of the Plea Agreement are merely recommendations to
23  me, that I can reject those recommendations without
24  permitting you to withdraw your plea and impose a sentence
25  that is harsher or longer or more severe than the one that

60

1  you may anticipate?
2       THE DEFENDANT:  Yes, Your Honor.
3       THE COURT:  Are you pleading guilty of your own
4  free will because you are, in fact, guilty?
5       THE DEFENDANT:  Yes, Your Honor.
6       THE COURT:  All right.  Now I want to walk
7  through some of the specific provisions of the agreement.
8  First, venue.  Do you have the agreement in front of you?
9       THE DEFENDANT:  Yes, Your Honor.
10      THE COURT:  All right.  So paragraph 1 states
11  that you waive any challenge to the information based on
12  venue.  Do you understand that absent that waiver, you could
13  challenge this Court being the appropriate Court to hear
14  these charges?
15      THE DEFENDANT:  Yes, Your Honor.
16      THE COURT:  By entering this plea you are giving
17  up that challenge?
18      THE DEFENDANT:  Yes, Your Honor.
19      THE COURT:  Did you discuss that provision with
20  your counsel?
21      THE DEFENDANT:  Yes, Your Honor.
22      THE COURT:  Again, are you satisfied with the
23  advice that you received?
24      THE DEFENDANT:  Yes, Your Honor.
25      THE COURT:  Now, next, in paragraph 2, Mr. Wise

61

1  went over the maximum penalties for Counts I and II when he
2  summarized the essential terms and I mentioned those to you
3  earlier when we were doing the initial plea.  Do you
4  understand what the maximum penalties are for each of the
5  counts that's pending against you?
6            THE DEFENDANT:  Yes, Your Honor.
7            THE COURT:  Do you need me to go through them
8  one more time or are you okay?
9            THE DEFENDANT:  No, Your Honor, thank you.
10           THE COURT:  Paragraph 3.  Paragraph 3 list the
11  essential elements of Counts I and II that the government
12  would have to prove.  Specifically for each count the
13  government would have to prove beyond a reasonable doubt
14  that the Defendant, you, had a duty to pay a tax.  Two, the
15  tax was not paid at the time required by law.  And three,
16  that your failure to pay was willful.  Do you understand
17  that if I accept your guilty plea, the government will not
18  have to prove anything?
19           THE DEFENDANT:  Yes, Your Honor.
20           THE COURT:  Paragraph 3 also references the
21  statement of facts attached to the Plea Agreement as
22  Exhibit 1.  Mr. Wise read those into the record and that is
23  something that is not common in my experience.  I just want
24  to ask you about some of those.  I'm not going to go through
25  all of those facts but I want to ask them because it is part

62

1  of the Plea Agreement that is being presented to me and
2  particularly given our earlier discussion about the fact
3  that those facts are incorporated into the agreement not to
4  prosecute.
5            All right.  So, do you have those in front of
6  you?
7            THE DEFENDANT:  Yes, Your Honor.
8            THE COURT:  All right.  So in the very first
9  paragraph of Exhibit 1, it says towards the end, it says
10  through at least early 2017 -- I think before that, in the
11  first paragraph, in the second sentence it says from 2017 to
12  2019, you served on the board of Ukrainian energy company
13  and a Chinese private equity fund.  Can you tell me what
14  those companies were?
15           THE DEFENDANT:  The Ukrainian energy company was
16  Burisma, and the Chinese private equity fund was Bohai,
17  Harvest and Rosemont.
18           THE COURT:  And some of this I'm asking just so
19  I understand because there are other references to Ukrainian
20  companies and Chinese companies and I can't tell if they're
21  the same company or not, so that's part of why I'm asking
22  you.  Later in that paragraph, it says through at least 2017
23  you were employed by a prestigious multi-national law firm
24  in an of counsel position.  It says through at least 2017.
25  What were the years, do you remember like how long you

63

1  worked there?
2            THE DEFENDANT:  Your Honor, I think I was at
3  Boise Schiller 2010, maybe, was when I started, but I am not
4  positive of that.  That's what I believe.
5            THE COURT:  Okay.  And were you in an of counsel
6  position that whole time?
7            THE DEFENDANT:  Yes, Your Honor.
8            THE COURT:  All right.  Now, it says then that
9  you -- for the work you did, you earned 2.3 million in 2017
10  and 2.1 million in 2018.  Now, you left Boise Schiller in
11  2017, right?
12           THE DEFENDANT:  Yes, Your Honor.
13           THE COURT:  So, can you tell me how -- I'm
14  trying to understand the 2018 $2.1 million.
15           MR. CLARK:  My understanding, Your Honor, is
16  that sentence picks up the work described in the last couple
17  of sentences, not just the work for Boise Schiller.
18           THE COURT:  Well, Mr. Biden actually knows.
19           THE DEFENDANT:  Yeah, exactly, Your Honor, I
20  believe what the government intended for that sentence was
21  that it was the total income, not just as it relates to my
22  capacity for Boise Schiller.
23           THE COURT:  So for all your work --
24           THE DEFENDANT:  For this work, it's all of the
25  things that are listed above there.

64

1            THE COURT:  All right.  Thank you.  Okay.  In
2  the next paragraph, it says you have a well-documented and
3  long-standing struggle with abuse and you did tell me
4  already, I'm not going to ask you again about your efforts
5  to treat that.  But when we talk about well-documented, is
6  there a particular thing that we're looking at for where
7  it's documented or is that just based on your discussions?
8            THE DEFENDANT:  Well, I believe the government
9  is referring to a book that I wrote about my struggles with
10  addiction in that period of time in my life.  And quite
11  possibly other news outlets and interviews and things that
12  have been done.
13           THE COURT:  Okay.  In that paragraph, it refers
14  sort of towards the middle, it refers to your struggles with
15  addiction led to the collapse of your most significant
16  professional relationship.  Is that referring to the law
17  firm or something else?
18           THE DEFENDANT:  My business relationship, my
19  business relationships, all of my business relationships,
20  ultimately including the law firm.  I had a business that
21  was Rosemont Seneca advisors, and I had a long-standing
22  business partner from the inception of that company that I
23  started.  And others that all collapsed during that period
24  of time.
25           THE COURT:  So one of the businesses was

65

1    Rosemont Seneca.  Were there others that collapsed?  The one
2    reference here to Owasco.
3            THE DEFENDANT:  Virtually everything collapsed.
4    Owasco is the holding company for all of the other companies
5    below there.
6            THE COURT:  Okay.  And who was your business
7    partner?
8            THE DEFENDANT:  A gentleman named Eric Schwerin.
9            THE COURT:  All right.  The fourth paragraph
10   says during the calendar year 2017, you earned substantial
11   income including just under a million dollars from a company
12   you formed with a CEO of a Chinese business conglomerate.
13   Is that the same or a different Chinese company from the one
14   you referenced earlier?
15           THE DEFENDANT:  I started a company called
16   Hudson West, Your Honor, and my partner was associated with
17   a Chinese energy company called CEFC.
18           THE COURT:  Who was your partner?
19           THE DEFENDANT:  I don't know how to spell his
20   name, Yi Jianming is the chairman of that company.
21           THE COURT:  Is that company still in existence?
22           THE DEFENDANT:  No.
23           THE COURT:  Okay.  Then it says you made
24   $666,666 from your domestic business interest.  Is that the
25   Rosemont Seneca one?

66

1            THE DEFENDANT:  Yes, Your Honor, I believe
2    that's what it refers to.
3            THE COURT:  $664,000 from a Chinese
4    infrastructure investment company.  Is that one of the
5    companies we've already talked about?
6            THE DEFENDANT:  I believe so, yes, Your Honor.
7            THE COURT:  Which one is that?
8            THE WITNESS:  I believe CEFC.
9            THE COURT:  Okay.  $500,000 in director's fees
10   from the Ukrainian energy company.  That's the one that you
11   already told me about?
12           THE DEFENDANT:  Same, Burisma.
13           THE COURT:  Burisma.
14           Okay.  48,000 from the law firm.
15           THE DEFENDANT:  Yes.
16           THE COURT:  That's the Boise Schiller?
17           THE DEFENDANT:  Yes, it is.
18           THE COURT:  All right.  Okay.  The bottom of
19   that first page, the final paragraph says that the
20   accountant sent copies of the tax documents, copies of the
21   tax documents to your former business partner.  Is that
22   Mr. Schwerin?
23           THE DEFENDANT:  I believe that's who it's
24   referring to, yes, Your Honor.
25           THE COURT:  All right.  On the next page, at the

67

1    end of the second paragraph, starting four lines from the
2    bottom in the middle of the line, the paragraph talks about
3    your tax liability.  And it says the end of year liability
4    should not have come as a surprise.  Do you see that?
5            THE DEFENDANT:  I'm sorry, I'm just trying --
6            THE COURT:  That's okay.  Take your time.
7            THE DEFENDANT:  Yes, I see that here.
8            THE COURT:  It says it should not have come as a
9    surprise.  It wasn't a surprise, is that right?
10           THE DEFENDANT:  Yes, Your Honor.
11           THE COURT:  And you knew --
12           THE DEFENDANT:  Well, I don't -- I didn't write
13   this, Your Honor, so the characterization --
14           MR. CLARK:  Can we elaborate the time there,
15   Your Honor?
16           THE COURT:  Yes.
17           MR. CLARK:  So essentially there was a tax
18   treatment that was undertaken in that year, and it changed
19   the tax treatment at the very end of the year for a
20   particular asset.  And so I think the point is, and I didn't
21   write this either, there was substantial influx of income
22   during that year.  There was an issue with this last minute
23   tax treatment change, and so there were expressions at times
24   of surprise at that.  I think the government's point is you
25   knew you made a lot of money, it shouldn't have come as a

68

1    surprise.
2            THE COURT:  My only concern is when I read this
3    as a lawyer, it shouldn't have come as a surprise, that
4    doesn't preclude Mr. Biden from saying it did.
5            MR. CLARK:  Your Honor's characterization is
6    exactly right.
7            THE COURT:  You're saying it actually was a
8    surprise?
9            MR. CLARK:  In that year.
10           THE COURT:  You guys are okay with that?
11           MR. WISE:  Yes, Your Honor.
12           THE COURT:  All right.  But you did know that
13   you owed tax money, right?
14           THE DEFENDANT:  Yes, Your Honor.
15           THE COURT:  And your business partner,
16   Mr. Schwerin, told you that no withholdings had been made?
17           THE DEFENDANT:  Yes, Your Honor, I believe that
18   to be the case.
19           THE COURT:  All right.  In the third paragraph,
20   which is actually the second full paragraph, it says on or
21   about March 22nd, 2018, you received a million dollar
22   payment into your Owasco bank account as payment for legal
23   fees for Patrick Ho.
24           THE DEFENDANT:  Yes, Your Honor.
25           THE COURT:  Who is that payment received from,

69

1  was that the law firm?
2          THE DEFENDANT:  Received from Patrick Ho, Your
3  Honor.
4          THE COURT:  Mr. Ho himself?
5          THE DEFENDANT:  Yes.
6          THE COURT:  Were you doing legal work for him
7  separate and apart from the law firm?
8          THE DEFENDANT:  Yes, Your Honor.  Well --
9          MR. CLARK:  That wasn't through Boise Schiller,
10 Your Honor, Mr. Biden was engaged as an attorney.
11         THE COURT:  Right.  So that's why I asked.  You
12 were doing work for him --
13         THE DEFENDANT:  My own law firm, not as counsel.
14         THE COURT:  So you had your own law firm as
15 well?
16         THE DEFENDANT:  I think Owasco PT acted as a --
17 acted as a law firm entity, yeah.
18         THE COURT:  Okay.
19         THE DEFENDANT:  I believe that's the case, but I
20 don't know that for a fact.
21         THE COURT:  Okay.  The final paragraph on the
22 second page of the exhibit says that you received a little
23 bit more than $2.6 million in business and consulting fees
24 from the company you formed with the CEO of the Chinese
25 business conglomerate and the Ukrainian energy company, and

70

1  -- I guess originally I was asking if that was in addition
2  to the money you had received from the -- if that was in
3  addition to the money you had received from the law firm,
4  but I think we clarified earlier that --
5          THE DEFENDANT:  Yes, Your Honor.
6          THE COURT:  So I guess what I'm confused about
7  is -- so is that $2.6 million, that was in 2018?
8          MR. CLARK:  That's our understanding, Your
9  Honor.
10         THE COURT:  But it says in the first paragraph
11 of the exhibit for the work that you did for the Ukrainian
12 company and the Chinese company and your domestic
13 businesses, it was $2.1 million.
14         MR. CLARK:  Your Honor, I think actually for
15 this one, and again, we didn't write this, but we don't
16 dispute its accuracy, I think this may summarize a chain of
17 payments that was made over a couple of years.
18         MR. WISE:  Your Honor, as I read that, the
19 reference in the first paragraph is to -- is income and it's
20 more than -- the language is more than 2.1 million in 2018,
21 and by contrast the paragraph Your Honor just pointed out,
22 it's talking about fees he generated at about 2.6 million, I
23 think there were expenses that were business expenses that
24 would be taken from those fees that would get you to a lower
25 income number that's north of 2.1 million.

71

1          THE COURT:  Okay.  In the first full paragraph
2  on the third one, it says after numerous programs and trips
3  to rehab, you got sober in May of 2019.  Do you see that?
4          THE DEFENDANT:  Yes, Your Honor.
5          THE COURT:  When I asked you earlier when you
6  last used or were under the influence of a controlled
7  substance or a medication, you said June of 2019.  What was
8  it that you did in June of 2019?
9          THE DEFENDANT:  I was married on May of --
10 May 17th of 2019, and that is my sobriety date.
11         THE COURT:  When I asked you earlier --
12         THE DEFENDANT:  I was being conservative, Your
13 Honor.  I think in between that date to be technically and
14 completely honest from the day that I got married until
15 June 1st, I did have a drink or two.
16         THE COURT:  Okay.
17         THE DEFENDANT:  So I count my sobriety date at
18 least in the program that you attend as June 1st, so that's
19 why I did that.
20         THE COURT:  You said the program you attend.  I
21 thought you -- are you attending a --
22         THE DEFENDANT:  No, a separate program that
23 required anonymity, Your Honor.
24         THE COURT:  Okay.  But I am just trying to make
25 sure that we don't --

72

1          THE DEFENDANT:  No, no, I'm not saying that
2  there are any programs that I'm involved in right now, I'm
3  saying meetings that I go to, the sobriety date is often
4  quoted.
5          MR. CLARK:  He draws a distinction between
6  treatment and a program.
7          THE COURT:  Okay.
8          THE DEFENDANT:  And it's not --
9          THE COURT:  And I appreciate that, whether we
10 call it a treatment or something, you are doing something to
11 support your sobriety, is that correct?
12         THE DEFENDANT:  Yes, Your Honor.
13         THE COURT:  Okay.  All right.  Then that
14 paragraph says that you did not make preparations to file or
15 actually file your 2018 individual or corporate income tax
16 when it was due in 2019.  Is that right?
17         THE DEFENDANT:  Yes, Your Honor.
18         THE COURT:  Okay.  And it was due according to
19 this in October of 2019.  Right?
20         THE DEFENDANT:  Yes, Your Honor.
21         THE COURT:  And you were sober at that time?
22         THE DEFENDANT:  I was, Your Honor.
23         THE COURT:  But you didn't file your taxes.
24         THE DEFENDANT:  Yes, Your Honor, in putting my
25 life back together, it was a flood, an enormous amount of

73

1  problems and by the time I was able to find someone to be
2  able to help me, I was already past the deadline in which I
3  should not have gone past.
4          THE COURT:  At the end of the next paragraph, it
5  says that in 2020, during the process of putting together
6  your 2017 and 2018 tax returns, you mischaracterized certain
7  personal expenses as legitimate business expenses.  What's
8  that referencing?
9          MR. CLARK:  Your Honor, it may be better if I
10  explain it because Mr. Biden is actually not that close to
11  the facts.  In essence, in a very compressed time frame,
12  Mr. Biden was asked to identify for all of these tax years
13  that were being done from his credit cards and other bank
14  accounts what's a business expense and what is a personal
15  expense.  And he was asked to go through charts and mark
16  them.  And there are situations in which he made an error
17  with regard to marking business expenses or personal
18  expenses.  In several instances, most of them relate to one
19  account, which was a business line of credit account, which
20  he and his accountants treated as business expenses but that
21  he never reviewed the actual records for because the
22  accountants couldn't get the records.  So we concede that he
23  made mistakes, erroneous mistakes in categorizing some of
24  these business and personal expenses.  And that's what it
25  refers to.

74

1          THE COURT:  Do you know the approximate amount
2  of money of these mistakes?
3          MR. CLARK:  That's what the discussion of the
4  dispute was.  We see it in not minimizing, around $30,000
5  over the entirety of all the filings.  I think the
6  government thinks it's higher.  But that's part of what
7  we're going to shake out at sentencing.  It is not massive
8  amounts of money from the perspective of these tax returns.
9  And as this points out I think in the next sentence, during
10  the same year that these errors were made, Mr. Biden's
11  accountants erroneously overreported his income by several
12  hundred thousand dollars.  And so there is -- there are
13  errors going both ways in that year, some of them are these
14  mistakes, and that mistake by his accountants.
15          THE COURT:  And just so I understand, are these
16  things that he made these mistakes and gave them to his
17  accountant and then they were corrected or he made these
18  mistakes, gave them to his accountant and then those
19  mistakes ended up in the filing that were ultimately made to
20  the Internal Revenue Service?
21          MR. CLARK:  It was the latter, the accountants
22  didn't catch the mistakes.
23          THE COURT:  And again, sir, this was done after
24  you were already sober?
25          THE DEFENDANT:  Yes, Your Honor.

75

1          THE COURT:  All right.  In the next paragraph,
2  there are more references to self-assessed tax.  Is that the
3  same as we discussed previously, the amount of tax that he
4  determined he owed?
5          MR. WISE:  Yes, Your Honor.
6          THE COURT:  And at the top of the last page, and
7  also in I guess the last paragraph, or maybe even all those
8  paragraphs, there is a reference to a third party who paid
9  your tax liability.  Is it the same person who paid all of
10  the outstanding liability?
11          THE DEFENDANT:  Yes, Your Honor.  I took a loan
12  from that individual.
13          THE COURT:  You took a loan?
14          THE DEFENDANT:  Yes.
15          THE COURT:  Do you make payments on that loan?
16          THE DEFENDANT:  Not currently, Your Honor, but
17  it's a normal typical loan with terms and a time frame.
18          THE COURT:  Okay.  All right.  Let's talk now
19  about the paragraph 9, the appellant waiver provision.
20  Mr. Biden, your agreement contains an appellant waiver
21  provision in paragraph 9.  This waiver limits your ability
22  to appeal your sentence.  Have you discussed this waiver
23  with your attorney?
24          THE DEFENDANT:  Yes.  Yes, I have Your Honor.
25          THE COURT:  Are you satisfied with the advice

76

1  and counsel you have received with respect to the waiver?
2          THE DEFENDANT:  Yes, I am, Your Honor.
3          THE COURT:  Now, I can read the waiver to you if
4  you would like me to or you can tell me that you're
5  confident that you understand it.  Do you want me to review
6  it with you?
7          THE DEFENDANT:  I'm confident that I understand
8  it, Your Honor.
9          THE COURT:  Do you understand that it is a broad
10  waiver provision and it leaves you with narrow appellant
11  rights should you disagree with your conviction or your
12  sentence?
13          THE DEFENDANT:  Yes, Your Honor.
14          THE COURT:  And that it leaves you little
15  ability to challenge your conviction or sentence?
16          THE DEFENDANT:  Yes, Your Honor.
17          THE COURT:  Do you understand that it is
18  unlikely that the conditions that would allow you to appeal
19  will occur and you will likely have no relief should you
20  receive a sentence that is different than the one that you
21  anticipate?
22          THE DEFENDANT:  Yes, Your Honor.
23          THE COURT:  All right.  I find that the
24  Defendant has knowingly and voluntarily waived his appellant
25  rights.

77

1       Now, as Mr. Wise said earlier, I want to talk to
2  you a little about the sentencing process in federal court.
3  It's not required in a misdemeanor case, but I am going to
4  ask the United States Probation Office to prepare a
5  presentence investigation report to the Court before
6  sentencing.  You and the government will have a chance to
7  review and challenge the facts in that report.  Do you
8  understand that?
9           THE DEFENDANT:  Yes, Your Honor.
10          THE COURT:  It's been my responsibility under
11  the statute, 18 United States Code Section 3553(a) to impose
12  a sentence that is sufficient but not greater than necessary
13  to provide punishment and afford deterrents.  Under the
14  current law I have to follow a three-step process.  First, I
15  have to consider the sentencing guidelines that's been
16  calculated by the probation office and any objections to
17  those guidelines.  Then, I have to rule on any motions for a
18  departure from those guidelines and explain how those
19  motions if granted would impact the guidelines.  And
20  finally, I have to consider all of the factors in the
21  statute including personal factors that would help me to
22  determine what an appropriate sentence is.  And that
23  sentence may, again, vary either upwards or downwards from
24  the guidelines.
25          The government has agreed not to oppose a

78

1  sentence of probation, but it's important that you
2  understand that without reviewing the presentence report, I
3  can't predict for you today whether I will agree that that's
4  an appropriate sentence or not.  Do you understand that?
5           THE DEFENDANT:  Yes, Your Honor.
6           THE COURT:  Do you also understand that parole
7  has been abolished and that to the extent that you were
8  given any period of imprisonment, you would not be released
9  on parole from that imprisonment?
10          THE DEFENDANT:  I understand that, Your Honor.
11          THE COURT:  Do you understand that if you're
12  sentenced to a term of incarceration followed by a period of
13  supervised release or a period -- if you were given a period
14  of probation, if you are found in violation of the
15  conditions of your supervised release or your probation that
16  that may be revoked and you would have to serve additional
17  time in prison if you were imprisoned or if you were on
18  probation that you might have to serve time in prison?
19          THE DEFENDANT:  Yes, Your Honor.
20          THE COURT:  Do you understand that your sentence
21  may include payment of a fine or payment of restitution, and
22  it will include a mandatory special assessment for each
23  offense to which you plead guilty?
24          THE DEFENDANT:  Yes, Your Honor.
25          THE COURT:  Have you discussed with your counsel

79

1  what the sentencing guideline calculation might be for the
2  offenses to which you are pleading guilty?
3           THE DEFENDANT:  Yes, Your Honor.
4           THE COURT:  And do you understand that if I
5  impose a sentence that is harsher or longer or more severe
6  than the one that you may anticipate, you will still be
7  bound by your plea and will not have the right to withdraw
8  it on that basis?
9           THE DEFENDANT:  Yes, Your Honor.
10          THE COURT:  All right.  Now I want to talk about
11  some of the rights that you waive if you plead guilty.  Do
12  you understand that you have the right to plead not guilty
13  to this offense, to persist in your plea of not guilty and
14  to have a trial by jury on the offense during which you
15  would also have the right to the assistance of counsel and
16  the right to see and hear all of the witnesses and have them
17  cross-examined on your behalf?
18          THE DEFENDANT:  Yes, Your Honor.
19          THE COURT:  The standard of proving guilt is
20  beyond a reasonable doubt and it is the highest standard of
21  proof in our justice system.  If the government failed to
22  establish your guilt beyond a reasonable doubt, you would be
23  acquitted of the charges against you.  Do you understand
24  that?
25          THE DEFENDANT:  Yes, Your Honor.

80

1           THE COURT:  Do you understand that at trial you
2  would have the right on your own part to decline to testify
3  or to put on any evidence at all and that if you decided not
4  to testify or to put on any evidence, that could not be used
5  against you?
6           THE DEFENDANT:  Yes, Your Honor.
7           THE COURT:  Do you understand that if the case
8  were to go to trial, it would be the government's burden to
9  prove to the jury, again, beyond a reasonable doubt, each of
10  the essential elements of the offenses charge and the jury
11  would have unanimously agree as to your guilt?
12          THE DEFENDANT:  Yes, Your Honor.
13          THE COURT:  Do you further understand that by
14  entering a plea of guilty, there will be no trial and you
15  will have waived and given up your right to trial by jury as
16  well as the rights associated with that trial?
17          THE DEFENDANT:  Yes, Your Honor.
18          THE COURT:  I'm going to ask the prosecutor to
19  summarize for us what the government would be prepared to
20  prove if the case were to go to trial.
21          MR. WISE:  Your Honor, I have read in its
22  entirety the factual statement that we would be prepared to
23  prove.
24          THE COURT:  All right.  Do you want to tell me
25  how that meets the essential elements?

81

1    MR. WISE:  Yes, Your Honor.
2        THE COURT:  I mean, I can figure it out, but I
3    think it's probably worthwhile you telling me.
4        MR. WISE:  The first element, the Defendant had
5    a duty to pay a tax.  The Defendant earned substantial
6    income as the factual statement points out.  And we can go
7    with -- as Your Honor has pointed out, there are several
8    places in the factual statement where it identified where he
9    obviously earned, looking at the first paragraph,
10   2.3 million in 2017 and 2.1 million in 2018, he therefore
11   had a duty to pay a tax on that income.  That is the highest
12   level of summary.
13       The tax was not paid at the time required by
14   law.  Again, even when he received an extension, the tax was
15   due in April of 2018 for calendar year 2017 and in April of
16   2019 for calendar year 2018.  And finally, the failure to
17   pay was willful.  And the Plea Agreement statement of facts
18   describes that despite his addiction issues, he was able to
19   generate significant amounts of income and made financial
20   decisions about how to spend that money, and that those
21   decisions did not include meeting his obligations to pay his
22   taxes.
23       THE COURT:  All right.  Mr. Biden, is there
24   anything you wish to challenge or amend in the government's
25   recitation of proof?

82

1        THE DEFENDANT:  No, Your Honor.
2        THE COURT:  Do you disagree with any of the
3    government's factual recitations?
4        THE DEFENDANT:  No, Your Honor.
5        THE COURT:  Mr. Clark, do you have any
6    objections or concerns with the government's recitation of
7    proof?
8        MR. CLARK:  I do not, Your Honor.
9        THE COURT:  All right.  Now at this point I
10   would normally ask Mr. Biden how he pleads, but as we've
11   already discussed, the Diversion Agreement is out there in a
12   felony case, it is cross-referenced in the Memorandum of
13   Plea Agreement.  The Plea Agreement is cross-referenced in
14   the Diversion Agreement, so before I ask him how he pleads,
15   I need to understand -- well, ask him how he pleads or
16   decide if I can accept the Plea Agreement, I need to
17   understand the Diversion Agreement.
18       So the felony gun charge here is a bit unusual,
19   and we don't usually make diversion agreements public.  I
20   don't usually see a diversion agreement as the parties up
21   here have hinted, but in fact you all did send it to me and
22   it is referenced in the agreement that is before me in the
23   tax case.
24       So it's a little bit unique in that I have a
25   copy of the Diversion Agreement and that the Diversion

83

1    Agreement contains what I view to be some nonstandard terms
2    like the broad immunity and a term that invokes the Court or
3    involves the Court as part of that agreement.
4        So given all that, Mr. Wise, why don't you go
5    ahead and summarize the terms of the Diversion Agreement
6    given that the parties have agreed to make it public.
7        MR. WISE:  Yes, Your Honor.  The first under
8    Roman numeral one, the parties to the Diversion Agreement
9    are the United States of America by and through the United
10   States Attorney's Office for the District of Delaware and
11   Robert Hunter Biden.
12       Roman two describes the terms and conditions of
13   the agreement.  Paragraph 1 provides that it's for a
14   two-year period, twenty-four months beginning on the date of
15   approval of this agreement, and that would be when the chief
16   probation officer, Ms. Brey signs it, unless there is a
17   breach as set forth in paragraphs 13 and 14.
18       Paragraph 2 provides that this 24-month period
19   will be known as the diversion period.
20       Paragraph 3 provides that Biden shall waive
21   indictment in relation to the information filed in the gun
22   case, which again is 23cr61 which charges him with one count
23   of knowingly possessing a firearm while an unlawful user or
24   person addicted to a controlled substance in violation of
25   Title 18 United States Code Section 922(g)(3) and 924(a)(2).

84

1    And the relevant year for the conduct is 2018.
2        Paragraph 4 provides that if Biden complies with
3    his obligations under the agreement, then the United States
4    within thirty days after the expiration of the diversion
5    period will file a motion with the Court seeking the
6    dismissal of the information.
7        Paragraph 5, Biden agrees that the United States
8    has probable cause to bring the charge in the Information
9    and that the charge is not frivolous or made in bad faith.
10   He also agrees at a future time the United States should
11   move to dismiss the information pursuant to this agreement,
12   he will not be a prevailing party with regard to the
13   Information and he waives any possible claims to attorney
14   fees or litigation expenses arising out of the investigation
15   or prosecution of this case.
16       Paragraph 6 provides that in light of the fact
17   that Biden has accepted responsibility for the actions
18   referred to in the statement of facts as Attachment A to
19   this agreement and taken into consideration Biden's candid
20   acknowledgment of his historical drug use as well as his
21   current sobriety and in consideration for the other terms in
22   the agreement, the United States shall divert this matter in
23   the manner set forth in this agreement pursuant to the terms
24   and conditions also set forth in the agreement.
25       Paragraph 7 provides that Biden agrees to waive

85

1  all defenses based on statute of limitations with respect to
2  charges in the information and any other federal firearm
3  charges that could be brought with respect to the conduct
4  set forth in the statement of fact which again is Attachment
5  A.  And he agrees that the applicable statute of limitation
6  period for any charges arising under the firearms purchase
7  shall be tolled during the diversion period.  He agrees not
8  to assert any speedy trial rights under the Sixth Amendment
9  or Federal Rule of Criminal Procedure 48(b) B or any local
10  rule here in the District of Delaware.
11           Paragraph 8 provides that it is the intent of
12  this agreement for Biden to agree to be subject to the
13  jurisdiction of and venue in the United States District
14  Court for the District of Delaware with respect to the
15  charge set forth in the information and for any federal
16  charges arising out of the firearms purchase set forth in
17  the statement of facts.
18           Paragraph 9 and its subparagraph are the
19  commitments and undertakings of Biden and that includes not
20  purchasing, possessing, attempting to purchase firearms as
21  that term is defined in the relevant statute during the
22  diversion period, consent to a permanent entry in the
23  National Instant Criminal Background Check System such that
24  he will be denied via NICS if he attempts to legally
25  purchase another firearm.

86

1           And then paragraph C, I'm not going to read the
2  entire paragraph, but it's a provision that the gun in
3  question is forfeited to the United States.
4           Starting at paragraph 10 --
5           THE COURT:  Could I ask you pause for one
6  second.  I forgot my glasses and I'm going to ask someone in
7  the back to get my glasses, but I didn't want her to open
8  the door and freak people out.
9           All right.  Apologies, go ahead.
10           MR. WISE:  Starting at paragraph 10, or in
11  paragraph 10 and subparagraph are additional conditions
12  applicable to the diversion period and these include that
13  Biden is subject to supervision as directed by U.S.
14  Probation and Pretrial Services; that he continue to
15  actively seek employment; that he refrain from unlawfully
16  possessing controlled substance; that he refrain from using
17  alcohol; that he submit to substance abuse testing and
18  participate in substance abuse treatment as directed by the
19  U.S. Probation and Pretrial Services Office in this
20  district; that he submits to fingerprinting by the FBI and
21  it describes what will be done with that fingerprint and how
22  it will be preserved for a time; that he communicate in
23  writing all international travel plans and provide
24  documentation, if requested, to U.S. Probation and Pretrial
25  and that he not commit a violation of any federal, state or

87

1  local law.
2           Paragraph 11, in paragraph 11 Biden acknowledges
3  and agrees to the statement of facts that are Attachment A
4  to this agreement and he agrees that they're truthful and
5  accurate.
6           Paragraph 12, Biden agrees that neither he nor
7  anyone else at his direction will make any statement in
8  litigation or otherwise repudiating or contradicting the
9  statement of fact.  If the United States believes such a
10  contrary statement has been made, and such statement
11  constitutes a knowing material breach, then the United
12  States may seek a determination regarding such alleged
13  breach pursuant to the procedures set forth in paragraph 14.
14           Starting in paragraph 13, it lays out the
15  procedure if there is a breach.  First, paragraph 13.  Biden
16  agrees that a knowing failure to abide by or fully perform
17  any of the terms, promises, or agreements set forth in this
18  Agreement shall constitute a breach of this Agreement.
19           Paragraph 14 provides that if the United States
20  believes that a knowing material breach of this Agreement
21  has occurred, it may seek a determination by the United
22  States District Judge for the District of Delaware with
23  responsibility for supervision of this agreement.  Upon
24  notice to Biden the United States may seek a determination
25  on a preponderance of the evidence presented to such

88

1  District Judge.  Biden shall have the right to present
2  evidence to rebut any such claim.  If after that process the
3  judge overseeing such process makes a final determination
4  that Biden has committed a knowing material breach of this
5  agreement, then the United States may elect from two
6  remedies that are specified in the agreement depending on
7  the nature and seriousness testify breach.
8           Remedy 1, which is a sub A of paragraph 14 is
9  the United States may give Biden a specific time period in
10  which to remedy the breach.  If the United States determines
11  that Biden has failed to remedy the breach during the
12  specified time period, then the United States may elect
13  Remedy 2.  Remedy 2 is the United States may prosecute Biden
14  for any federal criminal violation in which the United
15  States has knowledge including crimes relating to the
16  conduct set forth in the statement of facts, which is
17  Attachment A, and that includes obstruction of justice and
18  any such prosecution is not time barred by any statute of
19  limitation on the date of signing of this agreement,
20  notwithstanding the statute of limitation between the
21  signing and the commencement of such prosecution.
22           And finally, the United States does not require
23  to offer Remedy 1 before proceeding to Remedy 2 if in its
24  sole determination the nature and the serious of the breach
25  warrants termination of the agreement.

89

1     Paragraph 15 is the agreement not to prosecute.
2  The language, the United States agrees not to criminally
3  prosecute Biden outside the terms of this agreement for any
4  federal crimes encompassed by the attached statement of
5  facts, Attachment A, and the statement of facts attached as
6  Exhibit 1 to the Memorandum of Plea Agreement filed this
7  same day.  This Agreement does not provide any protection
8  against prosecution for any further conduct by Biden or by
9  any of his affiliated businesses.  Obviously this paragraph
10  has been orally modified by counsel for Mr. Biden and we
11  would -- I'm not going to attempt to paraphrase it.  I don't
12  want to make the record muddy.  The statement by counsel is
13  obviously as Your Honor acknowledged a modification of this
14  provision, and that we believe is binding.
15     Paragraph 16, starting paragraph 16, there are
16  general terms and conditions, the parties consented to the
17  public disclosure of this agreement, and shall be publicly
18  filed.  The parties stipulate and agree that the conduct set
19  forth in the statement of facts does not constitute relevant
20  conduct for the offenses, to the tax offenses, which Your
21  Honor has identified as a similar provision in the Plea
22  Agreement, that the firearms offense is not relevant conduct
23  for the tax charge.
24     Paragraph 18 this agreement may be executed in
25  counterparts, each of which constitutes an original and all

90

1  of which constitutes one and the same agreement.
2     And paragraph 19 is an incorporation agreement
3  like in the Plea Agreement, this agreement sets forth all of
4  the terms of the agreement between the United States and
5  Biden.  It constitutes a complete and final agreement
6  between the United States and Biden in this matter.  There
7  are no other agreements written or otherwise modifying the
8  terms, conditions or obligations of this agreement.  No
9  future modifications or additions of this agreement in whole
10  or in part shall be valid unless they are set forth in
11  writing or signed by the United States, and Biden and
12  Biden's counsel.
13     THE COURT:  All right.  Thank you.
14     Mr. Clark, any corrections you want to make?
15     MR. CLARK:  No, Your Honor.
16     THE COURT:  The information charges Mr. Biden
17  with violation of 18 United States Code 922(g)(3).  Does
18  anyone have any concerns about the constitutionality of that
19  charge in light of the recent Third Circuit *Range* case?
20     MR. WISE:  No, Your Honor.
21     MR. CLARK:  Your Honor, I note our -- that's one
22  of the reasons the parties I think are in the disposition we
23  are in.  We don't waive in a later prosecution any
24  challenges on that.
25     THE COURT:  I completely understand that.  That

91

1  was kind of why I was asking the government the question.
2     So if 922(g)(3), which makes it unlawful for a
3  drug user addict to possess a gun were found by some court
4  to be unconstitutional, what happens to the Diversion
5  Agreement?
6     MR. WISE:  Your Honor, the Diversion Agreement
7  is a contract between the parties so it's in effect until
8  it's either breached or a determination, period.
9     MR. CLARK:  I can tell you our intention would
10  be to abide by the agreement and only raise such
11  constitutional determining at such time that somebody tried
12  to bring any charges on this, otherwise it's an agreement
13  between the parties.  We are going to honor the agreement.
14     THE COURT:  I have had one or two cases
15  involving a person struggling with addiction who bought a
16  gun, we usually see a felony charge for false statement.
17  The Defendant has admitted that his statement was false, but
18  he wasn't charged.  Again, I'm not trying to get into the
19  purview of the prosecutor, and I understand the separation
20  of powers, it's in your discretion, but I just want to ask,
21  does the government have any concern about not bringing the
22  false statement charge in light of our discussion about
23  922(g)(3) and the constitutionality of that charge.
24     MR. WISE:  No, Your Honor.
25     THE COURT:  Paragraph 7 says that the statute of

92

1  limitations is waived.  Can you just tell me when would the
2  statute of limitation be waived on a charge for false
3  statement if the Diversion Agreement were not in place?
4     MR. CLARK:  When would it run, Your Honor?
5     THE COURT:  I understand it's tolled by the
6  agreement.  I have concerns about the agreement, that's why
7  I'm asking these questions, so if the agreement weren't
8  there.
9     MR. CLARK:  It would be October 2023.
10     MR. WISE:  October 12th, 2023.
11     THE COURT:  All right.  Thank you.
12     All right.  Now I have reviewed the case law and
13  I have reviewed the statute and I had understood that the
14  decision to offer the defendant, any defendant a pretrial
15  diversion rest squarely with the prosecutor and consistent
16  with that, you all have told me repeatedly that's a separate
17  agreement, there is no place for me to sign off on it, and
18  as I think I mentioned earlier, usually I don't see those
19  agreements.  But you all did send it to me and as we've
20  discussed, some of it seems like it could be relevant to the
21  plea.
22     One provision in particular stands out to me,
23  and that is paragraph 14.  That paragraph says if the United
24  States believes that a knowing material breach of this
25  agreement has occurred, it may seek a determination by the

93

1    United States District Judge for the District of Delaware
2    with responsibility for the supervision of this agreement.
3    It then goes on to say that if I do find a breach, then the
4    government can either give the Defendant time to remedy the
5    breach or prosecute him for the crime that is the subject of
6    the information or any other that falls within the language
7    of the agreement.  Do I have that understanding correct?
8             MR. CLARK:  That's my understanding of the
9    provision, Your Honor.
10            THE COURT:  So can you tell me what's
11   contemplated by that, how it would work?
12            MR. WISE:  So, Your Honor, obviously the
13   Diversion Agreement covers offenses related to firearms, so
14   if there was a breach, then he could be charged with -- the
15   offenses related to that firearm as well as perjury,
16   obstruction of justice, and any prosecution not barred by
17   the statute of limitations related to that.
18            MR. CLARK:  I think Your Honor may be asking the
19   functionality of your involvement.  And the concept was
20   along the lines of a VOSR where a situation is brought to
21   the Court and the Court would make a factual determination
22   in the first instance that there was a violation of
23   supervised -- I mean, diversion is not supervised release,
24   but in some senses it can be, and so the idea was that the
25   Court would determine whether or not there was a violation

94

1    and then the government would move on to a remedy.
2             THE COURT:  First it got my attention because
3    you keep telling me that I have no role, I shouldn't be
4    reading this thing, I shouldn't be concerned about what's in
5    these provisions, but you have agreed that I will do that,
6    but you didn't ask me for sign off, so do you have any
7    precedent for that?
8             MR. WISE:  Your Honor, no.  No, I don't have
9    precedent.
10            THE COURT:  As I read it, tell me if I'm reading
11   this correctly, that under the agreement as you all have
12   drafted it the only way that charges could ever be brought
13   is if I have the hearing that you all agreed that I have to
14   have, right?
15            MR. WISE:  Yes.
16            THE COURT:  So if I don't have a hearing or make
17   a finding, no criminal charges can be pursued for the gun
18   charge or any other federal charge within the scope of the
19   agreement not to be prosecuted, right?
20            MR. WISE:  I believe that's right, Your Honor.
21            THE COURT:  So is there some requirement that
22   you have that I have to make that finding that you all
23   agreed that I would without asking?
24            MR. WISE:  Is there some --
25            THE COURT:  Requirement that says I have to make

95

1    that finding?
2             MR. WISE:  No.
3             THE COURT:  And you don't have any precedent for
4    that, right?
5             MR. WISE:  No, Your Honor.
6             THE COURT:  Do you have any authority that any
7    Court has ever accepted that or said that they would do
8    that?
9             MR. WISE:  No, Your Honor, this was crafted to
10   suit the facts and circumstances.
11            THE COURT:  I'm concerned that that provision
12   makes me a gatekeeper to criminal charges and puts me in the
13   middle of a decision as to whether to bring a charge.  And
14   we already talked about separation of powers and that choice
15   as to whether to bring charges is not -- that's the
16   executive branch, not the judicial branch, so is this even
17   constitutional?
18            MR. CLARK:  I believe it is, Your Honor, because
19   what the structure makes clear is that Your Honor is just
20   finding facts.
21            THE COURT:  But no charges -- usually in these
22   agreements, right, Mr. Clark, the prosecutor says we think
23   he breached, and I don't mean to point it out, I'm not
24   saying you're going to breach.
25            MR. CLARK:  I understand.

96

1             THE COURT:  We're doing a hypothetical.
2             MR. CLARK:  I understand the question.
3             THE COURT:  The prosecutor says there is a
4    breach, Judge, we got to move forward on the information.
5    You then come forward and you're like, Judge, he didn't
6    breach, review this, okay, so that's the standard.  The
7    government has -- the executive branch has already made a
8    determination we are going to proceed with the charges.
9    Now, the government cannot make the decision to proceed with
10   charges absent involving the Court.
11            MR. CLARK:  Respectfully, Your Honor, I don't
12   think that's the way it's structured and I do think the way
13   it's structured may get some way past your concern.  What it
14   is is that it's not that the government has decided to bring
15   charges, it's that the government believes there is a
16   breach.  In paragraph 14, the government brings the breach
17   to Your Honor and says we need a determination of whether
18   there is a breach.  So it's not a question that we've
19   decided what to opt into, we've decided what to do, we want
20   your -- it's Your Honor, we believe there is a factual
21   dispute between the parties, not a breach, we would like you
22   to make a factual determination.
23            THE COURT:  Why can't you do that in the normal
24   way?  As I read this, the government has no discretion to
25   bring charges if it believes that a breach has occurred

97

1    unless I opine.
2           MR. CLARK:  Can we approach and discuss one
3    issue with Your Honor?
4           THE COURT:  You mean because it's confidential?
5           MR. CLARK:  Yeah.
6           THE COURT:  Okay.  You're going to have to make
7    -- you're going to have to make a showing as to why.  As I
8    understand, once we're in court in the Third Circuit, it's
9    essentially strict scrutiny, so can you explain to me why
10   this is something that cannot go on the record?
11          MR. CLARK:  It relates to the plea discussions
12   between the parties generally which aren't discussed
13   publicly.
14          THE COURT:  I will allow you to have -- we will
15   have a discussion on the sealed portion, but you're going to
16   have to convince me that it needs to be maintained as
17   sealed.  All right?  Because I can't -- it's hard for me to
18   say that in the abstract if you're saying that's a plea
19   discussion.
20          MR. CLARK:  Your Honor, let me try to handle it
21   separately.  There was a desire because of there being as
22   Your Honor has seen a tremendous amount of political drag
23   with this Defendant that the normal mechanism that might
24   take place would have the protection of the Court not in the
25   discretion to bring a charge, but in finding a breach, and

98

1    so that that wouldn't be something that would become more
2    politicized, but rather would be something that the parties
3    could rely on, someone we consider a neutral arbiter to
4    determine the breach, not the charge.
5           THE COURT:  I understand.  Look, I knew why you
6    brought it, okay, I could see why you would want that
7    provision in here, but I don't -- you are putting me -- the
8    government, the executive branch has the discretion to bring
9    charges.  Here, the government does not have discretion to
10   continue to pursue this charge or any other charge unless
11   you include the Court.  And that seems like it's getting
12   outside of my lane in terms of what I am allowed to do.  And
13   thus, I have concerns about the constitutionality of this
14   provision.  That gives me concerns about the
15   constitutionality of this agreement because there doesn't
16   seem to be a separate severability, and that gives me
17   concerns about whether the Defendant has the protection from
18   prosecution that he thinks he's getting if this agreement
19   turns out to be not worth the paper it's written on.
20          MR. CLARK:  Your Honor, all --
21          THE COURT:  My concern is, and part of what I
22   have to do is knowing and voluntary, and I can't let him --
23   I'm not convinced this is a plea under subsection B, but
24   even if it is, and all I have to say is, is it knowing and
25   voluntary.  I can't let him plead to something if he thinks

99

1    he has protection and he doesn't.
2           MR. CLARK:  Absolutely, Your Honor.  I think the
3    analogy to a VOSR is not a bad analogy.  The government
4    comes to the Court and it says Your Honor, we believe there
5    has been a violation of supervised release.  Unless you,
6    Judge, make a factual finding that that's happened, we can't
7    do what we would normally do with regards to this Defendant.
8    Right?  And again, it's the fact and then the discretion.
9    Right?  And so here it's very analogous to that process
10   which is not a violation of separation of powers.  I
11   understand what your Your Honor is saying.
12          THE COURT:  I think I might need a little bit
13   more on this because it is confusing to me.  But let me --
14   or concerning I should say more than confusing.
15          Let me ask you this, if that provision violates
16   the constitution, what happens to the Diversion Agreement?
17          MR. CLARK:  If that provision violates the
18   constitution, the diversion -- first of all, I'm not aware
19   of a manner in which we can challenge the Diversion
20   Agreement, but if it did, I think we would say that, if it's
21   unconstitutional, right --
22          THE COURT:  The way I'm seeing it is the
23   government decides -- not to be politicized, the government
24   decides we're going to bring a charge and you say no, that's
25   prohibited by the Diversion Agreement, and the government

100

1    says that Diversion Agreement is unconstitutional.  You
2    don't have the protection of it.  So I'm not going to not
3    voice my concerns when I think that there are -- you know,
4    you telling me we're not going to challenge it, that really
5    doesn't --
6           MR. CLARK:  No, I'm not saying that, Your Honor.
7    Under those circumstances we would have a contractual
8    dispute about this contract between the government and us
9    and that would get litigated like any other contractual
10   dispute would get litigated.  That's what this is.
11          THE COURT:  But what if it is unconstitutional,
12   what happens to the Diversion Agreement?
13          MR. CLARK:  I think it's valid but for this
14   provision.
15          THE COURT:  Is there a severability provision?
16          MR. CLARK:  There isn't, but there is nothing
17   that says it is a unitary contract either, it's kind of half
18   and half.  There is no merger clause or severability clause,
19   so in my -- it's a toss up on that, right, Your Honor.
20          THE COURT:  So if I say that I am not going to
21   do what is requested, what you all have agreed that I am
22   going to do, what happens to the Diversion Agreement?
23          MR. CLARK:  If you're saying it right now in a
24   binding manner --
25          THE COURT:  I'm just asking you, I'm not making

101

1  a finding, I'm asking you because I'm trying to exercise due
2  deliberation and consideration and make sure that we don't
3  make a misstep.
4       So Mr. Wise, if I say I'm not doing it, your
5  contract has an impossibility in there because nothing can
6  happen, I understand Mr. Clark might say that's fine, Your
7  Honor, but the government, what happens if I say I'm not
8  going to do that, you can agree I'm going to do it, but I'm
9  not?
10       MR. WISE:  So in negotiating these terms we
11  obviously agreed to -- as Your Honor has pointed out, the
12  executive branch has the authority to bring charges, we have
13  agreed to a limitation, if you will, that is predicated on
14  the Court taking certain action.  If the Court declines to
15  take the action contemplated by the agreement, we would have
16  to examine whether there were other ways to seek the
17  enforcement of the agreement.
18       MR. CLARK:  And there is a way to modify the
19  agreement obviously between the parties, Your Honor, so by
20  written modification we could modify that provision if Your
21  Honor said I won't participate.
22       THE COURT:  All right.  So what are you talking
23  about?
24       MR. CLARK:  I'm saying that if Your Honor said
25  I've determined that this isn't proper, I'm not going to

102

1  participate, we would work on provision, paragraph 19 which
2  says that, you know, we can modify or add to the agreement
3  with the written consent of the parties and we would come up
4  with an alternative dispute resolution system.
5       I personally, Your Honor, I mean, again, I don't
6  mean to hang everything on a VOSR analogy, I have done many
7  of them in my life, I don't think it is unconstitutional, I
8  think it's very fair question from the Court, I don't think
9  it is, but I think if the Court were to determine it was not
10  appropriate, we would modify the contract and you would
11  determine on another dispute resolution.
12       MR. WISE:  The analogy that I would offer, Your
13  Honor, VOSR's statutory framework is many U.S. Attorney's
14  offices' practice around the country have proffer agreements
15  or Queen for a day agreements where a defendant -- a
16  defendant, a witness, a target will sit down, make certain
17  statements pursuant to an agreement and some of those
18  agreements have provisions that in the event that the
19  government believes there is a breach that they lied, they
20  will go to a judicial officer for a determination and if
21  that is the case and the agreement is deemed void, then
22  charges, for instance, 1001 charges making a false statement
23  to a law enforcement officer could be brought.  So I think
24  that's a similar -- those agreements unlike VOSR are not
25  governed by an elaborate statutory scheme, they're contracts

103

1  between United States and individuals, but it contemplates a
2  role for a judicial officer that then affects the ability of
3  the government to bring charges.
4       THE COURT:  I take your points on the analogy to
5  the VOSR, but I know, I asked if there is any precedent for
6  this, I was told no.  I was asked if there is any authority
7  for this, I was told no.  And I get the analogy, but I don't
8  think that I can on the fly make the analogy that you're
9  asking me to make or even, you know, you're telling me that
10  this is -- so that this is appropriate.  So I am not sure --
11  I'm not sure what to do with that.  It may be that you're
12  correct, that that's an appropriate analogy, but it may be
13  that you are not.
14       MR. CLARK:  May I propose something, Your Honor?
15  You don't have to -- there is no action again, not to -- I
16  know you don't necessarily want to hear that all the time,
17  that you have to take with a regular Diversion Agreement.
18  Can I propose that Your Honor can take time with regard to
19  this provision, inform the parties, and if you find that the
20  provision is improper, and we can even brief it to you, I'll
21  commit with the government that we'll work under
22  paragraph 19 to implement another procedure.  But again, I
23  don't think that needs to hold up today's disposition.
24       THE COURT:  The problem that I have, I'm not
25  sure that it doesn't.  Again, you all are telling me just

104

1  rubber stamp the agreement, Your Honor, because all we're
2  doing is recommending a plea.  But it seems like the
3  argument you're making is form over substance.  What's funny
4  to me is you put me right smack in the middle of the
5  Diversion Agreement that I should have no role in, you plop
6  meet right in there and then on the thing that I would
7  normally have the ability to sign off on or look at in the
8  context of a Plea Agreement, you just take it out and you
9  say Your Honor, don't pay any attention to that provision
10  not to prosecute because we put it in an agreement that's
11  beyond your ability.
12       So this is what I am going to do.  These
13  agreements are not straightforward and they contain some
14  atypical provisions.  I am not criticizing you for coming up
15  with those, I think that you have worked hard to come up
16  with creative ways to deal with this.  But I am not in a
17  position where I can decide to accept or reject the Plea
18  Agreement, so I need to defer it.
19       First, I don't know which rule this falls under.
20  I am not convinced that it is actually a plea under
21  subsection B, which you all suggest is me rubber stamping
22  the plea if it's a knowing plea.  But even if it were, I
23  have testimony under oath both that the Defendant is
24  concerned about ensuring that he has immunity from
25  additional charges, and also that well, he doesn't need that

105

1 in terms of the Plea Agreement. So I need to think about
2 that.
3          Additionally, I need some understanding as to
4 why this is a plea under B and that my concern about the
5 form over substance of the agreement not to prosecute is not
6 valid, or why I should do this. So I would like some
7 briefing, additional briefing on why subsection B is the
8 appropriate section, and if I were to determine that this
9 actually is a plea under subsection A, it would be helpful
10 to me to have your views on what it is that makes this plea
11 acceptable, because I'm not saying that it is not, but
12 nobody seems to really have given me that what I would need
13 if I were to determine that as I read this as a whole, I
14 think that that really is what is in front of me. So I need
15 that.
16          And then I would like as you offered, Mr. Clark,
17 you guys can go back and work on whether or not you can take
18 out that provision and come up with something else that's
19 acceptable, and while you do that, you might, though I'm not
20 trying to tell you how to negotiate the Diversion Agreement,
21 you might fix that one paragraph that you have orally
22 modified today.
23          I would like to understand why that provision,
24 if you want it to go forward is appropriate, and why I am
25 not doing something that gets me outside of my lane in terms

106

1 of my branch of government if I were to do what is being
2 requested.
3          Does that make sense?
4          MR. CLARK:  That makes sense, Your Honor.  I
5 think that the parties have been very eager to resolve this
6 matter, and it has been pending for an extended period of
7 time.
8          THE COURT:  It hasn't been pending for that long
9 a period of time, I know that when you guys first called,
10 you said you would send me the agreements on a Tuesday or a
11 Thursday and you wanted to have the hearing within a few
12 days.  I couldn't accommodate that schedule, but the fact
13 is, this is a -- this is our normal course of timing of
14 things and so I understand, and I certainly understand why
15 you want to get this resolved, but I am not in a position
16 where I can do that now.  So if you guys want to tell me
17 when you're thinking you can get me the papers that I'm
18 asking for.
19          MR. WISE:  Your Honor, we would -- what I would
20 anticipate is we'll need to order the transcript from
21 today's proceeding to address some of the issues you have
22 raised to make sure we're precisely addressing what you're
23 asking us to, so I think building in a little bit of time to
24 get the transcript and then a reasonable amount of time
25 after that to submit, I would say at least fourteen days.

107

1          MR. CLARK:  Fine with us, Your Honor.
2          MR. WISE:  I would also say, Your Honor, we're
3 not asking the Court to rubber stamp anything.
4          THE COURT:  It certainly sounds like it.  Tell
5 me again what you think my role is for a plea under
6 11(b)(1)(B).
7          MR. WISE:  It's not what I think the Court's
8 role --
9          THE COURT:  I agree, I read the rule, the rule
10 says I couldn't accept or reject, you're saying it's not a
11 rubber stamp, so what is it I do?
12          MR. WISE:  You don't take action on the Plea
13 Agreement.  What Rule 11(c) says is for Rule (c)(1)(B) the
14 Court must advised the Defendant that the Defendant has no
15 right to withdraw the plea if the Court does not follow the
16 recommendation or request.  So the rule does not contemplate
17 the Court taking any position on the agreement if it's a
18 (c)(1)(B), rather the rule requires the Court to give that
19 advisement, and that is the extent of the Court's role.  And
20 this has been briefed not in this circuit, but in other
21 circuits and we can certainly include that, that's not my
22 view --
23          THE COURT:  I certainly understand what -- if
24 it's a plea under subsection (c)(1)(B), I am not going to
25 just agree with you as to the limits of my role.  My problem

108

1 is I am not -- I am not sure, and I need to understand the
2 propriety, it may very well be that it is appropriate, but
3 as I said, it did catch my attention, you throw me in there,
4 Judge, you're the gatekeeper and then you take me out of the
5 other aspects of the -- you throw me into the Diversion
6 Agreement and then you take me out of the Memorandum of Plea
7 Agreement.
8          So I cannot accept the Plea Agreement today.  I
9 mean, based on what you just said, Mr. Wise, Mr. Clark, if
10 you want, I can accept a guilty plea while I defer my
11 decision on the Plea Agreement, which the Supreme Court said
12 is appropriate in the *Hyde* case, 520 U.S. 670 (1997), if
13 your client wants to plead guilty pending my determination
14 on the Plea Agreement.
15          MR. CLARK:  We're pleading guilty pursuant to
16 the Plea Agreement, Your Honor, so that would not be
17 something that we would do.
18          THE COURT:  Does that mean that I need to take a
19 plea of not guilty?
20          MR. CLARK:  I believe you do, Your Honor.
21          THE COURT:  All right.  So Mr. Biden, I know you
22 want to get this over with, and I'm sorry, but I do want to
23 make sure that I am careful in my view of this.  So I do
24 need some more information.  And part of that is making sure
25 that your plea gets you what you think it gets and part of

109

1    it is making sure that I do justice as I'm required to do in
2    this court.  So I need some additional information.  I'm not
3    saying I'm not going to reject the plea, I'm not saying I'm
4    going to accept the Plea Agreement.  I need more
5    information.
6           So at this point I'm just going to ask you,
7    without the Plea Agreement, without me saying that I would
8    agree to the Plea Agreement, how do you plead to the charges
9    that we have been discussing?
10          THE DEFENDANT:  Not guilty, Your Honor.
11          THE COURT:  Thank you.
12          So I will look forward to the parties'
13   submissions.  And after we have a chance to review those, we
14   will either issue an order as to what we're planning to do
15   with the plea or we'll have a status conference or we'll get
16   back here.
17          Do we need to do anything else?  I know that we
18   talked about we were on the clock now.  Can we exclude the
19   time, that gives me some time to look at these for
20   thirty days or not?
21          MR. CLARK:  I would imagine the Court can
22   exclude the time for briefing, yeah.
23          MR. WISE:  We agree, Your Honor.
24          THE COURT:  So we will do that.  And after we
25   see it, we will take a look and get back to you.

110

1           Mr. Biden, I need you to just stick around for a
2    minute after we adjourn.  I need you -- my deputy is going
3    to ask you to sign the release order that we talked about,
4    and then I need you to go downstairs to the marshals for
5    processing and to catch up with probation.
6           All right?
7           THE DEFENDANT:  Yes, Your Honor.
8           THE COURT:  Anything else that we need to talk
9    about while we are here today?
10          MR. WISE:  Not on behalf of the United States.
11          MR. CLARK:  No, Your Honor.
12          THE COURT:  Thank you.
13          (Court adjourned at 1:14 p.m.)
14
15          I hereby certify the foregoing is a true and
     accurate transcript from my stenographic notes in the proceeding.
16
17             /s/ Dale C. Hawkins
                 Official Court Reporter
18                 U.S. District Court
19
20
21
22
23
24
25

# $

**$1,045,850** [1] - 34:22
**$1,199,524** [2] - 24:4, 35:5
**$1,580,283** [1] - 34:11
**$1,593,329** [2] - 24:4, 35:6
**$100** [1] - 4:24
**$100,000** [2] - 5:3, 23:9
**$125,909** [1] - 33:11
**$13,630** [1] - 33:14
**$15,520** [1] - 34:6
**$197,000** [1] - 35:12
**$197,372** [1] - 34:23
**$2,187,286** [1] - 33:15
**$2,376,436** [1] - 33:9
**$2,659,014** [1] - 33:19
**$2,698,041** [1] - 33:13
**$204,000** [1] - 29:9
**$25** [2] - 5:6, 23:11
**$25,000** [1] - 30:2
**$250,000** [1] - 4:23
**$30,000** [1] - 74:4
**$38,465** [2] - 31:8, 33:16
**$4,247** [1] - 33:20
**$447,234** [1] - 34:13
**$45,661** [1] - 34:14
**$48,000** [1] - 29:2
**$492,000** [1] - 35:11
**$492,895** [1] - 34:12
**$50** [1] - 25:16
**$500,000** [2] - 28:25, 66:9
**$581,713** [1] - 33:12
**$600,000** [1] - 29:25
**$620,901** [1] - 33:17
**$659,366** [1] - 33:16
**$664,000** [2] - 28:24, 66:3
**$666,666** [2] - 28:23, 65:24
**$70,000** [1] - 29:1
**$710,598** [1] - 33:10
**$758,000** [1] - 31:19
**$939,000** [1] - 30:21
**$955,800** [2] - 33:23, 35:11
**$956,632** [2] - 33:25, 35:11

# '

**'14** [1] - 58:14
**'19** [1] - 58:14

# /

**/s** [1] - 110:17

# 1

**1** [16] - 21:18, 22:25, 23:22, 27:5, 27:6, 28:21, 30:19, 35:9, 40:12, 60:10, 61:22, 62:9, 83:13, 88:8, 88:23, 89:6
**1(b)(1.3)** [1] - 24:9
**1,100** [1] - 27:3
**1.9** [1] - 35:14
**10** [4] - 25:15, 86:4, 86:10, 86:11
**1001** [1] - 102:22
**1040** [6] - 33:9, 33:14, 34:5, 34:9, 34:10, 34:19
**10:00** [1] - 1:9
**11** [3] - 25:17, 87:2
**11(B** [2] - 18:1, 18:18
**11(b)(1)(B)** [1] - 107:6
**11(c)** [1] - 107:13
**11(c)(1)(A** [6] - 18:11, 18:14, 18:24, 19:6, 19:18, 47:4
**11(c)(1)(B** [4] - 17:11, 17:23, 41:8, 41:17
**11(c)(1)(C** [2] - 17:17, 18:15
**11(c)(3)(B)** [1] - 18:3
**1120** [2] - 33:12, 33:18
**12** [4] - 25:24, 34:11, 36:18, 87:6
**12th** [1] - 92:10
**13** [4] - 26:15, 83:17, 87:14, 87:15
**14** [6] - 83:17, 87:13, 87:19, 88:8, 92:23, 96:16
**15** [8] - 31:15, 32:9, 40:3, 40:7, 53:11, 57:18, 57:21, 89:1
**15th** [4] - 28:13, 28:16, 31:10, 34:19
**16** [3] - 24:15, 89:15
**17** [1] - 30:15
**17th** [1] - 71:10
**18** [7] - 4:12, 34:15, 34:23, 77:11, 83:25, 89:24, 90:17
**18th** [2] - 33:6, 33:22
**19** [3] - 90:2, 102:1, 103:22
**1996** [1] - 12:13
**1997** [1] - 108:12
**1:14** [1] - 110:13

# 1st

**1st** [3] - 56:22, 71:15, 71:18

# 2

**2** [6] - 23:6, 60:25, 83:18, 88:13, 88:23
**2.1** [7] - 27:20, 63:10, 63:14, 70:13, 70:20, 70:25, 81:10
**2.3** [3] - 27:20, 63:9, 81:10
**2.6** [4] - 31:2, 69:23, 70:7, 70:22
**2003** [1] - 13:11
**2010** [1] - 63:3
**2014** [2] - 26:11, 58:20
**2015** [1] - 27:23
**2016** [5] - 27:25, 34:4, 34:10, 34:11, 35:12
**2017** [32] - 27:11, 27:17, 27:20, 28:1, 28:3, 28:20, 29:3, 29:6, 29:22, 30:5, 30:16, 30:17, 31:16, 32:12, 32:14, 33:8, 33:9, 33:12, 33:25, 34:6, 35:12, 62:10, 62:11, 62:22, 62:24, 63:9, 63:11, 65:10, 73:6, 81:10, 81:15
**2018** [34] - 14:17, 14:21, 15:10, 27:20, 28:7, 29:5, 29:23, 30:2, 30:15, 30:19, 31:2, 31:9, 31:17, 32:7, 32:12, 32:14, 33:8, 33:14, 33:18, 34:2, 35:12, 37:19, 63:10, 63:14, 68:21, 70:7, 70:20, 72:15, 73:6, 81:10, 81:15, 81:16, 84:1
**2019** [24] - 15:17, 26:12, 27:12, 29:6, 31:10, 31:15, 31:20, 31:25, 32:2, 32:4, 32:9, 32:10, 34:19, 34:22, 35:12, 58:20, 62:12, 71:3, 71:7, 71:8, 71:10, 72:16, 72:19, 81:16
**2020** [8] - 32:14, 32:18, 33:6, 34:3, 34:9, 34:11, 34:20, 73:5
**2021** [4] - 28:6, 33:22, 34:15, 34:24
**2023** [3] - 1:8, 92:9, 92:10

# 21

**21** [1] - 9:6
**22** [1] - 30:19
**22nd** [1] - 68:21
**23-274** [3] - 3:25, 4:14, 11:4
**23-61** [2] - 4:8, 36:15
**23-61(MN)** [1] - 1:6
**23-cr-61-MN** [1] - 2:25
**23-mj-274(MN)** [1] - 1:5
**23-mj-274-MN** [1] - 3:4
**23cr61** [1] - 83:22
**24-month** [1] - 83:18
**26** [3] - 1:8, 4:17, 23:5
**27** [1] - 32:18

# 3

**3** [5] - 23:14, 61:10, 61:20, 83:20
**3(e)(1.1)(a** [1] - 24:13
**3(e)(1.1)(b** [1] - 24:19
**34** [1] - 8:10
**3553(a** [1] - 77:11

# 4

**4** [2] - 23:23, 84:2
**40702** [1] - 8:11
**48(b** [1] - 85:9
**48,000** [1] - 66:14

# 5

**5** [2] - 24:1, 84:7
**5(b** [1] - 53:10
**520** [1] - 108:12
**5A** [5] - 24:2, 27:2, 35:3, 35:19
**5b** [1] - 36:13
**5B** [1] - 52:7

# 6

**6** [2] - 25:3, 84:16
**670** [1] - 108:12

# 7

**7** [3] - 25:6, 84:25, 91:25
**7203** [2] - 4:18, 23:5

# 8

**8** [2] - 25:9, 85:11
**802** [1] - 9:6
**844** [1] - 1:11

# 9

**9** [4] - 25:12, 75:19, 75:21, 85:18
**900** [1] - 19:24
**922(g)(3** [4] - 4:13, 83:25, 91:2, 91:23
**922(g)(3)** [1] - 90:17
**924(a)(2)** [2] - 4:13, 83:25

# A

**a.m** [1] - 1:9
**abide** [2] - 87:16, 91:10
**ability** [7] - 19:8, 31:18, 75:21, 76:15, 103:2, 104:7, 104:11
**able** [5] - 20:5, 59:18, 73:1, 73:2, 81:18
**abolished** [1] - 78:7
**absent** [2] - 60:12, 96:10
**absolutely** [1] - 99:2
**abstract** [1] - 97:18
**abuse** [6] - 9:22, 27:22, 28:7, 64:3, 86:17, 86:18
**abusing** [1] - 27:24
**accept** [12] - 17:19, 18:7, 18:15, 18:19, 40:18, 40:22, 45:10, 47:8, 47:11, 47:14, 51:14, 61:17, 82:16, 104:17, 107:10, 108:8, 108:10, 109:4
**acceptable** [2] - 105:11, 105:19
**acceptance** [3] - 24:11, 24:14, 24:16
**accepted** [2] - 84:17, 95:7
**accepting** [1] - 19:3
**access** [1] - 45:24
**accommodate** [1] - 106:12
**accordance** [1] - 7:23
**according** [1] - 72:18
**account** [5] - 30:20, 30:24, 68:22, 73:19
**accountant** [13] - 29:4, 29:5, 29:19, 29:20, 29:23, 30:1, 31:11, 31:12, 32:11, 32:13, 66:20, 74:17, 74:18
**accountants** [10] - 32:20, 32:24, 33:4, 34:4, 73:20, 73:22,

74:11, 74:14, 74:21
**accounts** [1] - 73:14
**accrued** [2] - 34:16, 34:24
**accuracy** [3] - 9:19, 32:22, 70:16
**accurate** [4] - 32:21, 37:12, 87:5, 110:15
**accurately** [1] - 39:3
**acknowledge** [1] - 25:22
**acknowledged** [1] - 89:13
**acknowledges** [1] - 87:2
**acknowledging** [1] - 32:21
**acknowledgment** [1] - 84:20
**acquited** [1] - 79:23
**Act** [3] - 7:2, 25:25, 55:8
**acted** [2] - 69:16, 69:17
**action** [5] - 3:23, 101:14, 101:15, 103:15, 107:12
**ACTION** [2] - 1:4, 1:6
**Action** [5] - 3:25, 4:8, 4:14, 11:4, 36:15
**actions** [2] - 29:16, 84:17
**actively** [2] - 8:24, 86:15
**activities** [1] - 26:2
**actual** [1] - 73:21
**add** [2] - 35:13, 102:2
**addict** [1] - 91:3
**addicted** [2] - 4:12, 83:24
**addiction** [10] - 13:1, 13:4, 13:6, 13:24, 28:4, 31:6, 64:10, 64:15, 81:18, 91:15
**addition** [3] - 34:3, 70:1, 70:3
**additional** [17] - 8:19, 24:18, 25:21, 26:11, 29:25, 33:17, 38:4, 38:17, 42:22, 49:2, 49:9, 50:4, 78:16, 86:11, 104:25, 105:7, 109:2
**additionally** [1] - 105:3
**additions** [1] - 90:9
**address** [4] - 10:15, 35:22, 38:7, 106:21
**addressed** [3] - 21:4, 37:19, 47:23

**addresses** [2] - 25:24, 37:17
**addressing** [1] - 106:22
**adequately** [1] - 19:7
**adjourn** [1] - 110:2
**adjourned** [1] - 110:13
**administrative** [1] - 29:10
**admission** [1] - 58:15
**admits** [2] - 23:20, 23:21
**admitted** [1] - 91:17
**adverse** [2] - 5:25, 7:8
**advice** [4] - 16:23, 22:7, 60:23, 75:25
**advise** [1] - 8:12
**advised** [4] - 29:24, 30:11, 31:12, 107:14
**advisement** [1] - 107:19
**advisors** [1] - 64:21
**affect** [2] - 19:8, 26:22
**affects** [1] - 103:2
**affiliated** [2] - 40:15, 89:9
**afford** [5] - 5:10, 5:11, 77:13
**Agents** [1] - 55:7
**ago** [1] - 43:13
**agree** [24] - 7:21, 8:4, 17:14, 17:21, 20:19, 25:22, 42:1, 42:2, 46:7, 46:8, 49:5, 55:18, 56:14, 57:20, 58:2, 78:3, 80:11, 85:12, 89:18, 101:8, 107:9, 107:25, 109:8, 109:23
**agreed** [12] - 24:21, 26:16, 41:25, 53:23, 77:25, 83:6, 94:5, 94:13, 94:23, 100:21, 101:11, 101:13
**agreeing** [2] - 42:20, 46:2
**agreement** [124] - 3:7, 6:16, 17:8, 18:16, 18:19, 20:7, 22:8, 22:18, 22:20, 26:13, 38:16, 39:2, 39:3, 39:7, 39:10, 39:20, 40:2, 40:4, 40:5, 40:9, 40:13, 40:18, 41:4, 41:9, 41:19, 41:23, 41:24, 42:2, 42:13, 42:14, 42:20, 42:21, 42:23, 43:16, 43:18, 43:19, 43:25,

44:8, 44:15, 45:2, 45:10, 45:17, 45:20, 45:21, 46:10, 46:17, 46:23, 46:24, 47:4, 48:3, 50:19, 50:20, 50:21, 50:23, 51:1, 51:12, 51:20, 51:21, 54:5, 54:11, 54:13, 54:15, 54:25, 56:2, 57:15, 58:19, 60:7, 60:8, 62:3, 75:20, 82:20, 82:22, 83:3, 83:13, 83:15, 84:3, 84:11, 84:19, 84:22, 84:23, 84:24, 85:12, 87:4, 87:23, 88:5, 88:6, 88:19, 88:25, 89:1, 89:3, 89:17, 89:24, 90:1, 90:2, 90:3, 90:4, 90:5, 90:8, 90:9, 91:10, 91:12, 91:13, 92:6, 92:7, 92:17, 92:25, 93:2, 93:7, 94:11, 94:19, 98:15, 98:18, 101:15, 101:17, 101:19, 102:2, 102:17, 102:21, 104:1, 104:10, 105:5, 107:17
**Agreement** [123] - 6:12, 6:14, 10:20, 17:7, 21:15, 21:23, 24:7, 36:14, 39:12, 39:15, 39:17, 39:19, 39:22, 39:24, 40:7, 40:11, 40:13, 40:19, 40:23, 41:25, 42:16, 43:20, 43:22, 44:1, 44:4, 44:8, 44:23, 44:25, 45:4, 45:6, 45:9, 45:11, 45:14, 46:8, 46:17, 46:25, 47:3, 51:4, 51:9, 51:10, 51:17, 51:24, 52:2, 52:4, 52:5, 52:6, 52:8, 52:12, 52:14, 52:15, 52:18, 52:20, 53:2, 53:4, 53:12, 53:13, 53:17, 53:20, 53:21, 53:24, 54:7, 54:8, 55:2, 55:4, 55:12, 55:14, 56:4, 57:15, 57:16, 57:18, 59:6, 59:13, 59:22, 61:21, 62:1, 81:17, 82:11, 82:13, 82:14, 82:16, 82:17, 82:25, 83:1, 83:5, 83:8, 87:18, 87:20, 89:6, 89:7, 89:22,

90:3, 91:5, 91:6, 92:3, 93:13, 99:16, 99:20, 99:25, 100:1, 100:12, 100:22, 103:17, 104:5, 104:8, 104:18, 105:1, 105:20, 107:13, 108:6, 108:7, 108:8, 108:11, 108:14, 108:16, 109:4, 109:7, 109:8
**agreements** [20] - 10:20, 10:23, 20:13, 41:10, 41:13, 41:14, 43:15, 45:23, 51:11, 82:19, 87:17, 90:7, 92:19, 95:22, 102:14, 102:15, 102:18, 102:24, 104:13, 106:10
**agrees** [16] - 19:14, 23:1, 25:15, 25:25, 40:8, 58:18, 84:7, 84:10, 84:25, 85:5, 85:7, 87:3, 87:4, 87:6, 87:16, 89:2
**ahead** [2] - 83:5, 86:9
**alcohol** [6] - 9:4, 9:16, 13:24, 14:13, 27:24, 86:17
**alcoholic** [2] - 15:15, 15:20
**alcoholism** [1] - 14:3
**alleged** [1] - 87:12
**allow** [2] - 76:18, 97:14
**allowed** [1] - 98:12
**almost** [3] - 19:24, 30:22, 31:21
**alone** [2] - 41:13, 41:23
**alternative** [1] - 102:4
**amend** [1] - 81:24
**Amendment** [1] - 85:8
**AMERICA** [1] - 1:3
**America** [1] - 83:9
**amount** [14] - 24:3, 26:1, 26:8, 27:2, 35:3, 35:16, 36:23, 37:15, 38:12, 72:25, 74:1, 75:3, 97:22, 106:24
**amounts** [2] - 74:8, 81:19
**analogous** [1] - 99:9
**analogy** [8] - 99:3, 102:6, 102:12, 103:4, 103:7, 103:8, 103:12

**analysis** [1] - 47:7
**Angeles** [1] - 28:8
**anonymity** [1] - 71:23
**answer** [4] - 11:12, 11:13, 55:15, 58:8
**answered** [1] - 40:17
**answering** [1] - 44:12
**answers** [2] - 11:14, 38:2
**anticipate** [4] - 60:1, 76:21, 79:6, 106:20
**anyplace** [1] - 51:17
**apart** [1] - 69:7
**apologies** [1] - 86:9
**apologize** [1] - 43:11
**appeal** [2] - 75:22, 76:18
**appear** [1] - 8:16
**appearance** [4] - 2:24, 3:11, 4:1, 4:2
**Appearance** [1] - 1:9
**appearances** [1] - 10:15
**APPEARANCES** [2] - 1:16, 2:1
**appellant** [5] - 25:12, 75:19, 75:20, 76:10, 76:24
**applicable** [2] - 85:5, 86:12
**application** [1] - 24:16
**applies** [1] - 48:16
**appointment** [1] - 5:12
**appreciate** [2] - 43:6, 72:9
**apprise** [1] - 18:1
**approach** [1] - 97:2
**appropriate** [14] - 7:5, 8:5, 46:6, 48:16, 60:13, 77:22, 78:4, 102:10, 103:10, 103:12, 105:8, 105:24, 108:2, 108:12
**approval** [1] - 83:15
**approved** [1] - 51:5
**approximate** [1] - 74:1
**April** [9] - 28:13, 28:19, 29:23, 30:2, 30:15, 31:10, 31:20, 81:15
**arbiter** [1] - 98:3
**areas** [1] - 57:21
**argument** [1] - 104:3
**arguments** [1] - 49:21
**arising** [3] - 84:14, 85:6, 85:16
**arraigned** [1] - 51:6
**arrest** [1] - 10:9

arriving [1] - 38:7
articulated [1] - 25:4
aside [1] - 38:6
aspects [1] - 108:5
assert [1] - 85:8
assessed [16] - 26:4, 33:10, 33:13, 33:15, 33:20, 33:23, 33:25, 34:12, 34:23, 36:19, 36:22, 37:12, 37:14, 37:18, 75:2
assessment [6] - 4:24, 5:6, 23:11, 25:16, 37:4, 78:22
asset [1] - 67:20
assistance [1] - 79:15
assistant [1] - 29:10
associated [5] - 26:4, 29:22, 36:20, 65:16, 80:16
attached [10] - 20:12, 21:18, 23:22, 25:18, 40:10, 40:12, 52:22, 61:21, 89:4, 89:5
attachment [4] - 21:19, 25:20, 26:17
Attachment [11] - 21:19, 22:12, 22:14, 24:6, 25:18, 40:11, 84:18, 85:4, 87:3, 88:17, 89:5
attachments [1] - 19:24
attempt [3] - 2:17, 9:18, 89:11
attempted [1] - 29:8
attempting [1] - 85:20
attempts [1] - 85:24
attend [2] - 71:18, 71:20
attended [1] - 13:3
attending [1] - 71:21
attention [3] - 94:2, 104:9, 108:3
attorney [9] - 5:9, 5:10, 5:12, 22:5, 27:10, 31:11, 69:10, 75:23, 84:13
Attorney [4] - 4:9, 4:15, 20:15, 20:16
Attorney's [3] - 49:13, 83:10, 102:13
ATTORNEY'S [1] - 1:18
attributable [1] - 26:2
atypical [1] - 104:14
authorities [2] - 6:19, 6:20
authority [5] - 41:18, 46:5, 95:6, 101:12,

103:6
authorized [1] - 8:10
automatic [1] - 28:15
available [2] - 30:17, 30:21
averring [1] - 32:20
aware [3] - 46:4, 49:9, 99:18

## B

B-I-D-E-N [1] - 11:24
Background [1] - 85:23
bad [2] - 84:9, 99:3
balance [4] - 30:23, 33:11, 33:17, 34:13
balances [1] - 31:23
ball [1] - 56:15
bank [3] - 30:20, 68:22, 73:13
bar [3] - 12:14, 22:10, 22:12
bargain [7] - 19:5, 19:6, 19:10, 19:12, 19:13, 46:13, 51:23
bargaining [4] - 41:24, 47:20
barred [1] - 88:18, 93:16
based [20] - 3:23, 3:25, 16:11, 20:7, 23:1, 29:4, 35:20, 36:25, 37:2, 37:3, 38:1, 44:7, 54:20, 54:24, 55:3, 59:18, 60:11, 64:7, 85:1, 108:9
basis [2] - 49:16, 79:8
become [1] - 98:1
BEFORE [1] - 1:13
began [3] - 30:5, 32:3, 32:13
beginning [3] - 13:11, 29:22, 83:14
begun [1] - 17:25
behalf [7] - 2:22, 26:6, 31:22, 35:11, 36:22, 79:17, 110:10
believes [6] - 87:9, 87:20, 92:24, 96:15, 96:25, 102:19
below [1] - 65:5
benefit [1] - 46:12
Benjamin [1] - 2:22
BENJAMIN [1] - 1:19
BERGER [1] - 2:5
best [2] - 13:9, 46:11
better [1] - 73:9
between [19] - 37:7,

44:8, 44:25, 46:10, 57:11, 57:16, 57:19, 71:13, 72:5, 88:20, 90:4, 90:6, 91:7, 91:13, 96:21, 97:12, 100:8, 101:19, 103:1
beverage [2] - 15:15, 15:20
beyond [5] - 61:13, 79:20, 79:22, 80:9, 104:11
Biden [100] - 2:25, 3:3, 3:15, 4:8, 5:8, 5:19, 6:18, 10:7, 11:5, 11:23, 16:12, 27:9, 27:10, 27:21, 27:23, 28:4, 28:10, 28:14, 28:20, 29:3, 29:8, 29:9, 29:12, 29:13, 29:15, 29:16, 29:21, 29:24, 29:25, 30:1, 30:5, 30:7, 30:16, 30:19, 30:22, 31:1, 31:6, 31:10, 31:12, 31:15, 31:17, 31:20, 31:25, 32:1, 32:10, 32:16, 32:18, 32:23, 33:1, 33:6, 33:9, 33:12, 33:14, 33:19, 34:7, 34:10, 34:11, 34:14, 34:18, 34:22, 37:25, 39:2, 40:8, 40:15, 45:4, 63:18, 68:4, 69:10, 73:10, 73:12, 75:20, 81:23, 82:10, 83:11, 83:20, 84:2, 84:7, 84:17, 84:25, 85:12, 85:19, 86:13, 87:2, 87:6, 87:15, 87:24, 88:1, 88:4, 88:9, 88:11, 88:13, 89:3, 89:8, 89:10, 90:5, 90:6, 90:11, 90:16, 108:21, 110:1
BIDEN [2] - 1:6, 11:25
Biden's [17] - 28:7, 29:6, 29:15, 29:20, 30:10, 32:14, 33:4, 33:23, 33:25, 34:4, 34:8, 35:10, 37:23, 74:10, 84:19, 90:12
big [1] - 41:16
bilateral [3] - 44:8, 46:10, 57:16
bind [1] - 38:16
binding [4] - 34:22, 44:25, 89:14, 100:24
binds [1] - 17:18
bit [1] - 10:23, 18:21,

40:2, 45:20, 54:11, 56:10, 56:15, 59:7, 69:23, 82:18, 82:24, 99:12, 106:23
board [2] - 27:12, 62:12
Bohai [1] - 62:16
Boise [6] - 63:3, 63:10, 63:17, 63:22, 66:16, 69:9
bond [1] - 10:10
book [1] - 64:9
bottom [2] - 66:18, 67:2
bought [1] - 91:15
bound [3] - 18:2, 25:22, 79:7
Brady [3] - 7:3, 7:6, 7:12
branch [6] - 95:16, 96:7, 98:8, 101:12, 106:1
Branch [4] - 20:24, 21:9, 21:12, 48:11
breach [26] - 83:17, 87:11, 87:13, 87:15, 87:18, 87:20, 88:4, 88:7, 88:10, 88:11, 88:24, 92:24, 93:3, 93:5, 93:14, 95:24, 96:4, 96:6, 96:16, 96:18, 96:21, 96:25, 97:25, 98:4, 102:19
breached [2] - 91:8, 95:23
Brey [1] - 83:16
brief [3] - 43:8, 57:7, 103:20
briefed [1] - 107:20
briefing [3] - 105:7, 109:22
bring [22] - 19:14, 20:17, 20:23, 41:2, 45:15, 46:23, 53:18, 53:23, 54:25, 55:2, 55:7, 84:8, 91:12, 95:13, 95:15, 96:14, 96:25, 97:25, 98:8, 99:24, 101:12, 103:3
bringing [1] - 91:21
brings [1] - 96:16
broad [5] - 25:12, 46:17, 46:20, 76:9, 83:2
broader [1] - 58:5
broadly [1] - 57:23
brother [1] - 27:23
brought [14] - 19:15, 20:9, 20:14, 21:3, 48:8, 49:2, 49:10,

49:19, 54:20, 85:3, 93:20, 94:12, 98:6, 102:23
Buckson [1] - 11:18
building [1] - 106:23
bunch [1] - 45:23
burden [1] - 80:8
Burisma [3] - 62:16, 66:12, 66:13
business [35] - 27:11, 27:14, 28:4, 28:22, 28:23, 29:2, 29:11, 29:14, 30:11, 31:3, 31:4, 31:6, 32:25, 33:2, 35:20, 64:18, 64:19, 64:20, 64:22, 65:6, 65:12, 65:24, 66:21, 68:15, 69:23, 69:25, 70:23, 73:7, 73:14, 73:17, 73:19, 73:20, 73:24
businesses [4] - 40:15, 64:25, 70:13, 89:9
businessman [1] - 27:10
BY [4] - 1:19, 1:20, 2:3, 2:6

## C

c)(1)(A [6] - 19:11, 41:8, 41:18, 47:25, 48:3, 51:16
c)(1)(B [4] - 51:25, 107:13, 107:18, 107:24
c)(1)(B) [1] - 51:15
calculated [1] - 77:16
calculating [2] - 53:9, 53:14
calculation [3] - 36:4, 38:2, 79:1
calendar [5] - 28:13, 28:20, 65:10, 81:15, 81:16
California [7] - 32:2, 32:11, 32:13, 32:19, 32:24, 33:4, 34:4
candid [1] - 84:19
cannot [5] - 54:25, 55:2, 96:9, 97:10, 108:8
capable [1] - 16:13
capacity [2] - 27:18, 63:22
car [1] - 31:23
card [1] - 31:23
cards [1] - 73:13
care [1] - 12:23

careful [1] - 108:23
carefully [1] - 22:19
case [34] - 3:7, 5:3, 16:20, 16:24, 18:3, 19:2, 19:9, 19:24, 20:12, 21:22, 23:15, 35:13, 36:3, 43:15, 44:22, 45:21, 45:22, 46:3, 46:18, 54:5, 54:6, 68:18, 69:19, 77:3, 80:7, 80:20, 82:12, 82:23, 83:22, 84:15, 90:19, 92:12, 102:21, 108:12
cases [7] - 3:23, 4:3, 5:20, 10:19, 11:6, 21:21, 91:14
cash [2] - 30:24, 31:22
cast [1] - 20:8
catch [3] - 74:22, 108:3, 110:5
categorizing [1] - 73:23
caveat [2] - 41:15, 41:16
CEFC [2] - 65:17, 66:8
CEO [4] - 28:22, 31:4, 65:12, 69:24
certain [5] - 24:1, 33:1, 73:6, 101:14, 102:16
certainly [5] - 2:16, 106:14, 107:4, 107:21, 107:23
certify [1] - 110:15
chain [1] - 70:16
chairman [1] - 65:20
challenge [9] - 23:1, 60:11, 60:13, 60:17, 76:15, 77:7, 81:24, 99:19, 100:4
challenges [1] - 90:24
chance [2] - 77:6, 109:13
change [4] - 6:22, 8:14, 47:6, 67:23
changed [1] - 67:18
characterization [2] - 67:13, 68:5
charge [37] - 3:11, 3:12, 3:24, 4:22, 6:12, 19:5, 19:6, 19:10, 19:12, 23:4, 36:16, 41:2, 41:23, 43:4, 47:20, 52:20, 54:23, 55:7, 80:10, 82:18, 84:8, 84:9, 85:15, 89:23, 90:19, 91:16, 91:22, 91:23, 92:2, 94:18, 95:13,

97:25, 98:4, 98:10, 99:24
charged [4] - 5:23, 21:9, 91:18, 93:14
charges [73] - 4:1, 4:10, 4:16, 4:19, 6:4, 6:8, 7:9, 11:4, 16:15, 16:20, 19:14, 19:15, 20:9, 20:14, 20:17, 20:23, 21:3, 41:3, 41:4, 42:3, 42:17, 45:15, 45:16, 45:17, 46:3, 46:24, 48:1, 48:8, 48:23, 49:1, 49:2, 49:10, 49:11, 49:19, 49:22, 50:4, 53:19, 53:22, 53:23, 53:25, 54:5, 54:20, 54:25, 55:3, 58:20, 58:21, 58:22, 60:14, 79:23, 83:22, 85:2, 85:3, 85:6, 85:16, 90:16, 91:12, 94:12, 94:17, 95:12, 95:15, 95:21, 96:8, 96:10, 96:15, 96:25, 98:9, 101:12, 102:22, 103:3, 104:25, 109:8
charging [2] - 2:25, 3:4
charts [1] - 73:15
Check [1] - 85:23
chief [2] - 46:7, 83:15
children [1] - 31:22
Chinese [13] - 27:13, 28:22, 28:24, 31:4, 62:13, 62:16, 62:20, 65:12, 65:13, 65:17, 66:3, 69:24, 70:12
choice [2] - 5:11, 95:14
choose [1] - 20:4
CHRISTOPHER [1] - 2:3
Circuit [2] - 90:19, 97:8
circuit [2] - 47:24, 107:20
circuits [1] - 107:21
circumstances [2] - 19:9, 95:10, 100:7
claim [1] - 88:2
claims [1] - 84:13
clarified [1] - 70:4
clarify [3] - 9:8, 43:14, 57:11
Clark [13] - 3:15, 5:16, 7:15, 7:22, 16:20, 17:14, 49:5, 82:5, 90:14, 95:22, 101:6,

105:16, 108:9
CLARK [91] - 2:3, 2:3, 3:16, 3:21, 4:5, 6:16, 7:16, 7:23, 8:1, 10:4, 10:18, 13:17, 14:18, 16:8, 17:15, 17:21, 20:19, 21:1, 21:8, 36:2, 36:10, 37:2, 37:21, 39:11, 39:16, 42:5, 43:1, 43:6, 43:11, 43:24, 44:7, 44:18, 44:21, 49:8, 50:24, 54:1, 55:14, 55:17, 56:3, 56:12, 56:20, 57:1, 57:5, 57:10, 58:1, 58:6, 58:24, 63:15, 67:14, 67:17, 68:5, 68:9, 69:9, 70:8, 70:14, 72:5, 73:9, 74:3, 74:21, 82:8, 90:15, 90:21, 91:9, 92:4, 92:9, 93:8, 93:18, 95:18, 95:25, 96:2, 96:11, 97:2, 97:5, 97:11, 97:20, 98:20, 99:2, 99:17, 100:6, 100:13, 100:16, 100:23, 101:18, 101:24, 103:14, 106:4, 107:1, 108:15, 108:20, 109:21, 110:11
clause [2] - 100:18
clear [10] - 13:17, 15:18, 15:23, 17:14, 17:16, 37:21, 40:16, 44:23, 48:9, 95:19
CLERK [3] - 11:20, 43:7, 57:6
client [6] - 42:5, 43:17, 44:21, 45:1, 49:22, 108:13
client's [2] - 16:7, 49:15
clients [1] - 28:5
clock [3] - 56:8, 56:13, 109:18
close [2] - 13:12, 73:10
cocaine [1] - 27:25
Code [8] - 4:13, 4:18, 8:10, 9:6, 23:5, 77:11, 83:25, 90:17
collapse [3] - 27:25, 28:2, 64:15
collapsed [3] - 64:23, 65:1, 65:3
collection [1] - 8:9
Columbia [1] - 12:17

combined [3] - 24:3, 35:6, 35:8
comfortable [2] - 58:4, 58:9
coming [1] - 104:14
commencement [1] - 88:21
commented [1] - 29:13
comments [1] - 10:3
commit [2] - 86:25, 103:21
commitments [1] - 85:19
committed [2] - 5:23, 88:4
common [1] - 61:23
communicate [2] - 8:24, 86:22
companies [6] - 55:6, 62:14, 62:20, 65:4, 66:5
company [23] - 27:12, 28:22, 28:25, 29:1, 31:3, 31:5, 62:12, 62:15, 62:21, 64:22, 65:4, 65:11, 65:13, 65:15, 65:17, 65:20, 65:21, 66:4, 66:10, 69:24, 69:25, 70:12
compensation [1] - 27:15
competence [1] - 16:7
competent [1] - 16:12
complete [2] - 15:1, 90:5
completed [2] - 15:3, 15:5
completely [3] - 42:15, 71:14, 90:25
completion [1] - 15:2
complies [1] - 84:2
comport [1] - 26:23
compressed [1] - 73:11
compromise [1] - 49:20
concede [1] - 73:22
concept [1] - 93:19
conception [1] - 50:25
concern [5] - 68:2, 91:21, 96:13, 98:21, 105:4
concerned [6] - 50:17, 51:19, 56:4, 94:4, 95:11, 104:24
concerning [1] - 99:14
concerns [1] - 7:15, 7:22, 16:9, 44:3, 82:6, 90:18, 92:6,

98:13, 98:14, 98:17, 100:3
concur [1] - 21:1
conditions [13] - 7:20, 8:6, 8:20, 9:25, 10:3, 10:8, 76:18, 78:15, 83:12, 84:24, 86:11, 89:16, 90:8
conduct [18] - 3:10, 4:2, 24:5, 24:8, 24:11, 35:4, 35:15, 40:15, 52:10, 53:9, 53:14, 84:1, 85:3, 88:16, 89:8, 89:18, 89:20, 89:22
confer [1] - 12:2
conference [1] - 109:15
confident [2] - 76:5, 76:7
confidential [1] - 97:4
confirm [1] - 7:2
confused [2] - 59:8, 70:6
confusing [2] - 99:13, 99:14
conglomerate [4] - 28:23, 31:4, 65:12, 69:25
Connecticut [1] - 12:18
connection [6] - 21:22, 32:25, 39:19, 40:18, 43:19, 45:10
consent [2] - 85:22, 102:3
consented [1] - 89:16
consequences [1] - 7:5
conservative [1] - 71:12
consider [4] - 19:18, 77:15, 77:20, 98:3
consideration [4] - 11:2, 84:19, 84:21, 101:2
considered [2] - 53:8, 53:13
consistent [1] - 92:15
constitute [3] - 24:8, 87:18, 89:19
constitutes [4] - 87:11, 89:25, 90:1, 90:5
constitution [2] - 99:16, 99:18
constitutional [2] - 91:11, 95:17
constitutionality [4] - 90:18, 91:23, 98:13,

98:15
consulting [2] - 31:3, 69:23
contacting [1] - 29:9
contain [1] - 104:13
contained [4] - 19:10, 23:21, 39:10, 39:15
contains [5] - 16:15, 24:1, 25:12, 75:20, 83:1
contemplate [1] - 107:16
contemplated [3] - 36:15, 93:11, 101:15
contemplates [1] - 103:1
contempt [2] - 7:7, 10:11
context [2] - 49:12, 104:8
contingency [1] - 43:18
continue [6] - 5:16, 8:23, 15:6, 25:21, 86:14, 98:10
CONTINUED [1] - 2:1
continued [3] - 28:10, 31:1, 31:17
continuing [2] - 7:2, 29:23
contract [7] - 54:2, 57:16, 91:7, 100:8, 100:17, 101:5, 102:10
contracts [3] - 27:14, 55:19, 102:25
contractual [2] - 100:7, 100:9
contractually [1] - 53:22
contradicting [1] - 87:8
contrary [1] - 87:10
contrast [1] - 70:21
contributed [1] - 27:25
control [1] - 28:11
controlled [5] - 4:12, 9:5, 71:6, 83:24, 86:16
convicted [1] - 8:17
conviction [2] - 76:11, 76:15
convince [1] - 97:16
convinced [2] - 98:23, 104:20
cooperate [1] - 8:9
copies [3] - 29:10, 66:20
copy [4] - 16:16, 40:3,

40:4, 82:25
corners [1] - 42:22
corporate [10] - 28:11, 29:5, 29:6, 29:17, 29:20, 30:18, 32:8, 32:12, 33:7, 72:15
corporations [1] - 27:16
correct [9] - 11:6, 15:21, 15:25, 17:19, 42:6, 57:13, 72:11, 93:7, 103:12
corrected [1] - 74:17
corrections [1] - 90:14
correctly [1] - 94:11
cost [1] - 23:12
costs [1] - 5:6
Counsel [2] - 1:21, 2:7
counsel [19] - 6:12, 7:8, 12:3, 16:6, 16:23, 17:8, 22:8, 27:18, 57:13, 60:20, 62:24, 63:5, 69:13, 76:1, 78:25, 79:15, 89:10, 89:12, 90:12
counseling [1] - 9:23
count [5] - 23:12, 35:7, 61:12, 71:17, 83:22
counterparts [1] - 89:25
country [1] - 102:14
Counts [9] - 5:2, 23:3, 23:7, 23:24, 24:3, 26:14, 35:4, 61:1, 61:11
counts [3] - 3:4, 4:16, 61:5
couple [3] - 26:25, 63:16, 70:17
course [3] - 13:13, 30:4, 106:13
COURT [311] - 1:1, 2:12, 3:8, 3:13, 3:17, 3:22, 4:6, 4:8, 4:21, 5:1, 5:8, 5:15, 5:19, 6:3, 6:7, 6:11, 6:18, 7:1, 7:12, 7:15, 7:17, 7:22, 7:24, 8:2, 10:2, 10:7, 10:14, 10:19, 11:8, 11:18, 11:20, 12:1, 12:6, 12:9, 12:11, 12:14, 12:16, 12:19, 12:22, 12:25, 13:5, 13:8, 13:14, 13:19, 14:1, 14:5, 14:9, 14:11, 14:15, 14:19, 14:21, 14:25, 15:5, 15:9, 15:13, 15:18, 15:23, 16:3,

16:6, 16:9, 16:11, 16:19, 16:22, 17:1, 17:6, 17:13, 17:16, 17:22, 18:4, 18:6, 18:9, 18:13, 18:20, 19:12, 19:17, 19:22, 20:22, 21:2, 21:13, 21:17, 22:1, 22:3, 22:7, 22:10, 22:15, 26:25, 35:1, 35:9, 35:24, 36:1, 36:8, 36:13, 36:18, 37:10, 38:9, 38:19, 38:24, 39:6, 39:9, 39:13, 39:18, 39:22, 40:1, 40:21, 40:25, 41:6, 41:16, 42:1, 42:7, 42:14, 42:24, 43:2, 43:7, 43:9, 43:21, 44:1, 44:12, 44:20, 45:3, 45:8, 45:13, 45:19, 46:5, 46:15, 46:21, 47:2, 47:6, 47:10, 47:14, 47:17, 47:21, 48:2, 48:7, 48:13, 48:18, 49:3, 49:5, 50:3, 50:9, 50:12, 50:16, 51:8, 52:3, 52:7, 52:11, 52:14, 52:17, 52:25, 54:4, 54:10, 54:17, 55:5, 55:10, 55:15, 55:19, 55:23, 56:7, 56:14, 56:21, 57:4, 57:6, 57:8, 57:25, 58:3, 58:8, 58:13, 58:18, 58:25, 59:15, 59:21, 60:3, 60:6, 60:10, 60:16, 60:19, 60:22, 60:25, 61:7, 61:10, 61:20, 62:8, 62:18, 63:5, 63:8, 63:13, 63:18, 63:23, 64:1, 64:13, 64:25, 65:6, 65:9, 65:18, 65:21, 65:23, 66:3, 66:7, 66:9, 66:13, 66:16, 66:18, 66:25, 67:6, 67:8, 67:11, 67:16, 68:2, 68:7, 68:10, 68:12, 68:15, 68:19, 68:25, 69:4, 69:6, 69:11, 69:14, 69:18, 69:21, 70:6, 70:10, 71:1, 71:5, 71:11, 71:16, 71:20, 71:24, 72:7, 72:9, 72:13, 72:18, 72:21, 72:23, 73:4, 74:1, 74:15, 74:23, 75:1, 75:6, 75:13, 75:15,

75:18, 75:25, 76:3, 76:9, 76:14, 76:17, 76:23, 77:10, 78:6, 78:11, 78:20, 78:25, 79:4, 79:10, 79:19, 80:1, 80:7, 80:13, 80:18, 80:24, 81:2, 81:23, 82:2, 82:5, 82:9, 86:5, 90:13, 90:16, 90:25, 91:14, 91:25, 92:5, 92:11, 93:10, 94:2, 94:10, 94:16, 94:21, 94:25, 95:3, 95:6, 95:11, 95:21, 96:1, 96:3, 96:23, 97:4, 97:6, 97:14, 98:5, 98:21, 99:12, 99:22, 100:11, 100:15, 100:20, 100:25, 101:22, 103:4, 103:24, 106:8, 107:4, 107:9, 107:23, 108:18, 108:21, 109:11, 109:24, 110:8, 110:12
court [9] - 5:12, 8:12, 8:16, 10:11, 32:16, 77:2, 91:3, 97:8, 109:2
Court [50] - 1:14, 2:23, 8:18, 10:21, 18:15, 19:5, 19:6, 19:10, 23:2, 24:23, 24:24, 25:8, 25:10, 25:13, 26:3, 43:16, 47:25, 49:25, 50:18, 51:2, 51:3, 60:13, 77:5, 83:2, 83:3, 84:5, 85:14, 93:21, 93:25, 95:7, 96:10, 97:24, 98:11, 99:4, 101:14, 102:8, 102:9, 107:3, 107:14, 107:15, 107:17, 107:18, 108:11, 109:21, 110:13, 110:17, 110:18
Court's [6] - 2:18, 18:18, 19:4, 19:8, 107:7, 107:19
courts [1] - 47:23
cover [3] - 22:13, 33:23, 33:25
covers [1] - 93:13
crack [1] - 27:25
crafted [1] - 95:9
created [1] - 30:7
creative [1] - 104:16

credit [4] - 31:23, 37:1, 73:13, 73:19
crime [1] - 93:5
crimes [8] - 5:23, 40:10, 45:22, 46:2, 46:18, 57:22, 88:15, 89:4
Criminal [8] - 3:25, 4:8, 4:14, 11:3, 17:11, 36:15, 85:9, 85:23
CRIMINAL [2] - 1:4, 1:6
criminal [7] - 2:24, 3:2, 3:23, 38:15, 88:14, 94:17, 95:12
criminally [4] - 40:8, 89:2
criticizing [1] - 104:14
cross [4] - 5:25, 79:17, 82:12, 82:13
cross-examine [1] - 5:25
cross-examined [1] - 79:17
cross-referenced [1] - 82:12, 82:13
current [3] - 32:1, 77:14, 84:21
curve [1] - 56:15

D

Dale [1] - 110:17
date [14] - 28:16, 28:19, 30:16, 31:10, 31:13, 32:9, 56:1, 56:9, 71:10, 71:13, 71:17, 72:3, 83:14, 88:19
days [7] - 32:23, 56:12, 56:17, 84:4, 106:12, 106:25, 109:20
DC [2] - 29:3, 31:11
deadline [2] - 28:18, 73:2
deal [4] - 22:21, 41:11, 55:22, 104:16
death [1] - 27:23
debauchery [1] - 28:9
decide [2] - 82:16, 104:17
decided [4] - 80:3, 96:14, 96:19
decides [2] - 99:23, 99:24
decision [7] - 20:22, 38:17, 49:7, 92:14, 95:13, 96:9, 108:11

decisions [3] - 21:10, 81:20, 81:21
decline [1] - 80:2
declines [1] - 101:14
decrease [2] - 24:13, 25:1
deductions [3] - 35:21, 36:25, 38:4
deemed [1] - 102:21
defend [1] - 25:7
DEFENDANT [144] - 4:20, 4:25, 5:7, 5:14, 5:18, 6:2, 6:6, 6:10, 6:25, 10:1, 10:13, 11:7, 11:17, 11:23, 12:5, 12:7, 12:10, 12:13, 12:15, 12:17, 12:21, 12:24, 13:3, 13:7, 13:11, 13:15, 13:24, 14:4, 14:8, 14:10, 14:14, 14:17, 14:20, 14:23, 15:3, 15:8, 15:12, 15:17, 15:22, 16:1, 16:5, 16:18, 16:21, 16:25, 17:5, 21:16, 21:25, 22:2, 22:6, 22:9, 39:5, 39:8, 39:21, 39:25, 40:20, 40:24, 41:5, 45:7, 45:12, 45:18, 59:14, 59:20, 60:2, 60:5, 60:9, 60:15, 60:18, 60:21, 60:24, 61:6, 61:9, 61:19, 62:7, 62:15, 63:2, 63:7, 63:12, 63:19, 63:24, 64:8, 64:18, 65:3, 65:8, 65:15, 65:19, 65:22, 66:1, 66:6, 66:12, 66:15, 66:17, 66:23, 67:5, 67:7, 67:10, 67:12, 68:14, 68:17, 68:24, 69:2, 69:5, 69:8, 69:13, 69:16, 69:19, 70:5, 71:4, 71:9, 71:12, 71:17, 71:22, 72:1, 72:8, 72:12, 72:17, 72:20, 72:22, 72:24, 74:25, 75:11, 75:14, 75:16, 75:24, 76:2, 76:7, 76:13, 76:16, 76:22, 77:9, 78:5, 78:10, 78:19, 78:24, 79:3, 79:9, 79:18, 79:25, 80:6, 80:12, 80:17, 82:1, 82:4, 109:10, 110:7
Defendant [47] - 1:7,

2:7, 3:1, 3:4, 8:7, 8:9, 8:12, 8:16, 11:19, 18:2, 19:13, 20:3, 22:25, 23:6, 23:16, 23:19, 23:23, 24:11, 25:11, 25:14, 25:15, 25:25, 26:6, 26:7, 27:9, 36:22, 38:13, 43:5, 43:16, 44:9, 46:14, 48:24, 51:6, 53:19, 59:5, 61:14, 76:24, 81:4, 81:5, 91:17, 93:4, 97:23, 98:17, 99:7, 104:23, 107:14
defendant [4] - 92:14, 102:15, 102:16
Defendant's [3] - 4:1, 24:15, 43:13
defense [2] - 10:4, 58:18
defenses [1] - 85:1
defer [4] - 18:16, 18:19, 104:18, 108:10
deferred [1] - 50:25
defined [3] - 9:6, 35:4, 85:21
DELAWARE [2] - 1:2, 1:18
Delaware [10] - 1:12, 4:9, 4:15, 9:1, 23:3, 83:10, 85:10, 85:14, 87:22, 93:1
deliberation [1] - 101:2
delivered [1] - 34:7
denied [1] - 85:24
Department [1] - 54:2
departure [1] - 77:18
deputy [1] - 110:2
Derek [1] - 2:22
DEREK [1] - 1:19
derived [1] - 37:16
described [3] - 28:8, 55:1, 63:16
describes [5] - 23:6, 23:14, 81:18, 83:12, 86:21
desire [1] - 97:21
despite [4] - 28:3, 29:15, 30:14, 81:18
destructive [1] - 9:3
detail [2] - 25:11, 25:14
detention [1] - 10:10
determination [15] - 11:2, 48:21, 87:12, 87:21, 87:24, 88:3, 88:24, 91:8, 92:25,

93:21, 96:8, 96:17, 96:22, 102:20, 108:13
determinations [1] - 24:25
determine [10] - 17:25, 26:10, 36:24, 77:22, 93:25, 98:4, 102:9, 102:11, 105:8, 105:13
determined [3] - 24:14, 75:4, 101:25
determines [1] - 88:10
determining [1] - 91:11
deterrents [1] - 77:13
developing [1] - 32:2
device [1] - 9:3
died [1] - 29:5
differ [1] - 24:25
different [12] - 10:24, 18:10, 18:13, 20:17, 32:5, 41:1, 46:18, 48:1, 53:7, 65:13, 76:20
diligence [1] - 49:18
direct [1] - 20:15
directed [4] - 8:17, 9:23, 86:13, 86:18
direction [1] - 87:7
directly [1] - 29:9
director's [2] - 28:25, 66:9
disagree [3] - 49:9, 76:11, 82:2
disciplinary [1] - 7:8
disclosure [1] - 89:17
discovered [1] - 34:4
discretion [8] - 21:10, 21:11, 91:20, 96:24, 97:25, 98:8, 98:9, 99:8
discuss [5] - 22:4, 40:2, 56:6, 60:19, 97:2
discussed [10] - 16:19, 38:1, 57:22, 59:11, 75:3, 75:22, 78:25, 82:11, 92:20, 97:12
discussing [1] - 109:9
discussion [8] - 22:12, 22:14, 57:11, 62:2, 74:3, 91:22, 97:15, 97:19
discussions [2] - 64:7, 97:11
dismiss [1] - 53:21, 84:11
dismissal [2] - 7:9,

84:6
disposition [4] - 49:16, 49:23, 90:22, 103:23
dispute [11] - 35:20, 36:5, 37:17, 37:21, 70:16, 74:4, 96:21, 100:8, 100:10, 102:4, 102:11
disrupt [1] - 2:17
disruption [1] - 2:17
disruptions [1] - 2:17
distinction [1] - 72:5
DISTRICT [3] - 1:1, 1:2, 1:18
district [5] - 8:23, 9:2, 12:17, 21:21, 86:20
District [17] - 1:14, 4:9, 4:15, 9:1, 23:2, 23:3, 25:7, 83:10, 85:10, 85:13, 85:14, 87:22, 88:1, 93:1, 110:18
diversion [12] - 45:23, 51:4, 82:19, 82:20, 83:19, 84:4, 85:7, 85:22, 86:12, 92:15, 93:23, 99:18
Diversion [67] - 6:12, 6:14, 10:20, 24:7, 36:14, 39:12, 39:17, 39:19, 39:22, 40:7, 40:11, 41:25, 42:16, 43:20, 43:22, 44:1, 44:3, 44:8, 44:23, 44:24, 45:4, 45:9, 45:14, 46:8, 46:16, 51:4, 51:8, 51:9, 51:17, 52:4, 52:8, 52:14, 52:18, 52:20, 53:4, 53:11, 53:12, 53:17, 53:20, 53:24, 55:4, 57:14, 57:16, 57:18, 59:6, 82:11, 82:14, 82:17, 82:25, 83:5, 83:8, 91:4, 91:6, 92:3, 93:13, 99:16, 99:19, 99:25, 100:1, 100:12, 100:22, 103:17, 104:5, 105:20, 108:5
divert [1] - 84:22
diverted [1] - 46:3
divorce [1] - 28:1
divorced [1] - 38:15
DNA [1] - 8:10
document [2] - 21:20, 21:21
documentation [2] - 9:1, 86:24

documented [4] - 27:21, 64:2, 64:5, 64:7
documents [3] - 10:25, 66:20, 66:21
doggedness [1] - 49:18
dollar [1] - 68:21
dollars [4] - 27:15, 28:6, 65:11, 74:12
domestic [7] - 27:11, 27:16, 28:23, 32:5, 32:15, 65:24, 70:12
domestic-relations [1] - 32:5
done [6] - 9:14, 64:12, 73:13, 74:23, 86:21, 102:6
door [1] - 86:8
doubt [6] - 16:6, 20:8, 61:13, 79:20, 79:22, 80:9
down [6] - 3:18, 18:22, 46:22, 50:16, 54:12, 102:16
downstairs [1] - 110:4
downwards [1] - 77:23
drafted [1] - 94:12
drag [1] - 97:22
draws [1] - 72:5
drink [1] - 71:15
drop [2] - 19:14, 46:24
drug [13] - 9:5, 14:7, 14:13, 15:14, 15:19, 41:2, 45:15, 57:24, 58:15, 58:21, 84:20, 91:3
drugs [5] - 13:2, 13:6, 14:4, 15:6, 27:24
Due [1] - 7:1
due [26] - 11:2, 26:4, 26:11, 28:12, 28:15, 28:18, 30:15, 31:9, 31:15, 31:17, 32:9, 33:10, 33:11, 33:14, 33:17, 33:20, 34:7, 34:12, 34:13, 34:20, 34:23, 36:19, 72:16, 72:18, 81:15, 101:1
duly [1] - 11:25
during [15] - 13:16, 28:9, 28:20, 31:20, 32:4, 33:1, 64:23, 65:10, 67:22, 73:5, 74:9, 79:14, 85:7, 85:21, 88:11
duty [4] - 23:16, 61:14, 81:5, 81:11

## E

eager [1] - 106:5
early [3] - 27:17, 32:14, 62:10
earn [2] - 28:10, 31:1
earned [6] - 27:19, 28:20, 63:9, 65:10, 81:5, 81:9
earning [1] - 28:5
effect [1] - 91:7
efficiency [1] - 9:18
efficient [1] - 4:6
efforts [2] - 29:9, 64:4
either [9] - 18:15, 24:22, 32:7, 67:21, 77:23, 91:8, 93:4, 100:17, 109:14
elaborate [2] - 67:14, 102:25
elect [2] - 88:5, 88:12
element [1] - 81:4
elements [5] - 23:14, 23:20, 61:11, 80:10, 80:25
emails [2] - 29:12, 31:10
employed [2] - 27:17, 62:23
employment [2] - 8:24, 86:15
encompassed [4] - 40:10, 53:19, 53:23, 89:4
encompasses [1] - 46:18
encouraged [1] - 29:21
end [9] - 22:14, 30:9, 30:13, 37:7, 62:9, 67:1, 67:3, 67:19, 73:4
ended [1] - 74:19
energy [8] - 27:12, 29:1, 31:5, 62:12, 62:15, 65:17, 66:10, 69:25
enforceable [5] - 40:22, 44:13, 44:15, 45:5, 55:20
enforcement [2] - 101:17, 102:23
enforcing [1] - 54:2
engaged [2] - 32:10, 69:10
English [1] - 12:20
enormous [1] - 72:25
ensure [1] - 30:7
ensuring [1] - 104:24
enter [12] - 11:6,

39:23, 41:3, 43:17, 43:23, 44:10, 44:16, 45:2, 45:5, 45:16, 59:5, 59:12
entered [1] - 28:4
entering [3] - 39:7, 60:16, 80:14
entertainment [1] - 30:25
entice [1] - 59:12
entire [2] - 31:21, 86:2
entirety [3] - 30:23, 74:5, 80:22
entity [1] - 69:17
entry [3] - 3:1, 26:1, 85:22
equity [3] - 27:13, 62:13, 62:16
Eric [1] - 65:8
erroneous [1] - 73:23
erroneously [1] - 74:11
error [1] - 73:16
errors [2] - 74:10, 74:13
escorting [1] - 2:19
ESQ [5] - 1:19, 1:19, 1:20, 2:3, 2:6
essence [1] - 73:11
essential [6] - 22:18, 23:14, 61:2, 61:11, 80:10, 80:25
essentially [5] - 31:7, 38:15, 38:17, 67:17, 97:9
establish [1] - 79:22
established [1] - 30:6
estimated [1] - 34:20
evaluating [1] - 47:7
evasion [4] - 36:8, 41:2, 45:15, 54:25
event [1] - 102:18
evidence [8] - 5:22, 5:25, 7:4, 7:9, 80:3, 80:4, 87:25, 88:2
exactly [4] - 19:16, 63:19, 68:6
examine [2] - 5:25, 101:16
examined [1] - 79:17
example [1] - 55:6
exception [2] - 39:11, 39:13
exclude [5] - 56:9, 56:17, 56:21, 109:18, 109:22
exclusion [1] - 7:8
exculpatory [1] - 7:4
excuse [1] - 16:2
executed [3] - 3:6,

27:14, 89:24
executive [4] - 95:16, 96:7, 98:8, 101:12
Executive [4] - 20:24, 21:9, 21:12, 48:11
exercise [2] - 28:11, 101:1
Exhibit [10] - 21:18, 23:22, 26:17, 27:5, 27:6, 35:9, 40:12, 61:22, 62:9, 89:6
exhibit [2] - 69:22, 70:11
exhibits [1] - 19:25
exist [3] - 44:2, 44:16, 44:22
existence [1] - 65:21
expected [4] - 26:3, 38:10, 38:19
expense [2] - 73:14, 73:15
expenses [14] - 30:23, 31:21, 32:25, 33:2, 70:23, 73:7, 73:17, 73:18, 73:20, 73:24, 84:14
experience [1] - 61:23
expiration [1] - 84:4
explain [4] - 43:13, 73:10, 77:18, 97:9
explanation [1] - 36:6
expressions [1] - 67:23
expressly [1] - 25:18
extend [1] - 28:17
extended [1] - 106:6
extension [9] - 28:15, 28:17, 31:12, 31:14, 32:9, 34:18, 34:21, 81:14
extensive [1] - 49:24
extent [5] - 25:21, 54:11, 54:13, 78:7, 107:19

## F

face [1] - 32:17
faced [1] - 59:4
facilities [1] - 13:4
facility [1] - 13:23
fact [13] - 23:24, 30:4, 30:16, 58:12, 60:4, 62:2, 69:20, 82:21, 84:16, 85:4, 87:9, 99:8, 106:12
factors [6] - 18:24, 19:2, 19:19, 77:20, 77:21
facts [29] - 20:11,

23:22, 24:6, 27:4, 37:17, 37:22, 40:10, 40:12, 52:22, 54:20, 55:6, 57:22, 58:12, 61:21, 61:25, 62:3, 73:11, 77:7, 81:17, 84:18, 85:17, 87:3, 88:16, 89:5, 89:19, 95:10, 95:20
factual [15] - 24:24, 53:20, 53:23, 53:24, 55:1, 55:3, 80:22, 81:6, 81:8, 82:3, 93:21, 96:20, 96:22, 99:6
failed [3] - 32:16, 79:21, 88:11
failure [5] - 3:5, 4:17, 21:3, 23:4, 23:18, 36:3, 61:16, 81:16, 87:16
fair [1] - 102:8
faith [1] - 84:9
fall [5] - 14:17, 14:21, 15:10, 29:7, 32:4
Fall [1] - 28:3
falls [2] - 93:6, 104:19
false [6] - 11:14, 91:16, 91:17, 91:22, 92:2, 102:22
far [3] - 12:9, 51:4, 56:4
FBI [1] - 86:20
February [2] - 33:6, 34:3
federal [12] - 8:7, 9:8, 28:12, 40:9, 57:22, 77:2, 85:2, 85:15, 86:25, 88:14, 89:4, 94:18
Federal [2] - 17:11, 85:9
fees [5] - 28:25, 30:20, 31:3, 66:9, 68:23, 69:23, 70:22, 70:24, 84:14
felony [8] - 3:24, 4:10, 36:15, 41:2, 45:15, 82:12, 82:18, 91:16
few [4] - 35:2, 42:25, 48:4, 106:11
fifty [1] - 12:7
fifty-three [1] - 12:7
figure [7] - 37:11, 48:15, 50:1, 55:10, 56:13, 56:24, 81:2
file [9] - 28:15, 28:17, 31:14, 32:7, 72:14, 72:15, 72:23, 84:5
filed [20] - 2:24, 3:2,

4:10, 4:15, 21:21, 21:22, 24:7, 25:19, 31:15, 33:6, 34:5, 34:8, 34:10, 34:19, 40:13, 49:25, 83:21, 89:6, 89:18
filer [1] - 37:5
filers [1] - 20:8
files [1] - 25:20
filing [7] - 26:4, 28:19, 29:14, 33:18, 34:21, 36:20, 74:19
filings [2] - 31:9, 74:5
final [7] - 21:23, 29:15, 42:20, 66:19, 69:21, 88:3, 90:5
finalized [1] - 28:1
finally [5] - 26:15, 34:18, 77:20, 81:16, 88:22
finances [1] - 28:11
financial [1] - 81:19
fine [6] - 3:18, 4:23, 5:3, 10:12, 23:9, 56:20, 78:21, 101:6, 107:1
fingerprint [1] - 86:21
fingerprinting [1] - 86:20
finished [1] - 22:20
firearm [11] - 3:1, 3:11, 4:11, 9:3, 53:13, 55:3, 58:23, 83:23, 85:2, 85:25, 93:15
firearms [9] - 53:8, 55:2, 58:16, 58:22, 85:6, 85:16, 85:20, 89:22, 93:13
firm [12] - 27:18, 29:2, 62:23, 64:17, 64:20, 66:14, 69:1, 69:7, 69:13, 69:14, 69:17, 70:3
first [23] - 3:10, 4:1, 11:10, 17:7, 46:1, 49:18, 60:8, 62:8, 62:11, 66:19, 70:10, 70:19, 71:1, 77:14, 81:4, 81:9, 83:7, 87:15, 93:22, 94:2, 99:18, 104:19, 106:9
five [2] - 49:14, 49:17
five-year [1] - 49:17
fix [1] - 105:21
flood [1] - 72:25
fly [1] - 103:8
follow [2] - 77:14, 107:15
followed [2] - 32:23,

78:12

**following** [4] - 8:6, 8:19, 27:22, 56:19
**FOR** [1] - 1:2
**force** [1] - 53:17
**forced** [1] - 39:6
**foregoing** [1] - 110:10
**foreign** [1] - 55:6
**Foreign** [1] - 55:7
**forfeited** [1] - 86:3
**forfeiture** [1] - 10:10
**forget** [1] - 48:7
**forgot** [1] - 86:6
**form** [4] - 9:16, 21:4, 104:3, 105:5
**Form** [8] - 33:9, 33:12, 33:14, 33:18, 34:5, 34:9, 34:10, 34:19
**formed** [4] - 28:22, 31:3, 65:12, 69:24
**former** [4] - 29:11, 29:14, 66:21
**forth** [13] - 24:6, 83:17, 84:23, 84:24, 85:4, 85:15, 85:16, 87:13, 87:17, 88:16, 89:19, 90:3, 90:10
**forward** [7] - 47:15, 48:25, 51:7, 96:4, 96:5, 105:24, 109:12
**four** [4] - 21:18, 42:22, 67:1, 83:14
**fourteen** [1] - 106:25
**fourth** [1] - 65:9
**frame** [2] - 73:11, 75:17
**framework** [1] - 102:13
**freak** [1] - 86:8
**free** [1] - 60:4
**frequency** [1] - 9:15
**Friday** [1] - 56:18
**frivolous** [1] - 84:9
**front** [6] - 21:15, 51:13, 51:24, 60:8, 62:5, 105:14
**full** [4] - 11:21, 26:1, 68:20, 71:1
**fully** [6] - 16:19, 16:22, 21:9, 34:16, 34:25, 87:16
**function** [2] - 53:4, 53:5
**functionality** [1] - 93:19
**fund** [3] - 27:13, 62:13, 62:16
**funds** [2] - 30:5, 30:17
**funny** [1] - 104:3
**future** [4] - 40:14,

53:18, 84:10, 90:9

## G

**gain** [2] - 5:4, 23:9
**gatekeeper** [2] - 95:12, 108:4
**gathering** [1] - 32:13
**General** [1] - 20:16
**general** [3] - 16:20, 57:23, 89:16
**generally** [2] - 51:1, 97:12
**generate** [1] - 81:19
**generated** [1] - 70:22
**gentleman** [1] - 65:8
**given** [9] - 38:22, 48:10, 62:2, 78:8, 78:13, 80:15, 83:4, 83:6, 105:12
**glasses** [2] - 86:6, 86:7
**governed** [2] - 18:17, 102:25
**government** [57] - 5:21, 7:2, 7:10, 16:9, 17:3, 19:14, 20:3, 21:5, 22:22, 23:15, 25:19, 39:4, 39:17, 41:1, 41:2, 44:9, 45:14, 45:15, 55:7, 55:17, 55:18, 56:6, 57:20, 58:1, 61:11, 61:13, 61:17, 63:20, 64:8, 74:6, 77:6, 77:25, 79:21, 80:19, 91:1, 91:21, 93:4, 94:1, 96:7, 96:9, 96:14, 96:15, 96:16, 96:24, 98:8, 98:9, 99:3, 99:23, 99:25, 100:8, 101:7, 102:19, 103:3, 103:21, 106:1
**government's** [7] - 7:18, 57:13, 67:24, 80:8, 81:24, 82:3, 82:6
**graduate** [1] - 12:11
**granted** [1] - 77:19
**greater** [7] - 5:5, 23:10, 24:4, 24:15, 25:14, 35:6, 77:12
**gross** [4] - 5:4, 23:9, 33:13, 33:19
**grounds** [3] - 26:8, 48:3, 53:22
**guess** [5] - 51:14, 55:23, 70:1, 70:6, 75:7

**Guideline** [3] - 24:9, 24:13, 24:19
**guideline** [6] - 24:18, 25:2, 35:5, 36:3, 36:7, 79:1
**guidelines** [8] - 24:2, 53:9, 53:14, 77:15, 77:17, 77:18, 77:19, 77:24
**guilt** [4] - 23:20, 79:19, 79:22, 80:11
**guilty** [32] - 3:2, 6:4, 6:8, 11:6, 16:16, 19:13, 23:2, 23:24, 23:25, 26:9, 39:20, 40:19, 41:4, 42:18, 44:3, 45:11, 45:17, 49:22, 60:3, 60:4, 61:17, 78:23, 79:2, 79:11, 79:12, 79:13, 80:14, 108:10, 108:13, 108:15, 108:19, 109:10
**gun** [13] - 3:24, 4:22, 6:12, 36:15, 45:21, 52:20, 57:23, 82:18, 83:21, 86:2, 91:3, 91:16, 94:17
**guys** [9] - 42:24, 43:2, 55:25, 56:16, 56:22, 68:10, 105:17, 106:9, 106:16

## H

**half** [3] - 33:21, 100:17, 100:18
**hand** [1] - 11:21
**handed** [1] - 17:7
**handle** [1] - 97:20
**handsomely** [1] - 31:1
**hang** [1] - 102:6
**hard** [3] - 8:1, 97:17, 104:15
**HARRIS** [1] - 2:5
**harsher** [1] - 59:25, 79:5
**Harvest** [1] - 62:17
**Hawkins** [1] - 110:17
**headway** [1] - 57:2
**hear** [3] - 60:13, 79:16, 103:16
**hearing** [13] - 3:12, 5:20, 5:21, 5:24, 6:9, 6:13, 17:2, 40:5, 56:1, 56:3, 94:13, 94:16, 106:11
**Hearing** [1] - 1:10
**help** [7] - 7:24, 35:14, 41:6, 50:22, 58:13,

73:2, 77:21
**helpful** [1] - 105:9
**hereafter** [1] - 27:9
**hereby** [1] - 110:15
**higher** [1] - 74:6
**highest** [2] - 79:20, 81:11
**himself** [1] - 69:4
**Hines** [1] - 2:22
**HINES** [1] - 1:19
**hinted** [1] - 82:21
**hire** [1] - 5:10
**historical** [1] - 84:20
**ho** [1] - 69:4
**Ho** [3] - 30:21, 68:23, 69:2
**hold** [3] - 2:13, 3:13, 103:23
**holding** [1] - 65:4
**honest** [1] - 71:14
**honor** [1] - 91:13
**Honor** [254] - 2:21, 3:9, 3:10, 3:16, 4:4, 4:5, 4:20, 4:25, 5:7, 5:14, 5:18, 6:2, 6:6, 6:10, 6:15, 6:17, 6:25, 7:11, 7:14, 7:16, 7:23, 10:1, 10:4, 10:6, 10:13, 10:17, 10:18, 11:7, 11:17, 12:5, 12:8, 12:10, 12:15, 12:18, 12:21, 12:24, 13:4, 13:7, 13:12, 13:18, 13:25, 14:4, 14:10, 14:14, 14:18, 14:20, 15:4, 15:8, 15:12, 15:17, 15:22, 16:1, 16:10, 16:18, 16:21, 16:25, 17:5, 17:11, 17:15, 17:20, 17:21, 17:24, 17:25, 18:8, 18:12, 19:16, 19:21, 20:18, 20:19, 20:25, 21:1, 21:7, 21:8, 21:16, 21:25, 22:2, 22:6, 22:9, 22:24, 23:8, 25:19, 27:7, 35:8, 35:25, 36:3, 36:11, 36:12, 36:17, 37:2, 38:3, 39:5, 39:8, 39:11, 39:17, 39:21, 39:25, 40:20, 40:24, 41:5, 41:12, 41:22, 42:6, 43:6, 43:11, 44:19, 45:7, 45:12, 45:18, 46:4, 46:9, 46:19, 49:8, 50:14, 50:24, 51:25, 53:7, 53:16, 54:1,

54:16, 55:14, 56:20, 57:1, 57:5, 57:10, 57:17, 58:2, 58:6, 58:24, 59:14, 59:20, 60:2, 60:5, 60:9, 60:15, 60:18, 60:21, 60:24, 61:6, 61:9, 61:19, 62:7, 63:2, 63:7, 63:12, 63:15, 63:19, 65:16, 66:1, 66:6, 66:24, 67:10, 67:13, 67:15, 68:11, 68:14, 68:17, 68:24, 69:3, 69:8, 69:10, 70:5, 70:9, 70:14, 70:18, 70:21, 71:4, 71:13, 71:23, 72:12, 72:17, 72:20, 72:22, 72:24, 73:9, 74:25, 75:5, 75:11, 75:16, 75:24, 76:2, 76:8, 76:13, 76:16, 76:22, 77:9, 78:5, 78:10, 78:19, 78:24, 79:3, 79:9, 79:18, 79:25, 80:6, 80:12, 80:17, 80:21, 81:1, 81:7, 82:1, 82:4, 82:8, 83:7, 89:13, 89:21, 90:15, 90:20, 90:21, 91:6, 91:24, 92:4, 93:9, 93:12, 93:18, 94:8, 94:20, 95:5, 95:9, 95:18, 95:19, 96:11, 96:17, 96:20, 97:3, 97:20, 97:22, 98:20, 99:2, 99:4, 99:11, 100:6, 100:19, 101:7, 101:11, 101:19, 101:21, 101:24, 102:5, 102:13, 103:14, 103:18, 104:1, 104:9, 106:4, 106:19, 107:1, 107:2, 108:16, 108:20, 109:10, 109:23, 110:7, 110:11
**Honor's** [2] - 38:2, 68:5
**HONORABLE** [1] - 1:13
**hook** [1] - 42:17
**hospitalized** [1] - 12:25
**hour** [1] - 49:14
**hours** [1] - 49:14
**Hudson** [1] - 65:16
**hundred** [1] - 74:12

**hundreds** [1] - 19:25
**HUNTER** [3] - 1:6, 11:24, 11:25
**Hunter** [5] - 2:25, 3:3, 11:23, 27:9, 83:11
**Hyde** [1] - 108:12
**hypothetical** [5] - 44:18, 44:22, 50:6, 50:7, 96:1

**I**

**I.G** [1] - 2:6
**idea** [1] - 93:24
**identified** [5] - 32:24, 55:3, 58:16, 81:8, 89:21
**identify** [1] - 73:12
**ignored** [1] - 31:7
**II** [9] - 5:2, 23:3, 23:8, 23:24, 24:3, 26:14, 35:4, 61:1, 61:11
**illegal** [3] - 15:15, 15:20, 27:24
**illness** [1] - 13:1
**imagine** [1] - 109:21
**immediate** [1] - 10:8
**immunity** [5] - 40:25, 42:3, 45:13, 83:2, 104:24
**impact** [1] - 77:19
**implement** [1] - 103:22
**important** [4] - 11:13, 43:15, 49:13, 78:1
**impose** [6] - 8:18, 8:19, 17:18, 59:24, 77:11, 79:5
**imposed** [2] - 10:3, 25:2
**impossibility** [1] - 101:5
**imprisoned** [1] - 78:17
**imprisonment** [7] - 4:22, 5:3, 10:12, 23:9, 32:18, 78:8, 78:9
**improper** [2] - 38:5, 103:20
**IN** [1] - 1:1
**inappropriate** [1] - 21:4
**incarceration** [1] - 78:12
**inception** [1] - 64:22
**include** [13] - 7:6, 9:15, 34:14, 41:14, 46:12, 54:9, 54:18, 78:21, 78:22, 81:21, 86:12, 98:11, 107:21

**included** [10] - 13:5, 28:8, 29:9, 33:18, 35:18, 36:7, 36:9, 46:25, 47:2, 51:9
**includes** [8] - 35:17, 45:21, 45:22, 48:3, 58:19, 58:20, 85:19, 88:17
**including** [10] - 27:24, 28:21, 30:23, 31:21, 32:18, 35:4, 64:20, 65:11, 77:21, 88:15
**inclusion** [1] - 35:23, 50:18
**income** [26] - 27:19, 28:12, 28:21, 29:7, 29:17, 31:18, 32:8, 32:12, 33:4, 33:7, 33:10, 33:15, 34:12, 34:22, 36:25, 37:23, 63:21, 65:11, 67:21, 70:19, 70:25, 72:15, 74:11, 81:6, 81:11, 81:19
**inconsistent** [1] - 24:11
**incorporate** [2] - 52:13, 53:11
**incorporated** [1] - 62:3
**incorporates** [1] - 25:18
**incorporation** [1] - 90:2
**increase** [1] - 25:1
**indeed** [1] - 21:10
**indicated** [1] - 23:8
**indicted** [1] - 48:25
**indictment** [1] - 83:21
**individual** [11] - 29:4, 29:6, 29:17, 29:20, 32:8, 32:11, 33:7, 33:24, 34:1, 72:15, 75:12
**individuals** [1] - 103:1
**influence** [1] - 15:14, 15:19, 71:6
**influx** [1] - 67:21
**inform** [1] - 103:19
**information** [27] - 2:24, 3:2, 3:24, 4:10, 4:16, 16:11, 16:15, 16:17, 17:2, 20:7, 23:1, 23:3, 23:21, 32:21, 59:18, 60:11, 83:21, 84:6, 84:11, 85:2, 85:15, 90:16, 93:6, 96:4, 108:24, 109:2, 109:5
**Information** [3] - 27:9,

84:8, 84:13
**informations** [2] - 49:25, 50:1
**infrastructure** [2] - 28:24, 66:4
**ingested** [1] - 15:14
**Initial** [1] - 1:9
**initial** [7] - 2:23, 3:11, 4:2, 10:15, 27:1, 38:24, 61:3
**inpatient** [9] - 9:22, 13:10, 13:12, 13:13, 13:23, 14:2, 14:22, 14:23, 15:4
**insofar** [1] - 52:9
**instance** [4] - 19:4, 54:24, 93:22, 102:22
**instances** [1] - 73:15
**Instant** [1] - 85:23
**instant** [1] - 27:8
**instructions** [1] - 7:8
**Instrument** [1] - 51:6
**intelligently** [1] - 23:20
**intend** [2] - 6:4, 11:6
**intended** [1] - 63:20
**intent** [1] - 85:11
**intention** [3] - 42:12, 42:14, 91:9
**interest** [13] - 19:20, 26:5, 33:24, 34:1, 34:16, 34:24, 35:23, 36:6, 36:20, 37:15, 46:11, 56:23, 65:24
**interests** [4] - 27:11, 28:23, 35:17, 36:4
**Internal** [9] - 26:5, 26:10, 29:17, 30:3, 33:8, 33:22, 34:8, 36:21, 74:20
**international** [3] - 8:25, 27:11, 86:23
**interviews** [1] - 64:11
**introduce** [1] - 5:24
**investigating** [1] - 21:9
**investigation** [13] - 20:8, 20:13, 20:17, 21:3, 38:15, 48:8, 49:12, 49:17, 50:9, 54:18, 54:24, 77:5, 84:14
**investment** [2] - 28:25, 66:4
**invokes** [1] - 83:2
**involved** [1] - 72:2
**involvement** [1] - 93:19
**involves** [1] - 83:3
**involving** [4] - 3:25,

11:4, 91:15, 96:10
**irrespective** [1] - 31:13
**IRS** [8] - 37:4, 37:7, 37:8, 37:24, 38:7, 38:13, 38:16, 38:23
**issuance** [1] - 10:9
**issue** [4] - 59:1, 67:22, 97:3, 109:14
**issues** [7] - 14:13, 43:12, 47:19, 49:3, 57:24, 81:18, 106:21
**itself** [2] - 18:16, 19:1

**J**

**January** [1] - 32:18
**Jianming** [1] - 65:20
**JONES** [1] - 2:6
**JR** [1] - 2:6
**judge** [1] - 88:3
**Judge** [9] - 1:14, 51:12, 87:22, 88:1, 93:1, 96:4, 96:5, 99:6, 108:4
**judicial** [3] - 95:16, 102:20, 103:2
**July** [1] - 1:8
**jumping** [1] - 7:25
**June** [6] - 15:17, 34:11, 71:7, 71:8, 71:15, 71:18
**jurisdiction** [1] - 85:13
**jury** [5] - 7:8, 79:14, 80:9, 80:10, 80:15
**justice** [6] - 19:20, 56:23, 79:21, 88:17, 93:16, 109:1
**Justice** [1] - 54:3

**K**

**keep** [3] - 3:20, 7:25, 94:3
**kind** [6] - 13:2, 15:16, 15:20, 57:12, 91:1, 100:17
**King** [1] - 1:11
**knowing** [11] - 11:9, 18:1, 59:4, 87:11, 87:16, 87:20, 88:4, 92:24, 98:22, 98:24, 104:22
**knowingly** [5] - 23:19, 76:24, 83:23
**knowledge** [1] - 88:15
**known** [1] - 83:19
**knows** [2] - 43:5, 63:18

**L**

**Labor** [1] - 56:18
**lacking** [1] - 20:13
**landed** [1] - 28:5
**lane** [2] - 98:12, 105:25
**language** [5] - 58:3, 58:5, 70:20, 89:2, 93:6
**large** [4] - 30:3, 30:14, 30:24, 31:21
**last** [10] - 14:15, 15:9, 15:10, 15:13, 41:14, 63:16, 67:22, 71:6, 75:6, 75:7
**late** [1] - 31:20
**latter** [1] - 74:21
**law** [27] - 8:7, 9:9, 12:10, 12:11, 19:2, 19:9, 19:25, 23:18, 27:18, 29:2, 34:21, 61:15, 62:23, 64:16, 64:20, 66:14, 69:1, 69:7, 69:13, 69:14, 69:17, 70:3, 77:14, 81:14, 87:1, 92:12, 102:23
**lawsuits** [2] - 32:5, 32:15
**lawyer** [1] - 68:3
**lays** [1] - 87:14
**learn** [1] - 24:10
**learning** [1] - 34:9
**least** [6] - 27:17, 62:10, 62:22, 62:24, 71:18, 106:25
**leave** [2] - 15:1, 55:24
**leaves** [2] - 76:10, 76:14
**leaving** [4] - 33:11, 33:16, 34:13, 50:20
**led** [1] - 64:15
**left** [3] - 10:14, 29:14, 63:10
**legal** [10] - 9:8, 9:10, 15:15, 15:19, 24:25, 27:14, 28:5, 30:20, 68:22, 69:6
**legally** [1] - 85:24
**legitimate** [2] - 33:2, 73:7
**length** [1] - 25:9
**LEO** [1] - 1:20
**Leo** [1] - 2:21
**less** [4] - 24:4, 27:3, 31:8, 35:5
**letter** [2] - 19:24, 32:19
**level** [5] - 24:12,

24:15, 24:16, 24:18, 81:12
**levels** [1] - 24:20
**liability** [16] - 30:4, 30:8, 30:9, 30:13, 30:14, 30:17, 31:18, 33:3, 33:24, 34:1, 34:15, 34:24, 67:3, 75:9, 75:10
**liberty** [1] - 50:4
**licensed** [1] - 9:7
**lied** [1] - 102:19
**life** [3] - 64:10, 72:25, 102:7
**light** [4] - 6:14, 84:16, 90:19, 91:22
**likely** [1] - 76:19
**limitation** [5] - 85:5, 88:19, 88:20, 92:2, 101:13
**limitations** [3] - 85:1, 92:1, 93:17
**limited** [1] - 7:7
**limits** [2] - 75:21, 107:25
**line** [4] - 49:15, 67:2, 73:19
**line-by-line** [1] - 49:15
**lines** [2] - 67:1, 93:20
**list** [1] - 61:10
**listed** [1] - 63:25
**listen** [1] - 22:19
**litigated** [2] - 100:9, 100:10
**litigation** [2] - 84:14, 87:8
**live** [3] - 43:24, 44:2, 48:9
**LLC** [2] - 27:16, 30:20
**LLP** [2] - 2:3, 2:5
**loan** [4] - 75:11, 75:13, 75:15, 75:17
**local** [3] - 8:7, 85:9, 87:1
**long-standing** [3] - 27:22, 64:3, 64:21
**look** [11] - 3:14, 15:24, 18:25, 41:18, 59:1, 59:9, 98:5, 104:7, 109:12, 109:19, 109:25
**looked** [1] - 45:23
**looking** [7] - 19:17, 35:12, 37:11, 41:20, 58:3, 64:6, 81:9
**Los** [1] - 28:8
**loses** [1] - 26:2
**loss** [12] - 5:4, 23:10, 24:3, 35:3, 35:6, 35:7, 35:8, 35:18,

35:23, 36:5, 38:5
**losses** [1] - 27:2
**loud** [1] - 17:2
**lower** [2] - 37:22, 70:24
**lucrative** [1] - 27:10

## M

**maintained** [1] - 97:16
**mandatory** [1] - 78:22
**Mandatory** [1] - 25:25
**manner** [3] - 84:23, 99:19, 100:24
**March** [4] - 28:1, 30:19, 31:20, 68:21
**marijuana** [2] - 9:8, 9:9
**mark** [1] - 73:15
**marking** [1] - 73:17
**marriage** [1] - 28:1
**married** [3] - 31:25, 71:9, 71:14
**Marshals** [1] - 2:19
**marshals** [1] - 110:4
**MARYELLEN** [1] - 1:13
**Maryland** [2] - 7:3, 29:4
**massive** [2] - 20:20, 74:7
**material** [5] - 7:12, 87:11, 87:20, 88:4, 92:24
**materials** [1] - 32:13
**matter** [4] - 3:3, 84:22, 90:6, 106:6
**matters** [1] - 5:9
**maximum** [4] - 4:21, 5:2, 23:7, 61:1, 61:4
**mean** [7] - 19:13, 36:22, 37:24, 42:7, 48:7, 48:13, 50:24, 55:19, 59:1, 81:2, 93:23, 95:23, 97:4, 102:5, 102:6, 108:9, 108:18
**means** [5] - 5:10, 36:23, 58:2, 58:4, 58:10
**mechanism** [1] - 97:23
**medical** [2] - 9:7, 9:11
**medication** [3] - 15:15, 15:20, 71:7
**meet** [1] - 104:6
**meeting** [6] - 49:14, 55:11, 55:16, 55:20, 81:21
**meetings** [3] - 32:24,

49:15, 72:3
**meets** [1] - 80:25
**member** [1] - 12:14
**memoir** [2] - 28:6, 32:3
**memoranda** [2] - 37:20, 44:17
**memorandum** [11] - 19:25, 23:22, 25:17, 26:13, 26:16, 26:19, 26:22, 35:22, 38:7, 44:5, 52:22
**Memorandum** [18] - 17:6, 21:14, 21:22, 39:15, 39:24, 40:12, 40:18, 40:22, 45:6, 45:10, 46:25, 47:3, 52:15, 59:6, 59:12, 82:12, 89:6, 108:6
**mental** [1] - 13:1
**mentioned** [3] - 51:25, 61:2, 92:18
**merely** [1] - 59:22
**merger** [1] - 100:18
**middle** [4] - 64:14, 67:2, 95:13, 104:4
**might** [13] - 4:6, 15:24, 38:11, 50:3, 50:5, 50:6, 78:18, 79:1, 97:23, 99:12, 101:6, 105:19, 105:21
**million** [19] - 27:20, 28:21, 30:19, 31:2, 35:14, 63:9, 63:10, 63:14, 65:11, 68:21, 69:23, 70:7, 70:13, 70:20, 70:22, 70:25, 81:10
**millions** [2] - 27:15, 28:5
**mind** [1] - 6:22
**minds** [3] - 55:11, 55:16, 55:20
**minimizing** [1] - 74:4
**minute** [4] - 9:20, 43:13, 67:22, 110:2
**minutes** [3] - 42:25, 48:5, 57:2
**miscategorized** [1] - 33:1
**mischaracterized** [1] - 73:6
**misdemeanor** [5] - 3:25, 4:16, 16:14, 54:6, 77:3
**misdemeanors** [1] - 48:24
**misstep** [1] - 101:3
**mistake** [1] - 74:14
**mistakes** [8] - 73:23,

74:2, 74:14, 74:16, 74:18, 74:19, 74:22
**modification** [2] - 89:13, 101:20
**modifications** [2] - 26:24, 90:9
**modified** [3] - 26:19, 89:10, 105:22
**modify** [4] - 101:18, 101:20, 102:2, 102:10
**modifying** [1] - 90:7
**moment** [3] - 38:22, 39:1, 40:6
**money** [8] - 28:10, 67:25, 68:13, 70:2, 70:3, 74:2, 74:8, 81:20
**monies** [1] - 37:24
**month** [1] - 31:25
**months** [4] - 5:3, 23:8, 30:22, 83:14
**morning** [5] - 2:12, 2:21, 3:15, 3:16, 22:2
**most** [4] - 14:11, 28:2, 64:15, 73:18
**motion** [1] - 84:5
**motions** [2] - 56:9, 77:17, 77:19
**move** [6] - 24:17, 28:8, 53:21, 84:11, 94:1, 96:4
**MR** [188] - 2:21, 3:9, 3:16, 3:21, 4:4, 4:5, 6:15, 6:16, 7:11, 7:14, 7:16, 7:20, 7:23, 8:1, 10:4, 10:5, 10:16, 10:18, 13:17, 14:18, 16:8, 16:10, 17:10, 17:15, 17:20, 17:21, 17:24, 18:5, 18:8, 18:12, 18:14, 19:1, 19:16, 19:21, 20:18, 20:19, 20:25, 21:1, 21:6, 21:8, 22:24, 27:7, 35:8, 35:16, 35:25, 36:2, 36:10, 36:12, 36:17, 36:23, 37:2, 37:14, 37:21, 38:3, 38:12, 38:21, 39:11, 39:16, 41:12, 41:22, 42:5, 42:12, 42:19, 43:1, 43:6, 43:11, 43:24, 44:7, 44:18, 44:21, 46:4, 46:9, 46:19, 47:1, 47:5, 47:9, 47:13, 47:16, 47:19, 47:22, 48:6, 48:12,

48:17, 48:23, 49:4, 49:8, 50:7, 50:11, 50:14, 50:24, 51:23, 52:6, 52:9, 52:13, 52:16, 52:24, 53:3, 54:1, 54:8, 54:16, 54:22, 55:9, 55:14, 55:17, 55:22, 56:3, 56:12, 56:20, 57:1, 57:5, 57:10, 58:1, 58:6, 58:11, 58:14, 58:24, 63:15, 67:14, 67:17, 68:5, 68:9, 68:11, 69:9, 70:8, 70:14, 70:18, 72:5, 73:9, 74:3, 74:21, 75:5, 80:21, 81:1, 81:4, 82:8, 83:7, 86:10, 90:15, 90:20, 90:21, 91:6, 91:9, 91:24, 92:4, 92:9, 92:10, 93:8, 93:12, 93:18, 94:8, 94:15, 94:20, 94:24, 95:2, 95:5, 95:9, 95:18, 95:25, 96:2, 96:11, 97:2, 97:5, 97:11, 97:20, 98:20, 99:2, 99:17, 100:6, 100:13, 100:16, 100:23, 101:10, 101:18, 101:24, 102:12, 103:14, 106:4, 106:19, 107:1, 107:2, 107:7, 107:12, 108:15, 108:20, 109:21, 109:23, 110:10, 110:11
**muddy** [1] - 89:12
**multi** [3] - 27:18, 29:2, 62:23
**multi-national** [3] - 27:18, 29:2, 62:23
**must** [16] - 8:7, 8:9, 8:12, 8:16, 8:17, 8:21, 8:23, 8:24, 9:2, 9:4, 9:12, 9:17, 9:21, 54:19, 107:14

## N

**name** [2] - 11:21, 65:20
**named** [1] - 65:8
**narcotic** [2] - 9:5, 13:1
**narrow** [2] - 76:10
**National** [1] - 85:23
**national** [3] - 27:18, 29:2, 62:23

**nature** [2] - 88:7, 88:24
**near** [1] - 25:4
**necessarily** [3] - 49:9, 51:2, 103:16
**necessary** [1] - 77:12
**need** [43] - 3:18, 6:13, 10:15, 10:25, 11:10, 13:8, 18:25, 19:18, 41:6, 41:21, 42:10, 42:24, 48:24, 50:22, 55:15, 55:24, 55:25, 56:1, 56:2, 56:12, 61:7, 82:15, 82:16, 96:17, 99:12, 104:18, 104:25, 105:1, 105:3, 105:12, 105:14, 106:20, 108:1, 108:18, 108:24, 109:2, 109:4, 109:17, 110:1, 110:2, 110:4, 110:8
**needed** [1] - 47:7
**needs** [2] - 97:16, 103:23
**negotiate** [1] - 105:20
**negotiated** [2] - 27:13, 53:5
**negotiating** [1] - 101:10
**negotiation** [1] - 49:24
**neutral** [1] - 98:3
**never** [1] - 73:21
**news** [1] - 64:11
**next** [8] - 17:6, 30:22, 60:25, 64:2, 66:25, 73:4, 74:9, 75:1
**NICS** [1] - 85:24
**NO** [2] - 1:5, 1:6
**nobody** [1] - 105:12
**non** [1] - 51:1
**non-prosecution** [1] - 51:1
**none** [5] - 4:4, 4:5, 7:16, 10:4, 16:8
**nonetheless** [1] - 28:3
**nonstandard** [1] - 83:1
**nonstop** [1] - 28:9
**NOREIKA** [1] - 1:13
**normal** [4] - 75:17, 96:23, 97:23, 106:13
**normally** [7] - 10:24, 41:9, 51:11, 51:21, 82:10, 99:7, 104:7
**north** [1] - 70:25
**note** [1] - 90:21
**notes** [1] - 110:15
**nothing** [4] - 31:16,

46:2, 100:16, 101:5
**notice** [1] - 87:24
**noting** [1] - 29:24
**notwithstanding** [1] - 88:20
**November** [1] - 32:10
**null** [2] - 26:22, 56:4
**number** [11] - 8:15, 35:22, 37:8, 37:12, 37:14, 37:18, 38:6, 38:8, 38:21, 70:25
**numbers** [4] - 35:13, 37:3, 37:4, 38:11
**numeral** [1] - 83:8
**numerous** [3] - 13:17, 31:24, 71:2

## O

**oath** [4] - 11:12, 11:25, 59:5, 104:23
**objection** [3] - 4:3, 10:2, 20:2
**objections** [2] - 77:16, 82:6
**obligation** [3] - 7:3, 7:6, 31:12
**obligations** [6] - 29:14, 31:7, 32:6, 81:21, 84:3, 90:8
**obstruct** [2] - 9:18
**obstruction** [2] - 88:17, 93:16
**obtained** [2] - 37:4, 37:8
**obviously** [6] - 20:20, 58:16, 81:9, 89:9, 89:13, 93:12, 101:11, 101:19
**occur** [2] - 38:18, 76:19
**occurred** [3] - 87:21, 92:25, 96:25
**October** [12] - 28:16, 29:23, 31:15, 32:9, 33:22, 34:6, 34:15, 34:19, 34:23, 72:19, 92:9, 92:10
**OF** [3] - 1:2, 1:3, 1:18
**offense** [13] - 3:1, 5:4, 19:7, 23:10, 24:15, 36:7, 53:8, 53:10, 53:13, 78:23, 79:13, 79:14, 89:22
**offenses** [2] - 58:14, 79:2, 80:10, 89:20, 93:13, 93:15
**offer** [3] - 88:23, 92:14, 102:12
**offered** [1] - 105:16

**office** [5] - 8:22, 24:23, 29:15, 34:8, 77:16
**Office** [4] - 49:13, 77:4, 83:10, 86:19
**OFFICE** [1] - 1:18
**officer** [11] - 8:13, 9:13, 9:14, 9:23, 9:24, 46:6, 83:16, 102:20, 102:23, 103:2
**offices'** [1] - 102:14
**Official** [1] - 110:17
**offset** [1] - 33:5
**often** [2] - 17:17, 72:3
**old** [2] - 12:6, 12:7
**omits** [1] - 36:3
**once** [1] - 97:8
**one** [37] - 3:23, 5:5, 13:20, 19:24, 21:24, 23:10, 23:16, 24:18, 41:15, 43:16, 47:4, 47:19, 55:16, 56:2, 59:25, 61:8, 64:25, 65:1, 65:13, 65:25, 66:4, 66:7, 66:10, 70:15, 71:2, 73:18, 76:20, 79:6, 83:8, 83:22, 86:5, 90:1, 90:21, 91:14, 92:22, 97:2, 105:21
**ongoing** [2] - 50:9, 54:23
**open** [1] - 86:7
**opine** [1] - 97:1
**opportunity** [3] - 20:4, 22:4, 43:3
**oppose** [2] - 24:12, 77:25
**opt** [1] - 96:19
**orally** [2] - 89:10, 105:21
**order** [10] - 7:4, 7:6, 10:10, 11:10, 26:1, 26:8, 32:17, 106:20, 109:14, 110:3
**ordered** [1] - 26:2
**original** [2] - 50:25, 89:25
**originally** [3] - 13:25, 34:5, 70:1
**otherwise** [3] - 87:8, 90:7, 91:12
**outlets** [1] - 64:11
**outlines** [1] - 25:9
**outpatient** [5] - 9:22, 13:10, 13:16, 14:22, 14:24
**outside** [7] - 30:5, 40:9, 42:22, 47:23,

89:3, 98:12, 105:25
**outstanding** [4] - 30:8, 30:14, 30:17, 75:10
**overreported** [2] - 33:4, 74:11
**overseeing** [1] - 88:3
**overstatement** [1] - 37:23
**Owasco** [11] - 27:16, 30:1, 30:6, 30:20, 33:12, 33:19, 65:2, 65:4, 68:22, 69:16
**owe** [1] - 37:6
**owed** [7] - 29:25, 30:1, 31:9, 36:25, 38:22, 68:13, 75:4
**owes** [1] - 37:25
**owing** [8] - 26:11, 33:11, 33:14, 33:17, 33:20, 34:7, 34:14, 34:23
**own** [8] - 5:11, 28:6, 41:13, 42:21, 60:3, 69:13, 69:14, 80:2

## P

**p.m** [1] - 110:13
**package** [1] - 41:11
**page** [6] - 21:23, 43:3, 66:19, 66:25, 69:22, 75:6
**pages** [4] - 19:24, 19:25, 21:17, 21:18
**paid** [19] - 23:17, 26:5, 27:15, 31:16, 33:11, 33:16, 33:22, 34:11, 34:16, 34:25, 35:10, 35:16, 36:21, 37:9, 38:1, 61:15, 75:8, 75:9, 81:13
**painting** [1] - 32:2
**paper** [1] - 98:19
**papers** [1] - 106:17
**paragraph** [93] - 22:25, 23:6, 23:14, 23:23, 24:1, 24:2, 24:9, 25:3, 25:6, 25:9, 25:12, 25:15, 25:17, 25:24, 26:15, 26:24, 27:2, 35:3, 35:19, 36:13, 36:18, 40:3, 40:7, 41:14, 42:20, 52:7, 53:11, 57:18, 57:21, 60:10, 60:25, 61:10, 61:20, 62:9, 62:11, 62:22, 64:2, 64:13, 65:9, 66:19, 67:1, 67:2,

68:19, 68:20, 69:21, 70:10, 70:19, 70:21, 71:1, 72:14, 73:4, 75:1, 75:7, 75:19, 75:21, 81:9, 83:13, 83:18, 83:20, 84:2, 84:7, 84:16, 84:25, 85:11, 85:18, 86:1, 86:2, 86:4, 86:10, 86:11, 87:2, 87:6, 87:13, 87:14, 87:15, 87:19, 88:8, 89:1, 89:9, 89:15, 89:24, 90:2, 91:25, 92:23, 96:16, 102:1, 103:22, 105:21
**paragraphs** [2] - 75:8, 83:17
**paraphrase** [1] - 89:11
**parole** [2] - 78:6, 78:9
**part** [20] - 20:23, 30:4, 30:7, 41:10, 43:4, 52:16, 53:1, 53:11, 54:6, 55:12, 59:1, 61:25, 62:21, 74:6, 80:2, 83:3, 90:10, 98:21, 108:24, 108:25
**partially** [1] - 33:5
**participate** [4] - 9:21, 86:18, 101:21, 102:1
**participated** [1] - 32:23
**particular** [9] - 12:16, 14:6, 21:8, 54:20, 58:22, 58:23, 64:6, 67:20, 92:22
**particularly** [1] - 62:2
**parties** [41] - 3:5, 19:23, 23:12, 24:21, 25:22, 26:9, 26:16, 26:19, 26:20, 35:21, 40:4, 44:25, 46:10, 48:9, 49:16, 49:23, 49:25, 51:24, 53:5, 54:14, 57:11, 57:14, 57:17, 58:2, 82:20, 83:6, 83:8, 89:16, 89:18, 90:22, 91:7, 91:13, 96:21, 97:12, 98:2, 101:19, 102:3, 103:19, 106:5
**parties'** [2] - 44:24, 109:12
**partner** [11] - 29:11, 29:14, 30:11, 31:6, 64:22, 65:7, 65:16, 65:18, 66:21, 68:15
**party** [10] - 20:6, 26:6, 33:22, 34:17, 34:25,

35:10, 35:17, 36:21, 75:8, 84:12
**pass** [1] - 3:6
**past** [3] - 73:2, 73:3, 96:13
**patch** [1] - 9:16
**patents** [1] - 36:20
**Patrick** [3] - 30:21, 68:23, 69:2
**pause** [1] - 86:5
**pay** [20] - 3:5, 4:17, 23:4, 23:17, 23:18, 25:16, 29:21, 30:1, 30:8, 30:17, 31:18, 34:20, 36:3, 61:14, 61:16, 81:5, 81:11, 81:17, 81:21, 104:9
**payment** [13] - 28:18, 30:2, 30:19, 30:20, 31:13, 31:17, 32:6, 34:14, 68:22, 68:25, 78:21
**payments** [9] - 28:12, 29:24, 30:16, 31:19, 31:22, 31:23, 33:17, 70:17, 75:15
**payoff** [5] - 37:16, 38:6, 38:8, 38:12, 38:21
**payout** [2] - 37:3, 37:8
**payroll** [1] - 30:6
**PC** [4] - 27:16, 30:1, 33:12, 33:19
**PC's** [1] - 30:6
**penalties** [15] - 4:22, 5:2, 23:7, 26:5, 33:24, 34:1, 34:16, 34:24, 35:17, 35:23, 36:4, 36:6, 37:15, 61:1, 61:4
**pending** [6] - 4:19, 16:17, 61:5, 106:6, 106:8, 108:13
**people** [2] - 15:24, 86:8
**per** [1] - 23:12
**percent** [1] - 31:8
**perform** [1] - 87:16
**performed** [1] - 20:8
**perhaps** [2] - 41:1, 43:13
**period** [29] - 15:6, 28:10, 41:24, 58:10, 58:11, 58:15, 58:17, 58:20, 58:21, 64:10, 64:23, 78:8, 78:12, 78:13, 83:14, 83:18, 83:19, 84:5, 85:6, 85:7, 85:22, 86:12, 88:9, 88:12, 91:8,

106:6, 106:9
**perjury** [2] - 11:16, 93:15
**permanent** [1] - 85:22
**permission** [1] - 3:6
**permitted** [2] - 2:15, 2:16
**permitting** [1] - 59:24
**persist** [1] - 79:13
**person** [4] - 4:11, 75:9, 83:24, 91:15
**personal** [12] - 28:11, 30:18, 30:23, 30:24, 31:21, 32:25, 33:2, 73:7, 73:14, 73:17, 73:24, 77:21
**personally** [2] - 29:25, 102:5
**personnel** [1] - 2:18
**perspective** [2] - 46:13, 74:8
**phrasing** [1] - 43:12
**physician** [1] - 12:23
**picks** [1] - 63:16
**piecemeal** [1] - 50:13
**place** [3] - 92:3, 92:17, 97:24
**placed** [1] - 11:12
**places** [1] - 81:8
**plan** [1] - 6:11
**planned** [2] - 4:2, 6:14
**planning** [1] - 109:14
**plans** [3] - 8:25, 32:3, 86:23
**plea** [89] - 3:2, 3:6, 3:12, 11:6, 11:9, 17:8, 17:17, 17:18, 17:19, 17:25, 18:7, 18:10, 18:16, 18:22, 18:24, 19:3, 19:11, 19:18, 20:7, 21:14, 22:8, 22:18, 26:9, 41:3, 41:7, 41:9, 41:23, 41:24, 42:2, 42:20, 42:21, 43:16, 43:17, 43:18, 43:23, 44:2, 44:6, 44:11, 44:17, 45:2, 45:16, 47:3, 47:8, 47:12, 47:14, 47:18, 48:3, 48:19, 48:21, 50:20, 50:23, 51:12, 51:15, 51:21, 52:22, 53:16, 59:3, 59:4, 59:18, 59:21, 59:24, 60:16, 61:3, 61:17, 79:7, 79:13, 80:14, 92:21, 97:11, 97:18, 98:23, 104:2, 104:20, 104:22, 105:4,

105:9, 105:10, 107:5, 107:15, 107:24, 108:10, 108:19, 108:25, 109:3, 109:15
**Plea** [53] - 1:10, 17:6, 21:15, 21:23, 39:15, 39:24, 40:12, 40:19, 40:22, 45:6, 45:11, 46:25, 47:3, 51:24, 52:1, 52:5, 52:6, 52:11, 52:15, 53:1, 53:3, 53:21, 54:6, 54:8, 55:1, 55:12, 55:14, 56:4, 57:15, 59:6, 59:12, 59:22, 61:21, 62:1, 81:17, 82:13, 82:16, 89:6, 89:21, 90:3, 104:8, 104:17, 105:1, 107:12, 108:6, 108:8, 108:11, 108:14, 108:16, 109:4, 109:7, 109:8
**plead** [18] - 6:4, 6:8, 23:2, 39:20, 40:19, 41:4, 44:3, 44:5, 45:11, 45:17, 49:22, 51:13, 78:23, 79:11, 79:12, 98:25, 108:13, 109:8
**pleading** [7] - 16:16, 23:24, 42:18, 43:15, 60:3, 79:2, 108:15
**pleads** [4] - 19:13, 82:10, 82:14, 82:15
**pleas** [2] - 18:14, 18:15
**plop** [1] - 104:5
**plus** [3] - 34:15, 34:24, 37:15
**point** [8] - 6:14, 53:18, 57:20, 67:20, 67:24, 82:9, 95:23, 109:6
**pointed** [3] - 70:21, 81:7, 101:11
**points** [3] - 74:9, 81:6, 103:4
**political** [2] - 21:6, 97:22
**politicized** [2] - 98:2, 99:23
**pop** [1] - 3:18
**popping** [1] - 3:20
**Porsche** [1] - 31:23
**portion** [2] - 15:4, 22:16, 97:15
**position** [13] - 7:19, 37:25, 38:3, 41:13, 43:14, 44:24, 50:15,

57:14, 62:24, 63:6, 104:17, 106:15, 107:17
**positive** [1] - 63:4
**possess** [3] - 9:3, 9:5, 91:3
**possessed** [1] - 58:17
**possessing** [3] - 83:23, 85:20, 86:16
**possession** [2] - 4:10, 57:23
**possibility** [1] - 49:1
**possible** [1] - 84:13
**possibly** [1] - 64:11
**potential** [1] - 32:17
**power** [1] - 20:15
**powers** [8] - 20:20, 47:24, 48:10, 48:14, 91:20, 95:14, 99:10
**practically** [1] - 53:15
**practice** [1] - 102:14
**practitioner** [2] - 9:7, 9:11
**precedent** [5] - 46:1, 94:7, 94:9, 95:3, 103:5
**precisely** [1] - 106:22
**preclude** [1] - 68:4
**predicated** [1] - 101:13
**predict** [1] - 78:3
**preliminary** [5] - 5:20, 6:9, 6:13, 56:1, 56:3
**preparations** [2] - 32:7, 72:14
**prepare** [4] - 29:4, 29:19, 32:11, 77:4
**prepared** [7] - 29:6, 34:6, 36:24, 57:20, 80:19, 80:22
**preparing** [1] - 32:14
**preponderance** [1] - 87:25
**prescribed** [2] - 9:7, 9:11
**present** [1] - 88:1
**presented** [6] - 17:9, 17:10, 20:11, 20:12, 62:1, 87:25
**presentence** [2] - 77:5, 78:2
**presently** [2] - 5:15, 15:19
**preserved** [1] - 86:22
**prestigious** [2] - 27:17, 62:23
**Pretrial** [3] - 86:14, 86:19, 86:24
**pretrial** [8] - 7:18, 8:4, 8:5, 8:13, 9:13, 9:23,

56:9, 92:14
**prevailing** [1] - 84:12
**previously** [3] - 23:8, 32:16, 75:3
**primarily** [1] - 13:25
**prison** [2] - 78:17, 78:18
**private** [3] - 27:13, 62:13, 62:16
**probable** [2] - 5:22, 84:8
**Probation** [4] - 77:4, 86:14, 86:19, 86:24
**probation** [15] - 8:22, 24:22, 25:5, 46:6, 46:7, 46:12, 51:5, 53:6, 77:16, 78:1, 78:14, 78:15, 78:18, 83:16, 110:5
**problem** [2] - 103:24, 107:25
**problems** [1] - 73:1
**Procedure** [2] - 17:12, 85:9
**procedure** [3] - 25:10, 87:15, 103:22
**procedures** [1] - 87:13
**proceed** [4] - 3:5, 50:1, 96:8, 96:9
**proceeding** [6] - 16:13, 25:8, 45:1, 88:23, 106:21, 110:15
**proceedings** [2] - 2:15, 7:7
**Process** [1] - 7:2
**process** [14] - 21:6, 33:1, 37:3, 37:5, 37:6, 38:14, 50:2, 51:7, 73:5, 77:2, 77:14, 88:2, 88:3, 99:9
**processing** [1] - 110:5
**produce** [2] - 5:21, 7:4
**produced** [1] - 7:13
**produces** [1] - 38:14
**professional** [2] - 28:2, 64:16
**proffer** [1] - 102:14
**profligate** [1] - 30:15
**progeny** [1] - 7:3
**program** [10] - 9:21, 14:2, 15:1, 15:3, 15:6, 71:18, 71:20, 71:22, 72:6
**programs** [2] - 13:16, 14:6, 31:24, 71:2, 72:2
**progressed** [2] - 27:24, 32:15

**prohibited** [5] - 9:9, 9:12, 9:17, 9:19, 99:25
**promise** [2] - 40:17, 45:8
**promised** [1] - 54:14
**promises** [10] - 26:18, 26:20, 39:9, 39:14, 39:16, 39:19, 42:22, 59:11, 59:16, 87:17
**proof** [3] - 79:21, 81:25, 82:7
**proper** [1] - 101:25
**properly** [1] - 36:7
**propose** [2] - 103:14, 103:18
**proposed** [1] - 11:1
**propriety** [1] - 108:2
**prosecute** [17] - 40:8, 41:19, 45:9, 45:20, 45:21, 46:2, 46:17, 48:4, 54:14, 58:19, 62:4, 88:13, 89:1, 89:3, 93:5, 104:10, 105:5
**prosecuted** [1] - 94:19
**prosecution** [17] - 5:6, 10:11, 11:15, 23:12, 40:14, 51:1, 52:19, 52:21, 84:15, 88:18, 88:21, 89:8, 90:23, 93:16, 98:18
**prosecutor** [8] - 20:23, 22:17, 41:1, 80:18, 91:19, 92:15, 95:22, 96:3
**prosecutorial** [2] - 21:10, 21:11
**protection** [6] - 40:14, 89:7, 97:24, 98:17, 99:1, 100:2
**prove** [7] - 23:15, 61:12, 61:13, 61:18, 80:9, 80:20, 80:23
**provide** [7] - 8:25, 29:8, 32:17, 40:14, 77:13, 86:23, 89:7
**provided** [2] - 24:10, 40:4
**provides** [18] - 22:25, 23:23, 24:2, 24:5, 24:9, 25:3, 25:6, 25:15, 25:17, 26:15, 83:13, 83:18, 83:20, 84:2, 84:16, 84:25, 85:11, 87:19
**providing** [1] - 32:20
**proving** [1] - 79:19
**provision** [31] - 17:8, 18:17, 40:21, 41:8,

51:16, 51:19, 55:12, 58:9, 60:19, 75:19, 75:21, 76:10, 86:2, 89:14, 89:21, 92:22, 93:9, 95:11, 98:7, 98:14, 99:15, 99:17, 100:14, 100:15, 101:20, 102:1, 103:19, 103:20, 104:9, 105:18, 105:23
**provisions** [9] - 10:23, 21:14, 26:24, 50:20, 51:20, 60:7, 94:5, 102:18, 104:14
**psychiatrist** [1] - 12:23
**PT** [1] - 69:16
**public** [4] - 21:20, 82:19, 83:6, 89:17
**publicly** [2] - 89:17, 97:13
**published** [1] - 28:6
**punishment** [1] - 77:13
**purchase** [4] - 85:6, 85:16, 85:20, 85:25
**purchasing** [1] - 85:20
**purposes** [2] - 26:13, 38:5
**pursuant** [12] - 7:1, 7:3, 18:3, 24:8, 24:13, 24:18, 47:4, 84:11, 84:23, 87:13, 102:17, 108:15
**pursue** [2] - 54:5, 98:10
**pursued** [2] - 49:17, 94:17
**purview** [1] - 51:18, 91:19
**pushing** [1] - 28:15
**put** [8] - 27:6, 51:16, 51:19, 58:6, 80:3, 80:4, 104:4, 104:10
**puts** [2] - 53:17, 95:12
**putting** [5] - 38:6, 50:21, 72:24, 73:5, 98:7

## Q

**Queen** [1] - 102:15
**questions** [12] - 3:19, 11:11, 11:12, 11:14, 12:3, 20:20, 27:1, 35:2, 38:25, 45:4, 92:7
**quite** [1] - 64:10
**quote** [1] - 40:6

**quoted** [1] - 72:4

## R

**raise** [3] - 11:20, 20:19, 91:10
**raised** [1] - 106:22
**random** [1] - 9:14
**Range** [1] - 90:19
**range** [2] - 25:2, 36:5
**rather** [2] - 98:2, 107:18
**reached** [3] - 22:21, 39:4, 51:23
**reaching** [1] - 29:9
**read** [15] - 8:6, 17:2, 17:4, 22:4, 22:17, 61:22, 68:2, 70:18, 76:3, 80:21, 86:1, 94:10, 96:24, 105:13, 107:9
**reading** [3] - 17:3, 94:4, 94:10
**ready** [4] - 3:5, 43:17, 43:24, 45:1
**reaffirmed** [1] - 44:10
**really** [7] - 48:5, 51:22, 52:25, 56:2, 100:4, 105:12, 105:14
**reason** [3] - 39:23, 43:23, 45:5
**reasonable** [6] - 61:13, 79:20, 79:22, 80:9, 106:24
**reasons** [2] - 25:3, 90:22
**rebut** [1] - 88:2
**receipts** [2] - 33:13, 33:19
**receive** [1] - 76:20
**received** [18] - 15:11, 16:12, 16:16, 16:23, 19:23, 22:8, 30:19, 31:2, 31:19, 60:23, 68:21, 68:25, 69:2, 69:22, 70:2, 70:3, 76:1, 81:14
**recent** [2] - 14:11, 90:19
**recently** [1] - 12:23
**recess** [2] - 43:8, 57:7
**recitation** [2] - 81:25, 82:6
**recitations** [1] - 82:3
**recited** [1] - 22:20
**recites** [1] - 37:22
**recollection** [1] - 13:9
**recommend** [1] - 25:5
**recommendation** [2] - 18:2, 107:16

**recommendations** [2] - 59:22, 59:23
**recommended** [2] - 7:21, 52:1
**recommending** [1] - 104:2
**reconduction** [1] - 24:19
**record** [9] - 8:6, 11:22, 22:16, 27:6, 58:6, 59:16, 61:22, 89:12, 97:10
**recording** [1] - 2:14
**records** [2] - 73:21, 73:22
**redo** [1] - 20:16
**reduce** [1] - 24:17
**reduction** [3] - 24:16, 33:3, 33:5
**reference** [7] - 52:4, 52:11, 52:15, 65:2, 70:19, 75:8
**referenced** [6] - 21:19, 27:5, 65:14, 82:12, 82:13, 82:22
**references** [5] - 35:10, 55:5, 61:20, 62:19, 75:2
**referencing** [1] - 73:8
**referral** [1] - 7:7
**referred** [3] - 19:20, 52:8, 84:18
**referring** [3] - 64:9, 64:16, 66:24
**refers** [7] - 36:13, 36:18, 41:18, 64:13, 64:14, 66:2, 73:25
**reflect** [2] - 19:7, 39:3
**reflects** [1] - 22:21
**refrain** [2] - 86:15, 86:16
**regard** [5] - 49:10, 49:21, 73:17, 84:12, 103:18
**regarding** [3] - 6:13, 22:8, 87:12
**regardless** [2] - 9:9, 59:2
**regards** [1] - 99:7
**Registration** [1] - 55:8
**regular** [1] - 103:17
**rehab** [2] - 31:24, 71:3
**reject** [15] - 18:7, 18:15, 18:19, 19:10, 20:7, 47:11, 47:17, 47:25, 48:2, 48:19, 48:21, 59:23, 104:17, 107:10, 109:3
**rejecting** [1] - 19:3

**relapsed** [1] - 27:23
**relate** [6] - 19:3, 41:10, 57:23, 58:10, 58:22, 73:18
**related** [7] - 3:24, 45:22, 49:3, 53:9, 93:13, 93:15, 93:17
**relates** [4] - 27:4, 57:21, 63:21, 97:11
**relating** [1] - 29:1, 88:15
**relation** [1] - 83:21
**relations** [2] - 32:5, 32:15
**relationship** [3] - 28:3, 64:16, 64:18
**relationships** [1] - 64:19
**release** [14] - 4:23, 5:5, 7:18, 8:4, 8:5, 8:8, 10:8, 10:10, 23:11, 78:13, 78:15, 93:23, 99:5, 110:3
**released** [1] - 78:8
**relevant** [13] - 24:8, 27:8, 35:4, 35:15, 36:2, 52:9, 53:9, 53:14, 84:1, 85:21, 89:19, 89:22, 92:20
**relief** [1] - 76:19
**rely** [2] - 44:16, 98:3
**relying** [3] - 39:18, 40:17, 45:8
**remain** [1] - 28:18
**remained** [4] - 30:21, 32:1, 34:10
**remedies** [1] - 88:6
**remedy** [5] - 88:8, 88:10, 88:11, 93:4, 94:1
**Remedy** [4] - 88:13, 88:23
**remember** [1] - 62:25
**reminded** [1] - 29:13
**reminding** [1] - 2:14
**remote** [1] - 9:16
**repeatedly** [3] - 29:7, 29:21, 92:16
**report** [6] - 8:22, 56:22, 56:24, 77:5, 77:7, 78:2
**reported** [7] - 33:9, 33:13, 33:15, 33:19, 34:11, 34:22, 36:25
**Reporter** [1] - 110:17
**represent** [1] - 5:12
**representation** [3] - 5:17, 16:23, 32:19
**representations** [2] - 26:18, 26:21

represented [2] - 5:9, 5:16
repudiating [1] - 87:8
request [2] - 20:6, 107:16
requested [5] - 9:1, 28:14, 86:24, 100:21, 106:2
require [2] - 18:15, 88:22
required [6] - 6:19, 8:16, 9:13, 23:18, 34:21, 61:15, 71:23, 77:3, 81:13, 109:1
requirement [2] - 94:21, 94:25
requires [1] - 107:18
reservation [1] - 43:18
residence [1] - 8:14
residing [2] - 8:23, 9:2
resolution [2] - 102:4, 102:11
resolve [2] - 44:21, 106:5
resolved [1] - 106:15
respect [6] - 10:15, 52:21, 76:1, 85:1, 85:3, 85:14
respectfully [1] - 96:11
respond [1] - 20:4
response [1] - 50:7
responsibility [7] - 11:8, 24:12, 32:22, 77:10, 84:17, 87:23, 93:2
rest [3] - 50:2, 59:9, 92:15
restitution [9] - 5:5, 23:11, 25:24, 26:1, 26:8, 36:19, 38:17, 38:22, 78:21
Restitution [1] - 25:25
result [6] - 2:18, 10:8, 10:11, 25:1, 30:12, 37:25
resulting [1] - 33:2
retains [1] - 25:7
return [11] - 28:16, 28:17, 31:14, 31:15, 34:5, 34:8, 34:15, 36:24, 37:5, 37:15
returns [22] - 28:12, 28:15, 29:5, 29:7, 29:12, 29:15, 29:17, 29:20, 29:22, 30:18, 31:9, 32:8, 32:12, 32:14, 32:17, 32:22, 33:1, 33:7, 36:23, 37:7, 73:6, 74:8

Revenue [9] - 26:6, 26:10, 29:18, 30:3, 33:8, 33:23, 34:9, 36:21, 74:20
review [9] - 20:1, 20:5, 25:10, 25:13, 29:8, 76:5, 77:7, 96:6, 109:13
reviewed [4] - 29:12, 73:21, 92:12, 92:13
reviewing [1] - 78:2
revocation [1] - 10:9
revoked [1] - 78:16
rewrite [1] - 57:25
rhetorical [1] - 42:8
RICHARD [1] - 2:6
rights [5] - 76:11, 76:25, 79:11, 80:16, 85:8
rise [3] - 11:20, 43:7, 57:6
Robert [5] - 2:25, 3:3, 11:23, 27:9, 83:11
ROBERT [3] - 1:6, 11:24, 11:25
role [16] - 17:22, 18:6, 18:10, 18:18, 19:4, 46:11, 47:11, 48:15, 50:19, 94:3, 103:2, 104:5, 107:5, 107:8, 107:19, 107:25
roles [1] - 17:24
Roman [2] - 83:8, 83:12
Romanian [1] - 29:1
Rosemont [4] - 62:17, 64:21, 65:1, 65:25
routinely [2] - 25:20, 28:14
rubber [5] - 51:14, 104:1, 104:21, 107:3, 107:11
rule [11] - 18:17, 19:1, 48:16, 51:3, 77:17, 85:10, 104:19, 107:9, 107:16, 107:18
Rule [5] - 17:10, 17:17, 17:23, 18:1, 18:3, 18:10, 18:14, 41:7, 41:17, 47:4, 51:15, 51:16, 85:9, 107:13
rules [1] - 17:8
Rules [1] - 17:11
rulings [1] - 25:7
run [1] - 92:4

## S

sample [1] - 8:10
sanctions [2] - 7:7, 32:17
satisfied [4] - 16:22, 22:7, 60:22, 75:25
save [1] - 4:7
schedule [1] - 106:12
scheme [1] - 102:25
Schiller [6] - 63:3, 63:10, 63:17, 63:22, 66:16, 69:9
school [4] - 8:1, 12:9, 12:10, 12:12
Schwerin [3] - 65:8, 66:22, 68:16
scope [4] - 48:5, 54:15, 57:21, 94:18
screening [2] - 9:17, 9:19
scrutiny [1] - 97:9
seal [1] - 25:19
sealed [5] - 21:19, 22:14, 26:17, 97:15, 97:17
Sealed [1] - 22:12
seated [7] - 2:13, 3:19, 12:1, 19:22, 43:9, 57:8, 58:25
second [6] - 24:24, 62:11, 67:1, 68:20, 69:22, 86:6
Section [6] - 4:18, 8:11, 9:6, 23:5, 77:11, 83:25
section [2] - 55:6, 105:8
Sections [1] - 4:13
security [1] - 2:18
see [16] - 10:25, 37:12, 57:2, 67:4, 67:7, 71:3, 74:4, 79:16, 82:20, 91:16, 92:18, 98:6, 109:25
seeing [1] - 99:22
seek [7] - 8:24, 86:15, 87:12, 87:21, 87:24, 92:25, 101:16
seeking [4] - 31:11, 32:5, 34:18, 84:5
seem [2] - 50:18, 98:16
self [17] - 26:3, 33:10, 33:13, 33:15, 33:20, 33:23, 33:25, 34:12, 34:23, 36:19, 36:22, 37:4, 37:12, 37:14, 37:18, 75:2
self-assessed [15] -

33:10, 33:13, 33:15, 33:20, 33:23, 33:25, 34:12, 34:23, 36:19, 36:22, 37:12, 37:14, 37:18, 75:2
send [4] - 10:22, 82:21, 92:19, 106:10
sending [1] - 29:10
Seneca [3] - 64:21, 65:1, 65:25
sense [5] - 46:20, 56:16, 56:23, 106:3, 106:4
senses [1] - 93:24
sent [2] - 29:12, 66:20
sentence [23] - 8:18, 17:18, 19:8, 24:17, 25:2, 25:5, 52:1, 59:24, 62:11, 63:16, 63:20, 74:9, 75:22, 76:12, 76:15, 76:20, 77:12, 77:22, 77:23, 78:1, 78:4, 78:20, 79:5
sentenced [1] - 78:12
sentences [1] - 63:17
Sentencing [3] - 24:9, 24:13, 24:19
sentencing [16] - 19:4, 24:2, 25:1, 25:4, 25:9, 25:16, 35:5, 35:22, 37:19, 38:6, 47:15, 74:7, 77:2, 77:6, 77:15, 79:1
separate [13] - 3:3, 11:15, 18:17, 22:13, 38:14, 42:9, 42:10, 42:15, 57:15, 69:7, 71:22, 92:16, 98:16
separately [1] - 97:21
separation [7] - 20:20, 47:24, 48:10, 48:14, 91:19, 95:14, 99:10
September [1] - 56:22
series [2] - 11:10, 32:23
serious [3] - 20:14, 20:17, 88:24
seriousness [2] - 19:7, 88:7
serve [4] - 8:17, 26:8, 78:16, 78:18
served [2] - 27:12, 62:12
Service [9] - 26:6, 26:10, 29:18, 30:3, 33:8, 33:23, 34:9, 36:21, 74:20
services [4] - 8:13, 9:13, 9:23, 27:14

Services [2] - 86:14, 86:19
set [15] - 2:23, 24:5, 56:1, 56:8, 83:17, 84:23, 84:24, 85:4, 85:15, 85:16, 87:13, 87:17, 88:16, 89:18, 90:10
sets [1] - 90:3
severability [3] - 98:16, 100:15, 100:18
several [4] - 29:12, 73:18, 74:11, 81:7
severe [2] - 59:25, 79:5
shake [1] - 74:7
shall [7] - 83:20, 84:22, 85:7, 87:18, 88:1, 89:17, 90:10
shared [1] - 59:19
show [1] - 5:22
showed [1] - 34:6
showing [1] - 97:7
side [2] - 22:10, 22:12
side-bar [2] - 22:10, 22:12
sign [8] - 22:1, 50:22, 51:18, 51:19, 92:17, 94:6, 104:7, 110:3
signature [1] - 29:8
signatures [2] - 21:23, 21:24
signed [7] - 22:3, 26:20, 29:16, 32:19, 42:13, 42:15, 90:11
significant [5] - 28:2, 30:12, 35:17, 64:15, 81:19
signing [2] - 88:19, 88:21
signs [2] - 53:16, 83:16
silent [1] - 19:1
similar [3] - 45:25, 89:21, 102:24
simply [1] - 53:12
single [1] - 13:20
sit [5] - 18:22, 46:22, 50:16, 54:12, 102:16
situation [3] - 44:22, 49:21, 93:20
situations [1] - 73:16
six [4] - 13:12, 21:17, 30:22, 31:8
Sixth [1] - 85:8
smack [1] - 104:4
SMITH [1] - 2:3
sober [5] - 31:25, 32:1, 71:3, 72:21,

74:24
**sobriety** [5] - 71:10, 71:17, 72:3, 72:11, 84:21
**sole** [2] - 26:13, 88:24
**someone** [4] - 37:11, 73:1, 86:6, 98:3
**sorry** [5] - 14:6, 14:20, 16:1, 67:5, 108:22
**sort** [4] - 14:7, 19:19, 38:13, 64:14
**sounds** [1] - 107:4
**space** [1] - 57:19
**speaking** [1] - 42:5
**special** [5] - 4:24, 5:6, 23:11, 25:16, 78:22
**specific** [4] - 17:18, 57:21, 60:7, 88:9
**specifically** [3] - 54:17, 58:16, 61:12
**specified** [2] - 88:6, 88:12
**speedy** [1] - 85:8
**spell** [2] - 11:21, 65:19
**spend** [3] - 30:22, 31:1, 81:20
**spending** [1] - 30:15
**spent** [3] - 31:20, 32:2, 49:13
**spring** [1] - 28:9
**square** [1] - 35:14
**squarely** [1] - 92:15
**stable** [1] - 31:5
**stamp** [4] - 51:15, 104:1, 107:3, 107:11
**stamping** [1] - 104:21
**stand** [2] - 41:13, 44:10
**standard** [6] - 10:24, 21:20, 35:24, 79:19, 79:20, 96:6
**standing** [4] - 8:3, 27:22, 64:3, 64:21
**stands** [3] - 41:23, 42:21, 92:22
**start** [3] - 2:13, 6:21, 11:3
**started** [4] - 32:13, 63:3, 64:23, 65:15
**starting** [5] - 67:1, 86:4, 86:10, 87:14, 89:15
**state** [4] - 8:7, 9:10, 11:21, 86:25
**State's** [1] - 41:12
**statement** [41] - 6:21, 6:23, 23:21, 24:6, 37:16, 37:22, 40:10, 40:11, 52:22, 53:20, 53:21, 53:24, 53:25,

55:1, 55:4, 57:22, 58:12, 61:21, 80:22, 81:6, 81:8, 81:17, 84:18, 85:4, 85:17, 87:3, 87:7, 87:9, 87:10, 88:16, 89:4, 89:5, 89:12, 89:19, 91:16, 91:17, 91:22, 92:3, 102:22
**statements** [5] - 6:19, 6:20, 26:18, 26:21, 102:17
**states** [2] - 40:7, 60:10
**STATES** [3] - 1:1, 1:3, 1:18
**States** [58] - 1:14, 1:21, 2:23, 2:25, 3:3, 4:9, 4:13, 4:14, 4:17, 8:10, 9:6, 10:5, 10:16, 18:3, 20:15, 20:16, 23:2, 23:5, 24:8, 24:10, 24:17, 25:5, 25:6, 26:14, 40:8, 46:14, 77:4, 77:11, 83:9, 83:10, 83:25, 84:3, 84:7, 84:10, 84:22, 85:13, 86:3, 87:9, 87:12, 87:19, 87:22, 87:24, 88:5, 88:9, 88:10, 88:12, 88:13, 88:15, 88:22, 89:2, 90:4, 90:6, 90:11, 90:17, 92:24, 93:1, 103:1, 110:10
**status** [3] - 56:22, 56:24, 109:15
**statute** [12] - 51:18, 77:11, 77:21, 85:1, 85:5, 85:21, 88:18, 88:20, 91:25, 92:2, 92:13, 93:17
**statutory** [2] - 102:13, 102:25
**stay** [1] - 3:19
**stemmed** [1] - 30:4
**stenographic** [1] - 110:15
**step** [1] - 77:14
**stick** [1] - 110:1
**still** [9] - 31:6, 32:6, 37:11, 41:3, 42:17, 45:16, 51:11, 65:21, 79:6
**stipulate** [2] - 23:13, 89:18
**stipulation** [1] - 35:18
**stipulations** [3] - 24:1, 24:22, 24:25
**stop** [2] - 6:20, 6:22

**straightforward** [1] - 104:13
**Street** [1] - 1:11
**strict** [1] - 97:9
**structure** [2] - 31:5, 95:19
**structured** [2] - 96:12, 96:13
**struggle** [2] - 27:22, 64:3
**struggles** [2] - 64:9, 64:14
**struggling** [1] - 91:15
**sub** [1] - 88:8
**subject** [7] - 8:5, 26:12, 35:13, 52:20, 85:12, 86:13, 93:5
**submissions** [4] - 20:2, 20:6, 20:11, 109:13
**submit** [5] - 8:21, 9:12, 20:8, 86:17, 106:25
**submits** [1] - 86:20
**submitted** [1] - 29:16
**subparagraph** [3] - 24:5, 85:18, 86:11
**subsection** [7] - 59:3, 98:23, 104:21, 105:7, 105:9, 107:24
**subsequent** [2] - 25:8, 26:23
**subsequently** [1] - 24:10
**substance** [16] - 4:12, 9:5, 9:13, 9:17, 9:19, 9:22, 27:22, 28:7, 29:13, 71:7, 83:24, 86:16, 86:17, 86:18, 104:3, 105:5
**substantial** [7] - 27:19, 28:21, 30:5, 31:18, 65:10, 67:21, 81:5
**substantially** [1] - 58:5
**successfully** [1] - 28:4
**sued** [1] - 32:4
**sufficient** [3] - 5:21, 30:7, 77:12
**suggest** [3] - 19:2, 20:13, 104:21
**suit** [1] - 95:10
**sum** [1] - 31:21
**summarize** [4] - 57:12, 70:16, 80:19, 83:5
**summarized** [2] - 39:3, 61:2
**summary** [1] - 81:12

**summer** [2] - 28:9, 32:4
**supersedes** [1] - 26:17
**supervised** [8] - 4:23, 5:5, 23:11, 78:13, 78:15, 93:23, 99:5
**supervising** [3] - 8:13, 9:14, 9:24
**supervision** [5] - 8:21, 8:22, 86:13, 87:23, 93:2
**support** [2] - 32:6, 72:11
**supporting** [1] - 8:25
**supposed** [1] - 51:14
**Supreme** [1] - 108:11
**surprise** [8] - 30:10, 67:4, 67:9, 67:24, 68:1, 68:3, 68:8
**surrender** [1] - 8:17
**swear** [1] - 11:19
**sweat** [1] - 9:16
**sworn** [1] - 11:25
**System** [1] - 85:23
**system** [5] - 9:16, 30:6, 48:9, 79:21, 102:4

---

## T

**table** [1] - 36:5
**talks** [1] - 67:2
**tamper** [1] - 9:18
**target** [1] - 102:16
**taught** [1] - 8:1
**tax** [99] - 3:7, 3:12, 4:1, 4:17, 5:2, 6:4, 11:4, 16:15, 23:4, 23:17, 26:4, 26:11, 28:12, 28:16, 29:3, 29:5, 29:7, 29:17, 29:20, 29:22, 29:24, 30:3, 30:8, 30:12, 30:14, 30:16, 30:17, 30:21, 31:7, 31:9, 31:13, 31:16, 31:17, 31:18, 32:8, 32:12, 32:17, 32:22, 32:25, 33:3, 33:7, 33:8, 33:10, 33:14, 33:15, 33:20, 33:24, 34:1, 34:11, 34:12, 34:20, 34:21, 34:23, 36:4, 36:8, 36:19, 37:6, 37:19, 37:25, 41:2, 41:4, 45:15, 45:17, 45:22, 49:3, 49:10, 53:10, 53:25, 54:25, 57:23, 58:14, 58:20,

61:14, 61:15, 66:20, 66:21, 67:3, 67:17, 67:19, 67:23, 68:13, 72:15, 73:6, 73:12, 74:8, 75:2, 75:3, 75:9, 81:5, 81:11, 81:13, 81:14, 82:23, 89:20, 89:23
**taxes** [13] - 3:5, 26:11, 28:18, 29:21, 30:2, 31:8, 34:7, 35:10, 35:19, 35:20, 49:15, 72:23, 81:22
**taxpayers** [1] - 28:14
**technically** [1] - 71:13
**telephone** [1] - 8:14
**ten** [3] - 4:22, 49:14, 57:2
**term** [4] - 21:11, 78:12, 83:2, 85:21
**termination** [1] - 88:25
**terms** [30] - 18:18, 22:18, 25:21, 26:12, 40:9, 41:14, 43:24, 44:2, 44:22, 46:7, 46:8, 53:3, 54:25, 59:22, 61:2, 75:17, 83:1, 83:5, 83:12, 84:21, 84:23, 87:17, 89:3, 89:16, 90:4, 90:8, 98:12, 101:10, 105:1, 105:25
**testify** [3] - 80:2, 80:4, 88:7
**testifying** [1] - 6:1
**testimony** [1] - 104:23
**testing** [7] - 9:12, 9:14, 9:15, 9:16, 9:17, 9:19, 86:17
**THE** [455] - 1:1, 1:2, 1:13, 2:12, 3:8, 3:13, 3:17, 3:22, 4:6, 4:8, 4:20, 4:21, 4:25, 5:1, 5:7, 5:8, 5:14, 5:15, 5:18, 5:19, 6:2, 6:3, 6:6, 6:7, 6:10, 6:11, 6:18, 6:25, 7:1, 7:12, 7:15, 7:17, 7:22, 7:24, 8:2, 10:1, 10:2, 10:7, 10:13, 10:14, 10:19, 11:7, 11:8, 11:17, 11:18, 11:23, 12:1, 12:5, 12:6, 12:7, 12:9, 12:10, 12:11, 12:13, 12:14, 12:15, 12:16, 12:17, 12:19, 12:21, 12:22, 12:24, 12:25, 13:3, 13:5, 13:7, 13:8,

13:11, 13:14, 13:15, 13:19, 13:24, 14:1, 14:4, 14:5, 14:8, 14:9, 14:10, 14:11, 14:14, 14:15, 14:17, 14:19, 14:20, 14:21, 14:23, 14:25, 15:3, 15:5, 15:8, 15:9, 15:12, 15:13, 15:17, 15:18, 15:22, 15:23, 16:1, 16:3, 16:5, 16:6, 16:9, 16:11, 16:18, 16:19, 16:21, 16:22, 16:25, 17:1, 17:5, 17:6, 17:13, 17:16, 17:22, 18:4, 18:6, 18:9, 18:13, 18:20, 19:12, 19:17, 19:22, 20:22, 21:2, 21:13, 21:16, 21:17, 21:25, 22:1, 22:2, 22:3, 22:6, 22:7, 22:9, 22:10, 22:15, 26:25, 35:1, 35:9, 35:24, 36:1, 36:8, 36:13, 36:18, 37:10, 38:9, 38:19, 38:24, 39:5, 39:6, 39:8, 39:9, 39:13, 39:18, 39:21, 39:22, 39:25, 40:1, 40:20, 40:21, 40:24, 40:25, 41:5, 41:6, 41:16, 42:1, 42:7, 42:14, 42:24, 43:2, 43:9, 43:21, 44:1, 44:12, 44:20, 45:3, 45:7, 45:8, 45:12, 45:13, 45:18, 45:19, 46:5, 46:15, 46:21, 47:2, 47:6, 47:10, 47:14, 47:17, 47:21, 48:2, 48:7, 48:13, 48:18, 49:3, 49:5, 50:3, 50:9, 50:12, 50:16, 51:8, 52:3, 52:7, 52:11, 52:14, 52:17, 52:25, 54:4, 54:10, 54:17, 55:5, 55:10, 55:15, 55:19, 55:23, 56:7, 56:14, 56:21, 57:4, 57:8, 57:25, 58:3, 58:8, 58:13, 58:18, 58:25, 59:14, 59:15, 59:20, 59:21, 60:2, 60:3, 60:5, 60:6, 60:9, 60:10, 60:15, 60:16, 60:18, 60:19, 60:21, 60:22, 60:24, 60:25, 61:6, 61:7, 61:9, 61:10, 61:19,

61:20, 62:7, 62:8, 62:15, 62:18, 63:2, 63:5, 63:7, 63:8, 63:12, 63:13, 63:18, 63:19, 63:23, 63:24, 64:1, 64:8, 64:13, 64:18, 64:25, 65:3, 65:6, 65:8, 65:9, 65:15, 65:18, 65:19, 65:21, 65:22, 65:23, 66:1, 66:3, 66:6, 66:7, 66:8, 66:9, 66:12, 66:13, 66:15, 66:16, 66:17, 66:18, 66:23, 66:25, 67:5, 67:6, 67:7, 67:8, 67:10, 67:11, 67:12, 67:16, 68:2, 68:7, 68:10, 68:12, 68:14, 68:15, 68:17, 68:19, 68:24, 68:25, 69:2, 69:4, 69:5, 69:6, 69:8, 69:11, 69:13, 69:14, 69:16, 69:18, 69:19, 69:21, 70:5, 70:6, 70:10, 71:1, 71:4, 71:5, 71:9, 71:11, 71:12, 71:16, 71:17, 71:20, 71:22, 71:24, 72:1, 72:7, 72:8, 72:9, 72:12, 72:13, 72:17, 72:18, 72:20, 72:21, 72:22, 72:23, 72:24, 73:4, 74:1, 74:15, 74:23, 74:25, 75:1, 75:6, 75:11, 75:13, 75:14, 75:15, 75:16, 75:18, 75:24, 75:25, 76:2, 76:3, 76:7, 76:9, 76:13, 76:14, 76:16, 76:17, 76:22, 76:23, 77:9, 77:10, 78:5, 78:6, 78:10, 78:11, 78:19, 78:20, 78:24, 78:25, 79:3, 79:4, 79:9, 79:10, 79:18, 79:19, 79:25, 80:1, 80:6, 80:7, 80:12, 80:13, 80:17, 80:18, 80:24, 81:2, 81:23, 82:1, 82:2, 82:4, 82:5, 82:9, 86:5, 90:13, 90:16, 90:25, 91:14, 91:25, 92:5, 92:11, 93:10, 94:2, 94:10, 94:16, 94:21, 94:25, 95:3, 95:6, 95:11, 95:21, 96:1, 96:3, 96:23, 97:4, 97:6, 97:14, 98:5,

98:21, 99:12, 99:22, 100:11, 100:15, 100:20, 100:25, 101:22, 103:4, 103:24, 106:8, 107:4, 107:9, 107:23, 108:18, 108:21, 109:10, 109:11, 109:24, 110:7, 110:8, 110:12
**therapy** [1] - 9:22
**therefore** [1] - 81:10
**thinking** [2] - 50:5, 106:17
**thinks** [3] - 74:6, 98:18, 98:25
**third** [12] - 19:23, 20:6, 26:6, 33:22, 34:17, 34:25, 35:10, 35:17, 36:21, 68:19, 71:2, 75:8
**Third** [2] - 90:19, 97:8
**third-party** [1] - 20:6
**thirty** [4] - 56:12, 56:17, 84:4, 109:20
**thousand** [1] - 74:12
**threatened** [1] - 39:6
**threats** [1] - 59:17
**three** [7] - 4:23, 12:7, 21:23, 23:18, 24:20, 61:15, 77:14
**three-step** [1] - 77:14
**throes** [1] - 31:6
**throughout** [2] - 29:3, 29:7
**throw** [2] - 108:3, 108:5
**Thursday** [1] - 106:11
**timely** [7] - 29:19, 29:21, 30:8, 33:11, 33:16, 34:13, 34:19
**timing** [1] - 106:13
**Title** [2] - 23:5, 83:25
**today** [9] - 16:4, 16:13, 24:7, 53:18, 59:17, 78:3, 105:22, 108:8, 110:9
**today's** [3] - 45:1, 103:23, 106:21
**together** [3] - 26:17, 72:25, 73:5
**tolled** [2] - 85:7, 92:5
**took** [2] - 75:11, 75:13
**top** [1] - 75:6
**toss** [1] - 100:19
**total** [6] - 24:19, 33:9, 33:15, 34:12, 34:22, 63:21
**totaling** [2] - 27:19, 31:19

**towards** [3] - 30:2, 62:9, 64:14
**traded** [1] - 31:10
**traditional** [1] - 19:4
**transcript** [4] - 15:24, 106:20, 106:24, 110:15
**transfers** [2] - 30:11, 30:24
**travel** [3] - 8:25, 30:25, 86:23
**Treasury** [1] - 26:14
**treat** [1] - 64:5
**treated** [6] - 13:1, 13:10, 13:23, 14:2, 14:7, 73:20
**treatment** [13] - 13:3, 13:6, 14:2, 14:12, 14:13, 14:16, 15:11, 67:18, 67:19, 67:23, 72:6, 72:10, 86:18
**tremendous** [1] - 97:22
**trial** [11] - 23:16, 48:25, 56:13, 79:14, 80:1, 80:8, 80:14, 80:15, 80:16, 80:20, 85:8
**tried** [1] - 91:11
**trips** [2] - 31:24, 71:2
**true** [1] - 110:15
**truthful** [2] - 32:21, 87:4
**truthfully** [2] - 11:13, 11:14
**try** [2] - 57:11, 97:20
**trying** [11] - 37:11, 42:8, 48:15, 48:18, 55:10, 63:14, 67:5, 71:24, 91:18, 101:1, 105:20
**Tuesday** [1] - 106:10
**turn** [1] - 3:11
**turns** [1] - 98:19
**twelve** [2] - 5:3, 23:8
**twenty** [2] - 13:13, 83:14
**twenty-four** [1] - 83:14
**twice** [2] - 5:4, 23:9
**two** [21] - 3:4, 3:23, 4:2, 4:16, 10:19, 17:24, 23:17, 24:12, 24:16, 32:5, 43:14, 48:23, 49:25, 51:11, 61:14, 71:15, 83:12, 83:14, 88:5, 91:14
**two-year** [1] - 83:14
**typical** [1] - 75:17
**typically** [2] - 10:21, 46:24

## U

**U.S** [10] - 2:18, 24:13, 24:18, 49:13, 86:13, 86:19, 86:24, 102:13, 108:12, 110:18
**Ukrainian** [8] - 27:12, 29:1, 31:4, 62:12, 62:15, 62:19, 66:10, 69:25, 70:11
**ultimately** [3] - 31:14, 64:20, 74:19
**unanimously** [1] - 80:11
**unanticipated** [1] - 26:7
**unartful** [1] - 43:12
**unbelievable** [1] - 49:17
**unconstitutional** [6] - 48:14, 91:4, 99:21, 100:1, 100:11, 102:7
**under** [47] - 9:8, 11:12, 11:25, 12:23, 15:14, 15:19, 17:9, 17:10, 17:17, 17:23, 18:1, 18:10, 19:9, 22:12, 24:1, 25:19, 25:24, 28:21, 32:16, 36:7, 41:7, 45:2, 51:15, 51:16, 51:18, 55:7, 59:3, 59:5, 65:11, 71:6, 77:10, 77:13, 83:7, 84:3, 85:6, 85:8, 94:11, 98:23, 100:7, 103:21, 104:19, 104:20, 104:23, 105:4, 105:9, 107:5, 107:24
**understood** [2] - 24:21, 92:13
**undertaken** [1] - 67:18
**undertakings** [1] - 85:19
**undertook** [1] - 49:22
**unenforceable** [4] - 39:23, 42:16, 43:23, 44:5
**unfiled** [1] - 34:10
**unique** [1] - 82:24
**unitary** [1] - 100:17
**UNITED** [3] - 1:1, 1:3, 1:18
**United** [59] - 1:14, 1:21, 2:22, 2:24, 3:3, 4:9, 4:12, 4:14, 4:17, 8:10, 9:6, 10:5, 10:16, 18:3, 20:15, 20:16, 23:2, 23:5,

24:8, 24:10, 24:17, 25:4, 25:6, 26:14, 40:8, 41:12, 46:14, 77:4, 77:11, 83:9, 83:25, 84:3, 84:7, 84:10, 84:22, 85:13, 86:3, 87:9, 87:11, 87:19, 87:21, 87:24, 88:5, 88:9, 88:10, 88:12, 88:13, 88:14, 88:22, 89:2, 90:4, 90:6, 90:11, 90:17, 92:23, 93:1, 103:1, 110:10
**unlawful** [3] - 4:11, 83:23, 91:2
**unlawfully** [2] - 9:4, 86:15
**unless** [7] - 9:6, 26:23, 83:16, 90:10, 97:1, 98:10, 99:5
**unlike** [1] - 102:24
**unlikely** [1] - 76:18
**unsealed** [1] - 22:16
**unusual** [1] - 82:18
**up** [22] - 3:6, 3:18, 3:20, 7:25, 17:7, 22:10, 35:13, 43:13, 56:17, 56:21, 60:17, 63:16, 74:19, 80:15, 82:20, 100:19, 102:3, 103:23, 104:14, 104:15, 105:18, 110:5
**upwards** [1] - 77:23
**urine** [1] - 9:15
**user** [3] - 4:11, 83:23, 91:3

## V

**valid** [14] - 39:23, 40:21, 42:16, 43:22, 44:4, 44:13, 44:15, 45:5, 46:13, 49:21, 59:7, 90:10, 100:13, 105:6
**validly** [1] - 49:10
**vary** [1] - 77:23
**ventures** [1] - 28:5
**venue** [6] - 23:1, 47:21, 47:22, 60:8, 60:12, 85:13
**version** [1] - 3:6
**versus** [2] - 2:25, 3:3
**vested** [1] - 21:11
**via** [1] - 85:24
**victim** [1] - 26:14
**Victim** [1] - 25:25
**victims** [1] - 26:2

**view** [14] - 17:22, 41:22, 46:11, 47:6, 47:25, 53:6, 53:7, 53:8, 53:12, 83:1, 107:22, 108:23
**views** [1] - 105:10
**VILLAZOR** [1] - 2:3
**violate** [2] - 8:7, 48:13
**violates** [2] - 99:15, 99:17
**violating** [2] - 7:5, 10:7
**violation** [12] - 4:12, 4:17, 23:5, 78:14, 83:24, 86:25, 88:14, 90:17, 93:22, 93:25, 99:5, 99:10
**virtually** [1] - 65:3
**vis** [2] - 18:18
**vis-a-vis** [1] - 18:18
**voice** [1] - 100:3
**void** [3] - 26:22, 56:5, 102:21
**voluntarily** [2] - 23:19, 76:24
**voluntary** [4] - 11:9, 18:1, 98:22, 98:25
**VOSR** [5] - 93:20, 99:3, 102:6, 102:24, 103:5
**VOSR's** [1] - 102:13

## W

**wait** [1] - 18:23
**waive** [5] - 17:3, 17:4, 17:5, 56:3, 60:11, 79:11, 83:20, 84:25, 90:23
**waived** [4] - 76:24, 80:15, 92:1, 92:2
**waiver** [11] - 25:12, 47:21, 47:22, 60:12, 75:19, 75:20, 75:21, 75:22, 76:1, 76:3, 76:10
**waives** [2] - 22:25, 84:13
**waiving** [1] - 6:8
**walk** [4] - 10:25, 13:19, 21:13, 60:6
**Wallace** [1] - 2:22
**WALLACE** [2] - 1:19, 47:5
**wants** [2] - 57:13, 108:13
**warrant** [1] - 10:9
**warrants** [1] - 88:25
**watch** [1] - 2:16
**ways** [3] - 74:13,

101:16, 104:16
**weapon** [1] - 9:3
**wearing** [1] - 9:15
**Wednesday** [1] - 1:8
**week** [1] - 56:19
**weigh** [1] - 51:2
**weighing** [1] - 46:12
**well-documented** [3] - 27:21, 64:2, 64:5
**West** [1] - 65:16
**whatsoever** [3] - 7:16, 16:8, 26:22
**whichever** [1] - 5:4, 23:10
**whole** [4] - 49:11, 63:6, 90:9, 105:13
**wife** [1] - 32:1
**wildly** [1] - 31:2
**willful** [5] - 4:17, 23:4, 23:19, 61:16, 81:17
**willing** [1] - 44:2
**Wilmington** [1] - 1:12
**winter** [1] - 32:4
**wise** [6] - 22:23, 61:22, 77:1, 83:4, 101:4, 108:9
**WISE** [99] - 1:20, 2:21, 3:9, 4:4, 6:15, 7:11, 7:14, 7:20, 10:5, 10:16, 16:10, 17:10, 17:20, 17:24, 18:5, 18:8, 18:12, 18:14, 19:1, 19:16, 19:21, 20:18, 20:25, 21:6, 22:24, 27:7, 35:8, 35:16, 35:25, 36:12, 36:17, 36:23, 37:14, 38:3, 38:12, 38:21, 41:12, 41:22, 42:12, 42:19, 46:4, 46:9, 46:19, 47:1, 47:9, 47:13, 47:16, 47:19, 47:22, 48:6, 48:12, 48:17, 48:23, 49:4, 50:7, 50:11, 50:14, 51:23, 52:6, 52:9, 52:13, 52:16, 52:24, 53:3, 54:8, 54:16, 54:22, 55:9, 55:22, 58:11, 58:14, 68:11, 70:18, 75:5, 80:21, 81:1, 81:4, 83:7, 86:10, 90:20, 91:6, 91:24, 92:10, 93:12, 94:8, 94:15, 94:20, 94:24, 95:2, 95:5, 95:9, 101:10, 102:12, 106:19, 107:2, 107:7, 107:12, 109:23,

110:10
**Wise** [3] - 2:21, 39:3, 60:25
**wish** [2] - 5:16, 81:24
**wishes** [1] - 20:4
**withdraw** [5] - 26:9, 59:18, 59:24, 79:7, 107:15
**withdrawals** [3] - 30:10, 30:24, 31:22
**withdrawing** [1] - 30:5
**withholding** [2] - 30:12, 31:7
**withholdings** [2] - 30:8, 68:16
**WITNESS** [1] - 66:8
**witness** [1] - 102:16
**witnesses** [2] - 5:25, 79:16
**worsened** [1] - 28:7
**worth** [1] - 98:19
**worthwhile** [1] - 81:3
**write** [3] - 67:12, 67:21, 70:15
**writes** [1] - 37:5
**writing** [5] - 8:14, 8:24, 26:19, 86:23, 90:11
**written** [10] - 26:23, 39:2, 39:7, 39:10, 39:15, 50:23, 90:7, 98:19, 101:20, 102:3
**wrote** [1] - 64:9

## Y

**year** [32] - 5:5, 23:10, 28:7, 28:13, 28:14, 28:20, 29:3, 30:9, 30:13, 31:9, 31:16, 33:21, 33:25, 34:2, 34:11, 34:21, 37:19, 37:23, 38:1, 49:17, 65:10, 67:3, 67:18, 67:19, 67:22, 68:9, 74:10, 74:13, 81:15, 81:16, 83:14, 84:1
**year-and-a-half** [1] - 33:21
**years** [11] - 4:22, 4:23, 12:7, 13:13, 26:11, 33:8, 49:14, 55:1, 62:25, 70:17, 73:12
**yesterday** [1] - 19:23
**Yi** [1] - 65:20
**yourself** [1] - 7:24

## Z

**zero** [6] - 23:13, 26:3,

37:13, 38:10, 38:20

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23- 61 - UNA |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about October 12, 2018, through on or about October 23, 2018, in the District of Delaware, the defendant Robert Hunter Biden, knowing that he was an unlawful user of and addicted to a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm, that is, a Colt Cobra 38SPL revolver with serial number RA 551363, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) (2018).

FILED

JUN 2 0 2023

U.S. DISTRICT COURT DISTRICT OF DELAWARE

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____

Leo J. Wise
Derek E. Hines
Special Assistant United States Attorneys

Benjamin L. Wallace
Assistant United States Attorney

Dated: June 20, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| v.                          ) | Criminal Action No. 23-mj-00274 (MN) |
| ) | |
| ROBERT HUNTER BIDEN,         ) | |
| ) | |
| Defendant.    ) | |

**ORDER**

At Wilmington, this 17th day of August 2023;

WHEREAS, the United States has represented that venue for the offenses that are the subject of the information filed in the above-captioned matter "does not lie in Delaware" (D.I. 31 at 1);

WHEREAS, the United States has moved "to voluntarily dismiss the information filed in the above-captioned matter without prejudice so that the United States can bring tax charges in a district where venue lies" (*id.*); and

WHEREAS, Defendant does not oppose the United States' motion (D.I. 40).

THEREFORE, IT IS HEREBY ORDERED that the United States' motion to dismiss (D.I. 31) is GRANTED.  The information filed in the above-captioned matter is DISMISSED without prejudice.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23-00061-MN |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | REDACTED |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

FILED

The Grand Jury for the District of Delaware charges that:

SEP 1 4 2023

### Introduction and Background

U.S. DISTRICT COURT DISTRICT OF DELAWARE

At times material to this Indictment:

1.    Company 1, located in Wilmington, Delaware, possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal laws.

2.    FFL holders are licensed, among other things, to sell firearms and ammunition.   Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

3.    The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473 ("Form 4473").  Part of the Form 4473 requires that the prospective purchaser certify that all his or her answers on the Form 4473 are true and correct.

4.    Question 11.e. of the Form 4473 requires that the prospective purchaser certify truthfully that he or she is not an unlawful user of, or addicted to, any stimulant,

narcotic drug, or any other controlled substance.  In the certification section of the Form 4473, the actual buyer must certify that his or her answers to the questions on the form are "true, correct, and complete."  The actual buyer must also acknowledge by his or her signature that "I understand that a person who answers 'yes' to [Question 11.e.] is prohibited from purchasing or receiving a firearm" and "making any false oral or written statement . . . is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

5.    FFL holders are required by law to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth.

## COUNT ONE

6.    Paragraphs 1 through 5 of this Indictment are re-alleged herein.

7.    On or about October 12, 2018, in the District of Delaware, the defendant, Robert Hunter Biden, in connection with the acquisition of a firearm, that is, a Colt Cobra 38SPL revolver with serial number RA 551363 from Company 1, licensed under the provisions of Chapter 44, Title 18, United States Code, knowingly made a false and fictious written statement, intended and likely to deceive that dealer with respect to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that defendant, Robert Hunter Biden, provided a written statement on Form 4473 certifying he was not an unlawful user of, and addicted to, any stimulant, narcotic drug, and any other controlled substance, when in fact, as he knew, that statement was false and fictitious.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The Grand Jury for the District of Delaware further charges that:

## COUNT TWO

8.     Paragraphs 1 through 5 of this Indictment are re-alleged herein.

9.     On or about October 12, 2018, in the District of Delaware, the defendant, Robert Hunter Biden, in connection with the acquisition of a firearm, that is, a Colt Cobra 38SPL revolver with serial number RA 551363, knowingly made a false statement and representation to Company 1, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL holder's records, in that defendant, Robert Hunter Biden, certified on the Form 4473 that he was not an unlawful user of, and addicted to, any stimulant, narcotic drug, and any other controlled substance, when in fact, as he knew, that statement was false and fictitious.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

The Grand Jury for the District of Delaware further charges that:

## COUNT THREE

10.    Paragraphs 1 through 5 of this Indictment are re-alleged herein.

11.    On or about October 12, 2018, through on or about October 23, 2018, in the District of Delaware, the defendant Robert Hunter Biden, knowing that he was an unlawful user of and addicted to any stimulant, narcotic drug, and any other controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm, that is, a Colt Cobra 38SPL revolver with serial number RA 551363, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) (2018).

A TRUE BILL:


Foreperson


DAVID C. WEISS
SPECIAL COUNSEL
UNITED STATES DEPARTMENT OF JUSTICE

By: _____
Derek E. Hines
Leo J. Wise
Assistant Special Counsels


Dated: September 14, 2023

4