**USPS Priority Mail — Retail**

US POSTAGE PAID: $22.15
Origin: 47396
11/13/23
1797240822-09

PRIORITY MAIL®
8 Lb 0.4 Oz
RDC 03

EXPECTED DELIVERY DAY: 11/17/23

C051

SHIP TO:
RM 215
201 JACKSON ST
MONROE LA 71201-7499

USPS TRACKING® #
9505 5103 7572 3317 4806 69




8.5 in X 11 in/216 mm X 279 mm
20 lb Weight/Poids/Peso
92 Brightness/Brillance/Brillante



RECEIVED
IN MONROE, LA.
NOV 1 6 2023
TONY ____
WESTERN DISTRICT OF LOUISIANA CLERK

SCANNED

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F. "D" Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO: Honorable Tony R. Moore
Clerk of Courts
201 Jackson St., Suite 215
Monroe, LA 71201

Label 228, March 2016      FOR DOMESTIC AND INTERNATIONAL USE