UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JON F.D. TURPIN, et al.  ) Civil Action No. 1:23-CV-01059-TAD-JPM
v.  )
JOSEPH R BIDEN, JR, et al. )

RECEIVED
IN MONROE, LA.
NOV 1 6 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

Dear Honorable Terry A. Doughty,

I'm currently pursuing obtaining a process server to serve the complaints, and have added current addresses for the defendants in case our esteemed U.S. Marshals may assist, as we are filed en pauperis, and for diligence.

Thank you for your time and consideration, Your Honor,

Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396