



**USPS Priority Mail Label**

UNITED STATES POSTAL SERVICE — Retail

US POSTAGE PAID: $22.15
Origin: 47396
11/13/23
1797240822-09

PRIORITY MAIL®
8 Lb 0.4 Oz
RDC 03
EXPECTED DELIVERY DAY: 11/17/23
C051

SHIP TO:
RM 215
201 JACKSON ST
MONROE LA 71201-7499

USPS TRACKING® #
9505 5103 7572 3317 4806 69

---

RECEIVED
IN MONROE, LA.
NOV 16 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

SCANNED

PRIORITY MAIL — UNITED STATES POSTAL SERVICE

FROM: Jon F. "D" Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO: Honorable Tony R. Moore
Clerk of Courts
201 Jackson St., Suite 215
Monroe, LA 71201

Label 228, March 2016 — FOR DOMESTIC AND INTERNATIONAL USE

---

8.5 in X 11 in / 216 mm X 279 mm
20 lb Weight/Poids/Peso
92 Brightness/Brillance/Brillante