UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RECEIVED
IN MONROE, LA.
NOV 17 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

JON F.D. TURPIN, et al.  )  Civil Action No. 1:23-CV-01059-TAD-JPM
                         )
v                        )
                         )
JOSEPH R BIDEN, JR, et al.)

Dear Honorable Terry A. Doughty,

I cordially request that the maximum punitive damages be reviewed and assessed against the defendants "up front" after your review, according to your prudence, and the applicable rules of civil procedure, and maximums of reasonable civil litigation. I've included documentation and witness lists for your review and discernment. In your judgment, I ask that you consider, not only did they attempt to halt our marriage, but they also attempted to violate it, and our faith.
Thank you for your time and consideration, Your Honor,

Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

*[signature]*

Would you please review my prior expunged convictions de novo against the contents of my character, and consider vacating them under 7B? Thank you for your time and consideration, Your Honor, and God Bless.