# January 15, 2023 - 2nd Sunday in Ordinary Time







**MUNCIE Catholic**

**ST. FRANCIS OF ASSISI**

**ST. LAWRENCE**

**ST. MARY**

**ST. MICHAEL**

**St. Francis of Assisi Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org

**St. Michael Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence - *Confessions 3:00-4:00*
5:00pm St. Mary - *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 5:00-5:25 at SFA Only*

**First Saturday of the month**  8:15am  St. Mary

| | | |
|---|---|---|
| Monday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# January 22, 2023 - 3rd Sunday in Ordinary Time







**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org

**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org



Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

# † Pastorate Wide Mass Schedule †

## Saturday Vigil
4:30pm St. Lawrence – Confessions 3:00-4:00
5:00pm St. Mary – Confessions 3:30-4:30

## Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

Sunday Confessions
5:00-5:25
at SFA Only

First Saturday
of the month     8:15am   St. Mary

| Monday | 8:15am | St. Mary |
|---|---|---|
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before
all weekday Masses.*

**www.MuncieCatholic.com**

# March 5, 2023 - 2nd Sunday of Lent






**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence – Confessions 3:00–4:00
5:00pm St. Mary – Confessions 3:30–4:30

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 8:00–8:25 at SFA Only*

**First Saturday of the month**    8:15am    St. Mary

| Monday | 8:15am | St. Mary |
|---|---|---|
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# March 12, 2023 - 3rd Sunday of Lent







**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

# ✝ Pastorate Wide Mass Schedule ✝

## Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00-4:00*
5:00pm St. Mary – *Confessions 3:30-4:30*

## Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 5:00-5:25 at SFA Only*

**First Saturday of the month**   8:15am   St. Mary

| Monday | 8:15am | St. Mary |
|---|---|---|
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# March 19, 2023 - 4th Sunday of Lent







**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

# ✝ Pastorate Wide Mass Schedule ✝

## Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00–4:00*
5:00pm St. Mary – *Confessions 3:30–4:30*

## Sunday
| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

Sunday Confessions
5:00-5:25
at SFA Only

**First Saturday**
**of the month**   8:15am   St. Mary

| Monday | 8:15am | St. Mary |
|---|---|---|
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before*
*all weekday Masses.*

**www.MuncieCatholic.com**

# March 26, 2023 - 5th Sunday of Lent







**St. Francis of Assisi Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence - *Confessions 3:00-4:00*
5:00pm St. Mary - *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 5:00-5:25 at SFA Only*

**First Saturday of the month** 8:15am St. Mary

| | | |
|---|---|---|
| Monday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# April 2, 2023 - Palm Sunday









**MUNCIE Catholic**

ST. FRANCIS OF ASSISI

ST. LAWRENCE

ST. MARY

ST. MICHAEL

**St. Francis of Assisi Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org

**St. Michael Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

## † Pastorate Wide Mass Schedule †

### Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00-4:00*
5:00pm St. Mary – *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 6:00-8:25 at SFA Only*

**First Saturday of the month**   8:15am   St. Mary

| | | |
|---|---|---|
| **Monday** | 8:15am | St. Mary |
| | 12:15pm | St. Francis |
| | 5:30pm | St. Francis |
| **Tuesday** | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| **Wednesday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Thursday** | 5:30pm | St. Mary |
| **Friday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# April 9, 2023 - Easter Sunday







**St. Francis of Assisi**
Parish & Newman Center
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
Catholic Church
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
Catholic Church
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
Catholic School
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

# ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00–4:00*
5:00pm St. Mary – *Confessions 3:30–4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 6:00-6:25 at SFA Only*

**First Saturday of the month**    8:15am    St. Mary

| | | |
|---|---|---|
| **Monday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Tuesday** | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| **Wednesday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Thursday** | 5:30pm | St. Mary |
| **Friday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# April 30, 2023 - Fourth Sunday of Easter







## MUNCIE Catholic

### ST. FRANCIS OF ASSISI
### ST. LAWRENCE
### ST. MARY
### ST. MICHAEL



**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org



**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org

**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence – Confessions 3:00-4:00
5:00pm St. Mary – Confessions 3:30-4:30

### Sunday
| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

Sunday Confessions
5:00-5:25
at SFA Only

**First Saturday of the month**   8:15am   St. Mary

| | | |
|---|---|---|
| Monday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

Confession 30 minutes before
all weekday Masses.

**www.MuncieCatholic.com**

# May 21, 2023 - The Ascension of the Lord





## MUNCIE Catholic

ST. FRANCIS OF ASSISI

ST. LAWRENCE

ST. MARY

ST. MICHAEL



**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org



# ✝ Pastorate Wide Mass Schedule ✝

## Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00–4:00*
5:00pm St. Mary – *Confessions 3:30–4:30*

## Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

Sunday Confessions
5:00–5:25
at SFA Only

**First Saturday**
**of the month**     8:15am     St. Mary

| | | |
|---|---|---|
| **Monday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Tuesday** | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| **Wednesday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Thursday** | 5:30pm | St. Mary |
| **Friday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before*
*all weekday Masses.*

**www.MuncieCatholic.com**

# May 28, 2023 - Pentecost Sunday

  

## MUNCIE Catholic

**ST. FRANCIS OF ASSISI**

**ST. LAWRENCE**

**ST. MARY**

**ST. MICHAEL**



**St. Francis of Assisi Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence - *Confessions 3:00-4:00*
5:00pm St. Mary - *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 5:00-5:25 at SFA Only*

| **First Saturday of the month** | 8:15am | St. Mary |
|---|---|---|

| Monday | 8:15am | St. Mary |
|---|---|---|
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# August 7, 2022 - 19th Sunday in Ordinary Time

   

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47302
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

Pastor
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Francis - *Confessions 3:30-4:00*
4:30pm St. Lawrence - *Confessions 3:00-4:00*
5:00pm St. Mary - *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| | 12:30pm (Spanish Mass) | |

| | | |
|---|---|---|
| **Monday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Tuesday** | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| **Wednesday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Thursday** | 5:30pm | St. Mary |
| **Friday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

**First Saturday of the month**   8:15am   St. Mary

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# August 13, 2023 - 19th Sunday in Ordinary Time

    

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308

**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878

**Parochial Vicar**
**Fr. Christian DeCarlo**
fr.cdecarlo@dol-in.org

**Pastor**
**Fr. Eric Underwood**
fr.eunderwood@dol-in.org

**Parochial Vicar**
**Fr. Andrew Thornton**
fr.athornton@dol-in.org

## Pastorate Wide Mass Schedule

### WEEKEND

**SATURDAY VIGIL**
St. Lawrence 4:30 pm

**SUNDAY**
St. Francis of Assisi
9:00 am
5:30 pm

St. Mary
8:30 am
11:00 am

St. Lawrence
9:00 am*
12:30 pm**

### WEEKDAY

| | | |
|---|---|---|
| Monday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Tuesday | 12:15 pm | St. Lawrence |
| | 5:30 pm | St. Francis of Assisi |
| Wednesday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Thursday | 12:15 pm | St. Lawrence |
| | 5:30 pm | St. Francis of Assisi |
| Friday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Saturday | 8:15 am | St. Mary |

*CONFESSIONS START 30 MINUTES BEFORE MASSES MONDAY-FRIDAY*
*SATURDAY 9 - 10 AM AT ST. MARY; 3:00-4:00 PM AT ST. LAWRENCE*
*SUNDAY 4:45-5:20 PM AT ST. FRANCIS OF ASSISI*

*Live stream Mass for the home bound
**Spanish Mass

**www.MuncieCatholic.com**

# September 3, 2023 - 22nd Sunday in Ordinary Time






ST. FRANCIS OF ASSISI

ST. LAWRENCE

ST. MARY

ST. MICHAEL

**St. Francis of Assisi Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180

**St. Lawrence Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223

**St. Mary Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308

**St. Michael Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878

**Parochial Vicar**
**Fr. Christian DeCarlo**
fr.cdecarlo@dol-in.org

**Pastor**
**Fr. Eric Underwood**
fr.eunderwood@dol-in.org

**Parochial Vicar**
**Fr. Andrew Thornton**
fr.athornton@dol-in.org

## Pastorate Wide Mass Schedule

### WEEKEND

**SATURDAY VIGIL**
St. Lawrence 4:30 pm

**SUNDAY**
St. Francis of Assisi
9:00 am
5:30 pm

St. Mary
8:30 am
11:00 am

St. Lawrence
9:00 am*
12:30 pm**

### WEEKDAY

| | | |
|---|---|---|
| Monday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Tuesday | 12:15 pm | St. Lawrence |
| | 5:30 pm | St. Francis of Assisi |
| Wednesday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Thursday | 12:15 pm | St. Lawrence |
| | 5:30 pm | St. Francis of Assisi |
| Friday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Saturday | 8:15 am | St. Mary |

*CONFESSIONS START 30 MINUTES BEFORE MASSES MONDAY-FRIDAY*
*SATURDAY 9 - 10 AM AT ST. MARY; 3:00-4:00 PM AT ST. LAWRENCE*
*SUNDAY 4:45-5:20 PM AT ST. FRANCIS OF ASSISI*

*Live stream Mass for the home bound
**Spanish Mass

**www.MuncieCatholic.com**

# September 17, 2023 - 24th Sunday in Ordinary Time

   

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308

**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878

**Parochial Vicar**
**Fr. Christian DeCarlo**
fr.cdecarlo@dol-in.org

**Pastor**
**Fr. Eric Underwood**
fr.eunderwood@dol-in.org

**Parochial Vicar**
**Fr. Andrew Thornton**
fr.athornton@dol-in.org

## Pastorate Wide Mass Schedule

### WEEKEND

**SATURDAY VIGIL**
St. Lawrence 4:30 pm

**SUNDAY**
St. Francis of Assisi
9:00 am
5:30 pm

St. Mary
8:30 am
11:00 am

St. Lawrence
9:00 am*
12:30 pm**

### WEEKDAY

| Monday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Tuesday | 12:15 pm | St. Lawrence |
| | 5:30 pm | St. Francis of Assisi |
| Wednesday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Thursday | 12:15 pm | St. Lawrence |
| | 5:30 pm | St. Francis of Assisi |
| Friday | 8:15 am | St. Mary |
| | 5:30 pm | St. Francis of Assisi |
| Saturday | 8:15 am | St. Mary |

*CONFESSIONS START 30 MINUTES BEFORE MASSES MONDAY-FRIDAY*
*SATURDAY 9 - 10 AM AT ST. MARY; 3:00-4:00 PM AT ST. LAWRENCE*
*SUNDAY 4:45-5:20 PM AT ST. FRANCIS OF ASSISI*

*Live stream Mass for the home bound
**Spanish Mass

**www.MuncieCatholic.com**

# October 22, 2023 - 29th Sunday in Ordinary Time
## 29° domingo del tiempo ordinario







ST. FRANCIS OF ASSISI

ST. LAWRENCE

ST. MARY

ST. MICHAEL

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308

**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878

**Parochial Vicar/**
**Vicario Parroquial**

**Fr. Christian DeCarlo**

fr.cdecarlo@dol-in.org

**Pastor**
**Fr. Eric Underwood**

fr.eunderwood@dol-in.org

**Parochial Vicar/**
**Vicario Parroquial**

**Fr. Andrew Thornton**

fr.athornton@dol-in.org

## Mass Schedule
### Horario de Misas

**WEEKEND**
FIN DE SEMANA
**SUNDAY**
DOMINGO

**St. Francis of Assisi**
San Francisco de Asisí
9:00 am
5:30 pm

**St. Lawrence**
San Lorenzo
9:00 am*
12:30 pm**

**St. Mary**
Santa María
8:30 am
11:00 am

**SATURDAY VIGIL**
VIGILIA DEL SÁBADO

St. Lawrence 4:30 pm
San Lorenzo

**CONFESSIONS**

*STARTING 30 MINUTES*
*BEFORE MASSES MONDAY-FRIDAY*

*SATURDAY 9 - 10 AM AT ST. MARY*
*SATURDAY 3:00-4:00 PM AT ST. LAWRENCE*
*SUNDAY 5:00 - 5:30 AT ST. FRANCIS OF*
*ASSISI*

**CONFESIONS LLAMAR A LA OFICINA PARA**
**AGENDAR UNA CITA CON EL SACERDOTE**

*Live stream Mass for the home bound // Misa de transmisión en vivo para los confinados en casa, en ingles.

**Spanish Mass // Misa en Español

**www.MuncieCatholic.com**

# Saint Agnes Catholic Church



## Financial Report
### for
## July 1, 2022 through June 30, 2023

### Overview

The 2022-2023 fiscal year saw parish income $197,000 higher than budgeted and expenses $25,000 over budget, bringing us to a net income of $172,000. The simultaneous organ restoration, cafeteria renovation, and the parish office renovation projects have been and will be a heavier financial burden as we continue through the 2023-2024 fiscal year, but fundraising efforts are presently underway to supplement the generous giving of Parishioners & Friends of St. Agnes and so lighten the burden.

# SAINT AGNES

## Catholic Church

**749 EAST BOULEVARD / BATON ROUGE, LA 70802**

**Rev. Brent Maher,** *Pastor*
*In Residence:* Rev. Joey F. Angeles; Rev. Alex Harb

### October 1 & 8, 2023
### 26th & 27th Sundays in Ordinary Time
**Traditional: Eighteenth & Nineteenth Sundays after Pentecost**
*Latin Mass Music / Campion Missal: Asperges Me, p. 567.*
*Missa XI, p. 740, Credo III, p. 776. Salve Regina, p. 961.*



St. John XXIII
*Feast Day: October 11*



OCTOBER
Month of the *Holy Rosary*

Among the pleasant recollections of Our younger days are the Encyclicals which Pope Leo XII used to write to the whole Catholic world as the month of October drew near, in order to urge the faithful to devout recitation of Mary's rosary during that month in particular. These Encyclicals had varied contents but they were all very wise, vibrant with fresh inspiration, and directly relevant to the practice of the Christian life. In strong and persuasive terms they exhorted Catholics to pray to God in a spirit of faith through the intercession of Mary, His Virgin Mother, by reciting the holy rosary. For the rosary is a very commendable form of prayer and meditation. In saying it we weave a mystic garland of *Ave Maria*'s, *Pater Noster*'s, and *Gloria Patri*'s. And as we recite these vocal prayers, we meditate upon the principal mysteries of our religion; the Incarnation of Jesus Christ and the Redemption of the human race are proposed, one event after another, for our consideration. These pleasant memories of Our younger days have not faded or vanished as the years of Our life have passed. On the contrary, We want to declare in complete frankness and simplicity that the years have made Mary's rosary all the dearer to Us. We never fail to recite it each day in its entirety and We intend to recite it with particular devotion during the coming month. . . . There are current today certain schools of thought and philosophy and certain attitudes toward the practical conduct of life which cannot possibly be reconciled with the teachings of Christianity. This impossibility We shall never cease from asserting in firm and unambiguous, though also calm terms. But God wishes the welfare of men and of nations!  And so We hope that men will set aside those sterile postulates and assumptions, hard as rock and just as inflexible, which rise from a way of thinking and acting that is infected with laicism and materialism, and that they will find a complete cure in that sound doctrine which experience makes more certain with every day that passes. We mean that doctrine which attests that God is the author of life and its laws, that He is guarantor of the rights and dignity of the human person. God then is "our refuge and our Redemption." . . . We also wish to ask you, Venerable Brethren, to recite Mary's rosary through the month of October with particular devotion, and to entreat the Virgin Mother of God in suppliant prayer, for another intention which is dear to Our heart: that the Roman Synod may bring many blessings and benefits upon this city; that the forthcoming Ecumenical Council, in which you will participate by your presence and advice, will add wondrous growth to the universal Church; and that the renewed vigor of all the Christian virtues which We hope this council will produce will also serve as an invitation and incentive to reunion for Our Brethren and children who are separated from this Apostolic See.

—*Grata Recordatio* ("With Joyful Recollection")
Encyclical of Pope John XXIII, September 26, 1959
St. Pope John XXII reigned from October 28, 1958 until June 3, 1963

---

## HOLY MASS

**Monday–Friday: 6am**

**Tuesday: 5:30pm (Latin)**

**Saturday: 8am, 4PM (ANTICIPATED)**

**SUNDAY: 8AM (ASL), 9:15AM (LATIN), 11AM**

**Monthly Pro-Life Mass: 2nd Tuesday, 5:30pm**

## CONFESSION

**Monday–Saturday: Before daily Mass**
**Saturday: 3–3:45pm** *Or by appointment*

## ADORATION CHAPEL

**Monday–Friday: 9am–3pm**

## SUNDAY SUNG VESPERS & BENEDICTION

**Last Sunday of the Month, 5 pm**
BAPTISM: Contact the parish office.
MARRIAGE: Contact the pastor at least 6 months in advance.



# ST THOMAS MORE

TO GUIDE. TO INSPIRE. TO SERVE.

October 8, 2023 | VOLUME 53 NUMBER 41 | Twenty-seventh Sunday in Ordinary Time



*I have chosen you from the world.*

SAYS THE LORD, TO GO OUT AND BEAR FRUIT THAT WILL REMAIN.

# October 29, 2023 - 30th Sunday in Ordinary Time
## 30° domingo del tiempo ordinario

    

**ST. FRANCIS OF ASSISI**

**ST. LAWRENCE**

**ST. MARY**

**ST. MICHAEL**

| St. Francis of Assisi Parish & Newman Center | St. Lawrence Catholic Church | St. Mary Catholic Church | St. Michael Catholic School |
|---|---|---|---|
| 1200 W. Riverside Ave Muncie, IN 47303 765.288.6180 | 820 E. Charles St. Muncie, IN 47305 765.288.9223 | 2300 W. Jackson St. Muncie, IN 47303 765.288.5308 | 2301 W. Gilbert St. Muncie, IN 47303 765.288.5878 |

**Parochial Vicar/ Vicario Parroquial**

**Fr. Christian DeCarlo**

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

fr.eunderwood@dol-in.org



**Parochial Vicar/ Vicario Parroquial**

**Fr. Andrew Thornton**

fr.athornton@dol-in.org

## Mass Schedule
### Horario de Misas

**WEEKEND**
FIN DE SEMANA

**SUNDAY**
DOMINGO

**St. Francis of Assisi**
San Francisco de Asisí
9:00 am
5:30 pm

**St. Lawrence**
San Lorenzo
9:00 am*
12:30 pm**

**St. Mary**
Santa María
8:30 am
11:00 am

**SATURDAY VIGIL**
VIGILIA DEL SÁBADO

**St. Lawrence 4:30 pm**
San Lorenzo

**CONFESSIONS**

*STARTING 30 MINUTES BEFORE MASSES MONDAY-FRIDAY*

*SATURDAY 9 - 10 AM AT ST. MARY*
*SATURDAY 3:00-4:00 PM AT ST. LAWRENCE*
*SUNDAY 5:00 - 5:30 AT ST. FRANCIS OF ASSISI*

**CONFESIONS LLAMAR A LA OFICINA PARA AGENDAR UNA CITA CON EL SACERDOTE**

*Live stream Mass for the home bound // Misa de transmisión en vivo para los confinados en casa, en ingles.

**Spanish Mass // Misa en Español

## www.MuncieCatholic.com

# November 12, 2023 - 32nd Sunday in Ordinary Time
## 32° domingo del tiempo ordinario

    

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878

**Parochial Vicar/**
**Vicario Parroquial**

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

**Parochial Vicar/**
**Vicario Parroquial**

Fr. Andrew Thornton

fr.athornton@dol-in.org

## Mass Schedule
### Horario de Misas

**WEEKEND**
FIN DE SEMANA
**SUNDAY**
DOMINGO

St. Francis of Assisi
San Francisco de Asísí
9:00 am
5:30 pm

St. Lawrence
San Lorenzo
9:00 am*
12:30 pm**

St. Mary
Santa María
8:30 am
11:00 am

**SATURDAY VIGIL**
VIGILIA DEL SÁBADO

St. Lawrence 4:30 pm
San Lorenzo

**CONFESSIONS**

*STARTING 30 MINUTES*
*BEFORE MASSES MONDAY-FRIDAY*

*SATURDAY 9 - 10 AM AT ST. MARY*
*SATURDAY 3:00-4:00 PM AT ST. LAWRENCE*
*SUNDAY 5:00 - 5:30 AT ST. FRANCIS OF ASSISI*

**CONFESIONS LLAMAR A LA OFICINA PARA**
**AGENDAR UNA CITA CON EL SACERDOTE**

*Live stream Mass for the home bound // Misa de transmisión en vivo para los confinados en casa, en ingles.

**Spanish Mass // Misa en Español

**www.MuncieCatholic.com**



Child & Youth Protection



The Roman Catholic Diocese of
# BATON ROUGE

GIVE ONLINE

HOME      ABOUT      PARISHES & SCHOOLS      OFFICES      EVANGELIZATION & OUTREACH

# Rev. P. Brent Maher

Priests

St. Agnes, Baton Rouge

**Pastor | St. Agnes, Baton Rouge**

bmaher@diobr.org



GIVE ONLINE

### ADDRESS

**The Catholic Life Center**
Administrative Offices of the Diocese of Baton Rouge

**Physical Address**
1800 South Acadian Thruway
Baton Rouge, Louisiana 70808-1698, USA

**Postal Address**
Post Office Box 2028
Baton Rouge, Louisiana 70821-2028, USA

Main Phone Number: 225-387-0561
Main Fax Number: 225-336-8789

### OUR COMMITMENT TO PROTECTING THE VULNERABLE

Victims of abuse, especially by clergy or other Church employees, are urged to report abuse first to proper authorities. The Diocese of Baton Rouge also invites contact over its Emergency Hotline at 225-242-0... will assist in the process of healing in every way ... Find more information and download the list of ... accused clergy here.

### DONOR INFORMATION

The Roman Catholic Church of the Diocese of Baton Rouge is a 501(c)(3) non-profit organization. All d... are tax deductible. EIN: 72-0550127. More informa... available here.

# Rite of Christian Initiation of Adults

*"I am the Way, the Truth, and the Life."*
John 14:6

*Called by God, you have enriched your wisdom, faith, and love. Cherish your commitment to the way of Christ. May you experience His love and His life as you grow in your faith and follow in His footsteps.*

*On this joyous day, may you always remember God's blessing, grace, and everlasting love.*

*With great joy we celebrate your new life as a Catholic.*

*You are truly a blessing to us and a gift to the Church.*

*Congratulations. Alleluia!*

Jon Turpin

St. Gabriel & St. Bridget Parishes
FROM

April 3, 2021
DATE

♡ Save          🔔 Monitor          📄 PDF          📑 List          ⋯ More

# Debra A Matherly

Age 69 years old

Born December 1953

Location Connersville, IN

Aliases Debra Matherly, Debbie Matherly <u>View 11 more</u>

🔖 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                    ✓

---

🏠 5401 W Egypt Hollow Rd                                 <u>View 3 more</u>
   Connersville, IN 47331

---

📞 (765) 914-7023                                          <u>View 5 more</u>

---

✉ FALATHUS@GMAIL.COM                                      <u>View 12 more</u>

---

❤️ 5 relatives found                                      <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                   <u>Learn more</u>

---

🔗 No social media found                                  <u>Learn more</u>

---

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

☰ Overview                                               

♡ Save          △ Monitor          ⎙ PDF          ☰ List          ••• More

# Joshua Lee Farmer

Age 33 years old

Born August 1990

Location Knightstown, IN

Aliases Joshua Lee Farmer, Joshua L Farmer <u>View 2 more</u>

🖪 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❔                                                        ✓

---

🏠 103 S Madison St                                                        <u>View 1 more</u>
   Knightstown, IN 46148

---

📞 (937) 437-4909                                                        <u>View 2 more</u>

---

✉ marindafarmer@compuserve.com                                          <u>View 2 more</u>

---

❤ 5 relatives found                                                        <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                                 <u>Learn more</u>

---

⚡ 1 social network identified                                           <u>View details</u>

---

📷 No photos found

---

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 

♡ Save          △ Monitor          ⊠ PDF          ☰ List          ⋯ More

# Nancy A Neal

Location Cambridge City, IN

Aliases Nancy A Hayes, Neal Nancy <u>View 3 more</u>

⊠ <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                    ✓

---

🏠 119 S 3rd St                                      <u>View 1 more</u>
   Cambridge City, IN 47327

---

📞 (765) 541-0836                                    <u>View 6 more</u>

---

✉ glittergal10162006@yahoo.com                      <u>View 2 more</u>

---

♥ 1 relative found                                  <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records            <u>Learn more</u>

---

🔗 No social media found                             <u>Learn more</u>

---

📷 No photos found

 Overview



♡ Save          △ Monitor          🖹 PDF          ≣ List          ⋯ More

# Chandler Shank

Location Elwood, IN

Aliases Chandler D Shank

📓 **Add to Address Book**

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓ ✓

🏠 2722 N A St
Elwood, IN 46036
**View details**

📞 No phone numbers found
**Learn more**

✉ No email addresses found
**Learn more**

♥ 6 relatives found
NOTE: Spouses may appear as relatives
**View relatives**

🏛 Check for Criminal or Traffic records
**Learn more**

📎 1 social network identified
**View details**

📷 No photos found

♡ Save     🔔 Monitor     📄 PDF     📑 List     ••• More

# Chris L Dunaway

Age 49 years old

Born November 1973

Location Pershing, IN

Aliases Chris Dunaway, Kenneth Dunaway <u>View 1 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓        ✓

🏠 261 PO Box        <u>View 1 more</u>
Pershing, IN 47370

📞 (765) 478-6495        <u>View details</u>

✉️ CHRISDUNAWAY@NETZERO.NET        <u>View 2 more</u>

❤️ 7 relatives found        <u>View relatives</u>
NOTE: Spouses may appear as relatives

🏛️ Check for Criminal or Traffic records        <u>Learn more</u>

📢 No social media found        <u>Learn more</u>

📷 No photos found

 Overview



♡ Save          🔔 Monitor          🅿 PDF          ☰ List          ⋯ More

# Christopher R Taggart

Age 34 years old

Born July 1989

Location Connersville, IN

Aliases Christop Taggart, Christopher Taggart <u>View 9 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                ✓

🏠 3314 Iowa Ave # 2                                                       <u>View details</u>
   Connersville, IN 47331

📞 (765) 541-2833                                                          <u>View 4 more</u>

✉ FFAHISTORY@YAHOO.COM                                                    <u>View 5 more</u>

♥ 1 relative found                                                        <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                                   <u>Learn more</u>

🔗 4 social networks identified                                            <u>View details</u>

📷 No photos found

**Need this report in a printable format?**

 Overview                                             

♡ Save          ⌂ Monitor          ⊡ PDF          ☰ List          ⋯ More

# Spencer Marie Marie Sare

Age 37 years old

Born July 1986

Location Cambridge City, IN

Aliases Spencer Sare, Sare Spencer  <u>View 1 more</u>

🗎 <u>Add to Address Book</u>

Monitor this report to receive updates

**Turn monitoring on**

---

High Confidence Data Only ❓                                   ✓

---

🏠 518 W Parkway Dr                                   <u>View 7 more</u>
Cambridge City, IN 47327

---

📞 (765) 524-9791                                      <u>View 1 more</u>

---

✉ SPENCER_SARE@HOTMAIL.COM                            <u>View details</u>

---

♥ **14 relatives found**                              <u>View relatives</u>
NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records              <u>Learn more</u>

---

◄ 1 social network identified                         <u>View details</u>

---

📷 No photos found

**Need this report in a printable format?**
Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                          

♡ Save          🔔 Monitor          📄 PDF          📑 List          ··· More

# Joshua Ryan Dunaway

Age 36 years old

Born August 1987

Location Connersville, IN

Aliases Joshua Dunaway, Joshau Dunaway <u>View 4 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                            ✓

---

🏠 1467 E State Road 44 Apt 82G          <u>View 13 more</u>
   Connersville, IN 47331

---

📞 (765) 238-9169                         <u>View 8 more</u>

---

✉️ JDUNAWAY29@YAHOO.COM                   <u>View 8 more</u>

---

❤️ 7 relatives found                      <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛️ Check for Criminal or Traffic records  <u>Learn more</u>

---

🔗 1 social network identified            <u>View details</u>

---

📷 No photos found

**Need this report in a printable format?**

 Overview                                          

♡ Save          🔔 Monitor          📄 PDF          ☰ List          ⋯ More

# Kimberly Dawn Riggs

Age 34 years old

Born November 1988

Location Cambridge City, IN

Aliases Kim Gerlach, Kimberly Gerlach <u>View 8 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                               ✓

---

🏠 1003 National Rd                                              <u>View 5 more</u>
   Cambridge City, IN 47327

---

📞 (765) 541-2114                                                <u>View 2 more</u>

---

✉ TGERLACH38@MSN.COM                                          <u>View 1 more</u>

---

❤ 16 relatives found                                          <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                        <u>Learn more</u>

---

🔗 No social media found                                        <u>Learn more</u>

---

📷 No photos found

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 

♡ Save        🔔 Monitor        📄 PDF        ☰ List        ••• More

# Ryan L Riggs

Age 35 years old

Born February 1988

Location Cambridge City, IN

Aliases Ryan Riggs, Ryan L Riggs <u>View 4 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                      ✓

🏠 1003 National Rd                                                       <u>View 3 more</u>
   Cambridge City, IN 47327

📞 (765) 541-2114                                                         <u>View 2 more</u>

✉️ RYANRIGGSLP@GMAIL.COM                                                 <u>View 3 more</u>

❤️ 12 relatives found                                                    <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛️ Check for Criminal or Traffic records                                 <u>Learn more</u>

🔗 1 social network identified                                           <u>View details</u>

📷 No photos found

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview



♡ Save          ⌂ Monitor          🗎 PDF          List          ⋯ More

# Eric R McGee

Age 31 years old

Born February 1992

Location Terre Haute, IN

Aliases Eric McGee, Eric Richard McGee View 1 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                          ✓

🏠 1815 Ohio St                                                              View 3 more
   Terre Haute, IN 47807

📞 No phone numbers found                                                     Learn more

✉ indyanna@hotmail.com                                                       View 2 more

❤ 5 relatives found                                                          View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                                      Learn more

📢 1 social network identified                                                View details

📷 No photos found

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

☰ Overview                                                                   

♡ Save          🔔 Monitor          📄 PDF          ☰ List          ••• More

# Alison C King

Age 29 years old

Born April 1994

Location Indianapolis, IN

Aliases Alison King, Allison Christine King  View 10 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 308 N Cole St                                         View details
   Indianapolis, IN 46224

📞 (317) 809-9309                                        View 12 more

✉ AKING091215@GMAIL.COM                                 View 15 more

♥ 19 relatives found                                    View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                 Learn more

🔗 4 social networks identified                          View details

📷 No photos found

**Need this report in a printable format?**

 Overview                              

♡ Save          🔔 Monitor          📄 PDF          📋 List          ⋯ More

# Bellami King

Age 27 years old

Born September 1996

Location Indianapolis, IN

Aliases Bella King

🔖 **Add to Address Book**

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 6119 W 32nd Pl                                    **View 1 more**
   Indianapolis, IN 46224

📞 (317) 599-9672                                    **View details**

✉ No email addresses found                          **Learn more**

❤ 8 relatives found                                  **View relatives**
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records             **Learn more**

🔗 No social media found                             **Learn more**

📷 No photos found

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.



♡ Save          ⌂ Monitor          🗎 PDF          ☰ List          ••• More

# Catri King

Age 25 years old

Born November 1998

Location Indianapolis, IN

Aliases Catrianna King, Catrianna Elizabeth King <u>View 2 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

**Turn monitoring on**

High Confidence Data Only ❓                                                                                        ✓

🏠 6119 W 32nd Pl          <u>View details</u>
   Indianapolis, IN 46224

📞 (317) 280-9415          <u>View 1 more</u>

✉ PEACEANDSMILES2@GMAIL.COM          <u>View 2 more</u>

💙 7 relatives found          <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records          <u>Learn more</u>

📣 No social media found          <u>Learn more</u>

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.



☰ Overview          ⋀  ⋁

## 2021 RCIA Final Classes and Events Schedule

| | | |
|---|---|---|
| **Tues., March 16** | **6:15pm** | **Chapters 30-33 – Paschal Mystery/Holy Week presentation**<br>**Confirmation Saint Name Discussion** |
| Wed., March 17 | 6:00pm /6:30<br>*Confession* | Lenten Penance Service - at St. Bridget in Liberty<br>  Those already Baptized need to make confession<br>  prior to Easter Vigil – this is a great opportunity |
| Sun., Mar. 21 | 10:30 am | Mass- Third Scrutiny – 5th Sunday of Lent<br>  Those not yet Baptized need to be present |
| **Tues., March 23** | 6:15 p.m. | **Chapters 34-36 – Conclusion and next steps**<br>  Have your Confirmation Saint selected |

*St. Dismas*
~~*St. Benadict*~~
*St. Benedictus*

Holy Week
Sun., Mar. 28                                    Palm Sunday

| | | |
|---|---|---|
| Thur., Apr. 1 | 4 – 5:45 pm | Confessions – at St. Gabriel |
| Thur., Apr. 1 | 7 pm | Holy Thursday, Mass of the Lord's Supper<br>  -   St. Gabriel |
| Fri., Apr. 2 | 9:45 am | Meet for Pilgrimage at St. Bridget |
|  | 3:00 pm | Good Friday Service – Veneration of the Cross |
|  | 4:30 pm | Living Stations of the Cross |
|  | 4:30 pm | Confessions |
|  |  | All Good Friday events take place at St. Bridget, Liberty |

| | | |
|---|---|---|
| **Sat., Apr. 3** | **9 – 11 am** | **Easter Vigil Practice in Church** - *First communion*<br>  **You and Your Sponsor MUST be present!** |
|  | **8:30 pm** | **Easter Vigil Mass**<br>**(This is when you will receive the Sacraments!)** |

(Confessions Noon – 2pm on April 3, if you have been baptized and not yet gone to confession)

| | | |
|---|---|---|
| Sun., Apr. 4 |  | Resurrection of Our Lord |
| Wed., Apr.7 | 6:00 pm | Mass followed by Mystagogia |

NORMAL CONFESSION SCHEDULE - at St. Gabriel
(or call 825-8578 to set-up an appointment)
Tuesday: 7:50-8:20 AM
Wednesday: 5:20-5:50 PM
Thursday: 7:50-8:20 AM
Friday: 8:30-8:45 AM - at St. Bridget
Saturday: 9:00-10:30 AM

*Prayer of Spiritual Communion – Belief in Eucharist & Desire for Eucharist*

Case 1:23-cv-01059-JE-JPM   Document 13-4   Filed 11/17/23   Page 39 of 230 PageID #: 2001

January 9, 2022                    The Baptism of the Lord

# Voice of the Evangelist



Bishop Duca will begin the Saturday, January 22, Respect Life Day with an 8:30a.m. Mass at St. Joseph Cathedral. The annual Louisiana March for Life itself will leave the State Capitol at 10:00 a.m. If anyone would like to carpool or caravan for the 8:30 a.m. Mass and the 10a.m. March, feel free to join members of our parish Respect Life Committee in front of St. John Church in order to leave for 7:30a.m.

## Blood Drive, Pork Spaghetti and Sweets Sale Fundraisers This Weekend! See Page 6

ST. JOHN THE EVANGELIST CATHOLIC CHURCH
15208 Highway 73, Prairieville, Louisiana 70769
225.673.8307

January 16, 2022 2002 VOL. 46  NO. 3



## Mass Schedule

*Saturday Vigil*
4:00 pm

*Sunday*
7:30am, 9:30am, 11:30 am

*Monday*
6:30 am
**(Communion Service)**

*Tuesday* 6:30pm

*Wednesday* 6:30am

*Thursday* 12:00 noon

*Friday* 8:00am

### Misa en Español

*Los Domingos*
a la 1:30 pm

### Servicios en Español
Catecismo / Bautizos
y Quinceaneras
Para más información háblen con
Angela Tovar en la oficina al
(225) 647-6588

### Reconciliation
Saturday: 1-3pm
**Reconciliación en Español**
Domingo: 2:45—3:30 pm

Communal services during
advent and Lent.
(Priest available for private appointment.)

### EA/El Regional Catholic Schools
(225) 647-2803

**St. John Primary
(PK-3ʳᵈ)**
Kim Naquin, Principal
37407 Duplessis Road
Prairieville, LA

**St. Theresa Middle
(4ᵗʰ-8ᵗʰ)**
Micha Ballow, Principal
212 East New River St.
Gonzales, LA



## ST THERESA OF AVILA

1022 BURNSIDE AVE.GONZALES, LA  |  225.647.6588  |  WWW.ST-THERESA-OF-AVILA.COM

### SUNDAY, JANUARY 16, 2022

## 2ND SUNDAY IN ORDINARY TIME

There was a wedding at Cana in Galilee, and the mother of
Jesus was there. Jesus and his disciples were also invited to
the wedding. When the wine ran short, the mother of Jesus
said to him, "They have no wine." - Jn 2:1-3



SANCTUARY LIGHT MEMORIAL

THE SANCTUARY LIGHT BURNS IN MEMORY OF:

*Ben LeBoeuf, Sr.*

February 20, 2022   VOL. 46   NO. 8



## Mass Schedule

*Saturday Vigil*
4:00 pm

*Sunday*
7:30am, 9:30am, 11:30 am

*Monday*
6:30 am
**(Communion Service)**

*Tuesday 6:30pm*

*Wednesday 6:30am*

*Thursday 12:00 noon*

*Friday  8:00am*

## Misa en Español

*Los Domingos*
a la 1:30 pm

## Servicios en Español

Catecismo / Bautizos
y Quinceaneras
Para más información háblen con
Angela Tovar en la oficina  al
(225) 647-6588

## Reconciliation

Saturday: 1-3pm
**Reconciliación en Español**
Domingo: 2:45—3:30 pm
Communal services during
advent and Lent.
(Priest available for private  appointment.)

## EA/EI Regional Catholic Schools

(225) 647-2803

**St. John Primary**
**(PK-3ʳᵈ)**
Kim Naquin, Principal
37407 Duplessis Road
Prairieville, LA

**St. Theresa Middle**
**(4ᵗʰ-8ᵗʰ)**
Micha Ballow, Principal
212 East New River St.
Gonzales, LA



# ST THERESA OF AVILA

1022 BURNSIDE AVE, GONZALES, LA  |  225-647-6588  |  WWW.ST-THERESA-OF-AVILA.COM

## SUNDAY, FEBRUARY 20, 2022

# 7ᵀᴴ SUNDAY IN ORDINARY TIME

"Give, and gifts will be given to you; a good measure, packed
together, shaken down, and overflowing, will be poured into
your lap. For the measure with which you measure will in
return be measured out to you." - Lk 6:38

Excerpts from the Lectionary for Mass ©2001, 1998, 1970 CCD

## SANCTUARY LIGHT MEMORIAL

THE SANCTUARY LIGHT BURNS IN MEMORY OF:

*Eleanor Istre*



February 27, 2022   VOL. 46   NO. 9



## Mass Schedule

*Saturday Vigil*
4:00 pm

*Sunday*
7:30am, 9:30am, 11:30 am

*Monday*
6:30 am
**(Communion Service)**

*Tuesday 6:30pm*

*Wednesday 6:30am*

*Thursday 12:00 noon*

*Friday  8:00am*

## Misa en Español
*Los Domingos*
a la 1:30 pm

## Servicios en Español
Catecismo / Bautizos
y Quinceaneras
Para más información háblen con
Angela Tovar en la oficina  al
(225) 647-6588

## Reconciliation
Saturday: 1-3pm
**Reconciliación en Español**
Domingo: 2:45—3:30 pm
Communal services during
advent and Lent.
(Priest available for private  appointment.)

## EA/EI Regional Catholic Schools
(225) 647-2803

**St. John Primary**
**(PK-3ʳᵈ)**
Kim Naquin, Principal
37407 Duplessis Road
Prairieville, LA

**St. Theresa Middle**
**(4ᵗʰ-8ᵗʰ)**
Micha Ballow, Principal
212 East New River St.
Gonzales, LA



## ST THERESA OF AVILA

1022 BURNSIDE AVE, GONZALES, LA | 225.647.6588| WWW.ST-THERESA-OF-AVILA.COM

**SUNDAY, FEBRUARY 27, 2022**

# 8ᵀᴴ SUNDAY IN ORDINARY TIME

"A good tree does not bear rotten fruit, nor does a rotten
tree bear good fruit. A good person out of the store of
goodness in his heart produces good, but an evil person out
of a store of evil produces evil; for from the fullness of the
heart the mouth speaks." - Lk 6:43, 45

Excerpts from the Lectionary for Mass ©2001, 1998, 1970 CCD       ©LPI

---

**SANCTUARY LIGHT MEMORIAL**

THE SANCTUARY LIGHT BURNS IN MEMORY OF:

*Logan Dragna*



April 3, 2022     VOL. 46   NO. 14



**Mass Schedule**

*Saturday Vigil*
4:00 pm

*Sunday*
7:30am, 9:30am, 11:30 am

*Monday*
6:30 am
**(Communion Service)**

*Tuesday 6:30pm*

*Wednesday 6:30am*

*Thursday 12:00 noon*

*Friday  8:00am*

**Misa en Español**

*Los Domingos*
a la 1:30 pm

**Servicios en Español**
Catecismo / Bautizos
y Quinceaneras
Para más información háblen con
Angela Tovar en la oficina  al
(225) 647-6588

**Reconciliation**
Saturday: 1-3pm
**Reconciliación en Español**
Domingo: 2:45—3:30 pm
Communal services during
advent and Lent.
(Priest available for private  appointment.)

**EA/EI Regional Catholic
Schools**
(225) 647-2803

**St. John Primary
(PK-3ʳᵈ)**
Kim Naquin, Principal
37407 Duplessis Road
Prairieville, LA

**St. Theresa Middle
(4ᵗʰ-8ᵗʰ)**
Micha Ballow, Principal
212 East New River St.
Gonzales, LA



**ST THERESA OF AVILA**
1022 BURNSIDE AVE, GONZALES,  LA | 225.647.6588 | WWW.ST-THERESA-OF-AVILA.COM

**SUNDAY, APRIL 3, 2022**

# 5ᵀᴴ SUNDAY OF LENT

Jesus bent down and began to write on the ground with his
finger. But when they continued asking him, he straightened
up and said to them, "Let the one among you who is
without sin be the first to throw a stone at her." - Jn 8:6b-7

Excerpts from the Lectionary for Mass ©2001, 1998, 1970 CCD.                    ©LPi



**SANCTUARY LIGHT MEMORIAL**

THE SANCTUARY LIGHT BURNS IN MEMORY OF:

*Norris Lambert*

May 1, 2022 VOL. 46 NO. 18



## Mass Schedule

*Saturday Vigil*
4:00 pm

*Sunday*
7:30am, 9:30am, 11:30 am

*Monday*
6:30 am
**(Communion Service)**

*Tuesday 6:30pm*

*Wednesday 6:30am*

*Thursday 12:00 noon*

*Friday 8:00am*

### Misa en Español
*Los Domingos*
a la 1:30 pm

### Servicios en Español
Catecizmo / Bautizos
y Quinceaneras
Para más información háblen con
Angela Tovar en la oficina al
(225) 647-6588

### Reconciliation
Saturday: 1-3pm
**Reconciliación en Español**
Domingo: 2:45—3:30 pm
Communal services during
advent and Lent.
(Priest available for private appointment.)

### EA/El Regional Catholic Schools
(225) 647-2803

**St. John Primary**
**(PK-3rd)**
Kim Naquin, Principal
37407 Duplessis Road
Prairieville, LA

**St. Theresa Middle**
**(4th-8th)**
Micha Ballow, Principal
212 East New River St.
Gonzales, LA



## ST THERESA OF AVILA

1022 N BURNSIDE AVE, GONZALES, LA | 225.647.6588 | WWW.ST-THERESA-OF-AVILA.COM

### SUNDAY, MAY 1, 2022

## 3RD SUNDAY OF EASTER

Jesus said to them, "Come, have breakfast." And none of the disciples dared to ask him, "Who are you?" because they realized it was the Lord. Jesus came over and took the bread and gave it to them, and in like manner the fish. - Jn 21:12-13

Excerpts from the Lectionary for Mass ©2001, 1998, 1970 CCD

---

**SANCTUARY LIGHT MEMORIAL**

THE SANCTUARY LIGHT BURNS IN MEMORY OF:

*Tony Whittington*



May 8, 2022 2007VOL. 46   NO. 19



## Mass Schedule

*Saturday Vigil*
4:00 pm

*Sunday*
7:30am, 9:30am, 11:30 am

*Monday*
6:30 am
**(Communion Service)**

*Tuesday 6:30pm*

*Wednesday 6:30am*

*Thursday 12:00 noon*

*Friday 8:00am*

## Misa en Español

*Los Domingos*
a la 1:30 pm

## Servicios en Español

Catecismo / Bautizos
y Quinceaneras
Para más información háblen con
Angela Tovar en la oficina al
(225) 647-6588

## Reconciliation

Saturday: 1-3pm
**Reconciliación en Español**
Domingo: 2:45—3:30 pm

Communal services during
advent and Lent.
(Priest available for private appointment.)

## EA/EI Regional Catholic Schools

(225) 647-2803

**St. John Primary**
**(PK-3rd)**
Kim Naquin, Principal
37407 Duplessis Road
Prairieville, LA

**St. Theresa Middle**
**(4th-8th)**
Micha Ballow, Principal
212 East New River St.
Gonzales, LA



## ST THERESA OF AVILA

1022 BURNSIDE AVE, GONZALES, LA | 225.647.6588 | WWW.ST-THERESA-OF-AVILA.COM

### SUNDAY, MAY 8, 2022

# 4TH SUNDAY OF EASTER

Jesus said: "My sheep hear my voice; I know them,
and they follow me. I give them eternal life, and
they shall never perish." - Jn 10:27-28a

Excerpts from the Lectionary for Mass ©2001, 1998, 1970 CCD

©LPi

**SANCTUARY LIGHT MEMORIAL**

THE SANCTUARY LIGHT BURNS IN MEMORY OF:

*Kerry Fromenthal*



May 15, 2022   VOL. 46   NO. 20



## Mass Schedule

*Saturday Vigil*
4:00 pm

*Sunday*
7:30am, 9:30am, 11:30 am

*Monday*
6:30 am
**(Communion Service)**

*Tuesday 6:30pm*

*Wednesday 6:30am*

*Thursday 12:00 noon*

*Friday 8:00am*

## Misa en Español
*Los Domingos*
a la 1:30 pm

## Servicios en Español
Catecismo / Bautizos
y Quinceaneras
Para más información háblen con
Angela Tovar en la oficina al
(225) 647-6588

## Reconciliation
Saturday: 1-3pm
**Reconciliación en Español**
Domingo: 2:45—3:30 pm
Communal services during
advent and Lent.
(Priest available for private appointment.)

## EA/El Regional Catholic Schools
(225) 647-2803

**St. John Primary
(PK-3rd)**
Kim Naquin, Principal
37407 Duplessis Road
Prairieville, LA

**St. Theresa Middle
(4th-8th)**
Micha Ballow, Principal
212 East New River St.
Gonzales, LA



ST THERESA OF AVILA
1022 N BURNSIDE AVE, GONZALES,LA | 225.647.6588 | WWW.ST-THERSA-OF-AVILA.COM
SUNDAY, MAY 15, 2022

5TH SUNDAY OF EASTER

[Jesus said,] "My children, I will be with you only a little while
longer. I give you a new commandment: love one another."
- Jn 13:33a, 34a

Excerpts from the Lectionary for Mass ©2001, 1998, 1970 CCD

©LPi



SANCTUARY LIGHT MEMORIAL

THE SANCTUARY LIGHT BURNS IN MEMORY OF:

*Marian T. Guercio*

June 26, 2022   VOL. 46   NO. 26



**Mass Schedule**

*Saturday Vigil*
4:00 pm

*Sunday*
7:30am, 9:30am, 11:30 am

*Monday*
6:30 am
**(Communion Service)**

*Tuesday 6:30pm*

*Wednesday 6:30am*

*Thursday 12:00 noon*

*Friday 8:00am*

**Misa en Español**

*Los Domingos*
a la 1:30 pm

**Servicios en Español**
Catecismo / Bautizos
y Quinceaneras
Para más información háblen con
Angela Tovar en la oficina al
(225) 647-6588

**Reconciliation**
Saturday: 1-3pm
**Reconciliación en Español**
Domingo: 2:45—3:30 pm

Communal services during
advent and Lent.
(Priest available for private appointment.)

**EA/EI Regional Catholic Schools**
(225) 647-2803

**St. John Primary (PK-3ʳᵈ)**
Kim Naquin, Principal
37407 Duplessis Road
Prairieville, LA

**St. Theresa Middle (4ᵗʰ-8ᵗʰ)**
Micha Ballow, Principal
212 East New River St.
Gonzales, LA



ST THERESA OF AVILA
1022 N BURNSIDE AVE, GONZALES, LA | 225.647.6855 | WWW.ST-THERESA-OF-AVILA.COM
SUNDAY, JUNE 26, 2022

13TH SUNDAY IN ORDINARY TIME

And another said, "I will follow you, Lord, but first let me say
farewell to my family at home." To him Jesus said, "No one
who sets a hand to the plow and looks to what was left
behind is fit for the kingdom of God." - Lk 9:61-62

Excerpts from the Lectionary for Mass ©2001, 1998, 1970 CCD.

*Mission*
*Statement*

St. Theresa of Avila Catholic Church is a family of faith united in prayer, love, and
Catholic tradition; and dedicated to spread the Good News of Jesus Christ
through evangelization, education, and Christian example.

**SANCTUARY LIGHT MEMORIAL**

THE SANCTUARY LIGHT BURNS IN MEMORY OF:

*Donnie Mire*



# August 28, 2022 - 22nd Sunday in Ordinary Time







**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

**Pastor**
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence - *Confessions 3:00-4:00*
5:00pm St. Mary - *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

Sunday Confessions
5:00-5:25
at SFA Only

**First Saturday of the month**   8:15am   St. Mary

| | | |
|---|---|---|
| Monday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# St. Gabriel & St. Bridget Catholic Churches
## September 26, 2021





## 26TH SUNDAY IN ORDINARY TIME



"There is no one who performs a mighty deed in my name
who can at the same time speak ill of me.
For whoever is not against us is for us."
Mk 9:39-40

**St. Gabriel Church**
(located at)
232 W. 9th St.
Connersville, IN 47331

### MASS TIMES
**at St. Gabriel**

| | |
|---|---|
| Sun: | 10:30 am (I) |
| Tue: | 8:30 am |
| Wed: | 6:00 pm |
| Thurs: | 8:30 am |
| Sat: | 5:30 pm |

(I)-Incense will be used.

### CONFESSIONS

**At St. Gabriel:**

| | |
|---|---|
| Tue: | 7:50 - 8:20 am |
| Wed: | 5:20 - 5:50 pm |
| Thurs: | 7:50 - 8:20 am |
| Sat: | 9:00 - 10:30 am |

**At St. Bridget:**

| | |
|---|---|
| Fri: | 8:30 - 8:45 am |

### ADORATION
**at St. Gabriel**

**First Tuesdays**
9:30am on Tuesday to
5:15pm on Wednesday

**All Other Tuesdays**
6pm-8pm

**St. Bridget Church**
(located at)
404 E Vine St
Liberty, IN 47353

### MASS TIMES
**at St. Bridget**

| | |
|---|---|
| Sun: | 8:15 am |
| Fri: | 8:00 am |

### ADORATION
**at St. Bridget**

**First Fridays**
8:30am on Friday to
8:00am on Saturday

---

**Prayer to St. Gabriel**
O blessed Archangel Gabriel, we beseech thee, do thou intercede for us at the throne of divine mercy in our present necessities, that as thou didst announce to Mary the mystery of the Incarnation, so through thy prayers and patronage in heaven we may obtain the benefits of the same, and sing the praise of God forever in the land of the living. Amen.

---

### A Community Linked By Our Catholic Faith:
**Our vision is to be a communion of disciples on a journey of growing faith to become the brightest beacon of hope in our counties.**

## STAFF

**Fr. Dustin Boehm – Pastor**
(to make an appointment)
https://directory.bookedin.com/st-gabriel-catholic-church
(email) dboehm@stgabrielconnersville.org

**Pamela Rader** – Business Manager
prader@stgabrielconnersville.org

**Melissa Fronckowiak** –
Religious Education, Youth Ministry, Communications
mfronckowiak@stgabrielconnersville.org

**Greg Frank** – Maintenance (use below email for now)
dsteinard@stgabrielconnersville.org

**Terrie Fronckowiak** - Administrative Assistant
StsGandB.frontdesk@gmail.com

**Bulletin:** st.g.b.bulletin@gmail.com

**Office For Both Parishes:**
Phone: 765-825-8578
Address: 232 W 9th St
Connersville, IN 47331

Office Hours:
Mon: 9a-12p
Tu-F: 9a-12p, 1p-4p

**Michelle Struewing - School Principal** – 825-7951
mastruewing@stgabriel.k12.in.us

**Diane Gough** - School Secretary
gggough2@gmail.com

**St. Bridget Coordinators**
**Lisa Goecke** - CCD
765-458-6662

**Charlene Phillips** - Faith Formation
513-839-0806

**St. Anthony Center Rental** - 765-825-8578
StAnthonyRental@gmail.com

# October 2, 2022 - 27th Sunday in Ordinary Time

    

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar
Fr. Christian DeCarlo
fr.cdecarlo@dol-in.org

Pastor
**Fr. Eric Underwood**
**fr.eunderwood@dol-in.org**

Parochial Vicar
Fr. Coady Owens
fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00-4:00*
5:00pm St. Mary – *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions*
*5:00-5:25*
*at SFA Only*

**First Saturday**
**of the month**   8:15am   St. Mary

| | | |
|---|---|---|
| **Monday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Tuesday** | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| **Wednesday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Thursday** | 5:30pm | St. Mary |
| **Friday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before*
*all weekday Masses.*

**www.MuncieCatholic.com**

# October 30, 2022 - 31st Sunday in Ordinary Time







**MUNCIE Catholic**

**ST. FRANCIS OF ASSISI**

**ST. LAWRENCE**

**ST. MARY**

**ST. MICHAEL**

| | | | | |
|---|---|---|---|---|
| **St. Francis of Assisi Parish & Newman Center** | **St. Lawrence Catholic Church** | **St. Mary Catholic Church** | | **St. Michael Catholic School** |
| 1200 W. Riverside Ave | 820 E. Charles St. | 2300 W. Jackson St. | | 2301 W. Gilbert St. |
| Muncie, IN 47303 | Muncie, IN 47305 | Muncie, IN 47303 | | Muncie, IN 47303 |
| 765.288.6180 | 765.288.9223 | 765.288.5308 | | 765.288.5878 |
| stfrancisnewman.org | stlawrencemuncie.com | stmarymuncie.org | | stmichaelmuncie.org |



**Pastor**

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil

4:30pm St. Lawrence – *Confessions 3:00–4:00*
5:00pm St. Mary – *Confessions 3:30–4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |
| Sunday Confessions 5:00-6:25 at SFA Only | | |

**First Saturday of the month**   8:15am   St. Mary

| | | |
|---|---|---|
| **Monday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Tuesday** | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| **Wednesday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Thursday** | 5:30pm | St. Mary |
| **Friday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# November 13, 2022 - 33rd Sunday in Ordinary Time









MUNCIE
Catholic

ST. FRANCIS
OF ASSISI

ST. LAWRENCE

ST. MARY

ST. MICHAEL



**St. Francis of Assisi**
Parish & Newman Center
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
Catholic Church
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
Catholic Church
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
Catholic School
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00-4:00*
5:00pm St. Mary – *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 5:00-5:25 at SFA Only*

| | | |
|---|---|---|
| **Monday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Tuesday** | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| **Wednesday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Thursday** | 5:30pm | St. Mary |
| **Friday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

| First Saturday of the month | 8:15am | St. Mary |
|---|---|---|

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**



# November 20, 2022 - Feast of Christ the King

    

**St. Francis of Assisi**
Parish & Newman Center
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
Catholic Church
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
Catholic Church
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
Catholic School
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

## † Pastorate Wide Mass Schedule †

### Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00–4:00*
5:00pm St. Mary – *Confessions 3:30–4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 5:00–5:25 at SFA Only*

First Saturday of the month    8:15am    St. Mary

| | | |
|---|---|---|
| **Monday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Tuesday** | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| **Wednesday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| **Thursday** | 5:30pm | St. Mary |
| **Friday** | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**

# November 27, 2022 - First Sunday of Advent







**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

 **Pastorate Wide Mass Schedule** 

### Saturday Vigil
4:30pm St. Lawrence – *Confessions 3:00-4:00*
5:00pm St. Mary – *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions*
*5:00-5:25*
*at SFA Only*

**First Saturday**
**of the month**   8:15am   St. Mary

| Monday | 8:15am | St. Mary |
|---|---|---|
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before*
*all weekday Masses.*

**www.MuncieCatholic.com**

# December 4, 2022 - Second Sunday of Advent







**MUNCIE Catholic**

ST. FRANCIS OF ASSISI

ST. LAWRENCE

ST. MARY

ST. MICHAEL

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org

**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

## ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence - *Confessions 3:00-4:00*
5:00pm St. Mary - *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions 5:00-5:25 at SFA Only*

| | | | |
|---|---|---|---|
| **Monday** | 8:15am | St. Mary | |
| | 12:15pm | St. Lawrence | |
| | 5:30pm | St. Francis | |
| **Tuesday** | 8:15am | St. Lawrence | |
| | 5:30pm | St. Francis | |
| **Wednesday** | 8:15am | St. Mary | |
| | 12:15pm | St. Lawrence | |
| | 5:30pm | St. Francis | |
| **Thursday** | 5:30pm | St. Mary | |
| **Friday** | 8:15am | St. Mary | |
| | 12:15pm | St. Lawrence | |
| | 5:30pm | St. Francis | |

**First Saturday of the month**    8:15am    St. Mary

*Confession 30 minutes before all weekday Masses.*

**www.MuncieCatholic.com**



For today in the city of David a savior has been born for you who is Messiah and Lord.

Luke 2:11

© Diocesan

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org



**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

**December 25, 2022 & January 1, 2023**

# January 8, 2023 - The Epiphany of the Lord







MUNCIE Catholic

ST. FRANCIS OF ASSISI

ST. LAWRENCE

ST. MARY

ST. MICHAEL

**St. Francis of Assisi**
**Parish & Newman Center**
1200 W. Riverside Ave
Muncie, IN 47303
765.288.6180
stfrancisnewman.org

**St. Lawrence**
**Catholic Church**
820 E. Charles St.
Muncie, IN 47305
765.288.9223
stlawrencemuncie.com

**St. Mary**
**Catholic Church**
2300 W. Jackson St.
Muncie, IN 47303
765.288.5308
stmarymuncie.org

**St. Michael**
**Catholic School**
2301 W. Gilbert St.
Muncie, IN 47303
765.288.5878
stmichaelmuncie.org

Parochial Vicar

Fr. Christian DeCarlo

fr.cdecarlo@dol-in.org

**Pastor**

**Fr. Eric Underwood**

**fr.eunderwood@dol-in.org**

Parochial Vicar

Fr. Coady Owens

fr.cowens@dol-in.org

# ✝ Pastorate Wide Mass Schedule ✝

### Saturday Vigil
4:30pm St. Lawrence - *Confessions 3:00-4:00*
5:00pm St. Mary - *Confessions 3:30-4:30*

### Sunday

| St. Francis | St. Lawrence | St. Mary |
|---|---|---|
| 9:00am | 8:00am | 8:30am |
| 11:15am | 10:00am | 11:00am |
| 5:30pm | 12:30pm (Spanish Mass) | |

*Sunday Confessions*
*6:00-6:25*
*at SFA Only*

**First Saturday**
**of the month**  8:15am   St. Mary

| Monday | 8:15am | St. Mary |
|---|---|---|
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Tuesday | 8:15am | St. Lawrence |
| | 5:30pm | St. Francis |
| Wednesday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |
| Thursday | 5:30pm | St. Mary |
| Friday | 8:15am | St. Mary |
| | 12:15pm | St. Lawrence |
| | 5:30pm | St. Francis |

*Confession 30 minutes before*
*all weekday Masses.*

**www.MuncieCatholic.com**

♡ Save          🔔 Monitor          🗎 PDF          ▤ List          ⋯ More

# James R Bertsch

Age 66 years old

Born June 1957

Location Cambridge City, IN

Aliases James Do Bertsch, James Raymond Bertsch <u>View 2 more</u>

🖾 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                    ✓

🏠 221 S Walnut St                                                <u>View details</u>
Cambridge City, IN 47327

📞 (773) 951-0943                                                 <u>View 9 more</u>

✉ jrjbertsch@gmail.com                                           <u>View 6 more</u>

❤ No relatives found                                             <u>Learn more</u>

🏛 Check for Criminal or Traffic records                          <u>Learn more</u>

✂ 6 social networks identified                                   <u>View details</u>

📷 No photos found

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                    

♡ Save          🔔 Monitor          🗎 PDF          ≣ List          ⋯ More

# Harvey Feigenbaum

Location Indianapolis, IN

Aliases Harvey C Feigenbaum Md, Harv Feigenbaum <u>View 4 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                                    ✓

---

🏠 250 N Shadeland Ave Ste 130                                          <u>View details</u>
   Indianapolis, IN 46219

---

📞 (317) 294-4388                                                       <u>View 6 more</u>

---

✉ jtflsc@aol.com                                                       <u>View 3 more</u>

---

♥ No relatives found                                                   <u>Learn more</u>

---

🏛 Check for Criminal or Traffic records                                <u>Learn more</u>

---

◀ 2 social networks identified                                         <u>View details</u>

---

📷 No photos found

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

🖨 Print PDF          ✈ Email PDF

 Overview                                          

♡ Save          🔔 Monitor          📄 PDF          List          ••• More

# Gregory Paul Polly

Age 61 years old

Born April 1962

Location Fishers, IN

Aliases Gregory Polly, Greg Polly  View 7 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                              ✓

---

🏠 12560 Mojave Dr                                              **View 9 more**
   Fishers, IN 46037

---

📞 (740) 501-6303                                              **View 6 more**

---

✉ gregorypolly@gmail.com                                      **View 5 more**

---

❤ 2 relatives found                                           **View relatives**
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                       **View details**

---

📢 4 social networks identified                                **View details**

---

📷 No photos found

---

**Need this report in a printable format?**

☰ Overview                                                    ⌃ ⌄

♡ Save        🔔 Monitor        🖹 PDF        🗐 List        ••• More

# Lorraine M Calvert

Age 63 years old

Born October 1960

Location Indianapolis, IN

Aliases Lorraine Calvert, Lorri M Calvert <u>View 17 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                             ✓

🏠 8435 Clearvista Pl Ste 101                              <u>View 9 more</u>
   Indianapolis, IN 46256

📞 (317) 626-1220                                          <u>View 4 more</u>

✉ LORRAINECALVERT@GMAIL.COM                               <u>View 5 more</u>

♥ 4 relatives found                                       <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                  <u>Learn more</u>

⬦ 6 social networks identified                           <u>View details</u>

📷 No photos found

**Need this report in a printable format?**

 Overview                                    

## Duane Lundy

Chair, Psychology
765-973-8602
Tom Raper Hall 258
lundyd@iue.edu

**INDIANA UNIVERSITY**
EAST

2325 Chester Blvd
Richmond, IN 47374
*Directions (Google | iPhone)*

765-973-8200
AskEast@iue.edu

♡ **Save**     🔔 **Monitor**     🗎 **PDF**     🗒 **List**     ••• **More**

# Ken A Myers

Age 72 years old

Born August 1951

Location North Manchester, IN

Aliases Ken Myers, Myers Ken <u>View 5 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                    ✓

---

🏠 308 River Cove Ln                                    <u>View 11 more</u>
   North Manchester, IN 46962

---

📞 (317) 926-5695                                       <u>View 1 more</u>

---

✉ MYERSKENA@YAHOO.COM                                  <u>View 2 more</u>

---

❤ 4 relatives found                                    <u>View relatives</u>

   NOTE: Spouses may appear as relatives

☰ Overview                                             ⌃  ⌄

**May I have displayed symptoms of mistreatment in early life?**
**[INFORMATION PERTAINS TO ME AND I CONSENT TO VIEWING *IN THIS DOCUMENT*]**



***May I have been lucky to realize I needed therapy of my own volition?***

REFERRAL SOURCE·Individual self referral

## — Causes and Risk Factors

**Causes and risk factors for oppositional defiant disorder**

While the exact cause for this disorder is unknown, researchers agree that there are a number of causes and risk factors that lead to the development of ODD. The most accepted explanations include:

*Genetic:* Many children who have developed ODD have close family members with a history of mental illness, which is an indicator that a vulnerability to ODD is inherited.

*Physical:* It has been frequently suggested that deficits in the brain or injuries to certain areas of the brain have the ability to lead to serious behavioral problems among children. Additionally, chemical imbalances in the brain, as a result of abnormal functioning of neurotransmitters, are known to bring about symptoms of mental illnesses. More specifically, neurotransmitters help nerve cells in the brain communicate with each other and when they are not working properly nerve messages may not be received properly leading to symptoms of ODD.

*Environmental:* Finally, it is a widely accepted belief that a person's environment has a significant impacts on the development of mental health disorders such as ODD. This may be especially important because the onset of ODD symptoms occurs in childhood, making the environment in which a child is raised extremely influential. Factors such as a chaotic home life, inconsistent discipline by parents, and being exposed to abuse, neglect, or trauma at an early age can all lead to the onset of ODD symptoms.

*Risk Factors:*
- Family history of mental illness
- Witnessing violent or aggressive behaviors
- Exposure to trauma / abuse/ neglect
- Being raised in a chaotic / stressful home
- Inconsistent parenting
- Exposure to substance use or abuse

***May I have realized Dad may not change, but I could, and started therapy at 10 years old?***

CLIENT NAME & I.D.:   Jon "J.T." Turpin
DATE OF INTAKE:              11/28/00

***May my anxiety align with symptoms of "narcissistic abuse?"***

# Effects on Children

If you have children who witnessed narcissistic abuse, they could also be at risk of developing mental health problems such as PTSD, anxiety disorders, or depression.[2] They might become fearful in situations that remind them of their traumatic experiences. They might also feel angry at your spouse or the world, feel disconnected from other people, or have low self-esteem or confidence issues.

Tri 0 Mood cyathmic. affect guarded. Discussed treatment goals. JT announced that after the next pre-scheduled meeting would be his last. Stated that this can be discussed with his dad. He states that he had discussed this with dad. Asked general questions. JT uses some advanced vocabulary but asks if he is not sure of a word he hears. Used this to get to dad's health concerns and how this effects JT. He seemed less guarded after the discussion. affect less reticented. Played a round of checkers. He is very good and thinks through all of his moves. He was more spontaneous with conversation when not putting energy into his strategy. Reschedule 1 week

| Date | Staff Name | | Sign/Super |
|---|---|---|---|

**May Dad's genetics predispose me to ODD in childhood? *May Dad have a mental illness?***

**If so, may I have successfully withstood this without being "deviant" or "pathological"?**

Jon Turpin's MMPI --2 profile was consistent with a test taken in a valid and appropriate manner. All validity scales were well within average ranges. There was no information from the validity scales indicating any attempt to appear overly virtuous or to endorse large numbers of pathological items. The Welsh Code for Jon Turpin's MMPI-2 was: 4'9+-325/81670: L/KF;

There were no indications of important psychiatric difficulties and no indications of thought disorder, hallucinations or delusions in the psychological testing. The current protocol was not consistent with significant anxiety or any somatic disorders or depression. Jon presented himself as an individual who valued social interaction and enjoy the company of others.

The most important findings in the current psychological inventory was of an angry, disaffected individual with a great deal of energy and emotional turmoil. Individuals with this type of protocol are usually seen as having important conflicts with authority, including family members. Much of the anger appears to be internalized; usually the result of conflicts which the individual feels powerless to resolve. The emotional energy appears to serve dual purposes. On one hand, he has been able to keep himself very busy and active, while at the same time harboring resentment and bad feelings about instances of perceived mistreatment and injustice, both of himself and of others.

Profiles with similar elevations are not unusual in young individuals. However the degree of upset and conflict, with few other emotional indicators is not nearly as common. Similar protocols were usually seen in individuals who have undergone important conflicts in their lives. Jon Turpin's personality testing on the MCMI-II generated the following Personality Code ( : 5 ** 6 B 4 * 6A + 8A 7 " 8B 1 3 2 ' ' // - ** - * // )

The MCMI-II was taken in a valid and thoughtful manner. The validity scales indicated no attempt to appear overly virtuous nor attempts to present himself in a very negative fashion.

There were no indications of severe personality pathology, although feelings of persecution and of being misunderstood were endorsed. There were no indications of severe thought disorders, major depressions or delusional disorders indicated. This individual did not endorse items indicative of a high level of anxiety, alcohol or drug use or dependence are some out of form disorders.

## *May there be indicators of being a survivor of narcissistic abuse?*

The current personality testing indicated an individual who was very self-focused and tended to his own perceived needs. He presented himself as someone who was reactive emotionally and tended to see issues from his own viewpoint. The protocol presents a reactive, somewhat combative individual who feels alienated from aspects of society. Individuals with this type of protocol frequently have had difficulties with authority figures and tend to discount individuals who attempt to impose rules which they see as unjust or irrelevant. While the current protocol is not perceived as ideal for most individuals, the self-focus and energy can serve to minimize distractions from the individual's goals and intentions, allowing emotional energy to be utilized productively. However the sense of alienation and need to be vigilant against aggression by activity or self-determination is likely to be seen as arrogance or aggressiveness by others.

Individuals with this type of protocol may have little insight into their own emotional qualities. They frequently tend to stay very busy and focused and usually do not take criticism or negative feedback well. They are usually seen as very determined, willful, and usually possessing a high degree of energy. The protocol is also consistent with feelings of being misunderstood and suspicious of the behavior and motives of others. The ability to trust others is relatively limited in this individual.

## 2. Sense of Mistrust

As a coping mechanism, you begin to mistrust others' intentions, especially if you suffered narcissistic abuse from someone close. The abuser convinces you that your feelings and experiences are invalid and you, therefore, tend never to trust others and yourself.

## 3. Self-Isolation

Although abusers tend to isolate their victims, you tend to self-isolate because you feel ashamed for being abused. Victims believe that no one will understand them and self-isolate instead of seeking help to avoid the shame, judgment of their abusers.

When you self-isolate, you have no one to speak to because you think no one will understand you. This makes room for the abuser to lure you back in with kindness, fake apologies or even pretending the abuse never happened.

# 5. Feeling Lonely

When there's no communication with your narcissistic partner because they won't listen to you or give you the silent treatment, it can leave you feeling isolated, causing you to be vulnerable to further emotional manipulation.

Your partner may act kind, apologize or pretend nothing happened to draw you back in, a tactic known as hoovering.

Hoovering is most effective when you have no support and no one to talk to, and you doubt your perceptions of the abuse or justify it. Even worse is when loved ones tell you you're wrong and encourage you to forgive your abusive partner.

**May Dad "hoover?"**

 **Jon B. Turpin**                      •••
Nov 5 ·

Family
That's a beautiful treasure my parents and grandparents gave me.
No matter the challenge, no matter the hardship, through thick and thin, in the end, we always have family. And my family is always ready to welcome honorary family members who adhere to our principles and we consider them a part of our clan.
You know who you are. And we are happy and lucky to include you.

Though challenges pop up, and disagreements will appear, my family clears the slate, we endure attacks where some try to drive a wedge between us and we continue to stick together "like grassy hog turds!"

👍😊 Linda Turpin and 34 others          10 comments

**May Dad attempt to "hoover" me?**

# Narcissistic Enablers: How to Recognize & Deal With One

Published: November 29, 2022      Updated: November 29, 2022

Narcissists are addicted to the drug of external validation, which makes them completely dependent on others to validate and make them feel good about themselves.[1] That's why narcissists often recruit enablers into their inner circles. Narcissistic enablers are typically put to work as security guards, attack dogs, damage control, cheerleaders, and clean up crews who protect the narcissist and their interests.

## What Is Narcissistic Personality Disorder?

Narcissistic personality disorder (or NPD) is a personality disorder characterized by traits such as arrogance, grandiosity, entitlement, and envy.[2] Everyone possesses some narcissistic traits, but only about five to seven percent of the US population has clinical NPD.[3] While people with NPD often appear arrogant and overconfident, they tend to care a great deal about what others think of them, and are prone to sensitivity and defensiveness.[1]

Some people with NPD also display antisocial traits and behaviors, like a lack of empathy and a tendency to abuse or exploit others for personal gain. The more severe someone's diagnosis is, the harder it is for them to function, make good decisions, and form healthy, close, and lasting relationships with other people.[1, 2, 3]

## What Is a Narcissist Enabler?

Enablers are those who support and protect unhealthy people in ways that make it easier for that person to continue their destructive habits. The term has frequently been used to describe those who help sustain another person's addiction, and is closely linked to codependency and poor boundaries.[4] Narcissistic enablers protect a narcissist from experiencing some of the consequences of their own actions, but they sometimes also attack others who the narcissist feels threatened by.

Unlike other enablers, some narcissistic enablers adopt the narcissist's abusive tactics to defend them including gaslighting, coercion, triangulation and projection.[5] This is why some narcissistic enablers are also referred to as 'flying monkeys,' which is a nod to the flying monkeys used to do the Wicked Witch's bidding in the famous movie *The Wizard of Oz*. Not all enablers are like this but those who are can be almost as toxic as the narcissists they're defending.[1]



*MAY OTHERS NOT ENABLE MY DAD TO CONTINUE TORTURING ME?*

**Josh and our cats were there for me when I had to sleep on the floor due to my ribs.**



# Psychology Today



# Linda Falender

Clinical Social Work/Therapist, MSW, LCSW

Verified by Psychology Today

9247 North Meridian Street, Suite 104, Indianapolis, IN 46260

**(317) 548-0331**

Everyone has moments in their lives when they feel stressed, depressed, anxious, or overwhelmed .Sometimes people struggle with difficult relationships. My goal is to help all people get through these trying times. I view therapy as a collaboration between myself and my client where we will work together to identify issues and meet their goals. I view all clients as individuals and therefore alter my style to meet specific needs. I strive to do this in a compassionate, supportive, interactive, problem solving approach.

Every person's situation is unique. Solving your issues and empowering change is important to me. Please reach out to me to ask any questions you have to ensure that I am the right fit for you.

Call or email Linda Falender now for a **free 15 minute consultation - (317) 548-0331**

9247 North Meridian Street
Suite 104
Indianapolis, IN 46260 ⊚
(317) 548-0331

*I am still accepting new clients and am offering phone and video sessions. Please call me to see how I can help you.*

I specialize in Anxiety, Depression, and Relationship Issues

$140 Per Session, I accept insurance

I see individuals and families

## Find a healthcare provider

At Henry Community Health, you have access to the leading doctors, nurses and specialist in region. We deliver excellent care with a focus on relationships - so you aren't just a patient. You're family.

## Rebecca L. Strunk, NP ACCEPTING NEW PATIENTS

Family Medicine, Primary Care

Make an appointment →

### Education
- MS Nursing Family Nurse Practitioner Ball State University
- BS Nursing Indiana University East

### Certifications & distinctions
- American Academy of Nurse Practitioners





**Cambridge City**

View Location  →

415 E. Main Street Cambridge City, IN 47327

Phone 765-478-4541

**Practice/Service**

Cambridge City Family Health Partners

📞 765-478-4541

## Find the provider for you.

At Henry Community Health, our providers cover a full range of specialties and healthcare services. You can find the right fit for you and your healthcare needs.

    Contact Us

  

We make lasting connections...

by caring for you like family, every day, every step of the way.

765-521-0890

## Quick Links

Locations →

Services & Specialties →

Partnerships →

Foundation →

Referrals →

Volunteer →

Careers Opportunities ↓

Contact →

Find a Provider

Find a Location

Contact Us

**Non-discrimination Notice**

English • Español • Français • Hinterwäldler Deutsch • 中文 • Nederlands • Deutsche • 日本語 • 한국어 • Русский • Tagalog • Tiếng Việt • العربية • हिंदी • ਪੰਜਾਬੀ

© 2022 Henry Community Health • All Rights Reserved • Privacy Policy

Website Design by BoxCrush

## Find a healthcare provider

At Henry Community Health, you have access to the leading doctors, nurses and specialist in region. We deliver excellent care with a focus on relationships - so you aren't just a patient. You're family.

## Bruce Waller, MD   ACCEPTING NEW PATIENTS

Cardiology

### Education

- MD University of Minnesota Medical School
- Residency Mayo Clinic School of Medicine

### Certifications & distinctions

- American Board of Internal Medicine
- Fellow, American College of Cardiology





**HCH Hospital Campus**

View Location →

📍 1000 North 16th Street New Castle, IN 47362

📞 765-521-0890

**Practice/Service**

Henry County Cardiology Suite 240

📞 765-521-1461

## Find the provider for you.

At Henry Community Health, our providers cover a full range of specialties and healthcare services. You can find the right fit for you and your healthcare needs.

Contact Us

  

## We make lasting connections...

by caring for you like family, every day, every step of the way.

Henry Community Health

765-521-0890

## Quick Links

Locations →

Services & Specialties →

Partnerships →

Foundation →

Referrals →

Volunteer →

Careers Opportunities →

Contact →

Find a Provider

Find a Location

Contact Us

**Non-discrimination Notice**

English • Español • Français • Hinterwäldler Deutsch • 中文 • Nederlands • Deutsche • 日本語 • 한국어 • Русский • Tagalog • Tiếng Việt • العربية • हिंदी • ਪੰਜਾਬੀ

© 2022 Henry Community Health • All Rights Reserved • Privacy Policy
Website Design by BoxCrush

 Gmail

Jon F Turpin <jt4590@gmail.com>

## Re: Hi Linda
52 messages

**Linda Falender** <lbfalender@gmail.com>                                    Tue, Dec 14, 2021 at 8:05 PM
To: jt4590@gmail.com

Hi John!  These emails do go directly to me.
I did get your voicemail yesterday and just haven't had a chance to return all of my calls as I don't work on Tuesdays.  I apologize for the delay.
I do give priority to returning clients, but there are some ahead of you already on the waiting list.  I would love to see all of you sooner, but I've already added hours to my week to accommodate the influx of new clients since Covid began and I just can't add more.  Again, if it's urgent I can give you some referrals.  I appreciate that you found it helpful when you saw me in the past and wanted to see me again, but if you truly need to be seen urgently I would refer you to people who I know are good and I've referred to before.
Again, I do apologize that I can't see you sooner.
Take care,
Linda


**Linda Falender MSW, LCSW**
**This email is not monitored on a daily basis. This email is not for clinical use. Please call 317-815-6030 to leave detailed clinical information or to get a more immediate reply.**


On Tue, Dec 14, 2021 at 7:23 PM Psychology Today <no-reply@psychologytoday.com> wrote:

> Hi Linda Falender,
>
> This email comes to you via your profile with Psychology Today.
>
> From: Jon Turpin
> Email: jt4590@gmail.com
> Phone: (317) 378-9314
>
> Subject: Hi Linda
>
> Dear Linda, I had called you recently because I wanted to talk about my life again and share some things with you. Is there any way to email you directly? Please let me know, Jon Turpin
>
>
> **Update Your Availability**
> Are you accepting new patients? Offering in-person sessions or telehealth? Take a moment to update your availability here.
>
> _____
>
> **Help Us Keep You Safe**
> Having a successful online presence can sometimes go hand in hand with an unwanted call or email. If this message is spam, block it here and help keep our community safe. Need to brush up on online safety? Check out our help section.

206.124.208.39 ID: 742240
© 2021 Psychology Today | Email Preferences

**Jon F. Turpin** <jt4590@gmail.com>                                                    Thu, Dec 16, 2021 at 1:37 PM
To: Linda Falender <lbfalender@gmail.com>

Hi Linda,
I wanted to reach out as soon as possible because what I just went through over the last year has really impacted me and my fiance and my friends and family. Since you know quite a bit about my childhood it's important that I reach out to you directly, because my parents have been trying to push me, either directly, or via family members who haven't even spoken to me about the event, and hearsay harassment, and other friends they are in contact with to forcibly get a specific diagnosis of "manic" or "bipolar" to say I don't remember my entire childhood and that my father made a felony level threat. They seemed to want to force me, at any cost on my life, to recant a police report I had to make about my father's actions and threats, and/or to leave the state of Indiana.

I don't think both of those things can happen in conjunction and my expungement, livelihood, and wedding were brought up as "concerns," (control and threats in my opinion) during this harassment. and the man scared me for my life. I was trying to give him the benefit of the doubt that he didn't remember, but at this point I think maybe he's determined to ruin me, and all the things I'm being told to do seem to match up with me not getting the trust fund from my mother's estate because this man doesn't know how to accept the word "no" and seems to be trying to destroy the relationship between me and my mother.

Neither of my parents go to therapy THAT I KNOW OF and both seem to scoff at the idea, especially my father, unless they are attempting to force me to go, when I've already gone for years. But I think if my father underwent therapy with a therapist trained specifically in personality disorders, not of his choosing, that the result might be interesting.

Because of this debacle and being scared for my life after being constantly told what to do and how to live because of a trust fund I don't even know the full information about nor the name of, I started to look up information.

If I don't own property in Indiana it seems I can't claim the trust, and no one has ever told me the name of it. My sister is about to move out of state so she won't be able to claim either and I'm pretty sure she also doesn't know the name of it. If I get that diagnosis I may not have the right to defend myself from a man I'm fairly certain wants my mother's money and he scares me for my life, for my mom's sanity, and for my sister's.

My father even says he married my mother for her money as a "joke" and asked my grandfather Frederick Becker how much he would pay him to marry her.
The thing he talks or yells at me the most about and goes on about with other people is the living trust fund my parents setup, and how other people should force me to live a certain way. My life is already fine, even though I had to run in fear from this man specifically, and I still have a job worth $100,000 a year, and they were aware I wanted to move away from my parents after I realized what an awful home situation was going on.

It was almost like I was a child again, being yelled at and beaten (although just once on each) at home. This was after a post about my father, which was exceptionally harsh, but not untrue in my opinion, and if he hasn't gotten dementia, then I think he likes to break people.

Some people on my father's side of the family were in contact with me because I was very worried about my parents and reached out, and my sister, because how I was treated was so much like my childhood and so bad over the course of the year that it stressed me out and it seemed like my father was driving the abuse and blaming my mother to everyone else. People from my father's side of the family seemed to want a specific diagnosis when I was processing and trying to figure out what was going on when most of them haven't seen me since my grandmother's death on my father's side. After which my father has just gotten worse and worse, but I'm thinking he's always been this way and he's about to try and frame me because I may know what's up.

Many of the opinions he has told me throughout my life about others when I trusted him and tried to talk with him as a father about the awful things happening in my life seem like at this point that they may not be true since he's definitely lying about me to other people, including my mother. I was just very worried about my parents and even had a conversation with my sister last year that something seemed off and that we might have to think about taking care of them soon.

Such as my Uncle and Aunt Steve and Cathy Becker, Daniel Sichting, and John Engle from the school system, Ryan Honnert, who did hurt me sexually, but we were fooling around at first. Jesse Whilton told me that Ryan Honnert had told everyone I was gay, but Jesse used to walk the halls with me and stop other boys from hurting me at times.

So at this point I'm unsure if the things I've been told by a person I trusted, a person who helped form many of my opinions, are fully true.

My father has never accepted that and it honestly hurts that I don't think I can talk to either of my parents about myself at all. Also the lawyer over my gun case which my father told me was friends with the bar owner, but I think something else may have been going on, because my father talked to him one-on-one.

I reported that lawyer to the bar association because he wouldn't give me my depositions for 4 years that proved I wasn't the aggressor and mentioned that he might be friends with the bar owners. I actually had to call and yell at him to get my depositions and it makes me think that things may not have been what they appeared on the surface. It also seems like some of this whole event may have been an attempt to get knowledge into, and access to my files so I couldn't figure all of this out.

When I let my mother know about the things he was saying to me she just said "you're trash talking my husband" and doesn't seem to believe that he would say those things. She and I haven't talked about the trust until he was bringing it up with everyone else and talking about it as a form of "concern" about my life (control). But she seems to think I began the argument that he has been, in my opinion, trying to kick off for YEARS since he started in on me with, what I assume to be lies, about the trust fund many years ago. Like telling me he'd put me 10 years back in the trust fund from my sister after I asked to borrow $5,000 from him when I was depressed after being laid off at Ascension and lost some money.

Because when I got pushback from other people about the character of others that my father had told me was something else, that I had trusted him about, it made me think very hard.



**Jon F. Turpin**
November 21 at 2:15 PM

My parents have now threatened and harassed my fiance because I won't speak to them and won't take the truth down. We're filing a police report, and any applicable charges. We have asked you to stop, and told you to stop.

Stop.

After this Thanksgiving & Christmas, I'm ending the cycle of abuse.

While my parents were always there for me in a way that didn't let me die or go hungry, I'll even say I never wanted. There's nothing that replaces love and acceptance from your parents. No amount of money can make up for it or change the heartbreak knowing they need professional help and have allowed their family to splinter because of their denial.

I'll start by saying I was a terror as a child from the time I was born, until 8 years old, I accidentally traumatized another child at the age of 10 and forced myself to learn to cope because I never wanted to hurt others. I was born autistic, what used to be called Asperger's, because my mother, likely due to overwhelming stress from the death of her father 7 months before I was born, carried me low. Also, when I was born, I nearly suffocated to death when the umbilical cord was cut. This is one of the main correlations with Asperger's syndrome, and as a young child, I didn't know how to cope with MANY things. I was oversensitized, couldn't sleep and screamed every night as a baby, and until I was 4.

I made the post after a buildup of frustration of trying to talk to my parents and tolerate their actions over the course of a year, and not even being acknowledged. For the entire year they treated me as if I was 15-16 again, but mostly my father, and it truly got to me and reminded me so much of my childhood that it set off my PTSD. It was so bad and I had a heart episode from stress. I finally got angry after trying very hard to tolerate my father and having a heart episode from the stress. But I wasn't able to attend the appointments for my stress echo with because of the stress and because it really did seem to be the safest option to leave the state.

I actually had to leave the state quickly to get to a location where I didn't feel like I was in harm's way or that my free will wasn't going to just be taken from me. I'm 31 years old and I've already gone to therapy over my life, and I take care of my own medical care, my job is fine and I make $100,000 a year. It worries me that I share a name with my father though I have a different middle name (he is Brent, and I am Frederick), and that our voices sound somewhat similar. I used to answer the phone for his electrical business when I was a teenager and people would think I was him.

Even after I left, my parents continued to contact friends and say they were concerned for my well-being, without telling anyone the full story even though I had told them I was moving and they saw the U-Haul. After being harassed for an entire year, and having things demanded of me and my fiance by my parents, yelled "NO MORE" at my mother and broke a garage door opener, because I thought it was her constantly demanding my time and being off the wall. My father told me to get out, so I did, but my fiance had walked inside and he was still saying things at me so I stepped to the doorstep to hold the door open. He said in the most serious tone and look I've ever heard "this is how people get shot" when I just stepped back onto the very entrance of the doorway so I could wait on my fiance.

When I thought deeply about everything it seemed like every time my mother was talking to me with demands, or someone else was trying to say demands to me or act on my behalf, that it was said in the words my father would use. Demands. From people who would normally ask me or invite me and didn't understand that they'd been sending demands instead.

It makes me think that there's much more going on to my father and with my life than I ever knew, and I think my father has an extreme personality disorder.

When I was trying to move my father made a threat about the school, and just to live in the state would have taken so much effort to do with the hearsay harassment that I believe me being pushed out, by the behest of my mother, who I think has been broken,

After this event my parents tried to control via hearsay harassment whether or not I was going to buy a house or rent. I was told specifically that I should rent. That my decisions were impulsive (We had been planning to buy the house there at 9 Mulberry from them, but they wouldn't allow that, only renting even though there had been a discussion between my mother and I about the possibility of buying the house the year before) even though I had been saving cryptocurrency for months and being very stringent with any purchases not associated with this endeavor.

I'm 31, and the way they were treating me and my fiance, Erin Golden, felt like they thought we were 15-16 again (we dated around that age as well) and gave us so much stress alongside work and planning for my wedding that it started to wear me out entirely, made her feel stressed and not like eating, and at some point before everything came to a head, I had a heart episode.

They had been demanding our time, not listening to "No" or "Please Stop" in multiple incidents. Yelling awful things at Erin and myself, and I had finally said "fuck you" to my father after taking months of him being aggressive without cause. My father had been saying things about a trust fund constantly, not only to me, but to others and saying that I should "act right" or we wouldn't get it. I don't care about the money, but he seems to be obsessed with it.

My father came by the front of my home during February and became angry while we were talking about my car accident insurance claim, then yelled "maybe it's a good thing you haven't sold your condo yet!" and threatened to kick me out.

My mother came into the house I was renting from them in April, uninvited, and in my opinion illegally, while my fiance was there, tried to tell me how to live my life and proceed in our relationship. When asked to stop because I was working, she didn't. She wanted to take my fiance out that night because she felt I was neglecting my fiance because we had been sorting magic the gathering cards (which Erin offered to help with, but I admit took too long) but we had planned to spend time together the next evening. I had been working hectically all day to get all of my work done so Erin and I could spend time together while she spent the day with my mom.

She continued even after this, interrupting my ability to work (because I work remotely) and continued to insist to the point of yelling, at which point it overwhelmed me because I had said no probably 8 times, and I finally yelled at her to leave the house. To get out. She continued, told me none of her renters would speak to her like this even though she was blurring the lines between landlord and mom, and shouldn't have been yelling at me about Erin and I's relationship.

It truly hurt and overwhelmed me and I just sat down and listened to her yell until she finally left because nothing else worked and I've never raised a hand to either of my parents even though they've both beaten me. This made me very angry because it felt like I wasn't being respected in the home I was renting from them, and was the very reason I'd tried to buy the house from my parents in the first place. Because my mother especially doesn't understand personal boundaries, and my father doesn't respect me as a person, just tells me what I'm doing wrong all of the time. I do rebuke him and this seems to make him VERY angry.

After this minor heart attack and all of this constant pressure that I finally, after months, rebuked him a bit harder because he just wasn't stopping and seemed to be holding onto grudges constantly, and the stress of this was making me and my fiance feel ill.

When we have spoken in the past I don't believe you've ever considered me to be manic, nor bipolar, and in my opinion this diagnosis would potentially remove my right to defend myself, and may also remove me from my parent's trust fund, of which I don't know much about, but my father yells at me about it often and has done so over the years whenever I've had any perceived issue with money. (I have a job that makes $100,000/yr, an 800 credit score, about $80,000 dollars in retirement, $50,000+ worth of material assets, approximately $30,000 in cryptocurrency savings, and $4,000 in my bank account)

My bank account is only this low because my parents made me sign a contract for loaning me $9,000 during my court case that if I got a felony they would take all of my assets. In a situation they screamed at me about for nearly a month instead of asking me what happened. Where I defended myself with a gun, but didn't kill the man and was just happy everyone lived. Because he stopped even though the event also scared me for my life

I keep my assets like this because my parents made me sign a contract that they would take all of my assets if I got a felony in a gun incident where I had to defend my life, that happened at Joe's Bar and Grille around December of 2016. They made me sign this contract for a $9,000 loan to bail me out and pay for a defense lawyer. Supposedly because my parents hate credit. Assets that at the time were worth about $100,000 including my condominium and car, bank account, and personal belongings.

I was arrested after the event but remained as calm as possible after though I was extremely stressed. The assailant wasn't arrested and later showed up at my fiance's apartment and had the police called to ask him to leave. She filed a restraining order on the man later, but she and I didn't continue to date. Her name was Chelsie Thompson and I believe she may have been diagnosed with a personality disorder on the DSM-4 at a young age. It was extremely rough dating her, and at some point her grandparents called me to warn me about her, along with her ex-husband, Aaron Thompson. The assailant, Jeremy Lewis, seemed to know her when I had only met him that night and she seemed to have riled him up.

My parents seem to want to force me to go to a therapist of their choosing, which makes me very worried since I already take care of this on my own volition and I've found that my father may have lied to me many times, and to many other people about me. The hearsay was that they wanted me to say I had entered a false report when I hadn't by getting a specific medical diagnosis that would say I don't remember things correctly. When I do, and I think I've figured it out.

This was because he said "I should have gone down to the school and shot up the school administrators" when he was angry with me and after the way he's been acting it terrified me even more because he's been so off the handle lately.

Some of these actions, such as treating me very badly, talking about the family trust fund to others and how I should live my life a certain way, shutting me down during conversations, never hearing my side of things, and threatening "this is how people get shot," going around the police, and a threat regarding how he should have "shot up school administrators" some others saw and heard.

Others have seen some of how my parents treated me over the years and heard things about how I've been raised and been very angry before.

People present during some of these events or others who heard or saw some of these things were:
Erin Golden
Joshua King-Baker
Phillip Jenkins
Jesse Matherly
Jasmine Matherly
Phillip Jenkins
Brandi Fisher
Jared Junkin

Two friends who used to be my emergency contacts, but didn't respect that I was already trying to make appointments with you and my primary care physician and continued to push me to let them take me in, and threatened to ID/ED me

were Michael Mann, and Andrea Holwager. They only did this after my parents spoke to them first and via hearsay from these two people in contact with my parents, they convinced them that there was a case for false police reports, and that a restraining order would be frivolous (the reports weren't false, everyone who was present when the gun went missing was put on the list of suspects, but I suspected my father because he is constantly telling me "you shouldn't own guns" ever since the gun incident).

The harassment and wanting to be safe from him and the ridiculousness and abuse of my parents has prevented me from putting in any paperwork or even from getting a lawyer yet because being safe and making sure my fiance, who was also harassed by my father, was also safe was the most important thing. I also wasn't able to get to my stress echo appointments because of this.

My father has literally scared me for my life to be near him, but seems to either be pretending he's calmed down but is still telling everyone else that everything started with me and that they need to take care of me (this is the scariest thing in the world, my parents shouldn't be taking care of any children even, and I'm a 31 year old adult) and may be trying to still find me and force me to recant. People are still asking where I've gone and I just say "a safe location" because I'm truly afraid for my life, personal freedom and safety from Jon B. Turpin and Linda B. Turpin.

They would know things about my life that might let them trick people into allowing them access to my personal information. If they are emergency contacts of mine, please remove the following people immediately, and if anyone calls saying they are me, please make sure I'm only contacted at the number below or this email in my signature:

Jon Brent Turpin
Linda B Kay (Becker) Turpin
Michael Mann
Andrea Holwager

Michael Mann may change his name to Michael Holwager
Or Andrea Holwager may change her name to Andrea Mann
(They are getting married)

My only emergency contact should be Erin Golden (soon to be Turpin)

Thank you,
**Jon F. Turpin**
Phone: (317) 378-9314
E-mail: jt4590@gmail.com
Owner: Rag Tag Games, LLC (2011-2013)
*Proud Corporate Sponsor of Riley Children's Foundation, Inc.*

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Thu, Dec 16, 2021 at 1:46 PM
To: Linda Falender <lbfalender@gmail.com>

To clarify, I wasn't beaten this time, but when I was a kid, each of my parents beat me at one time. I felt in fear that things were going to escalate there again because it seemed like my father constantly wanted to fight me.

No one they speak to hears the other side of the story (mine and the witnesses) even though witnesses were present, police reports were made, and I'm still waiting on a call from a lawyer.

It seems like the family only thinks I just got angry, and I believe my parents, my father mainly and my mother because she is controlling but possibly at his behest, were trying to force me into a therapist of his choosing within his sphere of influence.

HOWEVER, I didn't hear them say that directly, and it was HEARSAY from Michael Mann and Andrea Holwager, who didn't force me to do anything, but were VERY insistent I go to a therapist for a diagnosis of bipolar.

Because my parents do scare me because of my childhood I did decide to move out of state, because my fiance lives outside of state anyway, just so I wouldn't have to deal with this anymore, and it seems like maybe this is designed to make me appear to be something I'm not. Even though my job is still fine and my assets are still intact.

My father has said directly to my face "You need to be institutionalized" many times, and has also called me "bipolar" after he gets angry I ask and tell him to stop, like any adult person should be allowed to do.

His sphere of influence is quite large as a wealthy business and land owner and I'm not even sure what to do besides get a lawyer because it seems like since my mom won't take me out of the will that my life has been intentionally awful in many ways to set me up for failure.

Regards,
**Jon F. Turpin**
Phone: (317) 378-9314
E-mail: jt4590@gmail.com
Owner: Rag Tag Games, LLC (2011-2013)
*Proud Corporate Sponsor of Riley Children's Foundation, Inc.*

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Thu, Dec 16, 2021 at 2:11 PM
To: Linda Falender <lbfalender@gmail.com>

It may be likely that my mom is something like... maybe histrionic, and that he is possibly slipping into the start of dementia. That's VERY possible and since they've always been controlling and verbally abusive, this might just be the culmination of all of that together coming out in the most awful of ways.

Him caring about not being poor, and my mother afraid of being alone. But it seems like neither of them can admit faults anymore and it not only was scary but very tragic and I've always wanted to make sure that I don't end up having the values they're embodying now.

But It really made me, and my fiance feel completely awful watching and experiencing them treat me, and her, both adults of 31 and 29, in this way. So we decided to just move away sooner for safety and that seemed to be basically unacceptable to my parents. Which really scared me and intimidated her because getting away from them seemed to be the only healthy option and was the one they seemed completely intent on preventing, even if they had to try and forcibly take over my personhood before our wedding.

Regards,
**Jon F. Turpin**
Phone: (317) 378-9314
E-mail: jt4590@gmail.com
Owner: Rag Tag Games, LLC (2011-2013)
*Proud Corporate Sponsor of Riley Children's Foundation, Inc.*

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Thu, Dec 16, 2021 at 2:47 PM
To: Linda Falender <lbfalender@gmail.com>

The push to see a psychiatrist without the ability to be in the state to take care of my own medical care without having them push me over something I already handle myself and would gladly do with a psychiatrist NOT of their choosing isn't just hearsay.

[Quoted text hidden]



**Screenshot_20211216-134543_Messages.jpg**
469K

---

**Jon F. Turpin** <jt4590@gmail.com>                                   Thu, Dec 16, 2021 at 3:28 PM
To: Linda Falender <lbfalender@gmail.com>

I would like you to refer me to a psychiatrist that is not within the sphere of influence of my parents, so I may visit them before they try to do any more controlling stuff and I plan to remove them from my life, but I'm afraid to do so before I can see one for myself since they won't see one for themselves and seem to be driven to take the rights of a grown man away from him and may have been trying to do so all my life.

Thank you for your time, sincerely

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                   Fri, Dec 17, 2021 at 6:50 AM
To: Linda Falender <lbfalender@gmail.com>

To be honest I just want away from my parents because of how my fiance and I were both treated. When I finally got angry and broke a garage door opener and yelled, which I never do, I've been under extreme pressure in my life and don't blow up. Except for when I'm around the two people who can't even acknowledge me as a person...

The things that happened in person were already reported to the police and I think it's healthiest to just stay away from my parents because I feel they've really made my life hard, are super controlling, and it's sad, but I wish I'd never sold my condo and moved back home at all.

Not everyone in the list saw everything, just bits and pieces of the whole event and they may not have the same opinion, but my parents take no accountability for it.

And that really hurt. A lot.

And then on top of that, I was told by one of my now ex-friends, Jared Junkin, that he may be looking at fictional child porn. I haven't seen it, though I did see him looking at questionable cartoon porn called hentai when we were kids and thought it was a phase. I was into porn as a kid after the stuff with Ryan Honnert and my parents also didn't do well with connecting with me. One was super controlling and one always worked.

This guy has been a good friend and had a similar childhood, it just seems like we took separate paths, and I thought he was just stuck in a rut.

So when he first talked to me and said he was looking at 'lollicon' I figured he still had a cartoon porn addiction and told him he should get into therapy.

But recently he told me things that have greatly concerned me, and made me feel disgusted. I really didn't want to believe it but when I found the actual definition I think he may actually be doing something very disgusting and maybe illegal.

I think Jared is actually looking at fictional child porn and I reported him to the cybertip hotline, which hurt me even more to do because I can't condone that. It seems like I went to therapy and have continued to find myself and grow up bit by bit, painfully and with many mistakes, but Jared didn't, or can't, and never had or took the opportunity for therapy, and now it's too late.

I was already doing so, but I'm moving moving out of state to be with my fiance instead of around this environment because it's just not healthy.

I don't want my parents, or Jared around my future family, which hurt very bad because I really wanted to see the best and make the best of things but I'm disgusted with my parents and I'm disgusted with Jared even more if he is looking at what he's described.

And I'm also extremely disgusted with myself for screaming at my mom, though I was genuinely afraid of my father because he doesn't seem to be able to stop it anymore.

The things and threats he's said to me and the nasty things Dad's said to my fiance this year were so mean, and mom was so overbearing I just couldn't take it. But he did lose his mom this year when he finally made her feel overwhelmed and intimidated, made both of us feel awful from the stress, and my responses to them assumed they were still all there even though I came home to try and help.

All my life I've tried to be the son they could be proud of, look up to, and count on, but I don't know if they can ever see me as an adult.

Now I have to give up someone who used to be a friend, one that I thought was doing ok, but definitely isn't, at all. One who may have done some very bad stuff.

But I think all of these things are the only healthy option, and I just hope each of these people will understand they're not healthy before they go even further downhill or do something worse.

Just like I realized the environment wasn't healthy and left, even though I did it wrong by finally getting so angry.

I was looking forward to my future family and I felt much more concerned about what kind of environment they will have now that it's not just me and all of these things scared the hell out of me, because remembering my childhood and young adulthood I feel lucky to have even made it this far.

And all I've ever wanted is a family that doesn't go through these things, that is safe under their own roof, and from people around them who could be dangerous to them.

So my mother doesn't seem to understand at all why I had to leave and why I'll have to cut my parents off, and I imagine Jared won't understand either.

But getting distance from each of them truly does seem to be the only good thing to do.

This year has been truly terrible and I thought I had been through hell before, but this one has been heartbreaking, and disgusting. All leading up to Erin and I's wedding that we want to be one of the happiest days of our lives and it seemed like everyone, me included, lost track of that because of the terrible environment.

[Quoted text hidden]

---

**20 attachments**


**ChildhoodLife5.png**
53K



**ChildhoodLife1.png**
54K



**Screenshot_20211217-080104_Messenger.jpg**
660K

---

**Linda Falender** <lbfalender@gmail.com>                              Sat, Dec 18, 2021 at 12:03 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

Hi Jon.
I'm sorry it's taken me so long to get back to you.  I hope you saw under my signature that I don't look at this email account daily, and also that it's not for any detailed information, which you shared a lot of.  I unfortunately am not able to do therapy via email.
I did see that you asked for a psychiatrist.  I refer most to Muhamid Munir at Harmony Medical Associates out in Fishers.  Again, I'm so sorry that you are struggling right now.  I still am not able to see you for several months as I just don't have any openings in my schedule.and do have a very long wait list.
I would suggest trying Dr. Munir, or checking with your insurance or EAP for a referral, or your PCP.
Take care and good luck!!
Linda

**Linda Falender MSW, LCSW**
**This email is not monitored on a daily basis. This email is not for clinical use. Please call 317-815-6030 to leave detailed clinical information or to get a more immediate reply.**

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                   Sat, Dec 18, 2021 at 12:19 PM
To: Linda Falender <lbfalender@gmail.com>

Sincere apologies, Linda,
I'd like to meet with you when you have an opening.

Thank you,
Jon
[Quoted text hidden]

---

**Linda Falender** <lbfalender@gmail.com>                              Sat, Dec 18, 2021 at 3:01 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

No worries.
I've added you to the waiting list.
Have a happy holiday season.
[Quoted text hidden]
--
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                   Fri, Dec 24, 2021 at 12:41 PM
To: Linda Falender <lbfalender@gmail.com>

On Thu, Dec 16, 2021, 12:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
[Quoted text hidden]

**2 attachments**

Screenshot_20211217-082114_Messenger.jpg
573K

Screenshot_20211217-080132_Messenger.jpg
721K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Dec 27, 2021 at 11:34 AM
To: Linda Falender <lbfalender@gmail.com>

A late Merry Christmas and early Happy New Year!
Due to my new residency would you recommend any psychiatrists in Louisiana?

If not I can check with Dr. Munir.

Thank you,
Jon F. Turpin

On Thu, Dec 16, 2021, 12:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
[Quoted text hidden]

---

**Linda Falender** <lbfalender@gmail.com>                              Tue, Dec 28, 2021 at 2:55 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

Hi Jon,
I'm not aware of any practitioners in Louisiana.  I'm not sure if Dr. Munir's license allows him to see people outside of
Indiana. Mine only allows me to see people who are physically in the state I am licensed in, which is only Indiana.  I
would check with your insurance, or if you have a PCP already I would suggest getting a referral from them.
Take care and good luck in your new state!
Linda
**Linda Falender MSW, LCSW**
**This email is not monitored on a daily basis. This email is not for clinical use. Please call 317-815-6030 to leave
detailed clinical information or to get a more immediate reply.**

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                   Sun, Jan 2, 2022 at 10:04 AM
To: Linda Falender <lbfalender@gmail.com>

Hi Linda,
Since I still work full-time remote for a job in Indiana, would you still be able to see me virtually?
[Quoted text hidden]

---

**Linda Falender** <lbfalender@gmail.com>                              Sun, Jan 2, 2022 at 11:35 AM
To: "Jon F. Turpin" <jt4590@gmail.com>

Hi John,
Unfortunately the law states that my clients have to physically be in the state that I am licensed in.  So if you're not
physically in Indiana I cannot see you.  And it's still several months until I would be able to see you.  I appreciate very
much that you found therapy sessions with me to be helpful, but I do want to remind you that there are many skilled
therapists out there who would be able to help you.  I would again suggest you contact your insurance or PCP for some
local names and then call some to interview them for a good fit.  I do know that nationwide therapists have been
overwhelmed with referrals, so you are likely to find a wait still, so the sooner you call the sooner you will be able to be
seen.
Good luck in your search!
Happy New Year!
Linda
[Quoted text hidden]
--
[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>                                  Mon, Jan 3, 2022 at 10:00 AM
To: Linda Falender <lbfalender@gmail.com>

Thank you Linda,
Since that is the case, how would I request a copy of my records?

Please let me know and I look forward to hearing from you.

Sincerely,
Jon
[Quoted text hidden]

---

**Linda Falender** <lbfalender@gmail.com>                             Mon, Jan 3, 2022 at 1:54 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

If you need the records for a new provider, you can sign a release with them and I can send them a copy. I've never had
a client request their own records-I'll have to look at the protocol for that. I know I will need something in writing from you,
and it might possibly need to be notarized. There is a fee for me to make copies- that depends on how large the chart is.
Also, I can't remember exactly how long it's been since you've been here (I know it's several years at least), but if it's been
more than 7 years there's a chance that I no longer have it. I'll have to check and see.
Take care,
Linda
**Linda Falender MSW, LCSW**
**This email is not monitored on a daily basis. This email is not for clinical use. Please call 317-815-6030 to leave
detailed clinical information or to get a more immediate reply.**

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                  Mon, Jan 3, 2022 at 1:58 PM
To: Linda Falender <lbfalender@gmail.com>

Hi Linda,
Please do, I'd very much like to have a copy of my own records. Thank you for looking into this.

Sincerely,
**Jon F. Turpin**
Phone: (317) 378-9314
E-mail: jt4590@gmail.com
Owner: Rag Tag Games, LLC (2011-2013)
*Proud Corporate Sponsor of Riley Children's Foundation, Inc.*

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                  Mon, Jan 10, 2022 at 11:24 AM
To: Linda Falender <lbfalender@gmail.com>

Hi Linda,
I'm just following up regarding my records and chart. Just let me know if there's anything I need to provide and thank you
again!

Regards,
**Jon F. Turpin**
Phone: (225) 259-6270
E-mail: jt4590@gmail.com
Owner: Rag Tag Games, LLC (2011-2013)
*Proud Corporate Sponsor of Riley Children's Foundation, Inc.*

BAS in CIT - IUPUI

AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                           Wed, Feb 8, 2023 at 3:25 PM
To: Linda Falender <lbfalender@gmail.com>

Hi Linda,
I'm a resident here again, and would like to check if you have any available times for an appointment with you?

Thank you,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Linda Falender** <lbfalender@gmail.com>                                      Mon, Feb 13, 2023 at 9:47 AM
To: "Jon F. Turpin" <jt4590@gmail.com>

Hi Jon!  Unfortunately, I'm not taking on new clients right now.  If you tell me who your insurance provider is I'd be happy
to try to connect you to another therapist.
Take care,
Linda

**Linda Falender MSW, LCSW**
**Please use this email only for scheduling and billing.**
**This email is not monitored on a daily basis.**
**This email is not for clinical use.**
**Please call 317-815-6030 to leave detailed clinical information or to get a more immediate reply.**

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                           Mon, Feb 13, 2023 at 10:23 AM
To: Linda Falender <lbfalender@gmail.com>

Hi Linda,
It's UnitedHealth Group, and thank you!

**Best Regards,**
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Linda Falender** <lbfalender@gmail.com>                                      Thu, Feb 16, 2023 at 4:28 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

I would recommend George Vesper. His office is in Greenwood.

317-807-0456   Ext 703

Hope it works out,

Linda
[Quoted text hidden]
**Linda Falender MSW, LCSW**
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Thu, Feb 16, 2023 at 4:50 PM
Draft To: Linda Falender <lbfalender@gmail.com>

On Thu, Dec 16, 2021, 12:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sat, May 6, 2023 at 9:50 AM
To: Linda Falender <lbfalender@gmail.com>

I'm checking in to see if any spots have opened on your calendar.

Thank you!
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sat, May 6, 2023 at 9:54 AM
To: Linda Falender <lbfalender@gmail.com>

We're taking my parents to court. You may get called. Should we attempt to meet and have some current sessions beforehand to continue where we left off after the gun incident? Or leave as-is?

Either scenario may end in a subpoena, so it's a bit moot, but, respectfully, I thought you should know.
[Quoted text hidden]

---

**Linda Falender** <lbfalender@gmail.com>                                Wed, May 17, 2023 at 7:57 AM
To: "Jon F. Turpin" <jt4590@gmail.com>

Hi Jon,
Sorry for the delay - I've taken some time off and am still catching up with calls and emails.
It sounds like you're currently looking for a therapist who might be able to help with your court case or do a court evaluation.  I don't do either of those, and I think it would be helpful for you to use someone who has that expertise.  Your attorney should have some referrals.
If you have shared your records that I sent to you with your attorney and they would like to speak to me, I'll need a signed and notarized release of information and then can answer any further questions they might have.  As it's been 6 years since we last met, I don't think I have any information to add that's not already in the record.
Best of luck to you,
Linda
Linda
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, May 17, 2023 at 11:08 AM
Draft To: Linda Falender <lbfalender@gmail.com>

[Quoted text hidden]

---

**4 attachments**

Screenshot_20211217-075601_Messenger.jpg
524K

Screenshot_20211217-075606_Messenger.jpg
284K



**Screenshot_20211217-075614_Messenger.jpg**
336K


**Screenshot_20211217-075609_Messenger.jpg**
549K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Fri, May 19, 2023 at 8:54 AM
To: Linda Falender <lbfalender@gmail.com>

No, the first part of this issue is already resolved and reported to law enforcement. This involves the bad convictions I shouldn't have had and $250,000 in lost wages caused by my parents and how they treated me during my gun case that is now expunged... during which you were my therapist and I told you about some of the things with my parents then. As is documented in the files.

It's not a "here's my current therapist on the stand" situation. This is historical and involves my Dad trying to cut me out of inheritance using any excuse.

It would probably be "Are these your official therapy notes?" - "yes"
"Are you his current therapist?" - "no"

"Would you believe J.T. had/has (C)PTSD from what he's been through?"
"[your opinion]"

"Do you, as a professional, believe his prior lack of insight may be due to attempts to appease a parent?"
"[your opinion]"

"Would J.T.'s anxiety possibly be brought on by having no support from a parent?"
"[your opinion]"

"Were you aware that J.T.'s parents were using his own home, car, and an inheritance asset to threaten him against his 5th amendment rights to due process?"
"[your answer]"

"If this is true, would you consider one or both of J.T.'s parents to be mentally unsound?"
"[your opinion]"


If you've seen the Britney Spears and Kyle Rittenhouse public cases...

**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Fri, May 19, 2023 at 9:57 AM
Draft To: Linda Falender <lbfalender@gmail.com>

[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>
Draft To: Linda Falender <lbfalender@gmail.com>

Fri, May 19, 2023 at 10:47 PM

On Thu, Dec 16, 2021, 12:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
[Quoted text hidden]

📷 **Screenshot_20211217-075422_Messenger.jpg**
540K

---

**Linda Falender** <lbfalender@gmail.com>                              Wed, May 24, 2023 at 2:49 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

Hi Jon,
I do understand what you're looking for. However, I cannot give you a current diagnosis as I haven't seen you in 6 years. I also cannot speculate on your parents being "mentally unsound" as I have never met them. And, as I haven't seen you in 6 years, I will not be able to draw conclusions that were not stated in the notes on your past mental health issues. Again, it seems it would be in your best interest to speak to your attorney and get a referral for a therapist who specializes in court evaluations, and who can comment on your current mental health.

I do also want to make sure you are aware that when I am subpoenaed, I do charge my full fee for an entire day to be paid in full prior to my appearing, and I do also charge fees incurred for travel and parking. That's $140 an hour for 8 hours, plus the travel fees. This is standard for therapists to do this. Therefore, it might be in your best interest to share my notes and this information with your attorney before subpoenaing me.

Take care,
Linda
[Quoted text hidden]
--
**Linda Falender MSW, LCSW**
**Please use this email only for scheduling and billing.**
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                              Wed, May 24, 2023 at 3:35 PM
To: Linda Falender <lbfalender@gmail.com>

Thank you, Linda,
I appreciate your time, the explanation, and information.
If you are called, in the proper manner, only due to a necessity, that's all I would expect.

This was only a "heads-up" for something I truly wish to avoid, because you're a professional, and that helps me out.

Regards,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                              Wed, May 24, 2023 at 3:35 PM
Draft To: Linda Falender <lbfalender@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                              Wed, May 24, 2023 at 3:47 PM
Draft To: Linda Falender <lbfalender@gmail.com>

On Thu, Dec 16, 2021, 12:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Fri, Nov 10, 2023 at 11:51 PM
Draft To: Linda Falender <lbfalender@gmail.com>

On Thu, Dec 16, 2021, 12:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
[Quoted text hidden]

An ex-friend who was allowing me to operate cryptocurrency machines at his house and store items during a move told me he looks at 'lolicon' on his desktop computer.

I had previously suggested that he get therapy because I had seen him looking at hentai as a kid, but now I'm concerned what he's mentioned may be a form of fictional child pornography.

I haven't actually seen him looking at any, and never access his computer. But I'm disgusted enough to remove all association with him and concerned enough to report.

**Date and Time:**

12/10/2021 12:00 AM EST

## Person/User Being Reported

| | |
|---|---|
| First Name: | Jared |
| Last Name: | Junkin |
| Approximate Age: | 35 |
| Phone Number: | (765) 541-9495 |
| Screen Name: | kiiwitissues |

## Child Victim Information

| | |
|---|---|
| Relationship to You: | None |
| First Name: | Fictional Child Pornography |

## Your Information

| | |
|---|---|
| First Name: | Jon |
| Last Name: | Turpin |
| Phone Number: | (317) 378-9314 |
| Email Address(es): | jt4690@gmail.com |
| May we contact you? | No, do not contact me |







1:45

**Linda Turpin**
(269) 541-0778

L  Love you too    12:55 PM

Are you happy, and do you know that I love you?

That I just want to start my future family and be looked at as a man?

But that even when I do, I'll never stop loving you?

Because I want you to know that

And if you are happy, and you know I love you, then I don't care anything about what dad and

View all  >

L  I am happy but sad about how you have behaved. Your dad loves you but is sad about how you have behaved. We want you to see a psychiatrist to work out your issues. I love you and want you happy.    1:25 PM

Thanks mom, I'm happy and I love you too



7:57

Alexis Turpin

← Me

EDIT

I just can't be pushed to feeling ill because you're emotionally deaf, dumb, and blind in your hurt.

You trashed me to my wife, to my mom, to your family while Mamaw was dying, trashed me to my friends, and made my fiancé feel unwelcome and made me feel untrusted and unsafe.

You deserve your peace, but so do I, so I left

I love you anyway, and I forgive you.

I just couldn't tolerate you.

More                              Add to story

7:57

 **Alexis**

Dad matches DSM-5 narcissistic personality disorder.

Obv. I can't diagnose, but just get ready for the next 10 years.

Get ready to hear from father and mother that they think I should be in a mental institution even though my father has been gaslighting me for a year.

He's going to leave out the part where he intimidated Erin.

He also won't mention that he has accused me if extorting him, not loving you or mom, told me I'm a drug addict, criminal who shouldn't be allowed to own guns, and that he continued to sit outside 9 Mulberry and try and corner me alone after the police told him to stop.

Pretty sure he stole my gun Alexis. I just can't prove it, but he's been ˋsessed with taking them froı ͏e, so... with how he's acting it would make sense

7:57

 **Alexis**

Pretty sure he stole my gun Alexis. I just can't prove it, but he's been obsessed with taking them from me, so... with how he's acting it would make sense.

He's screamed at me that I shouldn't have sold my condo and mom has done that thing she does where she won't leave when you tell her you're done with a conversation.

But this time she did it in the place I was renting when she wasn't invited in...

Father has been... beyond rude... in front of company and Erin over a trip that nearly out me in the hospital and completely disregarded that I have work that keeps me late. Work that I had to do to get promoted...

I don't know if you remember them making me sign a contract to extort me from following through to trial on my court case for all my assets if I got a felony in the ca    ut they did.

7:57

 **Alexis**

Father has been... beyond rude... in front of company and Erin over a trip that nearly out me in the hospital and completely disregarded that I have work that keeps me late. Work that I had to do to get promoted...

I don't know if you remember them making me sign a contract to extort me from following through to trial on my court case for all my assets if I got a felony in the case. But they did.

They've abused me long enough tbh.

He went through my trash and pulled out some of my mail too and read it. Not cool but I didn't think anything of it for a bit but people shouldn't be going through your trash.

He tried to convince Jamie and Joseph that I should hand my guns over to Jamie.

Told me ' cut me out of the trust fund, not for the first time,

7:58

 **Alexis**

He says, genuinely, that he has no sadness about Mamaw dying... which is really not a good thing. Lack of empathy.

I wasn't as close with Mamaw but I'm sad about it. She was really sweet and genuine and I miss her. I accept it, but I'm still sad when I think about her and Papaw passing.

Dad is... truly... not ok.

Like... his chemo probably started this, but if he doesn't get into a doctor soon, and probably therapy (which they say I should do like I don't already) then I'm pretty sure he goes off the deep end soon.

He's been talking about shooting up the school administrators again without being asked or prompted about it and damn near wouldn't let me move out even after the police had to speak to him when my gun went missing.

I've had to me two police reports

Aa

7:58

 **Alexis**

I've had to file two police reports on him and he still wouldn't stop...

He says he's terrified of me because I broke the garage door opener and yelled after he came after Erin, yet he continued to try and corner me and every attempt to disengage he has been seeing as something that pisses him off.

This stress actually gave me a heart attack. I forgot how genuinely terrible this was when we were kids until a year of this shit set off my PTSD again.

Something is really wrong with him and he's completely unwilling to see medical professionals about it.

Back then it was mostly mom and menopause, but this time it's Dad.

He's actually losing track of reality. I know he could always get angry    now it's like there's no off switch and he can't

Aa

7:58

 **Alexis**

You know what it takes to actually make me that furious, the beatings I've been through and walked away from.

He has gaslit me for a year. Not every day, but 4 out of 5 times I've been in his presence. In the most vicious, nasty ways, like accusing me of extorting him and mom, saying I'm cut out of the will... acting like Steve Becker... and of course inevitably, because he's losing it after Mamaw has died and he has no outlet or "therapy" anymore.

He's apparently not depressed about Mamaw... and was telling me I was insane before I ever broke the garage door opener.

All I do is my job, talk to Erin, try to put up with their ridiculousness at dinner as best I can when I was going to dinner with them once a week. Which honestly was too much.

I just got tired of them not

7:58

 **Alexis**

All I do is my job, talk to Erin, try to put up with their ridiculousness at dinner as best I can when I was going to dinner with them once a week. Which honestly was too much.

I just got tired of them not smelling their own shit and throwing it at me tbh.

Dad was getting angry just because I couldn't show up to dinner or answer texts immediately every time, because of work, then taking it out on me the next time I showed up for dinner.

Legit just holding a grudge like a kid

Over something I have to do.

At first it confused me, then it ticked me off, now it just makes me sad.

Because he's off and genuinely doesn't know.

He also doesn't understand how

7:59

 **Alexis**

Because he's off and genuinely doesn't know.

He also doesn't understand how he sets off my PTSD nor care why I have it nor what it is.

Neither of them get it even though mom legit has PTSD.

If dad doesn't get help he's going to sink into antisocial personality disorder and be harder to help later.

Sorry, I've been busy with work lately.

It's ok

I'm also focused on my job through the week and trying to get the rest of Erin's and my things out of 9 Mulberry when dad isn't around. Because he tries to corner me every time he does see me down there

I've had to go and move things late at ni     nd with friends so I don't have    call the cops on

 **Alexis**

I've had to go and move things late at night and with friends so I don't have to call the cops on him. I'm really trying not to.

He doesn't do it in front of mom

I'm not sure if you want my opinion on this matter or not, I've been trying to stay out of it.
But I think you need to stop.
I know dad called Erin and apologized to her.
I think enough police have been called and enough reports have been filed.
If he says that he doesn't have the gun then leave it be.
Honestly if you wanted to sell him your guns I am sure he would buy them, not take them from you.
If you can't handle being in the yellow house that close to them then you need to find another place to stay and get distance.
Rent a place, honestly. You don't have to buy the first house that comes on the market.
You are becoming a bitter person over this. I am te'' ¬ you this as your sister. I care ¬out you and I

7:59               LTE+  48%

 **Alexis**

Rent a place, honestly. You don't
have to buy the first house that
comes on the market.
You are becoming a bitter person
over this. I am telling you this as
your sister. I care about you and I
want you to lead a healthy and
happy life. But please, don't hurt
me.
You hurt me when you put that
post on Facebook.
You hurt me when you called the
police on our parents.
Get distance physically and
emotionally from them and let it be.

Yeah, he didn't actually apologize

I was already trying to move
when I made the post

He was trying to force me to
stay with the threat of trying to
have my firearms taken

And calling me insane. To my
face

Without me doing anything but
asking, then telling him to stop

And final      lling him to fuck off
when he threatened me about

7:59

 **Alexis**

Without me doing anything but asking, then telling him to stop

And finally telling him to fuck off when he threatened me about the trust fund, yet again

I'm not bitter. I've merely been responding to our father starting this on every occasion.

But he's four to spin it the other way.

Keep an open mind and pay attention because when/if it comes out on you, I want you to be prepared.

That is the only reason I'm giving you this. A heads up

I think that you should put this to the side. I am not for anyone calling the cops on anyone in this family.
You have everything to lose. As a person watching this from the outside- I don't want you to do anything related to harassment, or restraining order     r whatever else kind of orders th      are. It is not
what is needed right now and you

 **Alexis**

You have everything to lose. As a person watching this from the outside- I don't want you to do anything related to harassment, or restraining orders, or whatever else kind of orders there are. It is not what is needed right now and you don't need anyone thinking of doing the same to you.
Get a new place- rented or whatever. Get married, enjoy time with Erin. Stop talking to mom or dad unless if it is absolutely necessary. Don't even go over for dinner- tell them you cannot at the moment due to your well-being.
Take time to heal and be happy.

The things I brought up are all things he was yelling at me about. Without me talking about them.

You're making the mistake of thinking I'm some angry person.

I express myself, but think about the people I've forgiven and the things I've walked away from willingly just to be happy.

Then ask yourself if the picture

7:59   48%

 **Alexis**

Then ask yourself if the picture just painted of me is true.

And then keep an open mind.

Because antisocial personality disorder is insidious and the farther he goes into it the worse it's going to get.

Just wait and watch and make your own, not our fathers, and not my, opinion.

Otherwise you're going to be in for a ridiculous ride.

I'm already not going to talk to them anymore not because I hate them but because how he treats me where normally no one sees besides him and mom is ridiculous.

It's sad to be honest and it sets off my PTSD

So I left as you suggested. He actively tried to stop me from doing so ̶ ̶ ̶ had already intimidat. ̶ .rin.

8:00             LTE+ 48%

 **Alexis**

So I left as you suggested. He actively tried to stop me from doing so and had already intimidated Erin.

No one should steal anyone's guns. It's pretty scary and saying you shouldn't let the police try to find out who did is a bit of bad advice. They questioned everyone, he's just the one mad about it.

That's the things that got the police called

Good luck.

They've always treated you differently but just know I love you the same and it never made me jealous. I'm happy for you and proud of you

Also, it's not the first place that came on the market. I was looking at houses 3 months before the knew and trying to quietly le

8:00

48%

 **Alexis**

Also, it's not the first place that came on the market. I was looking at houses 3 months before they knew and trying to quietly leave

I was planning to move and saving money since 6 months ago because of how our father was treating us

They are trapped in a bubble

Good luck, I love you

I'm not painting any pictures. I don't have time to do that.

It's ok, I can tell they painted it for you

I am just trying to give you advice as your sister.

It's their words they tried to use after I was already leaving

8:00  •  48%

 **Alexis**

It's their words they tried to use after I was already leaving

I'm not sure what you mean by this

Same thing they said almost to a tee. Just like when you said what dad said exactly the first time about the post that was really meant to get him to stop the mental and emotional abuse

Anyways, thank you for the advice.
I love you and I hope that you find a wonderful place that you can call home with Erin.
She is a really kind person and I hope that I will eventually have more time to get to know her if she wants that.

When he half assed apologized and agreed to let me leave I took it down

8:00

 **Alexis**

Same thing they said almost to a tee. Just like when you said what dad said exactly the first time abo ..

 What did they say?

And I'm not selling or getting rid of my guns. That entirely misses the point.

A judge ordered that I keep my gun rights and dad seems not to grasp that

I only keep them in the house for self defense, which will hopefully mean they're never used. I don't even carry.

They said rent... first house on the market... tried to tell me my job was at stake... tried to tell me I was insane

And I'm not selling or getting rid of my guns. That entirely misses the point..

I'm not telling yc       sell your guns. What I'm saying is that I don't

 **Alexis**

And I'm not selling or getting rid of
my guns. That entirely misses the
point. .

I'm not telling you to sell your guns.
What I'm saying is that I don't
believe he would take your guns
from you, I think he would ask to
buy them instead.
I am not here to judge you about
your guns, JT.
You are messaging me about a
situation and I am giving you
sisterly advice.

I want you to be happy and have a
good life with Erin. All I am trying to
recommend is that you get away
from this situation and start a new
life without our parents.

That is exactly what I've been
trying to do

But all you are able to see is my
response which makes it seem
like I'm bitter

Our father is bitter and omg my
response was actually to things
HE brought up and slammed in
my face t'  whole year

I promise

8:00

 **Alexis**

I promise

These are things I already let go

But he's stuck in them and trying to act like I need to be institutionalized

It's so ridiculous and he was so persistent I had to figure out a way to get him to back off

They said rent... first house on the
market... tried to tell me my job
was at stake... tried to tell me I w...

 I don't know what they have told you. I am just saying that houses come and go on the market. I've been looking at houses with Juan Pablo and we are going to rent and keep looking until we find the perfect house.

So I could leave on my own terms instead of being practically forced to stay at 9 Mulberry.

He accus   ne of extorting him, then turned around and offered

8:00 ·  48% 🔋

**Alexis**

So I could leave on my own terms instead of being practically forced to stay at 9 Mulberry.

He accuses me of extorting him, then turned around and offered me free rent when I tried to leave

It's the most circus like thing I've ever experienced



But all you are able to see is my response which makes it seem like I'm bitter

Yes, all I see is the after effects, since I haven't been there for most of this.

So I could leave on my own terms instead of being practically forced to stay at 9 Mulberry...

Which you don't have to take if you don't want. And honestly I think it sounds like a terrible idea. You need to get distance





8:01

 **Alexis**

So I could leave on my own terms
instead of being practically forced
to stay at 9 Mulberry

Which you don't have to take if you
don't want. And honestly I think it
sounds like a terrible idea. You
 need to get distance

Yeah, and that's why I'm giving
you a heads up.

I overreacted with the garage
door opener for sure, but holy
shit the amount of emotional
abuse about past things I had
already let go, that dad was
constantly stuck on, finally got to
me while I was trying to quietly
get out

I'm trying to let you know you're
walking into something really
off. That's all

I fully agree with you about
distance. I initiated getting the
distance and have been
continuing in that direction on
my terms  t they tried to stop
me or convince me to stay at 9

8:01

 **Alexis**

I fully agree with you about distance. I initiated getting the distance and have been continuing in that direction on my terms, but they tried to stop me or convince me to stay at 9 Mulberry at almost every turn while then telling people they're terrified of me, when I was the one who had to call the cops to make sure they'd let me leave

Dad says he's convinced I belong in a mental institution and they're terrified of me.

Yet they were trying to keep me at 9 Mulberry.

My friends watched some of this go down and my workplace was already aware of this happening before the list ever occurred and they gave me time off to get the hell out without it affecting my job at all

They dropped Thanksgiving plans and took time off work just to help m    ove because this was so ridiculous

 **Alexis**

They dropped Thanksgiving plans and took time off work just to help me move because this was so ridiculous

Andrea and Michael Mann have been watching this go down too and I'm fairly certain Dad is slipping into antisocial personality disorder

I'm not saying this in a hateful way at all.

I'm just very concerned.

You're the child he really idolizes and likes if you pay attention to whose picture is in the family room and whose picture is over his vault.

You can also tell by whose picture is in his desk drawer and calculator.

He was never the same after cancer and I think it started a downhill that's more apparent if you're th     he sees as a problem.

8:01 🔔 📱 Ⓐ ⓕ ✿ 📷 •

📶 LTE+ 48% 🔋

 **Alexis**

He was never the same after cancer and I think it started a downhill that's more apparent if you're the kid he sees as a problem.

Once again, not jealous, not angry, I just notice things. My picture is by the bedroom because mom sees it every day and I was the planned child and her project.

Once again, not saying this in any bitter way. It's just how it is.

Dad is driving the narrative.

I won't say that I'm not angry that this is coming out in me, and some of the things he's done to me and mom because he's losing the ability to have empathy have made me pretty hurt, and angry that now his mental state is affecting my life that I've worked VERY hard to have and a life that I'm already happy with despite stuff from the past.

Aa

7:57 49%



**Alexis**

https://music.youtube.com
/watch?v=3e8xSISIPJs&feature=
share



**We Just Disagree - YouTube Music**
Provided to YouTube by Columbia We
Just Disagree · Dave Mason Let It Flow ℗
1977 Columbia Records, a division of
Sony Music Entertainment Released on:
19...

music.youtube.com

When we eventually tag team
this, if they even need us when
their older... I've got mom if you
can help dad.

You can delete these too, and
you don't have to agree with me.
Just letting you know where I
stand.

Aa

| Certified Pediatric Neuropsychologists In Indiana | Return to State AAPdN Directory |
|---|---|

| Provider: | Biography: |
|---|---|
| **Steven J. Couvillion, PhD, ABPDN, HSPP**<br><br>Health Associates<br>9240 N. Meridian St, suite 320<br>Indianapolis, IN 46220<br><br>Ph: 317-409-4797<br><br>stevencouvillion@gmail.com<br><br> | Dr. Steven Couvillion earned a Ph.D. in Clinical Psychology from Florida State University in 1975. His pre-doctoral internship at LaRue Carter Hospital in Indianapolis, IN, specialized in children and adolescents.  Then, as a faculty member of the Pediatrics Department at IN U Medical Center, he developed and trained pediatric residents, Mental Health workers in a novel Behavioral, familybased intervention program treating many types of special needs children.<br><br>In 1975, Dr. Couvillion became Director of Child and Adolescent Services for a six county Mental Health Center in South Georgia. He and his teams established programs utilizing consultations with schools, welfare departments and juvenile courts. They provided services to many families of outpatient populations in a newly established CMHC.  In 1978, Dr. Couvillion returned with his wife and family to Indianapolis, IN and completed a 2-year post-doctoral program in Pediatric Neuropsychology at the I.U. Medical Center, supervised by Dr. Kathleen FitzhughBell. (This was one of the first Peds Post-Doctoral trainings in the US).<br><br>Since 1981, Dr. Couvillion, along with his staff of 10 psychologists, provided pediatric neuropsychology and a broad range of services to central Indiana in his private practice, Professional Psychological Services. He specialized in working with children with learning disabilities, ADHD, developmental and genetic disorders, autism and conduct and emotional problems. He served as a consultant to school districts for training school psychologists and special education teachers and instructing classroom teachers on appropriate intervention for children with special needs. Dr. Couvillion has been appointed by the courts as a special mediator for families with children having special needs, particularly during divorce, adoption, or other civil proceedings. He was appointed by Governor Evan Bayh to the Indiana State Mental Health Commission for five years. |

Through most of his career, Dr. Couvillion has been a Board Member of the IN Psychological Association, holding the offices of Membership Chairman, Political Action Chairman, and BOPsN network Representative to APA. He has given many presentations to the IPA members for continuing education credits, along with presentations in conjunction with the Indiana Bar Association, Medical Training residencies, school psychologists and special education faculties. The IN Psychological Association presented him the *GORDON A. BARROWS AWARD  For Distinguished Contributions to Psychology over a Lifetime.*

*Dr. Steve Couvillion's current practice focuses on Forensic Evaluations and consultation and treatment of difficult cases. He consults with numerous police jurisdictions.  He is a licensed psychologist in Indiana, a member of the APA, and a member of the NAN since 1983.  He is privileged to be married to psychologist  Dr. Patricia Couvillion. Besides his professional work, golf, woodworking and consulting, he enjoys visiting their four sons living throughout the United States. Dr. Couvillion takes particular delight in being the first Cajun speaking member of the American Board of Pediatric Neuropsychology.*

J. T. Turpen

# HONOR AWARD



ST. JUDE
CHILDREN'S
RESEARCH
HOSPITAL

MAKING
MIRACLES
HAPPEN
AROUND THE
WORLD

Presented in gratitude for your participation in this
ALSAC/St. Jude Children's Research Hospital Fund Raiser

# 2000-2001



St. Jude Children's
Research Hospital

_National Executive Director_

_Coordinator_



**COPE ENVIRONMENTAL CENTER** FRANCIS PARKS FOUNDATION
4910 SHOEMAKER ROAD • CENTERVILLE, INDIANA 47330-9751 • 765-855-3188 • www.CopeEnvironmental.org

FOUNDERS

Francis Parks

James Cope

Helen Cope

BOARD OF
DIRECTORS

Susie Ferrell

Ellen Hoquol

Ed Cope

Don Davis, Jr

Jeanne Eagle

Robert Green

Susy Hazecoster

Charles Hoffer

Cheri Jetmore

David Jose

Sue Miller

Marie Nicholson

Charlie Park

Charlie Probasco

Paul Retherford

Becky Rosa

Amy Spears

Mark Strosberg

Marianne Sterrett

Johnnus Trueblood

October 14, 2004

Dear J.T.,

Thank you for volunteering your time at Cope Environmental Center. CEC is a not-for-profit natural resource education organization dedicated to promoting the sustainable use of the earth's resources through education, demonstration and research. We rely on our volunteers every day as we work toward fulfilling our mission.

Your involvement in the first year of the Junior Ranger Volunteer Corp Program was greatly appreciated. Your various help with summer programs, grounds and facilities tasks, gardening and animal care made a big difference in the lives of several children, not to mention all of the CEC staff members. The children who attended camps looked up to you as a role model and you filled the role very well. Thank you for your time and dedication. Your 110 hours of volunteer service this year made a big impression of the staff, board, and program participants of Cope Environmental Center.

We look forward to your continued volunteer support throughout the year and during the summer months. The Junior Ranger Volunteer Corp Program will be even better next year and we look forward to seeing you at the next training in May 2005.

Thank you for your time,

Stephanie Hays-Mussoni
Program Director

*Thanks for all your help!*



# EARLHAM

## Certificate of Participation

### Explore-A-College 2005

*"A national program for college-bound high school students."*

### June 19 – July 2, 2005

Earlham College, Richmond, Indiana

Presented to

## Jon Turpin

*Susan Hillmann de Castañeda*

Susan Hillmann de Castañeda, Director, Explore-A-College

*Douglas Bennett*

Douglas C. Bennett, President

SEAL



# Lincoln High School

205 East Parkway Drive • Cambridge City, IN 47327
Phone (765) 478-5916 • Fax (765) 478-3262

| Daniel Sichting | Tim Beatty | Nancy Alford | Deborah McCoy | Garry Laymon | Jane Myers |
|---|---|---|---|---|---|
| Principal | Assistant-Principal | Secretary-Treasurer | Guidance Counselor | Athletic Director | Guidance Secretary |

February 28, 2006

Mr. and Mrs. Jon Turpin
522 West Maple Street
Cambridge City, IN 47327

Dear Mr. and Mrs. Turpin:

On or about Tuesday, October 18, 2005, a student at Lincoln High School approached Mr. Garry Laymon with information pertaining to your son, Jon "J.T." Turpin. This information created reasonable suspicion for the administration of Lincoln High School to question your son about the alleged incident and his participation as an athlete at Lincoln High School.

On or about Monday, October 24, 2005, Mr. Laymon and I questioned Jon "J.T." Turpin concerning the incident. During this meeting, Jon "J.T." Turpin refused to answer questions concerning the accusations. Jon "J.T." Turpin told Mr. Laymon and myself that the incident was "none of our business". Jon "J.T." Turpin also reported he would not be participating in a spring sport.

At the conclusion of a track team call-out meeting on Wednesday, February 22, 2006, I learned that Jon "J.T." Turpin intended to participate for the Lincoln High School track team.

On Thursday, February 23, 2006, I contacted Mr. Turpin by phone requesting a meeting about the incident. Mr. Turpin responded with accusations concerning my motives in investigating this incident.
Mr. Turpin claimed, "You are only making an issue of this incident due to my filing for the Western Wayne School Board". I would like to remind Mr. Turpin that the incident was investigated earlier in October, 2005. Again, I am requesting a meeting with you to ascertain the facts concerning the alleged incident. At this point, I need to remind you that the Lincoln High School athletic policy on page #43 states:

> "Conduct of athletes during school, after school, on road trips, etc. will be of such a nature that brings credit to the athlete, the team and the school. Athletes represent Lincoln High School Athletics 24 hours a day, 365 days a year. Poor conduct may result in suspension from athletic competition, at the discretion of the athletic council. This rule will be enforced 365 days a year, including during, before, and after school hours. (Rule #5)"

Generally, courts across the country, have set legal precedents upholding this standard of conduct for participants in extra-curricular activities. Again, I implore you to meet with me to discuss the circumstances behind this event. If this meeting does not occur, I have no choice but to take the details provided by the witnesses to the Lincoln High School Athletic Council for consideration. You may contact my office at 478-5916, extension #310 to arrange a meeting to discuss the incident.

Sincerely Yours,

Daniel A. Sichting, Principal

Member North Central Association of Schools
Tri-Eastern Conference

 **Lincoln High School**

205 East Parkway Drive • Cambridge City, IN 47327
Phone (765) 478-5916 • Fax (765) 478-3262

| Daniel Sichting | Tim Beatty | Nancy Alford | Deborah McCoy | Garry Laymon | |
| Principal | Assistant-Principal | Secretary-Treasurer | Guidance Counselor | Athletic Director | |

March 23, 2006

Jon and Linda Turpin
522 West Maple Street
Cambridge City, IN 47327

Dear Jon and Linda Turpin,

The Athletic Council met to consider the punishment for the incident that had been reported to the school, involving your son J.T. Turpin, at the Meijer Department store in Richmond, Indiana on or around October 2005. Based on the information that was presented, the Athletic Council chose to take no action against J.T. in regards to this incident, at this time. If additional information becomes available, the Athletic Council would review the new information at that time.

Should you have any questions or wish clarification on any of the actions taken please contact me at 478-5916.

Sincerely,

Rob Bills
Athletic Director

Member North Central Association of Schools
Tri-Eastern Conference

August 30, 2005

On Thursday, August 25, 2005, a meeting was held in my office concerning Jon Turpin's graduation progress. Mrs. Linda Turpin, Mr. Jon Turpin, and Ms. Suzanne Glazer were in attendance. As of August 30, 2005, J.T. Turpin had accumulated 33.5 credits toward the requirements for an Academic Honors Diploma. During the 2005-2006 school year, J.T. will be able to accumulate 18 credits toward the Academic Honors Diploma.

Mrs. Turpin indicated J.T. is planning on taking Pre-Calculus at I.U.-East. He intends to enroll in M125 (Pre-Calculus Mathematics) and M126 (Trigonometry) to acquire another two math credits to satisfy the six math credits needed for the Academic Honors Diploma. Mr. Sichting asked Mrs. Turpin to provide a course syllabus for both classes to check the courses alignment with the Indiana Academic Standards. Mrs. Turpin indicated she would obtain a course syllabus for both courses for Mr. Sichting. Ms. Glazer audited his transcript and found J.T. needed two credits in a Fine Arts course to qualify for the A.H.D. The following options were outlined as courses J.T. could enroll in to satisfy this requirement:

- Drawing 1-2
- Intro to 3D Art
- Intermediate Chorus
- Band

J.T. will also need to complete a semester of Government and Economics in order to satisfy all the requirements of an Academic Honors Diploma.

There exists some confusion on J.T.'s classes taken during the 2002-2003 school year. During the 2002-2003 school year, J.T. took four classes in the high school and four classes in the middle school. In conversations with the Department of Education, Mr. Sichting was told that awarding credit for the four high school classes during the 2002-2003 school year was a local decision. Mr. Sichting nor Mrs. Turpin are able to obtain anything in writing from the Department of Education concerning the decision to award credit to the classes during the 2002-2003 school year. On Thursday, August 25, 2005, Mr. Sichting emailed Mrs. Andis from the Indiana Department of Education about the credit situation. This could impact J.T. and result in the need to take an additional two English credits. If an additional two English credits are needed, Mr. Sichting agreed that J.T. could enroll in Speech and English Composition at I.U. East to satisfy the English credit requirement. J.T. might also have to retake a year of Spanish pending the D.O.E.'s response to our question. J.T. might also have to take two more Science credits pending a negative response to the classes taken during the 2002-2003 school year.

Mr. Sichting also emphasized the possibility that J.T. might need to enroll in Physics. J.T. currently plans to pursue a computer science degree at Purdue University. Mr. Sichting suggested that Mrs. Turpin call Purdue University and speak to an academic advisor in the computer science department to inquire about J.T.'s need to complete Physics. Physics seems to be a requirement in most engineering programs. Mrs. Turpin indicated she would contact Purdue concerning this matter.



# LINCOLN HIGH SCHOOL

205 E. Parkway Drive — Cambridge City, IN 47327
Phone (765) 478-5916 • Fax (765) 478-3262
*Home of the Golden Eagles*



Mike Cerqua
Principal

Tim Beatty
Assistant Principal

Nancy Alford
Secretary/Treasurer

Suzanne Glazer
Guidance Counselor

Jane Myers
Guidance Secretary

Rob Bills
Athletic Director

November 6, 2006

Mr & Mrs Jon Turpin
522 W Maple St.
Cambridge City IN 47327

Dear Mr. & Mrs. Turpin

     I am pleased to inform you that your son, Jon, tested negative during a random drug test on October 23, 2006. If you have any questions concerning this information, feel free to call me at 478-5916.

Sincerely Yours,

Michael Cerqua, Principal

9:19

← Duane Lundy ⋮

You haven't connected with **Duane Lundy**

NOV 14

**Jon Turpin** · 1:25 AM
Hey Duane, thanks for getting back to me!
I was in your psychology 101 course and
you had us test our short term memory in
the front of the lecture hall. You'd see how
many numbers we could memorize in ~10
seconds and I was able to get to, I believe,
9 without a memory trick.

We also went over the material regarding
Phineas Gage and the spike that went
through his frontal lobe in your class. You
had approached me later at the bottom
of some stairs and asked me if I wanted
to switch my major and I only declined
because I was more than halfway through
my computer science major.

Does any of that ring any bells?

**Duane Lundy** · 9:59 AM
That sounds very familiar. It looks like you
are making that computer science major
work for you. I'm glad you remembered all
that 101 content.

**Jon Turpi**          ↓ Latest message
I really enjoyed your class, Duane, still

+    Write a message...

9:20 🖼 ⊛                                      🔑 🕐 ⊠ 📶 96% 🔋

←    Duane Lundy                          ⋮   📷

You haven't connected with **Duane Lundy**                    ⓘ

Does any of that ring any bells?                     ✓

**Duane Lundy** · 9:59 AM
That sounds very familiar. It looks like you are making that computer science major work for you. I'm glad you remembered all that 101 content.

**Jon Turpin** · 11:17 AM
I really enjoyed your class, Duane, still enjoy psychology as well. Thank you! Working for a not-for-profit and really love how they treat us. Wonderful place. How is IU East treating you?                     ✓

**Duane Lundy** · 3:58 PM
Things are pretty good here. Our online program has been nationally ranked as #8 by US News & World Report, which we are celebrating this Thursday from 3-5. I am happy to give some feedback on your thesis, but I don't know how soon you would need it. I may not be able to get to it until the Christmas Break. I have a ton of grading to do over Thanksgiving and I have a rock music book I am finishing up for a 2023 release.

🏷 1        ↓ Latest message

╋    Write a message...                    🎤

       ‹        ◯        |||

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JON BRENT TURPIN and LINDA BECKER )
TURPIN, Individually and as Parents and    )
Next Friends of J.F.T, their son a minor,    )
        Plaintiffs,    )
            )
    vs.    )    1:07-cv-1205-LJM-WGH
            )
AMY S. GOOD and JOHN DOE (parents of )
their minor son, J.D.) and WESTERN    )
WAYNE SCHOOL CORPORATION    )
        Defendants.    )

## ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter comes before the Court on defendant's, Western Wayne School Corporation ("Western Wayne"), Motion for Partial Summary Judgment. Plaintiffs, Jon Brent Turpin and Linda Becker Turpin (collectively, the "Turpins"), filed this lawsuit individually and on behalf of their son J.F.T. ("JT"). The Turpins contend that JT was subjected to verbal and physical abuse in Western Wayne Schools stemming from sexual orientation discrimination. The Turpins bring three federal claims in this suit, one based on Title IX of the Education Amendments Act of 1972, 20 U.S.C. §§ 1681-88 and the other two based on 42 U.S.C. § 1983 predicated on violations of the Due Process and Equal Protection Clauses of the Fourteenth Amendment. The Turpins also bring a negligence claim under state law against Western Wayne. The Turpins make additional state law claims against the parents of one of JT's alleged abusers. Western Wayne argues that it is entitled to summary judgment on the Turpins' Title IX and § 1983 claims. Western Wayne does not seek summary judgment on the negligence claim but requests that the

Dockets.Justia.com

Court retain jurisdiction over it in the event that the Court disposes of the federal claims. For the following reasons the Court concludes that Western Wayne's Motion for Partial Summary Judgment is **GRANTED**.

## I. BACKGROUND

The Turpin's son, JT, attended Western Wayne schools for most of his pre-college educational career. During his attendance he was subjected by other students to several incidents of physical and verbal harassment. Prior to Western Wayne's summary judgment filing, the Turpins claimed in both their Complaint and their discovery responses that the harassment JT endured stemmed from the perception his classmates had of his sexual orientation.   Compl. ¶ 24; Def.'s Ex. 5, at 3 (Pls.' Resp. to Interrog. 4); JT's Dep. at 35. After Western Wayne's summary judgment filing, the Turpins filed several affidavits and amended their deposition responses to indicate that JT was the subject of harassment because he did not fit the gender stereotypes held by his classmates. *See* Pls.' Ex. 1 ¶¶ 2-3; 2 ¶ 4; 4 ¶ 5; 5 ¶ 6; 12.

The parties agree that JT endured several abusive incidents, but they disagree as to the specific details of some of them. Def.'s Ex. 5 (Pls.' Resp. to Interrogs. 5, 6); Def.'s Br., at 8-9.   The parties primarily dispute how Western Wayne responded to the harassment.  Western Wayne asserts that it was difficult to address the harassment systemically because JT was harassed by so many different students. Def.'s Ex. 1 ¶ 8. Western Wayne, however, contends that it addressed the individual students involved in discrete incidents and, further, it contends that once the school handled a student's

2

inappropriate behavior individually, the student did not typically re-offend. *Id.* Western Wayne further asserts that it provided JT with a variety of accommodations, including a faculty escort in the hallways, allowing him to leave class five minutes early, and requiring teachers to monitor the hallways that JT frequently passed through in order to help him avoid harassment. *Id.* at ¶ 7. The Turpins insinuate that JT's abusers were never actually punished. Pls.' Ex. 1 ¶ 6. The Turpins further claim that any accommodations Western Wayne provided JT for his safety were not well executed and not effective. Pls.' Ex. 1 ¶ 11. After reducing his course work at Western Wayne and taking many of his classes at a vocational center, JT eventually graduated.

## II. **STANDARD**

As stated by the Supreme Court, summary judgment is not a disfavored procedural shortcut, but rather is an integral part of the federal rules as a whole, which are designed to secure the just, speedy, and inexpensive determination of every action. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 327 (1986); *see also United Ass'n of Black Landscapers v. City of Milwaukee*, 916 F.2d 1261, 1267-68 (7th Cir. 1990). Motions for summary judgment are governed by Federal Rule of Civil Procedure 56 (c) ("Rule 56(c)"), which provides in relevant part:

> The judgment sought should be rendered if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law.

Once a party has made a properly-supported motion for summary judgment, the opposing party may not simply rest upon the pleadings but must instead submit evidentiary materials

3

which "set forth specific facts showing that there is a genuine issue for trial." Fed. R. Civ. P. 56(e). A genuine issue of material fact exists whenever "there is sufficient evidence favoring the nonmoving party for a jury to return a verdict for that party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249 (1986). The nonmoving party bears the burden of demonstrating that such a genuine issue of material fact exists. *See Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586-87 (1986); *Oliver v. Oshkosh Truck Corp.*, 96 F.3d 992, 997 (7th Cir. 1996). It is not the duty of the Court to scour the record in search of evidence to defeat a motion for summary judgment; rather, the nonmoving party bears the responsibility of identifying the evidence upon which she relies. *See Bombard v. Fort Wayne Newspapers, Inc.*, 92 F.3d 560, 562 (7th Cir. 1996). When the moving party has met the standard of Rule 56, summary judgment is mandatory. *See Celotex*, 477 U.S. at 322-23; *Shields Enters., Inc. v. First Chi. Corp.*, 975 F.2d 1290, 1294 (7th Cir. 1992).

In evaluating a motion for summary judgment, the Court should draw all reasonable inferences from undisputed facts in favor of the nonmoving party and should view the disputed evidence in the light most favorable to the nonmoving party. *See Estate of Cole v. Fromm*, 94 F.3d 254, 257 (7th Cir. 1996). The mere existence of a factual dispute, by itself, is not sufficient to bar summary judgment. Only factual disputes that might affect the outcome of the suit in light of the substantive law will preclude summary judgment. *See Anderson*, 477 U.S. at 248; *JPM Inc. v. John Deere Indus. Equip. Co.*, 94 F.3d 270, 273 (7th Cir. 1996). Irrelevant or unnecessary facts do not deter summary judgment, even when in dispute. *See Clifton v. Schafer*, 969 F.2d 278, 281 (7th Cir. 1992). "If the nonmoving party fails to establish the existence of an element essential to his case, one

4

on which he would bear the burden of proof at trial, summary judgment must be granted to the moving party." *Ortiz v. John O. Butler Co.*, 94 F.3d 1121, 1124 (7th Cir. 1996).

## III. DISCUSSION

The Turpins make federal claims for relief under two separate statutes. First, they claim that JT was discriminated against solely on the basis of his sex in violation of Title IX of the Education Amendments Act of 1972, 20 U.S.C. §§ 1681-88. Second, the Turpins claim damages under § 1983 predicated on alleged violations of JT's Due Process and Equal Protection rights. The Court will address each of the Turpins' statutory claims in turn.

## A. THE TURPINS' TITLE IX CLAIM

Title IX provides that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied benefits of, or be subjected to discrimination under any education program or activity. " 20 U.S.C. § 1681(a). "Although the only remedy expressly authorized by the statute is the termination of the recipient's federal funding, the Supreme Court has held that Title IX contains an implied private right of action for money damages." *Doe-2 v. McLean County Unit Dist. No. 5 Bd. of Dirs.*, 593 F.3d 507 (7th Cir. 2010). When the Supreme Court determined that Title IX's prohibition against discrimination was implicated in cases involving sexual harassment, it relied on a case decided under Title VII of the Civil Rights Act of 1964. *See Franklin v. Gwinnett County Public Schools*, 503 U.S. 60, 75 (1992) (citing *Meritor Savings Bank, FSB v. Vinson*, 477 U.S. 57 (1986)). Since then, federal courts have used Title VII precedents to inform their

5

analyses of sexual harassment and discrimination claims under Title IX. *See, e.g., Doe v. Univ. of Ill.*, 138 F.3d 653 (7th Cir. 1998), *vacated on other grounds*, *Bd. of Trustees v. Doe*, 526 U.S. 1142.    The Seventh Circuit has consistently held that discrimination based on one's sexual orientation or perceived sexual orientation is not actionable in the Title VII context. *See Howell v. N. Cent. College*, 320 F. Supp. 2d 717, 722 (N.D. Ill. 2004) (collecting cases). The court has drawn a line between harassment based on the plaintiff's sex as a result of gender stereotyping and harassment motivated by a plaintiff's sexual orientation. *See Hamm v. Weyauwega Milk Prods.*, 332 F.3d 1058, 1062 (7th Cir. 2003). The former is actionable while the latter is not. *Id.*

Western Wayne claims that it is entitled to summary judgment on the Turpins' Title IX claim because it is based on harassment stemming from JT's sexual orientation. Initially, the Turpins premised their claim entirely on the notion that the harassment that JT endured was motivated by his classmates' perception of his sexual orientation. Their position did not change until about a month after Western Wayne filed its Motion for Summary Judgment and supporting briefing. *See* Dkt. No. 119 (containing affidavits and deposition errata sheets dated from March 27, 2010, to March 29, 2010, and filed on March 29, 2010). Then, the Turpins filed affidavits and amended their deposition testimony to reflect a new theory that JT was subject to harassment because he did not fit into the definition of a stereotypical male held by his peers. Pls.' Ex. 4 ¶ 5.

Along with their own affidavits, the Turpins filed an affidavit of a previously undisclosed witness, Troy Davis, to support their theory that JT was discriminated against based on his failure to fit into a gender stereotype. Western Wayne argues that the Davis affidavit should not be considered on summary judgment due to the Turpins' failure to

6

disclose Davis as a witness according to Rule 26(a). Rule 37(c)(1) of the Federal Rules of Civil Procedure states that a party's failure to provide information or identity of a witness pursuant to Rule 26(a) prevents the party from using that information or witness to supply evidence on a motion unless the failure was substantially justified or harmless. In the instant case, neither are true. The Turpins put forth no evidence to show why Troy Davis was not disclosed as a witness until well past the deadline. The closest that they get is in Davis' affidavit where he claims a "change of heart" regarding JT. As a result, he decided to come forward just after Western Wayne filed its Motion for Summary Judgment indicating that the legal theory on which the Turpins were proceeding was unsound. Likewise, the late disclosure was not harmless. It prevented Western Wayne from access to a witness that could potentially salvage the Turpins' Title IX claim. Therefore, the Court will not consider Troy Davis' affidavit for the purposes of summary judgment.

The Turpins also point to the affidavit of another late appearing witness, Scott Allen, whose testimony supports the gender stereotype based discrimination theory of the case. Pls.' Ex. 5 ¶ 7. Allen, however, refers to the abuse as "gay bashing," and his testimony alone is not enough to create a triable issue of fact on the motivations of JT's abusers. *See* Pls.' Ex. 5 ¶ 2.

The Turpins also argue that their deposition testimony concerning the cause of the abuse JT suffered should be stricken for lack of personal knowledge. Although the Turpins could not possibly know what exactly was in the minds of JT's abusers, they were reasonably situated to form an inference as to the cause of JT's abuse. Not only were they exposed to the narrative surrounding the abuse through their son, they spent quite a bit of time at the school and they frequently spoke with the administration concerning the abuse.

In other words, their inferences as to the cause of the abuse were "grounded in observation or other first-hand personal experience." *Visser v. Packer Engineering Associates, Inc.*, 924 F.2d 655, 659 (7th Cir. 1991). Regardless, the Turpins ask this Court to accept their affidavits stating their new position on exactly the same issue while striking their deposition testimony. The Turpins cannot have it both ways. If their deposition testimony must be stricken for lack of personal knowledge, surely their affidavits must be so stricken.

At such a late date, the Turpins cannot salvage their claim from summary judgment by filing self serving affidavits and deposition errata sheets. *See Bank of Illinois v. Allied Signal Safety Restraint Sys.*, 75 F.3d 1162, 1171-1172 (7th Cir. 1996). A party can avoid summary judgment with a statement that contradicts an earlier sworn statement only where it clarifies ambiguous or confusing testimony or where it is based on newly discovered evidence. *Id.* Neither of those exceptions applies to this situation. The Turpins have put forth no new evidence to support their shift in theory, and they clearly and consistently stated in their Compliant, their answers to interrogatories, and their depositions that they believed JT was harassed because of his perceived sexual orientation. *See Hamm*, 332 F.3d at 1062. Therefore, Western Wayne's Motion for Summary Judgment on the Turpins' Title IX claim is **GRANTED**.

## B. THE TURPIN'S § 1983 CLAIMS

The Turpins assert two § 1983 claims predicated on Western Wayne's alleged violations of the Fourteenth Amendment. First, the Turpins make a failure to protect claim based on the Due Process Clause of the Fourteenth Amendment. In addition, the Turpins

8

claim that the sexual harassment JT suffered was caused by an unconstitutional policy or custom based on the Equal Protection Clause of the Fourteenth Amendment. Under 42 U.S.C. § 1983, the Turpins need to show that Western Wayne deprived JT of a right secured by the Constitution and that Western Wayne acted under color of state law. *Waubanascum v. Shawano County*, 416 F.3d 658, 665 (7th Cir. 2005). The parties do not dispute that Western Wayne acted under color of state law. The Court will address each alleged Constitutional violation in turn.

Western Wayne alleges, citing *DeShaney v. Winnebago County Dep't of Social Services*, 489 U.S. 189 (1989), that the Due Process Clause of the Fourteenth Amendment does not impose a duty on the state to protect individuals from harm by private actors. Generally that is true; however, the Turpins submit their claim fits into the "state-created danger" exception to the general rule of *DeShaney*. The courts of appeals have inferred from *DeShaney* that the substantive component of the Due Process Clause imposes a duty upon the state to protect individuals from dangers created by the state itself. *See King ex rel. King v. E. St. Louis Sch. Dist. 189*, 496 F.3d 812, 817 (7th Cir. 2007). The state-created danger doctrine provides three elements that must be proven in order for it to apply. *Id.* First, "in order for the Due Process Clause to impose upon a state the duty to protect its citizens, the state, by its affirmative acts, must create or increase a danger faced by an individual." *Id.* at 818. Second, "the failure on the part of the state to protect an individual from such danger must be the proximate cause of the injury to the individual." *Id.* "Third, because the right to protection against state-created dangers is derived from the substantive component of the Due Process Clause, the state's failure to protect the

9

individual must shock the conscience." The Turpins allege that the school's failure to protect JT falls into the ambit of the state-created danger exception.

The Turpins' claim fails under the first prong of the doctrine. In their brief in response to Western Wayne's motion, the Turpins conclusorily state that Western Wayne's alleged failure to monitor the freshman hallway despite its promise to do so, and a teacher's failure to break up a fight where JT was allegedly targeted despite alleged notice, fulfill each of the prongs of the state-created danger exception. The Turpins point to no evidence to suggest that Western Wayne's failure to keep its promise or intervene in the argument were affirmative acts that created or increased the danger JT faced at school. "[T]he key question in determining whether state behavior violated the victim's constitutional rights is: 'What actions did [the state actor] affirmatively take, and what dangers would [the victim] other wise have faced?'" *Windle v. City of Marion*, 321 F.3d 658, 661 (7th Cir. 2003). Even if the Court construes Western Wayne's alleged broken promise to monitor the hallway as an affirmative action, the Turpins point to no evidence that the action created or increased the danger that JT faced. He was harassed in the hallways before the school intervened, and the Turpins point to nothing in the record to indicate that the harassment changed in nature or severity due to Western Wayne's alleged failure to monitor. Additionally, the teacher's failure to intervene in the fight is not an affirmative action. *See id.* (finding that even where police officers had actual notice of an improper sexual relationship between a teacher and an underage student, the police officers' failure to intervene was not affirmative action). However, even if the Court did construe the teacher's failure to intervene as an affirmative act, the Turpins point to no evidence to indicate that JT was subjected to more or different abuse than he already was subject to

10

prior to the teacher's decision not to act.  In the case at bar, Western Wayne  neither created the danger JT faced nor did it do anything to make what JT already faced worse. Therefore, the state-created danger exception to *DeShaney* cannot apply. *See id.*

In support of their claim that Western Wayne should be held liable for its failure to protect, the Turpins cite a very recent case where the Seventh Circuit found that for the purpose of qualified immunity it was clearly established that a school principal violated a student's Constitutional rights if the principal "created a risk of harm or exacerbated an existing one" by covering up a band teacher's sexual abuse of female students by misleading the girls' parents, the superintendent, and other administrators. *T.E. v. Grindle*, 599 F.3d 583, 589 (7th Cir. 2010) (relying on *Stoneking v. Bradford Area Sch. Dist.*, 856 F.2d 594, 599 (3d Cir. 1988)).  However, Grindle is distinguishable from the case at bar because JT's injuries were caused by private actors, but the injuries in *Grindle* were caused by the band conductor, a state employee. *Grindle*, 533 F.3d at 586-87; *see also Stoneking*, 882 F.2d at 724 (distinguishing from *DeShaney* by noting that the injuries in *DeShaney* were caused by private actors not state employees).  Therefore, as to the Turpins' § 1983 claim premised on Western Wayne's alleged failure to protect JT, Western Wayne's Motion for Summary Judgment is **GRANTED**.

The Turpins' final theory of recovery is premised on JT's rights under the Equal Protection Clause of the Fourteenth Amendment.  In order to establish liability against Western Wayne, the Turpins must show that Western Wayne's alleged discrimination against him based on sexual orientation was caused by an unconstitutional policy, custom, or practice. *See Monell v. Dep't of Social Services*, 436 U.S. 658, 690-91 (1978).  Because the Turpin's failure to protect claim is barred by *DeShaney*, sexual orientation discrimination

11

is the only possible basis the Turpins could have to allege Western Wayne's *Monell* liability. The Turpins appear to premise their *Monell* liability claim on their failure to protect theory. They do not point to any evidence in the record that would tend to show that JT suffered sexual orientation discrimination as a result of any unconstitutional policy, custom or practice of Western Wayne. Therefore, Western Wayne's Motion for Summary Judgment as to the Turpin's Equal Protection claim is **GRANTED**.

## C. THE TURPIN'S STATE LAW CLAIMS

Western Wayne requests that the Court retain jurisdiction over the Turpins' state law negligence claim against Western Wayne for the purposes of the trial set in August. Once all the federal claims in a case have been dismissed, a district court may relinquish supplemental jurisdiction but it does not have to unless the "federal claims are frivolous and so do not engage the jurisdiction of the federal courts." *See Doe-2*, 593 F.3d at 513. Generally, however, where all the federal claims are dismissed before trial there is a presumption that the district court should relinquish jurisdiction over the state law claims. *See Williams Elecs. Games, Inc. v. Garrity*, 479 F.3d 904, 907 (7th Cir. 2007). In light of the presumption and the fact that all the federal claims in this case were disposed of on Western Wayne's Motion for Summary Judgment, the Court declines Western Wayne's request to retain jurisdiction over the Turpins' state law claims. Therefore, the Turpins' state law negligence claim is **DISMISSED without PREJUDICE**.

## IV. **CONCLUSION**

For the foregoing reasons, the defendant's, Western Wayne School Corporation, Motion for Partial Summary Judgment is **GRANTED**, and the plaintiffs', Jon Brent Turpin and Linda Becker Turpin, state law claim against Western Wayne is **DISMISSED without PREJUDICE**.

In addition, the Court notes that the defendants, Amy S. Good and John Doe, remain active on the Court's docket in this matter. The Court hereby **ORDERS** the plaintiffs, Jon Brent Turpin and Linda Becker Turpin, to **SHOW CAUSE** within fourteen days why their claims against Amy S. Good and John Doe should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 24th day of June, 2010.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Anthony W. Overholt
FROST BROWN TODD LLC
aoverholt@fbtlaw.com

J. Brian Tracey
GEVERS, TRACEY & SKEENS
bndtracey@mac.com

Thomas E. Wheeler II
FROST BROWN TODD LLC
twheeler@fbtlaw.com

13

# PROFESSIONAL PSYCHOLOGICAL SERVICES

10293 North Meridian Street, Suite 375
P. O. Box 90409
Indianapolis, Indiana 46290-0409
PHONE: (317) 581-2288
FAX: (317) 581-2295

Steven J. Couvillion, Ph.D.    ABPdN.
Patricia M. Couvillion, Ph.D.
Jonni L. Gonso, Ph.D.
Melody N. Dilk, Ph.D., J.D.

Kevin Dugan, Ph.D.
Bonnie Pisano, Ph.D.

H. Jeffrey Davis, Ph.D.
Corby A. Bubp, Ph.D.
Keith B. Magnus, Ph.D.
Polly Shepard, Psy.D.

## INDEPENDENT MEDICAL EVALUATION
## PSYCHOLOGICAL EVALUATION

### In the Matter of:

### Jon Brent Turpin, Linda Becker Turpin, individually and as Parents and Next Friends of J.F.T., their son, a minor
### vs.
### Amy S. Good and John Doe, (parents of their minor son, J.D.)
### Pam Cox and John Doe, II, (parents of their minor son, S.A.)
### Lincoln High School and
### Western Wayne School Corporation

| | |
|---|---|
| Name: | Jon F. Turpin |
| Date of Birth: | 04-05-1990 |
| Dates Seen: | 11/06/2008, 12/04/2008, 12/22/2008, 1/15/2009, 2/9/2009 |
| Psychologist: | Steven J. Couvillion, Ph.D., ABPdN, HSPP |

## NOTE:

This evaluation occurred in the context of an ongoing forensic matter. Discovery and other processes may reveal new information not available for review at the time of this evaluation. The psychologist retains the right to modify clinical opinions later in a manner consistent with any new documentation presented.

At the outset of the evaluation, Jon F. Turpin, Jon B. Turpin (Jon F. Turpin's father) and Linda Turpin (Jon F. Turpin's mother) were notified of the nature

Turpin, Jon
IME Report
5-27-2009

and purpose of the evaluation. They were made aware that, although counsel representing the Turpin's hired the Examiner, the psychologist's professional and ethical obligation was to provide a balanced, fair examination without regard to the party who retained him. The Turpins were also informed that information obtained would be incorporated into a formal report for use in a court proceeding and that such information is not protected by standard confidentiality provisions regarding mental health records. Jon F. Turpin, Jon B. Turpin and Linda Turpin all indicated that they understood the limits of confidentiality as an exception from HIPAA standards and were willing to proceed with the evaluation under the conditions stated.

## Referral:

Bryan Tracy, Attorney at Law, referred Jon F. Turpin and his parents for a psychological evaluation as part of legal proceedings from the above referenced matter. This evaluation ensued to provide psychological evaluation as an Independent Medical Evaluation of Jon F. Turpin.

## Evaluation Dates and Procedures:

| Date | Procedure | Participants | Time |
|---|---|---|---|
| 11/06/2008 | Initial Interview | Jon F. Turpin, Jon B. & Linda Turpin | 0.50 hr |
| | | Jon F. Turpin | 1.5 hr |
| 12/04/2008 | Psychological Interview | Jon F. Turpin | 1.25 hr |
| | | Linda Turpin | 0.25 hr |
| 12/22/2008 | Psychological Testing | Jon F. Turpin | 3.15 hr |
| 2/09/2009 | Psychological Interview | Jon F. Turpin | 1.50 hr |
| | | Jon B. and Linda Turpin | 0.50hr |

## Records and Documents Reviewed:

1. 12-page handwritten document by Linda Turpin -- notes from April 2001 to February 2002;

2. 9-page typed notes of documentation by Linda Turpin -- from April 2001 through 2006 – 2007;

3. 7-page typed notes of documentation by Linda Turpin -- April 2001 through 2006 2007;

2

Turpin, Jon
IME Report
5-27-2009

4.  37-page typed notes from Jon Turpin-- from April 2001 through December 2006--
    including Jon's personal opinions of incidents which had occurred;

5.  19-page typed document from Jon B. Turpin "Outline of School Life in Western Wayne
    Schools and Thoughts" by Jon B. Turpin. A report by Mr. Turpin regarding many
    incidents of Jon being harassed or hit at school with his thoughts and comments regarding
    ways school handled- or failed to handle incidents

6.  248 pages of documentation from Linda and JonTurpin including her notes on specific
    incidents, discussion with teachers and principals, discipline reports on JT,
    correspondence with teachers and principals, letters from attorneys to school and other
    parties, color pictures of JT after several instances of his being struck, police reports and
    witness reports, reports of incidents as written by JT, and a number of legal documents
    from Jan. 2002 through Nov. 2006;

7.  6 pages of documents from Sept 2001 regarding Lincoln Middle School student conduct
    report and other incidents;

8.  8 pages of documents including 9/24/01 504 Plan and notes from Linda Turpin;

9.  2-page 504 Plan from 4/24/2001;

10. 34 pages of typed notes from Linda Turpin of school incidents including pictures and
    police reports;

11. 7 pages of typed information from Jon F. Turpin regarding various incidents at school
    from Dec. 9, 2004 through Feb. 7, 2006 (regarding Cassi Smiley statement);

12. Copy of lawsuit filed by Jon Brent Turpin and Linda Turpin, Individually and as Parents
    and Next Friends of J.F.T., their son, a minor,  plaintiffs, (In US Southern Dist Court in
    Indianapolis) vs Amy Good and John Doe, Pam Cox and John Doe, II,  and Lincoln High
    School and Western Wayne School Corporation, defendants;

13. 48 pages of documents "Answers to School Defendants Interrogatories" with various
    numbers of interrogatories;

14. Single sheet email from Turpin522 regarding Section 504 information – 9/25/2003.

## History:

Note: Information reported in this section was obtained from the documents listed
above and from Jon F. Turpin, and from his parents Jon B. Turpin and Linda
Turpin.

3

Turpin, Jon
IME Report
5-27-2009

Jon F. Turpin was the elder of two children of Jon B. Turpin, 52 and Linda Turpin,
50. Jon B. was an electrician who worked at DaimlerChrysler and also had a
part-time private business. Linda was a school teacher who also worked in a
factory. Jon's younger sister, Alexis, was 14.

Developmental history indicated that Jon was healthy child with no important
developmental difficulties. Jon reported he had a broken arm at age 6. According
to Jon, he had bronchitis at an early age severe enough to cause a collapsed lung
and to require hospitalization for about three days. No other significant medical
issues were reported regarding Jon F. Turpin's early years.

Mr. and Mrs. Turpin reported that Jon was diagnosed with ADHD while in grade
school. Jon was reported to have taken Strattera at about age 16. Jon stated the
Strattera helped his concentration but caused headaches resulting in his
discontinuing the medication. At the time of the evaluation, neither Jon F. Turpin
nor his parents reported Jon taking other psychotropic medications. Jon did
indicate that he had previously taken a medication for acne for approximately 4
months, but was not taking the medication at the time of the evaluation.

Mrs. Turpin reported that Jon was different from most children in his early years of
school. She stated that in kindergarten she read Jon the Hardy Boys books and that
Jon understood them and enjoyed them. She reported feeling that Jon was
somewhat bored in kindergarten and first grade because he was bright and learned
very quickly. As an example, Mrs. Turpin noted that Jon began playing chess in
first grade and he learned most subjects easily. Even as a young student, she
reported feeling that Jon never really fit in with many of the other students but he
was not an unhappy child. She reported that Jon was always quite active and had
problems with organization but learned very quickly.

Jon reported that he liked school in the early years and felt that he did quite well.
He stated that he had a few mild problems with other students in early elementary
grades and occasionally had temper tantrums. Jon stated that he was immature in
his early years and physically small, but felt that he had no serious difficulties in
relationships with other students.

Academic learning began with elementary school at the Western Wayne
Elementary, then, he transferred to Centerville. Jon stated that he moved schools to
Centerville, in part, because his mother taught school in that town. He reported
that in fifth grade he did well academically but had a conflict with his teacher. Jon
reported that his teacher singled him out and embarrassed him. For the second

4

Turpin, Jon
IME Report
5-27-2009

semester of his fifth-grade year he transferred to Lincoln Middle School where he felt he did well.  Jon did report that he had one temper tantrum when another student stepped on his leg.

Jon stated that in his sixth grade year, he was a very good student who took advanced classes.  He took algebra with the eighth-grade students and began to be picked on frequently by these older students.  Both Jon and his parents reported that he was somewhat small in stature and tended to respond verbally rather than physically.  Jon reported that he was perhaps "mouthy" in response to students who harassed him verbally and physically and knocked his books and folders out of his hands in the hallways when he was changing classes. Both Jon and his parents reported that these difficulties occurred frequently and escalated over the year. Mrs. Turpin presented documents referring to numerous instances of Jon being picked on and not protected from larger and older students by the school administration.

According to Jon, he had a number of friends in sixth grade.  Besides the academic work, he was involved in swimming and had a number of hobbies.  Mr. and Mrs. Turpin reported that Jon did have a 504 educational plan as a result of a 504 conference.  Mrs. Turpin was especially concerned that, although parents were supposed to be called whenever there were problems with Jon, the school only called one time.  Mrs. Turpin stated that that Jon clearly caused a problem at the school on the occasion in sixth grade, and she went to school and had Jon cleaned up the mess he had made.

Because of the continued difficulties with Jon being verbally and physically harassed in hallways while changing classes, which Mrs. Turpin reported frequently occurred without teacher supervision, Mrs. Turpin reported (supported by documents referenced above) that she and/or her husband had frequent meetings with the principal. In sixth grade Jon was physically attacked by other Lincoln middle school students on at least three separate occasions.  As a result of the injuries that their son suffered, Mr. and Mrs. Turpin took Jon to the Cambridge City Police Department on three occasions and filed charges against the students who had hit Jon, resulting in Police investigations.

During his seventh grade year, Jon started going to Lincoln High School where he originally took biology, algebra, Spanish, and honors English.  In the afternoon he returned to the middle school to complete his classes and participated in the band. He stated that initially seventh-grade started out well.  However, several high school students who were friends with each other began to grab and shove him, hit him, and knock his books away.  Jon reported that, after talking with his parents, he

5

Turpin, Jon
IME Report
5-27-2009

reported these incidents to teachers and to the administration at both the junior high and high school. However, Jon stated that his reports and complaints were ignored and the harassment and the abuse continued. Jon reported a fight in which a student who had frequently bothered him threatened and approached him. Jon stated that he hit the other student and a fight ensued. Jon reported that he received a suspension. He also reported frequently being called names and being the brunt of other negative verbal comments by the older students, causing him to feel uncomfortable and unsafe in the school.

Jon and his parents decided that he would skip eighth-grade since he was already taking high school classes and because of the difficulties he encountered in the middle school. As a freshman, Jon reported that he was physically small; approximately 5' tall and weighing 80 pounds. Jon reported that he took numerous advanced classes and continued to do very well academically. However, he reported repeated problems with students pushing him around and intimidating him in the hallway. Jon stated that he went to the principal numerous times and reported other incidents to teachers, but received very little help from them.

In spite of the difficulties with other students, Jon reported that he attempted to be involved in extracurricular activities at the school. His sophomore and junior years he tried out for the tennis team. He also was involved with track and several academic clubs and activities. Jon reported that he had a number of friends, although most of his friends were not part of the popular groups.

During his sophomore year, Jon reported a number of difficulties involving verbal and physical harassment. On one occasion, Jon was physically assaulted and beaten on school grounds. His parents filed battery charges against a student who assaulted Jon. A number of other incidents were related by Jon, particularly numerous problems occurring in the machine trades class, along with his frustrations in attempting to resolve these difficulties with little or no assistance from teachers or administrators.

Jon reported that he grew approximately 6 inches and weighed approximately 130 pounds before the end of his sophomore year. He stated that he began to be less verbally reactive when other students provoked him verbally or physically. Jon was adamant that he never attempted to harass other students, and found it very difficult when he witnessed friends or weaker students being harassed or provoked by larger students. Jon reported numerous instances of harassment, confrontation and name calling by other students, and his perception that the principal,

6

Turpin, Jon
IME Report
5-27-2009

administration and teachers did not respond to his requests for assistance or intervention with the offending students.

During his junior year, Jon began participating in vocational classes at the Connersville Area Vocational School for part of his day. Jon was particularly interested in computers and was able to advance his computer knowledge and skills by attending classes at Connersville as well as Lincoln High School. Jon reported that because he was off the campus of Lincoln High School for part of the day, there were fewer instances of harassment and disruption, but some still occurred. Jon stated that he had no difficulties with other students at the Connersville Area Vocational School. He stated that his grades continue to be very good. He also noted that some teachers at Lincoln High School were able to manage disruptive students well, making life easier for him. (Jon particularly noted a Mrs. Casey who he stated stopped trouble as soon as it started.)

He reported an incident that began during track practice while the students were playing an ultimate frisbee game. Jon reported a confrontation with another student which resulted in Jon being severely beaten in the locker room, although he reported that he made little effort to defend himself from an individual who attacked him. As a result of this incident, assault charges were filed against the other student. Jon was particularly disheartened that, although difficulties began on the field of play, coaches and teachers did not intervene or take steps to prevent his being beaten. In addition, he reported that they offered him no treatment for his injuries, but did attend to a cut on the student who had attacked him. Jon reported that he suffered multiple bruises and several fractures which were diagnosed when he was taken for medical treatment.

Jon reported that he attended school on the day after the incident in which he was beaten. Although he was very embarrassed that the bruises and abrasions were visible to fellow students, he stated he was determined not to let his participation in a school event (Connersville Area Vocational School competition) be jeopardized by missing school.

During his senior year, Jon continued to take classes at Connersville Area Vocational School as well as at Lincoln High School. He indicated that during his senior year, a new principal was in charge of the school. Jon reported relatively few events of harassment during his senior year, but, when incidents did occur, he felt that they were handled appropriately by the new principal and resulted in fewer difficulties. Jon continued to do well academically at both educational facilities. He graduated in May 2007 from Lincoln High School.

7

Turpin, Jon
IME Report
5-27-2009

While in high school and subsequently Jon worked at several jobs. He worked for his father's electrical company and later worked at a convenience store in Cambridge city.

After his graduation from high school, Jon enrolled at Ivy Tech College. Jon reported that he was attempting to complete two associate degrees in computer sciences, one in computer security and the other in web making. In order to obtain the courses that he needed for these degrees, Jon attended classes at the Richmond, Indianapolis, and Bloomington Ivy Tech College campuses. He stated that he received high grades in college and hoped to pursue a degree in computer programming. At the time of the evaluation he continued to live at his parents' home and commute to his college classes.

Jon stated that he had a number of friends that he saw on a regular basis. He reported that he had recently ended a relationship with a young woman who he had dated for several months. Although he reported being very busy with school and other interests, Jon Turpin reported that his life has been going well since he graduated from high school.

**Mental Status Examination:**

For each of the five appointments, Jon Turpin appeared on time. He drove himself to three of the appointments, and came with his parents for the other two. He was dressed appropriately, was well groomed, and presented himself in an appropriate manner. Jon was a well-built young man, approximately 5 foot 8 inches tall with a stated weight of 145 pounds.

For each of the psychological interviews, Jon Turpin was oriented to time person place and situation. His speech was clear and fluent. Thoughts were sequential and logical, with no indication of thought process disorders, hallucinations or delusions. Jon's use of language was very appropriate.

He used complex sentences and language in describing his history and difficulties. At times his affect was mildly flat, and on other occasions when recounting difficult situations from his history, he became mildly agitated and upset. However he recognized and easily discussed his emotional state as he recounted troubling parts of his history.

8

Turpin, Jon
IME Report
5-27-2009

During the course of the evaluation, Jon Turpin displayed a wide range of emotions. He was usually calm and logical, but expressed upset and anger when recounting instances of mistreatment by other students during junior high and high school. He displayed visible emotional upset when discussing what he perceived as lack of fair treatment and protection from teachers and administrators. He denied any significant depression over the past year, although reported that he had mild depression after breaking up with a girlfriend. He denied suicidal thoughts in the past year, but stated that he had experienced suicidal thoughts when he was in high school, but did not feel that he could or would harm himself.

Jon described himself as somewhat impulsive due to his ADHD. However he stated that he has learned to use an electronic planner in order to help him with his complicated schedule. He denied being impulsive with money or spending and stated that he manages money well. His overall presentation was that of a bright, intense individual with a very good work ethic and a plan for his future.

At the time of the evaluation, Jon Turpin reported that he slept well, usually 6 1/2 hours per night with occasional naps during the day. He reported his appetite was good and that he was a regular eater who enjoyed a wide variety of foods. He participated in regular exercise including running and working out at the community center.

**Test Results and Interpretation:**

As part of the current psychological evaluation Jon Turpin was administered the Minnesota Multiphasic Personality Inventory-2 and the Millon Clinical Multiaxial Inventory-II. Both psychological inventories were taken in a quiet room with Jon as the sole occupant. Instructions read from the test instruction booklet by a skilled psychological examiner. There were no unusual circumstances in the test administration, and the psychological tests were administered in a manner consistent with valid test taking methodology.

Jon Turpin's MMPI --2 profile was consistent with a test taken in a valid and appropriate manner. All validity scales were well within average ranges. There was no information from the validity scales indicating any attempt to appear overly virtuous or to endorse large numbers of pathological items. The Welsh Code for Jon Turpin's MMPI-2 was: 4'9+-3 25/8 1 670: L/KF;

There were no indications of important psychiatric difficulties and no indications of thought disorder, hallucinations or delusions in the psychological testing. The

9

Turpin, Jon
IME Report
5-27-2009

current protocol was not consistent with significant anxiety or any somatic disorders or depression.  Jon presented himself as an individual who valued social interaction and enjoy the company of others.

The most important findings in the current psychological inventory was of an angry, disaffected individual with a great deal of energy and emotional turmoil. Individuals with this type of protocol are usually seen as having important conflicts with authority, including family members.  Much of the anger appears to be internalized; usually the result of conflicts which the individual feels powerless to resolve.  The emotional energy appears to serve dual purposes.  On one hand, he has been able to keep himself very busy and active, while at the same time harboring resentment and bad feelings about instances of perceived mistreatment and injustice, both of himself and of others.

Profiles with similar elevations are not unusual in young individuals.  However the degree of upset and conflict, with few other emotional indicators is not nearly as common.  Similar protocols were usually seen in individuals who have undergone important conflicts in their lives.

Jon Turpin's personality testing on the MCMI-II generated the following Personality Code ( : 5 ** 6 B 4 * 6A + 8A 7 " 8B 1 3 2 ' ' // - ** - * // )

The MCMI-II was taken in a valid and thoughtful manner.  The validity scales indicated no attempt to appear overly virtuous nor attempts to present himself in a very negative fashion.

There were no indications of severe personality pathology, although feelings of persecution and of being misunderstood were endorsed.  There were no indications of severe thought disorders, major depressions or delusional disorders indicated. This individual did not endorse items indicative of a high level of anxiety, alcohol or drug use or dependence are some out of form disorders.

The current personality testing indicated an individual who was very self-focused and tended to his own perceived needs.  He presented himself as someone who was reactive emotionally and tended to see issues from his own viewpoint.  The protocol presents a reactive, somewhat combative individual who feels alienated from aspects of society.  Individuals with this type of protocol frequently have had difficulties with authority figures and tend to discount individuals who attempt to impose rules which they see as unjust or irrelevant.  While the current protocol is not perceived as ideal for most individuals, the self-focus and energy can serve to minimize distractions from the individual's goals and intentions, allowing emotional energy to

10

Turpin, Jon
IME Report
5-27-2009

be utilized productively.  However the sense of alienation and need to be vigilant against aggression by activity or self-determination is likely to be seen as arrogance or aggressiveness by others.

Individuals with this type of protocol may have little insight into their own emotional qualities.  They frequently tend to stay very busy and focused and usually do not take criticism or negative feedback well.  They are usually seen as very determined, willful, and usually possessing a high degree of energy.  The protocol is also consistent with feelings of being misunderstood and suspicious of the behavior and motives of others.  The ability to trust others is relatively limited in this individual.

## Findings, Observations and Interpretation of Results:

A review of Jon F. Turpin's history, educational background and the current evaluation suggested with a high degree of psychological certainty that he experienced significant emotional trauma as a result of his numerous instances of physical, verbal and emotional harassment during his junior high and high school experience. The findings from the current psychological testing, the psychological clinical interviews, supported by the report of his parents, Jon B. and Linda Turpin, along with the documents referenced above, were consistent with Jon F. Turpin's reports regarding the difficult and traumatic events which occurred during his school enrollment from 6th through 11th grades at Lincoln Middle School and Lincoln High School.

While it is not possible to know how Jon F. Turpin's emotional presentation would have been had he not endured the harassment and difficulties which he recounted and were otherwise documented, it is this psychologist opinion that Jon F. Turpin's emotional distress during his years in school was very significant.  His assertion that he did not "feel safe" at the schools, particularly after being injured by other students, is deemed to be a reasonable response for a bright young adolescent boy. His expectation of supervision and protection from teachers and administrators, particularly once he brought his distress to their attention, appears very reasonable and appropriate.

While Jon F. Turpin's ADHD, "mouthy" immaturity and precocious verbal abilities may have contributed to his being a target for older adolescents, he and his parents presented a history of attempts to resolve the difficulties within the school setting. When these attempts at resolution were not only unsuccessful, but perhaps led to

11

Turpin, Jon
IME Report
5-27-2009

reprisals against Jon, the sense of fairness and safety which his parents attempted to teach him, along with his sense of personal power were severely impacted.

Although Jon acknowledges that his early behavior was at times immature in his response to the physical and verbal harassment, his experience and lack of support from the school administration and many teachers has had a major impact on his personality development and emotional disposition. Specifically, Jon has become very alienated toward many authority figures, which has very likely contributed to familial difficulties. John's reports of overaggressive feelings in response to difficulties or frustrations are very likely related to his feelings of powerlessness and frustration which he experienced in middle school and high school.

## Conclusions and Recommendations:

It is the opinion of the psychologists with a high degree of psychological certainty that the multiple instances of physical and verbal harassment while in Lincoln Middle School and Lincoln High School caused Jon F. Turpin marked feelings of vulnerability, loss, victimization and humiliation along with embarrassment and physical trauma at the time of the several physical attacks upon Jon. At the time of the evaluation, Jon F. Turpin continued to have significant emotional responses, anger and reaction formation in the form of aggressive responsiveness and difficulties with authority figures.

In order for Jon F. Turpin to attempt to gain a sense of emotional stability and safety, along with behavioral and emotional coping mechanisms, it is a recommendation of this psychological evaluation that he participate in individual psychotherapy. It is recommended that a seasoned and experienced cognitive behavioral psychologist be employed to work with Jon to learn important coping mechanisms and decrease his intense feelings of anger and emotional overreaction. While it is possible for Jon F. Turpin to be successful in many aspects of his life without this therapy, his interpersonal and intrapersonal abilities will likely cause him important difficulties in his future.



Steven J. Couvillion, Ph.D., ABPdN, HSPP
Diplomate, American Board of Pediatric Neuropsychology

3054 S. Golay Road
Cambridge City, IN 47327

Western Wayne School Board
519 Queen Street
P.O. Box 217
Pershing, IN 47370

Dear Western Wayne School Board,

This letter is to inform you of our request to file a formal complaint of harassment against our son Jacob Payne, as well as our son Jordan Payne, who attends 11th grade at Lincoln High School, my husband Brad and myself.   Our son Jacob is 12 years old and is a 7th grade student at Lincoln Middle School.

The following are only the most recent harassment incidents that have taken place since 04/18/07 and are still continuing at this time.

Individuals involved in harassment complaint;
John Engle, Middle School Principal
Donna Stajkowski, 7th Grade Pre-Algebra Teacher
Connie Pitcher, 7th Grade Language Arts Teacher
Stacey Hartsock, Teacher's Aide
Terry Reese, School Psychologist
Amy Engle, High School Math Teacher

1.) Refusal To Administer Educational Evaluation Upon Parental Request

    A.  On April 18, 2007, during a "General Education Intervention," I requested an Educational Evaluation for Jacob.  The 6th Grade team of teachers, Mr. Engle, and Elizabeth Gibbs informed me, that an Educational Evaluation would not be done because it was believed that Jacob could do the work required.

    B.  I was also told that Jacob was just being lazy.  This determination was made with the knowledge that Jacob was previously eligible for special services in Elementary School and that Jacob had failed his ISTEP Testing in 3rd, 4th, 5th and again in 6th grade.

    C.  Jacob's grades during the 6th grade school year continued to decline.  During Jacob's 6th grade school year, Jacob was continuously given detentions, brought into meetings and yelled at by his teachers until he cried, and literally told that he was "LAZY."  At the end of the school year, I received notice that Jacob would be retained in the 6th grade. I then sought out Independent Educational Evaluation that was done over the summer.  (SEE ATTACHMENT "A")( Elizabeth Gibbs' handwritten note dated 8-8-07)

2.) Unprofessional Behavior by Middle School Principal, John Engle

    A.  On 08/08/07, after testing was completed, I took the results to John Engle for review.  I requested that he overturn the retention at the advise of Dr. Ken McCoy, who had administered the testing.   At this time, I also requested an appointment to determine eligibility based on these test results.  On 09/14/07 (one month and 6 days later) I was still unable to receive an appointment time for eligibility determination.  Brad & I went to Mr. Engle's office to again request an appointment.  He told us, "YOU ARE JUST TRYING TO GET JACOB A FREE RIDE!"  When I asked him what he meant by this, he replied, "LETTING JACOB

NOT TURN IN HIS WORK, TURN HIS WORK IN LATE, OR DO WHATEVER HE WANTS." He also said that Jacob needed to, "show a little initiative."

B. During a meeting on 11/29/07, Mr. Engle informed us that he had not seen Jacob's IEP. He stated that, "I don't have to deal with it!"

C. See point 5,

    a. Lag time in questioning Mrs. Pitcher, and allowing her to leave the building before proper investigation.

    b. Jacob was told he could not call home until 3:00 because "your mom is going to be very upset."

    c. Questioning only one witness/child

3.) Reporting Suspicion of Child Abuse to Child Protection Agency

On 09/24/07, exactly 1 week after a letter was sent to Dr. Mahon addressing ongoing problems at the Middle School, School Psychologist, Terry Reese met with Jacob to administer some small testing on Executive Function Disability. During this meeting, Mrs. Reese also questioned Jacob as to weather he took any prescription medication, to which he said, "no." She then asked him if he took any other medicine. He told her that he sometimes took Benadryl when he had trouble sleeping. I later learned that this information was reported to Child Protective Services for investigation. This was a very unreasonable and irresponsible leap to judgment on the part of the faculty. If, I had been informed of any suspicion, I could have had Jacob's pediatrician clear up any uncertainties. (Which he did after CPS was called.) (SEE ATTACHMENT "B") These are very serious allegations, and some level of professionalism should have been used.

4.) Breach of Confidentiality

Mrs. Amy Engle approached our son, Jordan, who is in 11th grade, on 09/25/07. She told Jordan that she knew that Jacob was having trouble getting his homework done, and that maybe if he (Jordan) would take his homework home and do it in front of Jacob, that he would be a good role model, and maybe Jacob would do his homework too.

5.) Physical Battery by Connie Pitcher

On 10/18/07, Jacob called from school to inform us that Mrs. Pitcher had shoved him in the school hallway. This matter is still pending with regard to criminal charges but the way the incident was handled by John Engle needs reviewed. Jacob was not allowed to call home until 3:00 p.m., although this incident happened at 1:10 p.m. The police were not called to investigate and the teacher left the building before any investigation could be done. Only one student was questioned immediately following incident. This student (Daniel Sitler) said that he DID witness Jacob being shoved.

6.) Continuous detentions as a result of learning disability. (SEE ATTACHMENT "D")

7.) Harassment by Stacey Hartsock

A. On 11/13/07, Stacey Hartsock, teacher's aide, was speaking with Britney Brandt about one of Jacob's worksheets when Jacob overheard her say, "Don't bother explaining it to him, he probably wouldn't understand it anyway!" "He's being STUPID today!" Jacob reported this to Mr. Engle who later told me that he had investigated the incident and concluded that it was unfounded. He would not give us any further details due to

the seriousness of the allegation and instructed us that it was "now a personnel issue."
No further explanation was given.

B.  Approximately 2 hours later, Mrs. Hartsock had to redirect Jacob to get back on task.
    She told him that if he did not get back on task, he would have to go to In-School
    Suspension.   He elected to go to ISS because he was so very upset by the day's
    events.

C.  Then, Mrs. Hartsock followed Jacob into the hallway and continued to argue with him
    about his accusation of calling him stupid.  Jacob was so upset that he had to leave
    school.

D.  On 11/14/07, Mrs. Hartsock again had to redirect Jacob to get on task during
    Pre-Algebra class.  She again threatened to send him to ISS.

    a.  Jacob again called to come home due to anxiety.

At Jacob's case conference, all of Jacob's teacher's were made aware of his learning disability,
"Other Health Impaired" due to ADHD.  They were also made aware that Jacob is exhibiting
extreme anxiety and depression with regard to problems at school.  (SEE IEP-ATTACHMENT "E")
Why, then is Jacob receiving detentions and harassment due to redirecting and not being on
task? (ATTACHMENT "D")

8.) Harassment by Donna Stajkowski

A.  10/09/07 During a case conference to determine eligibility, Dr. Linda Ronald, as well
    as, Terry Reese were trying to explain why there were discrepencies with regard to
    findings of ADHD in Jacob's test results.    Mrs. Stajkowski was extremely
    unprofessional when she laughed out loud and boldly said, "DOES HE HAVE ADHD
    OR DOESN'T HE? This case conference was so unprofessional and filled with anger
    by the faculty, that Dr. Ronald and I walked out and had to reschedule that meeting at
    a later time.

B.  10/29/07, Mrs. Stajkowski would not accept homework that was done while Jacob
    was absent, therefore resulting in a zero for 2 worksheets.  These work sheets were
    done, but because no one checked Jacob's agenda on that day, it did not get turned
    in within Mrs. Stajkowsi's timeframe.

C.  11/08/07 Points deducted from homework.  (SEE COMPLAINT/ATTACHMENT "C")

D.  11/12/07 Points deducted from homework. (SEE COMPLAINT/ATTACHMENT ("C")

E.  11/13/07 Received E-Mail from Mrs. Brandt on behalf of Mrs. Stajkowski, stating the
    first of three allegations that "Jacob's homework problems were in my handwriting
    instead of Jacob's.  (SEE ATTACHMENT "F")

F.  11/13/07 Points deducted from homework. (SEE COMPLAINT/ATTACHMENT "C")

G.  11/14/07 Points deducted from homework. (SEE COMPLAINT/ATTACHMENT "C")

H.  11/15/07, Mrs. Stajkowski yelled at Jacob in front of the class and said, "Your Mom
    should not be doing your homework for you!"

I.   11/16/07, Mrs. Stajkowski e-mailed me and, again, accused me of doing Jacob's homework. (SEE ATTACHMENT "G")

J.   11/16/07, Refusal to let Jacob take his testing in a quiet room (SEE ATTACHMENT "G")

K.   11/19/07 Points deducted from homework (SEE COMPLAINT/ATTACHMENT "C")

L.   11/20/07 Points deducted from homework (SEE COMPLAINT/ATTACHMENT "C")

M.   11/20/07 I went to the school to inquire as to why points were deducted from Jacob's completed homework, Mrs. Stajkowski gave 3 contradicting explanations as to why this was done. (SEE COMPLAINT/ATTACHMENT "C")

N.   11/20/07 Mrs. Stajkowski exhibited a lack of professionalism when she snatched up the worksheets when I questioned her explanations.  She stormed out of her classroom.  I followed her to Mr. Engle's office where she presented him the worksheets and told him to handle the "problem."

O.   11/21/07 Received e-mail from Mrs. Brandt, at the request of Mrs. Stajkowski, explaining why points had been deducted.  Again, accusation was made that Jacob's homework was not in his own handwriting.

P.   11/26/07 Mrs. Stajkowski snatched away Jacob's in-five paper from him while he was working on it.

    a.   She also instructed Mrs. Hartsock, in front of the entire class, to deduct points from Jacob's homework.

    b.   Jacob told Mrs. Stajkowski that he was still working on it when she took it away.  Her only reply was, "yes, I know."   No further explanation was given

Q.   11/26/07 Points deducted from homework. (SEE COMPLAINT/ATTACHMENT "C")

R.   11/29/07 Again, Mrs. Stajkowski snatched away Jacob's in-five paper from him after approximately only 2 minutes of working on it, resulting in Jacob sitting for the additional 3 minutes with nothing to do.  No explanation was given as to why.

S.   11/29/07 During a meeting with Mr. Engle, Mrs. Stajkowski, my husband and myself, Mrs. Stajkowski stated that her new rule of deducting points for not completing the in-five was only done to Jacob's 7th period class.

During this period of time, Jacob was experiencing vomiting at school as a result of extreme anxiety due to continued school situations, such as teachers yelling at him, giving detentions almost daily, not being able to keep up with workload, etc.

All of these incidents have greatly added to the anxiety and depression that Jacob has been experiencing.  A lot of time and money have been spent to enlist the help from a child psychologist, Dr. Linda Ronald, to help Jacob deal with his anxiety manifested from school situations.

Jacob's grades have greatly improved recently and given him the confidence that he so desperately needed.  BUT, this improvement continues to be sabotaged on many levels by the middle school faculty.

In the future, I hope that our school professionals will try to encourage all students to succeed to the best of their abilities and not put up roadblocks at every attempt to achieve that goal.

These continued problems have taken a lot of time and expense, not only for Jacob, but also on our part, Dr. Linda Ronald's, East Central Special Services, Lincoln Middle School Faculty and Administration, as well as our friends & family.  This time should have been better spent, teaching our son.


Sincerely,



Bradford & Virginia Payne

♡ Save          🔔 Monitor          📄 PDF               ☰ List          ••• More

# Bradford Alan Payne Ii

Age 62 years old

Born November 1960

Location Cambridge City, IN

Aliases Brad Payne, Bradford Payne <u>View 20 more</u>

👤 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 312 W Front St                                    <u>View 12 more</u>
   Cambridge City, IN 47327

📞 (765) 967-0414                                    <u>View 12 more</u>

✉ BPAYNE49@GMAIL.COM                                <u>View 15 more</u>

♥ 19 relatives found                                <u>View relatives</u>

   NOTE: Spouses may appear as relatives

☰ Overview                                          ︿  ﹀

♡ Save          🔔 Monitor          📄 PDF          📋 List          ⋯ More

# Virginia K Payne

Age 60 years old

Born October 1963

Location Pershing, IN

Aliases Ginny Payne, Virginia Payne <u>View 12 more</u>

👤 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                    ✓

---

🏠 282 PO Box                                          <u>View 4 more</u>
   Pershing, IN 47370

---

📞 (765) 967-5947                                      <u>View 3 more</u>

---

✉ JORDAN_PAYNE09@HOTMAIL.COM                           <u>View 4 more</u>

---

🖤 19 relatives found                                  <u>View relatives</u>

   NOTE: Spouses may appear as relatives

📋 Overview                                            ⌃ ⌄

♡ Save          🔔 Monitor          📄 PDF          ☰ List          ⋯ More

# Jordan Lee Payne

Age 32 years old

Born May 1991

Location New Castle, IN

Aliases Jordan Payne, Payne Jordan <u>View 6 more</u>

👤 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 3797 N County Road 100 E          <u>View 8 more</u>
   New Castle, IN 47362

📞 (765) 541-1311                        <u>View 5 more</u>

✉ worlddentrepair@gmail.com              <u>View 2 more</u>

❤ 19 relatives found                      <u>View relatives</u>

   NOTE: Spouses may appear as relatives

☰ Overview                              ⌃  ⌄

♡ Save            🔔 Monitor            📄 PDF            ☰ List            ••• More

# Jacob Payne

### Age 28 years old

### Born April 1995

### Location Lynn, IN

👤 **Add to Address Book**

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                ✓

---

🏠 410 N Main St                                    **View 5 more**
   Lynn, IN 47355

---

📞 (765) 312-0319                                   **View details**

---

✉️ JACOBPAYNE12@YAHOO.COM                           **View details**

---

❤️ 19 relatives found                              **View relatives**

   NOTE: Spouses may appear as relatives

---

 Overview                                    

# IRISE Counseling Services, LLC

## Therapy for Individuals, Adolescents, & Families

# Welcome

Today you are one step closer to a new you where you feel empowered and on a positive path to growth and well-being.

As a person-centered therapist, my goal is to help you uncover your true potential and lead a life that is worth celebrating. While we cannot change difficult situations of the past, we can work together to better understand and resolve challenges in your life. By applying complementary therapy approaches and techniques, we will unearth long-standing behavior patterns or negative perceptions that may be holding you back from experiencing a more fulfilling and meaningful life.

If you're looking for extra support and guidance through a challenging situation or you're just ready to move in a new direction in your life, I look forward to working with you to achieve your goals.

Please call or email for consultation today.

≡

## MENU

**Laurice D. Harrison MAPC, LPC-S**
225-647-9001
214 S. Burnside Ave Ste 203
Gonzales, LA 70737
US

& Accessibility View

irisecounselingservices@gmail.com

Copyright © 2023 MH Sub I, LLC dba TherapySites

Disclaimer

Accessibility View

1:17

cannot change difficult situations of the past, we can work together to better understand and resolve challenges in your life. By applying complementary therapy approaches and techniques, we will unearth long-standing behavior patterns or negative perceptions that may be holding you back from experiencing a more fulfilling and meaningful life.

If you're looking for extra support and guidance through a challenging situation or you're just ready to move in a new direction in your life, I look forward to working with you to achieve your goals.

Please call or email for consultation today.



**Laurice D. Harrison MAPC, LPC-S**
225-647-9001
214 S. Burnside Ave Ste 203
Gonzales, LA 70737
US

irisecounselingservices@gmail.com

Accessibility View   X

# IRISE Counseling Services, LLC

## Therapy for Individuals, Adolescents, & Families

## About Me



Hello, I am Laurice D. Harrison. I am a Licensed Professional Counselor and Board Approved Supervisor. I have experience working with individual, adolescence, family, addictions, behavior problems and mental health issues. I maintain a private practice in Gonzales, La. and have over 15 years of experience working in the social services/mental health field.

My therapeutic approach consist of Person-Centered therapy with integrations of Cognitive Behavioral Therapy. My approach to counseling is to provide support and practical feedback to help clients effectively address personal life challenges. I integrate complementary methodologies and techniques to offer a highly personalized approach tailored to each client. With compassion and understanding, I work with each individual to help them build on their strengths and attain the personal growth they are committed to accomplishing.

Overall, I absolutely love what I do.

**Education:**
Bachelor of Science in Psychology: Southern University A&M College
Master of Arts in Psychological Counselor: Nicholls State University

  Accessibility View

**License, Certifications & Awards:**

Louisiana Professional Counselors Board of Examiners
Lic# 4483 Licensed Professional Counselor-Supervisor

**Additional Training:**
Substance Abuse
PTSD
Suicide
CPI
1st Aid/CPR
LCA Conference training
LASACT conference training
Continued Education

Professional Activities and Memberships:
Psi Chi-Honor Society for Psychology
LCA- Louisiana Counseling Association
National Scholars Honor Society

Choice--Chance- -Change
You must make a "choice" to take a "chance" or your life will never "change."
Helping individuals live better lives.

# MENU

**Laurice D. Harrison MAPC, LPC-S**
225-647-9001
214 S. Burnside Ave Ste 203
Gonzales, LA 70737
US

irisecounselingservices@gmail.com

Copyright © 2023 MH Sub I, LLC dba TherapySites

&#9855; Accessibility View

♡ Save     🔔 Monitor     🄿 PDF     🗐 List     ••• More

# James Brian Tracey

Age 68 years old

Born February 1955

Location Fort Wayne, IN

Aliases Brian Tracey, Tracey Brian <u>View 18 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓        ✓

🏠 8314 Timberwood Ct        <u>View 4 more</u>
     Fort Wayne, IN 46825

📞 (260) 483-1085        <u>View 4 more</u>

✉ BNDTRACEY@AOL.COM        <u>View 6 more</u>

💛 1 relative found        <u>View relatives</u>
     NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records        <u>Learn more</u>

🔗 7 social networks identified        <u>View details</u>

📷 No photos found

**Need this report in a printable format?**

 Overview        

♡ Save          🔔 Monitor          📄 PDF          ☰ List          ⋯ More

# Anthony W Overholt

Age 58 years old

Born July 1965

Location Indianapolis, IN

Aliases Anthony W Bergan, Anthony W Bergen  View 11 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                          ✓

---

🏠 7525 Gypsy Hill Rd                                          View 8 more
   Indianapolis, IN 46240

---

📞 (317) 414-1701                                              View 10 more

---

✉ aoverholt@indygov.org                                        View 4 more

---

❤ 3 relatives found                                            View relatives
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                        Learn more

---

📢 15 social networks identified                               View details

---

📷 No photos found

**Need this report in a printable format?**

 Overview



♡ Save          🔔 Monitor          📄 PDF          List          ⋯ More

# Charles S Roach Ii

Age 47 years old

Born September 1976

Location Noblesville, IN

Aliases Charles Ritchie, Charles Roach   View 8 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                          ✓

🏠 623 Lions Creek Dr                                      View 16 more
   Noblesville, IN 46062

📞 (317) 750-5005                                            View 6 more

✉ CHARLES.ROACH@GMAIL.COM                                 View 4 more

♥ 5 relatives found                                        View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                      Learn more

📢 2 social networks identified                             View details

📷 No photos found

**Need this report in a printable format?**

 Overview                                          

♡ Save          △ Monitor                    🗎 PDF                         List          ⋯ More

# Tom Franklin Hirschauer Iii

Age 41 years old

Born May 1982

Location Carmel, IN

Aliases Tom Hirschauer Jr Jr, Tom Hirschauer  View 19 more

📇 **Add to Address Book**

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                              ✓

🏠 11056 Ditch Rd                                                **View 5 more**
   Carmel, IN 46032

📞 (317) 603-7851                                               **View 11 more**

✉ diamond.hirschauer@gmail.com                                 **View 10 more**

❤ 4 relatives found                                            **View relatives**
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                        **Learn more**

📣 3 social networks identified                                 **View details**

📷 No photos found

**Need this report in a printable format?**

 Overview                                          

♡ Save          🔔 Monitor          🗎 PDF          ☰ List          ⋯ More

# Guy Allen Relford

Age 66 years old

Born November 1957

Location Zionsville, IN

Aliases Guy Relford, Guy A Relford  <u>View 1 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                        ✓

🏠 4181 1st Flight Cir 1ST                                    <u>View 7 more</u>
   Zionsville, IN 46077

📞 (317) 432-0747                                            <u>View 7 more</u>

✉ CORTNEY.RELF@GMAIL.COM                                    <u>View 22 more</u>

♥ 7 relatives found                                         <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                     <u>Learn more</u>

📡 6 social networks identified                              <u>View details</u>

📷 1 possible photo found



Higher Confidence

 Overview                                      

♡ Save          🔔 Monitor          📄 PDF          🗒 List          ⋯ More

# Samuel Battistone

Born April 1989

Location Richmond, IN

Aliases Sam John Battistone, Samuel John Battistone <u>View 3 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                                            ✓

---

🏠 2000 E Main St                                                          <u>View details</u>
   Richmond, IN 47374

---

📞 (513) 205-7031                                                          <u>View 1 more</u>

---

✉ sambattistone@gmail.com                                                 <u>View 10 more</u>

---

♥ No relatives found                                                      <u>Learn more</u>

---

🏛 Check for Criminal or Traffic records                                   <u>Learn more</u>

---

◀ 5 social networks identified                                            <u>View details</u>

---

📷 No photos found

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                              



# Attorney Bios

## Knoll, Kolger, Sowers & Metzger
### Attorneys at Law
*Serving Wayne County Since 1875*

Home

Our Firm

Attorney Bios

Services

Contact Us

Links

**George M. Sowers** attended Indiana University, earning his bachelors degree in 1965 and his M.B.A. in 1966. He earned his law degree from the University of Virginia in 1969. Before entering private practice, George worked as a law clerk for the Honorable Cale Holder, Judge, U.S. District Court, Southern District of Indiana. He served as deputy prosecuting attorney from 1972 to 1974. George Sowers concentrates his practice in the areas of corporation, real estate and probate law. George taught real estate licensing courses for many years.

111 South Seventh Street
Richmond, Indiana
47374-5425

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

## Documents Being Sent

5 messages

---

**Samuel Battistone** <Sam-jordanlaw@hotmail.com>                    Wed, Nov 9, 2022 at 2:45 PM
To: "jt4590@gmail.com" <jt4590@gmail.com>

Good afternoon, Jon.

I continue to receive documents from you that I have not reviewed, nor will I review them. I will be leaving Jordan Law in the next few weeks. I will not be taking on any new clients.

I suggest you contact another law firm and provide the documents you have attempted to share with me to progress in the potential protective order(s).

**This email confirms that I do not represent you in the possible protective orders or any other pending legal matter.**

Thanks,

Sam

# Samuel J. Battistone

Jordan Law

2000 East Main Street

Richmond, Indiana, 47374

P: 765-966-2600

E: sam-jordanlaw@hotmail.com

---

**Jon F. Turpin** <jt4590@gmail.com>                              Wed, Nov 9, 2022 at 2:50 PM
To: Samuel Battistone <Sam-jordanlaw@hotmail.com>

Thank you, Sam, have a good day.

Best Regards,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI

AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                          Sat, Nov 12, 2022 at 2:50 AM
To: Samuel Battistone <Sam-jordanlaw@hotmail.com>

Dear Mr. Battistone,
The purpose of this documentation at this time was to have attorney/client privilege and for safekeeping.

However: For legal clarification, since you won't be reviewing them, neither may anyone else at Jordan Law, nor anyone else the practice might be able to provide them to in perpetuity unless another attorney at Jordan Law was to take this case.

This is not an assumption that this would occur, but merely legal clarification regarding this data and these documents.

If you have access to any of these files, they must no longer be accessed, if any copies were retained they must immediately be destroyed, and if any copies or access was provided to others this access must be removed, and any copies retrieved and destroyed.

I apologize for this follow up email, but this legal clarification is necessary.

Thank you again, Sam, and with utmost respect,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Samuel Battistone** <Sam-jordanlaw@hotmail.com>              Tue, Nov 15, 2022 at 11:18 AM
To: "Jon F. Turpin" <jt4590@gmail.com>

Jon,


This email is to confirm that all documents can no longer be accessed.


Sam

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                         Tue, Nov 15, 2022 at 11:38 AM
To: Samuel Battistone <Sam-jordanlaw@hotmail.com>

Thank you, sincerely, Samuel,
Once again I appreciate your time, and there is no issue from me towards you.

Thank you for your candor, and I wish you the very best in your endeavors!
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

♡ Save          🔔 Monitor          📄 PDF          ☰ List          ••• More

# Joshua Lee Spear

Age 32 years old

Born January 1991

Location Plant City, FL

Aliases Josh Spear, Josh Lee Spear  View 4 more

🗂 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 1536 Avondale Ridge Dr                              View 5 more
Plant City, FL 33567

📞 (724) 650-4842                                      View 1 more

✉ GOHANLLLL@YAHOO.COM                                 View 3 more

❤ 1 digitized marriage record found                   View relatives
NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records               Learn more

📢 2 social networks identified                        View details

📷 No photos found

**Need this report in a printable format?**

 Overview                                    

♡ Save          △ Monitor          ▤ PDF                    ☰ List          ⋯ More

# William Lee Morrison

Age 31 years old

Born 1992

Location Gonzales, LA

Aliases William L Morrison

⊕ Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                    ✓

🏠 1124 E Fabian St                                                   View 5 more
   Gonzales, LA 70737

📞 (225) 394-2078                                                     View details

✉ No email addresses found                                          Learn more

♥ 7 relatives found                                                  View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                            Learn more

◄ No social media found                                             Learn more

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

♡ Save          🔔 Monitor          🖨 PDF          📋 List          ⋯ More

# Raegan Noelle Decoteau

Age 29 years old

Born December 1993

Location Gonzales, LA

Aliases Raegan Decoteau

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                            ✓

🏠 1124 E Fabian St                                          View 1 more
Gonzales, LA 70737

📞 (225) 622-5613                                            View details

✉ No email addresses found                                  Learn more

♥ 11 relatives found                                        View relatives
NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                     Learn more

📡 No social media found                                     Learn more

📷 No photos found

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Names & Ancestry                                    

♡ Save          ⟳ Monitor          ⎙ PDF          ☰ List          ••• More

# Amy J Smith

Age 34 years old

Born August 1989

Location Fort Sill, OK

Aliases Amy Mullins, Amy Smith  View 14 more

▣ Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                    ✓

🏠 4836 Walters Cir # A          *27 Jasmine Ave.,*          View 23 more
   Fort Sill, OK 73503          *Fort Stewart, GA 31315*

📞 (765) 265-0250                                               View 6 more

✉ PIPER_160@GMAIL.COM                                          View 20 more

♥ 12 relatives found                                           View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                        Learn more

⤴ 4 social networks identified                                 View details

📷 1 possible photo found



Higher Confidence

 Overview                                  

♡ Save          🔔 Monitor          📄 PDF          ≣ List          ••• More

# Aaron M Smith

Age 34 years old

Born December 1988

Location Fort Sill, OK

Aliases Aaron Smith

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                          ✓

---

🏠 4836 Walters Cir          *27 Jasmine Ave.,*          View 8 more
    Fort Sill, OK 73503       *Fort Stewart, GA 31315*

---

📞 (765) 338-8282                                          View details

---

✉ DHSAMIA_DOW@HOTMAIL.COM                                  View details

---

♥ 5 relatives found                                       View relatives
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                   Learn more

---

✂ 1 social network identified                             View details

---

📷 No photos found

---

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

☰ Overview                                          

♡ Save          🔔 Monitor          📄 PDF          List          ••• More

# Edna R Mullins

Age 68 years old

Born July 1955

Location Connersville, IN

Aliases Edna R Mullins, Ernie Mullins <u>View 1 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓     *2369 W Country Club Rd*     ✓

🏠 No addresses found     *Connersville, IN 47331*     <u>Learn more</u>

📞 (765) 265-0246     <u>View 3 more</u>

✉ ermcats.em@gmail.com     <u>View 2 more</u>

♥ No relatives found     <u>Learn more</u>

🏛 Check for Criminal or Traffic records     <u>Learn more</u>

📢 No social media found     <u>Learn more</u>

📷 No photos found

☰ Overview     ⌃ ⌄

♡ Save          🔔 Monitor          📄 PDF          List          ••• More

# Ernie Lee Mullins

Age 71 years old

Born February 1952

Location Connersville, IN

Aliases Ernie Mullins, Ernie L Mullins <u>View 7 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 2369 W Country Club Rd # R                         <u>View details</u>
   Connersville, IN 47331

📞 (765) 265-0250                                      <u>View 4 more</u>

✉ ermcats.em@gmail.com                                <u>View 7 more</u>

♥ 8 relatives found                                   <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records               <u>Learn more</u>

📢 No social media found                               <u>Learn more</u>

📷 No photos found

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                     

♡ Save          🔔 Monitor          🗎 PDF          🗐 List          ⋯ More

# Karen K Bennett

Age 57 years old

Born December 1965

Location Centerville, IN

Aliases Karen Bennett, Kaern Bennett <u>View 9 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 509 W Sycamore St                                    <u>View 6 more</u>
   Centerville, IN 47330

📞 (765) 338-8079                                          <u>View 5 more</u>

✉ NANCYAB2012@GMAIL.COM                              <u>View 9 more</u>

♥ 7 relatives found                                       <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records               <u>Learn more</u>

📣 2 social networks identified                          <u>View details</u>

📷 No photos found

**Need this report in a printable format?**

 Overview                                              

♡ Save          🔔 Monitor          📄 PDF          ☷ List          ⋯ More

# Brian P Jenkins

Age 65 years old

Born April 1958

Location Union City, IN

Aliases Brian Jenkins, Brian P Jenkings  View 9 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 722 N Plum St                                          View 5 more
   Union City, IN 47390

📞 (765) 277-2492                                         View 7 more

✉ HOUNDOOM229@HOTMAIL.COM                                View 8 more

❤ 3 relatives found                                      View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                  Learn more

📣 2 social networks identified                           View details

📷 No photos found

**Need this report in a printable format?**

 Overview                                    

♡ Save          🔔 Monitor          🖨 PDF          📋 List          ⋯ More

# Susan M Jenkins

Age 66 years old

Born March 1957

Location Union City, IN

Aliases Susan Jenkins

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                              ✓

🏠 722 N Plum St                                              View 3 more
   Union City, IN 47390

📞 (812) 320-5008                                             View 3 more

✉ No email addresses found                                    Learn more

♥ 3 relatives found                                          View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                       Learn more

◀ No social media found                                       Learn more

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                              

♡ Save          🔔 Monitor          📄 PDF          ☰ List          ··· More

# Phillip Thomas Jenkins

Age 37 years old

Born May 1986

Location Union City, IN

Aliases Phillip Jenkins, Phillip Thomas Jenkins  View 2 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 722 N Plum St                                      View 6 more
   Union City, IN 47390

📞 (765) 277-2491                                      View 3 more

✉ JENKINS.PT@GMAIL.COM                                View 8 more

♥ 3 relatives found                                   View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records              Learn more

📢 4 social networks identified                        View details

📷 No photos found

**Need this report in a printable format?**

 Overview                                    

♡ Save          🔔 Monitor          📄 PDF          📋 List          ⋯ More

# Stephen Nathaniel Jenkins

Age 34 years old

Born January 1989

Location Union City, IN

Aliases Stephen Jenkins, Stephen Nathaniel Jenkins  View 1 more

➥ Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 722 N Plum St                                       View 2 more
Union City, IN 47390

📞 (765) 277-2435                                      View 1 more

✉ STEPHENNJENKINS@WOH.RR.COM                          View details

♥ 3 relatives found                                   View relatives
NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records               Learn more

📣 2 social networks identified                         View details

📷 1 possible photo found



Higher Confidence

 Overview                                    

♡ Save          🔔 Monitor          🗎 PDF          🗏 List          ••• More

# Tamera P Arden

Age 60 years old

Born November 1962

Location Brownsburg, IN

Aliases Tamera Huff, Tammy Huff View 24 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                          ✓

🏠 102 Bent Stream Ln                                          View 11 more
   Brownsburg, IN 46112

📞 (317) 509-8873                                          View 6 more

✉ JM4U2000@HOTMAIL.COM                                          View 17 more

♥ 9 relatives found                                          View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                                          View details

📢 5 social networks identified                                          View details

📷 No photos found

**Need this report in a printable format?**

 Overview                                          

Ian Hornsby

4021 W 54th St.,
3102A

Sioux Falls, SD 57107

♡ Save          🔔 Monitor          🄿 PDF          List          ••• More

# Michael J Behles

Age 26 years old

Born May 1997

Location Minot, ND

Aliases Michael Joseph Behles, Patricia Behles  View 1 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                              ✓

🏠 3215 8th St NE Apt D                                          View 2 more
   Minot, ND 58703

📞 (701) 721-0239                                                View details

✉ pbehles@comcast.net                                           View 1 more

❤ 8 relatives found                                             View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                         View details

📣 1 social network identified                                   View details

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                     

♡ Save          🔔 Monitor          📄 PDF          ≣ List          ••• More

# Nicholas J Fletcher

Age 32 years old

Born April 1991

Location Indianapolis, IN

Aliases Nicholas Fletcher, Nick Fletcher  View 2 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                        ✓

🏠 444 W 79th St                                          View details
Indianapolis, IN 46260

📞 (317) 501-2434                                         View details

✉️ CPUOWN@GMAIL.COM                                       View 3 more

❤️ 3 relatives found                                      View relatives
NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                   Learn more

🔗 1 social network identified                             View details

📷 No photos found

### Need this report in a printable format?
Reports are available as a PDF that you can print, email to yourself or download to your computer.

≣ Overview                                           

♡ Save        🔔 Monitor        📄 PDF        ☰ List        ••• More

# Elizabeth A Fodrea

Age 60 years old

Born July 1963

Location Winchester, IN

Aliases Beth Shank, Elizabeth A Daggett  View 21 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                         ✓

🏠 5501 N 400 W                                            View 6 more
   Winchester, IN 47394

📞 (765) 509-0488                                          View 2 more

✉ dfodrea@yahoo.com                                       View 2 more

❤ 12 relatives found                                      View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                   Learn more

📢 3 social networks identified                            View details

📷 No photos found

**Need this report in a printable format?**

 Overview                                        

♡ Save          🔔 Monitor          🖹 PDF          ☰ List          ••• More

# Phyllis I Savoy I

Age 64 years old

Born April 1959

Location Connersville, IN

Aliases Phyllis Savoy, Phyllis Schneider  View 23 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                               ✓

🏠 2200 Western Ave                                          View 9 more
   Connersville, IN 47331

📞 (765) 338-8507                                             View 4 more

✉️ LOVEYDOVE53@GMAIL.COM                                     View 21 more

♥ 14 relatives found                                         View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                     Learn more

📣 3 social networks identified                               View details

📷 No photos found

**Need this report in a printable format?**

 Overview                                

♡ Save          🔔 Monitor          📄 PDF          📋 List          ••• More

# Tyler Jesko

Age 26 years old

Born December 1996

Location Marietta, GA

Aliases Tyler James Jesko

**Add to Address Book**

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 4778 Outlook Way NE # C          **View details**
   Marietta, GA 30066

📞 (678) 468-8388          **View 3 more**

✉ dsjesko@comcast.net          **View 1 more**

❤ 3 relatives found          **View relatives**
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records          **Learn more**

⚟ 2 social networks identified          **View details**

📷 No photos found

**Need this report in a printable format?**

 Overview          

♡ Save          🔔 Monitor          📄 PDF          List          ••• More

# Christiaan Blake Hastings

Age 26 years old

Born April 1997

Location Marietta, GA

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                   ✓

🏠 3837 Bluffview Dr                                    View 1 more
Marietta, GA 30062

📞 No phone numbers found                               Learn more

✉ No email addresses found                             Learn more

❤ 4 relatives found                                    View relatives
NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                Learn more

✎ No social media found                                Learn more

📷 No photos found

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                              

♡ Save          🔔 Monitor          📄 PDF          ☰ List          ••• More

# Anthony J Reinhold

Age 25 years old

Born April 1998

Location Pittsfield, MA

Aliases Anthony Reinhold, Heather Reinhold

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                    ✓

🏠 28 Grove St # 1                                                    View details
   Pittsfield, MA 01201

📞 (413) 358-1014                                                    View 2 more

✉ heather.reinhold@yahoo.com                                        View 5 more

♥ 6 relatives found                                                 View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                            Learn more

◀ 1 social network identified                                       View details

📷 No photos found

 Overview                                        

♡ Save          🔔 Monitor          📄 PDF          List          ••• More

# Karan Sue Jacobs

Age 63 years old

Born July 1960

Location Cambridge City, IN

Aliases Karan Jacobs, Jacobs Karan View 18 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 1271 Bales Rd                                    View 21 more
   Cambridge City, IN 47327

📞 (765) 994-1044                                   View 6 more

✉ MCCOYKARAN@GMAIL.COM                              View 11 more

❤ 17 relatives found                               View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records            Learn more

🔗 No social media found                            Learn more

📷 No photos found

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

☰ Overview                                          ︿ ﹀


♡ Save          🔔 Monitor          📄 PDF          List          ••• More

# Carolyn J Himelick

Age 74 years old

Born 1949

Location Cambridge City, IN

Aliases Carolyn Himelick, Carolyn J Himclick

📇 Add to Address Book

Monitor this report to receive updates

**Turn monitoring on**

High Confidence Data Only ❓                                    ✓

🏠 1095 S Jacksonburg Rd                                        View details
   Cambridge City, IN 47327

📞 No phone numbers found                                       Learn more

✉ CAROLYN.HIMELICK@AOL.COM                                     View details

♥ 4 relatives found                                            View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                        Learn more

⛵ No social media found                                        Learn more

📷 No photos found

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

☰ Overview                                                     

♡ Save          🔔 Monitor          📄 PDF          📋 List          ••• More

# Sarah Raeanne Rumsey

Age 33 years old

Born October 1990

Location Durham, NC

Aliases Sarah Davis, Sarah Rumsey View 3 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                             ✓

---

🏠 1216 Golden Eagle Dr                                          View 8 more
   Durham, NC 27704

---

📞 (617) 605-3150                                                View 3 more

---

✉️ rumseycm@yahoo.com                                           View 5 more

---

❤️ 1 digitized marriage record found                          View relatives
   NOTE: Spouses may appear as relatives

---

🏛️ Check for Criminal or Traffic records                         Learn more

---

🔗 No social media found                                         Learn more

---

📷 No photos found

---

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.



♡ Save          🔔 Monitor          🗎 PDF          ▤ List          ••• More

# Darrick Lee Davis

Age 56 years old

Born January 1967

Location Connersville, IN

Aliases Darrick L Davis, Derick Davis  View 7 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                              ✓

🏠 519 W 21st St                                              **View 4 more**
   Connersville, IN 47331

📞 (765) 698-5394                                              **View 2 more**

✉ darrick.davis7@hotmail.com                                  **View 6 more**

♥ 8 relatives found                                           **View relatives**
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                       **Learn more**

🔗 2 social networks identified                                **View details**

📷 No photos found

**Need this report in a printable format?**

 Overview                                  

♡ Save            🔔 Monitor            📄 PDF            ☰ List            ••• More

# Matthew B Stephens

Age 36 years old

Born August 1987

Location Richmond, IN

Aliases Matt Stephens, Abby Kinsinger  View 1 more

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

| High Confidence Data Only ❓ | ✓ |
|---|---|

🏠 4591 S A St
   Richmond, IN 47374                                          View 1 more

📞 (765) 994-0514                                               View details

✉️ foxyroxylb@gmail.com                                        View 1 more

❤️ 3 relatives found                                           View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                       Learn more

📢 2 social networks identified                                View details

📷 No photos found

**Need this report in a printable format?**

 Overview



♡ Save          ⌂ Monitor          🅟 PDF          📇 List          ••• More

# Morgan Leanne House

Age 33 years old

Born December 1989

Location Atlanta, GA

Aliases Morgan Leanne House, Morgan Epp <u>View 3 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

**Turn monitoring on**

High Confidence Data Only ❓                                    ✓

🏠 816 Forrest Cir SE                                    <u>View 4 more</u>
   Atlanta, GA 30354

📞 (317) 407-1248                                        <u>View 1 more</u>

✉ No email addresses found                              <u>Learn more</u>

♥ 9 relatives found                                     <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                 <u>Learn more</u>

◀ No social media found                                 <u>Learn more</u>

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                            

♡ Save          🔔 Monitor          🖹 PDF          ≣ List          ••• More

# Nicholas G Gulde

Age 30 years old

Born April 1993

Location Pendleton, IN

Aliases Nicholas Gulde, Nick Gulde <u>View 3 more</u>

📇 **Add to Address Book**

Monitor this report to receive updates

**Turn monitoring on**

---

High Confidence Data Only ❓                                              ✓

---

🏠 144 Canterbury Rd                                            <u>View 3 more</u>
   Pendleton, IN 46064

---

📞 (765) 960-8482                                               <u>View 2 more</u>

---

✉ ivymaewysong@gmail.com                                       <u>View 1 more</u>

---

❤ 7 relatives found                                            <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                        <u>Learn more</u>

---

📢 3 social networks identified                                 <u>View details</u>

---

📷 No photos found

**Need this report in a printable format?**



♡ Save          🔔 Monitor          🗎 PDF                    ☰ List          ⋯ More

# Trina K Gulde

Age 60 years old

Born April 1963

Location Cambridge City, IN

Aliases Trina Gulde, Trina Guide  View 4 more

📇 **Add to Address Book**

Monitor this report to receive updates

**Turn monitoring on**

---

High Confidence Data Only ❓                                    ✓

---

🏠 315 E Front St                                          **View 3 more**
   Cambridge City, IN 47327

---

☎ (765) 478-5034                                          **View details**

---

✉ GULDE@AOL.COM                                            **View 2 more**

---

💗 10 relatives found                                       **View relatives**
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records                   **Learn more**

---

📣 No social media found                                    **Learn more**

---

📷 No photos found

---

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                          

Save    Monitor    PDF    List    More

# Jerry M Moore

Age 33 years old

Born February 1990

Location Indianapolis, IN

Aliases Jerry Moore, Jerry Wayne Moore <u>View 6 more</u>

<u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 5246 E 86th St Apt 303                              **View 1 more**
   Indianapolis, IN 46250

📞 (225) 802-2267                                       **View 6 more**

✉ moorejeremy2991@gmail.com                            **View 7 more**

♥ No relatives found                                   **Learn more**

🏛 Check for Criminal or Traffic records               **Learn more**

📢 2 social networks identified                         **View details**

Overview
No photos found                                         

*Jerry Moore has resided in New Zealand.*

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

## Permanent Residency VISA Recommendation Letter: Jerry Moore

2 messages

**Jon F. Turpin** <jt4590@gmail.com>
To: Janelle McNeil <jemcneil@pm.me>

Thu, Jan 26, 2023 at 12:22 AM

Date: 01/26/2023

The Immigration Officer, Immigration New Zealand, New Zealand,
I'm writing to you in regards to Jerry Moore and Janelle McNeil, and to give my utmost support for their relationship and to request sincerely that you consider providing Jerry Moore his Permanent Residency VISA.
Jerry Moore and I grew up together in a small town called Cambridge City, Indiana in the United States and I've had the personal blessing of knowing him nearly my entire life, and watched his and Janelle's love grow.
We've had our personal journey together as friends, I'd call him akin to family or a brother. I've always known Jerry to be a man of character, who truly commits and follows his heart, and Jerry and Janelle have a true connection.
Despite the distance, I've had the pleasure of hearing about, then seeing the growth of their relationship as Jerry and Janelle dedicated their time to one another over the last 5 years, first online, then as Jerry moved to New Zealand.
After knowing Jerry most of my life, and having the pleasure to talk with Janelle, I know their relationship is genuine and true and I've never seen him so happy. Please allow their love to flourish together by giving Jerry this opportunity for a VISA.

**Jerry Moore**
March 11 2018

Pretty big news!
A couple of milestones toward my goal of travelling abroad. First, passport! Took some time to get the documents and money together for this, and I couldn't have done it without the financial help of some really rad friends. Just a couple of steps away from being ready to travel.

One of those steps is to save up about, $5000. Thanks to ___ I heard about a pretty sweet job in Greenfield, and am on track to save the required amount. It's night shift, but it pays exceedingly well.

Won't forget to pay back the people that have helped me along the way, directly, or by simply being a part of getting me where I am now. Love you guys. Hoping to get ___ over here to meet everyone asap.





Sincerely,
**Jon F. Turpin**
Phone: 225-259-6270
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Sat, Jan 28, 2023 at 9:01 PM
To: Janelle McNeil <jemcneil@pm.me>

Date: 01/26/2023

The Immigration Officer, Immigration New Zealand, New Zealand,
I'm writing to you in regards to Jerry Moore and Janelle McNeil, and to give my utmost support for their relationship and to request sincerely that you consider providing Jerry Moore his Partnership Residency VISA.
Jerry Moore and I grew up together in a small town called Cambridge City, Indiana in the United States and I've had the personal blessing of knowing him nearly my entire life, and watched his and Janelle's love grow.
We've had our personal journey together as friends, I'd call him akin to family or a brother. I've always known Jerry to be a man of character, who truly commits and follows his heart, and Jerry and Janelle have a true connection.
Despite the distance, I've had the pleasure of hearing about, then seeing the growth of their relationship as Jerry and Janelle dedicated their time to one another over the last 5 years, first online, then as Jerry moved to New Zealand.
After knowing Jerry most of my life, and having the pleasure to talk with Janelle, I know their relationship is genuine and true and I've never seen him so happy. Please allow their love to flourish together by giving Jerry this opportunity for a VISA.

♡ Save            ⛔ Monitor            🖹 PDF                    🖺 List        ••• More

# Amanda M Baker

Age 29 years old

Born September 1994

Location Decatur, IN

Aliases Amanda Baker, Amanda Marie Baker   <u>View 8 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                    ✓

🏠 331 Mercer Ave                                        <u>View 5 more</u>
   Decatur, IN 46733

📞 (765) 312-2068                                        <u>View 6 more</u>

✉ AMANDABAKER572@YAHOO.COM                               <u>View 5 more</u>

♥ 11 relatives found                                     <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                 <u>Learn more</u>

📢 No social media found                                 <u>Learn more</u>

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

♡ Save          🔔 Monitor          📄 PDF          List          ••• More

# Joshua Ryan King Baker

Age 36 years old

Born April 1987

Location New Castle, IN

Aliases Josh King, Joshua King Baker <u>View 11 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                      ✓

🏠 549 S Messick Rd                                                   <u>View 7 more</u>
   New Castle, IN 47362

📞 (765) 729-8004                                                     <u>View 6 more</u>

✉️ king413872002@gmail.com                                           <u>View 14 more</u>

♥ 4 relatives found                                                  <u>View relatives</u>
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                             <u>Learn more</u>

🔗 3 social networks identified                                      <u>View details</u>

📷 1 possible photo found



Higher Confidence

 Overview          

♡ Save          🔔 Monitor          📄 PDF          🗐 List          ⋯ More

# Jesse R Whitton

Born October 1989

Location Centerville, IN

Aliases Jesse Roy Whitton

🔖 **Add to Address Book**

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                              ✓

---

🏠 216 W Main St                                         **View 7 more**
   Centerville, IN 47330

---

📞 (765) 969-9155                                        **View details**

---

✉️ victory_7@hotmail.com                                 **View details**

---

💜 4 relatives found                                     **View relatives**
   NOTE: Spouses may appear as relatives

---

🏛️ Check for Criminal or Traffic records                **Learn more**

---

◀️ 2 social networks identified                          **View details**

---

📷 No photos found

---

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                          

♡ Save    🔔 Monitor    📄 PDF    List    ••• More

# Nicole Renee Mann

Age 33 years old

Born May 1990

Location Clinton, OK

Aliases Nicole Mann

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                    ✓

🏠 10494 N 2310 Rd                                                    View 1 more
Clinton, OK 73601

📞 No phone numbers found                                             Learn more

✉ MOMMYSGL18@HOTMAIL.COM                                             View details

❤ 3 relatives found                                                   View relatives
NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                              Learn more

🧭 No social media found                                              Learn more

📷 No photos found

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 

♡ **Save**      🔔 **Monitor**      📄 **PDF**      🗎 **List**      ⋯ **More**

# Crystal Elain Call

Age 34 years old

Born March 1989

Location Straughn, IN

Aliases Crystal Call, Crystal Moore <u>View 5 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

**Turn monitoring on**

---

High Confidence Data Only ❓                                                      ✓

---

🏠 5773 E County Road 700 S                                          <u>View 6 more</u>
   Straughn, IN 47387

---

📞 (765) 541-1736                                                          <u>View 7 more</u>

---

✉️ CRYSCALL3@GMAIL.COM                                          <u>View 2 more</u>

---

❤️ 7 relatives found                                                      <u>View relatives</u>
   NOTE: Spouses may appear as relatives

---

🏛️ Check for Criminal or Traffic records                          <u>Learn more</u>

---

🔗 2 social networks identified                                      <u>View details</u>

---

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview



♡ Save          ⌂ Monitor          ⎙ PDF          ☰ List          ⋯ More

# Casey S Stout

Age 26 years old

Born November 1996

Location Indianapolis, IN

Aliases Casey Stout

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                        ✓

🏠 1845 E Minnesota St                                                    View details
   Indianapolis, IN 46203

📞 (317) 487-9881                                                          View 1 more

✉ PHANTOMPAINXLR8@YAHOO.COM                                              View details

♥ 1 relative found                                                        View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                                 Learn more

⚓ No social media found                                                  Learn more

📷 No photos found

**Need this report in a printable format?**

Reports are available as a PDF that you can print, email to yourself or download to your computer.

 Overview                                                    

♡ Save          🔔 Monitor          📄 PDF                    🗒 List          ⋯ More

# Alexis Irene Turpin I

Age 29 years old

Born July 1994

Location Tampa, FL

Aliases Alexis Turpin, Alexis Irene Turpin View 2 more

📓 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

---

High Confidence Data Only ❓                                          ✓

---

🏠 13907 Bittersweet Way                              View 2 more
   Tampa, FL 33625

---

📞 (765) 541-2140                                      View details

---

✉ jft452003@yahoo.com                                View 1 more

---

❤ 2 relatives found                                  View relatives
   NOTE: Spouses may appear as relatives

---

🏛 Check for Criminal or Traffic records             Learn more

---

◀ 5 social networks identified                        View details

---

📷 No photos found

---

**Need this report in a printable format?**

 Overview                              

Reports are available as a PDF that you can print, email to yourself or download to your computer.

🖨 Print PDF     ✈ Email PDF

## Possible Phone Numbers

Alerts ⋯

⌄ Learn more

✔ Best phone number match

### (765) 541-2140 (/app/generate/phone?phone=7655412140&referringBvid=N_MTg4NzYwMDc0NjEz)

Phone type Mobile
Dates seen Jan 2012 - Aug 2023

View phone report (/app/generate/phone?phone=7655412140&referringBvid=N_MTg4NzYwMDc0NjEz)

Is this accurate?

WARNING: Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

⋯

## ✉ Possible Emails

Alerts

### 👤 Personal Emails (2)

jft452003@yahoo.com (/app/generate/email?email=jft452003%40yahoo.com)   ✔ Best email address match

alexi72194@msn.com (/app/generate/email?email=alexi72194%40msn.com)   Higher Confidence

Last seen: 02/22/2023

*Why is my spam address showing on her info?*

*It got hacked, and my sister's info is also*  *showing on my car loan when it shouldn't be showing.*

## Possible Address History

Alerts

⌄ Learn more

3 addresses identified

☰ Overview

| Name | Address | City | State | ZIP Code | Contact |
|------|---------|------|-------|----------|---------|
| MR & MRS DANNY L DOUGLAS | 1719 W CO RD 100 S | NEW CASTLE | IN | 47362 | douglasleeannie@aol.com 765-521-4537 A 765-524-4425 D 765-524-0388 |
| MR & MRS JOSHUA DOUGLAS | 3190 W COUNTY RD 100 S | NEW CASTLE | IN | 47362 | douglasjoshua86@gmail.com J 765-524-5838 A 765-465-0082 |
| MR & MRS PAT FAUSSET | 9841 E STATE ROAD 234 | WILKINSON | IN | 46186 | jdmf1@myninestar.net 765-785-2538 P 317-997-0304 D 317-498-3631 |
| MR & MRS JON D LAUMAN | 270 S RITTER AVE | INDIANAPOLIS | IN | 46219 | faussetmk@gmail.com J 317-941-3246 M 317-319-5356 |
| MR & MRS HUGH LEE | 2938 N RAIDER RD | NEW CASTLE | IN | 47362 | hlnewcastle@aol.com 765-533-3254 765-465-1377 |
| MRS OPAL LINDLEY | 11 RINGWOOD WAY | ANDERSON | IN | 46014 | |
| MS JENNIFER MCCORD | 1541 LAUREL OAK DR | FAYETTEVILLE | NC | 28314 | |
| MR & MRS TYLER REECE | 1727 S SPICELAND RD | NEW CASTLE | IN | 47362 | R 765-524-9824 T 765-686-3038 |
| MR & MRS ROBERT SMOOT | 5330 N SUGAR HILLS DR | GREENFIELD | IN | 46140 | |
| MR & MRS KEVIN P STONEROCK | 4765 S GREENSBORO PIKE | KNIGHTSTOWN | IN | 46148 | |
| MR & MRS TROY THOMPSON | 2906 S SPICELAND RD | NEW CASTLE | IN | 47362 | |
| MR & MRS ALEXIS I TURPIN SANTOS | 13907 Bittersweet Way | Tampa | FL | 33625 | 765-541-2140 |
| MR & MRS GEORGE G TURPIN | 11423 CHARLESTON PKWY | FISHERS | IN | 46038 | 812-569-2532 |
| MR & MRS G SCOTT TURPIN | 8547 WICKERSHAM WAY | SEYMOUR | IN | 47274 | bajt1987@yahoo.com B 812-569-2534 |
| MR & MRS JAMES C TURPIN | 2764 W CO RD 400 S | NEW CASTLE | IN | 47362 | |

| Name | Street | City | State | Zip | Contact |
|---|---|---|---|---|---|
| MR KYLE B TURPIN | 1548 PRAIRIEVIEW LN | GREENFIELD | IN | 46140 | 317-414-2375 |
| MR & MRS STEPHEN E TURPIN | 31 EAGLE CHASE LN | ETOWAH | NC | 28729 | |
| MR & MRS JOSEPH A TURPIN | 5125 SUGAR HILL DR | GREENFIELD | IN | 46140 | jturpin@hrtc.net bastrn@yahoo.com J 317-514-3458 B 317-514-3457 |
| MR & MRS JOSEPH R TURPIN | 842 BOBTAIL DR | GREENFIELD | IN | 46140 | josephturpin@icloud.com debraturpin@gmail.com J 317-442-1242 D 317-604-1204 |
| MR & MRS MICHAEL TURPIN | 1416 EUCALYPTUS CIR | GREENFIELD | IN | 46140 | mlt553@gmail.com 317-362-9291 |
| MR & MRS MATTHEW A TURPIN | 644 MOZART DR | GREENFIELD | IN | 46140 | Mat335@gmail.com 317-414-2406 |
| MR COOPER WALLACE | 1490 EMERALD DR | NEW CASTLE | IN | 47362 | |
| MS MARY WALLACE | PO BOX 73 | GREENSBORO | IN | 47344 | |
| MR & MRS KEDRIC WALLACE | PO BOX 226 | SPICELAND | IN | 47385 | |
| MR & MRS MARK WALLACE | 403 N MAIN ST | NEW CASTLE | IN | 47362 | |
| MRS NELLE WALLACE | PO BOX 73 | GREENSBORO | IN | 47344 | wallacenelle@gmail.com 765-987-7539 765-686-0946 |
| MR & MRS MICHAEL H WALLACE | 7554 PACIFIC SUMMIT | NOBLESVILLE | IN | 46062 | mhwallace1961@gmail.com swallace1012@gmail.com |
| MR & MRS PAUL J WALLACE | 15620 FRANK MYERS RD | CAMBRIDGE CITY | IN | 47327 | |
| MR & MRS CHRIS WING | 2325 SANTA FE DRIVE | GREENFIELD | IN | 46140 | |