

**US POSTAGE PAID**
**$23.50**
Origin: 47396
11/13/23
1797240822-09

**PRIORITY MAIL®**

9 Lb 11.8 Oz
RDC 03

EXPECTED DELIVERY DAY: 11/17/23

C051

SHIP TO:

RM 215
201 JACKSON ST
MONROE LA 71201-7499

**USPS TRACKING® #**



9505 5103 7572 3317 4806 93



**RECEIVED**
IN MONROE, LA.
NOV 17 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**PRIORITY ★ MAIL ★**



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO: Honorable Tony R. Moore
Clerk of Courts
201 Jackson St., Suite 215
Monroe, LA 71201

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE