UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JON F.D. TURPIN, et al.      )
                             ) Civil Action No. 1:23-CV-01059-TAD-JPM
        v                    )
                             )
JOSEPH R BIDEN, JR, et al.   )

RECEIVED IN MONROE, LA. NOV 17 2023 TONY R. MOORE, CLERK WESTERN DISTRICT OF LOUISIANA

Dear Honorable Terry A. Doughty,

The protective order from Case # 89C01-2305-PO-000087 is fictitious, fractious, and fraudulently obtained via double-jeopardy, and violation of our 3rd, 4th, and 5th amendment rights, as well as our 6th and 7th amendment rights and causes corruption of blood via denial of our 14th amendment rights to due process, and is against case precedent in Bruen, Aprendi, Blakely, and even oral arguments by the DOJ's current representation in Rahimi, and contrary to my moral character, as well as being unconstitutional at face and as applied.

This is a direct violation of my 2nd amendment rights and doesn't align with historical disarmament, and directly proceeds to continue to violate our 1st amendment rights continuing a violation of my 8th amendment rights via cruel and unusual punishment.

Please dismiss this protective order for lack of timely entry, and/or lack of legal grounds, and/or lack of jurisdiction, and/or unconstitutionality, and/or violation of civil rights, and/or vindictive prosecution.

Thank you for your time and consideration, Your Honor,

Jon F. "D." Turpin | 2421 S. Plum St., Yorktown, IN 47396 | Jon F "D" Turpin

Your Honor,

I'm the same man who notified your U.S. Marshals, out of genuine concern, that our Honorable Robert F. Kennedy, Sr. should have a security detail from our esteemed U.S. Marshals and requested it for his safety, before a bad apple attempted to infiltrate one of R.F.K., Jr.'s rallies potentially attempting to harm him...

The alleged victim, alleged petitioner, and alleged attorney are not at risk of harm, but have been reported out of genuine concern, and this fraudulently obtained protective order places us in clear and present danger, as well as denying our civil and constitutional rights perpetually.

Please dismiss and/or denovo review this order for dismissal.

Thank you for your time and consideration, Your Honor,

Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396
Jon F. "D." Turpin

My prior convictions, which have been used against me again, were wrongful then, and now, I'm innocent, just autistic, and in my opinion, honesty is the best policy, so why is it used as a cudgel? The protective order wasn't provided to my legal counsel, Kirk Freeman, Esq., up front, and I didn't file Pro Se in Wayne County, so it must be in your jurisdiction by all actions presented, and the Federal Questions proceeding.