Erin Golden
2421 South Plum Street, Yorktown, IN 47396

November 16 , 2023

Honorable Terry A. Doughty
Chief Judge of United States District

201 Jackson Street, Suite 215
Monroe, IN 71201

Jon F. Turpin vs. Joseph R. Biden Jr., et al.
Civil Action No. 1:23-CV-01059-TAD-JPM

Dear Honorable Doughty:

My name is Erin Golden. I am writing on behalf of my husband, Jon F. Turpin to request the dismissal of the current protective order case no. 89C01-2305-PO-000087. This protective order has been filed under false pretenses, including using a previously expunged case without grounds to access it by the other party and their attorney to find my husband guilty before proven innocent. Along with the loss of constitutional rights, civil rights, and job stability before the initial hearing as well as continued loss of rights.

In my opinion, the other party and their attorney may have withheld and misrepresented information that could have been used in our defense, including my husband's character.

My husband has been a kind and caring man, attending Catholic Mass every Sunday, is family oriented, maintaining a well-paying, steady job until these unfortunate events, which began with threats against our marriage, civil rights, and safety by individuals, including the other parties mentioned in this letter. My husband is simply trying to protect me from those seeking malicious actions because we're Catholic.

These individuals have threatened and caused harm to my safety, future family, health, finances, and job stability, including my husband when we want to live in peace with our God given rights and request restoration.

In addition, he has familial support including myself, my mother, my sisters, my brother, and my grandmother of 102 years of age.

Thank you for your consideration and for your time, Your Honor.

Best Regards,
Erin Golden
Erin Golden

*Cover Sheet for Protection Order, No Contact Order, Child Protective Order, WorkPlace Violence Restraining Order*

**COVER SHEET** *(Check Only One)*

**Protection Order**
☑ IC 34-26-5

**Child Protective Order**
☐ IC 31-34-2.3

**No Contact Order**
☐ IC 31-32-13 ☐ IC 33-39-1-8 ☐ IC 35-33-8-3.6
☐ IC 31-34 ☐ IC 35-33-8-3.2 ☐ IC 35-38-1-30 and/or 35-38-2-2.3
☐ IC 31-37

**Workplace Violence Restraining Order** ☐ IC 34-26-6

**Case No.** 89C01-2305-PO-000087

**Court** WAYNE CIRCUIT COURT

WAYNE, INDIANA
**County**

**PETITIONER/PROTECTED PERSON/CHILD'S NAME IF CHILD IS PROTECTED PERSON**

Andrea Lynn Holwager
**(First / Middle / Last)**

And/or on behalf of minor family member(s):
N/A

**PETITIONER/PROTECTED PERSON IDENTIFIERS**

| BIRTH YEAR | SEX | RACE |
|---|---|---|
| 1988 | F | White |

Other Protected Persons:
Michael Alan Holwager (M-White - 1988)

**V. RESPONDENT/DEFENDANT**

Jon Frederick Turpin
**(First / Middle / Last)**

Relationship between Petitioner/Protected Person:
COMMITTED HARASSMENT AGAINST PROTECTED PERSON

Respondent's/Defendant's Address:
2421 S. Plum Street, Yorktown, IN 47396

**CAUTION:**
☐ Weapon Involved ☑ Weapon Present on the property

**RESPONDENT/DEFENDANT IDENTIFIERS**

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| M | White | 04/05/1990 | | |

| EYES | HAIR | DISTINGUISHING FEATURES |
|---|---|---|
| | | |

| DRIVERS LICENSE # | STATE | EXP DATE |
|---|---|---|
| | | |

**THE COURT FINDS:**
That it has jurisdiction over the parties and subject matter, and the Respondent/Defendant has been or will be provided with reasonable notice and opportunity to be heard.

**Additional findings of this order follow on succeeding pages.**

**THE COURT ORDERS:**
The Respondent/Defendant is restrained from committing further acts of abuse or threats of abuse to the Petitioner/Protected Person.

☐ Yes ☑ No The Respondent/Defendant is Brady disqualified.

The Respondent/Defendant is restrained from any contact with the Petitioner/Protected Person.

**Additional terms of this order follow on succeeding pages.**
**The terms of this order shall be effective until:** *(Check Only One)*
☑ 11/03/2025 [date] ☐ further order of the court.

**WARNINGS TO RESPONDENT/DEFENDANT:**
**This order shall be enforced, even without registration, by the courts and law enforcement personnel of any state, the District of Columbia, any U.S. Territory, and may be enforced by Indian Tribal Government (18 U.S.C. Section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in Federal imprisonment (18 U.S.C. Section 2262).**
**Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C. Section 922(g)(8)).**

**Only the Court can change this order.** *[The following court information is required by statute.]*

**Court Phone:** (765) 973-9266
**To verify status, call: Clerk** (765) 973-9224
**Court Hours:** M 8:30 - 5 T-F 8:30-4:30
**Sheriff** (765) 973-9393
**IDACS Message ID:**

**Mod**

TCP-PO-Cover Sheet Approved 07/02
Rev. by State Ct. Admin. 07/10

**11/03/2023 12:15 PM**

| | | |
|---|---|---|
| STATE OF INDIANA<br>COUNTY OF WAYNE | )<br>) SS:<br>) | IN THE WAYNE CIRCUIT COURT<br><br>COURT 89C01 |
| Andrea Lynn Holwager,<br>Petitioner<br><br>vs.<br><br>Jon Frederick Turpin,<br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number 89C01-2305-PO-000087<br>Petition Filing Date 5/30/2023 |

## ORDER FOR PROTECTION

### FINDINGS

This matter having been heard by the Court on 10/31/2023, the Court now makes the following Findings:

a. Andrea Lynn Holwager filed a timely Request for Hearing under Ind. Code § 34-26-5-10(a); and/or,

b. The Court is required to hold a hearing under Ind. Code § 34-26-5-9(b) or § 34-26-5-10(b).

c. The Petitioner was present at the hearing and the Respondent was present.

d. This order does not protect an intimate partner or child.

e. The Respondent had notice and an opportunity to be heard.

f. The Respondent represents a credible threat to the safety of the Petitioner or a member of the Petitioner's household.

g. The Petitioner has shown, by a preponderance of the evidence, that repeated acts of harassment has occurred sufficient to justify the issuance of this Order.

h. The Respondent does not agree to the issuance of the Order for Protection.

i. The following relief is necessary to bring about a cessation of the violence or the threat of violence.

### ORDER

### Section 1 - General Provisions

1. The Respondent is hereby enjoined from threatening to commit or committing acts of domestic or family violence, stalking, sex offenses, a course of conduct involving repeated or continuing contact with Petitioner that is intended to prepare or condition the Petitioner for sexual activity (as defined in IC § 35-42-4-13), or harassment against the Petitioner and the following designated family or household members, if any:
   Michael Alan Holwager

2. The Respondent is prohibited from harassing, annoying, telephoning, contacting, or directly or indirectly communicating with the Petitioner.

3. The Respondent shall be excluded from the Petitioner's residence.

4. The Respondent is ordered to stay away from the residence, school, and/or place of employment

of the Petitioner. The Respondent is further ordered to stay away from the following place(s) that is/are frequented by the Petitioner and/or Petitioner's family or household members:
537 W Main Street, Richmond, IN 47374; 113 E Delaware Street, Cambridge City, IN 47327

5. N/A
6. N/A
7. N/A
8. N/A
9. N/A
10. N/A
11. The Respondent is prohibited from using or possessing a firearm, ammunition, or deadly weapon. The Respondent is ordered to surrender the following firearm(s), ammunition, and/or deadly weapon(s) which the Court finds are in the control, ownership, or possession of the Respondent or in the control or possession of another person on behalf of the Respondent:

    Any firearms in the possession of or owned by Respondent.

12. N/A
13. N/A
14. N/A

**Section 2 - Parenting Provisions**

15. N/A
16. N/A

**Section 3 - Monetary Relief**

17. N/A
18. N/A
19. N/A
20. N/A
21. N/A
22. N/A
23. N/A

## Section 4 - Telephones

24 a. N/A

b. N/A

c. N/A

## Section 5 - Duration of Order

***THIS ORDER FOR PROTECTION EXPIRES:***

ON THE 3rd DAY OF November, 2025.

Date: 11/02/2023

Approved and ordered by:

April R. Drake

HON APRIL R DRAKE, Judge

******** IMPORTANT NOTICE ********

**Violation of this order is punishable by confinement in jail, prison and/or a fine.**

**If so ordered by the court, the respondent is forbidden to enter or stay at the petitioner's residence or residence of any child who is the subject of the order, even if invited to do so by the petitioner or any other person. In no event is the order for protection voided.**

**Pursuant to 18 U.S.C. 2265, this order for protection shall be given full faith and credit in any other state or tribal land and shall be enforced as if it were an order issued in that state or tribal land.**

**Pursuant to 18 U.S.C. 922(g), once a respondent has received notice of this order and an opportunity to be heard, it is a federal violation to purchase, receive or possess a firearm while subject to this order if the protected person is:**

**(A) The respondent's current or former spouse;**

**(B) A current or former person with whom the respondent resided while in an intimate relationship; or,**

**(C) A person with whom the respondent has a child.**

**Interstate violation of this order may subject the respondent to federal criminal penalties under 18 U.S.C. 2261 and 18 U.S.C. 2262.**



Jon F Turpin <jt4590@gmail.com>

## Protective Order Papers - Federal Question - Violation of Civil Rights

2 messages

**Jon F. Turpin** <jt4590@gmail.com> Wed, Nov 15, 2023 at 1:46 PM

Bcc: sachatessier@gmail.com, Kirk Freeman <kirk@kirkfreemanlaw.com>, judiciary_whistleblower@mail.house.gov, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, compass@rfkhumanrights.org

The attached are what we received today from a Sheriff here in Delaware County.

**In response to these papers:**
**1. This is not in the Wayne County Court Jurisdiction, neither were any of the cases mentioned during the proceedings, each is and are federal questions, and my due process rights, and civil rights have been denied.**

**2. In response to the letters under "Findings"**
a. The request was not filed in a timely fashion proven by an order from Federal Court which would have denied their filing, which I attempted while we were filing in a timely fashion for our harms and losses due to violation of our civil rights, etc.

b. The court was not required to hold a hearing, because there are and were no legal grounds for the alleged victim, alleged petitioner, and alleged attorney to file, even according to their own words:
1) The alleged victim (A.L.H.) hasn't been contacted since before our marriage, was reported out of genuine concern, the alleged petitioner (M.A.H.M.) responded of their own accord, and the individuals testified against each other, etc.

c. True, we were present, we were also compliant, and presented questions of law and violation of our rights.
d. True, which invalidates the only potential reason for the order listed under "Pursuant to 18 U.S.C. 922(g)..."
"(B) A current or former person with whom the respondent resided while in an intimate relationship:..."
There is no and was no intimate relationship, it was platonic and ended nearly 2 years ago, and this is reiterated to the alleged victim, alleged petitioner, and alleged attorney, via filings, without malice to the alleged victim who failed to report multiple others.

e. False, In my opinion, this was not effectively heard, and is a violation of our civil rights, safety, unconstitutional at face, and as applied. This is a federal question of law, civil rights, constitutional rights, separation of powers, and prosecutorial vindictiveness.
f. False, the alleged victim and alleged petitioner create a credible threat of safety to us, and my wife is so concerned for her safety, and our lives, from the colluding parties, she wishes to have protective orders filed against each of them to prevent their harms.[to us]
g. False, the alleged petitioner perjured themselves in court regarding a family business attached to a Revocable Trust used to violate our 14th amendment due process rights, and our bill of rights. Importantly, they also testified I'm not abusive nor violent.
h. True.
i. False, unless it was placed upon the alleged victim, alleged petitioner, and any colluding parties for our safety.

**3. In response to the numbers under "Order" in "Section 1 - General Provisions" "Section 2 - Parenting Provisions" "Section 3 - Monetary Relief" "Section 4 - Telephones" "Section 5 - Duration of Order"**
1. I already don't, he threatened me, and my wife. I was very clear in my testimony that I forgive the alleged petitioner. Suing them is unfortunately necessary.
2. I already don't, I reported them out of genuine concern. I was very clear in my filings that justice is for authorities. This doesn't mean I can't defend us peacefully with all of our rights.
3. I already left, due to their threats and attempts to violate my civil rights, and being harmed. Now the alleged petitioner, alleged victim, and their alleged attorney have violated our rights further.
4. I already do, and I was very clear I wish to avoid them in my testimony, and in filings to civilly sue them as suggested by multiple professionals and law enforcement.
5. N/A
6. N/A
7. N/A
8. N/A
9. N/A
10. N/A

11. My rights to own firearms was appealed to the Attorney General, the Indiana State Police, and in a higher court, via judges order, and via expungement, which was violated, violating our 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, and potentially 9th and10th amendment rights.
12. N/A
13. N/A
14. N/A
15. N/A
16. N/A
17. N/A
18. N/A
19. N/A
20. N/A
21. N/A
22. N/A
23. N/A
24.
   a. N/A
   b. N/A
   c. N/A

**THIS ORDER FOR PROTECTION EXPIRES:**
**ON THE 3rd DAY OF November 2025.**

**In my opinion, this is a direct violation of jurisprudence and case precedent including Espinoza, Aprendi, Blakely, Bruen, Heller, Rahimi, Donnell, Daniels, at face, and as applied, with opinions from even the DOJ in Rahimi at the Supreme Court affirming.**
**I am "Of The People," protecting my wife peacefully, which also falls under the immunity clause in Indiana's Code, and proceedings have caused corruption of blood via a conspiracy against U.S.C. 42 1983: https://www.law.cornell.edu/uscode/text/42/1983**

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

---

**ProtectiveOrderService1.pdf**
9193K

---

**Jon F. Turpin** <jt4590@gmail.com> Wed, Nov 15, 2023 at 1:47 PM
Bcc: braun_casework@braun.senate.gov

The attached are what we received today from a Sheriff here in Delaware County.

**In response to these papers:**
**1. This is not in the Wayne County Court Jurisdiction, neither were any of the cases mentioned during the proceedings, each is and are federal questions, and my due process rights, and civil rights have been denied.**

**2. In response to the letters under "Findings"**
a. The request was not filed in a timely fashion proven by an order from Federal Court which would have denied their filing, which I attempted while we were filing in a timely fashion for our harms and losses due to violation of our civil rights, etc.

b. The court was not required to hold a hearing, because there are and were no legal grounds for the alleged victim, alleged petitioner, and alleged attorney to file, even according to their own words:
   1) The alleged victim (A.L.H.) hasn't been contacted since before our marriage, was reported out of genuine concern, the alleged petitioner (M.A.H.M.) responded of their own accord, and the individuals testified against each other, etc.

c. True, we were present, we were also compliant, and presented questions of law and violation of our rights.
d. True, which invalidates the only potential reason for the order listed under "Pursuant to 18 U.S.C. 922(g)..."
   "(B) A current or former person with whom the respondent resided while in an intimate relationship:..."
   There is no and was no intimate relationship, it was platonic and ended nearly 2 years ago, and this is reiterated to the alleged victim, alleged petitioner, and alleged attorney, via filings, without malice to the alleged victim who failed to report multiple others.

e. False, In my opinion, this was not effectively heard, and is a violation of our civil rights, safety, unconstitutional at face,

and as applied. This is a federal question of law, civil rights, constitutional rights, separation of powers, and prosecutorial vindictiveness.
f. False, the alleged victim and alleged petitioner create a credible threat of safety to us, and my wife is so concerned for her safety, and our lives, from the colluding parties, she wishes to have protective orders filed against each of them to prevent their harms.
g. False, the alleged petitioner perjured themselves in court regarding a family business attached to a Revocable Trust used to violate our 14th amendment due process rights, and our bill of rights. Importantly, they also testified I'm not abusive nor violent.
h. True.
i. False, unless it was placed upon the alleged victim, alleged petitioner, and any colluding parties for our safety.

**3. In response to the numbers under "Order" in "Section 1 - General Provisions" "Section 2 - Parenting Provisions" "Section 3 - Monetary Relief" "Section 4 - Telephones" "Section 5 - Duration of Order"**
1. I already don't, he threatened me, and my wife. I was very clear in my testimony that I forgive the alleged petitioner. Suing them is unfortunately necessary.
2. I already don't, I reported them out of genuine concern. I was very clear in my filings that justice is for authorities. This doesn't mean I can't defend us peacefully with all of our rights.
3. I already left, due to their threats and attempts to violate my civil rights, and being harmed. Now the alleged petitioner, alleged victim, and their alleged attorney have violated our rights further.
4. I already do, and I was very clear I wish to avoid them in my testimony, and in filings to civilly sue them as suggested by multiple professionals and law enforcement.
5. N/A
6. N/A
7. N/A
8. N/A
9. N/A
10. N/A
11. My rights to own firearms was appealed to the Attorney General, the Indiana State Police, and in a higher court, via judges order, and via expungement, which was violated, violating our 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, and potentially 9th and10th amendment rights.
12. N/A
13. N/A
14. N/A
15. N/A
16. N/A
17. N/A
18. N/A
19. N/A
20. N/A
21. N/A
22. N/A
23. N/A
24.
   a. N/A
   b. N/A
   c. N/A

**THIS ORDER FOR PROTECTION EXPIRES:**
**ON THE 3rd DAY OF November 2025.**

**In my opinion, this is a direct violation of jurisprudence and case precedent including Espinoza, Aprendi, Blakely, Bruen, Heller, Rahimi, Donnell, Daniels, at face, and as applied, with opinions from even the DOJ in Rahimi at the Supreme Court affirming.**
**I am "Of The People," protecting my wife peacefully, which also falls under the immunity clause in Indiana's Code, and proceedings have caused corruption of blood via a conspiracy against U.S.C. 42 1983: https://www.law.cornell.edu/uscode/text/42/1983**

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

---

**ProtectiveOrderService1.pdf**
9193K

LEO = Law Enforcement Officer

**Much of this I hear from Dad consistently. Now it's written by my Mom, Linda K. Turpin:**

Let me start by saying our conversations are over until he, him, someone can either be referred to as Jon or Dad.

I have cleaned and cleaned at 9 Mulberry. Cat puke was left for me to clean. I am still working on the smell in the back entry area. When a house is not maintained properly it is not to be sold to that individual (Jon F. Turpin)

Moving out in the middle of the night without giving the 45 days notice as per the contract shows a total lack of following obligations/rules. Without another permanent location to go to, I call this totally irresponsible

Posting private information, some skewed, some false on Facebook for all to see is unconscionable. Some of this information could get him sued for defamation of character.

Having a local policeman show up at our door at 1:30 AM to accuse Jon of taking a gun that belongs to JT and to tell us we were not to attend the wedding shows a total lack of respect that I cannot begin to fathom.

Ranting on and on about a trust fund. There is no trust fund. There is a trust. Read up on a trust. I don't feel like explaining it.

Moving in with Michael and Andrea and again bailing in the middle of the night. Having them move his belongings out of their house.

Somehow most of JT's "friends" are no longer talking to him. How can you alienate so many people in just a few weeks?

I am tired of JT's attitude on how to treat people, investments, get rich quick schemes, + drugs.

Bring a sheriff and local policeman to our property on Dec 27th has pushed me passed the limit on what I can tolerate.

I don't believe you were looking at houses or, at least, not seriously until JT jumped ship, so to speak.

~~Some of~~ your items that were left on our property are in the 9 Mulberry garage. They can stay there until you find a place. No police, no sheriff, etc. when you come to get them. Just text me and I will leave you alone.

Left margin: I only moved home due to the promise of being able to purchase a home from them with boundaries, this was violated, and we had to leave for our safety before I could finish cleaning, and just to get married, due to attempts to halt our Catholic marriage in our Faith under God. This persists.

Right margin: Why? [redacted] He disowned me. Dissolve Trust. Not your issue, and you promised to sell the home. Safe housing act due to abuse. Freedom of Speech. A firearm went missing and dad has taken them unwarranted. Dad often threatens me and others with it. He did that himself. They were avoiding you. Categorically False. You lied to LEOs. We were, it's a fact. Withholding and avoiding LEOs.

→ Yet you are still colluding with others to deny our civil rights via false allegations and denying reality, and avoiding accountability.

LEO = Law Enforcement Officer

are in the 9 Mulberry garage. They can stay ... when you find a place. No police, no sheriff, etc. when you come to get them. Just text me and I will leave you alone.

I do have your Christmas and Wedding Presents. I can place them in the 9 Mulberry garage if I know when you will be arriving to get them (at a reasonable hour). I do not want to be present.

Withholding and avoiding LEOs.

JT told me to leave him alone and give him space. I have no problem doing that.

There is so much more I could say, but this is enough.

Until JT and you are truly sorry about the things that have transpired, and JT seeks professional help, I prefer only to have limited contact by text messages.

I'm sorry you feel that way. I've gone repeatedly, it's your turn, please.

Then why lie and try to destroy our civil rights and/or enable it to the point we have no choice but to petition for protection and relief, etc.?

I wish you both happiness.

**May Dad and/or Michael defame me to Mom to remove me from a Revocable Trust?**

***May the defamation leveled against me align with potential reasons for removal?***

***May Dad still be in possession of a .410 shotgun which was purportedly bought for me?***

**May Dad use a "two birds one stone" technique in multiple facets of life?**
**https://www.govinfo.gov/content/pkg/USCOURTS-insd-1_07-cv-01205/pdf/USCOURTS-insd-1_07-cv-01205-1.pdf**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JON BRENT TURPIN and LINDA BECKER TURPIN, Individually and as Parents and Next Friends of J.F.T, their son a minor, ↔ (Non-party, but victim and subject of suit.)
Plaintiffs,

vs. — 1:07-cv-1205-LJM-WGH

(The motions I filed being denied, as is simply, "how it works" shows the futility of my efforts, despite my evidence being used in the suit)

AMY S. GOOD and JOHN DOE (parents of their minor son, J.D.) and WESTERN WAYNE SCHOOL CORPORATION
Defendants.

→ Could not be sued under 14th amendment. The Revocable Trust is wrongfully setup like that.

**ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter comes before the Court on defendant's, Western Wayne School Corporation ("Western Wayne"), Motion for Partial Summary Judgment. Plaintiffs, Jon Brent Turpin and Linda Becker Turpin (collectively, the "Turpins"), filed this lawsuit individually and on behalf of their son J.F.T. ("JT"). The Turpins contend that JT was subjected to verbal and physical abuse in Western Wayne Schools stemming from sexual orientation discrimination. The Turpins bring three federal claims in this suit, one based on Title IX of the Education Amendments Act of 1972, 20 U.S.C. §§ 1681-88 and the other two based on 42 U.S.C. § 1983 predicated on violations of the Due Process and Equal Protection Clauses of the Fourteenth Amendment. The Turpins also bring a negligence claim under state law against Western Wayne. The Turpins make additional state law claims against the parents of one of JT's alleged abusers. Western Wayne argues that it is entitled to summary judgment on the Turpins' ~~Title IX~~ and § 1983 claims. Western Wayne does not seek summary judgment on the negligence claim but requests that the

### A. THE TURPINS' TITLE IX CLAIM

Title IX provides that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied benefits of, or be subjected to discrimination under any education program or activity." 20 U.S.C. § 1681(a). "Although the only remedy expressly authorized by the statute is the termination of the recipient's federal funding, the Supreme Court has held that Title IX contains an implied private right of action for money damages." *Doe-2 v. McLean County Unit Dist. No. 5 Bd. of Dirs.*, 593 F.3d 507 (7th Cir. 2010). When the Supreme Court determined that Title IX's prohibition against discrimination was implicated in cases involving sexual harassment, it relied on a case decided under Title VII of the Civil Rights Act of 1964. *See Frankilin v. Gwinnett County Public Schools*, 503 U.S. 60, 75 (1992) (citing *Meritor Savings Bank, FSB v. Vinson*, 477 U.S. 57 (1986)). Since then, federal courts have used Title VII precedents to inform their





analyses of sexual harassment and discrimination claims under Title IX. *See, e.g., Doe v. Univ. of Ill.*, 138 F.3d 653 (7th Cir. 1998), *vacated on other grounds, Bd. of Trustees v. Doe*, 526 U.S. 1142. The Seventh Circuit has consistently held that discrimination based on one's sexual orientation or perceived sexual orientation is not actionable in the Title VII context. *See Howell v. N. Cent. College*, 320 F. Supp. 2d 717, 722 (N.D. Ill. 2004)

**May I have told Dad ad-nausem that I'm not gay and that Title VII was correct?**
***May Dad have a motive to file our case as Title IX rather than Title VII?***
***May Dad not wish to admit that I may have a hereditary disability?***