UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JON FB TURPIN, et al.         ) Civil Action No. 1:23-CV-01059-TAD-JPM
                              )
    v                         )
                              )
JOSEPH R BIDEN, JR, et al.    )

RECEIVED IN MONROE, LA.
NOV 20 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

Dear Honorable Terry A. Doughty,

1. Please issue a writ of mandamus, and vacate this protective order.
2. Please subpoena the following records: (and/or FOIA where appropriate)
   - Navy discharge and medical records
     Joshua Ryan King-Baker
     Jared Russell Sunkin
   - Medical Records and diagnoses
     Jon B. Turpin
     Linda K. Turpin
     Michael A. (Mann) Holwager
     Andrea L. Holwager
     Ronald J. Moore
     Elaine M. Holwager
   - Indiana Supreme Court Bar Disciplinary Commission
     Ronald J. Moore
   - Secret Service (Conduct Records)
     Richard E. Bell, Jr.
   - Federal Bureau of Investigations (Conduct Records)
     Richard E. Bell, Jr.
   - Secret Service
     All records related to cocaine investigation recently provided to Fox News.

4. Please issue a protective order on each of these persons to retain the safety of me and my wife. They have violated our civil rights perpetually, in some instances, and again, including an expungement.

3. Please subpoena the following communications from DirectEmployers Association:
- Slack Communications
    - Candee Chambers + Deanna Cross
    - Hal Cooper
    - Zach (Information Technology)
    - Sales Engineering
- Email Communications
    - Sales Engineering
    - Those listed above for Slack Communications
- Hiring & Firing Communications
    - Direct Employers Association
    - Recruit Rooster

In my opinion, this has already been appealed with the attorney general, and the Indiana State Police, whom each returned my lifetime permit, and I request again, with apologies, a denovo review considering this information.

Thank you for your time and consideration, Your Honor,

Ion F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

/s/ I. F. "D." T.

5. Please pull all transcripts, evidence, and recordings from 89C01-2305-PO-██████ 000067 Your Honor, in my opinion, this protective order is unconstitutional, a violation of our civil rights, as well unconstitutional at face, fictitious, fractious, and fraudulently obtained, in an untimely fashion without legal grounds, in line with your own order showing the alleged victim, alleged petitioner, and alleged attorney could not have filed in another court.