RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
APR 19 2024
DANIEL J. McCOY, CLERK
BY: _____ MB

United States District Court
Western District of Louisiana
Monroe Division

Jon F D Turpin, et al

versus

Joseph R. Biden, JR, et al.

No. 1:23-CV-01059-JE-JPM
Judge Terry Edwards, JR.
Magistrate Judge Joseph H.L. Perez-Montes

Dear Honorable Judge Terry Edwards, Sr., and Honorable Judge Joseph H.L. Perez-Montes,

I hereby motion to extend time to effect service due to impeachment proceedings and other interlocutory cases still in progress, along with being en pauperis and having intervention as a right under the 5th amendment taking clause, etc. as well as 42 U.S.C. 1983, and immunity claims being interlocutory and non-frivolous. Attached is another interlocutory case, and a motion prepared, but not yet sent,* in good faith to attempt to allow my employer to "do the right thing."

Sincerely, [signature] 225-259-6270

Jon T. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396
POAERG
249 Maximillian St.,
Baton Rouge, LA 70802

\* not yet sent [until now]

We hereby motion to have our Honorable U.S. Marshals effectuate process, and/or, for the impeachment trial of Alejandro Mayorkas to proceed out of necessity and requirement in good faith efforts out of genuine concern.

May God Bless You,

Jn T. "D." T.
Erin R. Holden

Dear Honorable Steven Taylor, may it please The Court,
We hereby motion to compel discovery under Rule 26 of Federal Civil Procedure, in line with 24 CFR § 180.540, with prior proceedings regarding employment already in our favor.

The prior proceedings may be considered as a good faith effort from plaintiff(s) to obtain discovery from the defendant who could have participated in each prior proceeding, which provably causes them to have already violated collateral estoppel under Parklane Hosiery Co., Inc. v Shore, and their admission on their improperly addressed letter is, in my opinion, naught but an attempt to circumvent not only the court, but staples of law and precedent.

Due to their admission, on the letter received, and omission of purportedly 30 pages of improperly, unconstitutionally obtained "evidence" after the other party chose not to attend prior hearings, before which they erroneously took adverse actions regarding my employment, violated due process, along with civil and constitutional rights ad nauseum, along with the subsequent rulings of the court during our most recent proceedings, it is now beyond preponderance of the evidence, and in my opinion, beyond doubt, that leadership at DirectEmployers Association, Inc., attempted to not only to obfuscate required discovery, but also attempted to avoid any accountability even via their inaction.

Rule 24 CFR § 180.540 (d) appears to be an appropriate and necessary sanction on "DEA:" Furthermore, this discovery, even as, and if still excluded, is required to be considered in the favor of the plaintiff(s), because an interlocutory appeal regarding immunity aligns with the indemnity clause in "DEA's" policy and requires my full acquittal in vast jurisprudence.

In my opinion, along with John Fox, Esq., admitting in most recent proceedings to #1 below:
1. Being informed and having prior correspondence in good faith actions from plaintiff(s).
2. DEA hiring me regardless of knowledge of historical events with lower pay for half a year.
3. Four years of tenure, (7 years recorded), being wrongfully discarded with the plaintiff(s).
4. Leadership at DirectEmployers Association, Inc. made a choice to obfuscate, and allow:
A) Violation of the 1st Amendment
B) Violation of the 2nd Amendment
C) Violation of the 14th Amendment
D) Violation of 4th Amendment
E) Violation of 5th Amendment
F) Violation of collateral estoppel, double-jeopardy, immunity, indemnity, law, and policy.
G) Violation of Federal Clearance/Public Trust/Official Proceeding [Impeachment]
H) Violation of Sarbanes Oxley [Even as an N-F-P, which is difficult and concerning]
I) Attempted Violation of a Sacrament Marriage in our Catholic Church and Court [absurd]

This may be non-exhaustive and while I'm willing to write a table of contents... or an index...
In my opinion, the alternative is a cease and desist and writ of execution.
What is your opinion?

 

052850013

**Please return this Acknowledgment Sheet.**

☑ I will participate in the hearing.
☐ I will NOT participate in the hearing.

**Case Number:** 1549370
**CLAIMANT**
T4590@GMAIL.COM
JON F TURPIN
2421 S PLUM ST
YORKTOWN IN 47396

**EMPLOYER**
DIRECTEMPLOYERS ASSOCIATION INC
7602 WOODLAND DRIVE SUITE 200
INDIANAPOLIS IN 46278

**Appellant:** Employer
**Date of Hearing:** April 24, 2024 at 2:15 PM Indianapolis Time.
**ALJ:** STEVEN TAYLOR

Print Name (if you will participate): Jon F. "D" Turpin

Telephone Number for Hearing: 225-259-6270

---

**IMPORTANT**

If you do not appear at the hearing, the Administrative Law Judge could issue a decision that might be unfavorable to you.

**FOR THE CLAIMANT:** You could have to pay back benefits you have received.

**FOR THE EMPLOYER:** Your account could be charged for benefits paid.

---

**DWD**
APR 15 2024
Lobby



163004369   DQWIPFBIQ
            519931

(3)

Tax Estimations and Review

----------------------------------

FBI InfraGard/Protected Applicant/Consultant/Whistleblower

33 weeks

7 holidays

32 weeks

31 weeks 3 days

158 * 8 * $25/hr

$31,600 in Legal Fees Donated to FBI

(Salary Basis Configured from DWD)

DEA Sr. Sales Engineer/Wrongful Termination/Whistleblower

33 weeks

7 holidays

32 weeks

31 weeks 3 days

158 * 8 * $49.52/hr

$62,593.28 in Backpay Owed by DEA

(Salary Basis Configured from DEA)

1099-Cs/Donations

$31,600 in Legal Fees Donated to FBI

Estimate of Expenditures/Materials/Etc.

$25,000 from Vehical Donated to LEO

1099-Cs/Losses

Pi Network ($150,000+)

T.E.I. ETH ($30,000+)

J.B.T./L.K.T. ($120,000)

R.J.M. Legal ($20,000)

M.A.M.H./A.L.H. ($25,000)

----------------------------------------------------------------

Current Total: $464,593

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ET AL | CASE NO. 3:22-CV-01213 LEAD |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOSEPH R BIDEN JR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

ORDER

The Court is in receipt of a letter/motion filed by *pro se* non-party Jon Turpin ("Turpin") [Doc. No. 341]. The Court construes this letter to be a motion for leave of court to file certain documents under seal. Turpin is not a party to this suit. Accordingly,

IT IS ORDERED that the Motion is DENIED. = Served via Publication

MONROE, LOUISIANA, this 17th day of October 2023.

Terry A. Doughty
United States District Judge

FREEDOM OF SPEECH

GOD BLESS AMERICA

Case 3:22-cv-01213-TAD-KDM   Document 343-1   Filed 10/26/23   Page 2 of 2 PageID #: 27987

# Judge Terry A. Doughty, Chief Judge

Chief United States District Judge for the Western District of Louisiana.

**Staff Information**

Hon. Terry A. Doughty
Chief United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

(318) 654-6500

**Courtroom Deputy**

**Forms**

**Motions**

**Courtesy Copies**

Amy Crawford (318) 322-6740
Deputy-in-Charge

In theory, 5th & 9th District of Louisiana via Supreme Court precedents may override Supreme Court during subversion of 25th Amdmt.

Pollack v. Farmer's Loan & Trust
Chisholm [Executors] v. Georgia
Louisiana Purchase & USUFRUCT

This is detailed more in depth with an example in these exhibits, and only because our nation and U.N. is in an unfortunate war on two fronts, and to uphold our president, and our supreme court in good faith efforts.

I affirm the 5th & 9th District Courts, and sincerely appeal to the Honorable Clarence Thomas and our Supreme Court to re-review.

When I appealed for a pardon for our Honorable Biden, I also appealed in that statement for our Honorable Clarence Thomas in implied fairness in a non-partisan way: he EARNED every single position and good thing in his life.