Dear Honorable Greta Roaix,

I sincerely apologize, and thank you letting me know: "oops."

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
APR 1 9 2024
DANIEL J. McCOY, CLERK
BY: M3

Previously it was requested at the counter that we be allowed to file electronically in a necessity scenario and to my potential ignorance, but simply in explanation with no attempt to be contrary, that was my prior understanding.

May I have permission to file electronically until our vehicles ~~J.F.T.~~ ~~J.F.T.~~ receive any necessary repairs? And/or until after interlocked appeals?

Thank you so much for your time and consideration.
May God Bless You,

[signature]

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

**Dear Honorable Jerry Edwards, Jr. and Honorable Joseph H. L. Perez-Montes**

Greta Roaix <Greta_Roaix@lawd.uscourts.gov>
To: "Jon F. Turpin" <jt4590@gmail.com>

Tue, Apr 16, 2024 at 9:19 AM

Dear Mr. Turpin,

This is not the correct mechanism for filing in our court and should not be emailed at all.

Please either mail in your pleadings to U. S. District Court 515 Murray St, Alexandria, Louisiana 71301 or hand deliver to any one of our courthouses in the Western District of Louisiana. Below is our website.

Thank you!

www.lawd.uscourts.gov

**From:** Jon F. Turpin <jt4590@gmail.com>
**Sent:** Tuesday, April 16, 2024 1:04 AM
**To:** LAWDml_Edwards Motions <Edwards_Motions@lawd.uscourts.gov>
**Subject:** Re: Dear Honorable Jerry Edwards, Jr. and Honorable Joseph H. L. Perez-Montes

 Gmail

Jon F Turpin <jt4590@gmail.com>

## Dear Honorable Jerry Edwards, Jr. and Honorable Joseph H. L. Perez-Montes
7 messages

**Jon F. Turpin** <jt4590@gmail.com>  Sun, Apr 14, 2024 at 3:30 AM
To: edwards_motions@lawd.uscourts.gov, John Fox <jfox@foxwangmorgan.com>, Chris Liakos <cjliakos@gmail.com>
Bcc: Erin Rita Golden <erin465336@gmail.com>

May it please the Court,
Please find my motion attached, and out of genuine concern...

In my opinion, this series of events where the other parties have already defaulted, violated due process, and super due process... and already have been served via each publication and now also under seal...
In the situation where a not for profit is required under policy, law, indemnity, immunity, and the court is required under 42 U.S.C. 1983 to assist en pauperis plaintiffs with rule 9 civil and maritime claims to rule 4...
With judicial review already potentially completed in all aspects, to my understanding, requiring acquittal... cause one court to foreclose on itself if it hasn't effectuated the process and recognized de novo review?

Even if the de novo review was realized via violations of civil rights, etc., over many years in pattern?
Even if the preemption clause under the 14th amendment is realized via a 2/3 majority in the courts?
Much like the current case regarding Erma Wilson points out, in line with a 2/3 convention of states:
https://ij.org/press-release/an-unethical-prosecutor-destroyed-her-dreams-now-she-seeks-to-hold-him-court-system-accountable-for-violating-her-constitutional-rights/

In my opinion, if it bears any weight, Erma Wilson has earned a pardon and a chance to live our American dream, to help others as has been my dream and career, and maybe yours, as well.
In my opinion, in precedent set by the Honorable Larry J. McKinney in my school case, it details, especially when no punitive, nor compensatory damages are given, impeachment is required.
In my opinion, this would also imply, logically, as the only available conclusion, that if impeachment and summary judgement are delayed for any reason, that rule 37 and rule 11 must activate.

Would this not absolutely require the situation of summary judgement under Rule 56 in our favor in full without delay, due to entrapment, necessity, immunity, indemnity, and also jurisprudence?
Since the other parties may only have either an affirmative defense if they conceded, and/or an inchoate defense if any proceedings take place and/or were prevented from ethical outcomes?
In my opinion, after review, to my understanding, this is the only conclusion I found after much research, but, as I'm not a Judge, and I'm here out of necessity, I apologize for any ignorance.

Thank you so much for your time and consideration of our situation, I'm simply giving my all and my best for God, Wife, and Country,

**May God Bless You,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

**E-mail:** jt4590@gmail.com
**Phone:** 225-259-6270

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

---

2 attachments

📄 **Louisiana_Court_Filing_Electronic_041324_20240413_001.pdf**
   3065K

📄 **Louisiana_Court_Filing_Electronic_041324_20240414_001.pdf**
   1270K

Jon F. Turpin <jt4590@gmail.com>  Sun, Apr 14, 2024 at 9:54 PM
To: edwards_motions@lawd.uscourts.gov
Bcc: Erin Rita Golden <erin465336@gmail.com>

Please find further documentation and a Vaughn Index attached.
This will show that I reached out to FBI Director Wray to inform.

This is in line with the FBI InfraGard and FBI Protected Applicant.
Out of genuine concern, I'm unaware of receipt of FOIA from CIA.

Due to occurrences being way past Glomar Exception to appeal.
This FOIA should contain required proof of clearance for research.

It may contain other information from the Esteemed Stephen Glenn.
However, at this time, I'm unaware of receipt of required information.

I've reached out to the Archivist to inform, in line with CIA Appeals.
NARA has informed me the delay may be considered inappropriate.

Esteemed Stephen Glenn
CIA Intelligence Coordinator
Information and Privacy Coordinator
Washington, DC 20505

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

E-mail: jt4590@gmail.com
Phone: 225-259-6270

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

Jon F. Turpin <jt4590@gmail.com>  Sun, Apr 14, 2024 at 9:59 PM
To: edwards_motions@lawd.uscourts.gov

Attachment is included now, my apologies.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

E-mail: jt4590@gmail.com
Phone: 225-259-6270

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

📎 **Louisiana_Court_Filing_Electronic_041324_20240414_002.pdf**
5814K

---

Jon F. Turpin <jt4590@gmail.com>  Mon, Apr 15, 2024 at 6:13 PM
To: edwards_motions@lawd.uscourts.gov

Attached.

Sincerely,

Jon F. D. Turpin, Pro Se, Pro Hac Vice

E-mail: jt4590@gmail.com
Phone: 225-259-6270

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

📎 Louisiana_Court_Filing_Electronic_041324_20240414_002.pdf
5814K

---

Jon F. Turpin <jt4590@gmail.com>                                                  Mon, Apr 15, 2024 at 6:18 PM
To: edwards_motions@lawd.uscourts.gov

Dear Honorable Jerry Edwards, Jr. and Honorable Joseph H. L. Perez-Montes,

May it please the court,
I apologize for the repeat message above and the correct document is attached here.
This was what I meant to attach to support necessity for the motion of continuance.

May God Bless You,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

E-mail: jt4590@gmail.com
Phone: 225-259-6270

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

📎 Louisiana_Court_Filing_Electronic_041424_20240415_001.pdf
1848K

---

Jon F. Turpin <jt4590@gmail.com>                                                  Tue, Apr 16, 2024 at 2:04 AM
To: edwards_motions@lawd.uscourts.gov
Bcc: Erin Rita Golden <erin465336@gmail.com>

[Quoted text hidden]

**3 attachments**


Screenshot_20240416_020249_Photos.jpg
548K


Screenshot_20240416_020255_Photos.jpg
480K


Screenshot_20240416_020310_Photos.jpg
204K

**Greta Roaix** <Greta_Roaix@lawd.uscourts.gov>　　　　　　　　　　　　Tue, Apr 16, 2024 at 9:19 AM
To: "Jon F. Turpin" <jt4590@gmail.com>

Dear Mr. Turpin,

This is not the correct mechanism for filing in our court and should not be emailed at all.

Please either mail in your pleadings to U. S. District Court 515 Murray St, Alexandria, Louisiana 71301 or hand deliver to any one of our courthouses in the Western District of Louisiana. Below is our website.

Thank you!

www.lawd.uscourts.gov

**From:** Jon F. Turpin <jt4590@gmail.com>
**Sent:** Tuesday, April 16, 2024 1:04 AM
**To:** LAWDml_Edwards Motions <Edwards_Motions@lawd.uscourts.gov>
**Subject:** Re: Dear Honorable Jerry Edwards, Jr. and Honorable Joseph H. L. Perez-Montes

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

PROTECTED

# FBI Special Agent Pre-Employment Testing Assessment Results

Dear Jon,

Congratulations, you achieved a passing score on the Special Agent Selection System (SASS) Phase I test. Under the current SASS, your scores will never expire.

Within the next few weeks, your local FBI office will extend an invitation to participate in the Meet and Greet component of the SASS. During this meeting, you will learn about (1) the duties and responsibilities of the Special Agent position, (2) the Special Agent compensation and benefits package, and (3) the next steps of the SASS. Additionally, you will have an opportunity to ask questions about the FBI, the Special Agent position, and the SASS.

We encourage you to keep your local Field Office advised of any changes on your application and wish you continued success with the SASS.

**\*REASONABLE ACCOMMODATIONS FOR INDIVIDUALS WITH DISABILITIES:** The FBI provides reasonable accommodations to qualified applicants with disabilities. If you need a reasonable accommodation, please contact the Applicant Coordinator in your processing field office for guidance. Additionally, please be advised applicants must submit a new request for a reasonable accommodation for each phase of the hiring process. The Reasonable Accommodation Program will conduct an individualized assessment of each request during each stage of the hiring process.

Respectfully,

Federal Bureau of Investigation
Human Resources Division (HRD)

APPLICANT

# VAUGHN INDEX

| Documents Folder | Withheld Filename | Exemption 1 | Exemption 2 | Exemption 3 | NOTES | Exemption 4 |
|---|---|---|---|---|---|---|
| FBI | 0_Oversight_20240325_1_Redacted.pdf | 5 | 7(D) | | 7(E) (Protected Applicant) | 7F |
| DEA | 3_AppelateNoticeOfHearing_031924_2.pdf | 5 | 7(D) | | 7(E) (Protected Applicant) | 7F |
| SOC2.7z | UHC_Enrollment_Confirmation - J Matherly.pdf | 6 | | | (Policy Information) | |
| >Outlook Files | archive.pst | 5 | | | (As Employee & Pro Se) | |
| >Voicemails | MSG00006.WAV | 2 | | | (Unrelated Auto-voicemail) | |
| DHS | hiremilitary.7z  Password  Is This A Text!@?   1 | | 3 | | (National Security) | |

Due to false allegation of gross misconduct and continued civil rights violations...etc,

By Protected Applicant Protocol: Delivered by hand to Staff Sgt. Gelsomini

due to potential violations of Sarbanes Oxley

and failure of above company to abide by supes

due process and required ethics and constitution.

Staff Sgt. Gelsomini
1716 W. University Ave.,
Muncie, IN 47303
jordan.t.gelsomini.mil@army.mil

**What are the 9 FOIA Exemptions?**
Not all records are required to be released under the FOIA. Congress established nine exemptions from disclosure for certain categories of information to protect against certain harms, such as an invasion of personal privacy, or harm to law enforcement investigations. The FOIA authorizes agencies to withhold information when they reasonably foresee that disclosure would harm an interest protected by one of these nine exemptions.

The nine exemptions are described below.
- **Exemption 1:** Information that is classified to protect national security.
- **Exemption 2:** Information related solely to the internal personnel rules and practices of an agency.
- **Exemption 3:** Information that is prohibited from disclosure by another federal law.
- **Exemption 4:** Trade secrets or commercial or financial information that is confidential or privileged.
- **Exemption 5:** Privileged communications within or between agencies, including those protected by the:
    1. Deliberative Process Privilege (provided the records were created less than 25 years before the date on which they were requested)
    2. Attorney-Work Product Privilege
    3. Attorney-Client Privilege
    4. Presidential Communications Privilege
- **Exemption 6:** Information that, if disclosed, would invade another individual's personal privacy.
- **Exemption 7:** Information compiled for law enforcement purposes that:
    - 7(A). Could reasonably be expected to interfere with enforcement proceedings
    - 7(B). Would deprive a person of a right to a fair trial or an impartial adjudication
    - 7(C). Could reasonably be expected to constitute an unwarranted invasion of personal privacy
    - 7(D). Could reasonably be expected to disclose the identity of a confidential source
    - 7(E). Would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law
    - 7(F). Could reasonably be expected to endanger the life or physical safety of any individual
- **Exemption 8:** Information that concerns the supervision of financial institutions.
- **Exemption 9:** Geological information on wells.

March 26, 2024

JON TURPIN
2421 S PLUM ST
YORKTOWN, IN 47396



## Notice of Requirement to Report
### SUB Notification Letter

Dear JON TURPIN,

The Indiana Department of Workforce Development (DWD) would like to reassure Hoosier claimants that we are here to assist you with your re-employment journey. You have been selected to participate in Indiana's Subsequent Reemployment Services & Eligibility Assessment (SUB RESEA). This program provides reemployment services including, but not limited to: in-person job search, workshops, individual job search assistance, job training, online workshops, and other services as needed.

**Your Next Steps:**

1. Update your registration in IndianaCareerConnect.com (ICC) using the enclosed instructions as a guide.
    a. If you need assistance logging in, please reach out to your local WorkOne RESEA Coordinator using the contact information at the bottom of this letter
2. Update your ICC resume based on your skills, training, and education- making it visible online to employers.
3. Please bring your driver's license, state, or federal picture ID to verify your identity at your in-person meeting.
4. Complete the enclosed Work Search logs with your most recent 4 weeks of work search efforts and bring in with you.
5. Attend your scheduled SUB RESEA listed below:

---

**04/11/2024 : 9:00 AM**
**WorkOne Anderson (Madison County)**
**140 East 53rd Street**
**Anderson, IN 46013**

Please plan to arrive 10 minutes early to assist with the check in process.

---

Your RESEA coach will review your resume, help you create a personalized re-employment plan, and refer you to the re-employment services that fit your needs.

---

**Please contact your RESEA Coach immediately if any of the following apply:**

1. You cannot attend as scheduled and need to change your appointment to another day within the same week.
2. You have missed your scheduled appointment and need to reschedule.
3. You need an interpreter or another special accommodation.
4. You have found work and your start date is *prior to your* RESEA appointment. (Otherwise, please attend.)
    - Please be prepared to provide your employer information, hourly rate, # hours and start date to your RESEA coach.

**Failure to contact the office prior to your event to make arrangements will result in a disruption to your UI Weekly Benefits**

---

*If you do not attend any RESEA-related appointment or fail to complete any assignment, you may be disqualified from Unemployment Insurance (UI) benefits eligibility.*

If you have any questions regarding requirements for continuing eligibility for UI benefits, please review the Claimant Handbook which can be found at unemployment.in.gov. We look forward to assisting you with your reemployment needs.

Sincerely,

**Primary Contact:** Reilly Jessup
**Phone:** 3173189079

**Email:** rjessup@workonecentral.org