**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

**FROM:** Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

**TO:**
CC: Honorable Terry A. Doughty
ATN: Honorable Greta Rogole
Honorable Joseph H. L. Perez-Montes
515 Murray St., Suite 233
Alexandria, Louisiana 71301

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 1 9 2024

DANIEL J. McCOY, CLERK
BY: ___



USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

**PRIORITY MAIL®**

Retail

US POSTAGE PAID
**$9.85**

Origin: 47396
04/16/24
1797240822-30

0 Lb 4.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 04/20/24

C001

**SHIP TO:**
RM 233
515 MURRAY ST
ALEXANDRIA LA 71301-8072

USPS TRACKING® #

9505 5103 7572 4107 5308 16

